# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

Shauna Williams, et al.
    v.                                                        Case Number:    1:23CV1057
Destin Hall, et al.

_____

North Carolina State Conference of the
NAACP, et al.
    v.                                                          Case Number    1:23CV1104
Philip Berger, et al.

## NOTICE OF CANCELLATION

**Take notice** that the above-entitled case set for **Initial Pretrial Conference** on May 22, 2024, at 9:30 a.m. before Judge Joe L. Webster **has been CANCELLED.**

_____

John S. Brubaker, Clerk

By: /s/ Anita Engle, Deputy Clerk

Date: April 17, 2024

TO:    All Counsel and/or Parties of Record