# EXHIBIT J

## Example Voter File

Exhibit to Declaration of Hilary Harris Klein

New Search



**NORLINA, NC 27563**

**Collapse all sections | Expand all sections**

## YOUR VOTER DETAILS

| | |
|---|---|
| **County:** | WARREN |
| **Status:** | ACTIVE |
| **Voter Reg Num:** | |
| **NCID:** | |
| **Party:** | DEM |
| **Race:** | BLACK or AFRICAN AMERICAN |
| **Ethnicity:** | NOT HISPANIC or NOT LATINO |
| **Gender:** | MALE |
| **Registration Date:** | 05/14/1982 |
| **NCDMV Customer:** | Yes |

## YOUR JURISDICTIONS

| | |
|---|---|
| **Precinct:** | SANDY CREEK |
| **Congress:** | CONGRESSIONAL DISTRICT 1 |
| **NC Senate:** | NC SENATE DISTRICT 2 |
| **NC House:** | NC HOUSE DISTRICT 27 |
| **Superior Court:** | SUPERIOR COURT DISTRICT 11 |
| **Judicial:** | JUDICIAL DISTRICT 11B |
| **Prosecutorial:** | PROSECUTORIAL DISTRICT 11 |
| **County Commissioner:** | COMMISSION #4 |
| **School:** | SCHOOL #4 |

## YOUR VOTING LOCATIONS

CONFIDENTIAL                                                                                                     NAACPPS_0001509
Case 1:23-cv-01104-TDS-JLW   Document 41-10   Filed 10/04/24   Page 2 of 5

During the early voting period, voters may cast a ballot at any early voting site in their county, and eligible individuals may register and vote at the same time. Find early voting sites and schedules in your county with the Early Voting Site Search. *Voting sites change for each election and become available when finalized.*

Election Day voters must cast a ballot at their assigned polling place. Click the name of your Election Day polling place below for location details, your county board of elections contact information, and sample ballots *when available.*

AFTON-ELBRON FIRE DEPT
2350 US HIGHWAY 401 S
WARRENTON, NC 27589

## YOUR SAMPLE BALLOT (1) 

If this section is blank, you do not have any upcoming elections in your jurisdiction for the current year.

"Ballots not assigned yet" means a sample ballot is not yet available. Return to this site closer to the election date to view your sample ballot(s).

Practice making your selections with the accessible sample ballot by choosing "Option 4" on the absentee ballot portal.

| Election | Your Sample Ballot(s) |
|---|---|
| 11/05/2024 GENERAL | B0006 |

## YOUR BALLOT: BY MAIL OR EARLY VOTING (1)

If there is no ballot information in this section, we do not have a record that you returned an absentee ballot by mail or that you have voted in-person at an early voting site for the current election.

Note for absentee ballots:
County boards of elections will post ballot acceptance information, but ballot requests are no longer public record until the ballot is returned, or until Election Day, whichever is earlier. If you have not received your ballot within two weeks of your request, contact your county board of elections.

To track your absentee-by-mail ballot from request to acceptance by your county board of elections, sign up for status notifications through BallotTrax.

| Election Date | County | Voting Method | Return/... Date | ABS Return Method | Ballot Status | Vote Status |
|---|---|---|---|---|---|---|
| 03/05/2... | WARREN | EARLY VOTING | 03/02/2024 | | VALID RETURN | ACCEPTED |

## YOUR VOTER HISTORY (29) 

CONFIDENTIAL    Case 1:23-cv-01104-TDS-JLW   Document 41-10   Filed 10/04/24   Page 3 of 5    NAACPPS_0001510

If this section is blank, we do not have a record that you voted in a past election in North Carolina.

| Election | Voted Method | Voted County | Primary Election Ballot |
|---|---|---|---|
| 03/05/2024 PRIMARY | EARLY VOTING IN-PERSON | WARREN | DEMOCRATIC |
| 11/08/2022 GENERAL | EARLY VOTING | WARREN | |
| 05/17/2022 PRIMARY | EARLY VOTING | WARREN | DEMOCRATIC |
| 11/03/2020 GENERAL | EARLY VOTING | WARREN | |
| 03/03/2020 PRIMARY | EARLY VOTING | WARREN | DEMOCRATIC |
| 11/06/2018 GENERAL | EARLY VOTING | WARREN | |
| 05/08/2018 PRIMARY | EARLY VOTING | WARREN | DEMOCRATIC |
| 11/08/2016 GENERAL | EARLY VOTING | WARREN | |
| 06/07/2016 PRIMARY | EARLY VOTING | WARREN | DEMOCRATIC |
| 03/15/2016 PRIMARY | EARLY VOTING | WARREN | DEMOCRATIC |
| 11/04/2014 GENERAL | EARLY VOTING | WARREN | |
| 05/06/2014 PRIMARY | EARLY VOTING | WARREN | DEMOCRATIC |
| 11/06/2012 GENERAL | EARLY VOTING | WARREN | |
| 07/17/2012 SECOND PRIMARY | IN-PERSON ELECTION DAY | WARREN | DEMOCRATIC |
| 05/08/2012 PRIMARY | EARLY VOTING | WARREN | DEMOCRATIC |
| 11/02/2010 GENERAL | EARLY VOTING | WARREN | |
| 05/04/2010 PRIMARY | EARLY VOTING | WARREN | DEMOCRATIC |
| 11/04/2008 GENERAL | EARLY VOTING | WARREN | |
| 05/06/2008 PRIMARY | EARLY VOTING | WARREN | DEMOCRATIC |
| 11/07/2006 GENERAL | EARLY VOTING | WARREN | |
| 05/30/2006 SECOND PRIMARY | IN-PERSON ELECTION DAY | WARREN | DEMOCRATIC |
| 05/02/2006 PRIMARY | IN-PERSON ELECTION DAY | WARREN | DEMOCRATIC |
| 11/02/2004 GENERAL | IN-PERSON ELECTION DAY | WARREN | |
| 08/17/2004 SECOND PRIMARY | IN-PERSON ELECTION DAY | WARREN | DEMOCRATIC |
| 07/20/2004 PRIMARY | ABSENTEE | WARREN | DEMOCRATIC |
| 11/05/2002 GENERAL | IN-PERSON ELECTION DAY | WARREN | |
| 09/10/2002 PRIMARY | ABSENTEE | WARREN | DEMOCRATIC |
| 11/07/2000 GENERAL | IN-PERSON ELECTION DAY | WARREN | |

CONFIDENTIAL Case 1:23-cv-01104-TDS-JLW Document 41-10 Filed 10/04/24 Page 4 of 5 NAACPPS_0001511

| Election | Voted Method | Voted County | Primary Election Ballot |
|---|---|---|---|
| 05/02/2000 PRIMARY | IN-PERSON ELECTION DAY | WARREN | DEMOCRATIC |

For more information, please contact the Warren County Board of Elections.

© 2014-2024 **NC State Board of Elections**

CONFIDENTIAL     Case 1:23-cv-01104-TDS-JLW   Document 41-10   Filed 10/04/24   Page 5 of 5    NAACPPS_0001512