# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

Shauna Williams, et al.
     v.
Destin Hall, et al.

Case Number:    1:23CV1057

_____

North Carolina State Conference of the
NAACP, et al.
     v.
Philip Berger, et al.

Case Number    1:23CV1104

# *NOTICE*

**Take notice** that a proceeding in this case has been **SET** as indicated below:

| | |
|---|---|
| **PLACE:** | **Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC** |
| **COURTROOM NO: 1** | |
| **DATE & TIME:** | **May 28, 2024-11:00 a.m.** |
| **PROCEEDING:** | **Initial Pretrial Conference** |

**Local Rule 16.1(b) provides that the parties must hold their R. 26(f) conference at least 14 days before the scheduled initial pretrial conference and submit to the court their report within 10 days thereafter. If the parties agree on a pretrial schedule, they are to submit to the court a Joint Rule 26(f) Report. The court will consider it and, if agreeable, enter it and cancel the pretrial hearing.  <u>If parties are unable to reach agreement on a discovery plan and therefore submit separate Rule 26(f) Reports (LR 16.3), they shall appear for the scheduled initial pretrial conference.</u>**

_____

John S. Brubaker, Clerk

By: <u>/s/ Anita Engle, Deputy Clerk</u>

Date:  April 19, 2024

TO:    All Counsel and/or Parties of Record