UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting; et al.,<br><br>                    Defendants.<br><br>*consolidated with*<br><br>NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al.,<br><br>vs.<br><br>PHILIP BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, et al.,<br><br>                    Defendants. | Case No. 1:23-cv-1057<br><br><br><br><br><br><br><br><br><br>Case No. 1:23-cv-01104 |

## NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Anna E. Croyts hereby enters a notice of special appearance as attorney for Defendants Representative Destin Hall, Senator Ralph Hise, Senator Paul Newton, Senator Warren Daniel, Speaker Timothy K. Moore, and President Pro Tempore Philip E. Berger, all in their official capacities ("Legislative

Defendants") in the above-captioned matters, in association with Local Civil Rule 83.1(d) attorney, Phillip J. Strach.

I certify that I will submit any document to Phillip J. Strach of the North Carolina law firm of Nelson Mullins Riley and Scarborough LLP for review prior to filing the document with the court.

Respectfully submitted, this the 19th day of May, 2025.

        **BAKER & HOSTETLER LLP**

        By: /s/ Anna E. Croyts
            Anna E. Croyts
            Ohio State Bar No. 0104620
            200 Civic Center Drive, Suite 1200
            Columbus, OH 43215
            (614) 462-5146
            acroyts@bakerlaw.com

        **NELSON MULLINS RILEY & SCARBOROUGH LLP**

        By: /s/ Phillip J. Strach
            Phillip J. Strach
            North Carolina State Bar no. 29456
            Alyssa M. Riggins
            North Carolina State Bar no. 52366
            Cassie A. Holt
            North Carolina State Bar no. 56505
            Jordan A. Koonts
            North Carolina State Bar no. 59363
            301 Hillsborough Street, Suite 1400
            Raleigh, North Carolina 27603
            Ph: (919) 329-3800
            phil.strach@nelsonmullins.com
            alyssa.riggins@nelsonmullins.com
            cassie.holt@nelsonmullins.com
            jordan.koonts@nelsonmullins.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing document with the Clerk of Court using the CM/ECF system which will provide electronic notification to counsel of record.

This the 19th day of May, 2025.

        **BAKER & HOSTETLER LLP**

        By: /s/ Anna E. Croyts
            Anna E. Croyts
            Ohio State Bar No. 0104620
            200 Civic Center Drive, Suite 1200
            Columbus, OH 43215
            (614) 462-5146
            acroyts@bakerlaw.com