# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

Shauna Williams, et al.
    v.
Destin Hall, et al.
                                      Case Number:    1:23CV1057

_____

North Carolina State Conference of the NAACP, et al.
    v.
Philip Berger, et al.
                                      Case Number    1:23CV1104

## *NOTICE*
_____

**TAKE NOTICE** that a **BENCH TRIAL** has been **SET** in the above-referenced case for **JUNE 16, 2025**.

       **PLACE:**             Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC
       **COURTROOM NO:**  1
       **DATE & TIME:**    June 16, 2024 at 9:00 a.m.
       **PROCEEDING:**    Bench Trial

The parties shall comply in all respects with Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein. **Unless the court orders otherwise, pretrial disclosures must be made no later than May 16, 2025. Motions in limine must be filed no later than May 23, 2025.** Any objections to pretrial disclosures and **responses to motions in limine must be served and promptly filed no later than May 30, 2025.**

**Each party shall file a trial brief, along with proposed findings of fact and conclusions of law no later than May 27, 2025.** An electronic Word version of the findings of fact and conclusions of law shall be emailed to the assigned district judge's ECF mailbox.

_____
John S. Brubaker, Clerk

By:    /s/ Anita Engle, Deputy Clerk

Date:    May 23, 2024

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD