IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., *Plaintiffs*, v. REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., *Defendants*. | 1:23CV1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., *Plaintiffs*, v. PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., *Defendants*. | 1:23CV1104 |

**ORDER**

Before the court is the "Unopposed Motion for Voluntary Dismissal of Plaintiff Joan Chavis." (Doc. 53.) Based on the unopposed motion and pursuant to Federal Rule of Civil Procedure 41(a)(2),

IT IS ORDERED that the motion (Doc. 53) is GRANTED, and Plaintiff Joan Chavis's claims only are DISMISSED WITHOUT

PREJUDICE as MOOT.  The Order does not affect any other North Carolina State Conference of the NAACP Plaintiffs' claims.

                                             /s/   Thomas D. Schroeder
                                             UNITED STATES DISTRICT JUDGE

July 25, 2024