IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al.,<br><br>*Defendants*. | 1:23CV1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al.,<br><br>*Defendants*. | 1:23CV1104 |

## ORDER

Before the court is the "Unopposed Motion for Judicial Notice of Scrivener's Error" in the North Carolina State Conference of the NAACP Plaintiffs' complaint, docket entry 1 in N.C. State Conf. of the NAACP v. Berger, No. 1:23-cv-1104 (M.D.N.C. Dec. 19, 2023), consolidated in the above-captioned matter. (Doc. 54.)

The court takes notice that the Plaintiffs' reference to "House Districts 27 through 34" in paragraph 273 of the complaint, docket entry 1 in case number 1:23-cv-1104, is a scrivener's error in which the North Carolina State Conference of the NAACP Plaintiffs intended to reference "House Districts 11, 21, 33 through 41, 49, and 66," and that this notice is sufficient to correct the error.

                                     /s/   Thomas D. Schroeder
                                     UNITED STATES DISTRICT JUDGE

July 25, 2024