# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al.<br><br>Defendants. | NOTICE OF SPECIAL APPEARANCE<br><br>Case No. 1:23-cv-1057 |

Please take notice that the undersigned Qizhou Ge hereby enters a notice of special appearance as counsel for Shauna Williams, Flor Herrera-Picasso, Minerva Freeman, Maura Aceto, Javier Limon, Armenta Eaton, James Adams, Luciano Gonzalez-Vega, Chenita Johnson, Pamlyn Stubbs, Earl Jones, Allison Shari Allen, Laura McClettie, Nelda Leon, German De Castro, Alan Rene Oliva Chapela, Virginia Keogh, and Natalee Nanette Nieves in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Narendra K. Ghosh.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

    /s/ Qizhou Ge
Qizhou Ge
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Tel: (202) 968-4490
age@elias.law

*Counsel for Plaintiffs*

 /s/ Narendra K. Ghosh
Narendra K. Ghosh
N.C. Bar No. 37649

Patterson Harkavy LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27517
Tel: (919) 942-5200
nghosh@pathlaw.com

*Local Civil Rule 83.1(d) Counsel for Plaintiffs*

2

Case 1:23-cv-01057-TDS-JLW   Document 58   Filed 08/20/24   Page 2 of 2