# EXHIBIT A

| From: | enoticing@lamd.uscourts.gov |
|---|---|
| To: | Courtmail@lamd.uscourts.gov |
| Subject: | Activity in Case 3:22-cv-00178-SDD-SDJ Nairne et al v. Ardoin Order on Motion for Miscellaneous Relief |
| Date: | Tuesday, October 24, 2023 11:58:16 AM |

**[External Email: Use caution when clicking on links or opening attachments.]**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Middle District of Louisiana

## Notice of Electronic Filing

The following transaction was entered on 10/24/2023 at 10:56 AM CDT and filed on 10/24/2023
**Case Name:**     Nairne et al v. Ardoin
**Case Number:**     3:22-cv-00178-SDD-SDJ
**Filer:**
**Document Number:** 158(No document attached)

**Docket Text:**
**ORDER granting [144] Objections to Magistrate Judge's Order Denying Defendant's Motion to Compel. The Court finds that standing has been raised by the Defendant. The Motion to Compel is hereby referred back to the Magistrate Judge for reconsideration. Signed by Chief Judge Shelly D. Dick on 10/24/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (Dick, Shelly)**

**3:22-cv-00178-SDD-SDJ Notice has been electronically mailed to:**

Alyssa Riggins     alyssa.riggins@nelsonmullins.com, madison.marlowe@nelsonmullins.com

Amanda Giglio     agiglio@cozen.com

Amanda Marie LaGroue     lagrouea@ag.louisiana.gov, BoutteM@ag.louisiana.gov

Andrew B. Pardue     apardue@hvjt.law

Angelique Duhon Freel     duhona@ag.state.la.us, BoutteM@ag.louisiana.gov,

jamesM@ag.state.la.us, richardsonj@ag.state.la.us

Brennan Bowen     bbowen@holtzmanvogel.com, eholcombe@holtzmanvogel.com

Carey T. Jones     JonesCar@ag.louisiana.gov

Cassie Holt     cassie.holt@nelsonmullins.com, madison.marlowe@nelsonmullins.com

Daniel J. Hessel     dhessel@law.harvard.edu

Dayton Campbell-Harris     dcampbell-harris@aclu.org, ascott@aclu.org, druiz@aclu.org, mgaryantes@aclu.org, mlarondeking@aclu.org

Elizabeth Baker Murrill     murrille@ag.louisiana.gov, barbalichl@ag.louisiana.gov, ecfnotices@ag.louisiana.gov, jonesj@ag.louisiana.gov, nelsone@ag.louisiana.gov

Erika Dackin Prouty     eprouty@bakerlaw.com, lbeiser@bakerlaw.com

Jared Evans     jevans@naacpldf.org

Jason Brett Torchinsky     jtorchinsky@holtzmanvogel.com, jcycon@holtzmanvogel.com, kacres@hvjt.law, pgordon@hvjt.law, ssheehy@hvht.law

Jeffrey Michael Wale     walej@ag.state.la.us, CanterburyM@ag.louisiana.gov

John Carroll Walsh     john@scwllp.com, kimk@scwllp.com

John Clifton Conine , Jr     coninej@scwllp.com

John E. Branch , III     john.branch@nelsonmullins.com

John Nelson Adcock     JNADCOCK@GMAIL.COM, adcocklawparalegal@gmail.com

Katherine L. McKnight     kmcknight@bakerlaw.com

Kathryn C. Sadasivan     ksadasivan@naacpldf.org

Leah C. Aden     laden@naacpldf.org, MdeLeeuw@cozen.com, nmerle@naacpldf.org, rrozos@naacpldf.org

Michael B. de Leeuw     mdeleeuw@cozen.com

Michael W. Mengis     mmengis@bakerlaw.com, csauceda@bakerlaw.com, kmcknight@bakerlaw.com, lbeiser@bakerlaw.com, mbraden@bakerlaw.com, rraile@bakerlaw.com

Nora Ahmed     nahmed@laaclu.org

Patrick T. Lewis     plewis@bakerlaw.com

Phillip J. Strach     phil.strach@nelsonmullins.com

Phillip Michael Gordon     pgordon@holtzmanvogel.com, dpolio@hvjt.law, ssheehy@hvjt.law

Robert J. Tucker     rtucker@bakerlaw.com, phubbard@bakerlaw.com

Ronald Lawrence Wilson     cabral2@aol.com, sullivates@aol.com

Sara Sara Rohani     srohani@naacpldf.org

Sarah E Brannon     sbrannon@aclu.org, ascott@aclu.org, druiz@aclu.org, mgaryantes@aclu.org, mlarondeking@aclu.org

Sophia Lin Lakin     slakin@aclu.org, ascott@aclu.org, druiz@aclu.org, mgaryantes@aclu.org, mlarondeking@aclu.org

Stephanie Legros     swillis@laaclu.org, ahenderson@dudleydebosier.com

Stuart C. Naifeh     snaifeh@naacpldf.org

Thomas A. Farr     tom.farr@nelsonmullins.com

Tiffany Alora Thomas     tthomaslundborg@law.harvard.edu

Victoria Wenger     vwenger@naacpldf.org

**3:22-cv-00178-SDD-SDJ Notice has been delivered by other means to:**