IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., *Plaintiffs*, v. REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., *Defendants*. | Civil Action No. 23 CV 1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., *Plaintiffs*, v. PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., *Defendants*. | Civil Action No. 23 CV 1104 |

**THIRD DECLARATION OF HILARY HARRIS KLEIN
IN SUPPORT OF NAACP PLAINTIFFS MOTION FOR A PROTECTIVE ORDER**

I, Hilary Harris Klein, declare as follows:

1. I am more than 18 years of age, am of sound mind, and am otherwise competent to give this Declaration.

2. I am counsel for the North Carolina NAACP, Common Cause, Mitzi Reynolds Turner, Dawn Daly-Mack, Hollis Briggs, Corine Mack, Calvin Jones, Linda Sutton, and Syene Jasmin ("NAACP Plaintiffs") in the above-captioned action.

3. This declaration is based on my personal knowledge and/or my review of correspondence and documents produced in this case.

4. A true and correct copy of excerpts of the October 18, 2024, Rule 30(b)(6) deposition of Plaintiff Common Cause is appended to this Declaration as **Exhibit A**. Plaintiff Common Cause has reserved the right to read and sign the declaration, but the substance of the testimony cited in NAACP Plaintiffs Rely in Support of a Protective Order is accurate to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 23, 2024.  /s/ *Hilary Harris Klein*
Hilary Harris Klein

## CERTIFICATE OF SERVICE

I certify that on October 23, 2024, I electronically filed the foregoing and its exhibits with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Hilary Harris Klein
Hilary Harris Klein
