# EXHIBIT A

Docket in *Nairne v. Ardoin*, No. 3:22cv178 (M.D. La.)

Exhibit to Declaration of Stuart Naifeh

# 3:22cv178, Nairne Et Al V. Ardoin

US District Court Docket

United States District Court, Louisiana Middle

(Baton Rouge)

**This case was retrieved on 10/16/2024**

## Header

**Case Number:** 3:22cv178
**Date Filed:** 03/14/2022
**Assigned To:** Chief Judge Shelly D. Dick
**Referred To:** Magistrate Judge Scott D. Johnson
**Nature of Suit:** Voting (441)
**Cause:** Injunction
**Lead Docket:** None
**Other Docket:** 3:22cv00211, 3:22cv00214, 5th Circuit Court of Appeals, 24-30115
**Jurisdiction:** Federal Question

**Class Code:** Open
**Statute:** 28:2201
**Jury Demand:** None
**Demand Amount:** $0
**NOS Description:** Voting

## Participants

### Litigants

Dorothy Nairne
Dr. |
**Plaintiff**

### Attorneys

John N. Adcock
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Adcock Law LLC
3110 Canal Street La
New Orleans, LA  70119
USA
504-233-3125 Fax: 504-308-1266 Email:Jnadcock@gmail.Com

Amanda Giglio
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
3 World Trade Center
New York, NY  10007
USA
917-716-4736 Email:Agiglio@cozen.Com

Colin Burke
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense & Educational Fund
40 Rector St. 5th Fl
New York, NY  10006
USA
646-531-3485 Email:Cburke@naacpldf.Org

Daniel J. Hessel
PRO HAC VICE;ATTORNEY TO BE NOTICED
Harvard Law School

| Litigants | Attorneys |
|---|---|
| | 3085 Wasserstein Hall 6 Everett Street<br>Cambridge, MA 02138<br>USA<br>917-403-4976 Email:Dhessel@law.Harvard.Edu<br><br>Dayton Campbell-Harris<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>American Civil Liberties Union Foundation<br>125 Broad Street 18th Floor<br>New York, NY 10004<br>USA<br>425-516-8400 Email:Dcampbell-Harris@aclu.Org<br><br>Garrett Muscatel<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>American Civil Liberties Union Foundation<br>125 Broad St<br>New York, NY 10004<br>USA<br>805-750-9973 Email:Gmuscatel@aclu.Org<br><br>Jared Evans<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>NAACP Legal Defense Fund<br>Dc 700 14th St Nw Suite 600<br>Washington, DC 20005<br>USA<br>318-652-2203 Email:Jevans@naacpldf.Org<br><br>Josephine M Bahn<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Cozen O'Connor<br>1200 19th Street, Nw Third Floor<br>Washington, DC 20036<br>USA<br>202-280-6484 Email:Jbahn@cozen.Com<br><br>Kathryn C. Sadasivan<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>NAACP Legal Defense & Educational Fund<br>40 Rector Street Fl 5<br>New York, NY 10006<br>USA<br>702-606-6049 Email:Ksadasivan@naacpldf.Org<br><br>Leah C. Aden<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>NAACP Legal Defense and Educational Fund, Inc.<br>40 Rector Street 5th Floor<br>New York, NY 10006<br>USA<br>212-965-2200 Email:Laden@naacpldf.Org<br><br>Luis Manuel Rico Roman<br>PRO HAC VICE<br>American Civil Liberties Union Foundation<br>125 Broad Street 18th Fl. |

| Litigants | Attorneys |
|---|---|

New York, NY 10004
USA

Megan C. Keenan
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
915 15th St. Nw
Washington, DC 20005
USA
740-632-0671 Email:Mkeenan@aclu.Org

Megan E. Snider
ATTORNEY TO BE NOTICED
[Terminated: 06/03/2022]
ACLU of Louisiana
1340 Poydras St. Ste 2160
New Orleans, LA 70112
USA
504-522-0628 Email:Msnider@slls.Org

Michael B. de Leeuw
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
3 Wtc, 175 Greenwich Street Ste 55th Floor
New York, NY 10007
USA
212-908-1331 Fax: 212-509-9492 Email:Mdeleeuw@cozen.Com

Nora Ahmed
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation of Louisiana
1340 Poydras St Suite 2160
New Orleans, LA 70112
USA
917-842-3902 Email:Nahmed@laaclu.Org

Robert S. Clark
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
One Liberty Place 1650 Market Street Suite 2800
Philadelphia, PA 19103
USA
215-665-2041 Fax: 267-507-1564 Email:Robertclark@cozen.Com

Ronald Lawrence Wilson
ATTORNEY TO BE NOTICED

701 Poydras Street Suite 4100
New Orleans, LA 70139
USA
504-525-4361 Fax: 504-525-4380 Email:Cabral2@aol.Com

Samantha Osaki
PRO HAC VICE;ATTORNEY TO BE NOTICED
[Terminated: 08/01/2022]
American Civil Liberties Union Foundation, Inc.
125 Broad Street

| Litigants | Attorneys |
|---|---|
| | New York, NY 10004 |
| | USA |
| | 909-815-9291 Email:Sosaki@aclu.Org |
| | |
| | Sara Sara Rohani |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | NAACP Legal Defense Fund |
| | 700 14th Street Nw Ste 600 |
| | Washington, DC 20005 |
| | USA |
| | 202-365-2154 Email:Srohani@naacpldf.Org |
| | |
| | Sarah E Brannon |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | American Civil Liberties Union Foundation |
| | Voting Rights Project 915 15th St Nw |
| | Washington, DC 20005 |
| | USA |
| | 202-675-2337 Email:Sbrannon@aclu.Org |
| | |
| | Sophia Lin Lakin |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | American Civil Liberties Union Foundation |
| | Voting Rights Project 125 Broad Street Ste 18th Floor |
| | New York, NY 10004 |
| | USA |
| | 212-519-7836 Email:Slakin@aclu.Org |
| | |
| | Stephanie Legros |
| | ATTORNEY TO BE NOTICED |
| | ACLU of Louisiana |
| | Legal 1340 Poydras St Ste 2160 |
| | New Orleans, LA 70112 |
| | USA |
| | 504-444-6046 Email:Swillis@laaclu.Org |
| | |
| | Stuart C. Naifeh |
| | ATTORNEY TO BE NOTICED |
| | NAACP Legal Defense Fund |
| | 40 Rector Street 5th Floor |
| | New York, NY 10006 |
| | USA |
| | 212-965-2200 Email:Snaifeh@naacpldf.Org |
| | |
| | Tiffany Alora Thomas |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | Harvard Law School |
| | Voting Rights Project 6 Everett St Suite 4105 |
| | Cambridge, MA 02138 |
| | USA |
| | 617-998-1582 Email:Tthomaslundborg@law.Harvard.Edu |
| | |
| | Victoria Wenger |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | NAACP Legal Defense & Educational Fund, Inc. |
| | 40 Rector Street Ste 5th Floor |
| | New York, NY 10006 |

| Litigants | Attorneys |
|---|---|
| | |

USA
212-965-2267 Email:Vwenger@naacpldf.Org

Jarrett Lofton
[Terminated: 10/05/2023]
**Plaintiff**

John N. Adcock
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Adcock Law LLC
3110 Canal Street La
New Orleans, LA 70119
USA
504-233-3125 Fax: 504-308-1266 Email:Jnadcock@gmail.Com

Amanda Giglio
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
3 World Trade Center
New York, NY 10007
USA
917-716-4736 Email:Agiglio@cozen.Com

Daniel J. Hessel
PRO HAC VICE;ATTORNEY TO BE NOTICED
Harvard Law School
3085 Wasserstein Hall 6 Everett Street
Cambridge, MA 02138
USA
917-403-4976 Email:Dhessel@law.Harvard.Edu

Dayton Campbell-Harris
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
125 Broad Street 18th Floor
New York, NY 10004
USA
425-516-8400 Email:Dcampbell-Harris@aclu.Org

Jared Evans
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense Fund
Dc 700 14th St Nw Suite 600
Washington, DC 20005
USA
318-652-2203 Email:Jevans@naacpldf.Org

Josephine M Bahn
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
1200 19th Street, Nw Third Floor
Washington, DC 20036
USA
202-280-6484 Email:Jbahn@cozen.Com

Kathryn C. Sadasivan
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense & Educational Fund
40 Rector Street Fl 5
New York, NY 10006
USA
702-606-6049 Email:Ksadasivan@naacpldf.Org

| Litigants | Attorneys |
|-----------|-----------|

Leah C. Aden
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street 5th Floor
New York, NY  10006
USA
212-965-2200 Email:Laden@naacpldf.Org

Luis Manuel Rico Roman
PRO HAC VICE
American Civil Liberties Union Foundation
125 Broad Street 18th Fl.
New York, NY  10004
USA

Megan C. Keenan
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
915 15th St. Nw
Washington, DC  20005
USA
740-632-0671 Email:Mkeenan@aclu.Org

Megan E. Snider
ATTORNEY TO BE NOTICED
[Terminated: 06/03/2022]
ACLU of Louisiana
1340 Poydras St. Ste 2160
New Orleans, LA  70112
USA
504-522-0628 Email:Msnider@slls.Org

Michael B. de Leeuw
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
3 Wtc, 175 Greenwich Street Ste 55th Floor
New York, NY  10007
USA
212-908-1331 Fax: 212-509-9492 Email:Mdeleeuw@cozen.Com

Nora Ahmed
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation of Louisiana
1340 Poydras St Suite 2160
New Orleans, LA  70112
USA
917-842-3902 Email:Nahmed@laaclu.Org

Robert S. Clark
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
One Liberty Place 1650 Market Street Suite 2800
Philadelphia, PA  19103
USA
215-665-2041 Fax: 267-507-1564 Email:Robertclark@cozen.Com

| Litigants | Attorneys |
|-----------|-----------|

Ronald Lawrence Wilson
ATTORNEY TO BE NOTICED

701 Poydras Street Suite 4100
New Orleans, LA 70139
USA
504-525-4361 Fax: 504-525-4380 Email:Cabral2@aol.Com

Samantha Osaki
PRO HAC VICE;ATTORNEY TO BE NOTICED
[Terminated: 08/01/2022]
American Civil Liberties Union Foundation, Inc.
125 Broad Street
New York, NY 10004
USA
909-815-9291 Email:Sosaki@aclu.Org

Sara Sara Rohani
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense Fund
700 14th Street Nw Ste 600
Washington, DC 20005
USA
202-365-2154 Email:Srohani@naacpldf.Org

Sarah E Brannon
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
Voting Rights Project 915 15th St Nw
Washington, DC 20005
USA
202-675-2337 Email:Sbrannon@aclu.Org

Sophia Lin Lakin
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
Voting Rights Project 125 Broad Street Ste 18th Floor
New York, NY 10004
USA
212-519-7836 Email:Slakin@aclu.Org

Stephanie Legros
ATTORNEY TO BE NOTICED
ACLU of Louisiana
Legal 1340 Poydras St Ste 2160
New Orleans, LA 70112
USA
504-444-6046 Email:Swillis@laaclu.Org

Stuart C. Naifeh
ATTORNEY TO BE NOTICED
NAACP Legal Defense Fund
40 Rector Street 5th Floor
New York, NY 10006
USA
212-965-2200 Email:Snaifeh@naacpldf.Org

| Litigants | Attorneys |
|-----------|-----------|
| | Tiffany Alora Thomas |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | Harvard Law School |
| | Voting Rights Project 6 Everett St Suite 4105 |
| | Cambridge, MA  02138 |
| | USA |
| | 617-998-1582 Email:Tthomaslundborg@law.Harvard.Edu |

Victoria Wenger
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street Ste 5th Floor
New York, NY  10006
USA
212-965-2267 Email:Vwenger@naacpldf.Org

**Clee E. Lowe**
Rev. |
**Plaintiff**

John N. Adcock
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Adcock Law LLC
3110 Canal Street La
New Orleans, LA  70119
USA
504-233-3125 Fax: 504-308-1266 Email:Jnadcock@gmail.Com

Amanda Giglio
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
3 World Trade Center
New York, NY  10007
USA
917-716-4736 Email:Agiglio@cozen.Com

Colin Burke
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense & Educational Fund
40 Rector St. 5th Fl
New York, NY  10006
USA
646-531-3485 Email:Cburke@naacpldf.Org

Daniel J. Hessel
PRO HAC VICE;ATTORNEY TO BE NOTICED
Harvard Law School
3085 Wasserstein Hall 6 Everett Street
Cambridge, MA  02138
USA
917-403-4976 Email:Dhessel@law.Harvard.Edu

Dayton Campbell-Harris
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
125 Broad Street 18th Floor
New York, NY  10004
USA
425-516-8400 Email:Dcampbell-Harris@aclu.Org

Garrett Muscatel
PRO HAC VICE;ATTORNEY TO BE NOTICED

| Litigants | Attorneys |
|-----------|-----------|
| | American Civil Liberties Union Foundation<br>125 Broad St<br>New York, NY  10004<br>USA<br>805-750-9973 Email:Gmuscatel@aclu.Org |

Jared Evans
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense Fund
Dc 700 14th St Nw Suite 600
Washington, DC  20005
USA
318-652-2203 Email:Jevans@naacpldf.Org

Josephine M Bahn
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
1200 19th Street, Nw Third Floor
Washington, DC  20036
USA
202-280-6484 Email:Jbahn@cozen.Com

Kathryn C. Sadasivan
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense & Educational Fund
40 Rector Street Fl 5
New York, NY  10006
USA
702-606-6049 Email:Ksadasivan@naacpldf.Org

Leah C. Aden
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street 5th Floor
New York, NY  10006
USA
212-965-2200 Email:Laden@naacpldf.Org

Luis Manuel Rico Roman
PRO HAC VICE
American Civil Liberties Union Foundation
125 Broad Street 18th Fl.
New York, NY  10004
USA

Megan C. Keenan
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
915 15th St. Nw
Washington, DC  20005
USA
740-632-0671 Email:Mkeenan@aclu.Org

Megan E. Snider
ATTORNEY TO BE NOTICED
[Terminated: 06/03/2022]
ACLU of Louisiana

| Litigants | Attorneys |
|-----------|-----------|

1340 Poydras St. Ste 2160
New Orleans, LA 70112
USA
504-522-0628 Email:Msnider@slls.Org

Michael B. de Leeuw
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
3 Wtc, 175 Greenwich Street Ste 55th Floor
New York, NY 10007
USA
212-908-1331 Fax: 212-509-9492 Email:Mdeleeuw@cozen.Com

Nora Ahmed
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation of Louisiana
1340 Poydras St Suite 2160
New Orleans, LA 70112
USA
917-842-3902 Email:Nahmed@laaclu.Org

Robert S. Clark
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
One Liberty Place 1650 Market Street Suite 2800
Philadelphia, PA 19103
USA
215-665-2041 Fax: 267-507-1564 Email:Robertclark@cozen.Com

Ronald Lawrence Wilson
ATTORNEY TO BE NOTICED

701 Poydras Street Suite 4100
New Orleans, LA 70139
USA
504-525-4361 Fax: 504-525-4380 Email:Cabral2@aol.Com

Samantha Osaki
PRO HAC VICE;ATTORNEY TO BE NOTICED
[Terminated: 08/01/2022]
American Civil Liberties Union Foundation, Inc.
125 Broad Street
New York, NY 10004
USA
909-815-9291 Email:Sosaki@aclu.Org

Sara Sara Rohani
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense Fund
700 14th Street Nw Ste 600
Washington, DC 20005
USA
202-365-2154 Email:Srohani@naacpldf.Org

Sarah E Brannon
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation

| Litigants | Attorneys |
|---|---|
| | Voting Rights Project 915 15th St Nw<br>Washington, DC  20005<br>USA<br>202-675-2337 Email:Sbrannon@aclu.Org<br><br>Sophia Lin Lakin<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>American Civil Liberties Union Foundation<br>Voting Rights Project 125 Broad Street Ste 18th Floor<br>New York, NY  10004<br>USA<br>212-519-7836 Email:Slakin@aclu.Org<br><br>Stephanie Legros<br>ATTORNEY TO BE NOTICED<br>ACLU of Louisiana<br>Legal 1340 Poydras St Ste 2160<br>New Orleans, LA  70112<br>USA<br>504-444-6046 Email:Swillis@laaclu.Org<br><br>Stuart C. Naifeh<br>ATTORNEY TO BE NOTICED<br>NAACP Legal Defense Fund<br>40 Rector Street 5th Floor<br>New York, NY  10006<br>USA<br>212-965-2200 Email:Snaifeh@naacpldf.Org<br><br>Tiffany Alora Thomas<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Harvard Law School<br>Voting Rights Project 6 Everett St Suite 4105<br>Cambridge, MA  02138<br>USA<br>617-998-1582 Email:Tthomaslundborg@law.Harvard.Edu<br><br>Victoria Wenger<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>NAACP Legal Defense & Educational Fund, Inc.<br>40 Rector Street Ste 5th Floor<br>New York, NY  10006<br>USA<br>212-965-2267 Email:Vwenger@naacpldf.Org |
| Alice Washington<br>Dr. &#124;<br>**Plaintiff** | John N. Adcock<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Adcock Law LLC<br>3110 Canal Street La<br>New Orleans, LA  70119<br>USA<br>504-233-3125 Fax: 504-308-1266 Email:Jnadcock@gmail.Com<br><br>Amanda Giglio<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Cozen O'Connor<br>3 World Trade Center<br>New York, NY  10007 |

| Litigants | Attorneys |
|---|---|
| | |

USA
917-716-4736 Email:Agiglio@cozen.Com

Colin Burke
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense & Educational Fund
40 Rector St. 5th Fl
New York, NY 10006
USA
646-531-3485 Email:Cburke@naacpldf.Org

Daniel J. Hessel
PRO HAC VICE;ATTORNEY TO BE NOTICED
Harvard Law School
3085 Wasserstein Hall 6 Everett Street
Cambridge, MA 02138
USA
917-403-4976 Email:Dhessel@law.Harvard.Edu

Dayton Campbell-Harris
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
125 Broad Street 18th Floor
New York, NY 10004
USA
425-516-8400 Email:Dcampbell-Harris@aclu.Org

Garrett Muscatel
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
125 Broad St
New York, NY 10004
USA
805-750-9973 Email:Gmuscatel@aclu.Org

Jared Evans
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense Fund
Dc 700 14th St Nw Suite 600
Washington, DC 20005
USA
318-652-2203 Email:Jevans@naacpldf.Org

Josephine M Bahn
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
1200 19th Street, Nw Third Floor
Washington, DC 20036
USA
202-280-6484 Email:Jbahn@cozen.Com

Kathryn C. Sadasivan
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense & Educational Fund
40 Rector Street Fl 5
New York, NY 10006
USA

| Litigants | Attorneys |
|---|---|
| | 702-606-6049 Email:Ksadasivan@naacpldf.Org |

Leah C. Aden
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street 5th Floor
New York, NY  10006
USA
212-965-2200 Email:Laden@naacpldf.Org

Luis Manuel Rico Roman
PRO HAC VICE
American Civil Liberties Union Foundation
125 Broad Street 18th Fl.
New York, NY  10004
USA

Megan C. Keenan
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
915 15th St. Nw
Washington, DC  20005
USA
740-632-0671 Email:Mkeenan@aclu.Org

Megan E. Snider
ATTORNEY TO BE NOTICED
[Terminated: 06/03/2022]
ACLU of Louisiana
1340 Poydras St. Ste 2160
New Orleans, LA  70112
USA
504-522-0628 Email:Msnider@slls.Org

Michael B. de Leeuw
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
3 Wtc, 175 Greenwich Street Ste 55th Floor
New York, NY  10007
USA
212-908-1331 Fax: 212-509-9492 Email:Mdeleeuw@cozen.Com

Nora Ahmed
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation of Louisiana
1340 Poydras St Suite 2160
New Orleans, LA  70112
USA
917-842-3902 Email:Nahmed@laaclu.Org

Robert S. Clark
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
One Liberty Place 1650 Market Street Suite 2800
Philadelphia, PA  19103
USA
215-665-2041 Fax: 267-507-1564 Email:Robertclark@cozen.Com

| Litigants | Attorneys |
|-----------|-----------|

Ronald Lawrence Wilson
ATTORNEY TO BE NOTICED

701 Poydras Street Suite 4100
New Orleans, LA  70139
USA
504-525-4361 Fax: 504-525-4380 Email:Cabral2@aol.Com

Samantha Osaki
PRO HAC VICE;ATTORNEY TO BE NOTICED
[Terminated: 08/01/2022]
American Civil Liberties Union Foundation, Inc.
125 Broad Street
New York, NY  10004
USA
909-815-9291 Email:Sosaki@aclu.Org

Sara Sara Rohani
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense Fund
700 14th Street Nw Ste 600
Washington, DC  20005
USA
202-365-2154 Email:Srohani@naacpldf.Org

Sarah E Brannon
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
Voting Rights Project 915 15th St Nw
Washington, DC  20005
USA
202-675-2337 Email:Sbrannon@aclu.Org

Sophia Lin Lakin
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
Voting Rights Project 125 Broad Street Ste 18th Floor
New York, NY  10004
USA
212-519-7836 Email:Slakin@aclu.Org

Stephanie Legros
ATTORNEY TO BE NOTICED
ACLU of Louisiana
Legal 1340 Poydras St Ste 2160
New Orleans, LA  70112
USA
504-444-6046 Email:Swillis@laaclu.Org

Stuart C. Naifeh
ATTORNEY TO BE NOTICED
NAACP Legal Defense Fund
40 Rector Street 5th Floor
New York, NY  10006
USA
212-965-2200 Email:Snaifeh@naacpldf.Org

| Litigants | Attorneys |
|-----------|-----------|
| | |

Tiffany Alora Thomas
PRO HAC VICE;ATTORNEY TO BE NOTICED
Harvard Law School
Voting Rights Project 6 Everett St Suite 4105
Cambridge, MA  02138
USA
617-998-1582 Email:Tthomaslundborg@law.Harvard.Edu

Victoria Wenger
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street Ste 5th Floor
New York, NY  10006
USA
212-965-2267 Email:Vwenger@naacpldf.Org

**Black Voters Matter Capacity Building Institute**
**Plaintiff**

John N. Adcock
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Adcock Law LLC
3110 Canal Street La
New Orleans, LA  70119
USA
504-233-3125 Fax: 504-308-1266 Email:Jnadcock@gmail.Com

Amanda Giglio
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
3 World Trade Center
New York, NY  10007
USA
917-716-4736 Email:Agiglio@cozen.Com

Colin Burke
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense & Educational Fund
40 Rector St. 5th Fl
New York, NY  10006
USA
646-531-3485 Email:Cburke@naacpldf.Org

Daniel J. Hessel
PRO HAC VICE;ATTORNEY TO BE NOTICED
Harvard Law School
3085 Wasserstein Hall 6 Everett Street
Cambridge, MA  02138
USA
917-403-4976 Email:Dhessel@law.Harvard.Edu

