# EXHIBIT B

Doc. 182, Pretrial Conference Minutes, in *Nairne v. Ardoin*, No. 3:22cv178 (M.D. La.)

Exhibit to Declaration of Stuart Naifeh

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
NOVEMBER 14, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

DOROTHY NAIRNE, et al

versus

R. KYLE ARDOIN, in his capacity
as Secretary of State of Louisiana

CIVIL ACTION

22-178-SDD-SDJ

This matter came on this day for a *Pretrial Conference*.

PRESENT:   All counsel listed on attached Sign-in Sheet.

The Court provided additional days for trial.  November 27 - December 7, 2023, and December 11-12, 2023, beginning at 9:00 a.m.

Defendants discussed a proffer of Dr. Solanky opinion testimony. The parties will come to an agreement on whether it will be a proffer of his reports and/or a testimonial proffer.

Defendants expressed a desire to depose the individual NAACP members disclosed in discovery relative to the question of NAACP associational standing. The Plaintiffs represented that the individual, non-party NAACP members will not be called as witnesses. The plaintiffs offered to make Dr. Michael McClanahan, the President of the NAACP, available pre-trial for additional deposition by the Defendants regarding facts pertaining to associational standing of the NAACP.

The Parties stipulated to the authenticity and admissibility of expert reports of any expert called to testify at trial.

      The parties stipulated to the authenticity and admissibility of materials from the Legislative record on State and House redistricting.

      The Court does not require Pretrial Memoranda.

      The Court does not require and will not entertain Opening Statements.

      The deadline to upload exhibits into the Judicial Exhibit Recording System (JERS) is Monday November 20, 2023.

      The deadline to file deposition extracts is Friday November 24th, 2023.

* * * * *

CV 38c; 30 mins.

CV 22-178-SDD-SDJ
Nairne v. Ardoin, et al.
TUESDAY, November 14, 2023
Pretrial Conference

**Sign-In Sheet:**

Please sign and print your name and the name of the party you represent.

| Signature | Name (Please Print Legibly) | Party Represented |
|---|---|---|
| *signed* | Megan Keenan | Plaintiffs |
| *signed* | STUART NAIFEH | Plaintiffs |
| *signed* | Amanda Giglio | Plaintiffs |
| *signed* | John Adcock | Plaintiffs |
| *signed* | Sarah Brannon | Plaintiffs |
| *signed* | MICHAEL MENGIS | Leg. Intervenors |
| *signed* | Robert Tucker | Leg. Intervenors |
| *signed* | Phil Strach | Defendant |
| *signed* | Angelique Freel | Defendant-Int., State of LA |
| *signed* | Carey Jones | A-Intervenor, State |
| | | |
| | | |
| | | |
| | | |
| | | |