# EXHIBIT C

Cover Letter of Supplemental Responses in
*Nairne v. Ardoin*, No. 3:22cv178 (M.D. La.)

Exhibit to Declaration of Stuart Naifeh

|  |  |
|---|---|
| **From:** | Sara Rohani |
| **To:** | Tucker, Robert J.; Megan Keenan; Sarah Brannon; Stuart Naifeh; Victoria Wenger; Alora Thomas-Lundborg; D Hessel; Dayle Chung; Dayton Campbell-Harris; Jared Evans; Josephine Bahn; Michael De Leeuw; Noelle Engle-Hardy; Nora Ahmed; Ron Wilson; Amanda Giglio; Sophia LIn Lakin; Stephanie Willis; Leah Aden; Kathryn Sadasivan; tom.farr@nelsonmullins.com; Phil Gordon; alyssa.riggins@nelsonmullins.com; phil.strach@nelsonmullins.com; john@scwllp.com; kimk@scwllp.com; Jason Torchinsky; Andrew Pardue; Prouty, Erika Dackin; Braden, E. Mark; Raile, Richard; Lewis, Patrick T.; Sauceda, Carol; Mengis, Michael W.; McKnight, Katherine L.; cassie.holt@nelsonmullins.com; John Adcock |
| **Subject:** | HIGHLY CONFIDENTIAL/OUTSIDE ATTORNEYS" EYES ONLY - Plaintiff"s Supplemental Response to Interrogatory No. 3 [Nairne v. Ardoin] |
| **Date:** | Monday, November 6, 2023 6:02:00 PM |
| **Attachments:** | image001.png<br>FINAL NAACP Second Supplemental Responses to Interrogatory No. 3.pdf |

Dear Counsel,

Attached is Plaintiff Louisiana NAACP's Second Supplemental Response to Interrogatory No. 3, which is being produced subject to the Protective Order entered by the Court on September 14, 2023 (ECF No. 138), and extended to include information identifying individual members of the Louisiana NAACP, who are not named parties. Plaintiffs have designated this material Highly Confidential/Outside Attorneys' Eyes Only, as defined in the Protective Order. Accordingly, we have excluded from the service list for this discovery response the attorneys in the Louisiana Attorney General's office who have appeared in this litigation on behalf of the State of Louisiana. We understand that those attorneys are in-house counsel for the State, and are thus outside the scope of the protective order for material designated Highly Confidential/Outside Attorneys' Eyes Only.

Regards,
Sara

## Sara Rohani
Redistricting Fellow



700 14th Street N.W., Ste 600, Washington, DC 20005
c: 202.365.2154  |  srohani@naacpldf.org
naacpldf.org

PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.