IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., *Plaintiffs*, v. REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., *Defendants*. | Civil Action No. 23 CV 1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., *Plaintiffs*, v. PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., *Defendants*. | Civil Action No. 23 CV 1104 |

**JOINT MOTION BY LEGISLATIVE DEFENDANTS AND NAACP PLAINTIFFS TO CONTINUE A DEPOSITION OUT OF TIME**

Pursuant to this Court's May 22, 2024, Order, Doc. 48, approving the Amended Joint Rule 26(f) report, Doc. 47, NAACP Plaintiffs and Legislative Defendants jointly move for approval of the court to continue the Rule 30(b)(6) deposition of the Plaintiff North Carolina NAACP's representative, President Deborah Maxwell, after the close of discovery.

President Maxwell appeared for her deposition and began that deposition on October 25, 2024. The deposition was paused after Dr. Maxwell said that she fell ill during the course and was unable to continue that day. Counsel have met and conferred regarding a time to continue the deposition between today and the close of discovery on November 4, 2024, and were unable to find a time where the witness and counsel were all available without having to substitute counsel. Accordingly, the parties jointly request permission to continue President Maxwell's deposition out of time, and for good cause, at the earliest convenience of the parties and with a current anticipated date immediately after the election, on November 6, 2024 at 10am ET, with November 7, 2024 and November 8, 2024 as back-up dates. The NAACP Plaintiffs and Legislative Defendants believe that the circumstances requiring the deposition to be taken out of time, including the occurrence of several other witness and expert depositions between now the close of discovery, provide good cause for doing so.

NAACP Plaintiffs and Legislative Defendants have agreed and stipulate that taking President Maxwell's deposition out of time will not require any modification of the current case schedule. NAACP Plaintiffs and Legislative Defendants have contacted the Williams Plaintiffs and State Defendants who consent to this motion.

WHEREFORE, NAACP Plaintiffs and Legislative Defendants respectfully request the Court's permission to continue the deposition of President Maxwell after the close of the discovery period in this matter as set forth above. A proposed order is appended to this Motion.

| | |
|---|---|
| Dated: October 28, 2024 | Respectfully Submitted, |
| */s/ Hilary Harris Klein* | */s/ Alyssa M. Riggins* |
| Hilary Harris Klein | Phillip J. Strach |

| | |
|---|---|
| **SOUTHERN COALITION FOR SOCIAL JUSTICE** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| Jeffrey Loperfido (State Bar #52939)<br>Hilary Harris Klein (State Bar #53711)<br>Christopher Shenton (State Bar #60442)<br>Mitchell D. Brown (State Bar #56122)<br>5517 Durham Chapel Hill Blvd.<br>Durham, NC 27707<br>Telephone: 919-794-4213<br>Facsimile: 919-908-1525<br>hilaryhklein@scsj.org<br>jeffloperfido@scsj.org<br>chrisshenton@scsj.org<br>mitchellbrown@scsj.org | Phillip J. Strach<br>North Carolina State Bar no. 29456<br>Alyssa M. Riggins<br>North Carolina State Bar no. 52366<br>Cassie A. Holt<br>North Carolina State Bar no. 56505<br>Alexandra M. Bradley<br>North Carolina State Bar no. 54872<br>301 Hillsborough Street, Suite 1400<br>Raleigh, North Carolina 27603<br>Ph: (919) 329-3800<br>phil.strach@nelsonmullins.com<br>alyssa.riggins@nelsonmullins.com<br>cassie.holt@nelsonmullins.com<br>alex.bradley@nelsonmullins.com |
| **HOGAN LOVELLS US LLP** | **BAKER & HOSTETLER LLP** |
| J. Tom Boer*<br>Olivia Molodanof*<br>Madeleine Bech*<br>4 Embarcadero Center, Suite 3500<br>San Francisco, CA 94111<br>Telephone: 415-374-2300<br>Facsimile: 415-374-2499<br>tom.boer@hoganlovells.com<br>corey.leggett@hoganlovells.com<br>olivia.molodanof@hoganlovells.com<br><br>Jessica L. Ellsworth* | By: */s/ Katherine L. McKnight*<br>Richard B. Raile*<br>DC Bar No. 1015689<br>Katherine L. McKnight*<br>Trevor Stanley*<br>1050 Connecticut Ave. NW<br>Suite 1100<br>Washington DC 20036<br>Ph: (202) 861-1500 |

Odunayo Durojaye*
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
jessica.ellsworth@hoganlovells.com

Harmony Gbe*
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: 310-785-4600
Facsimile: 310-785-4601
harmony.gbe@hoganlovells.com

*Appearing in this matter by Special Appearance pursuant to L-R 83.1(d)

*Counsel for NAACP Plaintiffs*

rraile@bakerlaw.com
kmcknight@bakerlaw.com
tstanley@bakerlaw.com

Patrick T. Lewis*
Ohio State Bar No. 0078314
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Ph: (216) 621-0200
plewis@bakerlaw.com

Erika D. Prouty*
Ohio State Bar No. 0095821
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Ph: (614) 462-4710
eprouty@bakerlaw.com

*Counsel for Legislative Defendants*

\* *Appeared via Special Notice*

## CERTIFICATE OF SERVICE

I certify that on October 28, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

             */s/ Hilary Harris Klein*
             Hilary Harris Klein