# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., | |
| *Plaintiffs*, | |
| v. | |
| REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., | Civil Action No. 23 CV 1057 |
| *Defendants*. | |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., | |
| *Plaintiffs*, | |
| v. | |
| PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., | Civil Action No. 23 CV 1104 |
| *Defendants*. | |

## NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Rebecca Horton hereby enters a notice of special appearance as counsel for Plaintiffs North Carolina State Conference of the NAACP, Common Cause, Mitzi Reynolds Turner, Dawn Daly-Mack, Hollis Briggs, Corine Mack, Calvin Jones, Joan Chavis, Linda Sutton, and Syene Jasmin in the above-captioned consolidated matter, in association with Local Civil Rule 83.1(d) counsel, Hilary Harris Klein.

1

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the Court.

Dated this 31st day of October, 2024.     Respectfully submitted,

<div style="margin-left:40%">

*/s/ Rebecca Horton*
Rebecca Horton
Hogan Lovells US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
Facsimile: 415-374-2499
rebecca.horton@hoganlovells.com

*Counsel for Plaintiffs*

*/s/ Hilary Harris Klein*
Hilary Harris Klein (State Bar # 53711)
Southern Coalition for Social Justice
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525
hilaryhklein@scsj.org

*Local Civil Rule 83.1(d) Counsel for Plaintiffs*

</div>

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Special Appearance was served by email on counsel of record for all interested parties to this consolidated action.

This 31st day of October, 2024.

*/s/ Hilary Harris Klein*
Hilary Harris Klein (State Bar # 53711)
Southern Coalition for Social Justice
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525
hilaryhklein@scsj.org