IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS; *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting; *et al.*,<br><br>    *Defendants*. | 1:23-CV-1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP; *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate; *et al.*,<br><br>    *Defendants*. | 1:23-CV-1104 |

## ORDER

Before the court is a motion by Defendants Representative Destin Hall, Senator Ralph Hise, Senator Paul Newton, Senator Warren Daniel, Speaker Timothy K. Moore, and President Pro Tempore Philip E. Berger, each in their official capacities for an extension of time to take the deposition of Steven James Mallison

past the November 4, 2024 discovery deadline set forth in the court's order dated May 22, 2024. (Doc. 71.)

Having considered the motion, and in light of the consent from all parties to the relief requested therein, the court finds good cause exists for the extension and hereby GRANTS Legislative Defendants' Motion for Extension of Time (Doc. 71) solely for Legislative Defendants to take the deposition of Steven James Mallison out of time, past the November 4, 2024 discovery deadline.

SO ORDERED.

                                                    /s/ Thomas D. Schroeder
                                                    United States District Judge
                                                    FOR THE COURT

November 4, 2024

2

Case 1:23-cv-01057-TDS-JLW   Document 72   Filed 11/04/24   Page 2 of 2