IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al.,<br><br>    *Defendants*. | 1:23CV1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al.,<br><br>    *Defendants*. | 1:23CV1104 |

**ORDER**

This matter is before the court upon the Joint Motion by the NAACP Plaintiffs and Legislative Defendants to continue the Rule 30(b)(6) deposition of the Plaintiff North Carolina NAACP's representative, President Deborah Maxwell, after the close of discovery. (Doc. 69.)

After consideration of the motion, and for good cause shown, the court hereby GRANTS the motion (Doc. 69).

SO ORDERED.

                                                /s/    Thomas D. Schroeder
                                          United States District Judge
                                          FOR THE COURT

November 4, 2024