UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., <br><br>          Plaintiffs, <br><br>vs. <br><br>REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., <br><br>          Defendants. | Case No. 1:23-cv-1057 |
| *consolidated with* | |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., <br><br>          Plaintiffs, <br><br>vs. <br><br>PHILIP BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, et al., <br><br>          Defendants. | Case No. 1:23-cv-1104 |

## NOTICE OF SPECIAL APPEARANCE

Please take notice that I, Rebecca Schrote, hereby enter a notice of special appearance as attorney for Defendants Representative Destin Hall, Senator Ralph Hise, Senator Paul Newton, Senator Warren Daniel, Speaker Timothy K. Moore, and President Pro Tempore Philip E. Berger, all in their official capacities ("Legislative Defendants") in

the above-captioned matters, in association with Local Civil Rule 83.1(d) attorney, Phillip J. Strach. I certify that I will submit any document to Phillip J. Strach of the North Carolina law firm of Nelson Mullins Riley and Scarborough LLP for review prior to filing the document with the court.

Respectfully submitted, this the 4th day of November, 2024.

**BAKER & HOSTETLER LLP**

By: /s/ Rebecca Schrote
    Rebecca Schrote
    Ohio State Bar No. 0101051
    200 Civic Center Drive, Suite 1200
    Columbus, OH 43215
    (614) 462-4714
    rschrote@bakerlaw.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: /s/ Phillip J. Strach
    Phillip J. Strach
    North Carolina State Bar No. 29456
    Alyssa M. Riggins
    North Carolina State Bar No. 52366
    Cassie A. Holt
    North Carolina State Bar No. 56505
    Alexandra M. Bradley
    North Carolina State Bar No. 54872
    301 Hillsborough Street, Suite 1400
    Raleigh, North Carolina 27603
    Ph: (919) 329-3800
    phil.strach@nelsonmullins.com
    alyssa.riggins@nelsonmullins.com
    cassie.holt@nelsonmullins.com
    alex.bradley@nelsonmullins.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing document with the Clerk of Court using the CM/ECF system which will provide electronic notification to counsel of record. This the 4th day of November, 2024.

                              **BAKER & HOSTETLER LLP**

                              By: <u>/s/ Rebecca Schrote</u>
                                   Rebecca Schrote
                                   Ohio State Bar No. 0101051
                                   200 Civic Center Drive, Suite 1200
                                   Columbus, OH 43215
                                   (614) 462-4714
                                   rschrote@bakerlaw.com