IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting; *et al.*, <br><br> *Defendants*. | Civil Action No. 23-CV-1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate; *et al.*, <br><br> *Defendants*. | Civil Action No. 23-CV-1104 |

## LEGISLATIVE DEFENDANTS' NOTICE OF INTENT TO FILE DISPOSITIVE MOTION

Defendants Representative Destin Hall, Senator Ralph Hise, Senator Paul Newton, Senator Warren Daniel, Speaker Timothy K. Moore, and President Pro Tempore Philip E. Berger, each in their official capacities (collectively, "Legislative Defendants"), by and through undersigned counsel, hereby give notice pursuant to Local Rule 56.1(a), the scheduling order in this case, D.E. 48, and Rule 56 of the Federal Rules of Civil Procedure of their intention to file a motion for summary judgment on some or all of Plaintiffs' claims in the above-captioned matter.

Respectfully submitted, this the 13th day of November, 2024.

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| Richard B. Raile* | |
| DC Bar No. 1015689 | By  /s/ Phillip J. Strach |
| Katherine L. McKnight* |    Phillip J. Strach |
| Trevor Stanley* |    North Carolina State Bar No. 29456 |
| 1050 Connecticut Ave. NW |    Alyssa M. Riggins |
| Suite 1100 |    North Carolina State Bar No. 52366 |
| Washington DC 20036 |    Cassie A. Holt |
| Ph: (202) 861-1500 |    North Carolina State Bar No. 56505 |
| rraile@bakerlaw.com |    Jordan A. Koonts |
| kmcknight@bakerlaw.com |    North Carolina State Bar No. 59363 |
| tstanley@bakerlaw.com |    301 Hillsborough Street, Suite 1400 |
| |    Raleigh, North Carolina 27603 |
| Patrick T. Lewis* |    Ph: (919) 329-3800 |
| Ohio State Bar No. 0078314 |    phil.strach@nelsonmullins.com |
| Key Tower |    alyssa.riggins@nelsonmullins.com |
| 127 Public Square, Suite 2000 |    cassie.holt@nelsonmullins.com |
| Cleveland, Ohio 44114 |    jordan.koonts@nelsonmullins.com |
| Ph: (216) 621-0200 | |
| plewis@bakerlaw.com | *Attorneys for Legislative Defendants* |
| | |
| Erika D. Prouty* | |
| Ohio State Bar No. 0095821 | |
| 200 Civic Center Drive, Suite 1200 | |
| Columbus, Ohio 43215 | |
| Ph: (614) 462-4710 | |
| eprouty@bakerlaw.com | |

\* *Appeared via Special Notice*

## CERTIFICATE OF SERVICE

I, Phillip J. Strach, hereby certify that on this day the forgoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will provide electronic notice to all counsel of record.

This the 13th day of November, 2024.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Phillip J. Strach
Phillip J. Strach