UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al.,<br><br>*Defendants*. | Civil Action No. 23 CV 1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al.,<br><br>*Defendants*. | Civil Action No. 23 CV 1104 |

## ADDENDUM TO PROTECTIVE ORDER

WHEREAS Paragraph 42 of the Protective Order in this matter, Doc. 55, allows the parties to modify by agreement the Protective Order; and

WHEREAS the parties agree to this Addendum to the Protective Order;

1

THEREFORE, the parties, by and through their respective counsel, agree to the following additional terms:

## XII. ATTORNEYS EYES ONLY DESIGNATION

43. The Parties may designate any Discovery Material that is already designated as "Confidential" with the additional designation as "Attorneys Eyes Only." This "Confidential" and "Attorneys Eyes Only" material shall be treated under the same terms as those designated "Confidential" *except* those in paragraph 20. Instead, for documents with the additional designation of "Attorneys Eyes Only," the following shall apply in lieu of those in paragraph 20:

44. Unless otherwise ordered by the Court or agreed to in writing by the Producing Party, Discovery Material designated as "Attorneys Eyes Only" may only be used for the purpose of the Litigation and may not be disclosed by a Receiving Party to any person except the following:

   A. The Receiving Party's counsel, together with the partners, associates, contract attorneys, secretaries, paralegals, and employees of such counsel, only to the extent reasonably necessary to render professional services in the litigation, and for use exclusively in these actions (and for no other purpose);

   B. Judges, court reporters, court personnel, and videographers present at trial, hearings, arguments, depositions and any other judicial proceedings held in this litigation;

   C. Persons shown on the face of the document to have authored or received it;

D. During a deposition, to a current employee of the Producing Party, or who has been designated by the Producing Party to appear on behalf of the Producing Party at a deposition;

E. Consultants or experts retained by the Receiving Party to assist in the Litigation, provided that the disclosure is only to the extent necessary to perform such work; and provided that such consultant or expert has executed the Acknowledgment; and

F. Contractors, vendors, and technicians retained for the purpose of organizing, filing, coding, converting, storing, or retrieving data or designing database programs for handling Protected Material.

Executed this the 19th day of November, 2024.

| /s/Phillip J. Strach | /s/ Hilary Harris Klein |
|---|---|
| Phillip J. Strach | Hilary Harris Klein |

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

Phillip J. Strach
North Carolina State Bar no. 29456
Alyssa M. Riggins
North Carolina State Bar no. 52366
Cassie A. Holt
North Carolina State Bar no. 56505
Alexandra M. Bradley
North Carolina State Bar no. 54872
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com

**SOUTHERN COALITION FOR SOCIAL JUSTICE**

Jeffrey Loperfido (State Bar #52939)
Hilary Harris Klein (State Bar #53711)
Christopher Shenton (State Bar #60442)
Mitchell D. Brown (State Bar #56122)
Lily Talerman (State Bar #61131)
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525
hilaryhklein@scsj.org
jeffloperfido@scsj.org
chrisshenton@scsj.org
mitchellbrown@scsj.org

cassie.holt@nelsonmullins.com
alex.bradley@nelsonmullins.com

**BAKER & HOSTETLER LLP**

By: /s/ Katherine L. McKnight
Richard B. Raile*
DC Bar No. 1015689
Katherine L. McKnight*
Trevor Stanley*
1050 Connecticut Ave. NW
Suite 1100
Washington DC 20036
Ph: (202) 861-1500
rraile@bakerlaw.com
kmcknight@bakerlaw.com
tstanley@bakerlaw.com

Patrick T. Lewis*
Ohio State Bar No. 0078314
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Ph: (216) 621-0200
plewis@bakerlaw.com

Erika D. Prouty*
Ohio State Bar No. 0095821
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Ph: (614) 462-4710
eprouty@bakerlaw.com

*Counsel for Legislative Defendants*

\* *Appeared via Special Notice*

**NORTH CAROLINA
DEPARTMENT OF JUSTICE**

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General

lily@scsj.org

**HOGAN LOVELLS US LLP**

J. Tom Boer*
Olivia Molodanof*
Madeleine Bech*
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
Facsimile: 415-374-2499
tom.boer@hoganlovells.com
olivia.molodanof@hoganlovells.com

Jessica L. Ellsworth*
Misty Howell*
Odunayo Durojaye*
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
jessica.ellsworth@hoganlovells.com

Harmony Gbe*
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: 310-785-4600
Facsimile: 310-785-4601
harmony.gbe@hoganlovells.com

*Appearing in this matter by Special Appearance pursuant to L-R 83.1(d)

*Counsel for NAACP Plaintiffs*

**ELIAS LAW GROUP LLP**

/s/ Abha Khanna
Abha Khanna*
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180

N.C. State Bar No. 52809
tsteed@ncdoj.gov

Mary Carla Babb
Special Deputy Attorney General
N.C. State Bar No. 25731
mcbabb@ncdoj.gov

N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6567
Facsimile: (919) 716-6761

*Counsel for State Board Defendants*

AKhanna@elias.law

Jyoti Jasrasaria*
Qizhou Ge*
Mark Haidar*
250 Massachusetts Ave., Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
JJasrasaria@elias.law
Age@elias.law
MHaidar@elias.law

* *Special Appearance pursuant to Local Rule 83.1(d)*

**PATTERSON HARKAVY LLP**

Narendra Ghosh, NC Bar No. 37649
Burton Craige, NC Bar No. 9180
Paul E. Smith, NC Bar No. 45014
100 Europa Dr., Suite 420
Chapel Hill, NC 27517
(919) 942-5200
nghosh@pathlaw.com
bcraige@pathlaw.com
psmith@pathlaw.com

*Counsel for Williams Plaintiffs*