IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS; *et al.*, <br><br>*Plaintiffs*, <br><br> v. <br><br> REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting; *et al.*, <br><br>*Defendants*. | Civil Action No. 23-CV-1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP; *et al.*, <br><br>*Plaintiffs*, <br><br> v. <br><br> PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate; *et al.*, <br><br>*Defendants*. | Civil Action No. 23-CV-1104 |

**LEGISLATIVE DEFENDANTS' MOTION FOR**
**<u>PARTIAL SUMMARY JUDGMENT</u>**

Defendants Representative Destin Hall, Senator Ralph Hise, Senator Paul Newton, Senator Warren Daniel, Speaker Timothy K. Moore[1], and President Pro Tempore Philip E.

---

[1] Speaker Moore will not return to the General Assembly for the 2025-2026 legislative session, as he was recently elected to Congress. Legislative Defendants will notify the Court and all parties of the new Speaker upon his or her election.

Berger, each in their official capacities (collectively, "Legislative Defendants"), by and through undersigned counsel, file this motion for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, on all of Plaintiffs' claims challenging districts where Plaintiffs do not reside and NAACP Plaintiffs' malapportionment claims. There are no genuine issues as to any material facts and Defendants are entitled to judgment as a matter of law.

In support of this motion, Legislative Defendants contemporaneously file a supporting memorandum of law and incorporate by reference the facts and arguments stated therein.

Additionally, in support of this motion, Legislative Defendants submit and incorporate by reference the following exhibits:

- Exhibit 1: Cited Excerpts from the Deposition of Bob Phillips, Rule 30(b)(6) Representative for Plaintiff Common Cause.

- Exhibit 2: Cited Excerpts from the Deposition of Deborah Maxwell, Rule 30(b)(6) Representative for Plaintiff North Carolina State Conference of the NAACP (Vol. I).

- Exhibit 3: Cited Excerpts from Expert Reply Report of Anthony E. Fairfax.

- Exhibit 4: Population Deviation Report for 2023 Senate Plan, SL 2023-146[2].

---

[2] This Court may take judicial notice of the StatPack for SL 2023-146 which contains the Population Deviation Report for the 2023 Senate Plan as it is an official government record that is not subject to reasonable dispute, and is derived from a reliable publicly available source, found here: https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2023/SL%202023-146%20Senate%20-%20StatPack2023_RVR_S.pdf. Fed. R. Evid. 201; *Hall v. Virginia,* 385 F.3d 421, 424 & n.3 (4th Cir. 2004).

- Exhibit 5: Population Deviation Report for 2023 House Plan, SL 2023-149[3].

- Exhibit 6: Cited Excerpts from Corrected Expert Report of Anthony E. Fairfax.

- Exhibit 7: Cited Excerpts from the Deposition of Anthony Fairfax.

- Exhibit 8: Cited Excerpts from the Deposition of Blake V. Springhetti.

- Exhibit 9: Cited Excerpts from the Deposition of Senator Ralph E. Hise, Jr.

- Exhibit 10: Cited Excerpts from Expert Report of Michael Barber, PhD.

- Exhibit 11: 2024 North Carolina Senate election results[4].

- Exhibit 12: 2024 North Carolina House of Representatives election results.

WHEREFORE, Legislative Defendants respectfully request that the Court grant this motion for partial summary judgment, dismiss all of Plaintiffs' claims challenging districts where Plaintiffs do not reside, and dismiss NAACP Plaintiffs' malapportionment claims with prejudice.

Respectfully submitted, this the 6th day of December, 2024.

---

[3] This Court may take judicial notice of the StatPack for SL 2023-149 which contains the Population Deviation Report for the 2023 House Plan as it is an official government record that is not subject to reasonable dispute, and is derived from a reliable publicly available source, found here: https://www.ncleg.gov/Files/GIS/Plans_Main/House_2023/SL%202023-149%20House%20-%20StatPack2023_RVR_H.pdf. Fed. R. Evid. 201; *Hall,* 385 F.3d at 424 & n.3.

[4] The Court may take judicial notice of the North Carolina State Board of Elections' election results contained in Exhibits 11 and 12 because they are other official agency public records that are beyond repute. Fed. R. Evid. 201; *Fauconier v. Clarke,* 652 Fed. App'x 217, 220 (4th Cir. 2016); *Phillips v. Pitt Cnty. Mem. Hosp.*, 572 F.3d 176, 180 (4th Cir. 2009); *Hall,* 385 F.3d at 424 & n.3.
The 2024 North Carolina Senate general election results are publicly available here: https://er.ncsbe.gov/?election_dt=11/05/2024&county_id=0&office=NCS&contest=0. The 2024 North Carolina House of Representatives general election results are publicly available here: https://er.ncsbe.gov/?election_dt=11/05/2024&county_id=0&office=NCH&contest=0.
As of the date of this filing, the official election results have not yet been released in full, and thus these are unofficial election results. Legislative Defendants will provide the Court with updated official copies of the 2024 general election results once all results have been certified.

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| Katherine L. McKnight* <br> DC Bar No. 994456 <br> Richard B. Raile* <br> DC Bar No. 1015689 <br> Trevor Stanley* <br> DC Bar No. 991207 <br> 1050 Connecticut Ave. NW <br> Suite 1100 <br> Washington DC 20036 <br> Ph: (202) 861-1500 <br> rraile@bakerlaw.com <br> kmcknight@bakerlaw.com <br> tstanley@bakerlaw.com <br><br> Patrick T. Lewis* <br> Ohio State Bar No. 0078314 <br> Key Tower <br> 127 Public Square, Suite 2000 <br> Cleveland, Ohio 44114 <br> Ph: (216) 621-0200 <br> plewis@bakerlaw.com <br><br> Erika D. Prouty* <br> Ohio State Bar No. 0095821 <br> Rebecca Schrote <br> Ohio State Bar No. 0101051 <br> 200 Civic Center Drive, Suite 1200 <br> Columbus, Ohio 43215 <br> Ph: (614) 462-4710 <br> eprouty@bakerlaw.com <br> rschrote@bakerlaw.com <br><br> * *Appeared via Special Notice* | By: /s/ Phillip J. Strach <br>    Phillip J. Strach <br>    North Carolina State Bar No. 29456 <br>    Alyssa M. Riggins <br>    North Carolina State Bar No. 52366 <br>    Cassie A. Holt <br>    North Carolina State Bar No. 56505 <br>    Jordan A. Koonts <br>    North Carolina State Bar No. 59363 <br>    301 Hillsborough Street, Suite 1400 <br>    Raleigh, North Carolina 27603 <br>    Ph: (919) 329-3800 <br>    phil.strach@nelsonmullins.com <br>    alyssa.riggins@nelsonmullins.com <br>    cassie.holt@nelsonmullins.com <br>    jordan.koonts@nelsonmullins.com <br><br> *Attorneys for Legislative Defendants* |

# CERTIFICATE OF SERVICE

I, Phillip J. Strach, hereby certify that on this day the forgoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will provide electronic notice to all counsel of record.

This the 6th day of December, 2024.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Phillip J. Strach
Phillip J. Strach