# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al.,<br><br>*Defendants*. | Civil Action No. 1:23-cv-1057-TDS-JLW |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al.,<br><br>*Defendants*. | Civil Action No. 1:23-cv-1104-TDS-JLW |

## MOTION FOR JYOTI JASRASARIA TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(e), Jyoti Jasrasaria of the law firm Elias Law Group LLP, admitted via Notice of Special Appearance (ECF No. 4), hereby moves to withdraw as counsel for Plaintiffs Shauna Williams, Flor Herrera-Picasso, Minerva Freeman, Maura Aceto, Javier Limon, Armenta Eaton, James Adams, Luciano Gonzalez-Vega, Chenita Johnson, Pamlyn Stubbs, Earl Jones, Allison Shari Allen, Laura McClettie, Nelda Leon, German De Castro, Alan Rene Oliva Chapela, Virginia Keogh, and Natalee Nanette Nieves

in the above-captioned litigation, and respectfully requests that her name be removed from all applicable service lists. Plaintiffs will continue to be represented by the undersigned attorneys at Elias Law Group LLP and Patterson Harkavy LLP.

Dated: January 9, 2025

By: /s/ Jyoti Jasrasaria

**PATTERSON HARKAVY LLP**

Narendra K. Ghosh, NC Bar No. 37649
100 Europa Dr., Suite 420
Chapel Hill, NC 27517
(919) 942-5200
nghosh@pathlaw.com

*Counsel for Plaintiffs*

**ELIAS LAW GROUP LLP**

Abha Khanna*
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
AKhanna@elias.law

Jyoti Jasrasaria*
Qizhou Ge*
Mark Haidar*
250 Massachusetts Avenue, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
JJasrasaria@elias.law
AGe@elias.law
MHaidar@elias.law

*\* Special Appearance pursuant to Local Rule 83.1(d)*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Jyoti Jasrasaria to Withdraw as Counsel has been filed with the Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record. The motion has also been served on each client listed below in accordance with LR 83.1(e)(3).

| | |
|---|---|
| Shauna Williams | Pamlyn Stubbs |
| Flor Herrera-Picasso | Earl Jones |
| Minerva Freeman | Allison Shari Allen |
| Maura Aceto | Laura McClettie |
| Javier Limon | Nelda Leon |
| Armenta Eaton | German De Castro |
| James Adams | Alan Rene Oliva Chapela |
| Luciano Gonzalez-Vega | Virginia Keogh |
| Chenita Johnson | Natalee Nanette Nieves |

Dated: January 9, 2025
  */s/ Jyoti Jasrasaria*
  Jyoti Jasrasaria