# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
~~~~~~~~~~~~~~~~~~~~

SHAUNA WILLIAMS, et al.,
    Plaintiffs,
  vs.              Case No. 23-CV-1057
REPRESENTATIVE DESTIN
HALL, etc., et al.,
    Defendants.
~~~~~~~~~~~~~~~~~~~~
NORTH CAROLINA STATE
CONFERENCE OF THE NAACP, et al.,
    Plaintiffs,
  vs.              Case No. 23-CV-1104
PHILIP BERGER, etc., et al.,
    Defendants.
~~~~~~~~~~~~~~~~~~~~

Deposition of
DEBORAH D. MAXWELL
Volume II

Thursday, October 31, 2024
10:00 a.m.

Taken via videoconference

Genevie Del Valle, Court Reporter

1  APPEARANCES:
2
3        Hilary Harris Klein, Esq.
         Lily Talerman, Esq.
4        SOUTHERN COALITION FOR SOCIAL JUSTICE
         1415 West Highway 54
5        Durham, North Carolina  27707
         Hilaryhklein@scsj.org
6        Lily@scsj.org ,
7           On behalf of the Plaintiffs;
8
         Erika Prouty, Esq.
9        BAKER & HOSTETLER
         200 Civic Center Drive, Suite 1200
10       Columbus, Ohio  43215
         Eprouty@bakerlaw.com,
11
            On behalf of the Defendants.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

W I T N E S S   I N D E X

                                                    PAGE
EXAMINATION
DEBORAH D. MAXWELL
BY MS. PROUTY                                          4

EXAMINATION
DEBORAH D. MAXWELL
BY MS. KLEIN                                         132


E X H I B I T   I N D E X

EXHIBIT                                              PAGE

Exhibit 6, Voting records                             20

Exhibit 7, Decision summaries                        107

Exhibit 8, North Carolina NAACP's
website leadership page                              115

Exhibit 9, NAACP Meet the Team
website page                                         117

Exhibit 10, Second Affidavit of
Deborah Dicks Maxwell, President of
the North Carolina State Conference
of the NAACP                                         120

Exhibit 11, Join the NAACP webpage                   141

1            THE COURT REPORTER:  Can we have a
2       stipulation on the record that I may swear
3       the witness in remotely?
4            MS. KLEIN:  NAACP plaintiffs agree
5       to a remote swearing in of the witness.
6            MS. PROUTY:  Yes.  She -- this is
7       a continuation of a depo, so she's been
8       under oath.  So I think if we just renew
9       that, that's fine.  But we consent to a
10      remote swearing in.
11           DEBORAH D. MAXWELL, of lawful age,
12      called by the Defendants for the purpose of
13      cross-examination, as provided by the Rules
14      of Civil Procedure, being by me first duly
15      sworn, as hereinafter certified, deposed
16      and said as follows:
17        EXAMINATION OF DEBORAH D. MAXWELL
18   BY MS. PROUTY:
19   Q.  Good morning, President Maxwell.  Thank you for
20       being here today.  As a reminder, my name is
21       Erika Prouty, counsel for the legislative
22       defendants.  We spoke last week at the first part
23       of your deposition.
24           I won't go through all the instructions we
25       went through last week.  I will just remind you

1     paragraph of your affidavit states that you have
2     at least one member in -- I think it's four
3     different senate districts, I think it's 12
4     different house districts, and it's five
5     different congressional districts?
6        Do you see that?
7 A. Yes, I see.
8 Q. But this paragraph does not state how many total
9     members the NAACP --
10 A. Correct.
11 Q. -- has identified in this lawsuit.
12        So my questions are simply trying to
13     understand if you know, sitting here today, how
14     many total members there are that the NAACP has
15     identified for this lawsuit?
16 A. I cannot give you a numerical designation today.
17 Q. And of those -- that total number of members, can
18     you give me an estimate of how many you would be
19     able to name today?
20        Again, I'm not asking for the names.  Do you
21     know how many names you would be able to identify
22     today?
23 A. I'm just counting the districts.  Give me a
24     moment.  I would just say at least one member out
25     of the areas today.

1  A.  Yes.
2  Q.  So again, this is the interrogatory response to
3      interrogatory number 4. The house districts
4      at -- where the NAACP has identified members are
5      listed here, and there's also District 71.
6          So the complaint had stated that the NAACP
7      had identified members in House District 8 and
8      25, and those districts are missing from this
9      response.
10         Can you explain why Districts 8 and 25 were
11     listed in the complaint, but are not listed in
12     this interrogatory number 4?
13 A.  It might be membership because we did identify
14     people within districts.
15 Q.  What do you mean it might be membership?
16 A.  It has to be continuous.
17 Q.  So there were members who you had identified in
18     the complaint, and then they were no longer
19     members as of the time of this interrogatory
20     response?
21 A.  Possibly. I'm trying to think that -- why that
22     is listed and they are not there, and that did
23     occur. I cannot say which district or which
24     house or whatever at this time.
25 Q.  Did you determine that the North Carolina NAACP

Veritext Legal Solutions
www.veritext.com                                    888-391-3376
Case 1:23-cv-01057-TDS-JLW   Document 86-3   Filed 01/17/25   Page 7 of 9

```
 1  A.  Membership must have been identified meeting the
 2      criteria of where they resided.
 3  Q.  So did you have members who dropped out when you
 4      were preparing the interrogatory response and
 5      then new members were added when you were
 6      preparing this affidavit?
 7              MS. KLEIN:  Objection.
 8              You can answer to the best of your
 9      ability.
10  A.  To the best of my ability, yes, we had members
11      who became ineligible or some who did not wish to
12      participate.
13  Q.  Can you tell me whether these are the same
14      members over the course of the litigation?
15  A.  No.  I just knew, you know, people met the
16      criteria, lived in the area, and then said no.
17  Q.  And that's because membership is fluid, right?
18  A.  Yes.
19  Q.  And when you said they said no, what do you mean?
20  A.  They chose not to be a participant, which is
21      their God-given right.
22  Q.  So you had members who were at one time willing
23      to be a participant, but then who no longer
24      wished to be a participant; is that right?
25              MS. KLEIN:  Objection.
```

```
 1
 2
 3
 4                C E R T I F I C A T E
 5
     The State of Ohio, )   SS:
 6   County of Cuyahoga.)
 7
            I, Genevie del Valle, a Notary Public
 8   within and for the State of Ohio, authorized to
     administer oaths and to take and certify
 9   depositions, do hereby certify that the
     above-named witness was by me, before the giving
10   of their deposition, first duly sworn to testify
     the truth, the whole truth, and nothing but the
11   truth; that the deposition as above-set forth was
     reduced to writing by me by means of stenotypy,
12   and was later transcribed into typewriting under
     my direction; that this is a true record of the
13   testimony given by the witness; that the deponent
     or a party requested that the deposition be
14   reviewed by the deponent; that said deposition
     was taken at the aforementioned time, date and
15   place, pursuant to notice or stipulations of
     counsel; that I am not a relative or employee or
16   attorney of any of the parties, or a relative or
     employee of such attorney or financially
17   interested in this action.
18        IN WITNESS WHEREOF, I have hereunto set my
     hand and seal of office, at Cleveland, Ohio, this
19   15th day of November 2024.
20
21        [signature: Genevie del Valle]

22   _____
     Genevie del Valle
23   Notary Public, State of Ohio
     My commission expires September 28, 2028
24
25
```

Veritext Legal Solutions
www.veritext.com                                    888-391-3376

Case 1:23-cv-01057-TDS-JLW   Document 86-3   Filed 01/17/25   Page 9 of 9