IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., <br><br> *Defendants*. | 1:23-cv-1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., <br><br> *Defendants*. | 1:23-cv-1104 |

## ORDER

Before the court is the motion of Plaintiffs Shauna Williams, Flor Herrera-Picasso, Minerva Freeman, Maura Aceto, Javier Limon, Armenta Eaton, James Adams, Luciano Gonzalez-Vega, Chenita Johnson, Pamlyn Stubbs, Earl Jones, Allison Shari Allen, Laura McClettie, Nelda Leon, German De Castro, Alan Rene Oliva Chapela, Virginia Keogh, and Natalee Nanette Nieves for Jyoti Jasrasaria of

the law firm Elias Law Group LLP, admitted via Notice of Special Appearance, to withdraw as counsel in the above-captioned litigation. (Doc. 85.) Having considered the motion,

IT IS ORDERED that the motion is GRANTED and Jyoti Jasrasaria may withdraw as counsel.

      /s/   Allison J. Rushing
United States Circuit Judge


    /s/   Richard E. Meyers, II
Chief United States District Judge


    /s/    Thomas D. Schroeder
United States District Judge

January 22, 2025