# EXHIBIT 1

*Excerpts of October 25, 2024 (Volume 1), Deposition of Deborah D. Maxwell*

```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
 2
                  ~~~~~~~~~~~~~~~~~~~~
 3
       SHAUNA WILLIAMS, et al.,
 4
                    Plaintiffs,
 5
            vs.                       Case No. 23-CV-1057
 6
       REPRESENTATIVE DESTIN
 7     HALL, etc., et al.,            Case No. 23-CV-1104
 8                  Defendants.
 9                ~~~~~~~~~~~~~~~~~~~~~
10     NORTH CAROLINA STATE
       CONFERENCE OF THE NAACP, et al.,
11
                    Plaintiffs,
12
       PHILIP BERGER, etc., et al.,
13
                    Defendants.
14
                   ~~~~~~~~~~~~~~~~~~
15               The Remote Deposition of
16
17                  DEBORAH D. MAXWELL
18
19
20                   October 25, 2024
21                      9:30 a.m.
22
23
24
25              Cynthia Sullivan, RPR
```

```
 1  APPEARANCES:
 2
 3       On behalf of the Plaintiffs:
 4            Southern Coalition for Social
 5               Justice, by
 6            HILARY HARRIS KLEIN, ESQ.
 7            1415 West Highway 54
 8            Durham, North Carolina  27707
 9            hilaryhklein@scsj.org
10
11       On behalf of the Defendants:
12            Baker & Hostetler, by
13            ERIKA PROUTY, ESQ.
14            200 Civic Center Drive
15            Suite 1200
16            Columbus, Ohio  43215
17            eprouty@bakerlaw.com
18                  and
19            Nelson Mullins Riley &
20               Scarborough, by
21            CASSIE A. HOLT, ESQ.
22            301 Hillsborough Street
23            Suite 1400
24            Raleigh, North Carolina  27612
25            cassie.holt@nelsonmullins.com
```

TRANSCRIPT INDEX

APPEARANCES................................     2

INDEX OF EXHIBITS .........................     4

EXAMINATION OF DEBORAH D. MAXWELL:
By Ms. Prouty..............................     5

REPORTER'S CERTIFICATE.....................   151

EXHIBIT CUSTODY
EXHIBITS RETAINED BY COURT REPORTER

Veritext Legal Solutions
www.veritext.com                              888-391-3376
Case 1:23-cv-01057-TDS-JLW   Document 88-1   Filed 01/24/25   Page 4 of 12

```
 1                    INDEX OF EXHIBITS
 2   NUMBER               DESCRIPTION                    PAGE
 3   Exhibit 1    The Amended Notice of ........          9
                  Deposition
 4
     Exhibit 2    Complaint No. 23 CV 1104......         29
 5
     Exhibit 3    NAACP Plaintiffs' Discovery ..         34
 6                Responses
 7   Exhibit 4    A Document Labeled Maxwell ...         38
                  Declaration
 8
     Exhibit 5    A Document Entitled Join the .         55
 9                NAACP
10   Exhibit 6    A Document Bates Labeled .....        137
                  NAACPPS_000548
11
                  AFTERNOON SESSION.............         96
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1  provide that information based on the First
 2  Amendment privilege, correct?
 3       A.   Correct.
 4       Q.   Prior to filing this lawsuit, did            11:37:05
 5  the North Carolina NAACP seek authorization to
 6  do so from any of its members?
 7            MS. KLEIN:  Objection.  You can go
 8  ahead to the extent that the answer won't
 9  disclose the identity of anyone who is not
10  already public.  We're objecting to that on           11:37:24
11  First Amendment grounds.  But to the extent
12  that you're able to answer, please, go ahead.
13       A.   Can you repeat the question,
14  please?
15       Q.   Prior to filing this lawsuit, did           11:37:35
16  the North Carolina NAACP seek authorization to
17  do so from its members?
18            MS. KLEIN:  Same objection.  You
19  can go ahead.
20       A.   The North Carolina NAACP prior to           11:37:43
21  filing this lawsuit knows that we have
22  individuals in every impacted area of the
23  lawsuit or else it would not have been filed.
24       Q.   Did you seek authorization from
25  those members to file this lawsuit?                   11:38:07
```

1           MS. KLEIN:  Objection.  Go ahead.
2       A.    Yes.
3       Q.    How did you obtain that
4   authorization?
5       A.    By the impacted areas, you can look      11:38:36
6   at the map, correct, and see where the branches
7   are and the individuals.
8       Q.    Did you talk to members and ask
9   them if you could file this lawsuit on their
10  behalf?                                            11:39:06
11          MS. KLEIN:  Objection.  Go ahead.
12      A.    We have members who are in each
13  impacted area who have agreed that we have the
14  named plaintiffs, adults, who are not within
15  those areas that this lawsuit is about.            11:39:33
16      Q.    President Maxwell, my question was
17  a little different.  Did you talk to those
18  members and ask them if you could file this
19  lawsuit on their behalf?
20          MS. KLEIN:  Objection.  Go ahead.          11:39:47
21      A.    Yes.
22      Q.    Okay.  When did those conversations
23  take place?
24      A.    I cannot be specific, I'm sorry,
25  but it is over a span of time because it is        11:40:07

