# EXHIBIT 2

*Excerpts of October 31, 2024 (Volume 2),*

*Deposition of Deborah D. Maxwell*

1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

3                  ~~~~~~~~~~~~~~~~~~~~~

4      SHAUNA WILLIAMS, et al.,

5              Plaintiffs,

6          vs.                    Case No. 23-CV-1057

7      REPRESENTATIVE DESTIN

8      HALL, etc., et al.,

9              Defendants.

10                 ~~~~~~~~~~~~~~~~~~~~~

11     NORTH CAROLINA STATE

12     CONFERENCE OF THE NAACP, et al.,

13              Plaintiffs,

14          vs.                    Case No. 23-CV-1104

15     PHILIP BERGER, etc., et al.,

16              Defendants.

17                 ~~~~~~~~~~~~~~~~~~~~~

18                     Deposition of

19                   DEBORAH D. MAXWELL

20                      Volume II

21

                    Thursday, October 31, 2024

22                      10:00 a.m.

23

                    Taken via videoconference

24

25          Genevie Del Valle, Court Reporter

```
 1      APPEARANCES:

 2

 3          Hilary Harris Klein, Esq.
            Lily Talerman, Esq.
 4          SOUTHERN COALITION FOR SOCIAL JUSTICE
            1415 West Highway 54
 5          Durham, North Carolina  27707
            Hilaryhklein@scsj.org
 6          Lily@scsj.org ,
 7              On behalf of the Plaintiffs;
 8

            Erika Prouty, Esq.
 9          BAKER & HOSTETLER
            200 Civic Center Drive, Suite 1200
10          Columbus, Ohio  43215
            Eprouty@bakerlaw.com,
11
                On behalf of the Defendants.
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                 W I T N E S S   I N D E X
2                                                          PAGE
3       EXAMINATION
        DEBORAH D. MAXWELL
4       BY MS. PROUTY                                        4
5       EXAMINATION
        DEBORAH D. MAXWELL
6       BY MS. KLEIN                                       132
7

                     E X H I B I T   I N D E X
8
        EXHIBIT                                            PAGE
9
        Exhibit 6, Voting records                           20
10
        Exhibit 7, Decision summaries                      107
11
        Exhibit 8, North Carolina NAACP's
12      website leadership page                            115
13      Exhibit 9, NAACP Meet the Team
        website page                                       117
14
        Exhibit 10, Second Affidavit of
15      Deborah Dicks Maxwell, President of
        the North Carolina State Conference
16      of the NAACP                                       120
17      Exhibit 11, Join the NAACP webpage     141
18
19
20
21
22
23
24
25

Case 1:23-cv-01057-TDS-JLW    Document 88-2    Filed 01/24/25    Page 4 of 7

1    Q.  It's a lot of work, right?

2    A.  Yes.

3    Q.  Across your time in leadership positions with the

4        NAACP, how many members do you think you have

5        interacted with?

6    A.  I'm sorry.  I -- we just had a state conference

7        with a couple of hundred.  I was at a rally with

8        a couple of hundred.  It's thousands.

9    Q.  And I think you already testified to this, but do

10       you or do you not know any of the standing

11       members in this case personally?

12   A.  I know them because standing members, two are

13       presidents of a local branch, which is

14       identified --

15   Q.  And if we -- if some members are comfortable

16       being publicly associated with the NAACP, does

17       that mean that every member of the NAACP is

18       comfortable?

19   A.  Not every member is comfortable, but every person

20       is -- will become a member financial, but not all

21       people want to be known as a member of the NAACP.

22           My analogy is a church.  Some people jump up,

23       running down the aisle, give half their money,

24       and then some people just -- you never see them,

25       they just say they're a member.  And then there's

1    a little grandma who just sits there.

2         And so there's different levels of how you

3    perceive you're giving, as you do the church, in

4    terms of stuff and how you do at NAACP.  It's how

5    active do you want to be.

6  Q. And can you tell me why a person's specific

7    circumstances might impact whether or not they're

8    comfortable -- if at all, whether or not they're

9    comfortable being publicly linked to the NAACP?

10                MS. PROUTY:  Objection.

11  A. The comfortableness depends on where you are in

12    terms of where you live and economics.  We have a

13    very controversial conservative school boards and

14    we have a lot of teachers.  Teachers can get

15    fired at will.  Law enforcement, sheriffs,

16    sheriffs will fire you.  It's an economic

17    livelihood, and I can't afford to pay them to

18    protest with me, as one president will tell

19    people and he will say, I will stand in for you.

20    You've got to keep your job.  We appreciate your

21    membership.  If you wish to go, understand it may

22    be impacting you.  And people understand that.

23    And we've seen -- you've seen people get fired

24    for no cause because this is a nonunion state.

25  Q. I'd like to ask you about the distinction between

```
 1
 2
 3
 4                  C E R T I F I C A T E
 5
        The State of Ohio, )   SS:
 6      County of Cuyahoga.)
 7
             I, Genevie del Valle, a Notary Public
 8      within and for the State of Ohio, authorized to
        administer oaths and to take and certify
 9      depositions, do hereby certify that the
        above-named witness was by me, before the giving
10      of their deposition, first duly sworn to testify
        the truth, the whole truth, and nothing but the
11      truth; that the deposition as above-set forth was
        reduced to writing by me by means of stenotypy,
12      and was later transcribed into typewriting under
        my direction; that this is a true record of the
13      testimony given by the witness; that the deponent
        or a party requested that the deposition be
14      reviewed by the deponent; that said deposition
        was taken at the aforementioned time, date and
15      place, pursuant to notice or stipulations of
        counsel; that I am not a relative or employee or
16      attorney of any of the parties, or a relative or
        employee of such attorney or financially
17      interested in this action.
18           IN WITNESS WHEREOF, I have hereunto set my
        hand and seal of office, at Cleveland, Ohio, this
19      15th day of November 2024.
20
21
                _____
22
        Genevie del Valle
23      Notary Public, State of Ohio
        My commission expires September 28, 2028
24
25
```