IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., *Plaintiffs*, v. REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., *Defendants*. | Civil Action No. 23 CV 1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., *Plaintiffs*, v. PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., *Defendants*. | Civil Action No. 23 CV 1104 |

**JOINT MOTION BY ALL PARTIES TO
MODIFY SUPPLEMENTAL EXPERT DEADLINES**

NOW COME the parties, jointly and pursuant to Federal Rule of Civil Procedure 6(b), and Local Rule 6.1, to respectfully request modification of the deadlines for supplemental expert reports, supplemental rebuttal expert reports, and related depositions. This request is made due to unforeseen and unintended delays with the finalization and release of data by the North Carolina State Board of Elections relating to the November 4, 2024, General Election, and good cause exists to grant the modifications. In support of this motion, the parties state as follows:

1. On May 22, 2024, the Court approved the parties' Amended Joint Rule 26(f) report setting forth a January 31, 2025, deadline for supplemental expert reports considering electoral results from the 2024 General Election. Doc. 47 at 6; Doc. 48. The Court also set related deadlines of February 14, 2025, for supplemental rebuttal expert reports, and February 28, 2025, for related depositions. Doc. 47 at 5–6; Doc. 48.

2. At the time the parties submitted their proposed Amended Joint Rule 26(f) Report with these proposed deadlines, they anticipated release of statewide precinct-level electoral results in mid-December.

3. Due to unforeseen and unintended circumstances of this election cycle, including delays due to post-election recounts, the statewide precinct-level electoral results data have not yet been released. This data will be analyzed by some of the experts who are anticipated to submit supplemental expert reports. Those experts anticipate that, because of the delay, they will not have enough time to conduct that analysis under the current case schedule.

4. The State Board of Elections anticipates the data to be released within the next few business days.

5. To allow ample time for expert analysis, and to ensure a uniform schedule for supplemental expert briefing and depositions, the parties thus respectfully request to extend the supplemental expert deadlines considering electoral results from the 2024 General Election as set forth in the table below:

|  | *Current Deadline* | *Requested New Deadline* | *Latest Possible Deadline Absent a Further Request for Extension* |
|---|---|---|---|
| *Supplemental Expert Reports Considering Electoral Results from the 2024 General Election* | Jan. 31, 2025 | 6 weeks from the first business day following the data release | April 4, 2025 |
| *Supplemental Rebuttal Expert Reports* | Feb. 14, 2025 | 8 weeks from the first business day following the data release | April 18, 2025 |
| *Close of Expert Supplemental Depositions* | Feb. 28, 2025 | 10 weeks from the first business day following the data release | May 2, 2025 |

6. While the parties may need to seek a limited further extension if that data is not released in the next few weeks, the parties have sought the above initial extension of deadlines to ensure the orderly preparation and exchange of

3

supplemental expert materials and in the interest of alerting the Court to this issue and to seeking modification with ample time for the Court's consideration.

7. No deadline for which a modification has been requested has lapsed.

8. The parties agree and stipulate that the modification of these deadlines as requested will not require modification of any other deadline in the case schedule.

9. All parties join in this motion.

10. This is the first request by any party to modify these deadlines. The NAACP Plaintiffs and Legislative Defendants were previously granted their joint request for permission to take a deposition out of time, Doc. 73, and Legislative Defendants were granted their request for an extension of time to take the deposition of witness Steven Mallison. Doc. 72.

WHEREFORE, the parties respectfully request modification of the deadlines for supplemental expert reports considering electoral results from the 2024 General Election, supplemental rebuttal expert reports, and related depositions for the reasons above and good cause shown. A proposed order is appended to this Motion.

| Dated: January 28, 2025 | Respectfully Submitted, |
|---|---|
| */s/ Hilary Harris Klein* | */s/ Phillip J. Strach* |
| Hilary Harris Klein | Phillip J. Strach |
| **SOUTHERN COALITION FOR SOCIAL JUSTICE** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| Jeffrey Loperfido (State Bar #52939) | Phillip J. Strach |
| Hilary Harris Klein (State Bar #53711) | North Carolina State Bar no. 29456 |
| Christopher Shenton (State Bar #60442) | Alyssa M. Riggins |

