IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al.,<br>    *Defendants.* | 1:23CV1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al.,<br><br>    *Defendants.* | 1:23CV1104 |

**ORDER**

This matter is before the court upon the Joint Motion by All the Parties to Modify Supplemental Expert Deadlines regarding the deadlines for supplemental expert reports, supplemental rebuttal expert reports, and related depositions. (Doc. 89.)

After consideration of the motion, and for good cause shown,

IT IS ORDERED that the motion is GRANTED and the Amended Rule 26(f) Report is modified as follows, with deadlines set relative to the release of the statewide precinct-level electoral results data by the State Board of Elections:

|  | *Current Deadline* | *Requested New Deadline* | *Latest Possible Deadline Absent a Further Request for Extension* |
|---|---|---|---|
| *Supplemental Expert Reports Considering Electoral Results from the 2024 General Election* | Jan. 31, 2025 | 6 weeks from the first business day following the data release | April 4, 2025 |
| *Supplemental Rebuttal Expert Reports* | Feb. 14, 2025 | 8 weeks from the first business day following the data release | April 18, 2025 |
| *Close of Expert Supplemental Depositions* | Feb. 28, 2025 | 10 weeks from the first business day following the data release | May 2, 2025 |

    /s/   Allison J. Rushing
United States Circuit Judge

    /s/   Richard E. Myers, II
Chief United States District Judge

    /s/   Thomas D. Schroeder
United States District Judge

January 30, 2025