IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., *Plaintiffs*, v. REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., *Defendants*. | Civil Action No. 23 CV 1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., *Plaintiffs*, v. PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., *Defendants*. | Civil Action No. 23 CV 1104 |

**RULE 25 STATEMENT NOTING DEATH**

NAACP Plaintiffs[1] suggest upon the record, pursuant to Rule 25(a), the death of Plaintiff Hollis Briggs during the pendency of this action. Mr. Briggs passed away on Thursday, March 20, 2025. NAACP Plaintiffs reserve the right to seek substitution within the time provided under Rule 25.

| | |
|---|---|
| Dated: March 26, 2025 | */s/ Hilary Harris Klein* <br> Hilary Harris Klein |
| **HOGAN LOVELLS US LLP** | **SOUTHERN COALITION FOR SOCIAL JUSTICE** |
| J. Tom Boer* <br> Olivia Molodanof* <br> Madeleine Bech* <br> 4 Embarcadero Center, Suite 3500 <br> San Francisco, CA 94111 <br> Telephone: 415-374-2300 <br> Facsimile: 415-374-2499 <br> tom.boer@hoganlovells.com <br> corey.leggett@hoganlovells.com <br> olivia.molodanof@hoganlovells.com | Jeffrey Loperfido (State Bar #52939) <br> Hilary Harris Klein (State Bar #53711) <br> Christopher Shenton (State Bar #60442) <br> Mitchell D. Brown (State Bar #56122) <br> 5517 Durham Chapel Hill Blvd. <br> Durham, NC 27707 <br> Telephone: 919-794-4213 <br> Facsimile: 919-908-1525 <br> hilaryhklein@scsj.org <br> jeffloperfido@scsj.org <br> chrisshenton@scsj.org <br> mitchellbrown@scsj.org |
| Jessica L. Ellsworth* <br> Odunayo Durojaye* <br> 555 Thirteenth Street, NW <br> Washington, DC 20004 <br> Telephone: 202-637-5600 <br> Facsimile: 202-637-5910 <br> jessica.ellsworth@hoganlovells.com | |
| Harmony Gbe* <br> 1999 Avenue of the Stars, Suite 1400 <br> Los Angeles, CA 90067 <br> Telephone: 310-785-4600 <br> Facsimile: 310-785-4601 <br> harmony.gbe@hoganlovells.com | |
| *Appearing in this matter by Special | |

---

[1] Plaintiffs North Carolina State Conference of the NAACP, Common Cause, Mitzi Reynolds Turner, Dawn Daly-Mack, Corine Mack, Calvin Jones, Linda Sutton, and Syene Jasmin.

Appearance pursuant to L-R 83.1(d)

*Counsel for NAACP Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on March 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Hilary Harris Klein
Hilary Harris Klein