IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., *Plaintiffs*, v. REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., *Defendants*. | Civil Action No. 23 CV 1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., *Plaintiffs*, v. PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., *Defendants*. | Civil Action No. 23 CV 1104 |

**INDEX OF EXHIBITS TO NAACP PLAINTIFFS' MOTION TO RECONSIDER IN PART THE COURT'S ORDER ON PARTIAL SUMMARY JUDGMENT**

| | |
|---|---|
| EXHIBIT A | Excerpts of Supplemental Report of Dr. Michael Barber (March 17, 2025) |
| EXHIBIT B | Reply Report of Anthony E. Fairfax (October 17, 2024) |
| EXHIBIT C | Supplemental Rebuttal Report of Anthony E. Fairfax (Mach. 31, 2025) |
| EXHIBIT D | Excerpts of Deposition of Dr. Michael Barber (April 11, 2025) |
| EXHIBIT E | Corrected Expert Report of Anthony E. Fairfax (October 28, 2024) |
| EXHIBIT F | 2023 Enacted House Map with Incumbent Residences (https://webservices.ncleg.gov/ViewDocSiteFile/81740) |
| EXHIBIT G | 2023 Enacted Senate Map with Incumbent Residences (LD_MAP_000202) |