# Exhibit E

*Fairfax Corrected*
*Expert Report*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 23 CV 1057 |
| REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., | |
| *Defendants*. | |
| | |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 23 CV 1104 |
| PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., | |
| *Defendants*. | |

**CORRECTED EXPERT REPORT OF ANTHONY E. FAIRFAX**

**on the Development of Illustrative Plans for**

**State Senate and House Districts for the State of North Carolina**

**and other Demographic Analyses**

_____

October 28, 2024

1

**Table of Contents**

I.     Introduction ............................................................................................................. 5

II.    Qualifications .......................................................................................................... 5

III.   Software, Data, and Technical Process Utilized ................................................... 6

IV.   Summary of Opinions ............................................................................................ 7

V.    Methodology .......................................................................................................... 9

VI.   Demographic Profile of the State, Northeast Region, and Triad ......................... 15

VII.  North Carolina Regions – Major Socioeconomic Indicators by County ............ 23

VIII. North Carolina Regions – Major Socioeconomic Indicators by Race/Ethnicity ............... 26

IX.   House Illustrative Plans A & B ........................................................................... 31

X.    Senate Illustrative Plan A ................................................................................... 52

XI.   Senate Illustrative Plan B ................................................................................... 61

XII.  Comparative Analysis with the Enacted Plans .................................................. 62

XIII. Apportionment Analysis ..................................................................................... 64

XIV. Congressional Analysis ...................................................................................... 68

XV.  Population Shifts from 2022 Interim to 2023 Enacted Congressional Plans .................... 73

XVI. Conclusions ......................................................................................................... 74

Index of Appendices ..................................................................................................... 76

2

# Figures

Figure 1 - North Carolina NE Region BVAP Percentage - VTDs ...................................... 19
Figure 2 - North Carolina Triad Region BVAP Percentage - VTDs ................................... 23
Figure 3 - North Carolina Counties Median Household Income........................................ 25
Figure 4 – House Illustrative Plan A for Northeast Districts............................................. 32
Figure 5 – House Illustrative Plan A District 5.................................................................. 33
Figure 6 – House Illustrative Plan A District 12............................................................... 34
Figure 7 – House Illustrative Plan A District 23............................................................... 35
Figure 8 – House Illustrative Plan A District 24............................................................... 37
Figure 9 – House Illustrative Plan A District 25............................................................... 38
Figure 10 – House Illustrative Plan A District 27............................................................. 39
Figure 11 – House Illustrative Plan B for Northeast Districts .......................................... 45
Figure 12 – House Illustrative Plan B District 8............................................................... 46
Figure 13 – House Illustrative Plan B District 24............................................................. 47
Figure 14 – Senate Illustrative Plan A for Northeast Districts ......................................... 53
Figure 15 – Senate Illustrative Plan A - District 2 ........................................................... 54
Figure 16 – Senate Illustrative Plan A - District 5............................................................ 56
Figure 17 – Senate Illustrative Plan B for Northeast Districts ......................................... 61
Figure 18 - North Carolina State BVAP by VTD of CD SL 2023-145 Plan...................... 69
Figure 19 - North Carolina BVAP by VTD of CD 1 SL 2023-145 Plan............................ 70
Figure 20 - North Carolina Triad BVAP by VTD of CD SL 2023-145 Plan ..................... 72

# Tables

Table 1 –Total Population by Race/Ethnicity (2010 - 2020) for North Carolina ......................... 16
Table 2 – Voting Age Population by Race/Ethnicity (2010 - 2020) for North Carolina.............. 17
Table 3 –Total Population by Race/Ethnicity (2010 - 2020) for NC Northeast Region................ 18
Table 4 – Voting Age Population by Race/Ethnicity (2010 - 2020) for NC Northeast Region ... 20
Table 5 –Total Population by Race/Ethnicity (2010 - 2020) for NC Triad Region .................... 21
Table 6 – Voting Age Population by Race/Ethnicity (2010 - 2020) for NC Triad Region .......... 22
Table 7 - State of North Carolina's Major Socioeconomic Attributes ........................................ 24
Table 8 - Northeast Counties Major Socioeconomic Attributes ................................................. 24
Table 9 - Forsyth-Guilford Counties Major Socioeconomic Attributes ..................................... 25
Table 10 - % High School Degree or Higher by Major Race/Ethnicity by Regions or Clusters.. 26
Table 11 - County Median Household Income by Major Race/Ethnicity by Regions or Clusters27
Table 12 - % without Health Insurance of Regions or Clusters .................................................. 28
Table 13 - Median Housing Values by Race for Regions and Clusters........................................ 29
Table 14 - % Renting by Major Race/Ethnicity of Regions or Clusters...................................... 30
Table 15 - House Illustrative Plan A District 5's Top 10 Populated Census Places ................... 33
Table 16 - North Carolina State House District 12's Census Places ........................................... 34
Table 17 - North Carolina State House District 23's Top 10 Populated Census Places.............. 36
Table 18 - North Carolina State House District 24's Top 10 Populated Census Places.............. 37
Table 19 - North Carolina State House District 25's  Census Places .......................................... 38
Table 20 - House Illustrative Plan A District 27's Top 10 Populated Census Places ................. 40
Table 23 – House Illustrative Plan A's NE Majority Black District's VAP ............................... 42

Table 22 – House Illustrative Plan A's NE Majority Black Districts CVAP ............................... 42
Table 23 – House Illustrative Plan A's Compactness Comparison to House Enacted Plan ......... 44
Table 24 - North Carolina State House District 8's Census Places .............................................. 46
Table 25 - North Carolina State House District 24's Top 10 Populated Census Places.............. 48
Table 26 – House Illustrative Plan B's NE Majority Black District's Voting Age Population.... 50
Table 27 – House Illustrative Plan B's NE Majority Black Districts CVAP ............................... 50
Table 28 – House Illustrative Plan B's Compactness Comparison to House Enacted Plan ......... 51
Table 29 - Senate Illustrative Plan A - District 2's Top 10 Census Places................................... 55
Table 30 - Senate Illustrative Plan A - District 2's Top 10 Populated Census Places................. 56
Table 31 – Senate Illustrative Plan A's NE Majority Black District's Voting Age Population... 58
Table 32 – Senate Illustrative Plan A's NE Majority Black Districts CVAP............................... 58
Table 33 – Senate Illustrative Plan A's Compactness Comparison to Senate Enacted Plan ........ 60
Table 34 – House Illustrative Plans' and Enacted Plans' Criteria Comparison............................. 63
Table 35 – Senate Illustrative Plans' and 2023 Enacted Plans' Criteria Comparison .................. 64
Table 36 - Wake County, North Carolina House District Population Deviation.......................... 65
Table 38 - Brunswick-New Hanover Cluster Senate District's Population Deviation................. 67
Table 39 - Iredell-Mecklenburg Cluster Senate District's Population Deviation........................ 68
Table 40 - Racial Demographics in North Carolina's 2022 Interim Plan – CD 1 ....................... 70
Table 41 - Racial Demographics North Carolina's 2023 Enacted Plan – CD 1 ........................... 70
Table 42 - Racial Demographics North Carolina's 2022 Interim Plan – Triad CDs................... 71
Table 43 - Racial Demographics North Carolina's 2023 Enacted Plan – Triad CDs................... 72
Table 44 - 2022 Interim to 2023 Enacted Plan - County Areas Added and Removed ................ 74

## I.    Introduction

1.  I have been retained by counsel representing the Plaintiffs in this lawsuit to analyze and determine whether it is possible to draw a reasonably configured Illustrative Plan that adheres to federal and state redistricting criteria and satisfies the first precondition of *Thornburg v. Gingles* for North Carolina State Senate and State House districts. I have also been asked to analyze and compare the intersection of population apportionment and other traditional redistricting criteria in several North Carolina House and Senate clusters. Finally, I was asked to analyze and compare the "benchmark" congressional plan used in the 2022 election with the latest 2023 Enacted Plan regarding compactness, demographic makeup, and communities of interest, and provide the shift in population.

## II.   Qualifications

2.  I received a Bachelor of Science degree in Electrical Engineering ("BSEE") from Virginia Tech in 1982 and a Master of Geospatial Information Science and Technology ("MGIST") degree from North Carolina State University in 2016.

3.  Currently, I am a demographic and mapping consultant and the CEO/Principal Consultant of CensusChannel LLC. As a consultant working on redistricting issues over the last thirty years, I have developed nearly one thousand redistricting plans during the last four decennial redistricting cycles. I have drawn redistricting plans for jurisdictions of all sizes, from statewide plans to plans for small municipalities. In the course of my career, I have also had the opportunity to draw and analyze many plans for jurisdictions within multiple states throughout the country. In addition, during that timeframe, I have provided consulting services for numerous non-profit and public-sector groups centering on redistricting plan development, analysis, and training.

4.  In 2023, I was hired by plaintiffs in *Addoh-Kondi v. Jefferson County Commission*, No. 2:23-cv-00503 (N.D. Ala.). My involvement in that effort included an expert report and testimony.

5.  In 2021, I was hired by plaintiffs to develop a Illustrative redistricting plan in *Arkansas State Conference NAACP v. Arkansas Board of Apportionment*, No. 4:21-cv-01239 (E.D. Ark.). My involvement in that effort included plan development, an expert report, a rebuttal report, and testimony.

6.  Prior to this round of redistricting, I was hired by plaintiffs to develop Illustrative redistricting plans, associated expert reports, depositions, and provide testimony in *Holloway v. City of Virginia Beach*, No. 2:18-cv-00069 (E.D. Va.).

7.  Also, in 1999, I was hired by the city of Everett, Washington, to perform the duties of Districting Master. I was tasked with assisting the city's Redistricting Commission

5

with developing its first districting plan. The city moved from a seven-member at-large voting system to a system with five single-member districts and two members elected at-large. As Districting Master, I shepherded the commission through the entire plan development process as they successfully developed the city's districting system.

8. In addition to the above-noted litigation in Arkansas, Louisiana, and Virginia, I have testified and provided depositions as a redistricting expert in Alabama, North Carolina, and Texas. I provided testimony with a focus on demographic and mapping analysis in federal and state court cases. These included: *Covington v. North Carolina* (North Carolina), *NC NAACP v. State of North Carolina* (North Carolina), *Wright v. North Carolina* (North Carolina), *Alabama State Legislative Caucus v. Alabama* (Alabama), *Perez v. Perry* (Texas), and *Perez v. Abbott* (Texas). Finally, I have been qualified as an expert in all of the cases that I have testified in.

9. My redistricting, geographic information system ("GIS") experience, and detailed work as an expert are contained within my attached resume (See Appendix A). I am being compensated at a rate of $180 per hour for my work on this case.

## III.    Software, Data, and Technical Process Utilized

10. The software I utilized for the development of the Illustrative Plans was Maptitude for Redistricting ("Maptitude") by Caliper Corporation. Maptitude is one of the leading redistricting software applications utilized by consultants, major nonprofit groups, and governmental entities.[1]

11. Several datasets were utilized through the development and analysis of the Illustrative Plans:

    a. The 2020 census data for the total and voting age population ("VAP") population were obtained from Caliper Corporation's datasets for the state of North Carolina.[2] Also, 2022 5-Year American Community Survey[3] ("ACS") at the county and census tract levels were also obtained from the Caliper datasets.

---

[1] See https://www.caliper.com/mtrnews/clients.htm for Maptitude for Redistricting's client list.
[2] Caliper Corporation provides 2010 and 2020 Census Data (PL94-171 data) in a format readable for their software, Maptitude for Redistricting. The population data are identical to the data provided by the Census Bureau.
[3] The ACS is an ongoing (rolling) monthly survey taken by the U.S. Census Bureau. Each month over 250,000 surveys are sent out to households on a continuous basis. Surveys are collected on 1 Year and 5 Year basis. For instance, the 2022 5-Yr ACS data groups months from January 2018 to December 2022. The 1 Year provides 90% confidence accuracy down to Census geographic areas with populations 65,000 or greater. The 5-Yr provides the same accuracy down to the census block group.

b. ESRI Shapefiles for the North Carolina State House Enacted Plan was downloaded from the North Carolina redistricting website.[4] The 2022 5-Year ACS Citizen Voting Age Population (CVAP) dataset at the census block group level for the state of North Carolina.[5]

c. In order to review the 2022 5-Year ACS CVAP data at various geographic levels for the Illustrative Plan, I utilized Maptitude's disaggregation/aggregation process. The disaggregation/aggregation process is an industry acceptable process when evaluating citizenship data or other data that is not provided at the census block or other levels.[6] Once the disaggregation/aggregation process was completed, estimated CVAP data was available for review at the district level (as well as other Census levels).

d. I obtained North Carolina's Senate and House District cluster shapefiles from counsel for the plaintiffs.

## IV.    Summary of Opinions

12. The following is a summary of my conclusions and opinions that are detailed in this report:

a. The State of North Carolina has seen a substantial decrease in the White population percentage such that it stood at 65.27% of the state's total population in 2010 and 60.46% in 2020. During the same time the Black population percentage was relatively stable with a slight decrease from 22.56% of the state's total population to 22.46%.

b. There is a clear relationship between race and socioeconomic status in North Carolina. When comparing socioeconomic indicators in a set of counties in the northeastern part of the state and the Triad, the Black populations in those counties fared worse on metrics measuring education, income, health, and housing than both the statewide averages and the White populations in those counties.

c. The Illustrative Plans that were created adhere to the NCGA redistricting criteria for the House and Senate including: 1) Equal Population; 2) Contiguity; 3) Compactness; 4) Minimizing Policial subdivision splits of counties and VTDs; and 5) Preserving COI such as Census Places (Cities, towns, CDPs, and landmark

---

[4] https://www.ncleg.gov/redistricting
[5] See https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html
[6] Disaggregation apportions a population to a lower geographic area from a higher geographic area using a percentage of a matching population field at both geographic levels. In this instance, voting age population was used as the weighted variable to apportion amounts to census blocks. Aggregation sums up the lower-level results to all other higher geographic levels that are to be used. Maptitude also includes a pure geographic disaggregation/aggregation process that was not utilized during this analysis.

areas).[7] The Illustrative Plans perform similarly, equally, or better than the House and Senate Enacted Plans on a variety of traditional redistricting criteria. In all cases where the Illustrative Plans did not perform better or the same as the Enacted Plans, the differences were minor.

d.  The Black population in the northeastern part of the state of North Carolina is sufficiently large and geographically compact to create two additional single-member majority Black Senate districts that adhere to the federal and state redistricting criteria. Also, the Black population in the northeastern part of the state of North Carolina is sufficiently large and geographically compact to create four additional single-member majority Black House districts that adhere to the federal and state redistricting criteria, for a total of six majority-Black House districts. The Senate Illustrative Plan and House Illustrative Plans contain two and six reasonably configured majority-Black districts, respectively, and thus satisfy the first precondition of *Gingles*.

e.  Considering the Wake House District cluster, the Forsyth and Stokes House District cluster, the Brunswick, Columbus, New Hanover Senate District cluster, and the Mecklenburg & Iredell Senate District cluster, simple modification could be made within these clusters which would lower the overall population deviation without performing any worse on any traditional redistricting criteria, and in many cases performing better. Thus, there is no redistricting criteria justification for those clusters to include the Enacted Plan's high population deviation.

f.  Congressional District (CD) 1 in the 2022 Interim Plan is more compact than the 2023 Enacted Plan using two measures Reock and Polsby-Popper. The Black population and Voting Age Population (VAP) of CD 1 slightly decreased from the 2022 Interim Plan to the 2023 Enacted Plan. CD 1 in the 2022 Interim Plan splits the same number of census places than CD 1 in the 2023 Enacted Plan (three census places split).

g.  Comparing the congressional districts within the Triad region, using the mean of two measures, Reock and Polsby-Popper, the 2022 Interim Plan districts were more compact than those in the 2023 Enacted Plan. The CD with the highest Black population in the Triad region decreased over ten percent comparing the 2022 Interim Plan to the 2023 Enacted Plan. In addition, there were less census places splits in the 2022 Interim Plan versus the 2023 Enacted Plan.

---

[7] I utilized Maptitude's standard Community of Interest reports to identify splits in Census Place, which will in some instances double count cities and towns with the same name. However, I verified the Census Place splits identifying the duplicate Census Place names and found this issue does not change any of my opinions or conclusions in this Report.

## V. Methodology

13. First, I reviewed the North Carolina General Assembly House Redistricting Committee and Senate Redistricting and Elections Committee redistricting criteria for state legislative districts. I then gathered the relevant population and geographic datasets. These datasets were imported and processed using the Maptitude for Redistricting application.

14. Next, I analyzed the recent and past demographic profiles of the state of North Carolina. This analysis specifically included a review of the state's Black populations over the 2010 and 2020 decennial censuses. I analyzed the Black population by reviewing total population and voting age population ("VAP"), for the state.

15. I used the category of "Any Part" Black[8] throughout parts of this report for Black Total and Voting Age Populations. To determine majority Black district status, I used "Any Part" Black VAP ("APBVAP").[9] Latino population throughout this report includes all races combined. The White race was reported using Not Hispanic "Alone" category.[10] I also verified majority Black status via CVAP as well (see Appendix D). The CVAP equivalent of "Any Part" Black ("APBCVAP") was used to verify majority Black status for the citizenship voting population. Thus, I aggregated Black CVAP plus the combined race categories of Black and White CVAP plus Black and American Indian CVAP together. All of the Black CVAP race categories were Not Hispanic.

16. I also reviewed the North Carolina county clustering options. I first attempted to develop an Illustrative plan that used one of the existing cluster options without modification, adhered to federal and state redistricting criteria, and satisfied the first precondition of *Gingles*. Once I determined that it was likely impossible to develop a plan that followed any preexisting cluster option, adhered to federal and state redistricting criteria, and satisfied the first precondition of *Gingles*, I set forth to develop a plan that maximized the number of clusters that would retain the districts and cluster configurations of the 2023 enacted plan.

