# Exhibit F

*2023 Enacted House Map with Incumbent Residences*

*https://webservices.ncleg.gov/ViewDocSiteFile/81740*

