# Exhibit G

*2023 Enacted Senate Map with Incumbent Residences*

*(LD_MAP_000202)*



Description: