IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>REPRESENTATIVE DESTIN HALL, et al.,<br><br>    Defendants. | Case No. 1:23-cv-01057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PHILIP BERGER, et al.,<br><br>    Defendants. | Case No. 1:23-cv-01104 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, Special Deputy Attorney General Mary L. Lucasse, hereby enter her notice of appearance as counsel for Defendants North Carolina State Board of Elections, Alan Hirsch, Jeff Carmon, Stacy Eggers, IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, sued in their official capacities as Members of the State Board of Elections (collectively, the "State Board Defendants"). The undersigned certify that she is a member in good standing with the bar of the state of North Carolina and is admitted to practice law in the United States District Court for the Middle District of

North Carolina.

Respectfully submitted this the 28th day of April, 2025.

DEPARTMENT OF JUSTICE

/s/ Mary L. Lucasse
Mary L. Lucasse
Special Deputy Attorney General
N.C. Bar No.: 38153
Email: mlucasse@ncdoj.gov

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6962

*Counsel for State Defendants*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing NOTICE OF APPEARANCE OF COUNSEL was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

This the 28th day of April, 2025.

/s/ Mary L. Lucasse
Mary L. Lucasse
Special Deputy Attorney General