# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al. <br><br> Plaintiffs, <br><br> v. <br><br> REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al. <br><br> Defendants. | **NOTICE OF SPECIAL APPEARANCE** <br><br> Case No. 1:23-cv-1057 |

Please take notice that the undersigned Lalitha D. Madduri hereby enters a notice of special appearance as counsel for Shauna Williams, Flor Herrera-Picasso, Minerva Freeman, Maura Aceto, Javier Limon, Armenta Eaton, James Adams, Luciano Gonzalez-Vega, Chenita Johnson, Pamlyn Stubbs, Earl Jones, Allison Shari Allen, Laura McClettie, Nelda Leon, German De Castro, Alan Rene Oliva Chapela, Virginia Keogh, and Natalee Nanette Nieves in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Narendra K. Ghosh.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Date: April 29, 2025

*/s/ Lalitha D. Madduri*
Lalitha D. Madduri
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Tel: (202) 968-4593
lmadduri@elias.law

*Counsel for Plaintiffs*

*/s/ Narendra K. Ghosh*
Narendra K. Ghosh
N.C. Bar No. 37649
Patterson Harkavy LLP
100 Europa Drive

1

Suite 420
Chapel Hill, NC 27517
Tel: (919) 942-5200
nghosh@pathlaw.com

*Local Civil Rule 83.1(d) Counsel for Plaintiffs*