IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., *Plaintiffs*, v. REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., *Defendants*. | Civil Action No. 23 CV 1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., *Plaintiffs*, v. PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., *Defendants*. | Civil Action No. 23 CV 1104 |

**JOINT MOTION TO SCHEDULE PRETRIAL CONFERENCE**

Pursuant to Federal Rule of Civil Procedure 16(e) and Local Rule 40.1(c), NAACP Plaintiffs, Williams Plaintiffs, Legislative Defendants, and State Defendants (collectively, all the "Parties"), by and through counsel, hereby jointly bring this Motion to respectfully request that the Court schedule a Pretrial Conference by remote videoconference.

The Parties wish to discuss several issues with the Court pertinent to the June 16, 2025 trial which are not set forth in any Court order or rules, including the Court's preferences for the submission, presentation, and admittance of exhibits; the timing for trial days, as well as the impact of the federal holiday of Juneteenth falling on June 19, 2025 during trial; witness scheduling; the timing for post-trial briefing; and other matters relating to trial preparation. The Parties therefore believe there is good cause for scheduling a remote Pretrial Conference before trial begins on June 16, 2025.

The Parties request that the Pretrial Conference be held remotely by videoconference for the convenience of the Court and the Parties. Counsel for the Parties respectfully request that the remote Pretrial Conference be held prior to June 6, 2025, with a preference for a time after 12 PM, subject to the Court's availability and preference.

WHEREFORE, the Parties respectfully request that the Court schedule a Pretrial Conference by remote videoconference as set forth above. A proposed order is appended to this Motion.

| | |
|---|---|
| Dated: May 5, 2025 | Respectfully Submitted, |
| */s/ Hilary Harris Klein* | */s/ Phillip J. Strach* |
| **SOUTHERN COALITION FOR SOCIAL JUSTICE** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |

2

Case 1:23-cv-01057-TDS-JLW    Document 111    Filed 05/05/25    Page 2 of 6

Hilary Harris Klein (State Bar #53711)
Jeffrey Loperfido (State Bar #52939)
Christopher Shenton (State Bar #60442)
Mitchell D. Brown (State Bar #56122)
Lily Talerman (State Bar #61131)
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525
hilaryhklein@scsj.org
jeffloperfido@scsj.org
chrisshenton@scsj.org
mitchellbrown@scsj.org
lily@scsj.org

**HOGAN LOVELLS US LLP**

J. Tom Boer*
Olivia Molodanof*
Madeleine Bech*
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
Facsimile: 415-374-2499
tom.boer@hoganlovells.com
olivia.molodanof@hoganlovells.com
madeleine.bech@hoganlovells.com

Jessica L. Ellsworth*
Misty Howell*
Odunayo Durojaye*
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
jessica.ellsworth@hoganlovells.com
misty.howell@hoganlovells.com
odunayo.durojaye@hoganlovells.com

Harmony Gbe*
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: 310-785-4600

Phillip J. Strach
North Carolina State Bar no. 29456
Alyssa M. Riggins
North Carolina State Bar no. 52366
Cassie A. Holt
North Carolina State Bar no. 56505
Alexandra M. Bradley
North Carolina State Bar no. 54872
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
alex.bradley@nelsonmullins.com

**BAKER & HOSTETLER LLP**

Richard B. Raile*
DC Bar No. 1015689
Katherine L. McKnight*
Trevor Stanley*
1050 Connecticut Ave. NW
Suite 1100
Washington DC 20036
Ph: (202) 861-1500
rraile@bakerlaw.com
kmcknight@bakerlaw.com
tstanley@bakerlaw.com

Patrick T. Lewis*
Ohio State Bar No. 0078314
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Ph: (216) 621-0200
plewis@bakerlaw.com

Erika D. Prouty*
Ohio State Bar No. 0095821
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Ph: (614) 462-4710

Facsimile: 310-785-4601
harmony.gbe@hoganlovells.com

*Appearing in this matter by Special Appearance pursuant to L-R 83.1(d)*

Counsel for NAACP Plaintiffs


/s/ Narendra K. Ghosh

**PATTERSON HARKAVY LLP**

Narendra K. Ghosh, NC Bar No. 37649
100 Europa Drive, Suite 420
Chapel Hill, NC 27517
Phone: (919) 942-5200
nghosh@pathlaw.com


/s/ Lalitha D. Madduri

**ELIAS LAW GROUP LLP**

Abha Khanna*
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
AKhanna@elias.law

Lalitha D. Madduri*
Qizhou Ge*
Mark Haidar*
250 Massachusetts Avenue, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
LMadduri@elias.law
AGe@elias.law
MHaidar@elias.law

eprouty@bakerlaw.com

Counsel for Legislative Defendants

*Appeared via Special Notice*

**NORTH CAROLINA DEPARTMENT OF JUSTICE**

/s/ Terence Steed

Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
tsteed@ncdoj.gov

N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6567
Facsimile: (919) 716-6761

Counsel for State Defendants

*Counsel for Williams Plaintiffs*

*\* Special Appearance pursuant to Local Rule 83.1(d)*

## CERTIFICATE OF SERVICE

I certify that on May 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ J. Tom Boer*
J. Tom Boer
