# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 23 CV 1057 |
| REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., | |
| *Defendants*. | |
| _____ | |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., | |
| *Plaintiffs*, | Civil Action No. 23 CV 1104 |
| v. | |
| PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., | |
| *Defendants.* | |

## NAACP PLAINTIFFS' WITNESS LIST

NAACP Plaintiffs submit the following list of witnesses that Plaintiffs currently expect to call to testify at trial, scheduled to begin June 16, 2025. In the chart below, NAACP Plaintiffs identify witnesses they expect to present with "Will Call" and witnesses they may call if the need arises with "May Call."

| Name | Will Call - May Call | Type |
|---|---|---|
| Deborah Dicks Maxwell | Will Call | Fact |
| Courtney Patterson | Will Call | Fact |
| Bob Phillips | Will Call | Fact |
| Tyler Daye | Will Call | Fact |
| Mitzi Reynolds Turner | Will Call | Fact |
| Dawn Daly-Mack | Will Call | Fact |
| Corine Mack | Will Call | Fact |
| Calvin Jones | Will Call | Fact |
| Linda Sutton | Will Call | Fact |
| Syene Jasmin | Will Call | Fact |
| Senator Kandie Smith | Will Call | Fact |
| Representative Mary Price Harrison | Will Call | Fact |
| Reverend William Arthur Kearney | Will Call | Fact |
| Former Representative George Kenneth "G.K." Butterfield | Will Call | Fact |
| Keith Rivers | May Call | Fact |
| Christopher Ketchie | May Call | Fact |
| Senator Ralph Hise* | Will Call | Fact |
| Blake Springhetti* | Will Call | Fact |
| Representative Robert Reives* | May Call | Fact |
| Stephen Mallinson* | May Call | Fact |
| Dr. Kassra Oskooii | Will Call | Expert |
| Dr. Anthony Fairfax | Will Call | Expert |
| Dr. Joseph Bagley | Will Call | Expert |
| Dr. James Leloudis II | Will Call | Expert |
| Dr. LaFleur Stephens-Dougan | Will Call | Expert |
| Dr. John Alford* | May Call | Expert |

| Dr. Andrew Taylor* | May Call | Expert |
|---|---|---|
| Dr. Michael Barber* | Will Call | Expert |
| Dr. Sean Trende* | May Call | Expert |
| Dr. M.V. Hood III* | May Call | Expert |

*Indicates Legislative Defendants' witness*

Dated: May 16, 2025                         Respectfully submitted,

/s/ Hilary Harris Klein
Hilary Harris Klein

**HOGAN LOVELLS US LLP**

J. Tom Boer*
Olivia Molodanof*
Madeleine Bech*
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
Facsimile: 415-374-2499
tom.boer@hoganlovells.com
olivia.molodanof@hoganlovells.com
madeleine.bech@hoganlovells.com

Jessica L. Ellsworth*
Misty Howell*
Odunayo Durojaye*
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
jessica.ellsworth@hoganlovells.com
misty.howell@hoganlovells.com
odunayo.durojaye@hoganlovells.com

Harmony Gbe*
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: 310-785-4600
Facsimile: 310-785-4601
harmony.gbe@hoganlovells.com

**SOUTHERN COALITION FOR SOCIAL JUSTICE**

Jeffrey Loperfido (State Bar #52939)
Hilary Harris Klein (State Bar #53711)
Christopher Shenton (State Bar #60442)
Mitchell D. Brown (State Bar #56122)
Lily Talerman (State Bar #61131)
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525
hilaryhklein@scsj.org
jeffloperfido@scsj.org
chrisshenton@scsj.org
mitchellbrown@scsj.org
lily@scsj.org

3

*Appearing in this matter by Special
Appearance pursuant to L-R 83.1(d)

## CERTIFICATE OF SERVICE

I certify that on May 16, 2025, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to all

counsel of record.


_/s/  Hilary Harris Klein_____
Hilary Harris Klein