IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting; *et al.*, <br><br> *Defendants*. | Civil Action No. 23-CV-1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate; *et al.*, <br><br> *Defendants*. | Civil Action No. 23-CV-1104 |

### LEGISLATIVE DEFENDANTS' RULE 26(1)(a)(3)(A) PRETRIAL DISCLOSURES

Legislative Defendants, pursuant to Fed. R. Civ. P. 26(a)(3)(A), provide the following pretrial disclosures for the trial set to begin in the above-captioned matters on June 16, 2025:

I. **WITNSESES LEGISLATIVE DEFENDANTS EXPECT OR MAY PRESENT AT TRIAL**

Pursuant to Fed. R. Civ. P. 26(1)(a)(3)(A)(i), Legislative Defendants expect to present the following witnesses at trial:[1]

1. Senator Ralph E. Hise, Jr.

2. Dr. John Alford

3. Dr. Michael Barber

4. Dr. M.V. Hood III

5. Dr. Andrew Taylor

6. Dr. Sean Trende

Pursuant to Fed. R. Civ. P. 26(1)(a)(3)(A)(i), Legislative Defendants may call the following witnesses:

1. Blake Springhetti[1]

2. Representative Pricey Harrison
   16 W. Jones Street
   Room 1218
   Raleigh, NC 27601

3. Senator Kandie Smith
   16 W. Jones Street
   Room 1113
   Raleigh, NC 27601

4. Stephen Mallinson
   455 Plainview Avenue
   Raleigh, NC 27604

---

[1] All of these witnesses can be contacted through counsel for Legislative Defendants.

## II. WITNESSES WHO LEGISLATIVE DEFENDANTS MAY PRESENT BY DEPOSITION

Legislative Defendants do not intend to present any witnesses by deposition at this time. However, pursuant to the agreement between the parties, Legislative Defendants reserve the right to submit deposition testimony in lieu of live testimony for any witness who becomes unavailable.

## III. EXHIBITS THAT DEFENDANTS EXPECT OR MAY OFFER AT TRIAL

Legislative Defendants refer Plaintiffs' to the Exhibit List served contemporaneously with these disclosures. Legislative Defendants expect to use all of the listed expert materials, and may use the remaining listed materials.

Submitted this the 16th day of May, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Phillip J. Strach
Phillip J. Strach
North Carolina State Bar no. 29456
Alyssa M. Riggins
North Carolina State Bar no. 52366
Cassie A. Holt
North Carolina State Bar no. 56505
Jordan A. Koonts
North Carolina State Bar no. 59363
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
jordan.koonts@nelsonmullins.com

**BAKER & HOSTETLER LLP**

Richard B. Raile*
DC Bar No. 1015689
Katherine L. McKnight*
Trevor Stanley*
1050 Connecticut Ave. NW
Suite 1100
Washington DC 20036
Ph: (202) 861-1500
rraile@bakerlaw.com
kmcknight@bakerlaw.com
tstanley@bakerlaw.com

Patrick T. Lewis*
Ohio State Bar No. 0078314
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Ph: (216) 621-0200
plewis@bakerlaw.com

Erika D. Prouty*
Ohio State Bar No. 0095821
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Ph: (614) 462-4710
eprouty@bakerlaw.com

*Counsel for Legislative Defendants*
* Appeared via Special Notice

4914-1341-9837 v.1

# CERTIFICATE OF SERVICE

I, Cassie A. Holt, hereby certify that I have emailed the foregoing document on all counsel of record in this action.

This the 16th day of May 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Cassie. A. Holt
Cassie A. Holt
N.C. State Bar No. 56505