# **Exhibit 1**

LD Exhibit List 5.16.25

| Exhibit No. | Exhibit Description | Reference | Pla. Objections |
|---|---|---|---|
| LDTX001 | House Bill 898/SL 2023-149 Bill Lookup Page | https://www.ncleg.gov/BillLookUp/2023/H898 | |
| LDTX002 | House Bill 898/SL 2023-149 | https://www.ncleg.gov/Sessions/2023/Bills/House/PDF/H898v5.pdf | |
| LDTX003 | House Bill 898/SL 2023-149; Enacted Map 11x17 | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2023/SL%202023-149%20House%20-%2011%20x%2017%20Map.pdf | |
| LDTX004 | House Bill 898/SL 2023-149; Enacted Map 19x36 | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2023/SL%202023-149%20House%20-%2019%20x%2036%20Map.pdf | |
| LDTX005 | House Bill 898/SL 2023-149; StatPack Report w Race | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2023/SL%202023-149%20House%20-%20StatPack2023_RVR_H.pdf | |
| LDTX006 | House Bill 898/SL 2023-149; Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2023/SL%202023-149%20House%20-%20Compactness%20Report.pdf | |
| LDTX007 | House Bill 898/SL House 2023-149.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2023/SL%202023-149%20House%20-%20Shapefile.zip | |
| LDTX008 | House Committee 10-23-2023 H898 Amendment HBA-1 | https://webservices.ncleg.gov/ViewDocSiteFile/81695 | |
| LDTX009 | House Committee 10-23-2023 H898 Amendment HST-5 Amend | https://webservices.ncleg.gov/ViewDocSiteFile/81694 | |
| LDTX010 | House Committee 10-23-2023 H898 Amendment HCC-3 Amend | https://webservices.ncleg.gov/ViewDocSiteFile/81692 | |

LD Exhibit List 5.16.25

| LDTX011 | House Committee 10-23-2023 H898 Amendment HCC-4 Amend | https://webservices.ncleg.gov/ViewDocSiteFile/81691 | |
|---|---|---|---|
| LDTX012 | House Committee 10-23-2023 H898 Amendment HCH-8 | https://webservices.ncleg.gov/ViewDocSiteFile/81693 | |
| LDTX013 | House Floor 10-24-2023 H898 Amendment HCM-5 Amend Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7576/0/H898-ACL-42-V-2 | |
| LDTX014 | House Floor 10-24-2023 H898 Amendment HCM-5 Amend  Map and StatPack | https://webservices.ncleg.gov/ViewBillDocument/2023/7576/1/H898-BD-NBC-11536 | |
| LDTX015 | House Floor 10-24-2023 H898 Amendment HBA-3 Amend Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7574/0/H898-ACL-41-V-2 | |
| LDTX016 | House Floor 10-24-2023 H898 Amendment HBA-3 Amend Map and StatPack | https://webservices.ncleg.gov/ViewBillDocument/2023/7574/1/H898-BD-NBC-11534 | |
| LDTX017 | House Floor 10-24-2023 H898 Amendment HCH-9 Amend Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7575/0/H898-ATU-41-V-3 | |
| LDTX018 | House Floor 10-24-2023 H898 Amendment HCH-9 Amend Map and StatPack | https://webservices.ncleg.gov/ViewBillDocument/2023/7575/1/H898-BD-NBC-11535 | |

LD Exhibit List 5.16.25

| LDTX019 | House Floor 10-24-2023 10-24-2023 H898 Amendment HBA-5 Amend Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7573/0/H898-ABR-81-V-2 | |
|---------|---|---|---|
| LDTX020 | House Floor 10-24-2023 H898 Amendment HBA-5 AmendMap and StatPack | https://webservices.ncleg.gov/ViewBillDocument/2023/7573/1/H898-BD-NBC-11533 | |
| LDTX021 | House Floor 10-24-2023 10-24-2023 H898 Amendment HCM-6 Amend2 Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7577/0/H898-ATU-42-V-2 | |
| LDTX022 | House Floor 10-24-2023 H898 Amendment HCM-6 Amend2 Map and StatPack | https://webservices.ncleg.gov/ViewBillDocument/2023/7577/1/H898-BD-NBC-11537 | |
| LDTX023 | Senate Bill 758/SL 2023-146 Bill Lookup Page | https://www.ncleg.gov/BillLookUp/2023/S758 | |
| LDTX024 | Senate Bill 758/SL 2023-146 Bill Text | https://www.ncleg.gov/Sessions/2023/Bills/Senate/PDF/S758v4.pdf | |
| LDTX025 | Senate Bill 758/SL 2023-146 Enacted Map 11 x 17 | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2023/SL%202023-146%20Senate%20-%2011%20x%2017%20Map.pdf | |
| LDTX026 | Senate Bill 758/SL 2023-146 Enacted Map 19 x 36 | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2023/SL%202023-146%20Senate%20-%2019%20x%2036%20Map.pdf | |

LD Exhibit List 5.16.25

| LDTX027 | Senate Bill 758/SL 2023-146 StatPack Report w Race | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2023/SL%202023-146%20Senate%20-%20StatPack2023_RVR_S.pdf | |
|---|---|---|---|
| LDTX028 | Senate Bill 758/SL 2023-146 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2023/SL%202023-146%20Senate%20-%20Compactness%20Report.pdf | |
| LDTX029 | SL Senate 2023-146.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2023/SL%202023-146%20Senate%20-%20Shapefile.zip | |
| LDTX030 | Senate Committee 10-23-2023 S758 Amendment SCM-2 Amend | https://webservices.ncleg.gov/ViewDocSiteFile/81671 | |
| LDTX031 | Senate Committee 10-23-2023 S758 Amendment SCM-1 Amend | https://webservices.ncleg.gov/ViewDocSiteFile/81668 | |
| LDTX032 | Senate Committee 10-19-2023 S758 Amendment Realign NC Senate Districts 2023/SCJ-1 Text | https://webservices.ncleg.gov/ViewDocSiteFile/81624 | |
| LDTX033 | Senate Committee 10-19-2023 S758 Amendment Realign NC Senate Districts SCJ-1 - 11 X 17 Map | https://webservices.ncleg.gov/ViewDocSiteFile/81660 | |
| LDTX034 | Senate Committee 10-19-2023 S758 Amendment Realign NC Senate | https://webservices.ncleg.gov/ViewDocSiteFile/81662 | |

