IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al.,<br><br>*Defendants*.<br>_____<br><br>NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al.,<br><br>*Defendants*. | Civil Action No. 23 CV 1057<br><br><br><br><br><br><br><br><br><br>Civil Action No. 23 CV 1104 |

### ***WILLIAMS* AND *NAACP* PLAINTIFFS' MOTION TO CLARIFY OR MODIFY ALLOTTED TRIAL TIME**

*Williams* Plaintiffs and *NAACP* Plaintiffs (collectively, "Plaintiffs") respectfully move the Court to clarify—or in the alternative, modify—the allotted trial time described in its May 15, 2025 Order, ECF No. 115.

In support of this motion, Plaintiffs contemporaneously file a supporting memorandum of law. For the reasons in their supporting memorandum, Plaintiffs respectfully request that the Court clarify its May 15, 2025 Order regarding the allotted time for trial and respectfully request the Court modify that Order to permit an additional 26 hours of trial time, representing a total of 26 hours for Plaintiffs, jointly, and 26 hours for Defendants, jointly. Legislative Defendants and State Board Defendants take no position on this motion.

A proposed order is submitted with this Motion.

| | |
|---|---|
| Dated: May 19, 2025 | Respectfully Submitted, |
| */s/ Lalitha D. Madduri* | */s/ Hilary Harris Klein* |
| **ELIAS LAW GROUP LLP** | **SOUTHERN COALITION FOR SOCIAL JUSTICE** |
| Lalitha D. Madduri* | |
| Christina Ford* | Hilary Harris Klein (State Bar #53711) |
| Lucas Lallinger* | Jeffrey Loperfido (State Bar #52939) |
| Qizhou Ge* | Christopher Shenton (State Bar #60442) |
| Mark Haidar* | Mitchell D. Brown (State Bar #56122) |
| 250 Massachusetts Avenue, Suite 400 | Lily Talerman (State Bar #61131) |
| Washington, D.C. 20001 | 5517 Durham Chapel Hill Blvd. |
| Phone: (202) 968-4490 | Durham, NC 27707 |
| Facsimile: (202) 968-4498 | Telephone: 919-794-4213 |
| LMadduri@elias.law | Facsimile: 919-908-1525 |
| CFord@elias.law | hilaryhklein@scsj.org |
| LLallinger@elias.law | jeffloperfido@scsj.org |
| AGe@elias.law | chrisshenton@scsj.org |

MHaidar@elias.law

Abha Khanna*
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
AKhanna@elias.law

/s/ *Narendra K. Ghosh*

**PATTERSON HARKAVY LLP**

Narendra K. Ghosh, NC Bar No. 37649
100 Europa Drive, Suite 420
Chapel Hill, NC 27517
Phone: (919) 942-5200
nghosh@pathlaw.com

*Counsel for Williams Plaintiffs*

* *Special Appearance pursuant to Local Rule 83.1(d)*

mitchellbrown@scsj.org
lily@scsj.org

**HOGAN LOVELLS US LLP**
J. Tom Boer*
Olivia Molodanof*
Madeleine Bech*
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
Facsimile: 415-374-2499
tom.boer@hoganlovells.com
olivia.molodanof@hoganlovells.com
madeleine.bech@hoganlovells.com

Jessica L. Ellsworth*
Misty Howell*
Odunayo Durojaye*
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
jessica.ellsworth@hoganlovells.com
misty.howell@hoganlovells.com
odunayo.durojaye@hoganlovells.com

Harmony Gbe*
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: 310-785-4600
Facsimile: 310-785-4601
harmony.gbe@hoganlovells.com

*Appearing in this matter by Special Appearance pursuant to L-R 83.1(d)

*Counsel for NAACP Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on May 19, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                          */s/ Lalitha D. Madduri*
                                          Lalitha D. Madduri