# Exhibit 9

```
1            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
2

3    SHAUNA WILLIAMS, et al.,                  )
                                               )
4              Plaintiffs,                     )
     vs.                                       )  1:23-CV-1057
5                                              )
     REPRESENTATIVE DESTIN HALL, in his        )
6    official capacity as Chair of the         )
     House Standing Committee on               )
7    Redistricting, et al.                     )
                                               )
8              Defendants.                     )
     _____        )
9                                              )
     NORTH CAROLINA STATE CONFERENCE OF        )
10   THE NAACP, et al.                         )
                                               )
11             Plaintiffs,                     )
     vs.                                       )  1:23-CV-1104
12                                             )
     PHILIP BERGER, in his official            )
13   capacity as the President Pro Tempore)
     of the North Carolina Senate, et al. )
14                                             )
               Defendants.                     )
15   _____)
16
             DEPOSITION OF SENATOR RALPH E. HISE, JR.
17
                          VOLUME II
18
                 TUESDAY, SEPTEMBER 17, 2024
19
                   9:03 A.M. to 6:53 P.M.
20

21
                   Taken by the Plaintiffs at:
22         Nelson Mullins Riley & Scarborough, LLP
              301 Hillsborough Street, Suite 1400
23               Raleigh, North Carolina 27603
24
25    Reported by: Sophie Brock, RPR, RMR, RDR, CRR
```

1          Q.  Let's go to the next exhibit, which is map
2    5A, and we'll label this Exhibit 32.
3         (Exhibit No. 32 was marked for identification.)
4    BY MS. HARRIS KLEIN:
5          Q.  So this -- I'll represent this map was
6    generated by inputting a shapefile produced by your
7    counsel --
8          A.  Okay.
9          Q.  -- into a program called DRA.  And it's
10   labeled CBK-2.
11         A.  Okay.
12         Q.  And you can see the top is the timestamp:
13   1:19.47 on September 22nd --
14              MR. STRACH:  Is "DRA" Dave's
15   Redistricting App?
16              MS. HARRIS KLEIN:  Dave's Redistricting
17   App, yeah, just plugged in.  I'll just represent that.
18   BY MS. HARRIS KLEIN:
19         Q.  So, now, this one goes back to including more
20   of Pitt County; correct?
21         A.  More of Pitt County than?
22         Q.  The last map we looked at.
23         A.  Into the Blue congressional district compared
24   to what was 1 previously?
25         Q.  Correct.  So the Blue district, which is

418

DISCOVERY COURT REPORTERS    www.discoverydepo.com    1-919-424-8242
Case 1:23-cv-01057-TDS-JLW    Document 123-9    Filed 05/23/25    Page 3 of 4

1  a lot of maps.
2       A.  There's a lot of maps in front of me.
3       Q.  I'm doing my best to manage it in a way that
4  makes sense here.
5     (Exhibit No. 34 was marked for identification.)
6  BY MS. HARRIS KLEIN:
7       Q.  So Exhibit 34, it was generated the same way.
8  We got a shapefile produced from your counsel, and
9  then that we put into DRA and generated this map.
10          And then the timestamp for that you can see
11  is at the top.  It's labeled CBA-2, and the timestamp
12  is September 26th, at 12:35 p.m.
13          Does this look like a continuation of the
14  same map we were just looking at?
15      A.  "Just looking at."  33 or --
16      Q.  32.  Exhibit 32.
17      A.  It does.  There are several parts of the
18  state, particularly in the west, that are consistent.
19      Q.  Let's start from the east, Pitt County.  This
20  reverts back to that peg-leg in Pitt County that we
21  saw earlier; right?
22      A.  It is of similar shape.
23      Q.  And this also goes back to again adding
24  Chapel Hill.  And then it reaches up into Hillsborough
25  in CD1; right?

424