# Exhibit 10



































