# Exhibit 12



DRA 2020 — SL 2023-146 Senate - District 8

North Carolina
1  199,623  -9,165

County / City
Precinct / Block

Tools

Map | Statistics | Analyze | Compare | Advanced

Map showing precinct-level data for SL 2023-146 Senate District 8 in the Wilmington/Brunswick County, North Carolina area. Each precinct is labeled with T (total), D (Democratic %), and R (Republican %) values.

