# Exhibit 13

```
# NCGA Rolled Units File, Block Vintage: 2020, Precinct Vintage: TIGER 2020 VTDs, Created 10/17/2023 11:30:34 AM #
1,Bertie,,
1,Camden,,
1,Chowan,,
1,Currituck,,
1,Edgecombe,,
1,Gates,,
1,Granville,ANTI,
1,Granville,CRDL,
1,Granville,EAOX,
1,Granville,SALM,0779702001005
1,Granville,SALM,0779702001006
1,Granville,SALM,0779702001007
1,Granville,SALM,0779702001008
1,Granville,SALM,0779702001011
1,Granville,SALM,0779702001012
1,Granville,SALM,0779702001013
1,Granville,SALM,0779702001014
1,Granville,SALM,0779702001015
1,Granville,SALM,0779702001016
1,Granville,SALM,0779702001020
1,Granville,SALM,0779702001021
1,Granville,SALM,0779702001023
1,Granville,SALM,0779702001024
1,Granville,SALM,0779702001025
1,Granville,SALM,0779702001026
1,Granville,SALM,0779702001027
1,Granville,SALM,0779702001028
1,Granville,SALM,0779702001029
```

**HDs 005 baf.xlsx Info**

**HDs 005 baf.xlsx**     3.3 MB
Modified: Monday, October 9, 2023 at 9:22 PM

Add Tags…

## General:

- **Kind:** Microsoft Excel Workbook (.xlsx)
- **Size:** 3,321,273 bytes (3.3 MB on disk)
- **Where:** Macintosh HD ▸ Users ▸ chrisketchie ▸ Research ▸ Redistricting ▸ NC_Statewide ▸ Production ▸ LD Map Production - 07 ▸ 2nd ▸ [root].1 ▸ Users ▸ maptitude ▸ Desktop ▸ 005
- **Created:** Monday, October 9, 2023 at 9:22 PM
- **Modified:** Monday, October 9, 2023 at 9:22 PM

☐ Stationery pad
☐ Locked

## More Info:
## Name & Extension:
## Comments:
## Open with:
## Preview:
## Sharing & Permissions:

