# Exhibit 14





Map of Charlotte-area legislative districts showing districts 34, 38, 39, 40, 41, 42, and 43.

C 20231005 13:17:55 LD Map Production STU-1









