# Exhibit 15

```
 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
 2

 3   SHAUNA WILLIAMS, et al.    :
                                :
 4            Plaintiffs        :
                                :
 5   v.                         :
                                :
 6   REPRESENTATIVE DESTIN HALL,:  23-CV-1057
     in his official capacity as:
 7   Chair of the House Standing:
     Committee on Redistricting,:
 8   et al.                     :
                                :
 9            Defendants        :
                                :
10   ----------------------------X
                                :
11   NORTH CAROLINA STATE        :
     CONFERENCE OF THE NAACP,   :
12   et al.                     :
                                :
13            Plaintiffs        :
                                :  23-CV-1104
14   v.                         :
                                :
15   PHILIP BERGER, in his      :
     official capacity as the   :
16   President Pro Tempore of   :
     the North Carolina Senate, :
17   et al.                     :
                                :
18   ----------------------------X

19          DEPOSITION OF SEAN P. TRENDE, Ph.D.

20              Monday, October 21, 2024

21                    9:11 a.m.

22

23   Job No.:  557860

24   Pages:  1 - 304

25   Reported by:  Linda M. Bahur, RPR
```

```
 1   partial to the variance inflation factor, or VIF,
 2   and the rule of thumb for that is a VIF of -- below
 3   a VIF of 10 or maybe 5.  You don't worry about
 4   multicollinearity.
 5        Q    Let's turn back to your report.  Give me
 6   one second to share my screen.  And we're back on
 7   Exhibit 2 of your report in this case.  And I
 8   believe that on page 74, maybe starting on page 73,
 9   you reimagine Dr. Rodden's regression.  So instead
10   of breaking the dataset into three chunks of the
11   public and Democrat and Independents and running
12   three separate regressions, your model has four
13   variables, I believe.  It has race, whether they
14   live in one of the cities, distance from the
15   population centroid of the district, and whether
16   they are registered as a Democrat.  Is that right?
17        A    Yeah.  Yes.
18        Q    Okay.  Why did you include partisanship
19   in this model?
20        A    So that we can more directly compare the
21   effects of race and politics and because it
22   actually allows for you to see the effects
23   controlling for race or controlling for politics
24   directly.
25        Q    Is that approach of trying to directly
```

1     control for politics better than breaking the
2     dataset into three chunks?
3          A    I think so.
4          Q    And why is that?
5          A    Because it allows you to directly
6     compare the effect of being Democratic versus your
7     race on your likelihood of being included in
8     District 6.
9          Q    Are race and party highly correlated in
10    North Carolina?
11         A    In North Carolina, yes.
12         Q    Do you know roughly how correlated?
13         A    I never ran a statewide regression, so I
14    don't know.
15         Q    Do you have a general sense based on
16    your familiarity with the North Carolina politics?
17         A    I think there's correlation to be sure,
18    but I don't know how strong it is.  I know that in
19    the District 6 county envelope using Dr. Rodden's
20    data, it's like the correlation is .4.
21         Q    And how did you reach that conclusion?
22         A    I looked at Dr. Rodden's -- I looked at
23    the data that Dr. Rodden and I are using for the
24    regression here, which is different than the data
25    that Dr. Barber is using.  And in this data, I ran

1       A    Yeah.

2       Q    And how would you say that changed

3  post-Milligan?

4       A    Well, there's verbiage that I understand

5  from Milligan suggesting that no, a district is

6  reasonably configured when it conforms with

7  traditional redistricting criteria and that racial

8  gerrymandering is never a reasonably configured

9  district.  And I might have just been confused or

10 incorrect on my understanding of pre-Milligan case

11 law, but that's what I understood.

12      Q    Okay.  Sticking with part two of your

13 report, I want to direct your attention to page 5,

14 back up towards the top.  Let me know when you're

15 there.

16      A    Okay.

17      Q    All right.  I want to look at the second

18 paragraph there where you start talking about the

19 eight elections that you used for election data.

20 Do you see that?

21      A    Okay.

22      Q    Am I right in understanding that you

23 used six races from 2020 and -- or, I'm sorry, five

24 races from 2020 and three races from 2022; is that

25 right?

