# Exhibit 16

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                MIDDLE DISTRICT OF NORTH CAROLINA

 3    --------------------------------X

 4    SHAUNA WILLIAMS, et al.,        :
                     Plaintiffs       :  Civil Action No.
 5            V                       :  23 CV 1057

 6    REPRESENTATIVE DESTIN HALL,     :
      In his official capacity as
 7    Chair of the House Standing     :
      Committee on Redistricting,
 8    et al.,                         :
                     Defendants
 9    --------------------------------X

10    NORTH CAROLINA STATE CONFERENCE :
      OF THE NAACP, et al.,
11                   Plaintiffs       :  Civil Action No.
              V                          23 CV 1104
12    PHILIP BERGER, in his official
      Capacity as the President       :
13    Pro Tempore of the North Carolina
      Senate, et al.,                 :
14    --------------------------------X

15               Deposition of MICHAEL BARBER, Ph.D.

16                    Conducted virtually

17                  Friday, April 11, 2025

18                       10:05 a.m.

19

20

21

22

23    Job No.:  579524

24    Pages 1 - 211

25    Reported by:  Dianna C. Kilgalen
```

1  be the case that people are concerned about
2  knowing the partisan, you know, the partisan
3  dimensions of these -- of these various
4  districts.
5      Q.   In your original report, you developed a
6  partisan index based on elections from 2016 to
7  2022.  Is that right?
8      A.   Yes.  I believe that's the expanse, like
9  the time, the temporal expanse of the index.
10     Q.   And you created that partisan index?  It
11 was not something you saw in Doctor Rodden's
12 report, for example, correct?
13     A.   That's correct.  I created it.
14     Q.   And why did you create that partisan
15 index?  What -- what purpose did it serve in your
16 original analysis?
17     A.   So in my original analysis, I use it to
18 show the -- the partisan, you know, how the
19 partisan lean of each of the congressional
20 districts.  I use it in other analyses throughout
21 the report.  So it's kind of an integral part of
22 a lot of the analyses in my original report.
23     Q.   Right.  I'm trying to understand like
24 what -- understanding it was an integral part of
25 a lot of the analysis, why did you choose to

1  create a partisan index as part of your analysis?
2  What were you aiming to demonstrate with that?
3      A.   So the purpose of creating an index is
4  to give an overall sense of how the district
5  might perform or what the district might look
6  like in future elections.
7           The benefit of including multiple
8  elections is that each election has its own
9  unique idiosyncrasies.  And so you may not -- you
10 don't -- you don't want to necessarily make a
11 decision or characterize a district based on a
12 particular election given that that election has
13 its own unique, you know, candidates and issues
14 and circumstances.
15          And so the virtue of combining a variety
16 of elections is that any one of those
17 idiosyncrasies is downweighted.  It's less --
18 it's contributing less to the overall -- the
19 overall index.
20     Q.   Is it fair to say that part of the
21 purpose of your partisan index in your original
22 report was to evaluate potential motivations of
23 the legislature when it enacted the map?
24     A.   I -- I don't know that I'm offering an
25 opinion as to the motivations of the legislature

```
 1           MS. RIGGINS:  Objection.
 2      A.   I would say that it wouldn't -- so the
 3  evidence -- the -- seeing race as a
 4  significant -- statistically significant
 5  predictor in the regression model would not cause
 6  me to decrease my belief that race factored into
 7  the drawing of the district, but I don't know
 8  that it would increase my belief.
 9      Q.   And if you were evaluating an enacted
10  district -- sorry -- an enacted map to determine
11  the answer to this question and you had that
12  coefficient, you would also want to look at the
13  configuration of districts to see how it matched
14  up to that to answer that question?
15           MS. RIGGINS:  Objection.  Go ahead.
16      A.   I think it certainly -- I mean, that is
17  an analysis that you would then follow on and do.
18      Q.   Okay.  Going to the second set of
19  simulations, I believe you describe on page 7
20  here you conduct an additional 5,000 simulations
21  that don't pay any attention to population
22  quality, contiguity or those criteria.  Is that
23  correct?
24      A.   Yes.
25      Q.   Why did you conduct this analysis?
```

```
 1      A.    So I think this analysis really helps to
 2   illustrate the degree to which these traditional
 3   redistricting criteria are correlated with race.
 4   And so the moment you omit all of them from the
 5   analysis, the envelope -- the envelope
 6   regressions stop predicting race as a significant
 7   factor.
 8            And so you see that really big shift in
 9   the distribution.  And so what that -- what that
10   tells us is that all of these criteria or some
11   combination of them are very correlated with
12   race, you know, with racial geography.  And so
13   the shift in that distribution illustrates the
14   degree to which that is the case.
15      Q.    So are these -- is this analysis telling
16   us something different than the original analysis
17   of the original simulations?
18            MS. RIGGINS:  Objection.  Go ahead.
19      A.    I think that they are -- they are
20   further evidence of what we suspect.  So in the
21   initial simulations, we say race is not
22   considered but traditional redistricting criteria
23   are.  We see all these false positives.  Why do
24   we see all these false positives?  Well, it's
25   probably because race is correlated with all
```