# Exhibit B
*Excerpts of October 23, 2023 Senate Redistricting Committee Hearing*

1    probably in the stat pack, but I don't know
2    which of these maps that I have in front of me
3    has it.  The racial breakdown of those six
4    precincts.
5         SENATOR DANIEL:  Well, just to remind
6    the committee, this map was not drawn using any
7    racial data.  It hadn't been uploaded into the
8    computer at that point.  And so staff may have
9    that information now, but I haven't looked at
10   it.
11        SENATOR NEWTON:  With that caveat, I'll
12   turn to Ms. Churchill.
13        ERIKA CHURCHILL:  Mr. Chair, if you'll
14   give me just a moment, I'm pulling up the stat
15   pack online.
16        SENATOR NEWTON:  You take your time.
17        While we're looking for that, Senator
18   Hise has a comment or a question.
19        SENATOR HISE:  Yes.  I would also just
20   to add to the discussion that it is clear in
21   this process that we used political
22   consideration in drawing these maps, and the
23   districts represent the political decision as
24   they are some of the strongest Democrat voting
25   precincts within District 7 -- or within

1  New Hanover county, not within District 7.
2              SENATOR NEWTON:  Ms. Churchill.
3              ERIKA CHURCHILL:  Thank you, Mr. Chair.
4              From the stat pack that is available on
5  the General Assembly's website, District 7 has a
6  total black population of 16,543 which equates
7  to 8.34 percent.  District 8 has a total white
8  population of 36,975 which equates to
9  17.23 percent.
10             We do not currently have those
11 available as broken down by split
12 municipalities, but we can attempt to get that
13 information for the committee if that is
14 desired.
15             SENATOR NEWTON:  Is that a "yes," you
16 do desire that?
17             Okay.  Thank you, Ms. Churchill.
18             Any other comments or questions?
19             Senator Blue.
20             SENATOR BLUE:  Thank you, Mr. Chairman.
21             First, I believe that everybody on the
22 committee, and including the chairs and the
23 president pro tem, got a letter from the
24 Southern Coalition for Social Justice in
25 response to Senator Hise's invitation that