# Exhibit C

*Excerpts of October 30, 2024 Deposition of Dr. Barber*

```
 1    in aggregating and collecting that data at the precinct
 2    level and so the research outlet that compiled these
 3    elections, for some reason, maybe hit a snag or some
 4    reason that they were unable to do the work for that
 5    particular year, but I'm not entirely certain.
 6         Q    What's the research outlet that compiled the
 7    election -- the precinct level election results for these
 8    races?
 9         A    So I obtained these data from a source called
10    Dave's Redistricting.  It's a redistricting platform
11    that's publically available and they compile election
12    results.  They rely on, in some cases, a team that's
13    called VEST, V-E-S-T.  And I'm going to -- I can't
14    remember the -- it's an acronym and I can't remember the
15    exact acronym.  It's Voting Election -- I think it might
16    be Voting Election Study Team and it's a group of
17    academics who gather and compile election results and
18    then disaggregate them to the precinct level.
19         Q    So you're not disputing that there was a
20    contested Supreme Court race statewide in 2018?
21              MS. RIGGINS:  Objection.  Go ahead.
22              THE WITNESS:  I don't know.
23         Q    Do you know whether these are the most
24    probative elections for you to study or include in your
25    partisan index?
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1      Court and a judge makes that call.

2      Q    Staying with your report, I think I see where
3  my mistaken page number came from, jumping up to page 9,
4  it should be on the screen now, I want to direct your
5  attention to footnote 3, where you list the 19 statewide
6  election results that you considered the conducting your
7  analysis; is that right?

8      A    Yes.

9      Q    And you use these elections because they were
10 available in Dave's Redistricting Map; is that correct?

11     A    Yes, in addition to the fact that they're
12 statewide elections, right.

13     Q    Did you consider using any elections besides
14 these?

15     A    Not with any serious -- not with any real
16 seriousness, given the difficulty in assembling and
17 aggregating the data.  So these were readily available
18 and met the needs of what I felt was necessary to do in
19 this report.

20     Q    Fair to say that the reason these are the
21 elections you relied upon is because the data was
22 available and reliable?

23          MS. RIGGINS:  Objection.  Go ahead.

24          THE WITNESS:  Available and reliable and met
25  the -- like met the needs of the task that I was --

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127