# Exhibit D

*Excerpts of April 11, 2025*
*Deposition of Dr. Barber*

1  District 75?  I will take it as a standing

2  stipulation you don't know which elections these

3  are.  I will represent to you it's the standard

4  composite from Daves Redistricting.

5           MS. RIGGINS:  Objection.  Doctor Barber,

6  you can answer to the extent you know and this

7  exhibit actually shows you the top of the

8  cluster, which I'm not sure it does.  But go

9  ahead.

10     A.    It looks like there is one, two -- it

11  looks like there's possibly four precincts that

12  he could choose from if he were to select from

13  District 75.  All four of those appear to have a

14  Republican lean to some degree, some more than

15  others.

16           Yeah.  There is variation there.  So

17  there's, you know, a few options available to him

18  there.  I would just also note that 91 is

19  adjacent to other -- other districts.  And so

20  there is, you know, other -- as he says, there is

21  like probably other potential configurations that

22  one could do as well in this grouping.

23     Q.    But of those VTDs that could move from

24  HD 75 to HD 91 while still being contiguous, all

25  of those VTDs moving from anyone -- let me