# Attachment 6

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
2
                  ~~~~~~~~~~~~~~~~~~~~
3
         SHAUNA WILLIAMS, et al.,
4
                    Plaintiffs,
5
             vs.                    Case No. 23-CV-1057
6
         REPRESENTATIVE DESTIN
7        HALL, etc., et al.,
8                   Defendants.
9                 ~~~~~~~~~~~~~~~~~~~~
10       NORTH CAROLINA STATE
         CONFERENCE OF THE NAACP, et al.,
11
                    Plaintiffs,     Case No. 23-CV-1104
12
         PHILIP BERGER, etc., et al.,
13
                    Defendants.
14
                  ~~~~~~~~~~~~~~~~~~~
15              The Remote Deposition of
16
17              JONATHAN RODDEN, Ph.D.
18
19
20              October 28, 2024
21                 11:00 a.m.
22
23
24
25              Cynthia Sullivan, RPR

```
 1   APPEARANCES:
 2
 3       On behalf of the Plaintiffs:
 4           Elias Law Group, by
 5           ALISON GE, ESQ.
 6           JYOTI JASRASARIA, ESQ.
 7           250 Massachusetts Avenue NW
 8           Suite 400
 9           Washington, D.C.  20002
10           age@elias.law
11       On behalf of the Defendants:
12           Baker & Hostetler, by
13           PATRICK T. LEWIS, ESQ.
14           127 Public Square
15           Suite 2000
16           Cleveland, Ohio  44114
17           (216) 861-7096
18           plewis@bakerlaw.com
19               and
20           Nelson Mullins Riley &
21              Scarborough, by
22           ALYSA RIGGINS, ESQ.
23           P.O. Box 641040
24           Chicago, Illinoi  60664
25           alyssa.riggins@nelsonmullins.com
```

1    REMOTE APPEARANCES, Continued:
2    ALSO PRESENT:
3            Sean Trende
4               ~ ~ ~ ~

1  indicate here at the bottom of page 17, this is
2  where you start looking at race versus party,
3  and you indicate that, "The 2023 plan produces
4  ten Republican leaning districts, three
5  Democratic leaning district, and one highly
6  competitive district."
7             Is it fair to say that your -- how
8  do you tabulate -- how do you define a
9  Republican leaning district?
10       A.    This is using the -- the index
11 of -- of Republican or Democratic voting that
12 was also used by -- by Dr. Barber, and anything
13 that is -- that is above .5 averaging over all
14 these races -- averaging over all these
15 elections is considered a Republican leaning
16 district.
17       Q.    I see.  Okay.  So essentially
18 50 percent plus one vote on Dr. Barber's
19 partisan voting index would -- would make it
20 Republican leaning in your mind?
21       A.    Yes.
22       Q.    Okay.  And if we wanted to, we
23 could have defined a Republican leaning
24 district, for example, as a district that had
25 say a minimum of a 55 percent vote share; isn't

Page 296

```
 1              REPORTER'S CERTIFICATE
 2   The State of Ohio,    )
 3                                  SS:
 4   County of Cuyahoga.   )
 5
 6              I, Cynthia Sullivan, a Notary
 7   Public within and for the State of Ohio, duly
 8   commissioned and qualified, do hereby certify
 9   that the within named witness, JONATHAN A.
10   RODDEN, Ph.D., was by me first duly sworn to
11   testify the truth, the whole truth and nothing
12   but the truth in the cause aforesaid; that the
13   testimony then given by the above-referenced
14   witness was by me reduced to stenotypy in the
15   presence of said witness; afterwards
16   transcribed, and that the foregoing is a true
17   and correct transcription of the testimony so
18   given by the above-referenced witness.
19              I do further certify that this
20   deposition was taken at the time and place in
21   the foregoing caption specified and was
22   completed without adjournment.
23
24
25
```

Veritext Legal Solutions

www.veritext.com                                    888-391-3376

Case 1:23-cv-01057-TDS-JLW   Document 125-6   Filed 05/27/25   Page 6 of 7

I do further certify that I am not a relative, counsel or attorney for either party, or otherwise interested in the event of this action.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Cleveland, Ohio, on this 7th day of November, 2024.

*Cynthia Sullivan*

Cynthia Sullivan, Notary Public
within and for the State of Ohio

My commission expires October 17, 2026.

Veritext Legal Solutions
www.veritext.com                    888-391-3376
Case 1:23-cv-01057-TDS-JLW    Document 125-6    Filed 05/27/25    Page 7 of 7