Dayton Campbell-Harris
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
125 Broad Street 18th Floor
New York, NY  10004
USA
425-516-8400 Email:Dcampbell-Harris@aclu.Org

Garrett Muscatel

| Litigants | Attorneys |
|-----------|-----------|
|           |           |

PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
125 Broad St
New York, NY 10004
USA
805-750-9973 Email:Gmuscatel@aclu.Org

Jared Evans
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense Fund
Dc 700 14th St Nw Suite 600
Washington, DC 20005
USA
318-652-2203 Email:Jevans@naacpldf.Org

Josephine M Bahn
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
1200 19th Street, Nw Third Floor
Washington, DC 20036
USA
202-280-6484 Email:Jbahn@cozen.Com

Kathryn C. Sadasivan
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense & Educational Fund
40 Rector Street Fl 5
New York, NY 10006
USA
702-606-6049 Email:Ksadasivan@naacpldf.Org

Leah C. Aden
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street 5th Floor
New York, NY 10006
USA
212-965-2200 Email:Laden@naacpldf.Org

Luis Manuel Rico Roman
PRO HAC VICE
American Civil Liberties Union Foundation
125 Broad Street 18th Fl.
New York, NY 10004
USA

Megan C. Keenan
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
915 15th St. Nw
Washington, DC 20005
USA
740-632-0671 Email:Mkeenan@aclu.Org

Megan E. Snider
ATTORNEY TO BE NOTICED
[Terminated: 06/03/2022]

| Litigants | Attorneys |
|---|---|
| | ACLU of Louisiana<br>1340 Poydras St. Ste 2160<br>New Orleans, LA  70112<br>USA<br>504-522-0628 Email:Msnider@slls.Org |

Michael B. de Leeuw
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
3 Wtc, 175 Greenwich Street Ste 55th Floor
New York, NY  10007
USA
212-908-1331 Fax: 212-509-9492 Email:Mdeleeuw@cozen.Com

Nora Ahmed
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation of Louisiana
1340 Poydras St Suite 2160
New Orleans, LA  70112
USA
917-842-3902 Email:Nahmed@laaclu.Org

Robert S. Clark
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
One Liberty Place 1650 Market Street Suite 2800
Philadelphia, PA  19103
USA
215-665-2041 Fax: 267-507-1564 Email:Robertclark@cozen.Com

Ronald Lawrence Wilson
ATTORNEY TO BE NOTICED

701 Poydras Street Suite 4100
New Orleans, LA  70139
USA
504-525-4361 Fax: 504-525-4380 Email:Cabral2@aol.Com

Samantha Osaki
PRO HAC VICE;ATTORNEY TO BE NOTICED
[Terminated: 08/01/2022]
American Civil Liberties Union Foundation, Inc.
125 Broad Street
New York, NY  10004
USA
909-815-9291 Email:Sosaki@aclu.Org

Sara Sara Rohani
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense Fund
700 14th Street Nw Ste 600
Washington, DC  20005
USA
202-365-2154 Email:Srohani@naacpldf.Org

Sarah E Brannon
PRO HAC VICE;ATTORNEY TO BE NOTICED

| Litigants | Attorneys |
|-----------|-----------|
| | American Civil Liberties Union Foundation Voting Rights Project 915 15th St Nw Washington, DC  20005 USA 202-675-2337 Email:Sbrannon@aclu.Org |
| | Sophia Lin Lakin PRO HAC VICE;ATTORNEY TO BE NOTICED American Civil Liberties Union Foundation Voting Rights Project 125 Broad Street Ste 18th Floor New York, NY  10004 USA 212-519-7836 Email:Slakin@aclu.Org |
| | Stephanie Legros ATTORNEY TO BE NOTICED ACLU of Louisiana Legal 1340 Poydras St Ste 2160 New Orleans, LA  70112 USA 504-444-6046 Email:Swillis@laaclu.Org |
| | Stuart C. Naifeh ATTORNEY TO BE NOTICED NAACP Legal Defense Fund 40 Rector Street 5th Floor New York, NY  10006 USA 212-965-2200 Email:Snaifeh@naacpldf.Org |
| | Tiffany Alora Thomas PRO HAC VICE;ATTORNEY TO BE NOTICED Harvard Law School Voting Rights Project 6 Everett St Suite 4105 Cambridge, MA  02138 USA 617-998-1582 Email:Tthomaslundborg@law.Harvard.Edu |
| | Victoria Wenger PRO HAC VICE;ATTORNEY TO BE NOTICED NAACP Legal Defense & Educational Fund, Inc. 40 Rector Street Ste 5th Floor New York, NY  10006 USA 212-965-2267 Email:Vwenger@naacpldf.Org |
| Louisiana State Conference of the Naacp **Plaintiff** | John N. Adcock LEAD ATTORNEY;ATTORNEY TO BE NOTICED Adcock Law LLC 3110 Canal Street La New Orleans, LA  70119 USA 504-233-3125 Fax: 504-308-1266 Email:Jnadcock@gmail.Com |
| | Colin Burke PRO HAC VICE;ATTORNEY TO BE NOTICED NAACP Legal Defense & Educational Fund 40 Rector St. 5th Fl |

| Litigants | Attorneys |
|-----------|-----------|
| | New York, NY 10006 |
| | USA |
| | 646-531-3485 Email:Cburke@naacpldf.Org |
| | |
| | Daniel J. Hessel |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | Harvard Law School |
| | 3085 Wasserstein Hall 6 Everett Street |
| | Cambridge, MA 02138 |
| | USA |
| | 917-403-4976 Email:Dhessel@law.Harvard.Edu |
| | |
| | Dayton Campbell-Harris |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | American Civil Liberties Union Foundation |
| | 125 Broad Street 18th Floor |
| | New York, NY 10004 |
| | USA |
| | 425-516-8400 Email:Dcampbell-Harris@aclu.Org |
| | |
| | Garrett Muscatel |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | American Civil Liberties Union Foundation |
| | 125 Broad St |
| | New York, NY 10004 |
| | USA |
| | 805-750-9973 Email:Gmuscatel@aclu.Org |
| | |
| | Jared Evans |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | NAACP Legal Defense Fund |
| | Dc 700 14th St Nw Suite 600 |
| | Washington, DC 20005 |
| | USA |
| | 318-652-2203 Email:Jevans@naacpldf.Org |
| | |
| | Josephine M Bahn |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | Cozen O'Connor |
| | 1200 19th Street, Nw Third Floor |
| | Washington, DC 20036 |
| | USA |
| | 202-280-6484 Email:Jbahn@cozen.Com |
| | |
| | Kathryn C. Sadasivan |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | NAACP Legal Defense & Educational Fund |
| | 40 Rector Street Fl 5 |
| | New York, NY 10006 |
| | USA |
| | 702-606-6049 Email:Ksadasivan@naacpldf.Org |
| | |
| | Leah C. Aden |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | NAACP Legal Defense and Educational Fund, Inc. |
| | 40 Rector Street 5th Floor |
| | New York, NY 10006 |

| Litigants | Attorneys |
|-----------|-----------|
| | USA |
| | 212-965-2200 Email:Laden@naacpldf.Org |
| | |
| | Luis Manuel Rico Roman |
| | PRO HAC VICE |
| | American Civil Liberties Union Foundation |
| | 125 Broad Street 18th Fl. |
| | New York, NY 10004 |
| | USA |
| | |
| | Megan C. Keenan |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | American Civil Liberties Union Foundation |
| | 915 15th St. Nw |
| | Washington, DC 20005 |
| | USA |
| | 740-632-0671 Email:Mkeenan@aclu.Org |
| | |
| | Megan E. Snider |
| | ATTORNEY TO BE NOTICED |
| | [Terminated: 06/03/2022] |
| | ACLU of Louisiana |
| | 1340 Poydras St. Ste 2160 |
| | New Orleans, LA 70112 |
| | USA |
| | 504-522-0628 Email:Msnider@slls.Org |
| | |
| | Michael B. de Leeuw |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | Cozen O'Connor |
| | 3 Wtc, 175 Greenwich Street Ste 55th Floor |
| | New York, NY 10007 |
| | USA |
| | 212-908-1331 Fax: 212-509-9492 Email:Mdeleeuw@cozen.Com |
| | |
| | Nora Ahmed |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | American Civil Liberties Union Foundation of Louisiana |
| | 1340 Poydras St Suite 2160 |
| | New Orleans, LA 70112 |
| | USA |
| | 917-842-3902 Email:Nahmed@laaclu.Org |
| | |
| | Robert S. Clark |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | Cozen O'Connor |
| | One Liberty Place 1650 Market Street Suite 2800 |
| | Philadelphia, PA 19103 |
| | USA |
| | 215-665-2041 Fax: 267-507-1564 Email:Robertclark@cozen.Com |
| | |
| | Ronald Lawrence Wilson |
| | ATTORNEY TO BE NOTICED |
| | |
| | 701 Poydras Street Suite 4100 |
| | New Orleans, LA 70139 |
| | USA |

| Litigants | Attorneys |
|-----------|-----------|
|           |           |

504-525-4361 Fax: 504-525-4380 Email:Cabral2@aol.Com

Samantha Osaki
PRO HAC VICE;ATTORNEY TO BE NOTICED
[Terminated: 08/01/2022]
American Civil Liberties Union Foundation, Inc.
125 Broad Street
New York, NY 10004
USA
909-815-9291 Email:Sosaki@aclu.Org

Sara Sara Rohani
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense Fund
700 14th Street Nw Ste 600
Washington, DC 20005
USA
202-365-2154 Email:Srohani@naacpldf.Org

Sarah E Brannon
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
Voting Rights Project 915 15th St Nw
Washington, DC 20005
USA
202-675-2337 Email:Sbrannon@aclu.Org

Sophia Lin Lakin
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
Voting Rights Project 125 Broad Street Ste 18th Floor
New York, NY 10004
USA
212-519-7836 Email:Slakin@aclu.Org

Stephanie Legros
ATTORNEY TO BE NOTICED
ACLU of Louisiana
Legal 1340 Poydras St Ste 2160
New Orleans, LA 70112
USA
504-444-6046 Email:Swillis@laaclu.Org

Stuart C. Naifeh
ATTORNEY TO BE NOTICED
NAACP Legal Defense Fund
40 Rector Street 5th Floor
New York, NY 10006
USA
212-965-2200 Email:Snaifeh@naacpldf.Org

Tiffany Alora Thomas
PRO HAC VICE;ATTORNEY TO BE NOTICED
Harvard Law School
Voting Rights Project 6 Everett St Suite 4105
Cambridge, MA 02138
USA

## Litigants

## Attorneys

617-998-1582 Email:Tthomaslundborg@law.Harvard.Edu

Victoria Wenger
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street Ste 5th Floor
New York, NY  10006
USA
212-965-2267 Email:Vwenger@naacpldf.Org

Rose Thompson
Dr. |
**Plaintiff**

John N. Adcock
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Adcock Law LLC
3110 Canal Street La
New Orleans, LA  70119
USA
504-233-3125 Fax: 504-308-1266 Email:Jnadcock@gmail.Com

Amanda Giglio
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
3 World Trade Center
New York, NY  10007
USA
917-716-4736 Email:Agiglio@cozen.Com

Colin Burke
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense & Educational Fund
40 Rector St. 5th Fl
New York, NY  10006
USA
646-531-3485 Email:Cburke@naacpldf.Org

Daniel J. Hessel
PRO HAC VICE;ATTORNEY TO BE NOTICED
Harvard Law School
3085 Wasserstein Hall 6 Everett Street
Cambridge, MA  02138
USA
917-403-4976 Email:Dhessel@law.Harvard.Edu

Dayton Campbell-Harris
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
125 Broad Street 18th Floor
New York, NY  10004
USA
425-516-8400 Email:Dcampbell-Harris@aclu.Org

Garrett Muscatel
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
125 Broad St
New York, NY  10004
USA
805-750-9973 Email:Gmuscatel@aclu.Org

| Litigants | Attorneys |
|-----------|-----------|
| | Jared Evans<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>NAACP Legal Defense Fund<br>Dc 700 14th St Nw Suite 600<br>Washington, DC  20005<br>USA<br>318-652-2203 Email:Jevans@naacpldf.Org |

Josephine M Bahn
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
1200 19th Street, Nw Third Floor
Washington, DC  20036
USA
202-280-6484 Email:Jbahn@cozen.Com

Kathryn C. Sadasivan
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense & Educational Fund
40 Rector Street Fl 5
New York, NY  10006
USA
702-606-6049 Email:Ksadasivan@naacpldf.Org

Leah C. Aden
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street 5th Floor
New York, NY  10006
USA
212-965-2200 Email:Laden@naacpldf.Org

Luis Manuel Rico Roman
PRO HAC VICE
American Civil Liberties Union Foundation
125 Broad Street 18th Fl.
New York, NY  10004
USA

Megan C. Keenan
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
915 15th St. Nw
Washington, DC  20005
USA
740-632-0671 Email:Mkeenan@aclu.Org

Megan E. Snider
ATTORNEY TO BE NOTICED
[Terminated: 06/03/2022]
ACLU of Louisiana
1340 Poydras St. Ste 2160
New Orleans, LA  70112
USA
504-522-0628 Email:Msnider@slls.Org

Michael B. de Leeuw

| Litigants | Attorneys |
|-----------|-----------|

PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
3 Wtc, 175 Greenwich Street Ste 55th Floor
New York, NY  10007
USA
212-908-1331 Fax: 212-509-9492 Email:Mdeleeuw@cozen.Com

Nora Ahmed
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation of Louisiana
1340 Poydras St Suite 2160
New Orleans, LA  70112
USA
917-842-3902 Email:Nahmed@laaclu.Org

Robert S. Clark
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
One Liberty Place 1650 Market Street Suite 2800
Philadelphia, PA  19103
USA
215-665-2041 Fax: 267-507-1564 Email:Robertclark@cozen.Com

Ronald Lawrence Wilson
ATTORNEY TO BE NOTICED

701 Poydras Street Suite 4100
New Orleans, LA  70139
USA
504-525-4361 Fax: 504-525-4380 Email:Cabral2@aol.Com

Samantha Osaki
PRO HAC VICE;ATTORNEY TO BE NOTICED
[Terminated: 08/01/2022]
American Civil Liberties Union Foundation, Inc.
125 Broad Street
New York, NY  10004
USA
909-815-9291 Email:Sosaki@aclu.Org

Sara Sara Rohani
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense Fund
700 14th Street Nw Ste 600
Washington, DC  20005
USA
202-365-2154 Email:Srohani@naacpldf.Org

Sarah E Brannon
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
Voting Rights Project 915 15th St Nw
Washington, DC  20005
USA
202-675-2337 Email:Sbrannon@aclu.Org

Sophia Lin Lakin

| Litigants | Attorneys |
|---|---|
| | PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
Voting Rights Project 125 Broad Street Ste 18th Floor
New York, NY 10004
USA
212-519-7836 Email:Slakin@aclu.Org

Stephanie Legros
ATTORNEY TO BE NOTICED
ACLU of Louisiana
Legal 1340 Poydras St Ste 2160
New Orleans, LA 70112
USA
504-444-6046 Email:Swillis@laaclu.Org

Stuart C. Naifeh
ATTORNEY TO BE NOTICED
NAACP Legal Defense Fund
40 Rector Street 5th Floor
New York, NY 10006
USA
212-965-2200 Email:Snaifeh@naacpldf.Org

Tiffany Alora Thomas
PRO HAC VICE;ATTORNEY TO BE NOTICED
Harvard Law School
Voting Rights Project 6 Everett St Suite 4105
Cambridge, MA 02138
USA
617-998-1582 Email:Tthomaslundborg@law.Harvard.Edu

Victoria Wenger
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street Ste 5th Floor
New York, NY 10006
USA
212-965-2267 Email:Vwenger@naacpldf.Org |
| Steven Harris
Rev. |
**Plaintiff** | John N. Adcock
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Adcock Law LLC
3110 Canal Street La
New Orleans, LA 70119
USA
504-233-3125 Fax: 504-308-1266 Email:Jnadcock@gmail.Com

Amanda Giglio
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
3 World Trade Center
New York, NY 10007
USA
917-716-4736 Email:Agiglio@cozen.Com

Colin Burke
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense & Educational Fund |

| Litigants | Attorneys |
|-----------|-----------|

40 Rector St. 5th Fl
New York, NY  10006
USA
646-531-3485 Email:Cburke@naacpldf.Org

Daniel J. Hessel
PRO HAC VICE;ATTORNEY TO BE NOTICED
Harvard Law School
3085 Wasserstein Hall 6 Everett Street
Cambridge, MA  02138
USA
917-403-4976 Email:Dhessel@law.Harvard.Edu

Dayton Campbell-Harris
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
125 Broad Street 18th Floor
New York, NY  10004
USA
425-516-8400 Email:Dcampbell-Harris@aclu.Org

Garrett Muscatel
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
125 Broad St
New York, NY  10004
USA
805-750-9973 Email:Gmuscatel@aclu.Org

Jared Evans
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense Fund
Dc 700 14th St Nw Suite 600
Washington, DC  20005
USA
318-652-2203 Email:Jevans@naacpldf.Org

Josephine M Bahn
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
1200 19th Street, Nw Third Floor
Washington, DC  20036
USA
202-280-6484 Email:Jbahn@cozen.Com

Kathryn C. Sadasivan
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense & Educational Fund
40 Rector Street Fl 5
New York, NY  10006
USA
702-606-6049 Email:Ksadasivan@naacpldf.Org

Leah C. Aden
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street 5th Floor

| Litigants | Attorneys |
|---|---|
| | New York, NY 10006 |
| | USA |
| | 212-965-2200 Email:Laden@naacpldf.Org |
| | |
| | Luis Manuel Rico Roman |
| | PRO HAC VICE |
| | American Civil Liberties Union Foundation |
| | 125 Broad Street 18th Fl. |
| | New York, NY 10004 |
| | USA |
| | |
| | Megan C. Keenan |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | American Civil Liberties Union Foundation |
| | 915 15th St. Nw |
| | Washington, DC 20005 |
| | USA |
| | 740-632-0671 Email:Mkeenan@aclu.Org |
| | |
| | Megan E. Snider |
| | ATTORNEY TO BE NOTICED |
| | [Terminated: 06/03/2022] |
| | ACLU of Louisiana |
| | 1340 Poydras St. Ste 2160 |
| | New Orleans, LA 70112 |
| | USA |
| | 504-522-0628 Email:Msnider@slls.Org |
| | |
| | Michael B. de Leeuw |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | Cozen O'Connor |
| | 3 Wtc, 175 Greenwich Street Ste 55th Floor |
| | New York, NY 10007 |
| | USA |
| | 212-908-1331 Fax: 212-509-9492 Email:Mdeleeuw@cozen.Com |
| | |
| | Nora Ahmed |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | American Civil Liberties Union Foundation of Louisiana |
| | 1340 Poydras St Suite 2160 |
| | New Orleans, LA 70112 |
| | USA |
| | 917-842-3902 Email:Nahmed@laaclu.Org |
| | |
| | Robert S. Clark |
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |
| | Cozen O'Connor |
| | One Liberty Place 1650 Market Street Suite 2800 |
| | Philadelphia, PA 19103 |
| | USA |
| | 215-665-2041 Fax: 267-507-1564 Email:Robertclark@cozen.Com |
| | |
| | Ronald Lawrence Wilson |
| | ATTORNEY TO BE NOTICED |
| | |
| | 701 Poydras Street Suite 4100 |
| | New Orleans, LA 70139 |

| Litigants | Attorneys |
|-----------|-----------|
|  | USA |

USA
504-525-4361 Fax: 504-525-4380 Email:Cabral2@aol.Com

Samantha Osaki
PRO HAC VICE;ATTORNEY TO BE NOTICED
[Terminated: 08/01/2022]
American Civil Liberties Union Foundation, Inc.
125 Broad Street
New York, NY  10004
USA
909-815-9291 Email:Sosaki@aclu.Org

Sara Sara Rohani
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense Fund
700 14th Street Nw Ste 600
Washington, DC  20005
USA
202-365-2154 Email:Srohani@naacpldf.Org

Sarah E Brannon
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
Voting Rights Project 915 15th St Nw
Washington, DC  20005
USA
202-675-2337 Email:Sbrannon@aclu.Org

Sophia Lin Lakin
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
Voting Rights Project 125 Broad Street Ste 18th Floor
New York, NY  10004
USA
212-519-7836 Email:Slakin@aclu.Org

Stephanie Legros
ATTORNEY TO BE NOTICED
ACLU of Louisiana
Legal 1340 Poydras St Ste 2160
New Orleans, LA  70112
USA
504-444-6046 Email:Swillis@laaclu.Org

Stuart C. Naifeh
ATTORNEY TO BE NOTICED
NAACP Legal Defense Fund
40 Rector Street 5th Floor
New York, NY  10006
USA
212-965-2200 Email:Snaifeh@naacpldf.Org

Tiffany Alora Thomas
PRO HAC VICE;ATTORNEY TO BE NOTICED
Harvard Law School
Voting Rights Project 6 Everett St Suite 4105
Cambridge, MA  02138

| Litigants | Attorneys |
|---|---|
| | USA<br>617-998-1582 Email:Tthomaslundborg@law.Harvard.Edu<br><br>Victoria Wenger<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>NAACP Legal Defense & Educational Fund, Inc.<br>40 Rector Street Ste 5th Floor<br>New York, NY 10006<br>USA<br>212-965-2267 Email:Vwenger@naacpldf.Org |
| Alexis Calhoun<br>[Terminated: 10/05/2023]<br>**Plaintiff** | John N. Adcock<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Adcock Law LLC<br>3110 Canal Street La<br>New Orleans, LA 70119<br>USA<br>504-233-3125 Fax: 504-308-1266 Email:Jnadcock@gmail.Com<br><br>Amanda Giglio<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Cozen O'Connor<br>3 World Trade Center<br>New York, NY 10007<br>USA<br>917-716-4736 Email:Agiglio@cozen.Com<br><br>Daniel J. Hessel<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Harvard Law School<br>3085 Wasserstein Hall 6 Everett Street<br>Cambridge, MA 02138<br>USA<br>917-403-4976 Email:Dhessel@law.Harvard.Edu<br><br>Dayton Campbell-Harris<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>American Civil Liberties Union Foundation<br>125 Broad Street 18th Floor<br>New York, NY 10004<br>USA<br>425-516-8400 Email:Dcampbell-Harris@aclu.Org<br><br>Jared Evans<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>NAACP Legal Defense Fund<br>Dc 700 14th St Nw Suite 600<br>Washington, DC 20005<br>USA<br>318-652-2203 Email:Jevans@naacpldf.Org<br><br>Josephine M Bahn<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Cozen O'Connor<br>1200 19th Street, Nw Third Floor<br>Washington, DC 20036<br>USA<br>202-280-6484 Email:Jbahn@cozen.Com |

| Litigants | Attorneys |
|---|---|
| | |

Kathryn C. Sadasivan
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense & Educational Fund
40 Rector Street Fl 5
New York, NY  10006
USA
702-606-6049 Email:Ksadasivan@naacpldf.Org