1  over the span of the state except for the west.
2  I wonder why.
3      Q.    Is it your testimony that it was
4  before December 19th, 2023?
5      A.    It was done.  I cannot give you a     11:40:29
6  specific time.
7      Q.    Who spoke to these members?
8      A.    Myself and assisted by my first
9  vice president.
10     Q.    Who is the first vice president?      11:41:05
11     A.    Courtney Patterson.
12     Q.    Did you say -- I'm sorry.  Could
13 you repeat that name?
14     A.    Courtney.
15     Q.    Courtney Patterson?                   11:41:18
16           MS. KLEIN:  I'll just state the
17 First Amendment objection, although I
18 understand that Mr. Patterson is publicly
19 disclosed in that position.  So you can go
20 ahead.                                          11:41:30
21     Q.    How many members did you and
22 Mr. Patterson speak to to seek their
23 authorization to file this lawsuit on their
24 behalf?
25     A.    I cannot give you a specific          11:41:37

1  members you called?
2      A.  (Indicating.)
3      Q.  How did you contact those members?
4      A.  Members were contacted by whatever
5  method of contact was available to reach them.    11:49:45
6  Some people have email.  Some people have
7  phones.
8      Q.  Did the North Carolina NAACP then
9  contact members via email about authorizing the
10 filing of this lawsuit?                            11:50:12
11     A.  Not really.
12     Q.  How did you contact these members?
13 Can you speak up, please?
14     A.  I initially called individuals.
15         MS. KLEIN:  I'm just -- I know           11:50:46
16 you're in the middle of questions.  It's past
17 the time we have said for lunch.  It might be a
18 good time for a break coming up.
19         MS. PROUTY:  If you don't mind, I
20 just have a few questions to finish on this       11:51:00
21 topic.
22         MS. KLEIN:  I'll just defer to the
23 witness on how she's feeling.
24         THE WITNESS:  I'm getting a little
25 confused right now.                               11:51:07

1  number of these individuals, I also know their
2  ethnicity if they had not checked it.
3       Q.   Which of the members in
4  paragraph 15 do you personally know based on
5  your role as the president of the state                13:10:14
6  conference?
7       A.   Right now I feel like all of them
8  who are plaintiffs, but I can't specify.  I
9  will mix up the districts.  But it has been, as
10 I told you, I have been within leadership              13:10:28
11 within the state conference for the past 15
12 years, so that has allowed me to meet people
13 all across the state.
14      Q.   Does the portal include information
15 showing whether these members are black or             13:10:46
16 African-American?
17      A.   In no way, shape or form.
18      Q.   Does the portal indicate whether
19 these members are registered to vote?
20      A.   No, ma'am.  I don't think so.  I'm           13:10:57
21 not looking at the portal to verify voter
22 status.  I'm using the most reliable tool which
23 is the ncsbe.gov, the state.
24      Q.   Just to be clear, I think you and I
25 are on the same page, but for the record when I        13:11:18

1  REPORTER'S CERTIFICATE
2  The State of Ohio,    )
3                          SS:
4  County of Cuyahoga.   )
5
6           I, Cynthia Sullivan, a Notary
7  Public within and for the State of Ohio, duly
8  commissioned and qualified, do hereby certify
9  that the within named witness, DEBORAH D.
10 MAXWELL, was by me first duly sworn to testify
11 the truth, the whole truth and nothing but the
12 truth in the cause aforesaid; that the
13 testimony then given by the above-referenced
14 witness was by me reduced to stenotypy in the
15 presence of said witness; afterwards
16 transcribed, and that the foregoing is a true
17 and correct transcription of the testimony so
18 given by the above-referenced witness.
19           I do further certify that this
20 deposition was taken at the time and place in
21 the foregoing caption specified and was
22 completed without adjournment.
23
24
25

1        I do further certify that I am not
2   a relative, counsel or attorney for either
3   party, or otherwise interested in the event of
4   this action.
5        IN WITNESS WHEREOF, I have hereunto
6   set my hand and affixed my seal of office at
7   Cleveland, Ohio, on this 28th day of
8   October, 2024.

12   *[signature: Cynthia Sullivan]*
14        Cynthia Sullivan, Notary Public
15        within and for the State of Ohio

17   My commission expires October 17, 2026.