4

Mitchell D. Brown (State Bar #56122)
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525
hilaryhklein@scsj.org
jeffloperfido@scsj.org
chrisshenton@scsj.org
mitchellbrown@scsj.org

**HOGAN LOVELLS US LLP**

J. Tom Boer*
Olivia Molodanof*
Madeleine Bech*
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
Facsimile: 415-374-2499
tom.boer@hoganlovells.com
corey.leggett@hoganlovells.com
olivia.molodanof@hoganlovells.com

Jessica L. Ellsworth*
Odunayo Durojaye*
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
jessica.ellsworth@hoganlovells.com

Harmony Gbe*
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: 310-785-4600
Facsimile: 310-785-4601
harmony.gbe@hoganlovells.com

*Appearing in this matter by Special Appearance pursuant to L-R 83.1(d)

*Counsel for NAACP Plaintiffs*

North Carolina State Bar no. 52366
Cassie A. Holt
North Carolina State Bar no. 56505
Alexandra M. Bradley
North Carolina State Bar no. 54872
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
alex.bradley@nelsonmullins.com

**BAKER & HOSTETLER LLP**

By: /s/ *Katherine L. McKnight*
Richard B. Raile*
DC Bar No. 1015689
Katherine L. McKnight*
Trevor Stanley*
1050 Connecticut Ave. NW
Suite 1100
Washington DC 20036
Ph: (202) 861-1500
rraile@bakerlaw.com
kmcknight@bakerlaw.com
tstanley@bakerlaw.com

Patrick T. Lewis*
Ohio State Bar No. 0078314
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Ph: (216) 621-0200
plewis@bakerlaw.com

Erika D. Prouty*
Ohio State Bar No. 0095821
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Ph: (614) 462-4710
eprouty@bakerlaw.com

| | |
|---|---|
| /s/ *Abha Khanna* | *Counsel for Legislative Defendants* |
| **ELIAS LAW GROUP LLP** | *\* Appeared via Special Notice* |
| Abha Khanna* <br> 1700 Seventh Avenue, Suite 2100 <br> Seattle, Washington 98101 <br> Phone: (206) 656-0177 <br> Facsimile: (206) 656-0180 <br> AKhanna@elias.law | NORTH CAROLINA <br> DEPARTMENT OF JUSTICE <br><br> /s/ Terence Steed <br> Terence Steed <br> Special Deputy Attorney General <br> N.C. State Bar No. 52809 <br> tsteed@ncdoj.gov |
| Qizhou Ge* <br> Mark Haidar* <br> 250 Massachusetts Avenue, Suite 400 <br> Washington, D.C. 20001 <br> Phone: (202) 968-4490 <br> Facsimile: (202) 968-4498 <br> AGe@elias.law <br> MHaidar@elias.law | Mary Carla Babb <br> Special Deputy Attorney General <br> N.C. State Bar No. 25731 <br> mcbabb@ncdoj.gov <br><br> N.C. Department of Justice <br> P.O. Box 629 <br> Raleigh, NC 27602-0629 <br> Telephone: (919) 716-6567 <br> Facsimile: (919) 716-6761 |
| **PATTERSON HARKAVY LLP** <br><br> Narendra K. Ghosh, NC Bar No. 37649 <br> 100 Europa Drive, Suite 420 <br> Chapel Hill, NC 27517 <br> Phone: (919) 942-5200 <br> nghosh@pathlaw.com <br><br> *Counsel for* Williams *Plaintiffs* <br> *\* Special Appearance pursuant to Local Rule 83.1(d)* | *Attorneys for the State Board* |

## CERTIFICATE OF SERVICE

I certify that on January 28, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                           */s/ Hilary Harris Klein*
                                           Hilary Harris Klein

7

Case 1:23-cv-01057-TDS-JLW     Document 89     Filed 01/28/25     Page 7 of 7