---

[8] The "Any Part" or "All Parts" Black includes surveyed persons who select Black Alone and Black and in combination with any race. Also, included within "Any Parts" Black are Hispanic Black persons as well.

[9] In *Georgia v. Ashcroft,* 539 U.S. 461, the Court found it acceptable to combine all persons who self-identified themselves in the 2000 Census survey as Black in determining majority minority districts. That includes Black in combination with other races to include both Hispanic and Not Hispanic Black persons.

[10] The Alone category includes only surveyed persons who selected one race (*e.g.,* single race Black or single race White, etc.).

9

17. Thus, the Senate and House Illustrative plans were developed to retain substantial number of districts and clusters of the 2023 enacted plans. In the northeast portion of the state, however, new clusters were generated for each of the Illustrative plans.

18. I also generated data and thematic maps layers of 2022 5-Year ACS data at the county level, and reviewed them for district commonalities using socioeconomic attributes. Data and color maps using quintile[11] ranges reflected commonalities with counties combined within districts. The Illustrative Plans' geographic focus was the northeast region of the state.

19. Using the data, I observed that many counties in the northeast section of the state reflected high levels of socioeconomic commonalities. Practically all of the counties combined to form new majority Black districts showed similar socioeconomic and communities of interest aspects such as income, education, poverty, and others (see Section VII).[12]

20. Counties, and then Voting Districts ("VTDs") within them, were used as the primary building block for the plan.[13] In addition, I endeavored to form compact districts, minimize political subdivision splits, and preserve communities of interest, all of which are included in North Carolina's redistricting guidelines (see below).

21. Finally, when developing the Illustrative plans, I referenced and relied upon North Carolina's redistricting criteria established by the North Carolina General Assembly (NCGA),[14] adherence to the U.S. Constitution, North Carolina Constitution, and the Federal Voting Rights Act, and those criteria the Supreme Court has provided in determining whether a district is reasonably configured under *Gingles* 1: compactness, contiguity, preserving political subdivisions, and respecting communities of interest. In drawing the Illustrative plans, I also considered race, exploring whether it was possible to draw reasonably configured *Gingles* 1 districts that comport with traditional redistricting criteria. As I drew, I balanced my consideration of race with the legal requirements and traditional redistricting criteria outlined above, never prioritizing race above other considerations.

---

[11] Quintile divide the geographic features into five equal or approximately equal ranges that are sorted from top to bottom using a specific attribute. I generated counties and census tracts thematic maps using quintile ranges.

[12] For example, Pasquotank County is the only county included in the demonstrative *Gingles* districts that does not fall in one of the bottom two quintiles for income. However, Pasquotank County does fall in the bottom three quintiles in other measures, and only part of Pasquotank County is included in any demonstrative *Gingles* district, and all whole counties included do fall in one of the bottom two quintiles.

[13] For the most part, VTDs attempt to mimic voting precinct boundaries; however, VTDs always follow census block geography.

[14] The North Carolina House established redistricting criteria for House districts while the Senate passed criteria for Senate districts.

Case 1:23-cv-01057-TDS-JLW   Document 101-6   Filed 04/21/25   Page 11 of 77

22. For reference, North Carolina's 2023 redistricting guidelines established by the North Carolina General Assembly include the following criteria for House districts:[15]

- Draw House districts to be within plus or minus 5% of the ideal district population.

- Draw Congressional districts to comply with federal standards for equal population.

- Draw House and Congressional districts that are contiguous. Contiguity by a point is not permitted but contiguity by water is permissible.

- Draw House districts within county groupings as described by *Stephenson v. Bartlett*, 355 N.C. 354, 562 S.E.2d 377 (2002), and subsequent decisions by the NC Supreme Court. The county groupings used in the 2022 House Plan are sufficient.

- Within county groupings, only draw House districts that traverse county lines one time at most.

- New districts will be drawn and the map drawer will not be bound by the location of prior district lines.

- Data identifying the race of individuals or voters shall not be used in the construction or consideration of districts in the 2023 Congressional and House plans.

- To the extent feasible, draw districts that are visually reasonably compact. No mathematical tests are required.

- Take reasonable measures to draw districts that respect and follow contiguous municipal boundaries.

- Take reasonable measures to draw districts that do not split VTDs.

- Election results from the following elections may be considered:

  o 2020 Presidential; 2020 Governor of North Carolina; 2020 Lieutenant Governor of North Carolina; 2020 U.S. Senator from North Carolina; 2020 Attorney General of North Carolina.

  o 2022 U.S. Senator from North Carolina; both 2022 elections for Supreme Court of North Carolina.

- To the extent feasible, do not doublebunk incumbents of any party into the same district.

---

[15]https://www.ncleg.gov/Committees/CommitteeInfo/SenateStanding/154/Documents/16032

- An incumbent House member's local knowledge of communities of interest may be considered.

23. Also, North Carolina's 2023 redistricting guidelines established by the Senate include the following criteria for Senate districts:[16]

- **Equal Population**. The Committee chairs will use the 2020 federal decennial census data as the sole basis of population for the establishment of districts in the 2023 Senate Plan. In forming new legislative districts, any deviation from the ideal population for a legislative district shall be at or within plus or minus five percent for purposes of compliance with federal "one-person, one-vote" requirements. *Stephenson v. Bartlett*, 357 N.C. 301 (2003) (*Stephenson II*).

- **County Groupings and Traversals**. The Committee chairs shall draw legislative districts within county groupings as required by *Stephenson v. Bartlett*, 355 N.C. 354 (2002) (*Stephenson I*), *Stephenson II*, *Dickson v. Rucho*, 367 N.C. 542 (2014) (*Dickson I*) and *Dickson v. Rucho*, 368 N.C. 481 (2015) (*Dickson II*). Within county groupings, county lines shall not be traversed except as authorized by *Stephenson I*, *Stephenson II*, *Dickson I*, and *Dickson II*.

- **Traditional Districting Principles**. We observe that the State Constitution's limitations upon redistricting and apportionment uphold what the United States Supreme Court has termed "traditional districting principles." These principles include factors such as "compactness, contiguity, and respect for political subdivisions." *Stephenson II* (quoting *Shaw v. Reno*, 509 U.S. 630 (1993).

- **Compactness**. Communities of interest should be considered in the formation of compact and contiguous electoral districts. *Stephenson II.*

- **Contiguity**. Each Senate district shall at all times consist of contiguous territory. N.C. CONST. art. II, § 3. Contiguity by water is sufficient.

- **Respect for Existing Political Subdivisions**. County lines, VTDs and municipal boundaries may be considered when possible in forming districts that do not split these existing political subdivisions.

- **Racial Data**. Data identifying the race of individuals or voters shall *not* be used in the drafting of districts in the 2023 Senate Plan.

- **Political Considerations**. Politics and political considerations are inseparable from districting and apportionment. *Gaffney v. Cummings*, 412 U.S. 735 (1973). The General Assembly may consider partisan advantage and incumbency protection in the application of its discretionary redistricting decisions…but it

---

[16] https://www.ncleg.gov/Committees/CommitteeInfo/SenateStanding/154/Documents/16032

must do so in conformity with the State Constitution. *Stephenson II*. To hold that legislators cannot take partisan interests into account when drawing district lines would essentially countermand the Framers' decision to entrust districting to political entities. *Rucho v. Common Cause,* 588 U.S. ___ (2019).

- **Incumbent Residence**. Incumbent residence may be considered in the formation of Senate districts.

24. A summary and explanation of the criteria which I used to develop and evaluate the Illustrative plan includes the following:

- **Equal Population.** The "One person, One vote" principle of the Fourteenth Amendment's Equal Protection Clause directs that state House districts be equally populated. The courts have ruled that state House districts should be held under a "substantial" equality standard.[17] Although the courts have accepted an overall population deviation of up to 10% between the lowest and highest populated state legislative districts, the North Carolina guidelines refine it further to +/-5% for each district, which is the principle I use here as well.[18]

- **Contiguity.** The NCGA House and Senate guidelines include a requirement for contiguity. Contiguity ensures that no parts of a district are physically separated from the remainder of the district. Water is allowable to connect portions of districts however, no point contiguity or lasso-contiguity is allowed.

- **Counties, Groupings, and Traversals.** To minimize county splits, the state of North Carolina has adopted county grouping or cluster guidance in accordance with *Stephenson v. Bartlett.* However, strict adherence to the county clustering system can be relaxed when necessary to comply with the Voting Rights Act (VRA). Thus, when necessary to adhere to the VRA, drawing districts within county groupings dictated by *Stephenson v. Bartlett* may not be strictly required.

- **Racial Data.** The state includes a criteria "not" using race of individuals or voters in the construction or consideration of districts in the Congressional, House, and Senate plans. However, compliance with Section 2 of the Voting Rights Act typically requires the consideration of race. This has been reaffirmed in the recent case, *Allen v. Milligan*. Also, as described above, my consideration of race was done in balance with the legal requirements and traditional redistricting criteria outlined by the General Assembly. Drawing on my experience as a demographer, I

---

[17] A series of Supreme Court cases helped define the equal population criteria, beginning with: *Baker v. Carr*, 369 U.S. 186 (1962); *Gray v Sanders*, 372 U.S. 368 (1963); and *Wesberry v. Sanders*, 376 U.S. 1 (1964).

[18] The overall deviation of 10% is calculated using the Ideal Population (calculated by dividing the jurisdiction total population by the number of districts). This ensures that the difference between the lowest populated district and the highest populated district do not deviate more than 10%.

was able to ensure that the use of race did not predominate during the development of the Illustrative Plans.

- **Compactness.** The state's guidelines include "to the extent feasible, draw districts that are visually reasonably compact." Compactness refers to how irregularly shaped or dispersed a district is and usually compared to an ideal compact area (usually a circle). The first *Gingles* precondition requires that majority minority districts are "geographically compact."[19] Although the General Assembly's criteria state that "No mathematical tests are required," geographic and "reasonable" compactness are usually demonstrated by analyzing the majority minority districts using compactness measures.[20] Many compactness measures, such as the ones used in this report, are developed such that the resultant value exists between 0 and 1, whereby the closer the value is to 1, the more compact the district. The districts were analyzed using two of the most widely used compactness measures, Reock and Polsby-Popper.[21]

- **Minimize Political Subdivision Splits**. The state guidelines state that the Legislature shall "Take reasonable measures to draw districts that do not split VTDs." The Committees may also consider municipal boundaries in its drawing. In addition, the state guidelines respect and follow contiguous municipal boundaries. In some instances, following municipal boundaries may require splitting a VTD.

- **Election Data.** Partisan considerations and election results data were not used in the drawing of district plans.

- **Member Residence.** Member's residences were not considered in the formation of legislative districts.

- **Community Consideration (Communities of Interest).** The state's criteria include that "An incumbent House member's local knowledge of communities of interest may be considered." Respect for or preservation of COIs aims to maintain a specific population group within a defined geographic area where the group shares one or more common interests (e.g., economic, social, cultural, ethnic

---

[19] See *Thornburg v. Gingles,* 478 U.S. 30 (1986)*. The *Gingles* case requires plaintiffs to show that the minority group "is sufficiently numerous and geographically compact to form a majority in a single-member district."

[20] Compactness measures quantify the geographic shape of the districts as compared to a designated perfectly compact shape, such as a circle.

[21] Maptitude for Redistricting documentation defines the compactness measures: 1) Reock - "…the Reock test computes the ratio of the area of the district to the area of the minimum enclosing circle for the district." and 2) Polsby-Popper - "The Polsby-Popper test computes the ratio of the district area to the area of a circle with the same perimeter: 4pArea/(Perimeter2)."

interests, etc.).[22] The term communities of interest may also, in certain circumstances, include political subdivisions such as counties, municipalities, Census Designated Places (CDPs),[23] tribal lands and reservations, or school districts."

Minimizing splits tends to ensure that these voters can collectively vote for the same representatives. In addition to cities, towns, and CDPs, Caliper's dataset of landmarks (based on U.S. Census Bureau data) that was used to provide an additional measurable metric on preserving COIs. The House district criteria mention COIs and the Senate guidelines do not. However, traditional redistricting criteria includes COIs as a standard criteria and thus I considered COIs in my drawing of Illustrative plans and analyzed and compared the plan's using COIs as well.

25. Finally, after drawing a full Illustrative Plan, I generated reports from Maptitude summarizing the Plan's performance on a set of traditional redistricting criteria and relevant conclusions. These reports and conclusions are discussed below and included in the appendices.

## VI. Demographic Profile of the State, Northeast Region, and Triad

### A.    Introduction

26. I reviewed the major race and ethnicity populations for the state of North Carolina. In particular, I consulted the 2010 and 2020 decennial censuses and analyzed their respective total population and VAP increase or decrease. For CVAP data, I reviewed the most recent available year, which was 2022 5-Yr ACS data.

### B.    North Carolina – Total Population:

27. According to the decennial censuses of 2010 and 2020, North Carolina's total population grew from 9,535,483 to 10,439,388 persons—an increase of 9.48%—between 2010 and 2020. (see Table 1).

28. From 2010 to 2020, the Black population also increased from 2,151,456 to 2,344,553, and the percentage remained largely consistent, with only a slight decrease from 22.56% to 22.46%. The White population increased slightly from 6,223,995 persons in 2010 to 6,312,148 persons in 2020—an increase of 88,153 persons. However, the

---

[22] https://redistricting.lls.edu/redistricting-101/where-are-the-lines-drawn/#communities+of+interest
[23] Census Designated Places (CDPs) are often viewed as COIs when evaluating plans. CDPs are created by the U.S. Census Bureau for statistical purposes but are commonly defined locally by the community and have no governmental body.

White population decreased significantly as a percentage of the total population from 65.27% to 60.46% (see Table 1).

**Table 1 –Total Population by Race/Ethnicity (2010 - 2020) for North Carolina**

| Race/Ethnicity | 2010 | | 2020 | | Inc/Dec | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Total Population | 9,535,483 | 100.00% | 10,439,388 | 100.00% | 903,905 | 9.48%* |
| Hispanic or Latino | 800,120 | 8.39% | 1,118,596 | 10.72% | 318,476 | 2.32% |
| White | 6,223,995 | 65.27% | 6,312,148 | 60.46% | 88,153 | -4.81% |
| Black | 2,019,854 | 21.18% | 2,107,526 | 20.19% | 87,672 | -0.99% |
| American Indian | 108,829 | 1.14% | 100,886 | 0.97% | -7,943 | -0.17% |
| Asian | 206,579 | 2.17% | 340,059 | 3.26% | 133,480 | 1.09% |
| Pacific Islander | 5,259 | 0.06% | 6,980 | 0.07% | 1,721 | 0.01% |
| Some Other Race | 15,088 | 0.16% | 46,340 | 0.44% | 31,252 | 0.29% |
| **APBlack** | **2,151,456** | **22.56%** | **2,344,553** | **22.46%** | **193,097** | **-0.10%** |

Source: U.S. Census Bureau PL94-171 data for 2010, 2020
Note: Race categories are Alone (Single Race) Not Hispanic except for the APBlack population, which is "Any Part".
*The increase in total population from 2010 to 2020

C.     North Carolina – State Voting Age Population (VAP)

29. According to the decennial censuses of 2010 and 2020, North Carolina's Voting Age Population (VAP) grew from 7,253,848 to 8,155,099 persons—an increase of 11.05% —between 2010 and 2020 (see Table 2).

30. As with the total population, from 2010 to 2020, the Black VAP also increased. From 2010 to 2020, the Black population grew from 1,536,233 persons in 2010 to 1,743,052 persons in 2020 – an increase of 206,819 persons and an increase as a percentage of North Carolina's total VAP from 21.18% to 21.37%. The White VAP increased from 4,964,325 persons in 2010 to 5,189,633 persons in 2020 – an increase of 225,308 persons. However, White VAP decreased as a percentage of the total VAP from 68.44% to 63.64% (see Table 2).

16

**Table 2 – Voting Age Population by Race/Ethnicity (2010 - 2020) for North Carolina**

| Race/Ethnicity | 2010 | | 2020 | | Inc/Dec | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Total VAP | 7,253,848 | 100.00% | 8,155,099 | 100.00% | 901,251 | 11.05%* |
| Hispanic or Latino VAP | 492,330 | 6.79% | 724,311 | 8.88% | 231,981 | 2.09% |
| White VAP | 4,964,325 | 68.44% | 5,189,633 | 63.64% | 225,308 | -4.80% |
| Black VAP | 1,480,769 | 20.41% | 1,620,569 | 19.87% | 139,800 | -0.54% |
| American Indian VAP | 79,295 | 1.09% | 77,335 | 0.95% | -1,960 | -0.14% |
| Asian VAP | 152,537 | 2.10% | 257,602 | 3.16% | 105,065 | 1.06% |
| Pacific Islander VAP | 3,791 | 0.05% | 5,144 | 0.06% | 1,353 | 0.01% |
| Some Other Race VAP | 7,167 | 0.10% | 30,113 | 0.37% | 22,946 | 0.27% |
| **APBlack VAP** | **1,536,233** | **21.18%** | **1,743,052** | **21.37%** | **206,819** | **0.20%** |

Source: U.S. Census Bureau PL94-171 data for 2010, 2020
Note: Race categories are Alone (Single Race) Not Hispanic except for the APBlack VAP
population, which is "Any Part".
*The increase in total population from 2010 to 2020

D.    North Carolina Northeast Region – Total Population

31. I also examined major racial demographic data for the counties encompassing the
Illustrative plan's additional majority Black districts. Specifically, I reviewed the
counties located in the northeast region of the state: the counties of Bertie,
Edgecombe, Gates, Greene, Halifax, Hertford, Lenoir, Martin, Nash, Northampton,
Pasquotank, Pitt, Vance, Warren Wayne, and Wilson. I also examined major
racial demographic data for Camden and Currituck counties, which are not included in my
illustrative districts but are in the northeast part of the state, at the request of counsel.