| | Districts SCJ-1 StatPack2023_S | | |
|---|---|---|---|
| LDTX035 | Senate Floor 10-24-2023 S758 Amendment A3 AND-26-V-2 Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7567/0/S758-AND-26-V-2 | |
| LDTX036 | Senate Floor 10-24-2023 S758 Amendment A2 AND-25-V-2 Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7564/0/S758-AND-25-V-2 | |
| LDTX037 | Senate Floor 10-24-2023 S758 Amendment A1 AND-23-V-2 Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7559/0/S758-AND-23-V-2 | |
| LDTX038 | Senate Committee 10-19-2023 Senate Plan Criteria | https://webservices.ncleg.gov/ViewDocSiteFile/81644 | |
| LDTX039 | Senate Bill 757/SL 2023-145 Bill Lookup Page | https://www.ncleg.gov/BillLookUp/2023/S757 | |
| LDTX040 | Senate Bill 757/SL 2023-145 Bill Text | https://www.ncleg.gov/Sessions/2023/Bills/Senate/PDF/S757v4.pdf | |
| LDTX041 | Senate Bill 757/SL 2023-145 Enacted Map 11 x 17 | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2023/SL%202023-145%20Congress%20-%2011%20x%2017%20Map.pdf | |

LD Exhibit List 5.16.25

| LDTX042 | Senate Bill 757/SL 2023-145 StatPack Report w Race | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2023/SL%202023-145%20Congress%20-%20StatPack2023_RVR_C.pdf | |
|---------|---------|---------|---|
| LDTX043 | Senate Bill 757/SL 2023-145 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2023/SL%202023-145%20Congress%20-%20Compactness%20Report.pdf | |
| LDTX044 | SL 2023-145.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2023/SL%202023-145%20Congress%20-%20Shapefile.zip | |
| LDTX045 | House Floor 10-25-2023 S757 Amendment A1 ATU-44-V-2 (Congressional Plan 2022) Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7625/0/S757-ATU-44-V-2 | |
| LDTX046 | House Floor 10-25-2023 S757 Amendment A1 ATU-44-V-2 (Congressional Plan 2022) Map and StatPack | https://webservices.ncleg.gov/ViewBillDocument/2023/7625/1/S757-BD-NBC-11572 | |
| LDTX047 | Senate Floor 10-24-2023 S757 Amendment A1 ACL-39-V-2 Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7561/0/S757-ACL-39-V-2 | |
| LDTX048 | Senate Committee 10-19-2023 S757 Amendment CCJ-1 Text | https://webservices.ncleg.gov/ViewDocSiteFile/81625 | |
| LDTX049 | Senate Committee 10-19-2023 S757 Amendment CCJ-1 - 11 x 17 Map | https://webservices.ncleg.gov/ViewDocSiteFile/81630 | |

LD Exhibit List 5.16.25

| LDTX050 | Senate Committee 10-19-2023 S757 Amendment CCJ-1 - StatPack2023_C | https://webservices.ncleg.gov/ViewDocSiteFile/81632 | |
| LDTX051 | Senate Committee 10-23-2023 S757 Amendment CST-3 | https://webservices.ncleg.gov/ViewDocSiteFile/81667 | |
| LDTX052 | Senate Bill 756/CBP-5 Bill Lookup | https://www.ncleg.gov/BillLookUp/2023/S756 | |
| LDTX053 | Senate Bill 756/CBP-5 Bill Text | https://www.ncleg.gov/Sessions/2023/Bills/Senate/PDF/S756v1.pdf | |
| LDTX054 | Senate Committee 10-19-2023 S756 Amendment CBP-5 Text (Senate Bill 756) | https://webservices.ncleg.gov/ViewDocSiteFile/81626 | |
| LDTX055 | Senate Committee 10-19-2023 S756 Amendment CBP-5 - 11 x 17 Map (Senate Bill 756) | https://webservices.ncleg.gov/ViewDocSiteFile/81627 | |
| LDTX056 | Senate Committee 10-19-2023 S756 Amendment CBP-5 - StatPack2023_C | https://webservices.ncleg.gov/ViewDocSiteFile/81629 | |
| LDTX057 | Senate Committee 10-19-2023 Congressional Plan Criteria | https://webservices.ncleg.gov/ViewDocSiteFile/81643 | |
| LDTX058 | House Committee Guidance for Drawing State House and | https://webservices.ncleg.gov/ViewDocSiteFile/87692 | |

| | | | |
|---|---|---|---|
| | Congressional Districts | | |
| LDTX059 | Video of 2023-09-25 Joint Meeting of the House Redistricting and Senate Redistricting and Elections Committees | https://youtu.be/UsNRxddye4o | |
| LDTX060 | Video of 2023-09-26 Joint Meeting of the House Redistricting and Senate Redistricting and Elections Committees | https://youtu.be/MyCnIQidVNs | |
| LDTX061 | Video of 2023-09-27 Joint Meeting of the House Redistricting and Elections Committees | https://youtu.be/aRKA1PhQClA | |
| LDTX062 | Video of 2023-10-19 House Redistricting Committee | https://youtu.be/wciGsfoJAe4 | |
| LDTX063 | Video of 2023-10-19 Senate Redistricting and Elections Committee | https://youtu.be/l5ENSZEBA4w | |
| LDTX064 | Video of 2023-10-23 House Redistricting Committee | https://youtu.be/OwjALIb6wa4 | |