1       A    Yes.
2       Q    Were there any other elections whose
3   results you considered in your analysis?
4       A    No.  I don't even know how much I used
5   political data in that portion of the report at
6   all.  But no.  That was what I used because that's
7   what the North Carolina legislature was using.
8       Q    You anticipated my next question.  So
9   you used that because the legislator was using
10  these elections; right?
11      A    Yeah.  Yeah.  This is mostly relevant to
12  the first part of the report where we're talking
13  about intent, whether it's partisan intent or
14  racial intent.  Like I said, I don't know how much
15  I really used partisan data in this portion of the
16  report.
17      Q    Okay.  Do you agree that recent
18  elections are more useful than older elections in
19  predicting voter behavior in the future?
20      A    It really depends.
21      Q    What does it depend on?
22      A    How well the elections correlate with
23  outcomes.
24      Q    What does that mean?
25      A    You could have an older election that is

```
 1  more populated areas of a district and away from
 2  the less populated areas of a district?
 3       A    I don't know about that.
 4       Q    What would you disagree with about that?
 5       A    I didn't say I disagreed.  I said I
 6  don't know that I'd agree.
 7       Q    So if you don't agree and you don't
 8  disagree, what do you think about that proposition?
 9       A    That leaves "I don't know."
10       Q    So you would say I don't know in
11  response to that statement?
12       A    Yes.
13       Q    Okay.  If I said "In my opinion, it
14  makes it easy to overlook the less populated areas
15  of a district," would you agree or disagree with
16  that statement?
17       A    I don't know.
18       Q    Okay.  Voters in less populated areas
19  still need to be contained within some district in
20  a Redistricting Plan; is that right?
21       A    That's right.
22       Q    And would you agree or disagree with the
23  population that choropleths do a better job of
24  demonstrating when a lower number of voters is
25  evenly distributed throughout an area?
```

1    A    I don't think choropleths tell you
2    anything about the distribution because all they
3    reflect are percentages.
4    Q    Okay.  How about choropleths of
5    relatively small subunits like precincts or VTEs,
6    does that tell you anything about the distribution
7    of voters across the less populated area?
8    A    No, because a precinct with 10 people,
9    one of whom is a Republican, shows up the same with
10   a precinct with a thousand people, a hundred of
11   whom are Republicans.  So you don't know the
12   distribution of individual Republicans across the
13   map from a choropleth regardless of the level.
14   Q    But you do know the relative
15   distribution of people within that precinct or VTD;
16   fair to say?
17   A    Relative -- you know the distribution
18   relative to the members of, I guess, what we might
19   call the outgroup in that precinct or VTD.  Like,
20   you know, the ratio.
21   Q    So maybe the better way to say it is you
22   know the proportion of the studied group within
23   that VTD?
24   A    That's right.
25   Q    Okay.  What is your understanding of a

1         Q    Where does it split it?
2         A    I believe -- it's hard to tell from this
3    map, but it looks to me like some of the arms and
4    elbows are cut off of it, but I'm just looking from
5    this map.
6         Q    Would you agree that the vast majority
7    of Rocky Mount is contained within Illustrative
8    Senate District 5?
9         A    I'd say yeah, a substantial majority
10   just from looking at the map.
11        Q    Okay.  And if you want to turn to page
12   19 of the Fairfax rebuttal report, you'll see
13   Figure 7 there, which has a choropleth of the
14   Senate Illustrative District 5 with BVAP overlaid.
15   Do you see that?
16        A    Yes.
17        Q    And you see in the key the five
18   different levels for the two lowest levels are zero
19   to 20% BVAP and 20 to 24% BVAP?  Do you see that?
20        A    Yes.
21        Q    And would you agree with me that there
22   are many precincts labeled that way in the portion
23   of Pitt County?  Or not districts.  I'm sorry.
24   VTDs labeled that way in the portion of Pitt County
25   that is contained within Senate Illustrative

1    District 5?
2         A    Yes.
3         Q    And would you also agree with me that
4    the southwestern border of Senate Illustrative
5    District 5 follows the Pitt County boundary?
6         A    With Greene County?
7         Q    Correct.
8         A    Yes.
9         Q    And if I can direct your attention to
10   the next page, page 20 of the rebuttal report.  You
11   see Figure 8, which is a zoom-in on the Greenville
12   area of the Illustrative Plan with a choropleth of
13   the median household income overlaid?  Do you see
14   that?
15        A    Yes.
16        Q    And the black line going down through
17   the center of this figure is the boundary of the
18   Senate Illustrative District 5; is that right?
19        A    That's right.
20        Q    And you'd agree that that line tracks
21   through Greenville to include the areas, the Census
22   tracts of Greenville that have lower median
23   household incomes in Pitt County and includes them
24   with the rest of Senate Illustrative District 5?
25        A    I can't tell because I'm red-green color