Leah C. Aden
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street 5th Floor
New York, NY  10006
USA
212-965-2200 Email:Laden@naacpldf.Org

Luis Manuel Rico Roman
PRO HAC VICE
American Civil Liberties Union Foundation
125 Broad Street 18th Fl.
New York, NY  10004
USA

Megan C. Keenan
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
915 15th St. Nw
Washington, DC  20005
USA
740-632-0671 Email:Mkeenan@aclu.Org

Megan E. Snider
ATTORNEY TO BE NOTICED
[Terminated: 06/03/2022]
ACLU of Louisiana
1340 Poydras St. Ste 2160
New Orleans, LA  70112
USA
504-522-0628 Email:Msnider@slls.Org

Michael B. de Leeuw
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
3 Wtc, 175 Greenwich Street Ste 55th Floor
New York, NY  10007
USA
212-908-1331 Fax: 212-509-9492 Email:Mdeleeuw@cozen.Com

Nora Ahmed
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation of Louisiana
1340 Poydras St Suite 2160
New Orleans, LA  70112
USA
917-842-3902 Email:Nahmed@laaclu.Org

| Litigants | Attorneys |
|-----------|-----------|
| | Robert S. Clark |

Robert S. Clark
PRO HAC VICE;ATTORNEY TO BE NOTICED
Cozen O'Connor
One Liberty Place 1650 Market Street Suite 2800
Philadelphia, PA  19103
USA
215-665-2041 Fax: 267-507-1564 Email:Robertclark@cozen.Com

Ronald Lawrence Wilson
ATTORNEY TO BE NOTICED

701 Poydras Street Suite 4100
New Orleans, LA  70139
USA
504-525-4361 Fax: 504-525-4380 Email:Cabral2@aol.Com

Samantha Osaki
PRO HAC VICE;ATTORNEY TO BE NOTICED
[Terminated: 08/01/2022]
American Civil Liberties Union Foundation, Inc.
125 Broad Street
New York, NY  10004
USA
909-815-9291 Email:Sosaki@aclu.Org

Sara Sara Rohani
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense Fund
700 14th Street Nw Ste 600
Washington, DC  20005
USA
202-365-2154 Email:Srohani@naacpldf.Org

Sarah E Brannon
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
Voting Rights Project 915 15th St Nw
Washington, DC  20005
USA
202-675-2337 Email:Sbrannon@aclu.Org

Sophia Lin Lakin
PRO HAC VICE;ATTORNEY TO BE NOTICED
American Civil Liberties Union Foundation
Voting Rights Project 125 Broad Street Ste 18th Floor
New York, NY  10004
USA
212-519-7836 Email:Slakin@aclu.Org

Stephanie Legros
ATTORNEY TO BE NOTICED
ACLU of Louisiana
Legal 1340 Poydras St Ste 2160
New Orleans, LA  70112
USA
504-444-6046 Email:Swillis@laaclu.Org

| Litigants | Attorneys |
|---|---|

Stuart C. Naifeh
ATTORNEY TO BE NOTICED
NAACP Legal Defense Fund
40 Rector Street 5th Floor
New York, NY 10006
USA
212-965-2200 Email:Snaifeh@naacpldf.Org

Tiffany Alora Thomas
PRO HAC VICE;ATTORNEY TO BE NOTICED
Harvard Law School
Voting Rights Project 6 Everett St Suite 4105
Cambridge, MA 02138
USA
617-998-1582 Email:Tthomaslundborg@law.Harvard.Edu

Victoria Wenger
PRO HAC VICE;ATTORNEY TO BE NOTICED
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street Ste 5th Floor
New York, NY 10006
USA
212-965-2267 Email:Vwenger@naacpldf.Org

**R. Kyle Ardoin**
in his official capacity as Secretary of State of Louisiana |
**Defendant**

John Carroll Walsh
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Shows. Cali & Walsh, LLP
P. O. Drawer 4425 628 St. Louis Street
Baton Rouge, LA 70821
USA
225-346-1461 Fax: 225-346-1467 Email:John@scwllp.Com

Michael W. Mengis
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Baker & Hostetler
811 Main Street, Suite 1100
Houston, TX 77002
USA
713-646-1330 Fax: 713-751-1717 Email:Mmengis@bakerlaw.Com

Alyssa Riggins
PRO HAC VICE;ATTORNEY TO BE NOTICED
Nelson Mullins Riley & Scarborough LLP
4140 Parklake Ave Suite 200
Raleigh, NC 27612
USA
919-329-3800 Email:Alyssa.Riggins@nelsonmullins.Com

Cassie Holt
ATTORNEY TO BE NOTICED
Nelson Mullins Riley & Scarborough LLP
4140 Parklake Ave Suite 200
Raleigh, NC 27612
USA
919-329-3886 Email:Cassie.Holt@nelsonmullins.Com

Charlton J Meginley
ATTORNEY TO BE NOTICED

| Litigants | Attorneys |
|---|---|
| | [Terminated: 01/18/2024] |

138 Willow Bend Dr
Madisonville, LA  70447
USA
9852902265 Email:Cjmeginley@gmail.Com

John E. Branch , III
PRO HAC VICE;ATTORNEY TO BE NOTICED
[Terminated: 03/01/2024]
Baker Donelson Bearman Caldwell & Berkowitz
Raleigh, North Carolina 2235 Ateway Access Point, Suite 220
Raleigh, NC  27607
USA
984-844-7907 Email:Jbranch@bakerdonelson.Com

John Clifton Conine , Jr.
ATTORNEY TO BE NOTICED
Shows, Cali & Walsh, L.L.P.
628 St. Louis St.
Baton Rouge, LA  70802
USA
(225) 346-1461 Email:Coninej@scwllp.Com

Phillip J. Strach
PRO HAC VICE;ATTORNEY TO BE NOTICED
Nelson Mullins Riley and Scarborough LLP
Glenlake One 4140 Parklake Avenue Suite 200
Raleigh, NC  27612
USA
919-329-3812 Email:Phil.Strach@nelsonmullins.Com

Thomas A. Farr
PRO HAC VICE;ATTORNEY TO BE NOTICED
Nelson Mullins Riley & Scarborough LLP
4140 Parklake Avenue Suite 200
Raleigh, NC  27612
USA
919-329-3803 Fax: 919-329-3799
Email:Tom.Farr@nelsonmullins.Com

Clay Schexnayder
**Intervenor**

Michael W. Mengis
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Baker & Hostetler
811 Main Street, Suite 1100
Houston, TX  77002
USA
713-646-1330 Fax: 713-751-1717 Email:Mmengis@bakerlaw.Com

Efrem Mark Braden
PRO HAC VICE
Baker & Hostetler
1050 Connecticut Ave Nw 11th Floor
Washington, DC  20036
USA

Erika Dackin Prouty
PRO HAC VICE;ATTORNEY TO BE NOTICED

| Litigants | Attorneys |
|---|---|
| | Baker & Hostetler LLP |
| | 200 Civic Center Drive Suite 1200 |
| | Columbus, OH 43215 |
| | USA |
| | 614-462-4710 Email:Eprouty@bakerlaw.Com |

Katherine L. McKnight
PRO HAC VICE;ATTORNEY TO BE NOTICED
Baker Hostetler
1050 Connecticut Avenue Nw Suite 1100
Washington, DC 20036
USA
202-861-1618 Fax: 202-861-1783 Email:Kmcknight@bakerlaw.Com

Patrick T. Lewis
PRO HAC VICE;ATTORNEY TO BE NOTICED
Baker & Hostetler LLP
Key Tower 127 Public Square, Suite 2000
Cleveland, OH 44114
USA
216-861-7096 Email:Plewis@bakerlaw.Com

Richard B. Raile
PRO HAC VICE
Baker & Hostetler
1050 Connecticut Avenue, Nw Suite 1100
Washington, DC 20036
USA

Robert J. Tucker
PRO HAC VICE;ATTORNEY TO BE NOTICED
Baker & Hostetler, LLP
200 Civic Center Drive Suite 1200
Columbus, OH 43215
USA
614-462-2680 Email:Rtucker@bakerlaw.Com

**Patrick Page Cortez**
**Intervenor**

Michael W. Mengis
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Baker & Hostetler
811 Main Street, Suite 1100
Houston, TX 77002
USA
713-646-1330 Fax: 713-751-1717 Email:Mmengis@bakerlaw.Com

Efrem Mark Braden
PRO HAC VICE
Baker & Hostetler
1050 Connecticut Ave Nw 11th Floor
Washington, DC 20036
USA

Erika Dackin Prouty
PRO HAC VICE;ATTORNEY TO BE NOTICED
Baker & Hostetler LLP
200 Civic Center Drive Suite 1200
Columbus, OH 43215
USA

| Litigants | Attorneys |
|---|---|
| | 614-462-4710 Email:Eprouty@bakerlaw.Com |

Katherine L. McKnight
PRO HAC VICE;ATTORNEY TO BE NOTICED
Baker Hostetler
1050 Connecticut Avenue Nw Suite 1100
Washington, DC  20036
USA
202-861-1618 Fax: 202-861-1783 Email:Kmcknight@bakerlaw.Com

Patrick T. Lewis
PRO HAC VICE;ATTORNEY TO BE NOTICED
Baker & Hostetler LLP
Key Tower 127 Public Square, Suite 2000
Cleveland, OH  44114
USA
216-861-7096 Email:Plewis@bakerlaw.Com

Richard B. Raile
PRO HAC VICE
Baker & Hostetler
1050 Connecticut Avenue, Nw Suite 1100
Washington, DC  20036
USA

Robert J. Tucker
PRO HAC VICE;ATTORNEY TO BE NOTICED
Baker & Hostetler, LLP
200 Civic Center Drive Suite 1200
Columbus, OH  43215
USA
614-462-2680 Email:Rtucker@bakerlaw.Com

State of Louisiana
by and through Attorney General Jeff Landry |
**Intervenor**

Elizabeth Baker Murrill
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Louisiana's Office of the Attorney General
P.O. Box 94005
Baton Rouge, LA  70804
USA
225-326-6766 Email:Murrille@ag.Louisiana.Gov

Michael W. Mengis
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Baker & Hostetler
811 Main Street, Suite 1100
Houston, TX  77002
USA
713-646-1330 Fax: 713-751-1717 Email:Mmengis@bakerlaw.Com

Amanda Marie LaGroue
ATTORNEY TO BE NOTICED
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA  70802
USA
225-326-6006 Email:Lagrouea@ag.Louisiana.Gov

Andrew B. Pardue

| Litigants | Attorneys |
|---|---|
| | PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Holtzman Vogel Josefiak Torchinsky PLLC<br>15405 John Marshall Highway<br>Haymarket, VA 20169<br>USA<br>540-321-8260 Email:Apardue@hvjt.Law<br><br>Angelique Duhon Freel<br>ATTORNEY TO BE NOTICED<br>[Terminated: 01/10/2024]<br>State of Louisiana Office of the Governor<br>900 3rd Street Ste 4th Floor<br>Baton Rouge, LA 70802<br>USA<br>225-342-2788 Fax: 225-342-7099 Email:Angelique.Freel@la.Gov<br><br>Brennan Bowen<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br><br>2555 East Camelback Rd Suite 700<br>Phoenix, AZ 85016<br>USA<br>540-341-8808 Email:Bbowen@holtzmanvogel.Com<br><br>Carey T. Jones<br>ATTORNEY TO BE NOTICED<br>Carey T. Jones<br>Loisiana Attorney General 1885 North Third Street<br>Baton Rouge, LA 70802<br>USA<br>225-326-6017 Fax: 225-326-6096 Email:Jonescar@ag.Louisiana.Gov<br><br>Jason Brett Torchinsky<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Holtzman Vogel PLLC<br>Holtzman Vogel Pllc 2300 N Street, Nw Suite 643a<br>Washington, DC 20037<br>USA<br>202-737-8808 Email:Jtorchinsky@holtzmanvogel.Com<br><br>Jeffrey Michael Wale<br>ATTORNEY TO BE NOTICED<br>[Terminated: 01/04/2024]<br>Office of the Governor<br>900 N. Third Street 4th Floor<br>Baton Rouge, LA 70802<br>USA<br>225-326-7015 Email:Jeffrey.Wale@la.Gov<br><br>Phillip Michael Gordon<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Holtzman Vogel Josefiak Torchinsky PLLC<br>15405 John Marshall Hwy<br>Haymarket, VA 20169<br>USA<br>540-341-8808 Email:Pgordon@holtzmanvogel.Com |
| United States of America | Justin Alan Jack |

## Litigants

## Attorneys

| Litigants | Attorneys |
|---|---|
| **Intervenor** | LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>DOJ-USAO<br>777 Florida Street<br>Baton Rouge, LA 70801<br>USA<br>225-336-8857 Email:Justin.Jack@usdoj.Gov<br><br>Daniel J. Freeman<br>ATTORNEY TO BE NOTICED<br>DOJ-Crt<br>Voting Section, Civil Rights Division 950 Pennsylvania Ave. Nw Ste 4con 8.143<br>Washington, DC 20530<br>USA<br>202-305-4355 Email:Daniel.Freeman@usdoj.Gov |
| Phillip DeVillier<br>**Intervenor** | Michael W. Mengis<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Baker & Hostetler<br>811 Main Street, Suite 1100<br>Houston, TX 77002<br>USA<br>713-646-1330 Fax: 713-751-1717 Email:Mmengis@bakerlaw.Com |
| Cameron Henry<br>**Intervenor** | Michael W. Mengis<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Baker & Hostetler<br>811 Main Street, Suite 1100<br>Houston, TX 77002<br>USA<br>713-646-1330 Fax: 713-751-1717 Email:Mmengis@bakerlaw.Com |

## Proceedings

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 1 | 03/14/2022 | COMPLAINT against R. Kyle Ardoin ( Filing fee $ 402 receipt number ALAMDC-2405905.), filed by Dorothy Nairne. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Civil Cover Sheet)(Adcock, John) (Attachment 2 and 4 replaced on 3/15/2022 to correct page orientation) (ELW). (Entered: 03/14/2022) | |
| 2 | 03/14/2022 | Summons Submitted as to R. Kyle Ardoin (Adcock, John) (Entered: 03/14/2022) | |
| 3 | 03/15/2022 | Summons Issued as to R. Kyle Ardoin. (NOTICE: Counsel shall print and serve both the summons and all attachments in accordance with Federal Rule of Civil Procedure 4.) (ELW) (Entered: 03/15/2022) | |
| 4 | 03/15/2022 | MOTION for Nora Sam Ahmed to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2406428) by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(Snider, Megan) (Entered: 03/15/2022) | |
| | 03/16/2022 | MOTION(S) REFERRED: 4 MOTION for Nora Sam Ahmed to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2406428). This motion is now pending before the USMJ. (ELW) (Entered: 03/16/2022) | |
| 5 | 03/16/2022 | ORDER granting 4 Motion for Nora Sam Ahmed to Appear Pro Hac Vice. Signed by Magistrate Judge Scott D. Johnson on 3/16/2022. ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e-file access | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | www.lamd.uscourts.gov/pro-hac-vice-e-filing-registration. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 03/16/2022) | |
| 6 | 03/16/2022 | SUMMONS Returned Executed by Black Voters Matter Capacity Building Institute, Jarrett Lofton, Louisiana State Conference of the NAACP, Dorothy Nairne, Clee E. Lowe, Rose Thompson, Alice Washington. R. Kyle Ardoin served on 3/16/2022, answer due 4/6/2022. (Adcock, John) (Entered: 03/16/2022) | |
| 7 | 03/25/2022 | SCHEDULING CONFERENCE ORDER: Telephone Scheduling Conference set for 6/23/2022 at 10:00 AM before Magistrate Judge Scott D. Johnson. Status Report due by 6/9/2022. Signed by Magistrate Judge Scott D. Johnson on 3/24/2022. (KAH) (Entered: 03/25/2022) | |
| 8 | 03/29/2022 | Ex Parte MOTION for Alora Thomas to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2410948) by All Plaintiffs. (Attachments: # 1 Declaration of Alora Thomas, # 2 Proposed order, # 3 Certificate of Good Standing)(Adcock, John) (Entered: 03/29/2022) | |
| 9 | 03/29/2022 | Ex Parte MOTION for Sophia Lin Lakin to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2410950) by All Plaintiffs. (Attachments: # 1 Declaration of Sophia Lin Lakin, # 2 Certificate of Good Standing, # 3 Proposed Order)(Adcock, John) (Entered: 03/29/2022) | |
| 10 | 03/29/2022 | Ex Parte MOTION for Samantha Osaki to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2410955) by All Plaintiffs. (Attachments: # 1 Declaration of Samantha Osaki, # 2 Certificate of Good Standing, # 3 Proposed Order)(Adcock, John) (Entered: 03/29/2022) | |
| 11 | 03/29/2022 | Ex Parte MOTION for Sarah E. Brannon to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2410959) by All Plaintiffs. (Attachments: # 1 Declaration of Sarah E. Brannon, # 2 Certificate of Good Standing, # 3 Proposed Order)(Adcock, John) (Entered: 03/29/2022) | |
| | 03/31/2022 | MOTION(S) REFERRED: 10 Ex Parte MOTION for Samantha Osaki to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2410955), 9 Ex Parte MOTION for Sophia Lin Lakin to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2410950), 8 Ex Parte MOTION for Alora Thomas to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2410948), 11 Ex Parte MOTION for Sarah E. Brannon to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2410959). This motion is now pending before the USMJ. (NLT) (Entered: 03/31/2022) | |
| 12 | 03/31/2022 | ORDER granting 8 , 9 , 10 , and 11 Motions for Alora Thomas, Sophia Lin Lakin, Samantha Osaki and Sarah E. Brannon to Appear Pro Hac Vice. ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e-file access www.lamd.uscourts.gov/pro-hac-vice-e-filing-registration.. Signed by Magistrate Judge Scott D. Johnson on 3/31/2022. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 03/31/2022) | |
| 13 | 04/04/2022 | MOTION of The Presiding Officers of the Louisiana Legislature to Intervene by Clay Schexnayder, Patrick Page Cortez. (Attachments: # 1 Exhibit A, # 2 Proposed Pleading; proposed Answer, # 3 Proposed Pleading; proposed Order)(Mengis, Michael) Modified on 4/5/2022 to edit text (ELW). (Entered: 04/04/2022) | |
| 14 | 04/04/2022 | AMENDED COMPLAINT filed by all Plaintiffs against R. Kyle Ardoin, filed by Dorothy Nairne.(Adcock, John) (Entered: 04/04/2022) | |
| | 04/05/2022 | MOTION(S) REFERRED: 13 MOTION to Intervene . This motion is now pending before the USMJ. (ELW) (Entered: 04/05/2022) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | 04/06/2022 | MOTION(S) REFERRED: 13 MOTION to Intervene . This motion is now pending before the USMJ. (NLT) (Entered: 04/06/2022) | |
| 15 | 04/08/2022 | MOTION for Katherine L. McKnight to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2415220) by Patrick Page Cortez, Clay Schexnayder. (Attachments: # 1 Exhibit Exhibit A, # 2 Proposed Pleading; proposed Order)(Mengis, Michael) (Entered: 04/08/2022) | |
| 16 | 04/08/2022 | Ex Parte MOTION for Patrick T. Lewis to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2415251) by Patrick Page Cortez, Clay Schexnayder. (Attachments: # 1 Exhibit A, # 2 Proposed Pleading; proposed Order)(Mengis, Michael) (Entered: 04/08/2022) | |
| 17 | 04/08/2022 | Ex Parte MOTION for Erika D. Prouty to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2415256) by Patrick Page Cortez, Clay Schexnayder. (Attachments: # 1 Exhibit A, # 2 Proposed Pleading; proposed Order)(Mengis, Michael) (Entered: 04/08/2022) | |
| 18 | 04/08/2022 | Ex Parte MOTION for Kathryn C. Sadasivan to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2415270) by All Plaintiffs. (Attachments: # 1 Cert. of good standing, # 2 Declaration of Kathryn C. Sadasivan, # 3 Proposed Order)(Adcock, John) (Entered: 04/08/2022) | |
| 19 | 04/08/2022 | Ex Parte MOTION for Leah C. Aden to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2415272) by All Plaintiffs. (Attachments: # 1 Cert. of good standing, # 2 Declaration of Leah C. Aden, # 3 Proposed Order)(Adcock, John) (Entered: 04/08/2022) | |
| 20 | 04/08/2022 | Ex Parte MOTION for Stuart C. Naifeh to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2415275) by All Plaintiffs. (Attachments: # 1 Cert. of good standing, # 2 Declaration of Stuart C. Naifeh, # 3 Proposed Order)(Adcock, John) (Entered: 04/08/2022) | |
| 21 | 04/08/2022 | Ex Parte MOTION for Victoria Wenger to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2415281) by All Plaintiffs. (Attachments: # 1 Cert. of good standing, # 2 Declaration of Victoria Wenger, # 3 Proposed Order)(Adcock, John) (Entered: 04/08/2022) | |
| | 04/08/2022 | MOTION(S) REFERRED: 16 Ex Parte MOTION for Patrick T. Lewis to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2415251), 20 Ex Parte MOTION for Stuart C. Naifeh to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2415275), 17 Ex Parte MOTION for Erika D. Prouty to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2415256), 21 Ex Parte MOTION for Victoria Wenger to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2415281), 15 MOTION for Katherine L. McKnight to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2415220), 19 Ex Parte MOTION for Leah C. Aden to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2415272), 18 Ex Parte MOTION for Kathryn C. Sadasivan to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2415270). This motion is now pending before the USMJ. (EDC) (Entered: 04/08/2022) | |
| 22 | 04/08/2022 | ORDER granting 15 , 16 , 17 , 18 , 19 , 20 , and 21 Motions for Katherine L. McKnight, Patrick T. Lewis, Erika D. Prouty, Kathryn C. Sadasivan, Leah C. Aden, Stuart C. Naifeh, and Victoria Wenger to Appear Pro Hac Vice. Signed by Magistrate Judge Scott D. Johnson on 4/8/2022. ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e-file access www.lamd.uscourts.gov/pro-hac-vice-e-filing-registration. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 04/08/2022) | |
| 23 | 04/12/2022 | ORDER: Considering that the above titled actions involve common questions of law and fact, and further that judicial efficiency will be achieved. Civil Action No. 22-211-SDD-RLB and Civil Action No. 22-214-BAJ-RLB shall be reassigned to Chief Judge Shelly D. Dick and Magistrate | |