32. According to the decennial censuses of 2010 and 2020, North Carolina's Northeast
Region total population decreased from 905,279 to 864,134 persons—a decrease of
4.55%—between 2010 and 2020. (See Table 3).

33. As with the total regional population, from 2010 to 2020, the Black regional
population also decreased. From 2010 to 2020, the Black regional population declined
from 361,881 to 334, 239 (from 39.97% to 38.68% of the region's population). The
White regional population decreased more than the Black population, going from
463,002 persons in 2010 to 416,916 persons in 2020 – a decrease of 46,086 persons.
White regional population also decreased as a percentage of the total regional
population from 51.14% to 48.25% (see Table 3).

17

**Table 3 –Total Population by Race/Ethnicity (2010 - 2020) for NC Northeast Region**

| Race/Ethnicity | 2010 | | 2020 | | Inc/Dec | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Total Population | 905,279 | 100% | 864,134 | 100.00% | -41,145 | -4.55% |
| Hispanic or Latino | 53,792 | 5.94% | 67,311 | 7.79% | 13,519 | 1.85% |
| White | 463,002 | 51.14% | 416,916 | 48.25% | -46,086 | -2.90% |
| Black | 361,881 | 39.97% | 334,239 | 38.68% | -27,642 | -1.30% |
| American Indian | 5,901 | 0.65% | 5,386 | 0.62% | -515 | -0.03% |
| Asian | 7,475 | 0.83% | 8,673 | 1.00% | 1,198 | 0.18% |
| Pacific Islander | 251 | 0.03% | 327 | 0.04% | 76 | 0.01% |
| Some Other Race | 1,161 | 0.13% | 3,195 | 0.37% | 2,034 | 0.24% |
| **APBlack** | **372,886** | **41.19%** | **354,224** | **40.99%** | **-18,662** | **-0.20%** |

Note: Race categories are Alone (Single Race) Not Hispanic except for the Black population, which is "Any Part".
*The decrease in total population from 2010 to 2020
Source: U.S. Census Bureau PL94-171 data for 2010, 2020

E.    North Carolina Northeast Region – Voting Age Population (VAP)

34. A map of these northeast counties, with BVAP indicated with shading VTDs is shown below in Figure 1.  The dark orange and burgundy color VTDs reflect a majority APBVAP. The orange colored VTDs are between 40% to 50% APBVAP. The figure shows the northeast section of the state consists of significant counties with majority APBVAP VTDs as well as many with greater than 40% APBVAP.



**Figure 1 - North Carolina NE Region BVAP Percentage - VTDs**

35. According to the decennial censuses of 2010 and 2020, North Carolina's Northeast Region's Voting Age Population (VAP) reduced from 692,512 to 677,940 persons—a decrease of 2.10% —between 2010 and 2020 (see Table 4).

36. As with the total population, from 2010 to 2020, the Black VAP also decreased. From 2010 to 2020, the Black population declined from 268,206 to 258,255 (from 38.73% to 38.09% of the region's population). The White VAP decreased from 374,827 persons in 2010 to 345,360 persons in 2020 – a decrease of 29,467 persons. White VAP also decreased as a percentage of the total regional VAP from 54.13% to 40.94% (see Table 4).

**Table 4 – Voting Age Population by Race/Ethnicity (2010 - 2020) for NC Northeast Region**

| Race/Ethnicity | 2010 | | 2020 | | Inc/Dec | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Total VAP | 692,512 | 100% | 677,940 | 100.00% | -14,572 | -2.10%* |
| Hispanic or Latino VAP | 32,682 | 4.72% | 43,092 | 6.36% | 10,410 | 1.64% |
| White VAP | 374,827 | 54.13% | 345,360 | 50.94% | -29,467 | -3.18% |
| Black VAP | 268,206 | 38.73% | 258,255 | 38.09% | -9,951 | -0.64% |
| American Indian VAP | 4,536 | 0.66% | 4,320 | 0.64% | -216 | -0.02% |
| Asian VAP | 5,754 | 0.83% | 6,923 | 1.02% | 1,169 | 0.19% |
| Pacific Islander VAP | 207 | 0.03% | 284 | 0.04% | 77 | 0.01% |
| Some Other Race VAP | 513 | 0.07% | 2,077 | 0.31% | 1,564 | 0.23% |
| **APBlack VAP** | **273,088** | **39.43%** | **269,332** | **39.73%** | **-3,756** | **0.29%** |

Source: U.S. Census Bureau PL94-171 data for 2010, 2020
Note: Race categories are Alone (Single Race) Not Hispanic except for the Black population, which is "Any Part".
*The decrease in total population from 2010 to 2020

37. Comparing the regional and state population, the northeast regional population followed the state's population trends. Overall, for the state and northeast region, both the White and Black population decreased in population and decreased in percentage from 2010 to 2020. However, the White population percentage decreased substantially more than the Black population.

F.    Triad Region (Forsyth-Guilford) – Total Population

38. I also examined major racial demographic data for the Triad counties, specifically Forsyth and Guilford.

39. According to the decennial censuses of 2010 and 2020, North Carolina's Triad counties region total population increased from 839,076 to 923,889 persons—an increase of 10.11%—between 2010 and 2020. (see Table 5).

40. As with the total Triad regional population, from 2010 to 2020, the Black regional population also increased. From 2010 to 2020, the Black regional population grew from 261,106 to 298,640 (from 31.12% to 32.32% of the region's population). The White Triad regional population decreased going from 471,162 persons in 2010 to 463,766 persons in 2020 – a decrease of 7,396 persons. White regional population also decreased as a percentage of the total Triad regional population from 56.15% to slightly over half at 50.20% (see Table 5).

**Table 5 – Total Population by Race/Ethnicity (2010 - 2020) for NC Triad Region**

| Race/Ethnicity | 2010 | | 2020 | | Inc/Dec | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Total Population | 839,076 | 100.00% | 923,889 | 100.00% | 84,813 | 10.11%* |
| Hispanic or Latino | 76,601 | 9.13% | 106,840 | 11.56% | 30,239 | 2.43% |
| White | 471,162 | 56.15% | 463,766 | 50.20% | -7,396 | -5.96% |
| Black | 246,515 | 29.38% | 273,161 | 29.57% | 26,646 | 0.19% |
| American Indian | 2,965 | 0.35% | 2,896 | 0.31% | -69 | -0.04% |
| Asian | 25,486 | 3.04% | 37,898 | 4.10% | 12,412 | 1.06% |
| Pacific Islander | 349 | 0.04% | 449 | 0.05% | 100 | 0.01% |
| Some Other Race | 1,819 | 0.22% | 4,473 | 0.48% | 2,654 | 0.27% |
| **APBlack** | **261,106** | **31.12%** | **298,640** | **32.32%** | **37,534** | **1.21%** |

Note: Race categories are Alone (Single Race) Not Hispanic except for the Black population, which is "Any Part".
*The increase in total population from 2010 to 2020
Source: U.S. Census Bureau PL94-171 data for 2010, 2020

G.    Triad Region (Forsyth-Guilford) – Voting Age Population (VAP)

41. According to the decennial censuses of 2010 and 2020, North Carolina's Triad (Forsyth-Guilford) Regions Voting Age Population (VAP) increased from 639,192 to 721,151 persons—an increase of 12.82% —between 2010 and 2020 (see Table 6).

42. As with the total population, from 2010 to 2020, the Black VAP also increased. From 2010 to 2020, the Black population increased 188,517 to 223,504 (from 29.49% to 30.99% of the Triad region's population). The White VAP increased from 383,068 persons in 2010 to 388,190 persons in 2020 – an increase of 5,122 persons. White VAP decreased as a percentage of the total regional VAP from 59.93% to 53.83% (see Table 6).

**Table 6 – Voting Age Population by Race/Ethnicity (2010 - 2020) for NC Triad Region**

|  | 2010 | | 2020 | | Inc/Dec | |
|---|---|---|---|---|---|---|
| **Race/Ethnicity** | **#** | **%** | **#** | **%** | **#** | **%** |
| Total VAP | 639,192 | 100.00% | 721,151 | 100.00% | 81,959 | 12.82%* |
| Hispanic or Latino VAP | 46,062 | 7.21% | 68,101 | 9.44% | 22,039 | 2.24% |
| White VAP | 383,068 | 59.93% | 388,190 | 53.83% | 5,122 | -6.10% |
| Black VAP | 181,668 | 28.42% | 209,388 | 29.04% | 27,720 | 0.61% |
| American Indian VAP | 2,286 | 0.36% | 2,343 | 0.32% | 57 | -0.03% |
| Asian VAP | 18,119 | 2.83% | 28,344 | 3.93% | 10,225 | 1.10% |
| Pacific Islander VAP | 235 | 0.04% | 314 | 0.04% | 79 | 0.01% |
| Some Other Race VAP | 772 | 0.12% | 2,962 | 0.41% | 2,190 | 0.29% |
| **APBlack VAP** | 188,517 | 29.49% | 223,504 | 30.99% | 34,987 | 1.50% |

Source: U.S. Census Bureau PL94-171 data for 2010, 2020
Note: Race categories are Alone (Single Race) Not Hispanic except for the Black population, which is "Any Part".
*The decrease in total population from 2010 to 2020

43. Comparing the Triad regional and state population, both the state and the Triad regional population increased. For the state, the White population increased in population but decreased in percentage from 2010 to 2020. For the Triad region, the White population both decreased in population and decreased in percentage from 2010 to 2020. In addition, both the Triad and state's Black population percentage moved closer to the White population percentage.

44. A map of these Triad counties, with BVAP indicated with shading within VTDs, is shown below in Figure 2. The dark orange and burgundy color census tracts reflect a majority APBVAP. The orange colored VTDs are between 40% to 50% APBVAP. The figure clearly shows the two concentrated areas with considerable Majority Black VTDs within Forsyth and Guilford counties as well as many with greater than 40% APBVAP.

Case 1:23-cv-01057-TDS-JLW    Document 101-6    Filed 04/21/25    Page 23 of 77



**Figure 2 - North Carolina Triad Region BVAP Percentage - VTDs**

## VII. North Carolina Regions – Major Socioeconomic Indicators by County

45. I reviewed the 2022 5 Year ACS data for several regions and clusters with North Carolina. The data was obtained at the county level from Demographic Profile reports, DP02, DP03, and DP04. I extracted commonly used socioeconomic indicators for each of the counties by region reflecting various socioeconomic variables. The following socioeconomic attributes that were extracted are included in the tables below (detailed tables are included in Appendix E).

- % of persons with a High School Degree or greater (HSDeg+%)
- % of Households with a computer (Computer%)
- % of persons in households using food stamps or SNAP (FdStamp%)
- Median Household Income (MedHHInc)
- % of civilian population with no healthcare (NoHlthIns%)
- % of persons in Families below the poverty level (BelPov%)
- % of occupied housing with rent (Renter%)

23

- Median Housing Values (MedHseVal)

46. The statewide breakdown of these socioeconomic attributes are shown below in Table 7.

### Table 7 - State of North Carolina's Major Socioeconomic Attributes

| County | HSDeg+ % | Computer % | FdStamp % | Med HHInc $ | NoHlthIns % | BelPov % | Renter % | Med HseVal $ |
|--------|----------|------------|-----------|-------------|-------------|----------|----------|--------------|
| State | 90.20% | 95.37% | 12.25% | 66,186 | 10.51% | 13.33% | 33.79% | 259,000 |

Source: U.S. Census Bureau 2022 5-Yr ACS Data

47. The regions reviewed included most of the Northeast portion of North Carolina (Vance, Warren, Halifax, Northampton, Hertford, Gates, Pasquotank, Bertie, Martin, Edgecombe, Nash, Wilson, Pitt, Greene, Wayne, Lenoir Counties), and the Triad (Guilford & Forsyth Counties). I also examined Camden and Currituck counties, which are not included in my illustrative districts but are in the northeast part of the state, at the request of counsel. (see Tables 8 and 9).

### Table 8 - Northeast Counties Major Socioeconomic Attributes

| County | HSDeg+ % | Computer % | FdStamp % | Med HHInc $ | NoHlthIns % | BelPov % | Renter % | Med HseVal $ |
|--------|----------|------------|-----------|-------------|-------------|----------|----------|--------------|
| Bertie | 80.54% | 82.09% | 25.76% | 41,652 | 11.95% | 21.4 | 19.44% | 87,500 |
| Camden | 92.26% | 94.68% | 9.12% | 79,120 | 3.67% | 5.9 | 14.80% | 261,000 |
| Currituck | 92.84% | 96.29% | 6.45% | 82,793 | 11.17% | 8.5 | 8.56% | 314,100 |
| Edgecombe | 85.58% | 84.45% | 22.94% | 46,370 | 11.55% | 22.0 | 31.74% | 106,200 |
| Gates | 90.49% | 90.83% | 13.83% | 55,750 | 7.44% | 14.3 | 17.49% | 153,000 |
| Greene | 76.07% | 89.09% | 21.83% | 50,320 | 16.88% | 22.6 | 28.37% | 108,300 |
| Halifax | 81.12% | 84.85% | 28.90% | 41,629 | 10.34% | 23.9 | 29.59% | 98,700 |
| Hertford | 83.89% | 84.66% | 26.58% | 46,196 | 10.79% | 20.3 | 29.31% | 103,600 |
| Lenoir | 82.06% | 88.51% | 24.31% | 43,063 | 10.82% | 22.4 | 34.98% | 101,600 |
| Martin | 81.98% | 88.67% | 21.23% | 44,799 | 8.17% | 20.5 | 28.09% | 99,200 |
| Nash | 86.56% | 90.78% | 16.74% | 56,770 | 11.56% | 14.5 | 30.60% | 162,100 |
| Northampton | 83.50% | 83.21% | 23.61% | 45,698 | 11.18% | 18.7 | 19.74% | 96,000 |
| Pasquotank | 89.70% | 92.63% | 17.64% | 61,411 | 10.73% | 11.6 | 31.64% | 201,500 |
| Pitt | 90.20% | 92.20% | 14.45% | 54,915 | 10.15% | 20.0 | 43.58% | 178,700 |
| Vance | 84.67% | 88.94% | 23.09% | 48,340 | 12.50% | 18.7 | 34.06% | 133,000 |
| Warren | 85.45% | 83.62% | 22.66% | 42,282 | 11.19% | 21.2 | 19.86% | 121,300 |
| Wayne | 85.74% | 90.57% | 19.51% | 54,323 | 12.15% | 17.9 | 34.32% | 152,300 |
| Wilson | 83.41% | 84.04% | 18.35% | 49,827 | 12.05% | 20.4 | 35.91% | 153,800 |

Source: U.S. Census Bureau 2022 5-Year ACS Data Profile DP02, DP03, DP04

**Table 9 - Forsyth-Guilford Counties Major Socioeconomic Attributes**

| County | HSDeg+ % | Computer % | Fdstamp % | Med HHInc $ | NoHlthIns % | BelPov % | Renter % | Med HseVal $ |
|--------|----------|------------|-----------|-------------|-------------|----------|----------|--------------|
| Forsyth | 89.22% | 94.36% | 12.88% | 61,229 | 10.49% | 15.2 | 34.08% | 205,700 |
| Guilford | 90.10% | 92.95% | 14.46% | 62,880 | 9.16% | 15.1 | 36.91% | 215,700 |

Source: U.S. Census Bureau 2022 5-Year ACS Data Profile DP02, DP03, DP04

48. Counties located in the northeast section of North Carolina possess similar socioeconomic characteristics. Each of the northeast Majority Black districts are constructed combining counties that have one or more common socioeconomic aspects. For example, Figure 3 presents a thematic map of the county's median household income. The colors represent five different quintiles ranges. The northeast section of counties that make up the Majority Black districts are colored mostly in dark blue which indicates the lowest quintiles for median household income. See Appendix E for additional thematic maps.



**Figure 3 - North Carolina Counties Median Household Income**

Case 1:23-cv-01057-TDS-JLW    Document 101-6    Filed 04/21/25    Page 26 of 77

## VIII. North Carolina Regions – Major Socioeconomic Indicators by Race/Ethnicity

49. I also reviewed and compared several counties grouped by race/ethnicity and by regions or clusters using the 2022 5 Year ACS data. This analysis provides useful data on socioeconomic disparities between Black and White population within the state and regions.

50. The data was obtained at the county level from ACS data tables including S1501, S1903, S2701 and B25077. I extracted commonly used socioeconomic indicators for each of the regions reflecting income, education, health, and housing across racial demographics. The following socioeconomic attributes that were extracted are included in the tables below.