LD Exhibit List 5.16.25

| LDTX065 | Video of 2023-10-23 Senate Redistricting and Elections Committee | https://youtu.be/X0CSWX7iV5k | |
|---------|---------|---------|---|
| LDTX066 | Video of 2023-10-24 House Redistricting Committee | https://youtu.be/4q5ARl8dwpg | |
| LDTX067 | Video of 2023-10-24 House Rules, Calendar, and Operations of the House (10 am) | https://youtu.be/6JVewnr4X_0 | |
| LDTX068 | Video of 2023-10-24 House Rules, Calendar, and Operations of the House (5:30 pm) | https://youtu.be/t8pVErAQMgw | |
| LDTX069 | Video of 2023-10-24 House Session | https://youtu.be/TCt3S3zh7o8 | |
| LDTX070 | Video of 2023-10-25 House Redistricting Committee | https://youtu.be/4V-SmftGRwc | |
| LDTX071 | Video of 2023-10-25 House Rules, Calendar, and Operations of the House | https://youtu.be/9Jgq0VxG7dg | |
| LDTX072 | Video of 2023-10-25 House Session | https://youtu.be/YNXZV3GePF8 | |
| LDTX073 | Video of 2023-10-25 Senate Redistricting and Elections Committee | https://youtu.be/oRH0w051nR0 | |

9

LD Exhibit List 5.16.25

| | | | |
|---|---|---|---|
| LDTX074 | 2023-09-25 Joint Meeting of the House Redistricting and Senate Redistricting and Elections Committees Transcript | LD0000397-LD0000435; Hise 17 | |
| LDTX075 | 2023-09-26 Joint Meeting of the House Redistricting and Senate Redistricting and Elections Committees Transcript | LD0000436-LD0000538 | |
| LDTX076 | 2023-09-27 Joint Meeting of the House Redistricting and Elections Committees Transcript | LD0000539-LD0000682 | |
| LDTX077 | 2023-10-19 House Redistricting Committee Transcript | LD0000001-LD0000053; Harrison 20B | |
| LDTX078 | 2023-10-19 Senate Redistricting and Elections Committee Transcript | LD0000683-LD0000783; Hise 27 | |
| LDTX079 | 2023-10-23 House Redistricting | LD0000054-LD0000123 | |

| | Committee Transcript | | |
|---|---|---|---|
| LDTX080 | 2023-10-23 Senate Redistricting and Elections Committee Transcript | LD0000784-LD0000827 | |
| LDTX081 | 2023-10-24 Senate Chamber (Redistricting) Transcript | LD0001826-LD0001899; Hise 51 | |
| LDTX082 | 2023-10-24 House Redistricting Committee Transcript | LD0000124-LD0000165 | |
| LDTX083 | 2023-10-24 House Rules, Calendar, and Operations of the House (10 am) Transcript | LD0000166-LD0000173 | |
| LDTX084 | 2023-10-24 House Rules, Calendar, and Operations of the House (5:30 pm) Transcript | LD0000174-LD0000184 | |
| LDTX085 | 2023-10-24 House Session Transcript | LD0000185-LD0000290; Harrison 12 | |
| LDTX086 | 2023-10-25 House Redistricting Committee Transcript | LD0000291-LD0000343 | |

LD Exhibit List 5.16.25

| LDTX087 | 2023-10-25 House Rules, Calendar, and Operations of the House Transcript | LD0000344-LD0000372 | |
|---------|---------|---------|---|
| LDTX088 | 2023-10-25 House Session (Redistricting) Transcript | LD0001723-LD0001825 | |
| LDTX089 | 2023-10-25 Senate Redistricting and Elections Committee Transcript | LD0000373-LD0000396 | |
| LDTX090 | 2023-10-25 Senate Chamber (Redistricting) Transcript | LD0001900-LD0001979 | |
| LDTX091 | Legislative Calendar October 2023 | https://www.ncleg.gov/LegislativeCalendar/10/2023 | |
| LDTX092 | Legislative Calendar September 2023 | https://www.ncleg.gov/LegislativeCalendar/9/2023 | |
| LDTX093 | 2023 Congressional Member Residence Address List | | |
| LDTX094 | 2023 Senate Member Residence Address List | | |

12

LD Exhibit List 5.16.25

| LDTX095 | 2023 House Member Residence Address List | |  |
|---------|---------|---------|---------|
| LDTX096 | House Bill 980/SL 2022-4 Bill Lookup | https://www.ncleg.gov/BillLookUp/2021/H980 |  |
| LDTX097 | House Bill 980/SL 2022-4 Text | https://www.ncleg.gov/Sessions/2021/Bills/House/PDF/H980v5.pdf |  |
| LDTX098 | House Bill 980/SL 2022-4 11 x 17 Map | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2022/SL%202022-4%20House%20-%2011%20x%2017%20Map.pdf |  |
| LDTX099 | House Bill 980/SL 2022-4 StatPack | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2022/SL%202022-4%20House%20-%20StatPack2022_H.pdf |  |
| LDTX100 | House Bill 980/SL 2022-4 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2022/SL%202022-4%20House%20-%20Compactness%20Report.pdf |  |
| LDTX101 | House Bill 980/SL 2022-4  SL 2022-4.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2022/SL%202022-4%20House%20-%20Shapefile.zip |  |
| LDTX102 | Senate Bill 744/SL 2022-2 Bill Lookup | https://www.ncleg.gov/BillLookUp/2021/S744 |  |
| LDTX103 | Senate Bill 744/SL 2022-2 Bill Text | https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S744v4.pdf |  |
| LDTX104 | Senate Bill 744/SL 2022-2 11 x 17 Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2022/SL%202022-2%20Senate%20-%2011%20x%2017%20Map.pdf |  |
| LDTX105 | Senate Bill 744/SL 2022-2 StatPack | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2022/SL%202022-2%20Senate%20-%20StatPack2022_S.pdf |  |
| LDTX106 | Senate Bill 744/SL 2022-2 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2022/SL%202022-2%20Senate%20-%20Compactness%20Report.pdf |  |
| LDTX107 | SL 2022-2.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2022/SL%202022-2%20Senate%20-%20Shapefile.zip |  |