1              MR. STRACH:  Objection.
2         A    Not as I sit here.
3         Q    Okay.  I want to turn back to Exhibit 4,
4    which is Part II of your report, and go to page 20.
5    Let me know when you're there.
6         A    Okay.
7         Q    I want to direct your attention to the
8    paragraph at the bottom of the page.  And the first
9    two sentences are really -- let's focus on the
10   second sentence -- say "The district could have
11   made the city whole," referring to the city of
12   Rocky Mount, "but that likely would have reduced
13   the BVAP of neighboring District 5 below 50%," and
14   in parentheses, "(it is drawn to 50.2%) and would
15   force the district to give up more of Nash County."
16            Did I read that right?
17        A    Yes.
18        Q    How do you determine that that likely
19   would have reduced the BVAP of neighboring District
20   5 below 50%?
21        A    Well, if you remove any of those high
22   BVAP precincts -- and those are all, you know, in
23   the remapping precincts in the city of Rocky Mount,
24   you can tell from the shading on the choropleth,
25   they're all heavily -- particularly that one --

1  well, I can point to it, but that does you no good.
2  There's one right on the boundary that's 70% plus
3  BVAP.  That's not going to help a district that's
4  50.2%.  Probably going to drop it below 50% because
5  50.2% doesn't allow you to take many heavily Black
6  precincts out of a district.
7        Q    That assumes no other changes to House
8  District 5; right?
9        A    Right.
10       Q    Did you check to see whether House
11 District 5 could be confirmed as a majority BVAP
12 district even if it didn't include that precinct
13 that you identify?
14       A    It may be possible.  I don't know if it
15 would be possible to do it if the cascade that
16 would occur into, I think, District 27.  So maybe
17 that's the one that ends up getting reduced, but
18 since all these districts are drawn so closely to
19 50%, I don't think you can draw a 50 -- whatever
20 this would end up, I think, like, 54% BVAP district
21 and still have the other two above 50%.
22       Q    Did you try?
23       A    Yeah.
24       Q    And you were unsuccessful?
25       A    Yeah.

1   You're talking about past Illustrative District 5
2   here still.  You say, "The court does not reveal
3   anything particularly interesting."
4           Did I read that right?
5       A   Yes.
6       Q   And then if we go to page 22, that's the
7   choropleth we're talking about; right?
8       A   Yes.
9       Q   Is the fact that the choropleth doesn't
10  reveal anything particularly interesting another
11  way of saying the Black population is evenly
12  disbursed throughout the district?
13      A   No, because I don't think choropleths
14  tell you that much about the dispersion of
15  populations.  I think dot density maps are better
16  for that.  The choropleth maps tell you more about
17  how the maps were drawn.  There wasn't anything
18  that jumped out as particularly interesting to me.
19      Q   Okay.  And I want to direct your
20  attention just below the choropleth there.  The
21  first sentence of that paragraph, you say, "As you
22  can see with the dot density map, Black residents
23  are concentrated in Tarboro and Roanoke Rapids,
24  approximately 47 miles apart."
25          And then if you look at page 23, I think

```
 1   Jowei Chen, J-O-W-E-I, wouldn't even say that
 2   that's a traditional redistricting principle.
 3        Q    And in this sentence, you opine that
 4   it's several of Mr. Fairfax's Illustrative
 5   Districts that show this evidence.  Which districts
 6   are those?
 7        A    Map A25, Map A12, Map A23, Map A24, and
 8   these are all House.  Map B24 and Senate District
 9   5A.
10        Q    Okay.  And moving to the last sentence
11   in this conclusion paragraph, you say, "Mr.
12   Fairfax's Illustrative Districts are generally less
13   compact than the Enacted Map."
14             Did I read that right?
15        A    Yes.
16        Q    What do you base this conclusion on?
17        A    There's tables that I've included in my
18   report to compare the compactness of the Enacted
19   Map to his Illustrative Maps.  And generally
20   speaking, the Illustrative Map Districts are less
21   compact than their Enacted Map counterparts.
22        Q    So it's it a district-by-district
23   comparison?
24        A    Yes.
25        Q    And it's based on the two compactness
```