3:22cv178, Nairne Et Al V. Ardoin

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Judge Scott D. Johnson for all further proceedings. Signed by Chief Judge Shelly D. Dick and Judge Brian A. Jackson on 4/12/2022. (LLH) (Entered: 04/12/2022) | |
| 24 | 04/13/2022 | Ex Parte MOTION for John E. Branch, III to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2416856) by R. Kyle Ardoin. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Pleading; Proposed Order)(Walsh, John) (Entered: 04/13/2022) | |
| 25 | 04/13/2022 | Ex Parte MOTION for Thomas A. Farr to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2416859) by R. Kyle Ardoin. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Pleading; Proposed Order)(Walsh, John) (Entered: 04/13/2022) | |
| 26 | 04/13/2022 | Ex Parte MOTION for Cassie A. Holt to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2416866) by R. Kyle Ardoin. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Pleading; Proposed Order)(Walsh, John) (Entered: 04/13/2022) | |
| 27 | 04/13/2022 | Ex Parte MOTION for Alyssa M. Riggins to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2416867) by R. Kyle Ardoin. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Pleading; Proposed Order)(Walsh, John) (Entered: 04/13/2022) | |
| 28 | 04/13/2022 | Ex Parte MOTION for Phillip J. Strach to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2416870) by R. Kyle Ardoin. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Pleading; Proposed Order)(Walsh, John) (Entered: 04/13/2022) | |
| | 04/13/2022 | MOTION(S) REFERRED: 27 Ex Parte MOTION for Alyssa M. Riggins to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2416867, 24 Ex Parte MOTION for John E. Branch, III to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2416856), 28 Ex Parte MOTION for Phillip J. Strach to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2416870), 26 Ex Parte MOTION for Cassie A. Holt to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2416866), 25 Ex Parte MOTION for Thomas A. Farr to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2416859). This motion is now pending before the USMJ. (ELW) (Entered: 04/13/2022) | |
| 29 | 04/13/2022 | ORDER granting 24 , 25 , 26 , 27 , and 28 Motions for John E. Branch, III, Thomas A. Farr, Cassie A. Holt, Alyssa M. Riggins, and Phillip J. Strach to Appear Pro Hac Vice. Signed by Magistrate Judge Scott D. Johnson on 4/13/2022. ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e-file access www.lamd.uscourts.gov/pro-hac-vice-e-filing-registration. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 04/13/2022) | |
| 30 | 04/14/2022 | Ex Parte MOTION for Richard B. Raile to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2417491) by Patrick Page Cortez, Clay Schexnayder. (Attachments: # 1 Exhibit A, # 2 Proposed Pleading; proposed Order)(Mengis, Michael) (Entered: 04/14/2022) | |
| | 04/14/2022 | MOTION(S) REFERRED: 30 Ex Parte MOTION for Richard B. Raile to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2417491). This motion is now pending before the USMJ. (ELW) (Entered: 04/14/2022) | |
| 31 | 04/14/2022 | ORDER granting 30 Motion for Richard B. Raile to Appear Pro Hac Vice. Signed by Magistrate Judge Scott D. Johnson on 4/14/2022. ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e-file access www.lamd.uscourts.gov/pro-hac-vice-e-filing-registration. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with | |