A.    Education: Percent High School Degree or Higher

### Table 10 - % High School Degree or Higher by Major Race/Ethnicity by Regions or Clusters

| % High School Degree or Higher by Major Race/Ethnicity for Northeast Counties | | | |
|---|---|---|---|
| County Name | All% | Black% | White% |
| Bertie | 80.54% | 76.96% | 86.96% |
| Camden | 92.26% | 90.74% | 92.65% |
| Currituck | 92.84% | 94.90% | 93.58% |
| Edgecombe | 85.58% | 84.41% | 89.42% |
| Gates | 90.49% | 88.66% | 90.98% |
| Greene | 76.07% | 73.08% | 86.03% |
| Halifax | 81.12% | 77.39% | 88.56% |
| Hertford | 83.89% | 81.44% | 88.90% |
| Lenoir | 82.06% | 81.03% | 86.71% |
| Martin | 81.98% | 77.19% | 84.80% |
| Nash | 86.56% | 83.74% | 91.51% |
| Northampton | 83.50% | 79.34% | 88.55% |
| Pasquotank | 89.70% | 86.62% | 92.28% |
| Pitt | 90.20% | 84.63% | 95.57% |
| Vance | 84.67% | 81.58% | 90.29% |
| Warren | 85.45% | 81.77% | 93.23% |
| Wayne | 85.74% | 86.81% | 91.49% |
| Wilson | 83.41% | 80.08% | 90.78% |
| % High School Degree or Higher by Major Race/Ethnicity for Forsyth-Guilford Cluster | | | |
| County Name | All% | Black% | White% |
| Forsyth | 89.22% | 88.81% | 93.73% |
| Guilford | 90.10% | 89.14% | 94.32% |

Source: U.S. Census Bureau 2022 5-Yr ACS Data, S1501 Table
Note: Race categories are Alone or single race.

26

51. Reviewing the regions, the Black population had a lower percentage of persons with high school education or greater than the White population in every county except for Currituck County. It is notable that Currituck County does not contain a majority Black senate or house district for any of my developed Illustrative plans.

B.    Income: Median Household Income

### Table 11 - County Median Household Income by Major Race/Ethnicity by Regions or Clusters

| Median Household Income by Major Race/Ethnicity for Northeast Counties | | | |
|---|---|---|---|
| County Name | All | Black | White |
| Bertie | 41,652 | 32,522 | 63,942 |
| Camden | 79,120 | 76,827 | 76,275 |
| Currituck | 82,793 | 54,869 | 85,504 |
| Edgecombe | 46,370 | 38,570 | 63,022 |
| Gates | 55,750 | 45,467 | 69,431 |
| Greene | 50,320 | 35,600 | 60,589 |
| Halifax | 41,629 | 30,508 | 58,468 |
| Hertford | 46,196 | 39,834 | 57,823 |
| Lenoir | 43,063 | 35,429 | 53,989 |
| Martin | 44,799 | 34,399 | 60,852 |
| Nash | 56,770 | 47,649 | 68,775 |
| Northampton | 45,698 | 38,140 | 60,160 |
| Pasquotank | 61,411 | 58,688 | 69,195 |
| Pitt | 54,915 | 42,615 | 66,543 |
| Vance | 48,340 | 39,836 | 56,071 |
| Warren | 42,282 | 32,469 | 63,569 |
| Wayne | 54,323 | 42,194 | 64,961 |
| Wilson | 49,827 | 35,131 | 66,646 |
| Median Household Income by Major Race/Ethnicity for Forsyth-Guilford Cluster | | | |
| County Name | All | Black | White |
| Forsyth | 61,229 | 40,436 | 74,402 |
| Guilford | 62,880 | 46,894 | 78,438 |

Source: U.S. Census Bureau 2022 5-Yr ACS Data, S1903 Tables
Note: Race categories are Alone or single race.

52. Reviewing the regions, the Black population had a lower median household income than the White population in every county except for Camden County. Camden County does not contain a majority Black senate or house district for any of my developed Illustrative plans.

C.    Health: Percent without Health Insurance

**Table 12 - % without Health Insurance of Regions or Clusters**

| % without Health Insurance by Race for Northeast Counties | | | |
|---|---|---|---|
| **County Name** | **All** | **Black** | **White** |
| Bertie | 11.95% | 13.29% | 9.24% |
| Camden | 3.67% | 2.64% | 3.97% |
| Currituck | 11.17% | 9.67% | 9.38% |
| Edgecombe | 11.55% | 11.92% | 9.88% |
| Gates | 7.44% | 5.69% | 7.40% |
| Greene | 16.88% | 12.65% | 9.28% |
| Halifax | 10.34% | 8.78% | 9.97% |
| Hertford | 10.79% | 9.12% | 12.20% |
| Lenoir | 10.82% | 10.07% | 7.81% |
| Martin | 8.17% | 9.07% | 6.99% |
| Nash | 11.56% | 12.19% | 7.65% |
| Northampton | 11.18% | 11.03% | 11.06% |
| Pasquotank | 10.73% | 10.61% | 10.51% |
| Pitt | 10.15% | 10.82% | 6.84% |
| Vance | 12.50% | 11.40% | 10.88% |
| Warren | 11.19% | 13.40% | 5.99% |
| Wayne | 12.15% | 10.24% | 8.90% |
| Wilson | 12.05% | 12.95% | 6.42% |
| % without Health Insurance by Race for Forsyth-Guilford Cluster | | | |
| **County Name** | **All** | **Black** | **White** |
| Forsyth | 10.49% | 11.46% | 6.45% |
| Guilford | 9.16% | 9.66% | 5.76% |

Source: U.S. Census Bureau 2022 5-Yr ACS Data, S2701 Table
Note: Race categories are Alone or single race.

53. Reviewing the regions, the Black population had a higher percentage of persons without health insurance than the White population in thirteen of the eighteen northeast counties.

28

D.    Housing: Median Housing Values and Percent Renting

**Table 13 - Median Housing Values by Race for Regions and Clusters**

| Median Housing Values by Race for Forsyth-Guilford Cluster | | | |
|---|---|---|---|
| County Name | All | Black | White |
| Forsyth | 205,700 | 160,700 | 225,100 |
| Guilford | 215,700 | 156,500 | 242,800 |
| Median Housing Values by Race for Northeast Counties | | | |
| County Name | All | Black | White |
| Bertie | 87,500 | 74,700 | 139,500 |
| Camden | 261,000 | 213,800 | 268,000 |
| Currituck | 314,100 | 324,100 | 319,400 |
| Edgecombe | 106,200 | 94,900 | 120,800 |
| Gates | 153,000 | 121,100 | 183,700 |
| Greene | 108,300 | 92,500 | 121,000 |
| Halifax | 98,700 | 86,100 | 120,700 |
| Hertford | 103,600 | 96,500 | 114,700 |
| Lenoir | 101,600 | 79,200 | 117,800 |
| Martin | 99,200 | 90,800 | 102,200 |
| Nash | 162,100 | 139,200 | 171,900 |
| Northampton | 96,000 | 80,900 | 137,500 |
| Pasquotank | 201,500 | 167,800 | 210,800 |
| Pitt | 178,700 | 135,600 | 195,300 |
| Vance | 133,000 | 110,900 | 155,900 |
| Warren | 121,300 | 85,900 | 205,800 |
| Wayne | 152,300 | 125,200 | 170,100 |
| Wilson | 153,800 | 129,800 | 166,600 |
| Median Housing Values by Race for Forsyth-Guilford Cluster | | | |
| County Name | All | Black | White |
| Forsyth | 205,700 | 160,700 | 225,100 |
| Guilford | 215,700 | 156,500 | 242,800 |

Source: U.S. Census Bureau 2022 5-Yr ACS Data, B25077 Tables
Note: Race categories are Alone or single race.

54. Reviewing the regions, the Black population had a lower median housing value than the White population in every county except for Currituck County. It is notable that Currituck County does not contain a majority Black senate or house district for any of my developed Illustrative plans.

29

**Table 14 - % Renting by Major Race/Ethnicity of Regions or Clusters**

| % Renting by Race for Northeast Counties | | | |
|---|---|---|---|
| **County Name** | **Renter%** | **Black** | **White** |
| Bertie | 25.07% | 29.84% | 16.88% |
| Camden | 15.94% | 28.14% | 13.59% |
| Currituck | 12.50% | 28.20% | 11.00% |
| Edgecombe | 38.10% | 51.99% | 20.19% |
| Gates | 20.34% | 14.01% | 22.68% |
| Greene | 32.95% | 47.85% | 22.47% |
| Halifax | 36.50% | 46.94% | 23.41% |
| Hertford | 34.61% | 40.51% | 19.43% |
| Lenoir | 41.18% | 58.19% | 26.28% |
| Martin | 33.43% | 44.99% | 22.61% |
| Nash | 35.07% | 54.17% | 19.34% |
| Northampton | 28.18% | 33.28% | 19.90% |
| Pasquotank | 35.79% | 52.93% | 23.20% |
| Pitt | 48.78% | 65.51% | 37.40% |
| Vance | 40.97% | 54.26% | 25.06% |
| Warren | 29.56% | 44.02% | 13.19% |
| Wayne | 38.66% | 54.82% | 28.49% |
| Wilson | 40.51% | 61.25% | 22.31% |
| % Renting by Race for Forsyth-Guilford Cluster | | | |
| **County Name** | **Renter%** | **Black** | **White** |
| Forsyth | 38.08% | 58.71% | 27.46% |
| Guilford | 40.47% | 59.96% | 26.33% |

Source: U.S. Census Bureau 2022 5-Yr ACS Data, B25077 Tables
Note: Race categories are Alone or single race.

55. Reviewing the regions, the Black population had a higher rate of renting housing than the White population in every county except for Gates County.

56. Considering the socioeconomic indicators of Black residents in the examined counties in relation to those indicators (education, income, health, and housing) to the White residents in those counties and in the state as a whole, there is a clear relationship between race and socioeconomic status. In almost every instance, the Black population in those counties fared worse on these metrics than the White population in those counties, and worse than the state as a whole.

30

## IX. House Illustrative Plans A & B

### A. Illustrative Plans Introduction

57. Illustrative plans were developed using federal and North Carolina state redistricting criteria and, as the below Figures and Tables demonstrate, adhere to state and federal laws as well as traditional redistricting criteria. In addition to these redistricting criteria, the plan's maps and data reports summarized below also show that North Carolina's Black population is sufficiently large and geographically compact to constitute a majority in six single-member districts, thereby satisfying the first precondition of *Gingles*.[24]

58. The plan development decisions I made followed the state's redistricting criteria, with one important exception. I considered racial data during the development of the plans, as is appropriate in the context of Section 2 of the Voting Rights Act (VRA). My consideration of race data during the development process was balanced with all the other redistricting considerations outlined above, and I ensured that race did not predominate.

59. To develop the House Illustrative plans, I used the House Enacted Plan as a starting point. 104 of the 120 state house districts in Illustrative Plan A and 106 in Illustrative Plan B are identical to those in the House Enacted Plan (see Appendix D). The House Illustrative plans show that it is possible to draw a plan with additional majority Black state house districts, particularly in the northeast region of the state, while adhering to the redistricting criteria of compactness, contiguity, respect for political subdivisions, and factors identifying communities of interest. The Illustrative plans are only intended to demonstrate that a plan can be created that adheres to traditional redistricting criteria and satisfy the first precondition of *Gingles*.[25]

### B. House Illustrative Plan A

60. Figure 4 presents the northeast section of House Illustrative Plan A. House Illustrative Plan A contains six majority Black house districts including HD 5, 12, 23, 24, 25, and 27. The House Enacted Plan in the northeast section of North Carolina contains two majority Black districts, HD 23, and HD 27 (see Appendix D).

---

[24]See *Thornburg v. Gingles,* 478 U.S. 30, 50-51 (1986). The first precondition of *Gingles* requires demonstration that the minority population is sufficiently numerous and geographically compact to enable the creation of at least one single-member majority-minority district.

[25] It should be understood that many variations of this plan could be generated that incorporate additional political and community desires and continue to adhere to federal and state redistricting criteria and contain six majority Black districts to satisfy the first precondition of *Gingles*.



**Figure 4 – House Illustrative Plan A for Northeast Districts**

61. House Illustrative Plan A retains the configuration of 104 Districts from the 2023 Enacted House Plan. For this plan, I used the cluster option (Duke_House 03) used for the 2023 Enacted House Plan, and my plan only alters ten cluster groupings from this option, all in the eastern part of the state.

C.    House Illustrative Plan A - District 5

62. House Illustrative Plan A's District 5 is located on the northern border of the state with Northampton wholly contained, the majority of Edgecombe, and a portion of Halifax County (see Figure 5). The largest city within HD 5 is Roanoke Rapids with 13,533 persons (see Table 15). Out of the 83,586 persons in the district, 44,121 reside in municipalities and CDPs. The remaining 39,465 reside in unincorporated areas.

32



**Figure 5 – House Illustrative Plan A District 5**

**Table 15 - House Illustrative Plan A District 5's Top 10 Populated Census Places**

| Census Places | TTLPop | % |
|---|---|---|
| Roanoke Rapids City | 13,533 | 88.86% |
| Tarboro Town | 10,721 | 100.00% |
| Rocky Mount City | 5,737 | 10.56% |
| Scotland Neck Town | 1,640 | 100.00% |
| Weldon Town | 1,444 | 100.00% |
| Princeville Town | 1,254 | 100.00% |
| Pinetops Town | 1,200 | 100.00% |
| Gaston Town | 1,008 | 100.00% |
| Garysburg Town | 904 | 100.00% |
| Rich Square Town | 894 | 100.00% |
| Total Population of District 5 Places | 44,121 | |

Source: U.S. Census Bureau 2020 Census Data; Maptitude Report Data

63. The counties of Edgecombe, Halifax, and Northampton show socioeconomic commonalities. For example, according to the 2022 5-Yr ACS, Edgecombe, Halifax, and Northampton counties are in the bottom quintiles of the state for high school degree or greater and median household income (see Appendix E).

D.  House Illustrative Plan A - District 12

64. House Illustrative Plan A's District 12 is located on the eastern side of I-95 within the city of Goldsboro with portions of Greene, Lenoir, and Wayne counties (see Figure 6). The largest city within HD 12 is Goldsboro City with 32,860 persons (see Table 16). Out of the 84,028 persons in the district, 55,271 reside in municipalities and CDPs. The remaining 28,757 reside in unincorporated areas.



**Figure 6 – House Illustrative Plan A District 12**

**Table 16 - North Carolina State House District 12's Census Places**

| Census Places | TTLPop | % |
|---|---|---|
| Goldsboro City | 32,860 | 97.63% |
| Kinston City | 15,254 | 76.65% |
| Elroy CDP | 1,895 | 50.47% |
| New Hope CDP | 1,588 | 100.00% |
| Snow Hill Town | 1,481 | 100.00% |
| Maury CDP | 1,404 | 100.00% |
| Hookerton Town | 413 | 100.00% |
| Graingers CDP | 229 | 100.00% |
| Grifton Town | 147 | 6.00% |
| Total Population of District 12 Places | 55,271 | |

Source: U.S. Census Bureau 2020 Census Data; Maptitude Report Data

34

65. The counties of Greene, Lenoir, and Wayne show socioeconomic commonalities. For example, according to the 2022 5-Yr ACS, Greene, Lenoir, and Wayne counties are in the bottom quintiles of the state for high school degree or greater and median household income (see Appendix E).

E.   House Illustrative Plan A - District 23

66. House Illustrative Plan A's District 23 is located on the northern border of the state with three counties wholly contained (Bertie, Gates, and Hertford) and two counties partly contained (Martin and Pasquotank) (see Figure 7). The largest city within HD 23 is Elizabeth City with 17,084 persons (see Table 17). Out of the 87,455 persons in the district, 36,696 reside in municipalities and CDPs. The remaining 50,759 reside in unincorporated areas.



**Figure 7 – House Illustrative Plan A District 23**

35

**Table 17 - North Carolina State House District 23's Top 10 Populated Census Places**

| Census Place | TTLPop | % |
|---|---|---|
| Elizabeth City | 17,084 | 91.70% |
| Ahoskie Town | 4,891 | 100.00% |
| Windsor Town | 3,582 | 100.00% |
| Williamston Town | 2,627 | 50.06% |
| Murfreesboro Town | 2,619 | 100.00% |
| Robersonville Town | 1,269 | 100.00% |
| Aulander Town | 763 | 100.00% |
| Winton Town | 629 | 100.00% |
| Lewiston Woodville Town | 426 | 100.00% |
| Hamilton Town | 306 | 100.00% |
| Total Population of District 23 Places | 36,696 | |

Source: U.S. Census Bureau 2020 Census Data; Maptitude Report Data

67. The counties of Bertie, Gates, Hertford, Martin, and Pasquotank show socioeconomic commonalities. For example, according to the 2022 5-Yr ACS, Bertie, Gates, Hertford, and Martin counties are in the bottom quintiles of the state for high school degree or greater and median household income (see Appendix E). Pasquotank County is close in socioeconomic makeup, occupying the middle quintile for the same attributes.

F.    House Illustrative Plan A - District 24

68. House Illustrative Plan A's District 24 consists of two counties, Wilson and Pitt (see Figure 8). The largest city within HD 24 is Wilson with 37,163 persons (see Table 18). Out of the 87,767 persons in the district, 67,872 reside in municipalities and CDPs. The remaining 19,895 reside in unincorporated areas.

36



**Figure 8 – House Illustrative Plan A District 24**

**Table 18 - North Carolina State House District 24's Top 10 Populated Census Places**

| Census Places | TTLPop | % |
|---|---|---|
| Wilson City | 37,163 | 77.66% |
| Greenville City | 22,585 | 25.81% |
| Farmville Town | 4,461 | 100.00% |
| Elm City Town | 1,218 | 100.00% |
| Stantonsburg Town | 762 | 100.00% |
| Bell Arthur CDP | 477 | 100.00% |
| Sharpsburg Town | 421 | 24.81% |
| Fountain Town | 385 | 100.00% |
| Saratoga Town | 353 | 100.00% |
| Falkland Town | 47 | 100.00% |
| Total Population of District 24 Places | 67,872 | |

Source: U.S. Census Bureau 2020 Census Data; Maptitude Report Data

69. Once again, the counties of Pitt and Wilson possess socioeconomic commonalities. For example, according to the 2022 5-Yr ACS, Pitt and Wilson counties are in the bottom quintiles of the state for high school degree or greater and median household income (see Appendix E).