LD Exhibit List 5.16.25

| LDTX108 | Court-Ordered 2022 Interim Congressional 11 x 17 Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022_Court/2022%20Interim%20Congressional%20-%2011%20x%2017%20Map.pdf | |
|---|---|---|---|
| LDTX109 | Court-Ordered 2022 Interim Congressional StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022_Court/2022%20Interim%20Congressional%20-%20StatPack2022_C.pdf | |
| LDTX110 | Court-Ordered 2022 Interim Congressional Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022_Court/2022%20Interim%20Congressional%20-%20Compactness%20Report.pdf | |
| LDTX111 | Court-Ordered 2022 Interim Congressional.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022_Court/2022%20Interim%20Congressional%20-%20Shapefile.zip | |
| LDTX112 | Senate Bill 745/SL 2022-3 Bill Lookup | https://www.ncleg.gov/BillLookUp/2021/S745 | |
| LDTX113 | Senate Bill 745/SL 2022-3 Bill Text | https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S745v4.pdf | |
| LDTX114 | Senate Bill 745/SL 2022-3 11x 17 Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022/SL%202022-3%20Congress%20-%2011%20x%2017%20Map.pdf | |
| LDTX115 | Senate Bill 745/SL 2022-3 StatPack | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022/SL%202022-3%20Congress%20-%20StatPack2022_C.pdf | |
| LDTX116 | Senate Bill 745/SL 2022-3 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022/SL%202022-3%20Congress%20-%20Compactness%20Report.pdf | |
| LDTX117 | SL 2022-3.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022/SL%202022-3%20Congress%20-%20Shapefile.zip | |
| LDTX118 | 2022 Special Master StatPack | http://www2.nccourts.org/misc/22-02-23-Special-Masters-Materials-Supplement.zip | |

| LDTX119 | House Bill 976/SL 2021-175 Bill Lookup | https://www.ncleg.gov/BillLookUp/2021/H976 | |
|---------|----------------------------------------|---------------------------------------------|---|
| LDTX120 | House Bill 976/SL 2021-175 Bill Text | https://www.ncleg.gov/Sessions/2021/Bills/House/PDF/H976v5.pdf | |
| LDTX121 | House Bill 976/SL 2021-175 11 x 17 Map | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2021/SL%202021-175%20House%20-%2011%20x%2017%20Map.pdf | |
| LDTX122 | House Bill 976/SL 2021-175 StatPack | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2021/SL%202021-175%20House%20-%20StatPack%20Report.pdf | |
| LDTX123 | House Bill 976/SL 2021-175 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2021/SL%202021-175%20House%20-%20Compactness%20Report.pdf | |
| LDTX124 | SL 2021-175 House.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2021/SL%202021-175%20House%20-%20Shapefile.zip | |
| LDTX125 | Senate Bill 739/SL 2021-173 Bill Lookup | https://www.ncleg.gov/BillLookUp/2021/S739 | |
| LDTX126 | Senate Bill 739/SL 2021-173 Bill Text | https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S739v4.pdf | |
| LDTX127 | Senate Bill 739/SL 2021-173 11 x 17 Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2021/SL%202021-173%20Senate%20-%2011%20x%2017%20Map.pdf | |
| LDTX128 | Senate Bill 739/SL 2021-173 StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2021/SL%202021-173%20Senate%20-%20StatPack%20Report.pdf | |
| LDTX129 | Senate Bill 739/SL 2021-173 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2021/SL%202021-173%20Senate%20-%20Compactness%20Report.pdf | |
| LDTX130 | 2021-173 Senate.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2021/SL%202021-173%20Senate%20-%20Shapefile.zip | |

LD Exhibit List 5.16.25

| LDTX131 | Senate Bill 740/2021-174 Bill Lookup | https://www.ncleg.gov/BillLookUp/2021/S740 | |
|---------|--------------------------------------|--------------------------------------------|---|
| LDTX132 | Senate Bill 740/2021-174 Bill Text | https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S740v3.pdf | |
| LDTX133 | Senate Bill 740/2021-174 11 x 17 Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2021/SL%202021-174%20Congress%20-%2011%20x%2017%20Map.pdf | |
| LDTX134 | Senate Bill 740/2021-174 StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2021/SL%202021-174%20Congress%20-%20StatPack%20Report.pdf | |
| LDTX135 | Senate Bill 740/2021-174 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2021/SL%202021-174%20Congress%20-%20Compactness%20Report.pdf | |
| LDTX136 | SL 2021-174 Congress.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2021/SL%202021-174%20Congress%20-%20Shapefile.zip | |
| LDTX137 | 2021 Joint Redistricting Criteria | https://webservices.ncleg.gov/ViewDocSiteFile/38467 | |
| LDTX138 | 2020 House Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2019/HB%201020%20H%20Red%20Comm%20CSBK-25_11x17.pdf | |
| LDTX139 | 2020 House Election Districts Map StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2019/HB%201020%20H%20Red%20Comm%20CSBK-25_StatPack.pdf | |
| LDTX140 | 2020 House Election Districts Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2019/HB%201020%20H%20Red%20Comm%20CSBK-25_Compactness_Report.pdf | |