Page 40 of 70

Case 1:23-cv-01057-TDS-JLW    Document 68-1    Filed 10/23/24    Page 41 of 71

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | this entry.) (KAH) (Entered: 04/14/2022) | |
| 32 | 04/18/2022 | ANSWER to 14 Amended Complaint by R. Kyle Ardoin.(Strach, Phillip) (Entered: 04/18/2022) | |
| 33 | 04/19/2022 | MOTION to Intervene by State of Louisiana -Attorney General Jeff Landry. (Attachments: # 1 Proposed Pleading; Order, # 2 Proposed Pleading; Answer)(Freel, Angelique) (Entered: 04/19/2022) | |
| 34 | 04/22/2022 | MOTION to Convene a Three-Judge Court or in the Alternative, To Certify An Interlocutory Appeal by R. Kyle Ardoin. (Attachments: # 1 Memorandum in Support)(Strach, Phillip) Modified on 4/22/2022 to edit text (ELW). (Entered: 04/22/2022) | |
| 35 | 04/25/2022 | Ex Parte MOTION for Jared Evans to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2420741) by All Plaintiffs. (Attachments: # 1 Cert. of good standing, # 2 Declaration of Jared Evans, # 3 Proposed order)(Adcock, John) (Entered: 04/25/2022) | |
| 36 | 04/25/2022 | Ex Parte MOTION for Sara Rohani to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2420743) by All Plaintiffs. (Attachments: # 1 Cert. of good standing, # 2 Declaration of Sara Rohani, # 3 Proposed Order)(Adcock, John) (Entered: 04/25/2022) | |
| | 04/25/2022 | MOTION(S) REFERRED: 33 MOTION to Intervene . This motion is now pending before the USMJ. (NLT) (Entered: 04/25/2022) | |
| | 04/25/2022 | MOTION(S) REFERRED: 35 Ex Parte MOTION for Jared Evans to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2420741). This motion is now pending before the USMJ. (JEG) (Entered: 04/25/2022) | |
| | 04/25/2022 | MOTION(S) REFERRED: 36 Ex Parte MOTION for Sara Rohani to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2420743). This motion is now pending before the USMJ. (JEG) (Entered: 04/25/2022) | |
| 37 | 04/25/2022 | ORDER granting 35 and 36 Motions for Jared Evans and Sara Rohani to Appear Pro Hac Vice. Signed by Magistrate Judge Scott D. Johnson on 4/25/2022. ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e-file access www.lamd.uscourts.gov/pro-hac-vice-e-filing-registration. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 04/25/2022) | |
| 38 | 04/28/2022 | ORDER: Before the Court is a 33 Motion to Intervene, filed by the State of Louisiana on April 19, 2022. Any opposition(s) to the Motion to Intervene (R. Doc. 33) must be filed by Plaintiffs no later than May 2, 2022. If any Plaintiff does not oppose the Motion to Intervene (R. Doc. 33), they must file a Notice of No Opposition as soon as possible, but again no later than May 2, 2022. Signed by Magistrate Judge Scott D. Johnson on 4/28/2022. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(KAH) (Entered: 04/28/2022) | |
| 39 | 05/02/2022 | RESPONSE in Opposition to 33 MOTION to Intervene filed by Black Voters Matter Capacity Building Institute, Alexis Calhoun, Steven Harris, Jarrett Lofton, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington. (Brannon, Sarah) (Entered: 05/02/2022) | |
| 40 | 05/08/2022 | RESPONSE in Opposition to 34 MOTION to convene a three-judge panel filed by Black Voters Matter Capacity Building Institute, Alexis Calhoun, Steven Harris, Jarrett Lofton, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Brannon, Sarah) (Entered: 05/08/2022) | |
| 41 | 05/13/2022 | MOTION to Move Scheduling Conference to an Earlier Date in Order to Preventa Situation in which Final Judgment Comes too Close to the | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Election Deadlines by All Plaintiffs. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Exhibit A, # 4 Exhibit B)(Adcock, John) Modified on 5/17/2022 to edit the text (NLT). (Entered: 05/13/2022) | |
| | 05/16/2022 | MOTION(S) REFERRED: 41 MOTION to Continue To move Scheduling Conference . This motion is now pending before the USMJ. (ELW) (Entered: 05/16/2022) | |
| 42 | 05/17/2022 | ORDER granting 13 Motion of the Presiding Officers of the Louisiana Legislature to Intervene and 33 Motion to Intervene. Signed by Magistrate Judge Scott D. Johnson on 5/17/2022. (KAH) (Entered: 05/17/2022) | |
| 43 | 05/17/2022 | ANSWER to 1 Complaint, by Patrick Page Cortez, Clay Schexnayder.(NLT) (Entered: 05/18/2022) | |
| 44 | 05/17/2022 | ANSWER to 1 Complaint, by State Of Louisiana.(NLT) (Entered: 05/18/2022) | |
| 45 | 05/18/2022 | MOTION for Expedited Hearing on 41 MOTION to Move Scheduling Conference to an Earlier Date in Order to Preventa Situation in which Final Judgment Comes too Close to the Election Deadlines by All Plaintiffs. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Adcock, John) Modified on 7/17/2023 to correct text (ELW) (Entered: 05/18/2022) | |
| 46 | 05/19/2022 | ORDER: Plaintiffs' 45 Motion for Expedited Consideration is GRANTED. Plaintiffs' 41 Motion to Move the Scheduling Conference is DENIED, as unnecessary. Signed by Magistrate Judge Scott D. Johnson on 5/19/2022. (KAH) (Entered: 05/19/2022) | |
| 47 | 05/20/2022 | Ex Parte MOTION for Efrem Mark Braden to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2431250) by Patrick Page Cortez, Clay Schexnayder. (Attachments: # 1 Exhibit Exhibit A, # 2 Proposed Pleading; proposed Order)(Mengis, Michael) (Entered: 05/20/2022) | |
| 48 | 05/20/2022 | ANSWER to 14 Amended Complaint by Patrick Page Cortez, Clay Schexnayder.(Mengis, Michael) (Entered: 05/20/2022) | |
| | 05/23/2022 | MOTION(S) REFERRED: 47 Ex Parte MOTION for Efrem Mark Braden to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2431250). This motion is now pending before the USMJ. (ELW) (Entered: 05/23/2022) | |
| 49 | 05/23/2022 | ORDER granting 47 Motion for Efrem Mark Braden to Appear Pro Hac Vice. Signed by Magistrate Judge Scott D. Johnson on 5/23/2022. ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e-file access www.lamd.uscourts.gov/pro-hac-vice-e-filing-registration. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 05/23/2022) | |
| 50 | 06/03/2022 | MOTION to Substitute Stephanie Willis in place of Megan E. Snider as Attorney by Black Voters Matter Capacity Building Institute, Alexis Calhoun, Steven Harris, Jarrett Lofton, Clee E. Lowe, Dorothy Nairne, Rose Thompson, Alice Washington. (Attachments: # 1 Proposed Order)(Snider, Megan) (Entered: 06/03/2022) | |
| | 06/03/2022 | MOTION(S) REFERRED: 50 MOTION to Substitute Stephanie Willis in place of Megan E. Snider as Attorney . This motion is now pending before the USMJ. (ELW) (Entered: 06/03/2022) | |
| 51 | 06/03/2022 | ORDER granting 50 Motion to Substitute Attorney. Stephanie Legros for Black Voters Matter Capacity Building Institute, Alexis Calhoun, Steven Harris, Jarrett Lofton, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Rose Thompson, Alice Washington replacing Megan E. Snider. Signed by Magistrate Judge Scott D. Johnson on 6/3/2022. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | document associated with this entry.) (KAH) (Entered: 06/03/2022) | |
| 52 | 06/09/2022 | Joint STATUS REPORT by All Plaintiffs. (Adcock, John) (Entered: 06/09/2022) | |
| 53 | 06/22/2022 | Ex Parte MOTION for Michael B. De Leeuw to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2442163) by All Plaintiffs (Attachments: # 1 Cert. of good standing, # 2 Declaration of Michael B. De Leeuw, # 3 Proposed Order)(Adcock, John) (Entered: 06/22/2022) | |
| 54 | 06/22/2022 | Ex Parte MOTION for Amanda Giglio to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2442164) by All Plaintiffs (Attachments: # 1 Cert. of good standing, # 2 Declaration of Amanda Giglio, # 3 Proposed Order)(Adcock, John) (Entered: 06/22/2022) | |
| | 06/23/2022 | MOTION(S) REFERRED: 53 Ex Parte MOTION for Michael B. De Leeuw to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2442163), 54 Ex Parte MOTION for Amanda Giglio to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2442164). This motion is now pending before the USMJ. (ELW) (Entered: 06/23/2022) | |
| 55 | 06/23/2022 | ORDER granting 53 and 54 Motions for Michael B. De Leeuw and Amanda Giglio to Appear Pro Hac Vice. Signed by Magistrate Judge Scott D. Johnson on 6/23/2022. ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e-file access www.lamd.uscourts.gov/pro-hac-vice-e-filing-registration.(This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 06/23/2022) | |
| 66 | 06/23/2022 | Minute Entry for proceedings held before Magistrate Judge Scott D. Johnson: Scheduling Conference held on 6/23/2022. The Court addressed its two main areas of concern, given the disagreements outlined in the parties' joint Status Report. The Court issues the instant Scheduling Order pursuant to Rule 16(b) of the Federal Rules of Civil Procedure: Amended Pleadings due by 7/1/2022. Discovery due by 10/17/2022. F.R.C.P. 26(a)(1) disclosures due by 6/16/2022. Plaintiff's Expert Witness List due by 7/15/2022. Defendant's Expert Witness List due by 9/2/2022. Plaintiff's Expert Reports due by 7/22/2022. Defendant's Expert Reports due by 9/9/2022. Discovery from Experts due by 9/30/2022. Motions shall be filed by 10/28/2022. Proposed Pretrial Order due by 12/5/2022. Pretrial Conference set for 12/19/2022 at 02:30 PM in chambers before Chief Judge Shelly D. Dick. Joint jury instructions, voir dire, verdict forms, and trial briefs due by 12/23/2022. Bench Trial set for 1/17/2023 - 1/25/2023 at 09:00 AM in Courtroom 3 before Chief Judge Shelly D. Dick. (KAH) (Entered: 08/10/2022) | |
| 56 | 06/30/2022 | First MOTION for Jason Torchinsky to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2445221) by State Of Louisiana (Attachments: # 1 Affidavit, # 2 Attachment Certificate of Good Standing, # 3 Attachment List of Admissions)(Wale, Jeffrey) (Entered: 06/30/2022) | |
| 57 | 06/30/2022 | First MOTION for Phillip Gordon to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2445240) by State Of Louisiana (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Proposed Pleading;)(Wale, Jeffrey) (Entered: 06/30/2022) | |
| 58 | 06/30/2022 | First MOTION for Andrew B. Pardue to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2445243) by State Of Louisiana (Attachments: # 1 Affidavit, # 2 Attachment, # 3 Proposed Pleading;)(Wale, Jeffrey) (Attachment 2 replaced on 7/1/2022) (ELW). Modified on 7/1/2022 to correct page orientation (ELW). (Entered: 06/30/2022) | |
| 59 | 06/30/2022 | Proposed Order to 56 First MOTION for Jason Torchinsky to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2445221) by State Of Louisiana. (Wale, Jeffrey) Modified on 7/1/2022 to edit text | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | (ELW). (Entered: 06/30/2022) | |
| | 07/01/2022 | MOTION(S) REFERRED: 57 First MOTION for Phillip Gordon to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2445240), 58 First MOTION for Andrew B. Pardue to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2445243), 56 First MOTION for Jason Torchinsky to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2445221). This motion is now pending before the USMJ. (ELW) (Entered: 07/01/2022) | |
| 60 | 07/05/2022 | ORDER granting 56 , 57 , and 58 Motions for Jason Torchinsky, Phillip Gordon, and Andrew B. Pardue to Appear Pro Hac Vice. Signed by Magistrate Judge Scott D. Johnson on 7/5/2022. ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e-file access www.lamd.uscourts.gov/pro-hac-vice-e-filing-registration. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 07/05/2022) | |
| 61 | 07/18/2022 | Joint MOTION to Stay by State Of Louisiana (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Torchinsky, Jason) (Entered: 07/18/2022) | |
| 62 | 07/29/2022 | MOTION for Samantha Osaki to Withdraw as Attorney by Black Voters Matter Capacity Building Institute, Alexis Calhoun, Steven Harris, Jarrett Lofton, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington (Attachments: # 1 Proposed Order)(Osaki, Samantha) (Entered: 07/29/2022) | |
| | 08/01/2022 | MOTION(S) REFERRED: 62 MOTION for Samantha Osaki to Withdraw as Attorney . This motion is now pending before the USMJ. (JEG) (Entered: 08/01/2022) | |
| 63 | 08/01/2022 | ORDER granting 62 Motion to Withdraw Samantha Osaki as Attorney. Signed by Magistrate Judge Scott D. Johnson on 8/1/2022. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 08/01/2022) | |
| 64 | 08/08/2022 | MEMORANDUM in Opposition to 61 Joint MOTION to Stay filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Brannon, Sarah) (Entered: 08/08/2022) | |
| 65 | 08/09/2022 | Notice of Deficiency with Administrative Procedure III(A)(1) as to 64 Memorandum in Opposition to. Pursuant to Administrative Procedure III(A)(1), Each exhibit should be submitted individually in CM/ECF with an exhibit number and short description (e.g., Ex.1 Plaintiff Depo). REQUIRED CORRECTION: The filer is directed to refile the exhibits in the proper format using the event Exhibit located under Other Documents in the CM/ECF system and link the exhibits to the previously filed document. The main document for this event shall be an exhibit list of the exhibits being attached. (JEG) (Entered: 08/09/2022) | |
| 67 | 08/10/2022 | Exhibit(s) to 64 Memorandum in Opposition to by All Plaintiffs. (Attachments: # 1 Exhibit A - Def. Discovery Responses, # 2 Proposed Order)(Brannon, Sarah) (Entered: 08/10/2022) | |
| 68 | 08/11/2022 | MOTION for Status Conference by All Plaintiffs (Attachments: # 1 Memorandum in Support of Motion for Status Conference, # 2 Proposed Order for Status Conference)(Brannon, Sarah) (Entered: 08/11/2022) | |
| 69 | 08/12/2022 | RESPONSE to 68 MOTION for Status Conference filed by Patrick Page Cortez, Clay Schexnayder. (Attachments: # 1 Ex. A, # 2 Ex. B, # 3 Ex. C)(Prouty, Erika) (Entered: 08/12/2022) | |
| | 08/12/2022 | MOTION(S) REFERRED: 68 MOTION for Status Conference . This motion is now pending before the USMJ. (EDC) (Entered: 08/12/2022) | |
| 70 | 08/12/2022 | ORDER granting 68 Motion for Status Conference. A Telephone Status Conference is set for 8/15/2022 at 02:00 PM before Magistrate Judge Scott D. Johnson. Counsel participating in the Conference shall call using the | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | AT&T Teleconference System five minutes prior to the conference. Counsel will receive a separate e-mail containing dial-in information prior to the conference. Signed by Magistrate Judge Scott D. Johnson on 8/12/2022. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 08/12/2022) | |
| 71 | 08/15/2022 | Notice of Deficiency with Administrative Procedure III(A)(1) as to 69 Response to Motion for Status Conference. Pursuant to Administrative Procedure III(A)(1), Each exhibit should be submitted individually in CM/ECF with an exhibit number and short description (e.g., Ex.1 Plaintiff Depo). REQUIRED CORRECTION: The filer is directed to refile the exhibits in the proper format using the event Exhibit located under Other Documents in the CM/ECF system and link the exhibits to the previously filed document. The main document for this event shall be an exhibit list of the exhibits being attached. (EDC) (Entered: 08/15/2022) | |
| 72 | 08/15/2022 | Exhibit(s) to 69 Response by Patrick Page Cortez, Clay Schexnayder. (Attachments: # 1 Exhibit Exhibit A - ESI Protocol, # 2 Exhibit Exhibit B - Topics for Meet &amp; Confer 08.01.2022, # 3 Exhibit Exhibit C - 2022.08.09 Response Letter to Plaintiffs)(Mengis, Michael) (Entered: 08/15/2022) | |
| 73 | 08/15/2022 | Joint MOTION for Leave to File Reply in Support of Joint Motion to Stay Proceedings (ECF No. 61) by State Of Louisiana (Attachments: # 1 Proposed Order Proposed Order, # 2 Proposed Pleading; Reply in Support of Joint Motion to Stay)(Torchinsky, Jason) (Entered: 08/15/2022) | |
| 74 | 08/15/2022 | Minute Entry/Order for proceedings held before Magistrate Judge Scott D. Johnson: Status Conference held on 8/15/2022. The Court addressed the three discovery-related issues described in both Plaintiffs' Motion for Status Conference (R. Doc. 68) and the Response (R. Doc.69). The Court gave the parties guidance, emphasizing the value of practical problem solving in the place of costly litigation of inflexible, adversarial positions. (KAH) (Entered: 08/16/2022) | |
| 75 | 08/19/2022 | Consent MOTION to Modify Scheduling Order by Black Voters Matter Capacity Building Institute, Alexis Calhoun, Steven Harris, Jarrett Lofton, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington (Attachments: # 1 Proposed Order)(Brannon, Sarah) Modified on 8/22/2022 to edit the text (NLT). (Entered: 08/19/2022) | |
| 76 | 08/22/2022 | ORDER granting 73 Joint MOTION for Leave to File Reply in Support of Joint Motion to Stay Proceedings (ECF No. 61) filed by State Of Louisiana. Signed by Chief Judge Shelly D. Dick on 8/22/2022. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (SWE) (Entered: 08/22/2022) | |
| 77 | 08/22/2022 | REPLY in Support of 61 Joint MOTION to Stay Proceedings filed by State Of Louisiana. (LLH) (Entered: 08/22/2022) | |
| | 08/22/2022 | MOTION(S) REFERRED: 75 Consent MOTION to Amend 66 Scheduling Conference,Set Scheduling Order Deadlines. This motion is now pending before the USMJ. (ELW) (Entered: 08/22/2022) | |
| 78 | 08/23/2022 | ORDER granting 75 Motion to Modify. The deadlines listed below, which were previously set by the Court's June 23, 2022 Scheduling Order (R. Doc. 66), are modified as follows: Completing fact discovery and filing any related motions due by 10/17/2022. Completing expert discovery and filing any related motions due by 10/21/2022. Defendant and Intervenors' Expert Reports due by 9/9/2022. Plaintiffs' Rebuttal Expert Reports due by 9/23/2022. Defendant and Intervenors' Sur- Rebuttal Expert Reports due by 10/7/2022. Signed by Magistrate Judge Scott D. Johnson on 8/23/2022. (KAH) (Entered: 08/23/2022) | |
| 79 | 08/30/2022 | RULING granting 61 Joint Motion to Stay Proceedings. Signed by Chief Judge Shelly D. Dick on 8/30/2022. (SWE) (Entered: 08/30/2022) | |
| 80 | 09/01/2022 | ORDER of ADMINISTRATIVE CLOSURE: The bench trial set for January 17, 2023 and pretrial conference set for December 19, 2022 are | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | CANCELLED. These proceedings are ADMINISTRATIVELY CLOSED, pending the stay of this matter. Signed by Chief Judge Shelly D. Dick on 08/31/2022. (ELW) (Entered: 09/01/2022) | |
| 81 | 12/02/2022 | NOTICE of Change of Address by Tiffany Alora Thomas (Thomas, Tiffany Alora) (Entered: 12/02/2022) | |
| 82 | 06/09/2023 | MOTION to Vacate 79 Order on Motion to Stay by All Plaintiffs (Attachments: # 1 Attachment Memorandum in Support, # 2 Attachment Proposed Order)(Brannon, Sarah) (Entered: 06/09/2023) | |
| 83 | 06/09/2023 | MOTION for Expedited Hearing on 82 MOTION to Vacate 79 Order on Motion to Stay & Forthcoming Motion for Preliminary Injunction by All Plaintiffs (Attachments: # 1 Attachment Memorandum in Support, # 2 Attachment Proposed Order)(Brannon, Sarah) (Entered: 06/09/2023) | |
| 84 | 06/12/2023 | Ex Parte MOTION for Dayton Campbell-Harris to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2593413) by All Plaintiffs (Attachments: # 1 Exhibit 1- Declaration of Applicant, # 2 Exhibit 2 - Certificate of Good Standing, # 3 Proposed Order)(Adcock, John) (Entered: 06/12/2023) | |
| 85 | 06/12/2023 | Ex Parte MOTION for Luis Manuel Rico Roman to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2593416) by All Plaintiffs (Attachments: # 1 Exhibit 1- Declaration of Applicant, # 2 Exhibit 2 - Certificate of Good Standing, # 3 Proposed Order)(Adcock, John) (Entered: 06/12/2023) | |
| 86 | 06/12/2023 | Ex Parte MOTION for Megan C. Keenan to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2593418) by All Plaintiffs (Attachments: # 1 Exhibit 1- Declaration of Applicant, # 2 Exhibit 2 - Certificate of Good Standing, # 3 Proposed Order)(Adcock, John) (Entered: 06/12/2023) | |
| 87 | 06/12/2023 | Notice to Counsel: Telephone Conference set for 6/21/2022 at 11:00 AM before Chief Judge Shelly D. Dick. Participant instructions will be sent separately by email. Evidence, in electronic format, shall be provided in accordance with Local Rule 79 and Administrative Procedures.(This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(SWE) (Entered: 06/12/2023) | |
| 88 | 06/20/2023 | MOTION to Enroll Amanda M. LaGroue as Attorney by State of Louisiana (Attachments: # 1 Proposed Pleading; Proposed Order)(Jones, Carey) (Entered: 06/20/2023) | |
| 89 | 06/20/2023 | NOTICE of Fax Filing Correspondence to Court by Black Voters Matter Capacity Building Institute, Alexis Calhoun, Steven Harris, Jarrett Lofton, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Rose Thompson, Alice Washington. (LLH) (Entered: 06/20/2023) | |
| | 06/21/2023 | MOTION(S) REFERRED: 88 MOTION to Enroll Amanda M. LaGroue as Attorney . This motion is now pending before the USMJ. (ELW) (Entered: 06/21/2023) | |
| | 06/21/2023 | MOTION(S) REFERRED: 86 Ex Parte MOTION for Megan C. Keenan to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2593418), 84 Ex Parte MOTION for Dayton Campbell-Harris to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2593413), 85 Ex Parte MOTION for Luis Manuel Rico Roman to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2593416), 88 MOTION to Enroll Amanda M. LaGroue as Attorney . This motion is now pending before the USMJ. (LLH) (Entered: 06/21/2023) | |
| 90 | 06/21/2023 | ORDER granting 84 , 85 , and 86 Motions for Dayton Campbell-Harris, Luis Manuel Rico Roman, and Megan C. Keenan to Appear Pro Hac Vice. Signed by Magistrate Judge Scott D. Johnson on 6/21/2023. ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e-file access www.lamd.uscourts.gov/pro-hac-vice-e-filing-registration. (This is a TEXT | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 06/21/2023) | |
| 91 | 06/21/2023 | ORDER granting 88 Motion to Enroll as Attorney. Added attorney Amanda Marie LaGroue for State of Louisiana. Signed by Magistrate Judge Scott D. Johnson on 6/21/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 06/21/2023) | |
| 92 | 06/21/2023 | NOTICE of Defendants Joint Notice Regarding Trial Dates by R. Kyle Ardoin (Attachments: # 1 Exhibit Secretary of State November and December Election Timeline)(Strach, Phillip) (Entered: 06/21/2023) | |
| 93 | 06/21/2023 | Minute Entry for proceedings held before Chief Judge Shelly D. Dick: Telephone Conference held on 6/21/2023. The Court advised that the Motion to Vacate Order on Motion to Stay will be granted and will set this for an expedited trial. The Court refers this matter to the Magistrate Judge for a scheduling order. The Court and parties discussed potential trial dates. The parties shall confer and report back to the Court with the mutually agreed upon date (SWE) (Entered: 06/21/2023) | |
| 94 | 06/22/2023 | RESPONSE to 92 Notice of (other) Regarding Trial Dates filed by All Plaintiffs. (Brannon, Sarah) (Entered: 06/22/2023) | |
| 95 | 06/22/2023 | ORDER granting 82 Motion to Vacate 79 Order on Motion to Stay . Signed by Chief Judge Shelly D. Dick on 6/22/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (SWE) (Entered: 06/22/2023) | |
| 96 | 06/22/2023 | ORDER denying as MOOT 83 Motion for Expedited Hearing on 82 MOTION to Vacate 79 Order on Motion to Stay & Forthcoming Motion for Preliminary Injunction. Signed by Chief Judge Shelly D. Dick on 6/22/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (SWE) (Entered: 06/22/2023) | |
| 97 | 06/22/2023 | ORDER: The Court has received 92 Notice of Defendants' Joint Position on Trial Schedule and Plaintiffs' 94 Response. Trial for this matter is set to commence on 11/27/2023 through 12/8/2023 at 09:00 AM in Courtroom 3 before Chief Judge Shelly D. Dick. The Court refers this matter to the Magistrate Judge for a scheduling order consistent with the trial date. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(SWE) (Entered: 06/22/2023) | |
| 98 | 06/23/2023 | ORDER: A Telephone Scheduling Conference is set for 6/29/2023 at 03:00 PM before Magistrate Judge Scott D. Johnson to discuss issuing a scheduling order consistent with 97 Order. Counsel participating in the Conference shall call using the AT&T Teleconference System five minutes prior to the conference. Counsel will receive a separate e-mail containing dial in information prior to the conference. Signed by Magistrate Judge Scott D. Johnson on 6/23/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(KAH) (Entered: 06/23/2023) | |
| 99 | 06/29/2023 | NOTICE of Defendants' Joint Notice of Proposed Pre-Trial Schedule by Patrick Page Cortez, Clay Schexnayder (Prouty, Erika) (Entered: 06/29/2023) | |
| 100 | 06/29/2023 | NOTICE of Plaintiffs Proposed Pre-trial Schedule 99 Notice of (other) by Black Voters Matter Capacity Building Institute, Alexis Calhoun, Patrick Page Cortez, Steven Harris, Jarrett Lofton, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne (Attachments: # 1 Exhibit A)(Brannon, Sarah) (Entered: 06/29/2023) | |