37

G.    House Illustrative Plan A - District 25

70. House Illustrative Plan A's District 25 consists of two counties, Edgecombe and Nash (see Figure 9). The largest city within HD 25 is Rocky Mount with 48,604 persons (see Table 19). The portion of Edgecombe contained within the district encompasses additional areas of Rocky Mount. Out of the 82,701 persons in the district, 60,847 reside in municipalities and CDPs. The remaining 21,854 reside in unincorporated areas.



**Figure 9 – House Illustrative Plan A District 25**

**Table 19 - North Carolina State House District 25's Census Places**

| Census Places | TTLPop | % |
|---|---|---|
| Rocky Mount City | 48,604 | 89.44% |
| Nashville Town | 5,632 | 100.00% |
| Red Oak Town | 3,342 | 100.00% |
| Spring Hope Town | 1,309 | 100.00% |
| Dortches Town | 1,082 | 100.00% |
| Whitakers Town | 337 | 53.75% |
| Momeyer Town | 277 | 100.00% |
| Castalia Town | 264 | 100.00% |
| Sharpsburg Town | 0 | 0.00% |
| Total Population of District 25 Places | 60,847 | |

Source: U.S. Census Bureau 2020 Census Data; Maptitude Report Data

38

71. Once again, the counties of Pitt and Wilson possess socioeconomic commonalities. For example, according to the 2022 5-Yr ACS, Pitt and Wilson counties are in the bottom quintiles of the state for high school degree or greater and median household income (see Appendix E).

## H. House Illustrative Plan A - District 27

72. House Illustrative Plan A's District 27 is located at the northern state border. The district encompasses three counties, Halifax, Vance, and Warren (see Figure 10). Vance and Warren are wholly contained within HD 27. The largest city within HD 27 is Henderson with 15,060 persons (see Table 20). Out of the 82,939 persons in the district, 24,764 reside in municipalities and CDPs. The remaining 58,175 reside in unincorporated areas.



**Figure 10 – House Illustrative Plan A District 27**

Case 1:23-cv-01057-TDS-JLW    Document 101-6    Filed 04/21/25    Page 40 of 77

**Table 20 - House Illustrative Plan A District 27's Top 10 Populated Census Places**

| Census Places | TTLPop | % |
|---|---|---|
| Henderson City | 15,060 | 100.00% |
| South Rosemary CDP | 2,753 | 100.00% |
| Roanoke Rapids City | 1,696 | 11.14% |
| South Henderson CDP | 988 | 100.00% |
| Enfield Town | 976 | 52.33% |
| Norlina Town | 920 | 100.00% |
| Warrenton Town | 851 | 100.00% |
| Hollister CDP | 618 | 100.00% |
| Littleton Town | 559 | 100.00% |
| Kittrell Town | 132 | 100.00% |
| Total Population of District 27 Places | 24,764 | |

Source: U.S. Census Bureau 2020 Census Data; Maptitude Report Data

I.      House Illustrative Plan A Redistricting Criteria

Introduction

73. House Illustrative Plan A performs well when reviewing the redistricting criteria established by the NCGA.

Equal Population

74. House Illustrative Plan A satisfies the one person-one vote requirement of equal population. The overall population deviation is identical to the House Enacted Plan, 9.89% (See Appendix D). The 9.89% deviation is within the acceptable overall range for state legislative district's NCGA redistricting criteria.

Contiguity

75. House Illustrative Plan A and the House Enacted Plan are both contiguous.

Compactness

76. Using two compactness measures, Reock and Polsby-Popper, House Illustrative Plan A is similarly compact as the House Enacted Plan. A detailed analysis of House Illustrative Plan A's compactness can be found in the *Gingles I* Analysis section below.

Minimize Political Subdivision Splits

77. House Illustrative Plan A contains 44 county splits and five VTDs splits. The House Enacted Plan has 36 county splits and 6 VTD splits. The House Enacted Plan

40

performs somewhat better reviewing county splits while House Illustrative Plan A performs better analyzing VTD splits.

Community Consideration (Communities of Interest)

78. House Illustrative Plan A splits 141 Census Places while the House Enacted Plan splits 132. The Illustrative Plan splits 322 landmark areas while the House Enacted Plan splits 330. In addition, all of the northeast majority Black districts were developed by combining counites that contained similar socioeconomic attributes or communities of interest (see Table 8).

J.    House Illustrative Plan A - Satisfying *Gingles'* Sufficiently Large Component

79. The first component of the precondition of *Gingles* requires demonstrating that one or more majority-minority districts can be developed in which the minority population is "sufficiently large" to constitute a majority.[26] In the context of this analysis, this means showing the creation of two or more Majority Black congressional districts within the state of North Carolina. The term "majority" has been reaffirmed to mean greater than 50% VAP and in many cases 50% CVAP for the minority population within the district.[27]

80. The Illustrative Plan A includes six Majority Black districts (using VAP and CVAP[28]), within the northeastern portion of North Carolina (see Tables 21 & 22). The resulting demographic data for the Illustrative Plans demonstrates that the numerosity requirement for the first *Gingles* precondition has been satisfied. In other words, the North Carolina state house map can contain six districts in the northeastern part of the state with a Majority Black population measured by both APBVAP and APBCVAP. APBCVAP reflects the "Any Part Black" used for Total and VAP. However, APBVAP includes Not Hispanic Black Alone plus Not Hispanic Black and White combined plus Not Hispanic Black and American Indian combined CVAP.

81. The Illustrative Plan's Majority Black districts also adhere to traditional and state redistricting criteria relating to house districts, demonstrating that the Black population is sufficiently compact to form the majority in a reasonably configured district, as required by the first *Gingles* precondition.

---

[26] *Thornburg v. Gingles*, 478 U.S. 30, 50-51 (1986).
[27] *Bartlett v. Strickland*, 556 U.S. 1 (2009).
[28] Although many times the focus is on voting age population, the Illustrative Plan has been developed to contain a majority of Black citizen voting age population for each Majority Black district as well.

41

**Table 21 – House Illustrative Plan A's NE Majority Black District's VAP**

| District | VAP | WVAP | WVAP % | AP BVAP | AP BVAP % |
|---|---|---|---|---|---|
| 5 | 66,772 | 29,707 | 44.49% | 33,527 | 50.21% |
| 12 | 65,912 | 26,483 | 40.18% | 33,216 | 50.39% |
| 23 | 70,465 | 30,407 | 43.15% | 35,272 | 50.06% |
| 24 | 67,808 | 26,997 | 39.81% | 34,030 | 50.19% |
| 25 | 64,999 | 27,812 | 42.79% | 32,881 | 50.59% |
| 27 | 65,656 | 26,473 | 40.32% | 33,345 | 50.79% |

Note: WVAP includes Not Hispanic Alone category, APBVAP includes "Any Part" Black (which contains Hispanic Black VAP).
Source: U.S. Census Bureau 2020 Census Data extracted from Maptitude for Redistricting reports

**Table 22 – House Illustrative Plan A's NE Majority Black Districts CVAP**

| District | CVAP | WCVAP | WCVAP % | AP BCVAP | AP BCVAP % |
|---|---|---|---|---|---|
| 5 | 64,834 | 28,707 | 44.28% | 33,837 | 52.19% |
| 12 | 62,481 | 25,466 | 40.76% | 32,875 | 52.62% |
| 23 | 68,929 | 30,935 | 44.88% | 34,543 | 50.11% |
| 24 | 63,706 | 27,433 | 43.06% | 32,130 | 50.43% |
| 25 | 63,967 | 28,138 | 43.99% | 33,315 | 52.08% |
| 27 | 63,281 | 26,038 | 41.15% | 33,021 | 52.18% |

Note: All race data are Not Hispanic Alone categories. HVAP includes all race categories. APBCVAP included Not Hispanic Black Alone plus Not Hispanic Black and White combined plus Not Hispanic Black and American Indian combined CVAP.
Source: U.S. Census Bureau 2022 5-Year ACS Data extracted from Maptitude for Redistricting reports

82. Reviewing the APBVAP and APBCVAP results for District's 5, 12, 23, 24, 25, and 27 reveals that these six House districts are Majority Black. The House Enacted Plan contains only two Majority Black districts (HD 23 and 27) in the northeast section of the state (see Appendix D). Thus, the first component of the first precondition of *Gingles* is clearly met with four additional Majority Black districts satisfying the "sufficiently large" element.

K.   House Illustrative Plan A – Satisfying *Gingles'* Geographically Compact Component

83. The second component of the first *Gingles* precondition is to show that the minority population is "geographically compact". This is shown by demonstrating that the

42

minority population is compact enough to be drawn into a reasonably configured majority-minority district.

84. Various measures have been developed in order to quantify the compactness of a district and plan. I used two popular measures to determine compactness: Reock and Polsby-Popper. Both of these measures indicate a more compact district as the value moves closer to 1.

85. House Illustrative Plan A's northeast Majority Black districts range from values of 0.32 to 0.50 for Reock, and 0.18 to 0.39 for Polsby-Popper (see Table 23). Viewing the compactness measures of a particular plan itself provides some context to the compactness of the plan. However, a comparative analysis with one or more plans is desired when determining whether a plan is sufficiently compact. Preferably, a plan should be compared to a previously enacted plan that has been approved.

86. One of the ways of comparing compactness between different plans is to compare the mean or average of the measures. The overall mean compactness measures for the entire plan are 0.43 for Reock and 0.34 for Polsby Popper. The House Enacted Plan's means are 0.44 for Reock and 0.35 for Polsby Popper. Thus, reviewing the means, House Illustrative Plan A and House Enacted Plan are similarly compact with the differences insignificant.

**Table 23 – House Illustrative Plan A's Compactness Comparison to House Enacted Plan**

| | Plan A | | House Enacted | | Best | Best |
|---|---|---|---|---|---|---|
| | Reock | Polsby-Popper | Reock | Polsby-Popper | | |
| Sum | N/A | N/A | N/A | N/A | | |
| Min | 0.22 | 0.16 | 0.22 | 0.16 | | |
| Max | 0.64 | 0.76 | 0.64 | 0.76 | | |
| Mean | 0.43 | 0.34 | 0.44 | 0.35 | Enacted | Enacted |
| Std. Dev. | 0.08 | 0.11 | 0.08 | 0.11 | | |
| **District** | **Reock** | **Polsby-Popper** | **Reock** | **Polsby-Popper** | **Best** | **Best** |
| 5 | 0.38 | 0.31 | 0.28 | 0.30 | **Plan A** | **Plan A** |
| 12 | 0.32 | 0.18 | 0.31 | 0.29 | **Plan A** | Enacted |
| 23 | 0.41 | 0.24 | 0.46 | 0.36 | Enacted | Enacted |
| 24 | 0.35 | 0.29 | 0.56 | 0.60 | Enacted | Enacted |
| 25 | 0.49 | 0.34 | 0.40 | 0.45 | **Plan A** | Enacted |
| 27 | 0.50 | 0.39 | 0.44 | 0.35 | **Plan A** | **Plan A** |
| | | | | | **TTLReock** | **TTLPP** |
| | | | | **Plan A** | 4 | 2 |
| | | | | **Enacted** | 2 | 4 |
| | | | | **Equal** | 0 | 0 |

Source: Illustrative Plan A and House Enacted Plan Maptitude Compactness report.

87. When analyzing House Illustrative Plan A's Majority Black districts on a district by districts basis, four of the six districts perform better than the House Enacted Plan's corresponding district using Reock. For Polsby-Popper, the House Enacted Plan performs better in four of the six corresponding districts. (see Table 23). When analyzing all of the districts using Reock, Illustrative Plan A performs better in six districts while the House Enacted Plan performs better in ten districts (see Appendix D). There were 104 districts that performed the same using Reock. Using Polsby-Popper the Illustrative Plan performs better in six districts while the House Enacted Plan performs better in nine districts. There were 105 districts that performed the same using Polsby-Popper.

88. Using a third method when analyzing House Illustrative Plan A's Majority Black districts, all of the districts perform better than the minimum compactness measure in the House Enacted Plan. Illustrative Plan A's northeast Majority Black districts range from values of 0.32 to 0.50 for Reock, and 0.18 to 0.39 for Polsby-Popper. The House Enacted Plan's minimum compactness measures are 0.22 for Reock and 0.16 for Polsby-Popper. Thus, all Illustrative Plan A's Majority Black districts are more compact than the least compact districts in the House Enacted Plan.

89. Reviewing the mean, the district-by-district, and minimum compactness analyses, Illustrative Plan A performs similarly, equally or better than the House Enacted Plan. Thus, the second component of the first precondition of *Gingles I* has been satisfied.

L.    House Illustrative Plan B

90. Figure 11 presents the northeast section of House Illustrative Plan B. Similar to House Illustrative Plan A, House Illustrative Plan B also contains six majority Black house districts including HD 5, 8, 23, 24, 25, and 27. The House Enacted Plan in the northeast section of North Carolina contains two majority Black districts, HD 23 and HD 27 (see Appendix D). House Illustrative Plan B closely aligns itself with House Illustrative Plan A. As House Illustrative Plan B's HD 5, 23, 25, and 27 are identical to the districts in Illustrative Plan A, this section will focus on HD 8 and HD 24.



**Figure 11 – House Illustrative Plan B for Northeast Districts**

91. House Illustrative Plan B retains the configuration of 106 Districts from the 2023 Enacted House Plan. For this plan, I used the cluster option (Duke_House 03) used for the 2023 Enacted House Plan, and my plan only alters eight cluster groupings from this option, all in the eastern part of the state.

M.   House Illustrative Plan B - District 8

92. House Illustrative Plan B's District 8's is wholly contained within Pitt County (see Figure 12). The largest city within HD 8 is Greenville with 44,316 persons, which is over half of the district's population (see Table 24). Out of the 82,772 persons in the district, 60,854 reside in municipalities and CDPs. The remaining 21,918 reside in unincorporated areas.



**Figure 12 – House Illustrative Plan B District 8**

**Table 24 - North Carolina State House District 8's Census Places**

| Census Places | TTLPop | % |
|---|---|---|
| Greenville City | 44,316 | 50.63% |
| Winterville Town | 6,982 | 66.74% |
| Farmville Town | 4,461 | 100.00% |
| Ayden Town | 2,498 | 50.19% |
| Bethel Town | 1,373 | 100.00% |
| Bell Arthur CDP | 477 | 100.00% |
| Fountain Town | 385 | 100.00% |
| Belvoir CDP | 315 | 100.00% |
| Falkland Town | 47 | 100.00% |
| Total Population of District 8 Places | 60,854 | |

Source: U.S. Census Bureau 2020 Census Data; Maptitude Report Data

Case 1:23-cv-01057-TDS-JLW     Document 101-6     Filed 04/21/25     Page 47 of 77

93. One of the goals of House Illustrative Plan B was to create two wholly contained HDs within Pitt County. HD 8 and 9 achieved this goal by creating two reasonably compact districts with acceptable population deviations. In addition, all of the census places are wholly contained within either HD 8 or 9 with the exception of three (Greenville, Winterville, and Ayden)

N. House Illustrative Plan B - District 24

94. House Illustrative Plan B's District 24 encompasses three counties, Greene, Lenoir, and Wilson (see Figure 13). Similar to Illustrative Plan A, the largest city within HD 24 is Wilson with 35,283 persons (see Table 25). Out of the 89,984 persons in the district, 55,273 reside in municipalities and CDPs. The remaining 34,711 reside in unincorporated areas.



**Figure 13 – House Illustrative Plan B District 24**

Case 1:23-cv-01057-TDS-JLW    Document 101-6    Filed 04/21/25    Page 48 of 77

**Table 25 - North Carolina State House District 24's Top 10 Populated Census Places**

| Census Places | TTLPop | % |
|---|---|---|
| Wilson City | 35,283 | 73.74% |
| Kinston City | 13,369 | 67.18% |
| Snow Hill Town | 1,481 | 100.00% |
| Maury CDP | 1,404 | 100.00% |
| Elm City Town | 1,218 | 100.00% |
| Stantonsburg Town | 762 | 100.00% |
| Sharpsburg Town | 421 | 24.81% |
| Hookerton Town | 413 | 100.00% |
| Saratoga Town | 353 | 100.00% |
| Graingers CDP | 229 | 100.00% |
| Total Population of District 24 Places | 55,273 | |

Source: U.S. Census Bureau 2020 Census Data; Maptitude Report Data

95. Once again, the counties of Greene, Lenoir, and Wilson possess socioeconomic commonalities. For example, according to the 2022 5-Yr ACS, Greene, Lenoir, and Wilson counties are in the bottom quintiles of the state for high school degree or greater and median household income (see Appendix E).

O.     House Illustrative Plan B Redistricting Criteria

Introduction

96. House Illustrative Plan B performs well when reviewing the redistricting criteria established by the NCGA.

Equal Population

97. House Illustrative Plan B satisfies the one person-one vote requirement of equal population. As with House Illustrative Plan B, the overall population deviation is 9.90% which is an insignificantly .01% higher than the House Enacted Plan, 9.89% (See Appendix D). Both the Illustrative Plan B and the House Enacted Plan's deviation are within the acceptable overall range for state legislative district's NCGA redistricting criteria.

Contiguity

98. House Illustrative Plan B and the House Enacted Plan are both contiguous.

<u>Compactness</u>

99. Using two compactness measures, Reock and Polsby-Popper, House Illustrative Plan B is similarly compact as the House Enacted Plan. A detailed analysis of House Illustrative Plan B's compactness can be found in the *Gingles I* Analysis section below.

<u>Minimize Political Subdivision Splits</u>

100. Illustrative Plan B contains 42 county splits and ten VTDs splits. The House Enacted Plan has 36 county splits and 6 VTD splits. The House Enacted Plan performs somewhat better reviewing county and VTD splits.