LD Exhibit List 5.16.25

| LDTX141 | 2020 Senate Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2019/Senate%20Consensus%20Nonpartisan%20Map%20v3_11x17.pdf | |
| LDTX142 | 2020 Senate Election Districts Map Combined Reports | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2019/Senate%20Consensus%20Nonpartisan%20Map%20v3%20Combined%20Reports.pdf | |
| LDTX143 | 2020 Congressional Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2019/HB1029%203rd%20Edition%20-%2011x17_Map.pdf | |
| LDTX144 | 2020 Congressional Election Districts StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2019/HB1029%203rd%20Edition%20-%20StatPack_Report.pdf | |
| LDTX145 | 2020 Congressional Election Districts Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2019/HB1029%203rd%20Edition%20-%20Compactness_Report.pdf | |
| LDTX146 | 2018 House Election Districts Map (Court-Ordered) | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2018_Court/2018%20House%20Election%20Districts_11x17.pdf | |
| LDTX147 | 2018 Senate Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2018_Court/2018%20Senate%20Election%20Districts%2011x17.pdf | |
| LDTX148 | 2018 Senate Election Districts StatPack Reports | https://www.ncleg.gov/Files/GIS/Special_Master/Special%20Master%20Stat%20Pack.pdf | |
| LDTX149 | 2018 House Election Districts StatPack Reports | https://www.ncleg.gov/Files/GIS/Special_Master/Special%20Master%20Stat%20Pack.pdf | |

LD Exhibit List 5.16.25

| | | | |
|---|---|---|---|
| LDTX150 | 2017 House Redistricting Plan A2 (HB 927 3rd Ed.Combined (4)) | https://www.ncleg.gov/BillLookUp/2017/H927 | |
| LDTX151 | 2017 Senate Floor Redistricting Plan - 4th Ed (S691 4th Ed. Combined (1)) | https://www.ncleg.gov/BillLookUp/2017/S691 | |
| LDTX152 | 2017 House and Senate Plans Criteria | | |
| LDTX153 | 2016-2018 Congressional Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2016/mapSimple.pdf | |
| LDTX154 | 2016-2018 Congressional Election Districts StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2016/rptStatPack2016.pdf | |
| LDTX155 | 2016-2018 Congressional Election Districts Split VTD Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2016/rptSplitVTD.pdf | |
| LDTX156 | 2016-2018 Congressional Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2016/rptDandC.pdf | |
| LDTX157 | 2016-2018 Congressional Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2016/rptDandM.pdf | |
| LDTX158 | 2016 Adopted Joint Redistricting Criteria | https://www.ncleg.gov/Files/GIS/ReferenceDocs/2016/CCP16_Adopted_Criteria.pdf | |

18

LD Exhibit List 5.16.25

| LDTX159 | 2012-2016 House Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2011/mapGrouping.pdf | |
|---|---|---|---|
| LDTX160 | 2012-2016 House Election Districts StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2011/rptStatPack.pdf | |
| LDTX161 | 2012-2016 House Election Districts Split VTD Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2011/rptSplitVTD.pdf | |
| LDTX162 | 2012-2016 House Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2011/rptDandC.pdf | |
| LDTX163 | 2012-2016 House Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2011/rptDandM.pdf | |
| LDTX164 | 2012-2016 Senate Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2011/mapGrouping.pdf | |
| LDTX165 | 2012-2016 Senate Election Districts StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2011/rptStatPack.pdf | |
| LDTX166 | 2012-2016 Senate Election Districts Split VTD Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2011/rptSplitVTD.pdf | |
| LDTX167 | 2012-2016 Senate Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2011/rptDandC.pdf | |
| LDTX168 | 2012-2016 Senate Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2011/rptDandM.pdf | |
| LDTX169 | 2012-2014 Congressional Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2011/mapSimple.pdf | |

| | | | |
|---|---|---|---|
| LDTX170 | 2012-2014 Congressional Election Districts StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2011/rptStatPack.pdf | |
| LDTX171 | 2012-2014 Congressional Election Districts Split VTD Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2011/rptSplitVTD.pdf | |
| LDTX172 | 2012-2014 Congressional Election Districts Split County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2011/rptDandC.pdf | |
| LDTX173 | 2012-2014 Congressional Election Districts Split Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2011/rptDandM.pdf | |
| LDTX174 | 2009 House Election Districts | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2009/mapSimple.pdf | |
| LDTX175 | 2009 House Election Districts Stat Pack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2009/rptStatPack.pdf | |
| LDTX176 | 2009 House Election Districts Split Precinct Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2009/rptSplitVTD.pdf | |
| LDTX177 | 2009 House Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2009/rptDandC.pdf | |
| LDTX178 | 2009 House Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2009/rptDandM.pdf | |

LD Exhibit List 5.16.25

| | | | |
|---|---|---|---|
| LDTX179 | 2004-2008 House Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2003/mapSimple.pdf | |
| LDTX180 | 2004-2008 House Election Districts Stat Pack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2003/rptStatPack.pdf | |
| LDTX181 | 2004-2008 House Election Districts Split Precinct Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2003/rptSplitVTD.pdf | |
| LDTX182 | 2004-2008 House Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2003/rptDandC.pdf | |
| LDTX183 | 2004-2008 House Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2003/rptDandM.pdf | |
| LDTX184 | 2004-2008 Senate Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2003/mapSimple.pdf | |
| LDTX185 | 2004-2008 Senate Election Districts Stat Pack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2003/rptStatPack.pdf | |
| LDTX186 | 2004-2008 Senate Election Districts Split Precinct Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2003/rptSplitVTD.pdf | |
| LDTX187 | 2004-2008 Senate Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2003/rptDandC.pdf | |
| LDTX188 | 2004-2008 Senate Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2003/rptDandM.pdf | |
| LDTX189 | 2002-2010 Congressional | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2001/mapSimple.pdf | |