| 101 | 07/03/2023 | NOTICE of Defendants' Joint Supplemental Notice of Proposed Pre-Trial Schedule by Patrick Page Cortez, Clay Schexnayder (Prouty, Erika) (Entered: 07/03/2023) | |
| 102 | 07/04/2023 | Opposition to Defendants Supplemental Notice on Proposed Pre-trial Schedule 101 Notice of (other) by Black Voters Matter Capacity Building Institute, Alexis Calhoun, Steven Harris, Jarrett Lofton, Louisiana State | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington (Attachments: # 1 Exhibit proposed discovery schedule)(Brannon, Sarah) Modified on 7/5/2023 to edit text (ELW). (Entered: 07/04/2023) | |
| 103 | 07/05/2023 | Joint Reply Notice to 102 Plaintiffs' Opposition and Request for Supplemental Scheduling Conference  by Patrick Page Cortez, Clay Schexnayder (Prouty, Erika) Modified on 7/6/2023 to edit text (ELW) (Entered: 07/05/2023) | |
| 104 | 07/07/2023 | NOTICE of Change of Address by R. Kyle Ardoin (Strach, Phillip) (Entered: 07/07/2023) | |
| 105 | 07/11/2023 | Ex Parte MOTION for Josephine M. Bahn to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2605171) by All Plaintiffs (Attachments: # 1 Certificate of Good Standing, # 2 Declaration)(Adcock, John) (Entered: 07/11/2023) | |
| | 07/12/2023 | MOTION(S) REFERRED: 105 Ex Parte MOTION for Josephine M. Bahn to Appear Pro Hac Vice  (Filing fee $100.00, Receipt Number ALAMDC-2605171. This motion is now pending before the USMJ. (EDC) (Entered: 07/12/2023) | |
| 106 | 07/12/2023 | NOTICE of Filing of Updated Certificate of Good Standing  105 Ex Parte MOTION for Josephine M. Bahn to Appear Pro Hac Vice by Black Voters Matter Capacity Building Institute, Alexis Calhoun, Patrick Page Cortez, Steven Harris, Jarrett Lofton, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Clay Schexnayder, State of Louisiana, Rose Thompson, Alice Washington (Adcock, John) Modified on 7/12/2023 to edit docket text. (JEG). (Entered: 07/12/2023) | |
| 107 | 07/12/2023 | MOTION to Continue November 27, 2023, Trial Date  by R. Kyle Ardoin, Patrick Page Cortez, Clay Schexnayder, State of Louisiana (Attachments: # 1 Exhibit Exhibit A)(Mengis, Michael) (Entered: 07/12/2023) | |
| 108 | 07/12/2023 | ORDER granting 105 Motion for Josephine M. Bahn to Appear Pro Hac Vice. Signed by Magistrate Judge Scott D. Johnson on 7/12/2023. ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e-file access www.lamd.uscourts.gov/pro-hac-vice-e-filing-registration. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 07/12/2023) | |
| 109 | 07/14/2023 | MEMORANDUM in Opposition to 107 MOTION to Continue November 27, 2023, Trial Date   filed by All Plaintiffs. (Attachments: # 1 Exhibit A - Expert Report)(Brannon, Sarah) (Entered: 07/14/2023) | |
| 110 | 07/17/2023 | Minute Entry/ Scheduling Order for proceedings held before Magistrate Judge Scott D. Johnson. Pretrial Conference held on 7/17/2023. Discovery due by 9/1/2023. Defendant`s Expert Witness List due by 7/13/2023. Third Party Defendant`s Expert Witness List due by 8/15/2023. Plaintiff`s Expert Reports due by 6/30/2023. Defendant`s Expert Reports due by 7/28/2023. Third Party Defendant`s Expert Reports due by 8/21/2023. Discovery from Experts due by 9/29/2023. Motions shall be filed by 10/6/2023. Proposed Pretrial Order due by 10/20/2023. Findings of Facts and Conclusion of Law due by 10/27/2023. Pretrial Conference set for 11/14/2023 at 02:30 PM in chambers before Chief Judge Shelly D. Dick. Trial briefs due by 11/20/2023. Bench Trial set for 11/27/2023 through 12/1/2023 at 09:30 AM in Courtroom 3 before Chief Judge Shelly D. Dick. Bench Trial set for 12/4/2023 AND 12/5/2023 at 09:30 AM in Courtroom 3 before Chief Judge Shelly D. Dick. (ELW) (Entered: 07/17/2023) | |
| 111 | 07/19/2023 | Ex Parte MOTION for Robert J. Tucker to Appear Pro Hac Vice  (Filing fee $100.00, Receipt Number ALAMDC-2608458) by Patrick Page Cortez, Clay Schexnayder (Attachments: # 1 Exhibit Exhibit A - Declaration of Robert Tucker in Support of Motion for Admission Pro Hac Vice, # 2 | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | Exhibit Exhibit 1 - Certificate of Good Standing from Ohio for Robert Tucker, # 3 Proposed Pleading; proposed Order Granting PHV Admission of Robert Tucker)(Mengis, Michael) (Entered: 07/19/2023) | |
| 112 | 07/19/2023 | MOTION to Continue Trial by State of Louisiana (Attachments: # 1 Attachment Memorandum in Support, # 2 Exhibit Letter from U.S. Supreme Court, # 3 Proposed Pleading; Proposed Order Granting Motion)(Jones, Carey) (Entered: 07/19/2023) | |
| 113 | 07/19/2023 | MOTION to Expedite by State of Louisiana (Attachments: # 1 Proposed Pleading; Proposed Order)(Jones, Carey) (Entered: 07/19/2023) | |
| 114 | 07/19/2023 | ORDER: denying 113 MOTION to Expedite. Opposition to 112 MOTION to Continue Trial shall be filed by 7/26/2023. Replies will not be permitted. Signed by Chief Judge Shelly D. Dick on 7/19/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(SWE) (Entered: 07/19/2023) | |
| | 07/20/2023 | MOTION(S) REFERRED: 111 Ex Parte MOTION for Robert J. Tucker to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2608458). This motion is now pending before the USMJ. (ELW) (Entered: 07/20/2023) | |
| 115 | 07/20/2023 | ORDER granting 111 Motion for Robert J. Tucker to Appear Pro Hac Vice. Signed by Magistrate Judge Scott D. Johnson on 7/20/2023. ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e-file access www.lamd.uscourts.gov/pro-hac-vice-e-filing-registration. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 07/20/2023) | |
| 116 | 07/21/2023 | MOTION for Brennan Bowen to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2609994) by State of Louisiana (Attachments: # 1 Affidavit Exhibit A, # 2 Attachment Certificate of Good Standing, # 3 Proposed Pleading; Proposed Order)(Wale, Jeffrey) (Entered: 07/21/2023) | |
| | 07/21/2023 | MOTION(S) REFERRED: 116 MOTION for Brennan Bowen to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2609994). This motion is now pending before the USMJ. (LLH) (Entered: 07/21/2023) | |
| 117 | 07/24/2023 | ORDER granting 116 Motion for Brennan Bowen to Appear Pro Hac Vice. Signed by Magistrate Judge Scott D. Johnson on 7/24/2023. ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e-file access www.lamd.uscourts.gov/pro-hac-vice-e-filing-registration. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 07/24/2023) | |
| 118 | 07/26/2023 | MEMORANDUM in Opposition to 112 MOTION to Continue Trial filed by All Plaintiffs. (Brannon, Sarah) (Entered: 07/26/2023) | |
| 119 | 08/09/2023 | MOTION for Protective Order by Black Voters Matter Capacity Building Institute, Alexis Calhoun, Steven Harris, Jarrett Lofton, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Rose Thompson, Alice Washington (Attachments: # 1 Memorandum, # 2 I. Sara Rohani Declaration, # 3 Exhibit 1 - Sec'y of State First Set of Interrogatories and Requests for Production, # 4 Exhibit 2 - NAACP Louisiana Discovery Responses, # 5 Exhibit 3 - July 20, 2023 Sec'y of State Letter to Plaintiffs, # 6 Exhibit 4 - July 25, 2023 Plaintiffs Letter to Sec'y of State, # 7 Exhibit 5 - Aug. 2023 Email Correspondence, # 8 Michael W. McClanahan Declaration, # 9 Proposed Order)(Rohani, Sara) (Entered: 08/09/2023) | |
| 120 | 08/10/2023 | Notice to Counsel Resetting Hearing: (TIME CHANGE ONLY) Pretrial Conference re-set for 11/14/2023 at 10:00 AM in chambers before Chief | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Judge Shelly D. Dick. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(SWE) (Entered: 08/10/2023) | |
| | 08/10/2023 | MOTION(S) REFERRED: 119 MOTION for Protective Order . This motion is now pending before the USMJ. (ELW) (Entered: 08/10/2023) | |
| 121 | 08/16/2023 | MEMORANDUM in Opposition to 119 MOTION for Protective Order filed by R. Kyle Ardoin. (Attachments: # 1 Exhibit 1 - Plaintiffs' Fact Witness List, # 2 Exhibit 2 - Defendant's Proposed Order)(Strach, Phillip) (Entered: 08/16/2023) | |
| 122 | 08/16/2023 | RESPONSE to 119 MOTION for Protective Order filed by Patrick Page Cortez, Clay Schexnayder. (Attachments: # 1 Attachment Proposed Order)(Prouty, Erika) (Entered: 08/16/2023) | |
| 123 | 08/17/2023 | ORDER : The 119 Motion for Protective Order be DENIED without prejudice as Plaintiff failed to sufficiently confer with its opponents in good faith. The parties are additionally ORDERED to confer by phone, video, or inperson, as soon as possible. But in any event, this conference must occur no later than 5:00 p.m. CST on Monday, August 21, 2023. Signed by Magistrate Judge Scott D. Johnson on 8/17/2023. (ELW) (Entered: 08/17/2023) | |
| 124 | 08/18/2023 | MOTION to Enroll John C. Conine, Jr. as Additional Attorney by R. Kyle Ardoin (Attachments: # 1 Proposed Pleading; Proposed Order)(Walsh, John) (Entered: 08/18/2023) | |
| | 08/21/2023 | MOTION(S) REFERRED: 124 MOTION to Enroll John C. Conine, Jr. as Additional Attorney . This motion is now pending before the USMJ. (ELW) (Entered: 08/21/2023) | |
| 125 | 08/21/2023 | ORDER granting 124 Motion to Enroll Additional Attorney. Added attorney John Clifton Conine, Jr. for R. Kyle Ardoin. Signed by Magistrate Judge Scott D. Johnson on 8/21/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 08/21/2023) | |
| 126 | 08/23/2023 | Motion for Joint Request for a Status Conference by Black Voters Matter Capacity Building Institute, Alexis Calhoun, Steven Harris, Jarrett Lofton, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Rose Thompson, Alice Washington (Naifeh, Stuart) Modified on 8/25/2023 to edit text and event type (ELW) Modified on 8/29/2023 (KAH). (Entered: 08/23/2023) | |
| | 08/28/2023 | MOTION(S) REFERRED: 126 MOTION. This motion is now pending before the USMJ. (ELW) (Entered: 08/28/2023) | |
| 127 | 08/29/2023 | ORDER granting 126 Motion for Status Conference. A video Status Conference is set for 8/30/2023 at 03:00 PM before Magistrate Judge Scott D. Johnson. The participant instructions are attached. Finally, given the September 1, 2023 discovery deadline, the parties are ORDERED to continue their efforts to confer and resolve this issue ahead of the conference. Signed by Magistrate Judge Scott D. Johnson on 8/29/2023. (KAH) (Entered: 08/29/2023) | |
| 130 | 08/30/2023 | Minute Entry for proceedings held before Magistrate Judge Scott D. Johnson: A video Status Conference was held on 8/30/2023. The Conference stemmed from the Court's recent denial of the NAACPs Motion for Protective Order.The parties have resolved the discovery issue first raised in the Motion for Protective Order. The Court ORDERS that any Stipulation agreed on by the parties must be filed in the record for the Court's review. (JEG) (Entered: 09/01/2023) | |
| 128 | 08/31/2023 | Consent MOTION for Protective Order Governing SOS_000948 by R. Kyle Ardoin (Attachments: # 1 Exhibit Proposed Consent Protective Order)(Strach, Phillip) (Entered: 08/31/2023) | |
| 129 | 09/01/2023 | NOTICE of Hearing: A Status Conference is set for 9/1/2023 at 11:00 AM by video before Magistrate Judge Scott D. Johnson. (KAH) (Entered: | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | 09/01/2023) | |
| 131 | 09/01/2023 | Minute Entry/Order for proceedings held before Magistrate Judge Scott D. Johnson: Video Status Conference held on 9/1/2023 to discuss the substantive issue that 119 Motion for Protective Order raised. The parties are therefore ORDERED to again confer either in-person, by video, or by phone and make every effort to resolve this discovery issue without the Court's involvement. The Court will automatically deny any discovery motion filed before this additional conference has taken place. And as always, the Court encourages the parties to request a conference with the Court if its guidance could avoid the need for motion practice. (EDC) (Entered: 09/01/2023) | |
| 132 | 09/01/2023 | MOTION to Compel Plaintiffs' Response to Defendant's Interrogatory No. 3 by R. Kyle Ardoin (Attachments: # 1 Attachment Memo ISO Motion to Compel, # 2 Exhibit Exhibit 1 - Aug. 29, 2023 Corresopndence, # 3 Exhibit Exhibit 2 - Proposed Order)(Strach, Phillip) (Entered: 09/01/2023) | |
| 133 | 09/01/2023 | Consent MOTION to Withdraw Plaintiffs Mr. Jarrett Lofton and Ms. Alexis Calhoun by All Plaintiffs (Attachments: # 1 Memorandum in Support, # 2 Proposed Pleading; Order)(Brannon, Sarah) (Entered: 09/01/2023) | |
| | 09/05/2023 | MOTION(S) REFERRED: 132 MOTION to Compel Plaintiffs' Response to Defendant's Interrogatory No. 3 . This motion is now pending before the USMJ. (LLH) (Entered: 09/05/2023) | |
| | 09/05/2023 | MOTION(S) REFERRED: 128 Consent MOTION for Protective Order Governing SOS_000948. This motion is now pending before the USMJ. (ELW) (Entered: 09/05/2023) | |
| 134 | 09/05/2023 | NOTICE of ABBREVIATED Briefing Schedule on 132 MOTION to Compel Plaintiffs' Response to Defendant's Interrogatory No. 3 : Any response by the NAACP to the Secretary of States recent Motion to Compel (R. Doc. 132) must be filed as soon as possible, but in any event, no later than midnight on Wednesday, September 6, 2023. The NAACPs response should clearly identify every Louisiana Senate District and Louisiana House District at issue in this litigation. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (Johnson, Scott) (Entered: 09/05/2023) | |
| 135 | 09/06/2023 | RESPONSE in Opposition to 132 MOTION to Compel Plaintiffs' Response to Defendant's Interrogatory No. 3 filed by All Plaintiffs. (Attachments: # 1 Exhibit A - Suppl. Interrog. Resp., # 2 Exhibit B - McClanahan Decl.)(Rohani, Sara) (Entered: 09/06/2023) | |
| 136 | 09/08/2023 | ORDER denying 132 Motion to Compel. Signed by Magistrate Judge Scott D. Johnson on 9/8/2023. (Johnson, Scott) (Entered: 09/08/2023) | |
| 137 | 09/08/2023 | TRANSCRIPT REQUEST by Patrick Page Cortez, Clay Schexnayder for proceedings held on 9/1/1 before Judge Scott D. Johnson.. (Mengis, Michael) Modified on 9/8/2023 form sent to Magistrate Judges CRD via email (ELW). (Entered: 09/08/2023) | |
| 138 | 09/14/2023 | ORDER granting 128 Consent Motion for Protective Order Governing SOS_000948. Signed by Magistrate Judge Scott D. Johnson on 9/13/2023. (LLH) (Entered: 09/14/2023) | |
| 139 | 09/14/2023 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings: Status Conference hearing before Judge Scott D. Johnson held on 9/1/23. Court Reporter: Janice Russell. Phone Number: (757) 422-9089; e-mail: trussell31@tdsmail.com. NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.lamd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 10/5/2023. Redacted Transcript Deadline set for 10/16/2023. Release of Transcript Restriction set for 12/13/2023. (Russell, J.) (Entered: 09/14/2023) | |
| 140 | 09/14/2023 | TRANSCRIPT REQUEST by Black Voters Matter Capacity Building Institute, Alexis Calhoun, Steven Harris, Jarrett Lofton, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Rose Thompson, Alice Washington for proceedings held on 9/1/23 before Judge Scott D. Johnson.. (Rohani, Sara) Modified on 9/15/2023 form sent to Magistrate Judges CRD via email. (ELW). (Entered: 09/14/2023) | |
| 141 | 09/18/2023 | Ex Parte MOTION for Daniel J. Hessel to Appear Pro Hac Vice for Plaintiffs (Filing fee $100.00, Receipt Number ALAMDC-2637996) by All Plaintiffs (Attachments: # 1 Declaration of Applicant, # 2 Certificate of Good Standing, # 3 Proposed Order)(Adcock, John) (Entered: 09/18/2023) | |
| 142 | 09/18/2023 | Ex Parte MOTION for Rob Clark to Appear Pro Hac Vice for Plaintiffs (Filing fee $100.00, Receipt Number ALAMDC-2638008) by All Plaintiffs (Attachments: # 1 Oath and Declaration of Applicant, # 2 Certificate of Good Standing, # 3 Proposed Order)(Adcock, John) (Entered: 09/18/2023) | |
| | 09/18/2023 | MOTION(S) REFERRED: 141 Ex Parte MOTION for Daniel J. Hessel to Appear Pro Hac Vice for Plaintiffs (Filing fee $100.00, Receipt Number ALAMDC-2637996), 142 Ex Parte MOTION for Rob Clark to Appear Pro Hac Vice for Plaintiffs (Filing fee $100.00, Receipt Number ALAMDC-2638008). This motion is now pending before the USMJ. (LLH) (Entered: 09/18/2023) | |
| 143 | 09/18/2023 | ORDER granting 141 and 142 Motions for Daniel J. Hessel and Rob Clark to Appear Pro Hac Vice. ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e-file access www.lamd.uscourts.gov/pro-hac-vice-e-filing-registration. Signed by Magistrate Judge Scott D. Johnson on 9/18/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 09/18/2023) | |
| 144 | 09/22/2023 | MOTION Review and Objections to Magistrate Judge's Order Denying Defendant's Motion to Compel by R. Kyle Ardoin (Attachments: # 1 Attachment Memorandum in Support)(Strach, Phillip) (Entered: 09/22/2023) | |
| 145 | 10/05/2023 | ORDER denying 107 Motion to Continue Trial. Signed by Chief Judge Shelly D. Dick on 10/5/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (Dick, Shelly) (Entered: 10/05/2023) | |
| 146 | 10/05/2023 | ORDER denying 112 Motion to Continue Trial. Signed by Chief Judge Shelly D. Dick on 10/5/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (Dick, Shelly) (Entered: 10/05/2023) | |
| 147 | 10/05/2023 | ORDER granting 133 Consent MOTION to Withdraw Plaintiffs Mr. Jarrett Lofton and Ms. Alexis Calhoun. Signed by Chief Judge Shelly D. Dick on 10/5/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (SWE) (Entered: 10/05/2023) | |
| 148 | 10/06/2023 | Joint MOTION in Limine to Exclude Dr. Lisa Handley's Testimony and Reports by R. Kyle Ardoin (Attachments: # 1 Attachment Joint Memorandum in Support, # 2 Exhibit 1 - Dr. Handley June 30, 2023 Report, # 3 Exhibit 2 - Dr. Handley Deposition Excerpts, # 4 Exhibit 3 - Dr. Handley Excel Metadata, # 5 Exhibit 4 - Dr. Solanky July 28, 2023 Report, # 6 Exhibit 5 - Dr. Solanky Aug. 21, 2023 Rebuttal Report)(Strach, Phillip) (Entered: 10/06/2023) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 149 | 10/06/2023 | Joint MOTION for Summary Judgment by R. Kyle Ardoin (Attachments: # 1 Attachment Joint Memorandum in Support, # 2 Attachment Joint Statement of Undisputed Material Facts, # 3 Exhibit 1 - Individual Plaintiffs' Responses to Def. Ardoin's First Set of Discovery, # 4 Exhibit 2 - William S. Cooper Corrected Exhibits H-I and I-I, # 5 Exhibit 3 - Louisiana NAACP 30(b)(6) Depo. Transcript Excerpts, # 6 Exhibit 4 - BVM 30(b)(6) Depo. Transcript Excerpts, # 7 Exhibit List 5 - Louisiana NAACP's Supplemental Response to Interrogatory No. 3)(Strach, Phillip) (Entered: 10/06/2023) | |
| 150 | 10/06/2023 | Consent MOTION for Leave to Exceed Page Limitation by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington (Attachments: # 1 Proposed Pleading; - Motion to Exclude Proposed Expert Testimony, # 2 Proposed Pleading; - Memorandum in Support of Motion to Exclude Proposed Expert Testimony, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Exhibit S, # 22 Attachment Proposed Order Granting Consent Motion to Exceed Page Limit)(Brannon, Sarah) (Entered: 10/06/2023) | |
| 151 | 10/10/2023 | Notice of Deficiency with Administrative Procedure III(A)(1) as to 150 Motion for Leave. Pursuant to Administrative Procedure III(A)(1), Each exhibit should be submitted individually in CM/ECF with an exhibit number and short description (e.g., Ex.1 Plaintiff Depo). REQUIRED CORRECTION: The filer is directed to refile the exhibits in the proper format using the event Exhibit located under Other Documents in the CM/ECF system and link the exhibits to the previously filed document. The main document for this event shall be an exhibit list of the exhibits being attached. Each exhibit MUST include a description (e.g., Ex.1 Plaintiff Depo). (ELW) (Entered: 10/10/2023) | |
| 152 | 10/10/2023 | Exhibit(s) to 150 Consent MOTION for Leave to Exceed Page Limitation by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington. (Attachments: # 1 Exhibit A - Trende Report, # 2 Exhibit B - Trende Dep. Tr., # 3 Exhibit C - Chen &amp; Rodden Article, # 4 Exhibit D - Trende Reply, # 5 Exhibit E - Johnson Surrebuttal, # 6 Exhibit F - Johnson Report, # 7 Exhibit G - Johnson Dep. Tr., # 8 Exhibit H - Cooper Rebuttal, # 9 Exhibit I - Common Cause v. Lewis, # 10 Exhibit J - Covington v. North Carolina, # 11 Exhibit K - Colten Rebuttal, # 12 Exhibit L - Cooper Report, # 13 Exhibit M - Solanky Dep. Tr., # 14 Exhibit N - Solanky Report, # 15 Exhibit O - Handley Rebuttal, # 16 Exhibit P - Alford Report, # 17 Exhibit Q - Lewis Report, # 18 Exhibit R - Solanky Rebuttal, # 19 Exhibit S - Handley Report)(Brannon, Sarah) (Entered: 10/10/2023) | |
| 153 | 10/13/2023 | RESPONSE in Opposition to 144 MOTION Review and Objections to Magistrate Judge's Order Denying Defendant's Motion to Compel filed by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington. (Attachments: # 1 Exhibit A - Michael McClanahan Dep. Tr. Excerpts)(Rohani, Sara) (Entered: 10/13/2023) | |
| 154 | 10/16/2023 | ORDER granting unopposed 150 MOTION for Leave to Exceed Page Limitation. All parties are hereby granted leave to file Memorandum in response to Motions to exclude opposing experts in excess of the 25-page limit proscribed in Local Rule 7(g).Signed by Chief Judge Shelly D. Dick on 10/16/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (Dick, Shelly) (Entered: 10/16/2023) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 155 | 10/16/2023 | Consent MOTION to Amend Scheduling Order by R. Kyle Ardoin (Attachments: # 1 Attachment Proposed Order Granting Consent Motion to Amend)(Strach, Phillip) (Entered: 10/16/2023) | |
| 156 | 10/16/2023 | MOTION to Exclude the Proposed Expert Testimony of Sean Trende, Dr. Douglas Johnson, and Dr. Tumulesh K.S. Solanky, by Black Voters Matter Capacity Building Institute, Steven Harris, Clee E. Lowe, Dorothy Nairne (Attachments: # 1 Attachment Memo in Support, # 2 Exhibit A - Trende Report, # 3 Exhibit B - Trende Dep. Tr., # 4 Exhibit C - Chen &amp; Rodden Article, # 5 Exhibit D - Trende Reply, # 6 Exhibit E - Johnson Surrebuttal, # 7 Exhibit F - Johnson Report, # 8 Exhibit G - Johnson Dep. Tr., # 9 Exhibit H - Cooper Rebuttal, # 10 Exhibit I - Common Cause v. Lewis, # 11 Exhibit J - Covington v. North Carolina, # 12 Exhibit K - Colten Rebuttal, # 13 Exhibit L - Cooper Report, # 14 Exhibit M - Solanky Dep. Tr., # 15 Exhibit N - Solanky Report, # 16 Exhibit O - Handley Rebuttal, # 17 Exhibit P - Alford Report, # 18 Exhibit Q - Lewis Report, # 19 Exhibit R - Solanky Rebuttal, # 20 Exhibit S - Handley Report, # 21 Attachment Order).(LLH) (Entered: 10/17/2023) | |
| | 10/17/2023 | MOTION(S) REFERRED: 155 Consent MOTION to Amend Scheduling Order. This motion is now pending before the USMJ. (ELW) (Entered: 10/17/2023) | |
| 157 | 10/17/2023 | For good cause shown, the parties consent Motion to Amend (R. Doc. 155) the Scheduling Order (R. Doc. 110) is GRANTED, and the deadlines at issue are AMENDED, as follows: the Pre-Trial Order must now be filed by October 27, 2023; the Findings of Fact and Conclusions of Law must now be filed by November 9, 2023; and the Counter Deposition Designations must now be filed by November 6, 2023. Signed by Magistrate Judge Scott D. Johnson on 10/17/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (Johnson, Scott) (Entered: 10/17/2023) | |
| 158 | 10/24/2023 | ORDER granting 144 Objections to Magistrate Judge's Order Denying Defendant's Motion to Compel. The Court finds that standing has been raised by the Defendant. The Motion to Compel is hereby referred back to the Magistrate Judge for reconsideration. Signed by Chief Judge Shelly D. Dick on 10/24/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (Dick, Shelly) (Entered: 10/24/2023) | |
| 159 | 10/27/2023 | ORDER: The issue before the Court for reconsideration concerns the scope of discovery related to the Louisiana NAACPs associational standing. As to 132 MOTION to Compel Plaintiffs' Response to Defendant's Interrogatory No. 3 Video Conference before the Magistrate Judge set for 11/2/2023 at 11:00 AM in by video before Magistrate Judge Scott D. Johnson. Signed by Magistrate Judge Scott D. Johnson on 10/26/2023. (Attachments: # 1 Attachment Zoom instructions)(ELW) (Entered: 10/27/2023) | |
| 160 | 10/27/2023 | Joint MEMORANDUM in Opposition to 156 MOTION in Limine filed by R. Kyle Ardoin. (Attachments: # 1 Exhibit 1 - Murray Dep. Tr. Excerpts, # 2 Exhibit 2 - Covington Hr'g Tr. Excerpts, # 3 Exhibit 3 - Colten Dep. Tr. Excerpts, # 4 Exhibit 4 - Cooper Dep. Tr. Excerpts)(Strach, Phillip) (Entered: 10/27/2023) | |
| 161 | 10/27/2023 | Proposed Pretrial Order by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington (For your free look at document, enter your Individual PACER login and pw to confirm your right to view). (Brannon, Sarah) (Entered: 10/27/2023) | |
| 162 | 10/27/2023 | STRICKEN FROM THE RECORD  MEMORANDUM in Opposition to 148 Joint MOTION in Limine to Exclude Dr. Lisa Handley's Testimony and Reports  filed by All Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 | |