<u>Community Consideration (Communities of Interest)</u>

101. House Illustrative Plan B splits 143 Census Places while the House Enacted Plan splits 132. The Illustrative Plan splits 326 landmark areas while the House Enacted Plan splits 330. In addition, all of the northeast majority Black districts were developed by combining counties that contained similar socioeconomic attributes or communities of interest (see Table 8). House Illustrative Plan B performs better in regard to COI using landmark data.

P.     <u>House Illustrative Plan B: Satisfying *Gingles'* Sufficiently Large Component</u>

102. Illustrative Plan B include six Majority Black districts (using VAP and CVAP[29]), within the northeastern portion of North Carolina (see Tables 26 & 27). The resulting demographic data for the Illustrative Plans demonstrates that the numerosity requirement of the first *Gingles* precondition has been satisfied. In other words, the North Carolina House map can contain six districts with a Majority Black population measured by both APBVAP and APBCVAP. APBCVAP reflects the "Any Part Black" used for Total and VAP.

103. The House Illustrative Plan B's Majority Black districts also adhere to traditional and state redistricting criteria relating to House districts, demonstrating that the Black population is sufficiently compact to form the majority in a reasonably configured district, as required by the first *Gingles* precondition.

---

[29] Although many times the focus is on voting age population, the Illustrative Plan has been developed to contain a majority of Black citizen voting age population for each Majority Black district as well.

Case 1:23-cv-01057-TDS-JLW     Document 101-6     Filed 04/21/25     Page 50 of 77

**Table 26 – House Illustrative Plan B's NE Majority Black District's Voting Age Population**

| District | VAP | WVAP | WVAP % | AP BVAP | AP BVAP % |
|---|---|---|---|---|---|
| 5 | 67,148 | 28,886 | 43.02% | 33,631 | 50.08% |
| 8 | 62,666 | 25,288 | 40.35% | 31,339 | 50.01% |
| 23 | 66,954 | 29,355 | 43.84% | 34,078 | 50.90% |
| 24 | 70,507 | 27,604 | 39.15% | 35,490 | 50.34% |
| 25 | 64,999 | 27,812 | 42.79% | 32,881 | 50.59% |
| 27 | 65,474 | 26,825 | 40.97% | 32,794 | 50.09% |

Note: WVAP includes Not Hispanic Alone category, APBVAP includes "Any Part" Black (which contains Hispanic Black VAP).
Source: U.S. Census Bureau 2020 Census Data extracted from Maptitude for Redistricting reports

**Table 27 – House Illustrative Plan B's NE Majority Black Districts CVAP**

| District | CVAP | WCVAP | WCVAP % | AP BCVAP | AP BCVAP % |
|---|---|---|---|---|---|
| 5 | 65,792 | 29,606 | 45.00% | 33,127 | 50.35% |
| 8 | 58,266 | 26,151 | 44.88% | 29,269 | 50.23% |
| 23 | 65,450 | 28,438 | 43.45% | 34,811 | 53.19% |
| 24 | 66,454 | 26,486 | 39.86% | 34,996 | 52.66% |
| 25 | 63,967 | 28,138 | 43.99% | 33,315 | 52.08% |
| 27 | 62,665 | 26,307 | 41.98% | 32,047 | 51.14% |

Note: All race data are Not Hispanic Alone categories. HVAP includes all race categories. APBCVAP included Not Hispanic Black Alone plus Not Hispanic Black and White combined plus Not Hispanic Black and American Indian combined CVAP.
Source: U.S. Census Bureau 2022 5-Year ACS Data extracted from Maptitude for Redistricting reports

104.    Reviewing the APBVAP and APBCVAP results for District's 5, 8, 23, 24, 25, and 27 reveals that these six House districts are Majority Black. The House Enacted Plan contains only two Majority Black districts (HD 23 and 27) in the northeast section of the state (see Appendix D). Thus, the first component of the first precondition of *Gingles* is clearly met with four additional Majority Black districts satisfying the "sufficiently large" element.

Q.    House Illustrative Plan B – Satisfying *Gingles'* Geographically Compact Component

105.    The second component of the first *Gingles* precondition is to show that the minority population is "geographically compact". This is shown by demonstrating

50

that the minority population is compact enough to be drawn into a reasonably configured majority-minority district.

106. Various measures have been developed in order to quantify the compactness of a district and plan. I used two of the most popular measures to determine compactness: Reock and Polsby-Popper. Both of these measures indicate a more compact district as the value moves closer to 1.

107. Illustrative Plan B's northeast Majority Black districts range from values of 0.34 to 0.50 for Reock, and 0.22 to 0.37 for Polsby-Popper (see Table 28). Viewing the compactness measures of a particular plan itself provides some context to the compactness of the plan. However, a comparative analysis with one or more plans is desired when determining whether a plan is sufficiently compact. Preferably, a plan should be compared to a previously enacted plan that has been approved.

**Table 28 – House Illustrative Plan B's Compactness Comparison to House Enacted Plan**

| | Plan B | | House Enacted | | | |
|---|---|---|---|---|---|---|
| | Reock | Polsby-Popper | Reock | Polsby-Popper | Best | Best |
| Sum | N/A | N/A | N/A | N/A | | |
| Min | 0.22 | 0.16 | 0.22 | 0.16 | | |
| Max | 0.64 | 0.76 | 0.64 | 0.76 | | |
| Mean | 0.43 | 0.35 | 0.44 | 0.35 | Enacted | Equal |
| Std. Dev. | 0.08 | 0.11 | 0.08 | 0.11 | | |
| **District** | **Reock** | **Polsby-Popper** | **Reock** | **Polsby-Popper** | **Best** | **Best** |
| 5 | 0.41 | 0.22 | 0.28 | 0.30 | Plan B | Enacted |
| 8 | 0.47 | 0.37 | 0.51 | 0.36 | Enacted | Plan B |
| 23 | 0.38 | 0.30 | 0.46 | 0.36 | Enacted | Enacted |
| 24 | 0.34 | 0.28 | 0.56 | 0.60 | Enacted | Enacted |
| 25 | 0.49 | 0.34 | 0.40 | 0.45 | Plan B | Enacted |
| 27 | 0.50 | 0.36 | 0.44 | 0.35 | Plan B | Plan B |
| | | | | | **TTLReock** | **TTLPP** |
| | | | | Plan B | 3 | 2 |
| | | | | Enacted | 3 | 4 |
| | | | | Equal | 0 | 0 |

Source: Illustrative Plan B and House Enacted Plan Maptitude Compactness report.

108. The overall mean compactness measures for the entire plan are 0.43 for Reock and 0.35 for Polsby Popper. The House Enacted Plan's means are 0.44 for Reock and 0.35 for Polsby Popper. Thus, once again reviewing the means, Illustrative Plan B and House Enacted Plan are similarly compact with the differences insignificant.

51

109.    When analyzing House Illustrative Plan B's Majority Black districts on a district by districts basis, three of the six districts perform better than the House Enacted Plan's corresponding district using Reock. For Polsby-Popper, the House Enacted Plan performs better in two of the six corresponding districts. (see Table 28). When analyzing all of the districts using Reock, Illustrative Plan B performs better in five districts while the House Enacted Plan performs better in nine districts (see Appendix D). There were 106 districts that performed the same using Reock. Using Polsby-Popper, the Illustrative Plan performs better in five districts while the House Enacted Plan performs better in nine districts. There were 106 districts that performed the same using Polsby-Popper.

110.    When analyzing Illustrative Plan B's Majority Black districts using the minimum compactness scores, all of the districts perform better than the minimum compactness measure in the House Enacted Plan. Illustrative Plan B's northeast Majority Black districts range from values of 0.34 to 0.50 for Reock, and 0.22 to 0.37 for Polsby-Popper. The Enacted Plan's minimum compactness measures are 0.22 for Reock and 0.16 for Polsby-Popper. Thus, all Illustrative Plan B's Majority Black districts are more compact than the least compact districts in the House Enacted Plan.

111.    Reviewing the mean, the district-by-district, and minimum compactness analyses, the Illustrative Plan B performs similarly, equally, or better than the House Enacted Plan. Thus, the second component of the first precondition of *Gingles I*, has been satisfied.

## X.    Senate Illustrative Plan A

A.    <u>Senate Illustrative Plan A Introduction</u>

112.    Senate Illustrative Plan A was developed using federal and North Carolina state redistricting criteria. Figure 14 as well as the associated reports show that the senate Illustrative Plan A adhere to state and federal laws as well as traditional redistricting criteria. In addition to these redistricting criteria, the plan's maps and data reports summarized below also show that North Carolina's Black population is sufficiently large and geographically compact to constitute a majority in two single-member districts, thereby satisfying the first precondition of *Gingles*.[30]

113.    The plan development decisions I made followed the state's redistricting criteria, with one important exception. I considered racial data during the development of the plans, as is appropriate in the context of Section 2 of the Voting Rights Act (VRA). My consideration of race data during the development process was balanced with all

---

[30]See *Thornburg v. Gingles,* 478 U.S. 30, 50-51 (1986). The first precondition of *Gingles* requires demonstration that the minority population is sufficiently numerous and geographically compact to enable the creation of at least one single-member majority-minority district.

the other redistricting considerations outlined above, and I ensure that race did not predominate.

114. To develop the Senate Illustrative plans, I used the Senate Enacted Plan as a starting point. Forty-four of the 50 state senate districts in the Illustrative Plan A and 45 in Illustrative Plan B are identical to those in the Senate Enacted Plan (see Appendix D). The Senate Illustrative Plans show that it is possible to draw a plan with additional majority Black state senate districts, particularly in the northeast region of the state, while adhering to the redistricting criteria of compactness, contiguity, respect for political subdivisions, and factors identifying communities of interest. The Illustrative Plans are only intended to demonstrate that a plan can be created that adheres to traditional redistricting criteria and satisfies the first precondition of *Gingles*.[31]



**Figure 14 – Senate Illustrative Plan A for Northeast Districts**

---

[31] It should be understood that many variations of this plan could be generated that incorporate additional political and community desires and continue to adhere to federal and state redistricting criteria and contain two majority Black districts to satisfy the first precondition of *Gingles*.

115.    Figure 14 presents the northeast section of Senate Illustrative Plan A. Senate Illustrative Plan A contains two majority Black Seante districts, SD 2 and SD 5. The Senate Enacted Plan in the northeast section of North Carolina contains no majority Black districts (see Appendix D).

B.    <u>Illustrative Plan A – Senate District 2</u>

116.    Senate Illustrative Plan A's District 2 is situated on the northern border of the state. Senate District 2 consists of the whole counties of Bertie, Chowan, Gates, Halifax, Hertford, Northampton, Vance, Warren, and Washington (see Figure 15). The largest city within SD 2 is Roanoke Rapids with 15,229 persons with the city of Henderson following closely behind at 15,060 (see Table 29). All of its cities, towns, and CDPs are wholly contained within the district. Out of the 201,988 persons in the district, 73,797 reside in municipalities and CDPs. The remaining 128,191 reside in unincorporated areas.



**Figure 15 – Senate Illustrative Plan A - District 2**

117.    Senate Illustrative Plan A retains the configuration of 44 Districts from the 2023 Enacted Senate Plan. For this plan, I used the cluster option (Duke_Senate04) used for the 2023 Enacted Senate Plan, and my plan only alters six cluster groupings from this option, all in the eastern part of the state.

54

**Table 29 - Senate Illustrative Plan A - District 2's Top 10 Census Places**

| Census Places | TTLPop | % |
|---|---|---|
| Roanoke Rapids City | 15,229 | 100.00% |
| Henderson City | 15,060 | 100.00% |
| Ahoskie Town | 4,891 | 100.00% |
| Edenton Town | 4,460 | 100.00% |
| Windsor Town | 3,582 | 100.00% |
| Plymouth Town | 3,320 | 100.00% |
| South Rosemary CDP | 2,753 | 100.00% |
| Murfreesboro Town | 2,619 | 100.00% |
| Enfield Town | 1,865 | 100.00% |
| Scotland Neck Town | 1,640 | 100.00% |
| Total Population of District 2 Places | 73,797 | |

Source: U.S. Census Bureau 2020 Census Data; Maptitude Report Data

118.    The 9 counties of SD 2 possess socioeconomic commonalities. For instance, according to the 2022 5-Yr ACS, Bertie, Chowan, Halifax, Hertford, Northampton, Vance, Warren, and Washington counties are in the bottom two quintiles of the state for persons with high school degrees or greater and median household income (see Appendix E).

C.    Senate Illustrative Plan A - District 5

119.    Illustrative Plan A's Senate District 5 encompasses four counties, Edgecombe, Martin, Nash, and Pitt (see Figure 16). The largest city within SD 5 is Rocky Mount with 52,606 persons (see Table 30). Out of the 201,261 persons in the district, 135,931 reside in municipalities and CDPs. The remaining 65,330 reside in unincorporated areas.

55



**Figure 16 – Senate Illustrative Plan A - District 5**

**Table 30 - Senate Illustrative Plan A - District 2's Top 10 Populated Census Places**

| Census Places | TTLPop | % |
|---|---|---|
| Rocky Mount City | 52,606 | 96.81% |
| Greenville City | 42,854 | 48.96% |
| Tarboro Town | 10,721 | 100.00% |
| Nashville Town | 5,632 | 100.00% |
| Williamston Town | 5,248 | 100.00% |
| Farmville Town | 4,461 | 100.00% |
| Red Oak Town | 3,342 | 100.00% |
| Bethel Town | 1,373 | 100.00% |
| Robersonville Town | 1,269 | 100.00% |
| Princeville Town | 1,254 | 100.00% |
| Total Population of District 2 Places | 135,931 | |

Source: U.S. Census Bureau 2020 Census Data; Maptitude Report Data

Case 1:23-cv-01057-TDS-JLW    Document 101-6    Filed 04/21/25    Page 57 of 77

120.    The counties of Edgecombe, Martin, Nash, and Pitt possess socioeconomic
        commonalities. For example, according to the 2022 5-Yr ACS, Edgecombe and
        Martin counties are in the bottom two quintiles of the state for high school degree or
        greater and median household income (see Appendix E).

D.      Senate Illustrative Plan A - Redistricting Criteria

Introduction

121.    Senate Illustrative Plan A performs well when reviewing the redistricting criteria
        established by the NCGA.

Equal Population

122.    Senate Illustrative Plan A satisfies the one person-one vote requirement of equal
        population. The overall population deviation of Senate Illustrative Plan A is 9.99%
        which is identical to the Senate Enacted Plan (See Appendix D). This deviation is
        within the acceptable overall range for state legislative district's NCGA House and
        Senate redistricting criteria.

Contiguity

123.    Senate Illustrative Plan A and the Senate Enacted Plan are both contiguous.

Compactness

124.    Using two compactness measures, Reock and Polsby-Popper, Senate Illustrative
        Plan A is as similarly compact as the Senate Enacted Plan. A detailed analysis of
        Senate Illustrative Plan A's compactness can be found in the *Gingles I* Analysis
        section below.

Minimize Political Subdivision Splits

125.    Senate Illustrative Plan A contains 17 county splits and 12 VTDs splits. The
        Senate Enacted Plan has 15 county splits and 12 VTD splits. The Senate Enacted Plan
        performs slightly better reviewing county splits and equal with VTD splits.

Community Consideration (Communities of Interest)

126.    Senate Illustrative Plan A splits 79 Census Places while the Senate Enacted Plan
        splits 79. The Senate Illustrative Plan A splits 246 landmark areas while the Senate
        Enacted Plan splits 242. In addition, all of the northeast majority Black districts were
        developed by combining counites that contained similar socioeconomic attributes or
        communities of interest (see Table 8. Senate Illustrative Plan A performs equally to

57

the Senate Enacted Plan regarding COI of Census Places, while the Senate Enacted Plan performs slightly better using landmark data.

E.    Senate Illustrative Plan A - Satisfying *Gingles'* Sufficiently Large Component

127.    Senate Illustrative Plan A includes two Majority Black districts (using VAP and CVAP[32]), within the northeastern portion of North Carolina (see Tables 31 & 32). The resulting demographic data for the Illustrative Plans demonstrates that the numerosity requirement for the first *Gingles* precondition has been satisfied. In other words, the North Carolina state senate map can contain two districts with a Majority Black population measured by both APBVAP and APBCVAP. APBCVAP reflects the "Any Part Black" used for Total and VAP.

128.    The Senate Illustrative Plan A's Majority Black districts also adhere to traditional and state redistricting criteria relating to state senate districts, demonstrating that the Black population is sufficiently compact to form the majority in a reasonably configured district, as required by the first *Gingles* precondition.

### Table 31 – Senate Illustrative Plan A's NE Majority Black District's Voting Age Population

| District | VAP | WVAP | WVAP % | AP BVAP | AP BVAP % |
|:---:|:---:|:---:|:---:|:---:|:---:|
| 2 | 162,352 | 69877 | 43.04% | 81,583 | 50.25% |
| 5 | 156,649 | 66089 | 42.19% | 78,900 | 50.37% |

Note: WVAP includes Not Hispanic Alone category, APBVAP includes "Any Part" Black (which contains Hispanic Black VAP).
Source: U.S. Census Bureau 2020 Census Data extracted from Maptitude for Redistricting reports

### Table 32 – Senate Illustrative Plan A's NE Majority Black Districts CVAP

| District | CVAP | WCVAP | WCVAP % | AP BCVAP | AP BCVAP % |
|:---:|:---:|:---:|:---:|:---:|:---:|
| 2 | 157,985 | 68,795 | 43.55% | 81335 | 51.48% |
| 5 | 150,916 | 67,271 | 44.58% | 77608 | 51.42% |

Note: All race data are Not Hispanic Alone categories.
APBCVAP included Not Hispanic Black Alone plus Not Hispanic Black and White combined plus Not Hispanic Black and American Indian combined CVAP.
Source: U.S. Census Bureau 2022 5-Year ACS Data extracted from Maptitude for Redistricting reports

---

[32] Although many times the focus is on voting age population, the Senate Illustrative Plan has been developed to contain a majority of Black citizen voting age population for each Majority Black district as well.