| | | | |
|---|---|---|---|
| | Election Districts Map | | |
| LDTX190 | 2002-2010 Congressional Election Districts Stat Pack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2001/rptStatPack.pdf | |
| LDTX191 | 2002-2010 Congressional Election Districts Split Precinct Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2001/rptSplitVTD.pdf | |
| LDTX192 | 2002-2010 Congressional Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2001/rptDandC.pdf | |
| LDTX193 | 2002-2010 Congressional Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2001/rptDandM.pdf | |
| LDTX194 | North Carolina Department of Public Instruction, Highlights of the North Carolina Public School Budget, April 2024 | Clark 2 | |
| LDTX195 | EdBuild School Funding Report, Feb. 2019 | Clark 3 | |
| LDTX196 | US Census Bureau, Understanding and Using American Community Survey Data: What All Data | Clark 5 | |

| | | | |
|---|---|---|---|
| | Users Need to Know (2020 ACS User Manual) | | |
| LDTX197 | American Community Survey Data, Item Allocation Rates 2019 through 2023 for North Carolina | Clark 6 | |
| LDTX198 | NC Voter Registration and Voting History for Dawn Daly-Mack | NAACPPS_0001517 - 0001519; Daly-Mack 4 | |
| LDTX199 | Google Calendar Reminder, ; Subject: HOLD: Community Meeting on Maps | NAACPPS_0004522 - 0004524; Daly-Mack 5 | |
| LDTX200 | Emailed Memo from Rep. Destin Hall to Rep. Robert Reives and Ericka Churchill (Legislative Analysis) ; Subject: 2023 Redistricting | Harrison 00015; Harrison 1 | |
| LDTX201 | Texts between Rep. Harrison and Ann Webb, Common Cause | Harrison 00300-0033; Harrison 2 | |
| LDTX202 | Texts between Rep. Harrison and Hilary Klein, SCSJ | Harrison 00308-00310; Harrison 4 | |
| LDTX203 | Annotated printout of emailed | Harrison 00093-00098; Harrison 6 | |

| | | | |
|---|---|---|---|
| | advocacy letter sent to Sen . Berger, et al. 09.25.2023 | | |
| LDTX204 | Annotated Suggested Questions for Redistricting Committee | Harrison 00106-00107; Harrison 7 | |
| LDTX205 | Annotated Questions (likely accompanied Harrison 6), labeled "From Todd" at the top | Harrison 00137-00143; Harrison 8 | |
| LDTX206 | Rep. Harrison's handwritten notes on redistricting from a meeting with Eddie Speas, Caroline Mackie, Stephen Mallinson, and Todd Barlow | Harrison 00116-00120; Harrison 9 | |
| LDTX207 | Annotated printout of e-mail from Hilary Klein to Rep. Harrison ; Subject: Filings relevant to Dr. Lewis report | Harrison 00103; Harrison 13 | |
| LDTX208 | Texts between Rep. Harrison and Paul Cox | Harrison 00311-00312; Harrison 20 | |

| | | | |
|---|---|---|---|
| LDTX209 | Email from Rep. Destin Hall to decademaps@gmail.com ; Subject: 2023 North Carolina House and Congressional Redistricting & attachments "Guidance for Drawing State House and Congressional Districts;" "Congressional Residences;" "House Member Residences" | Harrison 00016-00022; Harrison 20A | |
| LDTX210 | Map SST-11 Amendment plus Stat Pack | Hise 52 | |
| LDTX211 | Map SST-12 Amendment plus Stat Pack | Hise 53 | |
| LDTX212 | Maps: State House-General Assembly; HD Hise Original SL 2021-175 House; HD Original Hise House Map; HD VRA Amendment 1; HD VRA Amendment 2 | MALLINSON_07-11; Mallinson 1 | |

| | | | |
|---|---|---|---|
| LDTX213 | NAACP Discovery Responses | D.E. 63-2 | |
| LDTX214 | Printout of NAACP website page "Become a Member" | Maxwell 5 | |
| LDTX215 | North Carolina NAACP's website page "Leadership" | Maxwell 8 | |
| LDTX216 | NAACP Raleigh-Apex Branch website page "Meet the Team" | Maxwell 9 | |
| LDTX217 | NAACP website page "Become a Member" | Maxwell 11 | |
| LDTX218 | Screenshot of NC 2024 Congressional Map - Choose Primary Election Dataset | Oskooii 7 | |
| LDTX219 | Bernard Grofman, Lisa Handley & David Lublin, *Drawing Effective Miority Districts: A Conceptual Framework and Some Empirical Evidence*, 79 N.C. L.Rev. 1383 (2001). | Oskooii 9; Alford Supplemental 3 | |

| | | | |
|---|---|---|---|
| | Available at: http://scholarship.law.unc.edu/nclr/vol79/iss5/12 | | |
| LDTX220 | September 17, 2018 Report by Dr. Lisa Handley | Oskooii Supplemental 14 | |
| LDTX221 | Common Cause website page "Become a Common Cause Member" | Phillips 4 | |
| LDTX222 | Common Cause website page "Contact" | Phillips 5 | |
| LDTX223 | Order on Remedial Plans (NCLCV v. Hall & Harper v. Hall) | Rodden 5 | |
| LDTX224 | Daryl R. DeFord et al., "Partisan Dislocation: A Precinct Level Measure of Representation and Gerrymandering" | Rodden 7 | |
| LDTX225 | Adam J. Berinsky et al., "How Social Context Affects | Rodden 8 | |

|  | Immigration Attitudes" |  |  |
|---|---|---|---|
| LDTX226 | LaFleur Stephens-Dougan, Monkey Cage, "Joe Biden's 'civility' comment told biased whites that he won't upset the racial order" | Stephens-Dougan 5 |  |
| LDTX227 | Riley Carney and Ryan Enos, "Conservatism and Fairness in Contemporary Politics: Unpacking the Psychological Underpinnings of Modern Racism" | Stephens-Dougan 6 |  |
| LDTX228 | LaFleur Stephens-Dougan, "Priming Racial Resentment without Stereotypic Cues" | Stephens-Dougan 7 |  |
| LDTX229 | Audio Recording of Williams Interview with WTVD, December 2023 | WILLIAMS_000042; Williams 6 |  |
| LDTX230 | Steve Harrison, "After years of legal fights, North Carolina's voter ID law gets its first major test", NPR, Dec. 4, 2024, | Bagley Supplement 10 |  |