| # | Date | Proceeding Text | Source |
|---|------|----------------|--------|
| | | Exhibit 7, # 8 Exhibit 8)(Brannon, Sarah) Modified on 11/2/2023 to remove document as it has been stricken by Order #166 (LLH). (Entered: 10/27/2023) | |
| 163 | 10/27/2023 | MEMORANDUM in Opposition to 149 Joint MOTION for Summary Judgment filed by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington. (Attachments: # 1 Opposing Statement of Material Facts, # 2 Exhibit 1 - Omari Ho-Sang Dep. Tr., # 3 Exhibit 2 - BVM-LA-Leg 000517881, # 4 Exhibit 3 - Omari Ho-Sang Declaration, # 5 Exhibit 4 - BVM-LA-LEG 0002891-93, # 6 Exhibit 5 - BVM-LA-LEG 0000383-84, # 7 Exhibit 6 - BVM-LA-LEG 0003053, 0005833-36, 0005840, # 8 Exhibit 7 - Michael McClanahan Dep. Tr., # 9 Exhibit 8 - NAACP Bylaws, # 10 Exhibit 9 - Michael McClanahan Declaration, # 11 Exhibit 10 - Dr. Dorothy Nairne Declaration, # 12 Exhibit 11 - Rev. Clee Earnest Lowe Declaration, # 13 Exhibit 12 - Dr. Alice Washington Declaration, # 14 Exhibit 13 Rev. Steven Harris Declaration)(Rohani, Sara) (Entered: 10/27/2023) | |
| 164 | 11/01/2023 | Notice of Deficiency with Administrative Procedure III(A)(1) as to 162 Memorandum in Opposition to,. Pursuant to Administrative Procedure III(A)(1), Each exhibit should be submitted individually in CM/ECF with an exhibit number and short description (e.g., Ex.1 Plaintiff Depo). REQUIRED CORRECTION: The filer is directed to refile the exhibits in the proper format using the event Exhibit located under Other Documents in the CM/ECF system and link the exhibits to the previously filed document. The main document for this event shall be an exhibit list of the exhibits being attached. Each exhibit MUST include a description (e.g., Ex.1 Plaintiff Depo). (ELW) (Entered: 11/01/2023) | |
| 165 | 11/02/2023 | MEMORANDUM in Opposition to 148 Joint MOTION in Limine to Exclude Dr. Lisa Handley's Testimony and Reports filed by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington. (Attachments: # 1 Exhibit 1 - Handley initial report, # 2 Exhibit 2 - Solanky initial report, # 3 Exhibit 3 - Handley deposition excerpts, # 4 Exhibit 4 - Alford deposition excerpts, # 5 Exhibit 5 - Solanky deposition excerpts, # 6 Exhibit Handley supplemental report, # 7 Exhibit 7 - LA data details VEST, # 8 Exhibit 8 - report Dr. Lichtman)(Brannon, Sarah) (Entered: 11/02/2023) | |
| 166 | 11/02/2023 | ORDER: Considering that Plaintiffs filed 165 Memorandum in Opposition to 148 Joint MOTION in Limine to Exclude Dr. Lisa Handley's Testimony and Reports to correct the 164 Notice of Deficiency, the Clerk's Office is directed to strike 162 Memorandum in Opposition to maintain clarity of the record. Signed by Chief Judge Shelly D. Dick on 11/2/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(SWE) (Entered: 11/02/2023) | |
| 167 | 11/02/2023 | TRANSCRIPT REQUEST by R. Kyle Ardoin for proceedings held on 11/02/2023 before Judge Hon. Scott D. Johnson.. (Conine, John) (Entered: 11/02/2023) | |
| 168 | 11/02/2023 | TRANSCRIPT REQUEST by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington for proceedings held on 11/02/2023 before Judge Hon. Scott D. Johnson.. (Rohani, Sara) Modified on 11/6/2023 form sent to Magistrate Judges CRD via email (ELW). (Entered: 11/02/2023) | |
| 169 | 11/02/2023 | Minute Entry for proceedings held before Magistrate Judge Scott D. Johnson: Motion Hearing held on 11/2/2023. The parties discussed the issue before the Court on reconsideration (R. Doc. 158). The NAACP clearly has the burden of establishing associational standing. The Court ORDERS the Louisiana NAACP to supplement its Answer to | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Interrogatory No. 3 by providing both the name and address of the individual member(s) from the challenged districts that the NAACP intends to offer at trial to establish associational standing, or any other part of its claim. Any member not identified in the NAACP's supplemental response will be presumed to be outside the scope of evidence to be offered in the matter by the NAACP. The NAACP must supplement its Answer by 5:00 p.m. (CST) on November 6, 2023. To protect the First Amendment rights of any identified NAACP member, the parties jointly made, and the Court GRANTED, an oral Motion to Modify the current Protective Order (R. Doc. 138) to include information identifying individual members of the Louisiana NAACP, who are not named parties. The Court ORDERS that any discovery or information produced after this Order - whether provided in response to Interrogatory No. 3 or otherwise that concerns the identity of a Louisiana NAACP member, who is not a party to this lawsuit, will be protected by and subject to the terms of the Protective Order (R. Doc. 138) previously entered by the Court. (KAH) (Entered: 11/05/2023) | |
| 170 | 11/06/2023 | ORDER: In light of the 169 Minute Entry/Order, the parties are hereby ordered to submit supplemental briefs, if any, in support or opposition of the 149 Joint Motion for Summary Judgment by 11/7/23. Any supplemental briefing should be limited to five pages on the issue of NAACP associational standing. Signed by Chief Judge Shelly D. Dick on 11/6/23. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(SWE) (Entered: 11/06/2023) | |
| 171 | 11/07/2023 | RULING denying 148 Motion in Limine. Signed by Chief Judge Shelly D. Dick on 11/7/2023. (SWE) (Entered: 11/07/2023) | |
| 172 | 11/07/2023 | Joint SUPPLEMENTAL BRIEF TO 149 Joint MOTION for Summary Judgment   filed by R. Kyle Ardoin. (Strach, Phillip) (Entered: 11/07/2023) | |
| 173 | 11/07/2023 | SUPPLEMENTAL BRIEF TO 163 Memorandum in Opposition to,,, Defendants' Summary Judgment Motion filed by All Plaintiffs. (Attachments: # 1 Exhibit 1 - Second Supplemental Responses to Interrogatories to Organizational Plaintiffs')(Rohani, Sara) (Entered: 11/07/2023) | |
| 174 | 11/08/2023 | RULING granting in part and denying in part 156 Motion in Limine. The 156 Motion is DENIED as to Sean Trende, GRANTED in part, and DENIED in part as to Dr. Douglas Johnson, and GRANTED as to Dr. Tumulesh K.S. Solanky. Signed by Chief Judge Shelly D. Dick on 11/8/2023. (SWE) (Entered: 11/08/2023) | |
| 175 | 11/08/2023 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings: Status hearing before Judge Scott D. Johnson held on 11/2/23. Court Reporter: Janice Russell. Phone Number: (757) 422-9089; e-mail: trussell31@tdsmail.com.  NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.lamd.uscourts.gov.  Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 11/29/2023. Redacted Transcript Deadline set for 12/11/2023. Release of Transcript Restriction set for 2/6/2024. (Russell, J.) (Entered: 11/08/2023) | |
| 176 | 11/09/2023 | RULING denying 34 Motion to Convene a Three-Judge Court or in the Alternative, To Certify An Interlocutory Appeal. Signed by Chief Judge Shelly D. Dick on 11/9/2023. (SWE) (Entered: 11/09/2023) | |
| 177 | 11/09/2023 | Proposed Findings of Fact by R. Kyle Ardoin. (Strach, Phillip) (Entered: 11/09/2023) | |
| 178 | 11/09/2023 | NOTICE of Constitutional Question  by R. Kyle Ardoin (Strach, Phillip) (Entered: 11/09/2023) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 179 | 11/09/2023 | Proposed Findings of Fact by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington. (Brannon, Sarah) (Entered: 11/09/2023) | |
| 180 | 11/13/2023 | Joint REPLY in Support of 149 Joint MOTION for Summary Judgment filed by R. Kyle Ardoin. (Attachments: # 1 Attachment Reply Statement of Undisputed Material Facts)(Strach, Phillip) (Entered: 11/13/2023) | |
| 181 | 11/14/2023 | RULING denying 149 Motion for Summary Judgment. (SWE) (Entered: 11/14/2023) | |
| 182 | 11/14/2023 | Minute Entry for proceedings held before Chief Judge Shelly D. Dick: Pretrial Conference held on 11/14/2023. Parties discussed matters related to trial. Parties shall comply with the deadlines set forth as stated. (SWE) (Entered: 11/14/2023) | |
| 183 | 11/22/2023 | MOTION to Enroll Charlton J. Meginley as Additional Attorney by R. Kyle Ardoin (Attachments: # 1 Proposed Pleading; Proposed Order)(Walsh, John) (Entered: 11/22/2023) | |
| 184 | 11/22/2023 | Joint MOTION to Stay by R. Kyle Ardoin (Attachments: # 1 Attachment Memorandum in Support of Joint Motion to Stay)(Strach, Phillip) (Entered: 11/22/2023) | |
| 185 | 11/24/2023 | MEMORANDUM in Opposition to 184 Joint MOTION to Stay filed by All Plaintiffs. (Brannon, Sarah) (Entered: 11/24/2023) | |
| 186 | 11/27/2023 | Minute Entry for proceedings held before Chief Judge Shelly D. Dick: Bench Trial held on 11/27/2023. For oral reasons given, the Court DENIES the 184 Joint Motion to Stay Proceedings. Stipulations and Joint Exhibits are admitted into the record. Witnesses sworn and testified. Court recesses until 11/28/2023 at 9:00 a.m. (Court Reporter S. Thompson.) Pursuant to Local Rules, offering parties shall retain custody of exhibits..(SWE) (Entered: 11/28/2023) | |
| 198 | 11/27/2023 | ELECTRONIC EXHIBIT List for Bench Trial dated 11/27/2023 to 12/5/2023. (SWE) (Additional attachment(s) added on 2/20/2024: # 1 Legislative Defendants Exhibit 42, # 2 Legislative Defendants Exhibit 43, # 3 Legislative Defendants Exhibit 44, # 4 Legislative Defendants Exhibit 45, # 5 Legislative Defendants Exhibit 46, # 6 Legislative Defendants Exhibit 47, # 7 Legislative Defendants Exhibit 48, # 8 Legislative Defendants Exhibit 49, # 9 Legislative Defendants Exhibit 50, # 10 Legislative Defendants Exhibit 51, # 11 Legislative Defendants Exhibit 51 part 2, # 12 Legislative Defendants Exhibit 52, # 13 Legislative Defendants Exhibit 53, # 14 Legislative Defendants Exhibit 54, # 15 Legislative Defendants Exhibit 58, # 16 Legislative Defendants Exhibit 58 part 2, # 17 Legislative Defendants Exhibit 59, # 18 Legislative Defendants Exhibit 62, # 19 Defendant Exhibit 1, # 20 Defendant Exhibit 2, # 21 Defendant Exhibit 3, # 22 Defendant Exhibit 4, # 23 Defendant Exhibit 5, # 24 Defendant Exhibit 6, # 25 Defendant Exhibit 39, # 26 Joint Exhibit 1, # 27 Joint Exhibit 2, # 28 Joint Exhibit 3, # 29 Joint Exhibit 4, # 30 Joint Exhibit 5, # 31 Joint Exhibit 6, # 32 Joint Exhibit 7, # 33 Joint Exhibit 8, # 34 Joint Exhibit 9, # 35 Joint Exhibit 10, # 36 Joint Exhibit 11, # 37 Joint Exhibit 12, # 38 Joint Exhibit 13, # 39 Joint Exhibit 14, # 40 Joint Exhibit 15, # 41 Joint Exhibit 16, # 42 Joint Exhibit 17, # 43 Joint Exhibit 18, # 44 Joint Exhibit 19, # 45 Joint Exhibit 20, # 46 Joint Exhibit 21, # 47 Joint Exhibit 22, # 48 Joint Exhibit 23, # 49 Joint Exhibit 24, # 50 Joint Exhibit 25, # 51 Joint Exhibit 26, # 52 Joint Exhibit 27, # 53 Joint Exhibit 28, # 54 Joint Exhibit 29, # 55 Joint Exhibit 30, # 56 Joint Exhibit 31, # 57 Joint Exhibit 32, # 58 Joint Exhibit 33, # 59 Joint Exhibit 34, # 60 Joint Exhibit 35) (NLT). (Additional attachment(s) added on 2/20/2024: # 61 Joint Exhibit 36, # 62 Joint Exhibit 37, # 63 Joint Exhibit 38, # 64 Joint Exhibit 39, # 65 Joint Exhibit 40, # 66 Joint Exhibit 41, # 67 Joint Exhibit 42, # 68 Joint Exhibit 43, # 70 Joint Exhibit 44, # 71 Joint Exhibit 45, # 72 Joint Exhibit 46, # 73 Joint Exhibit 47, # 74 Joint Exhibit 48, # 75 Joint | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Exhibit 49, # 76 Joint Exhibit 50, # 77 Joint Exhibit 51, # 78 Joint Exhibit 52, # 79 Joint Exhibit 53, # 80 Joint Exhibit 54, # 81 Joint Exhibit 55, # 82 Joint Exhibit 56, # 83 Plaintiff Exhibit 1, # 84 Plaintiff Exhibit 2, # 85 Plaintiff Exhibit 3, # 86 Plaintiff Exhibit 4, # 87 Plaintiff Exhibit 5, # 88 Plaintiff Exhibit 6, # 89 Plaintiff Exhibit 7, # 90 Plaintiff Exhibit 8, # 91 Plaintiff Exhibit 9, # 92 Plaintiff Exhibit 10, # 93 Plaintiff Exhibit 11, # 94 Plaintiff Exhibit 12, # 95 Plaintiff Exhibit 13, # 96 Plaintiff Exhibit 14, # 97 Plaintiff Exhibit 15, # 98 Plaintiff Exhibit 16, # 99 Plaintiff Exhibit 17, # 100 Plaintiff Exhibit 18, # 101 Plaintiff Exhibit 19, # 102 Plaintiff Exhibit 20, # 103 Plaintiff Exhibit 21, # 104 Plaintiff Exhibit 22, # 105 Plaintiff Exhibit 23, # 106 Plaintiff Exhibit 24, # 107 Plaintiff Exhibit 25, # 108 Plaintiff Exhibit 26, # 109 Plaintiff Exhibit 27, # 110 Plaintiff Exhibit 28, # 111 Plaintiff Exhibit 29, # 112 Plaintiff Exhibit 30, # 113 Plaintiff Exhibit 31, # 114 Plaintiff Exhibit 32, # 115 Plaintiff Exhibit 33, # 116 Plaintiff Exhibit 34, # 117 Plaintiff Exhibit 35, # 118 Plaintiff Exhibit 36, # 119 Plaintiff Exhibit 37, # 120 Plaintiff Exhibit 38, # 121 Plaintiff Exhibit 39, # 122 Plaintiff Exhibit 40, # 123 Plaintiff Exhibit 41, # 124 Plaintiff Exhibit 42, # 125 Plaintiff Exhibit 43, # 126 Plaintiff Exhibit 44, # 127 Plaintiff Exhibit 45, # 128 Plaintiff Exhibit 46, # 129 Plaintiff Exhibit 47, # 130 Plaintiff Exhibit 48, # 131 Plaintiff Exhibit 49, # 132 Plaintiff Exhibit 50, # 133 Plaintiff Exhibit 51, # 135 Plaintiff Exhibit 53, # 136 Plaintiff Exhibit 54, # 137 Plaintiff Exhibit 55, # 138 Plaintiff Exhibit 56, # 139 Plaintiff Exhibit 57, # 140 Plaintiff Exhibit 58, # 141 Plaintiff Exhibit 52, # 142 Plaintiff Exhibit 59, # 143 Plaintiff Exhibit 60, # 144 Plaintiff Exhibit 61, # 145 Plaintiff Exhibit 62, # 146 Plaintiff Exhibit 63, # 147 Plaintiff Exhibit 64, # 148 Plaintiff Exhibit 65, # 149 Plaintiff Exhibit 66, # 150 Plaintiff Exhibit 57, # 151 Plaintiff Exhibit 68, # 152 Plaintiff Exhibit 69, # 153 Plaintiff Exhibit 70, # 154 Plaintiff Exhibit 71, # 155 Plaintiff Exhibit 72, # 156 Plaintiff Exhibit 73, # 157 Plaintiff Exhibit 74, # 158 Plaintiff Exhibit 75, # 159 Plaintiff Exhibit 76, # 160 Plaintiff Exhibit 77, # 161 Plaintiff Exhibit 78, # 162 Plaintiff Exhibit 79, # 163 Plaintiff Exhibit 80, # 164 Plaintiff Exhibit 81, # 165 Plaintiff Exhibit 82, # 166 Plaintiff Exhibit 83, # 167 Plaintiff Exhibit 84, # 168 Plaintiff Exhibit 85, # 169 Plaintiff Exhibit 86) (NLT). (Additional attachment(s) added on 2/20/2024: # 170 Plaintiff Exhibit 87, # 171 Plaintiff Exhibit 88, # 172 Plaintiff Exhibit 89, # 173 Plaintiff Exhibit 90, # 174 Plaintiff Exhibit 91, # 175 Plaintiff Exhibit 92, # 176 Plaintiff Exhibit 93, # 177 Plaintiff Exhibit 94, # 178 Plaintiff Exhibit 95, # 179 Plaintiff Exhibit 96, # 180 Plaintiff Exhibit 97, # 181 Plaintiff Exhibit 98, # 182 Plaintiff Exhibit 99, # 183 Plaintiff Exhibit 100, # 184 Plaintiff Exhibit 101, # 185 Plaintiff Exhibit 102, # 186 Plaintiff Exhibit 103, # 187 Plaintiff Exhibit 104, # 188 Plaintiff Exhibit 105, # 189 Plaintiff Exhibit 106, # 191 Plaintiff Exhibit 107, # 192 Plaintiff Exhibit 108, # 193 Plaintiff Exhibit 109, # 194 Plaintiff Exhibit 110, # 195 Plaintiff Exhibit 111, # 196 Plaintiff Exhibit 112, # 197 Plaintiff Exhibit 113, # 198 Plaintiff Exhibit 114, # 199 Plaintiff Exhibit 115, # 200 Plaintiff Exhibit 120, # 201 Plaintiff Exhibit 122, # 202 Plaintiff Exhibit 124, # 203 Plaintiff Exhibit 125, # 204 Plaintiff Exhibit 116, # 205 Plaintiff Exhibit 126, # 206 Plaintiff Exhibit 127, # 207 Plaintiff Exhibit 128, # 208 Plaintiff Exhibit 129, # 209 Plaintiff Exhibit 130, # 210 Plaintiff Exhibit 131, # 211 Plaintiff Exhibit 132, # 212 Plaintiff Exhibit 133, # 213 Plaintiff Exhibit 134, # 214 Plaintiff Exhibit 135, # 215 Plaintiff Exhibit 163a, # 216 Plaintiff Exhibit 163b, # 217 Plaintiff Exhibit 117, # 218 Plaintiff Exhibit 164, # 219 Plaintiff Exhibit 165, # 220 Plaintiff Exhibit 166, # 221 Plaintiff Exhibit 167, # 222 Plaintiff Exhibit 168, # 223 Plaintiff Exhibit 169, # 225 Plaintiff Exhibit 170, # 226 Plaintiff Exhibit 171, # 227 Plaintiff Exhibit 172, # 228 Plaintiff Exhibit 173, # 229 Plaintiff Exhibit 174, # 230 Plaintiff Exhibit 175, # 231 Plaintiff Exhibit 176, # 232 Plaintiff Exhibit 177, # 233 Plaintiff Exhibit 178, # 234 Plaintiff Exhibit 179, # 235 Plaintiff Exhibit 180, # 237 Plaintiff Exhibit 184, # 238 Plaintiff Exhibit 185, # 239 Plaintiff Exhibit 187, # 240 | |