58

129.	Reviewing the APBVAP and APBCVAP results for Senate Districts 2 and 5 shows that these two Senate districts are Majority Black. The Senate Enacted Plan contains no Majority Black districts in the northeast section of the state (see Appendix D). Thus, the first component of the first precondition of *Gingles* is clearly met with two additional Majority Black districts satisfying the "sufficiently large" element.

F.	Senate Illustrative Plan A – Satisfying *Gingles'* Geographically Compact Component

130.	The second component of the first *Gingles* precondition is to show that the minority population is "geographically compact". This is shown by demonstrating that the minority population is compact enough to be drawn into a reasonably configured majority-minority district.

131.	Various measures have been developed in order to quantify the compactness of a district and plan. I used two popular measures to determine compactness: Reock and Polsby-Popper. Both of these measures indicate a more compact district as the value moves closer to 1.

132.	Viewing the compactness measures of a particular plan itself provides some context to the compactness of the plan. However, a comparative analysis with one or more plans is desired when determining whether a plan is sufficiently compact. Preferably, a plan should be compared to a previously enacted plan that has been approved.

133.	Senate Illustrative Plan A's two northeast Majority Black districts range from values of 0.31 to 0.33 for Reock, and 0.18 to 0.26 for Polsby-Popper (see Table 33). The overall mean compactness measures for the entire plan are 0.40 for Reock and 0.31 for Polsby Popper. A primary way of comparing compactness between different plans is to compare the mean or average of the measures. The Senate Enacted Plan's means are 0.40 for Reock and 0.31 for Polsby Popper. Thus, reviewing the means, Senate Illustrative Plan A and Senate Enacted Plan are equally compact.

**Table 33 – Senate Illustrative Plan A's Compactness Comparison to Senate Enacted Plan**

|  | Plan A | | Senate Enacted | |  |  |
|---|---|---|---|---|---|---|
|  | Reock | Polsby-Popper | Reock | Polsby-Popper |  |  |
| Sum | N/A | N/A | N/A | N/A |  |  |
| Min | 0.19 | 0.11 | 0.19 | 0.10 |  |  |
| Max | 0.68 | 0.61 | 0.68 | 0.61 |  |  |
| Mean | 0.40 | 0.31 | 0.40 | 0.31 | Equal | Equal |
| Std. Dev. | 0.11 | 0.13 | 0.12 | 0.13 |  |  |
| **District** | **Reock** | **Polsby-Popper** | **Reock** | **Polsby-Popper** |  |  |
| 2 | 0.31 | 0.26 | 0.23 | 0.10 | Plan A | Plan A |
| 5 | 0.33 | 0.18 | 0.40 | 0.34 | Enacted | Enacted |
|  |  |  |  |  | TTLReock | TTLPP |
|  |  |  | **Plan A** | | 3 | 3 |
|  |  |  | **Enacted** | | 3 | 3 |
|  |  |  | **Equal** | | 44 | 44 |

Source: Senate Illustrative Plan A and Senate Enacted Plan Maptitude Compactness report.

134.    When analyzing Senate Illustrative Plan A's Majority Black districts on a district by districts basis, one of the two districts, SD 2, performs better than the Senate Enacted Plan's corresponding district using Reock. For Polsby-Popper, the Senate Illustrative Plan A also performs better for SD 2. The Senate Enacted Plan performs better comparing SD 5 for Reock and Polsby-Popper.

135.    When analyzing all of the districts using Reock, Senate Illustrative Plan A and the Senate Enacted Plan perform equally with three districts in each performing better than their counterpart (see Appendix D). There were 44 districts that performed the same using Reock and Polsby-Popper.

136.    When analyzing Senate Illustrative Plan A's Majority Black districts using the minimum compactness scores, all of the districts perform better than the minimum compactness measure in the Senate Enacted Plan. Senate Illustrative Plan A's northeast Majority Black districts range from values of 0.31 to 0.33 for Reock, and 0.18 to 0.26 for Polsby-Popper. The Senate Enacted Plan's minimum compactness measures are 0.19 for Reock and 0.10 for Polsby-Popper. Thus, all Senate Illustrative Plan A's Majority Black districts are more compact than the least compact districts in the Senate Enacted Plan.

Case 1:23-cv-01057-TDS-JLW    Document 101-6    Filed 04/21/25    Page 61 of 77

137. Reviewing the mean, the district-by-district, and minimum compactness analyses, Illustrative Plan B performs similarly, equally, or better than the Senate Enacted Plan. Thus, the second component of the first precondition of *Gingles I*, has been satisfied.

## XI. Senate Illustrative Plan B

A. <u>Senate Illustrative Plan B Introduction</u>

138. I was asked by Plaintiffs' counsel to draw a Senate Plan retaining 2023 Enacted SD 5 while adding a single majority-BVAP Illustrative district in the northeastern part of the state. Consequently, Senate Illustrative Plan B was developed using federal and North Carolina's state redistricting criteria, and retains SD 5 in the 2023 Enacted Plan. Figure 17 as well as the included reports show that the Senate Illustrative Plan B adheres to state and federal laws as well as traditional redistricting criteria. In addition to these redistricting criteria, the plan's maps and data reports summarized below also show that North Carolina's Black population is sufficiently large and geographically compact to constitute a majority in two single-member districts, thereby satisfying the first precondition of *Gingles*.[33]



**Figure 17 – Senate Illustrative Plan B for Northeast Districts**

---

[33]See *Thornburg v. Gingles,* 478 U.S. 30, 50-51 (1986). The first precondition of *Gingles* requires demonstration that the minority population is sufficiently numerous and geographically compact to enable the creation of at least one single-member majority-minority district.

139. Senate Illustrative Plan B retains the configuration of 45 Districts from the 2023 Enacted Senate Plan. For this plan, I used the cluster option (Duke_Senate04) used for the 2023 Enacted Senate Plan, and my plan only alters five cluster groupings from this option, all in the eastern part of the state.

140. As with the other Illustrative plans, the plan development decisions I made followed the state's redistricting criteria, with one important exception. I considered racial data during the development of the plans, as appropriate in the context of Section 2 of the Voting Rights Act (VRA). My consideration of race data during the development process was balanced with all the other redistricting considerations outlined above, and I ensure that race did not predominate.

141. Maps and reports are contained with Appendix C and D, respectively, which show that Senate Illustrative Plan B satisfies the first precondition of *Gingles* I and adheres to federal and NCGA Senate Guidelines for the state of North Carolina.

## XII. Comparative Analysis with the Enacted Plans

142. The results from my analysis reveal that the Illustrative Plans contain reasonably configured majority-Black districts. Among other considerations, the Illustrative Plans fare equally, similarly, or better than the 2023 Enacted Plans using the state's redistricting criteria (See Tables 34 & 35).

**Table 34 – House Illustrative Plans' and Enacted Plans' Criteria Comparison**

| Criteria | House Plan A | House Plan B | Enacted Plan |
|---|---|---|---|
| U.S. Constitution, Alabama Constitution, and the Federal Voting Rights Act - Section 2 (*Gingles* Prong 1) | 6 Maj Black NE Region | 6 Maj Black NE Region | 2 Maj Black NE Region |
| Equal Population | Y (9.89%) | Y (9.90%) | Y (9.89%) |
| Contiguity | Y | Y | Y |
| Compactness^- (Reock – Polsby-Popper) <br> - Plan Mean <br> # District More Compact by Measure: <br> - District by District <br> - Comparing Maj Black Districts <br> - Minimum Enacted Plan Values: Compared to 10 Maj Black SDs | 0.43 - 0.34 <br> 6 - 6 <br> 4 - 2 <br> 6 – 6 | 0.43 - 0.35 <br> 5 - 5 <br> 3 - 2 <br> 6 - 6 | 0.44 - 0.35 <br> 10 - 9 / 9 - 9 <br> 2 - 4 / 3 - 4 <br> 0 – 0 / 0 - 0 |
| - COIs/Political Subdivisions Splits <br> - Census Places (cities, towns, CDPs) <br> - Landmark Areas <br> - Voting Districts (VTDs) | 141 <br> 322 <br> 5 | 143 <br> 326 <br> 10 | 132 <br> 330 <br> 6 |
| County Splits | 44 | 42 | 36 |

Source: Illustrative and Enacted Plans extracted from Maptitude for Redistricting reports
^See the Gingles Analysis section Demonstrative Plan Districts - "Geographically Compact" (Compactness Analysis).
*The compactness metrics between the Illustrative Plan A and the 2023 Enacted Plan are extremely close and are not the same but very similar in performance.

63

**Table 35 – Senate Illustrative Plans' and 2023 Enacted Plans' Criteria Comparison**

| Criteria | Senate Plan A | Senate Plan B | Enacted Plan |
|---|---|---|---|
| U.S. Constitution, Alabama Constitution, and the Federal Voting Rights Act - Section 2 (*Gingles* Prong 1) | 2 Maj Black NE Region | 1 Maj Black NE Region | 0 Maj Black NE Region |
| Equal Population | Y (9.99%) | Y (9.99%) | Y (9.99%) |
| Contiguity | Y | Y | Y |
| Compactness^ - (Reock – Polsby-Popper) # District More Compact by Measure:<br>- Plan Mean<br>- District by District<br>- Comparing Maj Black Districts<br>- Minimum Enacted Plan Values: Compared to 10 Maj Black SDs | 0.40 - 0.31<br>3 - 3<br>1 - 1<br>2 - 2 | 0.41 - 0.32<br>4 of 50<br>1 - 1<br>2 – 2 | 0.40 - 0.31<br>3 – 3/ 0 - 0<br>1 - 1/0 - 0<br>0 - 0/0 - 0 |
| COIs/Political Subdivision Splits Census Places (cities, towns, CDPs)<br>- Landmark Areas<br>- Voting Districts (VTDs) | 79<br>246<br>12 | 79<br>241<br>12 | 79<br>242<br>12 |
| County Splits | 17 | 15 | 15 |

Source: Illustrative and Enacted Plans extracted from Maptitude for Redistricting reports
^See the Gingles Analysis section Illustrative Plan Districts - "Geographically Compact" (Compactness Analysis).
*The compactness and COI/Political Subdivision metrics between the Illustrative Plan A and the 2023 Enacted Plan are extremely close and are not the same but very similar in performance.

## XIII. Apportionment Analysis

143. I also analyzed several clusters contained within the 2023 Senate and House Enacted Plans regarding malapportionment of the districts. The analysis started with the recreation of the House and Senate plans using the Maptitude software. Once I recreated the plans, I was able to generate and observe alternative configurations that could be created.

### A. Wake County House Districts Cluster

144. I reviewed the 2023 Enacted Plan population deviations in the Wake County House district cluster. (See Table 36). Wake County wholly contains 13 House districts (SD 37, 41, 34, 66, 21, 38, 11, 40, 36, 39, 33, 49, and 35). The population deviation of the districts ranges from a high of 3.81% to a low of -4.48% with an overall deviation of 8.29%. Wake County's average ideal population size is extremely close to the state's at 86,878 (1,129,410 divided by 13 districts) with an average

deviation of -117 or -0.13%. Thus, each HD within the Wake Cluster could have a population deviation as low as -0.13%.

**Table 36 - Wake County, North Carolina House District Population Deviation**

| District | Population | Ideal Value | Deviation | % Deviation |
|---|---|---|---|---|
| 37 | 90,307 | 86,995 | 3,312 | 3.81% |
| 41 | 89,876 | 86,995 | 2,881 | 3.31% |
| 34 | 89,807 | 86,995 | 2,812 | 3.23% |
| 66 | 88,717 | 86,995 | 1,722 | 1.98% |
| 21 | 87,764 | 86,995 | 769 | 0.88% |
| 38 | 86,444 | 86,995 | -551 | -0.63% |
| 11 | 86,381 | 86,995 | -614 | -0.71% |
| 40 | 86,359 | 86,995 | -636 | -0.73% |
| 36 | 86,038 | 86,995 | -957 | -1.10% |
| 39 | 85,371 | 86,995 | -1,624 | -1.87% |
| 33 | 85,001 | 86,995 | -1,994 | -2.29% |
| 49 | 84,251 | 86,995 | -2,744 | -3.15% |
| 35 | 83,094 | 86,995 | -3,901 | -4.48% |
| Cluster Average | 86,878 | 86,995 | -117 | -0.13% |

Source: North Carolina 2023 Enacted Plan Maptitude Dataview

145. I was able to create and observe multiple options that would allow me to shift one or two VTDs that would bring the district population closer to the ideal population and the overall population deviation closer to zero. Some of the possible VTD movements that I observed would not only result in a lower population deviation, but also make the districts slightly more compact. In addition, the movements would not result in additional splits of political subdivisions (cities and towns) or noticeable communities of interest (CDPs or landmark areas). Finally, all of the movements resulted in contiguous districts.

146. Simple modification could be made to the Wake County cluster which would lower the overall population deviation. Thus, I find no redistricting criteria justification for the Wake County cluster to include a population deviation that is as high as 8.29%.

B.    Forsyth – Stokes House District Cluster

147. I also reviewed the population deviation in the Forsyth-Stokes House district cluster. (See Table 37). The Forsyth-Stokes cluster wholly contains 5 House districts (SD 71, 75, 72, 74, and 91). The population deviation of the districts ranges from a high of 2.10% to a low of -4.68% with an overall deviation of 6.78%. Forsyth-Stokes Cluster's average ideal population size is 85,422 (427,110 divided by 5 districts) with

an average deviation of -1,573 or -1.81%. Thus, potentially each HD within the Forsyth-Stokes Cluster could have a population deviation as low as -1.81%.

**Table 37 - Forsyth – Stokes Cluster, North Carolina House District Population Deviation**

| District | Population | Ideal Value | Deviation | % Deviation |
|----------|-----------|-------------|-----------|-------------|
| 71 | 88,823 | 86,995 | 1,828 | 2.10% |
| 75 | 87,378 | 86,995 | 383 | 0.44% |
| 72 | 84,444 | 86,995 | -2,551 | -2.93% |
| 74 | 83,545 | 86,995 | -3,450 | -3.97% |
| 91 | 82,920 | 86,995 | -4,075 | -4.68% |
| Cluster Average | 85,422 | 86,995 | -1,573 | -1.81% |

Source: North Carolina Enacted Plan Maptitude Dataview

148.    Once again, I was able to create and observe several options that would allow me to shift one or two VTDs that would bring the district population closer to the ideal population and the overall population deviation closer to zero. Some of the possible VTD movements that I observed would not only result in a lower population deviation, but also make the districts slightly more compact. In addition, the movements would not result in additional splits of political subdivisions (cities and towns) or noticeable communities of interest (CDPs or landmark areas). Finally, all of the movements resulted in contiguous districts.

149.    Simple modification could be made to the Forsyth and Stokes cluster which would lower the overall population deviation. Thus, I find no redistricting criteria justification for the Forsyth and Stokes cluster to include a population deviation that is as high as 6.78%.

C.    Brunswick, New Hanover, and Columbus Senate District Cluster

150.    I also reviewed the population deviation in the Brunswick, New Hanover, and Columbus Senate cluster. The Brunswick, New Hanover, and Columbus cluster wholly contains two Senate districts (SD 7 and 8). (See Table 38). The population deviation of the districts ranges from a high of 2.76% to a low of -4.94% with an overall population deviation of 7.70%. Brunswick-New Hanover Cluster's average ideal population size is 206,509 (413,018 divided by 5 districts) with an average deviation of -2,279 or -1.09%. Thus, potentially each SD within the Brunswick-New Hanover Cluster could have a population deviation as low as -1.09%.

**Table 38 - Brunswick-New Hanover Cluster Senate District's Population Deviation**

| District | Population | Ideal Value | Deviation | % Deviation |
|---|---|---|---|---|
| 7 | 214,542 | 208,788 | -10,312 | -4.94% |
| 8 | 198,476 | 208,788 | 5,754 | 2.76% |
| Cluster Average | 206,509 | 208,788 | -2,279 | -1.09% |

Source: North Carolina Enacted Plan Maptitude Dataview

151.   Once again, I was able to create and observe several options that would allow me to shift one or two VTDs that would bring the district population closer to the ideal population and the overall population deviation closer to zero. Specifically, the areas in Wilmington added to SD 8 could be allocated between the two districts in this cluster in a more compact manner. In essence, this addition could be located in other areas and constructed in a more compact manner.

152.   As with the other areas that I reviewed, some of the possible VTD movements that I observed would not only result in a lower population deviation, but also make the districts slightly more compact. In addition, the movements would not result in additional splits of political subdivisions (cities and towns) or noticeable communities of interest (CDPs or landmark areas). Finally, all of the movements resulted in contiguous districts.

153.   Simple modification could be made to the Brunswick, New Hanover, and Columbus cluster which would lower the overall population deviation. Thus, I find no redistricting criteria justification for the Brunswick, New Hanover, and Columbus cluster to include a population deviation that is as high as 7.70%.

D.   Iredell-Mecklenburg Senate District Cluster

154.   I also reviewed the population deviation in the Mecklenburg and Iredell Senate cluster. (See Table 39).  The Mecklenburg and Iredell cluster wholly contains six Senate districts (SD 37, 38, 39, 40, 41 and 42). The population deviation of the districts ranges from a high of 4.99% to a low of .28% with an overall deviation of 4.71%. Iredell-Mecklenburg Cluster's average ideal population size is 217,029 (1,302,175 divided by 6 districts) with an average deviation of 8,241 or 3.95%. Thus, each SD within the Iredell-Mecklenburg Cluster could have a population deviation as low as 3.95%.