| | | | |
|---|---|---|---|
| | available at https://www.npr.org /2024/12/03/nx-s1-5205348/north-carolina-voter-id-law | | |
| LDTX231 | NCSBE, *Voter ID*, https://www.ncsbe. gov/voting/voter-id, print screen April 11, 2025 at 1:35pm | Bagley Supplement 11 | |
| LDTX232 | Elon Poll, *A Post Debate Bump in the Old North State? Likely Voters in North Carolina September 27-30, 2016* | Bagley Supplement 13 | |
| LDTX233 | Jason Husser, Elon Poll, *Survey of North Carolina Registered Voters October 10-17, 2024* | Bagey Supplement 14; Stephens-Dougan Supplement 13 | |
| LDTX234 | Wonsuk Yoo et al., *A Study of Effects in MultiCollinearity in the Multivariable Analysis*, Int J Appl Sci Technol 2014 October | Rodden Supplement 11 | |
| LDTX235 | Kristina P. Vatcheva et al., *Multicollinearity in Regression* | Rodden Supplement 12 | |

29

| | | | |
|---|---|---|---|
| | *Analyses Conducted in Epidemiologic Studies*, Epidemiology (Sunnyvale) 2016 April | | |
| LDTX236 | Epidemiology: Open Access, https://www.omicsonline.org/epidemiology-open-access.php (last visited 04.14.2025) | Rodden Supplement 13 | |
| LDTX237 | Stata screenshot | Rodden Supplement 14 | |
| LDTX238 | Jason Husser, Elon Poll, *Survey of North Carolina Registered Voters August 2-9, 2024* | Stephens-Dougan Supplement 9 | |
| LDTX239 | YouGov, "The Times/SAY Poll: Arizona" poll results of 900 AZ Registered voters 07.4-12.2024 | Stephens-Dougan Supplement 10 | |
| LDTX240 | Tim Malloy & Doug Schwartz, Quinnipiac University Poll, "North Carolina 2024: Trump on Upside of Too-Close-To-Call Race, | Stephens-Dougan Supplement 11 | |

| | | | |
|---|---|---|---|
| | Quinnipiac University North Carolina Poll Finds; Governor's Race: Stein Leads Robinson 52% - 44%," April 10, 2024 | | |
| LDTX241 | Jasson Husser, Elon Poll, *Survey of North Carolina Registered Voters September 4-13, 2024* | Stephens-Dougan Supplement 12 | |
| LDTX242 | Expert Report of John R. Alford, Ph.D. 09.26.2024 | Alford 1; Alford Supplement 5 | |
| LDTX243 | Expert Errata of John R. Alford, Ph.D. 10.22.2024 | Alford 5 | |
| LDTX244 | Supplemental Expert Report of John R. Alford, Ph.D. 03.17.2025 | Alford Supplement 1 | |
| LDTX245 | Peter Francia and Jonathan Morris, ECU Center for Survey Research, "Mark Robinson Ahead in NC Republican Primary for Governor, but Many Undecided; Trump with Wide Lead Over Republican Rivals; | Supplemental Expert Report of John R. Alford, n.5 found at https://surveyresearch-ecu.reportablenews.com/pr/mark-robinson-ahead-in-nc-republican-primary-for-governor-but-many-undecided-trump-with-wide-lead-over-republican-rivals-robinson-stein-matchup-competitive?_gl=1*1454b8h*_gcl_au*MTMzMTc2MTAyNC4xNzAxODIwMDMz | |

| | | | |
|---|---|---|---|
| | Robinson-Stein Matchup Competitive" | | |
| LDTX246 | Peter Francia and Jonathan Morris, ECU Center for Survey Research, "Mark Robinson and Josh Stein Clear Favorites to win Nominations in Primary Elections for Governor; Likely General Election Matchup Tide" | Supplemental Expert Report of John R. Alford, n.6 found at https://surveyresearch-ecu.reportablenews.com/pr/mark-robinson-and-josh-stein-clear-favorites-to-win-nominations-in-primary-elections-for-governor-likely-general-election-matchup-tied?_gl=1*smfsak*_gcl_au*MTMzMTc2MTAyNC4xNzAxODIwMDMz | |
| LDTX247 | Peter Francia and Jonathan Morris, ECU Center for Survey Research, "Trump leads Biden by 5 points in North Carolina; Gubernatorial election remains close with Stein up 1 on Robinson; Trump guilty verdict has little impact on NC voter intentions for November" | Supplemental Expert Report of John R. Alford, n. 7 found at: https://surveyresearch-ecu.reportablenews.com/pr/trump-leads-biden-by-5-points-in-north-carolina-gubernatorial-election-remains-close-with-stein-up-1-on-robinson-trump-guilty-verdict-has-little-impact-on-nc-voter-intentions-for-november | |

| | | | |
|---|---|---|---|
| LDTX248 | Peter Francia and Jonathan Morris, ECU Center for Survey Research, "North Carolina Election Heats Up: Trump leads Harris by 1 point in North Carolina; Stein widens advantage over Robinson in race for Governor" | Supplemental Expert Report of john R. Alford, n. 8 found at: https://surveyresearch-ecu.reportablenews.com/pr/north-carolina-election-heats-up-trump-leads-harris-by-1-point-in-north-carolina-stein-widens-advantage-over-robinson-in-race-for-governor | |
| LDTX249 | Peter Francia and Jonathan Morris, ECU Center for Survey Research, "Trump Leads Harris by Two in North Carolina; Josh Stein Opens Large Lead over Mark Robinson in Race for NC Governor" | Supplemental Expert Report of John R. Alford, n. 9-10 found at: https://surveyresearch-ecu.reportablenews.com/pr/trump-lead-harris-by-two-in-north-carolina-josh-stein-opens-large-lead-over-mark-robinson-in-race-for-nc-governor | |
| LDTX250 | Peter Francia and Jonathan Morris, ECU Center for Survey Research, "Trump Up 2 Points over Harris in North Carolina as Election Day Nears; Josh Stein Maintains Comfortable Lead | Supplemental Expert Report of John R. Alford, n. 11 found at: https://surveyresearch-ecu.reportablenews.com/pr/trump-up-2-points-over-harris-in-north-carolina-as-election-day-nears-josh-stein-maintains-comfortable-lead-over-mark-robinson-in-race-for-nc-governor | |