| # | Date | Proceeding Text | Source |
|---|------|----------------|--------|
| | | Plaintiff Exhibit 201, # 241 Plaintiff Exhibit 204, # 242 Plaintiff Exhibit 249, # 243 Plaintiff Exhibit 249a, # 244 Plaintiff Exhibit 250, # 245 Plaintiff Exhibit 250a, # 246 Plaintiff Exhibit 251, # 247 Plaintiff Exhibit 251a, # 248 Plaintiff Exhibit 252, # 249 Plaintiff Exhibit 252a, # 250 Plaintiff Exhibit 253, # 251 Plaintiff Exhibit 253a, # 252 Plaintiff Exhibit 254, # 253 Plaintiff Exhibit 254a, # 254 Plaintiff Exhibit 255, # 255 Plaintiff Exhibit 255a, # 256 Plaintiff Exhibit 256, # 257 Plaintiff Exhibit 256a, # 258 Plaintiff Exhibit 257) (NLT). (Entered: 12/07/2023) | |
| 189 | 11/28/2023 | Minute Entry for proceedings held before Chief Judge Shelly D. Dick: Bench Trial held on 11/28/2023. Witnesses sworn and testified; exhibits filed. Court recesses until Wednesday, November 29, 2023, at 9:00 a.m. (Court Reporter Gina Delatte-Richard and Natalie Breaux.) Pursuant to Local Rules, offering parties shall retain custody of exhibits..(SWE) (Entered: 11/29/2023) | |
| | 11/29/2023 | MOTION(S) REFERRED: 183 MOTION to Enroll Charlton J. Meginley as Additional Attorney . This motion is now pending before the USMJ. (ELW) (Entered: 11/29/2023) | |
| 187 | 11/29/2023 | Joint MOTION to Dismiss by R. Kyle Ardoin (Attachments: # 1 Attachment Memorandum ISO Motion to Dismiss)(Strach, Phillip) (Entered: 11/29/2023) | |
| 188 | 11/29/2023 | ORDER granting 183 Motion to Enroll Additional Attorney. Added attorney Charlton J Meginley for R. Kyle Ardoin. Signed by Magistrate Judge Scott D. Johnson on 11/29/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 11/29/2023) | |
| 190 | 11/29/2023 | Minute Entry for proceedings held before Chief Judge Shelly D. Dick: Bench Trial held on 11/29/2023. Witnesses sworn and testified. Exhibits filed. Court recessed until Thursday, 11/30/2023. (Court Reporter S. Thompson and N. Breaux.) Pursuant to Local Rules, offering parties shall retain custody of exhibits..(SWE) (Entered: 11/30/2023) | |
| 191 | 11/29/2023 | Amended Minute Entry for proceedings held before Chief Judge Shelly D. Dick: Bench Trial held on 11/29/2023. Witnesses sworn and testified. Plaintiffs rested. Court recessed until Thursday, November 30, 2023, at 9:00 a.m. (Court Reporter S. Thompson and N. Breaux.) (SWE) (Entered: 11/30/2023) | |
| 192 | 11/30/2023 | Minute Entry for proceedings held before Chief Judge Shelly D. Dick: Bench Trial held on 11/30/2023. Parties present argument relative to 187 Joint MOTION to Dismiss. Court takes under advisement until the close of evidence. Witnesses sworn and testified. Exhibits filed. Court recesses until Friday, December 1, 2023, at 9:00 a.m. (Court Reporter T. Norton.) Pursuant to Local Rules, offering parties shall retain custody of exhibits..(SWE) Modified on 12/1/2023 to edit file date (SWE). (Entered: 12/01/2023) | |
| 202 | 11/30/2023 | Amended Minute Entry for proceedings held before Chief Judge Shelly D. Dick: Bench Trial held on 11/30/2023. Counsel present argument relative to Defendants' Rule 52 c Motion. Court takes under advisement until close of evidence. Witnesses sworn and testified. Exhibits filed. Court recessed until Friday, 12/1/2023, at 9:00 a.m. (Court Reporter T. Norton.) Pursuant to Local Rules, offering parties shall retain custody of exhibits..(SWE) (Entered: 12/11/2023) | |
| 193 | 12/01/2023 | Minute Entry for proceedings held before Chief Judge Shelly D. Dick: Bench Trial held on 12/1/2023. Witnesses sworn and testified. Exhibits filed. Court recessed until Monday, December 4, 2023, at 9:00 a.m. (Court Reporter S. Thompson and G. Delatte-Richard.) Pursuant to Local Rules, offering parties shall retain custody of exhibits..(SWE) (Entered: 12/04/2023) | |
| 195 | 12/04/2023 | Minute Entry for proceedings held before Chief Judge Shelly D. Dick: Bench Trial held on 12/4/2023. Witnesses sworn and testified. Exhibits | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | filed. Court recesses until Tuesday, December 5, 2023, at 10:00 a.m. (Court Reporter S. Thompson and G. Delatte-Richard.) Pursuant to Local Rules, offering parties shall retain custody of exhibits..(SWE) (Entered: 12/05/2023) | |
| 194 | 12/05/2023 | Ex Parte MOTION for Garrett Muscatel to Appear Pro Hac Vice for Plaintiffs (Filing fee $100.00, Receipt Number ALAMDC-2678970) by All Plaintiffs (Attachments: # 1 Exhibit 1- Declaration of Applicant, # 2 Exhibit 2 - Certificate of Good Standing)(Adcock, John) (Entered: 12/05/2023) | |
| 203 | 12/05/2023 | Minute Entry for proceedings held before Chief Judge Shelly D. Dick: Bench Trial completed on 12/5/2023. Witnesses sworn and testified on rebuttal. The Court advised the parties that no argument at the close of hearing will be necessary but will allow the parties to submit simultaneous briefs with citations, not to exceed 40 pages. Briefing shall be submitted by close of business on 12/19/2023. Defendants renew their Rule 52c Motion. Court takes matter under advisement. (Court Reporter N. Breaux.) Pursuant to Local Rules, offering parties shall retain custody of exhibits..(SWE) (Entered: 12/11/2023) | |
| | 12/06/2023 | MOTION(S) REFERRED: 194 Ex Parte MOTION for Garrett Muscatel to Appear Pro Hac Vice for Plaintiffs (Filing fee $100.00, Receipt Number ALAMDC-2678970). This motion is now pending before the USMJ. (ELW) (Entered: 12/06/2023) | |
| 196 | 12/06/2023 | ORDER granting 194 Motion for Garrett Muscatel to Appear Pro Hac Vice. Signed by Magistrate Judge Scott D. Johnson on 12/6/2023. ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e-file access www.lamd.uscourts.gov/pro-hac-vice-e-filing-registration. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 12/06/2023) | |
| 197 | 12/07/2023 | TRANSCRIPT REQUEST by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington for proceedings held on 11/27/2023-12/05/2023 before Judge Hon. Shelly D. Dick.. (Naifeh, Stuart) (Entered: 12/07/2023) | |
| 199 | 12/07/2023 | NOTICE of Intervention Pursuant to 28 U.S.C. 2403(a) by United States of America (Jack, Justin) (Entered: 12/07/2023) | |
| 200 | 12/07/2023 | NOTICE of Appearance of Attorney Representing the United States of America by United States of America (Jack, Justin) (Entered: 12/07/2023) | |
| 201 | 12/07/2023 | Certificate of Interested Persons by United States of America identifying Affiliate/Interested Person Louisiana State Conference of the NAACP, Affiliate/Interested Person Dorothy Nairne, Affiliate/Interested Person Black Voters Matter Capacity Building Institute, Affiliate/Interested Person Rose Thompson, Affiliate/Interested Person Steven Harris, Affiliate/Interested Person Nora Ahmed, Affiliate/Interested Person American Civil Liberties Union Foundation of Louisiana, Affiliate/Interested Person Nelson Mullins Riley & Scarborough LLP, Affiliate/Interested Person Clee E. Lowe, Affiliate/Interested Person Adcock Law LLC, Affiliate/Interested Person John Adcock, Affiliate/Interested Person Ronald Lawrence Wilson, Affiliate/Interested Person Sarah E. Brannon, Affiliate/Interested Person Megan C. Keenan, Affiliate/Interested Person Sophia Lin Lakin, Affiliate/Interested Person Dayton Campbell-Harris, Affiliate/Interested Person Luis Manuel Rico Roman, Affiliate/Interested Person the ACLU Foundation of Louisiana, Affiliate/Interested Person Stephanie Legros, Affiliate/Interested Person Cozen O'Connor, Affiliate/Interested Person Michael de Leeuw, Affiliate/Interested Person Amanda Giglio, Affiliate/Interested Person Josephine Bahn, Affiliate/Interested Person Robert S. Clark, | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Affiliate/Interested Person NAACP Legal Defense & Educational Fund, Affiliate/Interested Person NAACP Legal Defense & Educational Fund, Inc., Affiliate/Interested Person Jared Evans, Affiliate/Interested Person Kathryn C. Sadasivan, Affiliate/Interested Person Leah C. Aden, Affiliate/Interested Person Stuart C. Naifeh, Affiliate/Interested Person Victoria Wenger, Affiliate/Interested Person I. Sara Rohani, Affiliate/Interested Person National Association for the Advancement of Colored People, Affiliate/Interested Person Daniel J. Hessel, Affiliate/Interested Person Tiffany Alora Thomas, Affiliate/Interested Person R. Kyle Ardoin, Affiliate/Interested Person Shows, Cali & Walsh LLP, Affiliate/Interested Person John Carroll Walsh, Affiliate/Interested Person John Clifton Conine, Jr., Affiliate/Interested Person Baker & Hostetler LLP, Affiliate/Interested Person Michael W. Mengis, Affiliate/Interested Person Michael W. Mengis, Affiliate/Interested Person Efrem Mark Braden, Affiliate/Interested Person Erika Dackin Prouty, Affiliate/Interested Person Katherine L. McKnight, Affiliate/Interested Person Patrick T. Lewis, Affiliate/Interested Person Richard B. Raile, Affiliate/Interested Person Robert J. Tucker, Affiliate/Interested Person Alyssa Riggins, Affiliate/Interested Person Cassie Holt, Affiliate/Interested Person Phillip J. Strach, Affiliate/Interested Person Thomas A. Farr, Affiliate/Interested Person Charlton J. Meginley, Affiliate/Interested Person John E. Branch, III, Affiliate/Interested Person Patrick Page Cortez, Affiliate/Interested Person Office of the Louisiana Attorney General, Affiliate/Interested Person Elizabeth Baker Murrill, Affiliate/Interested Person Amanda Marie LaGrone, Affiliate/Interested Person Andrew B. Pardue, Affiliate/Interested Person Angelique Duhon Freel, Affiliate/Interested Person Holtzman Vogel Josefiak Torchinsky PLLC, Affiliate/Interested Person U.S. Attorney's Office, Affiliate/Interested Person MDLA, Affiliate/Interested Person Brennan Bowen, Affiliate/Interested Person Carey T. Jones, Affiliate/Interested Person Jason Brett Torchinsky, Affiliate/Interested Person Jeffrey Michael Wade, Affiliate/Interested Person Phillip Michael Gordon, Affiliate/Interested Person U.S. Department of Justice, Affiliate/Interested Person Alice Washington, Affiliate/Interested Person United States of America, Affiliate/Interested Person State of Louisiana, Affiliate/Interested Person Clay Schexnayder for United States of America. (Jack, Justin) (Entered: 12/07/2023) | |
| 204 | 12/12/2023 | TRANSCRIPT REQUEST by R. Kyle Ardoin for proceedings held on 11/27/2023-12/5/2023 before Judge Shelly D. Dick.. (Conine, John) (Main Document 204 replaced on 12/13/2023) (ELW). (Entered: 12/12/2023) | |
| 205 | 12/19/2023 | BRIEF regarding the Constitutionality of Section 2 of the Voting Rights Act. (Freeman, Daniel) (Entered: 12/19/2023) | |
| 206 | 12/19/2023 | Post-Trial Memorandum by R. Kyle Ardoin. (Attachments: # 1 Attachment 1 - Day 1 Trial Transcript, # 2 Attachment 2 - Day 2 Trial Transcript, # 3 Attachment 3A - Day 3 A.M. Trial Transcript, # 4 Attachment 3B - Day 3 P.M. Trial Transcript, # 5 Attachment 4 - Day 4 Trial Transcript, # 6 Attachment 5 - Day 5 Trial Transcript, # 7 Attachment 6 - Day 6 Trial Transcript, # 8 Attachment 7 - Day 7 Trial Transcript, # 9 Exhibit 1 - Trende Figures 5 and 6)(Strach, Phillip) (Entered: 12/19/2023) | |
| 207 | 12/19/2023 | TRIAL BRIEF by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington. (Keenan, Megan) (Entered: 12/19/2023) | |
| 208 | 12/20/2023 | Joint MOTION to Strike by R. Kyle Ardoin (Attachments: # 1 Attachment Memorandum in Support, # 2 Exhibit 1 - Day 6 AM Transcript Excerpt)(Strach, Phillip) (Entered: 12/20/2023) | |
| 209 | 12/20/2023 | RESPONSE in Opposition to 208 Joint MOTION to Strike Plaintiffs' Trial Brief filed by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington. (Attachments: # 1 Pls.' Mem. in Opp. to Mot. to | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | Strike, # 2 Pls.' Trial Br. (corrected signature block))(Keenan, Megan) (Entered: 12/20/2023) | |
| 210 | 12/20/2023 | MEMORANDUM in Opposition to 187 Joint MOTION to Dismiss filed by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington. (Keenan, Megan) (Entered: 12/20/2023) | |
| 211 | 12/21/2023 | ORDER denying 208 Joint MOTION to Strike . Signed by Chief Judge Shelly D. Dick on 12/21/2023. (LLH) (Entered: 12/21/2023) | |
| 212 | 12/29/2023 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings: Bench Trial Day 2 (afternoon session) before Chief Judge Shelly D. Dick held on November 28, 2023. Court Reporter: Natalie W. Breaux. Phone Number: 225-389-3565.  NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.lamd.uscourts.gov.  Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 1/19/2024. Redacted Transcript Deadline set for 1/29/2024. Release of Transcript Restriction set for 3/28/2024. (Breaux, Natalie) (Entered: 12/29/2023) | |
| 213 | 12/29/2023 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings: Bench Trial Day 3 (afternoon session) before Chief Judge Shelly D. Dick held on November 29, 2023. Court Reporter: Natalie W. Breaux. Phone Number: 225-389-3565.  NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.lamd.uscourts.gov.  Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 1/19/2024. Redacted Transcript Deadline set for 1/29/2024. Release of Transcript Restriction set for 3/28/2024. (Breaux, Natalie) (Entered: 12/29/2023) | |
| 214 | 12/29/2023 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings: Bench Trial Day 7 before Chief Judge Shelly D. Dick held on December 5, 2023. Court Reporter: Natalie W. Breaux. Phone Number: 225-389-3565. NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.lamd.uscourts.gov.  Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 1/19/2024. Redacted Transcript Deadline set for 1/29/2024. Release of Transcript Restriction set for 3/28/2024. (Breaux, Natalie) (Entered: 12/29/2023) | |
| 215 | 01/03/2024 | First MOTION for Angelique Freel to Withdraw as Attorney  by State of Louisiana (Attachments: # 1 Proposed Pleading; Proposed Order)(Wale, Jeffrey) (Entered: 01/03/2024) | |
| 216 | 01/03/2024 | First MOTION for Jeffrey Wale to Withdraw as Attorney  by State of Louisiana (Attachments: # 1 Proposed Pleading; Proposed Order)(Wale, Jeffrey) (Entered: 01/03/2024) | |
| 217 | 01/03/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings: Bench Trial Day 2 (morning Session) before Chief Judge Shelly D. Dick | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | held on November 28th, 2023. Court Reporter: Gina Delatte-Richard. Phone Number: 225-389-3564. NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.lamd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 1/24/2024. Redacted Transcript Deadline set for 2/5/2024. Release of Transcript Restriction set for 4/2/2024. (Delatte-Richard, Gina) (Entered: 01/03/2024) | |
| 218 | 01/03/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings: Bench Trial Day 6 (afternoon session) before Chief Judge Shelly D. Dick held on December 4, 2023. Court Reporter: Gina Delatte-Richard. Phone Number: 225-389-3564. NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.lamd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 1/24/2024. Redacted Transcript Deadline set for 2/5/2024. Release of Transcript Restriction set for 4/2/2024. (Delatte-Richard, Gina) (Entered: 01/03/2024) | |
| | 01/04/2024 | MOTION(S) REFERRED: 216 First MOTION for Jeffrey Wale to Withdraw as Attorney , 215 First MOTION for Angelique Freel to Withdraw as Attorney . This motion is now pending before the USMJ. (ELW) (Entered: 01/04/2024) | |
| 219 | 01/04/2024 | ORDER granting 216 Motion to Withdraw Jeffrey Wale as Attorney. Signed by Magistrate Judge Scott D. Johnson on 1/4/2024. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 01/04/2024) | |
| 220 | 01/09/2024 | MOTION for Charlton J. Meginley to Withdraw as Attorney by R. Kyle Ardoin (Attachments: # 1 Proposed Pleading; Proposed Order)(Walsh, John) Modified on 1/17/2024 to replace document as per Order # 231 (LLH). (Entered: 01/09/2024) | |
| 221 | 01/09/2024 | NOTICE of Substitution by R. Kyle Ardoin (Strach, Phillip) (Entered: 01/09/2024) | |
| 222 | 01/10/2024 | ORDER granting 215 Motion to Withdraw Angelique Freel as Attorney. Signed by Magistrate Judge Scott D. Johnson on 1/10/2024. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 01/10/2024) | |
| 223 | 01/10/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT: Bench Trial before Judge Shelly D. Dick held on 11/27/2023. Court Reporter: Shannon L. Thompson, CCR. Phone Number: 225-389-3567. NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.lamd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 1/31/2024. Redacted Transcript Deadline set for | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | 2/12/2024. Release of Transcript Restriction set for 4/9/2024. (Thompson, Shannon) (Entered: 01/10/2024) | |
| 225 | 01/10/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT: Bench Trial before Judge Shelly D. Dick held on 11/29/2023. Court Reporter: Shannon L. Thompson, CCR. Phone Number: 225-389-3567. NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.lamd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 1/31/2024. Redacted Transcript Deadline set for 2/12/2024. Release of Transcript Restriction set for 4/9/2024. (Thompson, Shannon) (Entered: 01/10/2024) | |
| 226 | 01/10/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT: Bench Trial before Judge Shelly D. Dick held on 12/4/2023. Court Reporter: Shannon L. Thompson, CCR. Phone Number: 225-389-3567. NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.lamd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 1/31/2024. Redacted Transcript Deadline set for 2/12/2024. Release of Transcript Restriction set for 4/9/2024. (Thompson, Shannon) (Entered: 01/10/2024) | |
| 227 | 01/10/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT: Bench Trial - Proffered testimony of Michael Barber, Ph.D. before Judge Shelly D. Dick held on 12/4/2023. Court Reporter: Shannon L. Thompson, CCR. Phone Number: 225-389-3567. NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.lamd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 1/31/2024. Redacted Transcript Deadline set for 2/12/2024. Release of Transcript Restriction set for 4/9/2024. (Thompson, Shannon) (Entered: 01/10/2024) | |
| 228 | 01/10/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT: Bench Trial before Judge Shelly D. Dick held on 11/30/2023. Court Reporter: Teri Norton. Phone Number: (601)608-4186. NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.lamd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 1/31/2024. Redacted Transcript Deadline set for 2/12/2024. Release of Transcript Restriction set for 4/9/2024. (Thompson, Shannon) (Entered: 01/10/2024) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 229 | 01/10/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Bench Trial before Judge Shelly D. Dick held on 12/01/2023. Court Reporter: Teri Norton. Phone Number: (601)608-4186.  NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.lamd.uscourts.gov.  Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 1/31/2024. Redacted Transcript Deadline set for 2/12/2024. Release of Transcript Restriction set for 4/9/2024. (Thompson, Shannon) (Entered: 01/10/2024) | |
| | 01/10/2024 | MOTION(S) REFERRED: 220 MOTION for Charlton J. Meginley to Withdraw as Attorney . This motion is now pending before the USMJ. (ELW) (Entered: 01/10/2024) | |
| 230 | 01/11/2024 | MOTION to Substitute 220 Motion to Withdraw Counsel of Record  by R. Kyle Ardoin (Attachments: # 1 Proposed Pleading; Motion to Withdraw Counsel of Record, # 2 Proposed Pleading; Proposed Order)(Walsh, John) Modified on 1/17/2024 to create motion linkage (ELW). (Entered: 01/11/2024) | |
| | 01/17/2024 | MOTION(S) REFERRED: 230 MOTION to Substitute Motion to Withdraw Counsel of Record . This motion is now pending before the USMJ. (ELW) (Entered: 01/17/2024) | |
| 231 | 01/17/2024 | ORDER granting 230 MOTION to Substitute Motion to Withdraw Counsel of Record  filed by R. Kyle Ardoin. Signed by Magistrate Judge Scott D. Johnson on 1/17/2024. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 01/17/2024) | |
| 232 | 01/18/2024 | ORDER granting 220 Motion to Withdraw Charlton J. Meginley as Attorney. Signed by Magistrate Judge Scott D. Johnson on 1/18/2024. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 01/18/2024) | |
| 233 | 02/08/2024 | RULING AND ORDER: The Court finds that the State House and Senate electoral maps enacted by the Louisiana legislature (S.B. 1 and H.B. 14) violate  2 of the Voting Rights Act. Elections under S.B. 1 and H.B. 14 be and are hereby ENJOINED. The State is hereby permitted a reasonable period of time, to be determined by the Court following submittals by the parties, to address the Court's findings and implement State House and Senate election maps that comply with  2 of the Voting Rights Act. Signed by Chief Judge Shelly D. Dick on 2/8/2024. (DCB) (Entered: 02/08/2024) | |
| 234 | 02/08/2024 | Appendix to 233 Ruling and Order. Signed by Chief Judge Shelly D. Dick on 2/8/2024. (DCB) (Entered: 02/08/2024) | |
| 235 | 02/12/2024 | MOTION to Set Schedule for Remedial Proceedings  by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 - Proposed Scheduling Order)(Keenan, Megan) (Entered: 02/12/2024) | |
| 236 | 02/12/2024 | MOTION for Scheduling Conference  by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Keenan, Megan) (Entered: 02/12/2024) | |
| 237 | 02/13/2024 | MOTION for Special Election and Expedited Briefing Schedule  by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington (Attachments: # 1 Memorandum in Support, # 2 Proposed | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Order Granting Expedited Briefing, # 3 Proposed Order Granting Special Election)(Keenan, Megan). Added MOTION for Expedited Briefing Schedule on 2/14/2024 (ELW). (Entered: 02/13/2024) | |
| 238 | 02/14/2024 | ORDER: Defendants and Intervenors are hereby ORDERED to file responses to Plaintiffs Motion to Set Schedule for Remedial Proceedings 235 and Motion for Special Election 237 on or before 10 AM on Tuesday, February 20, 2024. The Court hereby sets this matter for a Scheduling Conference at 2pm on February 21, 2024, in Courtroom 3. Enrolled Counsel only. Set Hearings: Scheduling Conference set for 2/21/2024 at 02:00 PM in Courtroom 3 before Chief Judge Shelly D. Dick. Enrolled Counsel only. Counsel may participate by telephone upon seeking leave of Court. Signed by Chief Judge Shelly D. Dick on 2/14/2024. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(ELW) Modified on 2/14/2024 to edit text (ELW). (Entered: 02/14/2024) | |
| 239 | 02/15/2024 | Consent MOTION for Leave to Appear by Videoconference by United States of America (Attachments: # 1 Attachment Proposed Order)(Freeman, Daniel) (Entered: 02/15/2024) | |
| 240 | 02/16/2024 | Ex Parte MOTION for Leave to Participate Remotely by Phillip DeVillier, Cameron Henry (Attachments: # 1 Proposed Pleading; proposed Order)(Mengis, Michael) (Entered: 02/16/2024) | |
| 241 | 02/19/2024 | NOTICE OF APPEAL to the USCA for the 5th Circuit by R. Kyle Ardoin. Filing fee $ 605, receipt number ALAMDC-2714527. The transcript request form for appeal cases is located at www.lamd.uscourts.gov/local-forms/all-local-forms. (Strach, Phillip) (Entered: 02/19/2024) | |
| 242 | 02/19/2024 | NOTICE OF APPEAL to the USCA for the 5th Circuit of 233 Order,, by State of Louisiana. Filing fee $ 605, receipt number BLAMDC-2714637. The transcript request form for appeal cases is located at www.lamd.uscourts.gov/local-forms/all-local-forms. (Jones, Carey) (Entered: 02/19/2024) | |
| 243 | 02/19/2024 | Ex Parte MOTION for Leave to Permit Some Plaintiffs' Counsel to Participate Remotely in Scheduling Conference by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington (Attachments: # 1 Proposed Order)(Keenan, Megan) (Entered: 02/19/2024) | |
| 244 | 02/20/2024 | MEMORANDUM in Opposition to 237 MOTION for Special Election and Expedited Briefing Schedule MOTION for Expedited Hearing filed by State of Louisiana. (Jones, Carey) (Entered: 02/20/2024) | |
| 245 | 02/20/2024 | ORDER granting 239 MOTION filed by United States of America for Leave to Appear at the status conference remotely. Counsel for the United States be is hereby granted leave to participate by Telephone.. Signed by Chief Judge Shelly D. Dick on 2/20/2024. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (Dick, Shelly) (Entered: 02/20/2024) | |
| 246 | 02/20/2024 | ORDER granting 240 Ex Parte MOTION for Leave to Participate Remotely filed by Phillip DeVillier, Cameron Henry. Movants are hereby granted leave to participant in the status conference scheduled on 2/21/2024 by telephone.Signed by Chief Judge Shelly D. Dick on 2/20/2024. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (Dick, Shelly) (Entered: 02/20/2024) | |
| 247 | 02/20/2024 | ORDER granting 243 Ex Parte MOTION for Leave to Permit Some Plaintiffs' Counsel to Participate Remotely in Scheduling Conference filed by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington. Movants are hereby granted leave to participate in the | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Status Conference scheduled on 2/21/2024 by telephone.. Signed by Chief Judge Shelly D. Dick on 2/21/2024. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (Dick, Shelly) | |
| 248 | 02/21/2024 | ORDER: The Scheduling Conference set for February 21, 2024, at 2:00 pm in Courtroom 3 is CANCELLED. Signed by Chief Judge Shelly D. Dick on 2/21/2024. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(SWE) (Entered: 02/21/2024) | |
| 249 | 02/22/2024 | MOTION for Leave to File Reply Motion in Support of Special Elections by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington (Keenan, Megan) (Entered: 02/22/2024) | |
| 250 | 02/26/2024 | USCA Case Number 24-30115 for 241 Notice of Appeal to the USCA for the 5th Circuit, filed by R. Kyle Ardoin, 242 Notice of Appeal to the USCA for the 5th Circuit, filed by State of Louisiana. (NLT) (Entered: 02/26/2024) | |
| 251 | 02/29/2024 | MOTION for John E. Branch, III to Withdraw as Attorney by R. Kyle Ardoin (Attachments: # 1 Attachment - Proposed Order)(Branch, John) (Entered: 02/29/2024) | |
| 252 | 03/01/2024 | TRANSCRIPT REQUEST by State of Louisiana re 242 Notice of Appeal to the USCA for the 5th Circuit, (Torchinsky, Jason) Modified on 3/12/2024 to replace document as per Order #264 (LLH). (Entered: 03/01/2024) | |
| | 03/01/2024 | MOTION(S) REFERRED: 251 MOTION for John E. Branch, III to Withdraw as Attorney . This motion is now pending before the USMJ. (NLT) (Entered: 03/01/2024) | |
| 253 | 03/01/2024 | ORDER granting 251 Motion to Withdraw John E. Branch, III as Attorney. Signed by Magistrate Judge Scott D. Johnson on 3/1/2024. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 03/01/2024) | |
| 254 | 03/05/2024 | MOTION for Scheduling Conference by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - Proposed Order Granting Alternative Remedial Schedule)(Keenan, Megan) (Entered: 03/05/2024) | |
| 255 | 03/06/2024 | NOTICE OF APPEAL to the USCA for the 5th Circuit of 233 Order,, 234 Order by Phillip DeVillier, Cameron Henry. Filing fee $ 605, receipt number ALAMDC-2723066. The transcript request form for appeal cases is located at www.lamd.uscourts.gov/local-forms/all-local-forms. (Mengis, Michael) (Entered: 03/06/2024) | |
| 256 | 03/06/2024 | NOTICE of Briefing Schedule on 254 MOTION for Scheduling Conference : Opposition to the motion shall be filed BY 3/13/2024. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (SWE) (Entered: 03/06/2024) | |
| 257 | 03/06/2024 | MOTION for Colin Burke to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC-2723483) by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Rose Thompson, Alice Washington (Attachments: # 1 Certificate of Good Standing, # 2 Declaration/Oath, # 3 Proposed Order)(Adcock, John) (Entered: 03/06/2024) | |
| 258 | 03/11/2024 | TRANSCRIPT REQUEST by R. Kyle Ardoin re 241 Notice of Appeal to the USCA for the 5th Circuit, (Strach, Phillip) (Entered: 03/11/2024) | |
| 259 | 03/11/2024 | TRANSCRIPT REQUEST by R. Kyle Ardoin re 241 Notice of Appeal to the USCA for the 5th Circuit, (Strach, Phillip) (Entered: 03/11/2024) | |
| 260 | 03/11/2024 | TRANSCRIPT REQUEST by R. Kyle Ardoin re 241 Notice of Appeal to the USCA for the 5th Circuit, (Strach, Phillip) (Entered: 03/11/2024) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 261 | 03/11/2024 | TRANSCRIPT REQUEST by R. Kyle Ardoin re 241 Notice of Appeal to the USCA for the 5th Circuit, (Strach, Phillip) (Entered: 03/11/2024) | |
| 262 | 03/11/2024 | TRANSCRIPT REQUEST by R. Kyle Ardoin re 241 Notice of Appeal to the USCA for the 5th Circuit, (Strach, Phillip) (Entered: 03/11/2024) | |
| 263 | 03/11/2024 | MOTION to Substitute Transcript Order Form by State of Louisiana (Attachments: # 1 Proposed Pleading; Transcript Order Form, # 2 Proposed Pleading; Order to Allow Substitution)(Jones, Carey) (Entered: 03/11/2024) | |
| 264 | 03/11/2024 | ORDER granting 263 MOTION to Substitute Transcript Order Form filed by State of Louisiana. Signed by Chief Judge Shelly D. Dick on 3/11/2024. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (SWE) (Entered: 03/11/2024) | |
| 265 | 03/13/2024 | Joint MEMORANDUM in Opposition to 254 MOTION for Scheduling Conference filed by R. Kyle Ardoin. (Strach, Phillip) (Entered: 03/13/2024) | |
| 266 | 03/13/2024 | RESPONSE in Opposition to 254 MOTION for Scheduling Conference filed by Phillip DeVillier, Cameron Henry. (Mengis, Michael) (Entered: 03/13/2024) | |
| 267 | 03/18/2024 | NOTICE: The Record on Appeal has been Certified and Electronic Access to the Record is available through the Court of Appeals CM/ECF document filing system. Instructions for accessing the record can be found at www.ca5.uscourts.gov/attorneys/attorney-forms/eroa_downloads. The clerk of court will retain the responsibility of sending the record to the 5th Circuit upon their request. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (NLT) (Entered: 03/18/2024) | |
| 268 | 03/20/2024 | NOTICE of Service of Proposed Remedial Maps and Supporting Expert Reports by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington (Keenan, Megan) (Entered: 03/20/2024) | |
| 269 | 04/09/2024 | ORDER granting 257 Motion for Colin Burke to Appear Pro Hac Vice. ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e-file access www.lamd.uscourts.gov/pro-hac-vice-e-filing-registration.. Signed by Chief Judge Shelly D. Dick on 4/9/2024. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (SWE) (Entered: 04/09/2024) | |
| 270 | 04/09/2024 | ORDER granting 249 MOTION for Leave to Reply in Support Motion in Support of Special Elections. Signed by Chief Judge Shelly D. Dick on 4/9/2024. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (SWE) (Entered: 04/09/2024) | |
| 271 | 04/10/2024 | REPLY in Support of 237 MOTION for Special Election and Expedited Briefing Schedule MOTION for Expedited Hearing filed by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington. (Attachments: # 1 Exhibit A - Hadskey Dep. Tr., # 2 Exhibit B - SOS 30(b)(6) Dep. Notice, # 3 Exhibit C - Plaintiffs' Discovery Requests Following Hadskey Deposition (2023.08.21), # 4 Exhibit D - Proposed Remedial Schedule)(Keenan, Megan) (Entered: 04/10/2024) | |
| 272 | 05/03/2024 | RULING AND ORDER: Plaintiffs' 235 Motion to Set Schedule for Remedial Proceedings is DENIED without prejudice. Plaintiffs' 236 Motion for Scheduling Conference is DENIED without prejudice. Plaintiffs' 237 and 254 Motion for Special Election and Expedited Briefing Schedule and Renewed Motion for Scheduling Conference are hereby DEFERRED. The parties are ORDERED to provide a joint status report with respect to the State Legislatures progress on creating new, compliant maps by 6/7/2024 at 5:00 PM. Signed by Chief Judge Shelly D. Dick on | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | 5/3/2024. (SWE) Modified on 5/6/2024 to remove footnote reference (NLT). (Entered: 05/03/2024) | |
| 273 | 06/07/2024 | Joint STATUS REPORT PURSUANT TO MAY 3, 2024 ORDER by Phillip DeVillier, Cameron Henry. (Mengis, Michael) (Entered: 06/07/2024) | |
| 274 | 06/21/2024 | ORDER: The Court hereby sets a Status Conference with Enrolled Counsel only on 7/17/2024 at 03:00 PM in Courtroom 3 before Chief Judge Shelly D. Dick. Signed by Chief Judge Shelly D. Dick on 6/21/2024. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(JEG) (Entered: 06/21/2024) | |
| 275 | 07/08/2024 | Consent MOTION for Leave to Appear by Videoconference by United States of America (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 07/08/2024) | |
| 276 | 07/11/2024 | MOTION for Leave to Participate Remotely by Phillip DeVillier, Cameron Henry (Attachments: # 1 Proposed Pleading; proposed Order)(Mengis, Michael) (Entered: 07/11/2024) | |
| 277 | 07/11/2024 | ORDER granting 275 MOTION for Leave to appear by Videoconference. Signed by Chief Judge Shelly D. Dick on 7/11/2024. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (SWE) (Entered: 07/11/2024) | |
| 278 | 07/11/2024 | ORDER granting 276 MOTION for Leave to to Participate Remotely. Signed by Chief Judge Shelly D. Dick on 7/11/2024. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (SWE) (Entered: 07/11/2024) | |
| 279 | 07/17/2024 | Minute Entry for proceedings held before Chief Judge Shelly D. Dick: A Status Conference was held on 7/17/2024. The parties discussed the status of the case. Remedial Evidentiary Hearing before the District Judge set for 8/25/2025 at 09:00 AM in Courtroom 3 before Chief Judge Shelly D. Dick. Fact Discovery, if any, Expert Reports and Remedial maps shall be completed 90days before the remedial evidentiary hearing. Expert Discovery shall be completed 60 days before the remedial evidentiary hearing. Motions in Limine are due 45 days before the remedial evidentiary hearing. Final Pretrial Conference set for 8/18/2025 at 02:00 PM in chambers before Chief Judge Shelly D. Dick. (Court Reporter S. Thompson.) (JEG) (Entered: 07/19/2024) | |
| 280 | 07/22/2024 | TRANSCRIPT REQUEST Status Conference by R. Kyle Ardoin for proceedings held on 7/17/2024 before Judge Shelly D. Dick. (Conine, John) (Main Document 280 replaced on 7/22/2024 to flatten document) (JEG) (Entered: 07/22/2024) | |
| 281 | 08/22/2024 | Unopposed MOTION to Correct the Record on Appeal by Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington (Attachments: # 1 Exhibit A - Courtesy Copy of Admitted Exhibits Missing from Record on Appeal ("ROA"), # 2 Exhibit B - Record Excerpts Showing Exhibits Were Admitted (ROA.9625-9628), # 3 Exhibit C - Record Excerpt Reflecting Redacted Copies Uploaded to JERS (ROA.9772), # 4 Exhibit D - Exhibit Log Reflecting that Court Received and Admitted Redacted Copies, # 5 Exhibit E - Record Excerpts Confirming Court Relied on Missing Exhibits (ROA.9134, ROA.9214))(Keenan, Megan) (Entered: 08/22/2024) | |
| 282 | 08/23/2024 | ORDER granting 281 Motion to Correct the Record on Appeal. Signed by Chief Judge Shelly D. Dick on 8/23/2024. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (SWE) (Entered: 08/23/2024) | |
| 283 | 08/23/2024 | NOTICE of Admitted Exhibits Missing from Record on Appeal (NLT) (Entered: 08/26/2024) | |
| 284 | 09/17/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT: Status Conference | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|   |      | before Judge Shelly D. Dick held on 07/17/2024. Court Reporter: Shannon Thompson, CCR. Phone Number: (225)389-3567. NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.lamd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 10/8/2024. Redacted Transcript Deadline set for 10/18/2024. Release of Transcript Restriction set for 12/16/2024. (Thompson, Shannon) (Entered: 09/17/2024) | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

End of Document