Case 1:23-cv-01057-TDS-JLW    Document 101-6    Filed 04/21/25    Page 68 of 77

**Table 39 - Iredell-Mecklenburg Cluster Senate District's Population Deviation**

| District | Population | Ideal Value | Deviation | % Deviation |
|---|---|---|---|---|
| 37 | 219,210 | 208,788 | 10,422 | 4.99% |
| 39 | 219,123 | 208,788 | 10,335 | 4.95% |
| 40 | 218,881 | 208,788 | 10,093 | 4.83% |
| 38 | 217,905 | 208,788 | 9,117 | 4.37% |
| 41 | 217,678 | 208,788 | 8,890 | 4.26% |
| 42 | 209,378 | 208,788 | 590 | 0.28% |
| Cluster Average | 217,029 | 208,788 | 8,241 | 3.95% |

Source: North Carolina Enacted Plan Maptitude Dataview

155.    Once again, I was able to create and observe several options that would allow me to shift one or two VTDs that would bring the district population closer to the ideal population and the overall population deviation closer to zero.

156.    As with the other areas that I reviewed, some of the possible VTD movements that I observed would not only result in a lower population deviation, but also make the districts slightly more compact. In addition, the movements would not result in additional splits of political subdivisions (cities and towns) or noticeable communities of interest (CDPs or landmark areas). Finally, all of the movements resulted in contiguous districts.

157.    Simple modification could be made to the Mecklenburg and Iredell cluster which would lower the overall population deviation. Thus, I find no redistricting criteria justification for the Mecklenburg and Iredell cluster to include a population deviation that is as high as 7.70%.

## XIV.  Congressional Analysis

158.    I reviewed the North Carolina General Assembly criteria for drawing Congressional districts.[34] I also analyzed various district analytics including compactness, COI, and demographic measures comparing the court ordered CD 1 of the North Carolina's Interim Congressional 2022 and the CD 1 of the 2023 Enacted Plan, as well as the Triad CDs 5 and 6 of the Interim Congressional 2022 and the Triad CDs 5, 6, 9, and 10 of the 2023 Enacted Plan. A map of the 2023 Enacted Plan, with BVAP indicated with color shading within VTDs, is shown below in Figure 18.

---

[34] The North Carolina General Assembly criteria for drawing Congressional districts are available here: https://webservices.ncleg.gov/ViewDocSiteFile/81643. They are reproduced in Appendix B.



**Figure 18 - North Carolina State BVAP by VTD of CD SL 2023-145 Plan**

A.    Compactness – CD 1

159.    I analyzed compactness using two measures, Reock and Polsby Popper. When comparing compactness of CD 1 of the 2022 Interim Plan, the Reock score was 0.46 and the Polsby-Popper was 0.39. The 2023 Enacted Plan was 0.42 for Polsby-Popper and the Enacted Plan was 0.27.

B.    Racial Demographics – CD 1

160.    I analyzed the major racial demographics of CD 1 of the 2022 Interim Plan and 2023 Enacted Plan. Tables 40 and 41 present the Racial Demographics of CD 1 of the 2022 Interim Plan and 2023 Enacted Plan, and Figure 19 shows North Carolina BVAP color shading by VTD in CD 1 of 2023 Enacted Plan.

**Table 40 - Racial Demographics in North Carolina's 2022 Interim Plan – CD 1**

| TTLPop | White | % White | APBlack | % APBlack |
|---|---|---|---|---|
| 45,670 | 353,478 | 47.40% | 317,611 | 42.59% |
| **VAP** | **WVAP** | **% WVAP** | **ABBVAP** | **% APBVAP** |
| 587,954 | 294,407 | 50.07% | 242,428 | 41.23% |
| **CVAP22** | **WCVAP22** | **% WCVAP22** | **APBCVAP** | **% APBCVAP** |
| 571,814 | 297,501 | 52.03% | 242,758 | 42.45% |

Source: U.S. Census Bureau 2020 Census Data extracted from North Carolina 2022 Congressional Interim Plan

**Table 41 - Racial Demographics North Carolina's 2023 Enacted Plan – CD 1**

| TTLPop | White | % White | APBlack | % APBlack |
|---|---|---|---|---|
| 745,670 | 358,722 | 48.11% | 309,743 | 41.54% |
| **VAP** | **WVAP** | **% WVAP** | **ABBVAP** | **% APBVAP** |
| 587,318 | 297,776 | 50.70% | 237,420 | 40.42% |
| **CVAP22** | **WCVAP22** | **% WCVAP22** | **APBCVAP** | **% APBCVAP** |
| 566,408 | 296,492 | 52.35% | 237,449 | 41.92% |

Source: U.S. Census Bureau 2020 Census Data extracted from North Carolina 2023 Congressional Enacted Plan



**Figure 19 - North Carolina BVAP by VTD of CD 1 SL 2023-145 Plan**

C.    Communities of Interest

161.    I analyzed the COI splits using Census Places and Landmark areas for CD 1. There were 3 Census Place splits for the 2022 Interim Plan and 3 for the 2023 Enacted Plan. The CD 1 2022 Interim Plan had 45 landmark splits (all zero populated) while the 2023 Enacted plan had 9 splits with two populated.

D.    Compactness – Triad CDs

162.    I analyzed the compactness of the congressional districts that intersect the Triad core counties, Forsyth and Guilford for the 2022 Interim Plan and the 2023 Enacted Plan. The Triad area of the 2022 Interim Plan consists of two CDs, 5 and 6. The mean Reock measurement for 2022 Interim Plan CD 5 and 6 is 0.41 while the Polsby-Popper is 0.33. The Triad area of the 2023 Enacted Plan consists of four CDs 5, 6, 9, and 10. The mean Reock measurement for 2023 Enacted Plan CD 5, 6, 9, and 10 is 0.34 while the Polsby-Popper is 0.24. The Triad area of the 2022 Interim Plan performs better than the 2023 Enacted on both Reock and Polsby-Popper compactness measures.

E.    Racial Demographics – Triad CDs

163.    I analyzed the major racial demographics of Triad CDs 5 and 6 of the 2022 Interim Plan and 2023 Enacted Plan. Tables 42 and 43 present the Racial Demographics of CD 1 of the 2022 Interim Plan and 2023 Enacted Plan, and Figure 20 shows North Carolina BVAP by VTD of 2023 Enacted Plan.

**Table 42 - Racial Demographics North Carolina's 2022 Interim Plan – Triad CDs**

|        | TTLPop    | White   | % White  | APBlack  | % APBlack  |
|--------|-----------|---------|----------|----------|------------|
| **5**  | 745,670   | 541,874 | 72.67%   | 99,733   | 13.37%     |
| **6**  | 745,670   | 382,880 | 51.35%   | 246,160  | 33.01%     |
| **TTL**| 1,491,340 | 924,754 | 62.01%   | 345,893  | 23.19%     |
|        | VAP       | WVAP    | %WVAP    | ABBVAP   | %APBVAP    |
| **5**  | 595,196   | 450,465 | 75.68%   | 74,482   | 12.51%     |
| **6**  | 584,671   | 319,769 | 54.69%   | 185,050  | 31.65%     |
| **TTL**| 1,179,867 | 770,234 | 65.28%   | 259,532  | 22.00%     |
|        | CVAP22    | WCVAP22 | %WCVAP22 | APBCVAP  | %APBCVAP   |
| **5**  | 570,464   | 464,166 | 81.37%   | 71,348   | 12.51%     |
| **6**  | 549,707   | 321,970 | 58.57%   | 180,646  | 32.86%     |
| **TTL**| 1,120,171 | 786,136 | 70.18%   | 251,994  | 22.50%     |

Source: U.S. Census Bureau 2020 Census Data extracted from North Carolina 2022 Congressional Interim Plan

**Table 43 - Racial Demographics North Carolina's 2023 Enacted Plan – Triad CDs**

| District | TTLPop | White | % White | APBlack | % APBlack |
|---|---|---|---|---|---|
| 5 | 745,671 | 507,354 | 68.04% | 146,858 | 19.69% |
| 6 | 745,671 | 466,399 | 62.55% | 153,914 | 20.64% |
| 9 | 745,671 | 437,637 | 58.69% | 177,432 | 23.79% |
| 10 | 745,670 | 493,055 | 66.12% | 130,655 | 17.52% |
| **District** | **VAP** | **WVAP** | **%WVAP** | **ABBVAP** | **%APBVAP** |
| 5 | 596,194 | 421,313 | 70.67% | 111,648 | 18.73% |
| 6 | 578,293 | 382,738 | 66.18% | 111,667 | 19.31% |
| 9 | 577,673 | 359,252 | 62.19% | 129,182 | 22.36% |
| 10 | 581,822 | 404,468 | 69.52% | 96,473 | 16.58% |
| **District** | **CVAP22** | **WCVAP22** | **%WCVAP22** | **APBCVAP** | **%APBCVAP** |
| 5 | 573,732 | 432,835 | 75.44% | 104,736 | 18.26% |
| 6 | 545,559 | 391,428 | 71.75% | 109,172 | 20.01% |
| 9 | 553,559 | 367,569 | 66.40% | 126,464 | 22.85% |
| 10 | 551,961 | 412,103 | 74.66% | 96,892 | 17.55% |

Source: U.S. Census Bureau 2020 Census Data extracted from North Carolina 2023 Congressional Enacted Plan

164. The tables clearly show that there is a noticeable difference between the 2022 Interim Plan and the 2023 Enacted Plan in the Triad area. In the Triad areas, the congressional district with the highest APBVAP% and APBCVAP% decreases from 31.65% and 32.86% in the 2022 Interim Plan to 22.36 and 22.85% in the 2023 Enacted Plan, respectively. The highest APBVAP% and APBCVAP% CDs in the Triad decreases by over ten percent.



**Figure 20 - North Carolina Triad BVAP by VTD of CD SL 2023-145 Plan**

F.      <u>Communities of Interest</u>

165.    I analyzed the COI splits using census places and landmark areas of the Triad congressional districts. The plans were analyzed as single areas with all districts contained within the Triad combined into a single region in order to take into account for double counting census place splits.[35] Using this approach, there were seven Census Place splits for the 2022 Interim Plan and 14 for the 2023 Enacted Plan. There were 135 landmark splits for the 2022 Interim Plan and 147 for the 2023 Enacted Plan. The Triad congressional districts of the 2022 Interim Plan split less census places and landmark areas than the 2023 Enacted Plan.

## XV.    Population Shifts from 2022 Interim to 2023 Enacted Congressional Plans

166.    I also analyzed the population shifts centering on CD 1 from the 2022 Interim Plan to the 2023 Enacted Plan. Using 2020 Census Data, I analyzed the total and racial population that were added and removed from the 2022 Interim Plan and the 2023 Enacted Plan.

167.    Table 44 shows that 221,728 persons were added and removed from CD 1 from the 2022 Interim Plan to the 2023 Enacted Plan. However, 70,444 AP Black population were added in certain areas, and 78,312 AP Black population were removed in others, from CD 1 when redrawn from the 2022 Interim Plan to the 2023 Enacted Plan. Thus, 31.77% of the population added were AP Black while a higher percentage, 35.32%, were removed from CD 1. At the same time, 122,692 White persons were added to CD 1 while 117,447 were removed. Consequently, 55.33% of the population added were White while 52.97% were removed.

---

[35] This method counts the region's census place or landmark splits once, versus doubling or tripling for adjacent districts.

**Table 44 - 2022 Interim to 2023 Enacted Plan - County Areas Added and Removed**

**2022 Interim to 2023 Enacted Plan - County Areas Added**

| 2022 Interim District | 2023 Enacted District | County | Cnty Split | TTLPop | Latino | White | APBlack | Latino % | White % | APBlack % |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 1 | Camden | | 10,355 | 340 | 8,200 | 1,235 | 3.28% | 79.19% | 11.93% |
| 3 | 1 | Currituck | | 28,100 | 1,218 | 23,505 | 1,823 | 4.33% | 83.65% | 6.49% |
| 4 | 1 | Granville | Y | 10,818 | 647 | 4,205 | 5,794 | 5.98% | 38.87% | 53.56% |
| 3 | 1 | Lenoir | | 55,122 | 4,365 | 26,582 | 23,136 | 7.92% | 48.22% | 41.97% |
| 3 | 1 | Wayne | Y | 46,668 | 7,810 | 24,240 | 12,846 | 16.74% | 51.94% | 27.53% |
| 13 | 1 | Wayne | Y | 70,665 | 7,117 | 35,959 | 25,610 | 10.07% | 50.89% | 36.24% |
| **Added** | | | | **221,728** | **21,497** | **122,691** | **70,444** | **9.70%** | **55.33%** | **31.77%** |

**2022 Interim to 2023 Enacted Plan - County Area Removed**

| 2022 Interim | 2023 Enacted | County | Cnty Split | TTLPop | Latino | White | APBlack | Latino % | White % | APBlack % |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 13 | Franklin | | 68,573 | 6,962 | 42,285 | 17,313 | 10.15% | 61.66% | 25.25% |
| 1 | 3 | Pitt | Y | 153,155 | 11,482 | 75,162 | 60,999 | 7.50% | 49.08% | 39.83% |
| **Removed** | | | | **221,728** | **18,444** | **117,447** | **78,312** | **8.32%** | **52.97%** | **35.32%** |

Source: U.S. Census Bureau 2020 Census Data

## XVI. Conclusions

168.    The State of North Carolina has seen a decrease in the White population percentage such that it stood at 65.27% in 2010 and 60.46% in 2020. During the same time, the Black population percentage was relatively stable with a slight decrease from 22.56% to 22.46%.

169.    There is a clear relationship between race and socioeconomic status in North Carolina. When comparing socioeconomic indicators in a set of counties in the northeastern part of the state and the Triad, the Black populations in those counties fared worse on metrics measuring education, income, health, and housing than both the statewide averages and the White populations in those counties.

170.    The Illustrative Plans that were created adhere to the NCGA redistricting criteria for the House and Senate including: 1) Equal Population; 2) Contiguity; 3) Compactness; 4) Minimizing Policial subdivision splits of counties and VTDs; 5) Preserving COI such as Census Places (Cities, towns, CDPs, and landmark areas). The Illustrative Plans perform similarly, equally or better than the House and Senate Enacted Plans on a variety of traditional redistricting criteria. In all cases where the Illustrative Plans did not perform better or the same as the Enacted Plans, the differences were minor and do not change my opinion that the Illustrative Plans are

Case 1:23-cv-01057-TDS-JLW    Document 101-6    Filed 04/21/25    Page 75 of 77

reasonably configured. In preparing the Illustrative Plan, race did not predominate in the plan drawing process.

171.    Given the analysis and results of the Illustrative Plans, I conclude that the Black population of the state of North Carolina is sufficiently large and geographically compact to create two additional single-member majority Black Senate districts that adhere to the federal and state redistricting criteria. I also conclude that the Black population of the state of North Carolina is sufficiently large and geographically compact to create four additional single-member majority Black House districts that adhere to the federal and state redistricting criteria. Thus, the Senate Illustrative Plan and House Illustrative Plans satisfy the first precondition of *Gingles*.

172.    Finally, other plan configurations that resulted in two additional majority Black Senate districts and four additional Majority Black House districts were observed while developing the Illustrative plans. Therefore, although this report focuses on three Illustrative Plans, it does not represent the only configurations that can be developed for the state of North Carolina. Thus, I conclude that other alternative state legislative plans can be developed that adhere to federal and state redistricting criteria, which include two additional majority Black Senate districts or three additional majority Black House districts, and satisfy the first precondition of *Gingles*.

173.    My analysis on the apportionment of particular clusters found that in the Wake County House Districts cluster, the Forsyth-Stokes House District cluster, Brunswick, New Hanover, and Columbus Senate District cluster, and Iredell-Mecklenburg Senate District cluster, simple modification could be made within the clusters which would lower the overall population deviation without performing any worse on any traditional redistricting criteria, and in many cases performing better. Thus, I find no redistricting criteria justification for those clusters to include the Enacted Plan's high population deviation.

174.    The congressional district analysis that I performed on CD 1 showed that the 2022 Interim Plan was more compact than the 2023 Enacted Plan using two measures: Reock and Polsby-Popper. The demographic analysis showed that the APBVAP decreased from 242,428 to 237,420 and the APBCVAP decreased from 242,758 to 237,449. Reviewing COIs, there were less census place splits in the 2022 Interim Plan versus the 2023 Enacted Plan with 51 and 53, respectively.

175.    The congressional district analysis that I performed on CDs within the Triad region showed that the 2022 Interim Plan was also more compact than the 2023 Enacted Plan using two measures Reock and Polsby-Popper. The demographic analysis showed that the APBVAP decreased from 242,428 to 237,420 and the APBCVAP decreased from 242,758 to 237,449. Reviewing COIs, there were less

75

census place splits in the 2022 Interim Plan versus the 2023 Enacted Plan with 51 and 53 respectively.

* * *

176.   The findings and conclusions in this Report are based upon information that has been made available to me or known by me to date.  My work in this matter is ongoing and I reserve the right to modify, update, or supplement my analyses, findings, and any conclusions as additional information is made available to me or as I perform further analysis.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct according to the best of my knowledge, information and belief.


Dated: 10/28/24                                         Signed:

                                                                Anthony Fairfax




**Index of Appendices**

Appendix A - Resume of Anthony E. Fairfax (original version)

Appendix B – North Carolina Senate and House Redistricting Criteria (original version)

Appendix C - Maps of the Enacted and Illustrative Plans (original version)

Appendix D - Redistricting Criteria Comparison Reports (original version)

Appendix E - COIs and Socioeconomic & Other Maps (10/28/24 Version)