| | | | |
|---|---|---|---|
| | Over Mark Robinson in Race for NC Governor" | | |
| LDTX251 | Supplemental Rebuttal Expert Report of John R. Alford, Ph.D. 03.31.2025 | Alford Supplement 6 | |
| LDTX252 | Curriculum Vitae of John R. Alford (May, 2025) | | |
| LDTX253 | Expert Report of Michael Barber, PhD 09.26.2024 | Barber 1; Rodden Supplement 4 | |
| LDTX254 | Supplemental Expert Report of Michael Barber, PhD 03.17.2025 | Barber Supplement 1; Rodden Supplement 10 | |
| LDTX255 | Expert Report of M.V. Hood, III 09.26.2024 | Hood 1 | |
| LDTX256 | North Carolina Manual, 1981-1982 | Portions of: https://digital.ncdcr.gov/Documents/Detail/north-carolina-manual-1981-1982/4384496?item=4420777 (link to an official scanned version) | |
| LDTX257 | Curriculum Vitae of M.V. (Trey) Hood III 10.2024 | Hood 2 | |
| LDTX258 | Curriculum Vitae of M.V. (Trey) Hood III (May 2025) | | |

| | | | |
|---|---|---|---|
| LDTX259 | Expert Report of Andrew Taylor, Ph. D. 09.26.2024 | Taylor 1 | |
| LDTX260 | Table A; Frey, "A 'New Great Migration' is Bringing Black Americans Back to the South" | Taylor Report, n. 44 found at: https://view.officeapps.live.com/op/view.aspx?src=https%3A%2F%2Fwww.brookings.edu%2Fwp-content%2Fuploads%2F2022%2F09%2FDownloadable-Table-A.xlsx&wdOrigin=BROWSELINK | |
| LDTX261 | Congress.Gov; African American Members of the U.S. Congress: 1870-2020 | Taylor Report, n. 45 found at: https://www.congress.gov/crs-product/RL30378 | |
| LDTX262 | NC Black Alliance; NC Black Elected Officials By County | Taylor Report, n. 49 found at: https://ncblackalliance.org/about-us/ | |
| LDTX263 | Expert Errata of Andrew Taylor, Ph.D. 10.17.2024 | | |
| LDTX264 | Supplemental Expert Report of Andrew Taylor, Ph.D. 03.17.2025 | | |
| LDTX265 | Supplemental Expert Report Appendix A - CV of Andrew Taylor, Ph.D. 03.17.2025 | | |
| LDTX266 | Expert Report of Sean P. Trende, Ph.D. (Part I: In Response to Dr. Jonathan Rodden | Trende 2 | |

| | | | |
|---|---|---|---|
| | and C.V.) 09.26.2024 | | |
| LDTX267 | Exhibit 2 to Expert Report of Sean Trende Part I | | |
| LDTX268 | Exhibit 3 to Expert Report of Sean Trende Part I | | |
| LDTX269 | Exhibit 4 to Expert Report of Sean Trende Part I | | |
| LDTX270 | Exhibit 5 to Expert Report of Sean Trende Part I | | |
| LDTX271 | Exhibit 6 to Expert Report of Sean Trende Part I | | |
| LDTX272 | Exhibit 7 to Expert Report of Sean Trende Part I | | |
| LDTX273 | Exhibit 8 to Expert Report of Sean Trende Part I | | |
| LDTX274 | Exhibit 9 to Expert Report of Sean Trende Part I | | |
| LDTX275 | Exhibit 10 to Expert Report of Sean Trende Part I | | |
| LDTX276 | Expert Report of Sean P. Trende, Ph.D. (Part II: In Response to Mr. | Trende 4 | |

| | | | |
|---|---|---|---|
| | Anthony E. Fairfax) 09.26.2024 | | |
| LDTX277 | *Unintentional Gerrymandering: Political Geography and Electoral Bias in Legislatures*, 8 Q.J. Pol. Sci. 239 (2013) | Cited on p. 27 of Trende Expert Report Part I; https://web.stanford.edu/~jrodden/wp/florida.pdf | |
| LDTX278 | Updated CV of Dr. Sean Trende (May, 2025) | | |
| LDTX279 | 2025 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/91583 | |
| LDTX280 | 2025 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/91593 | |
| LDTX281 | 2023 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/72731 | |
| LDTX282 | 2023 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/72728 | |
| LDTX283 | 2021 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/8107 | |
| LDTX284 | 2021 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6210 | |
| LDTX285 | 2019 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/7886 | |
| LDTX286 | 2019 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6186 | |
| LDTX287 | 2017 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/7673 | |
| LDTX288 | 2017 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6166 | |

LD Exhibit List 5.16.25

| | | | |
|---|---|---|---|
| LDTX289 | 2015 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/7453 | |
| LDTX290 | 2015 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6142 | |
| LDTX291 | 2013 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6802 | |
| LDTX292 | 2013 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6109 | |
| LDTX293 | 2011 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6630 | |
| LDTX294 | 2011 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6084 | |
| LDTX295 | 2009 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6455 | |
| LDTX296 | 2009 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6065 | |