# Attachment 7

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **SHAUNA WILLIAMS, et al.,** | Civil Action No. 23 CV 1057 |
| Plaintiffs, | |
| **REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al.,** | |
| Defendants. | |
| **NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al.,** | Civil Action No. 23 CV 1104 |
| Plaintiffs, | |
| v., | |
| **PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al.,** | |
| Defendants. | |

## EXPERT REPORT OF SEAN P. TRENDE, Ph.D.
### Part II: In Response to Mr. Anthony E. Fairfax



**Exhibit #**

**Trende 4**

exhibitsticker.com

# Table of Contents

1 Introduction and Executive Summary................................................1

2 Expert Qualifications................................................2

    2.1 Career................................................2

    2.2 Publications and Speaking Engagements................................................2

    2.3 Education................................................3

    2.4 Prior Engagements as an Expert................................................4

3 Data Used................................................5

4 Compactness Overview................................................5

    4.1 District Compactness Metrics................................................6

    4.2 Population Compactness................................................9

    4.3 Methods for examining compactness of districts................................................12

5 Examination of Fairfax Illustrative House Maps A and B................................................13

    5.1 House Map A................................................13

        5.1.1 Compactness................................................13

        5.1.2 District 25................................................15

        5.1.3 District 5................................................21

        5.1.4 District 12................................................24

        5.1.5 District 23................................................30

        5.1.6 District 24................................................35

        5.1.7 District 27................................................40

    5.2 House Map B................................................43

6 Examination of Fairfax Illustrative Senate Maps................................................53

    6.1 Illustrative Map A, District 5.................................................55

    6.2 Illustrative Map A, District 2................................................59

**7 The county envelopes suggest that Mr. Fairfax's Illustrative Districts are racial gerrymanders**    **62**

**8 Mr. Fairfax's House maps do show signs of the racial gerrymandering that Dr. Rodden describes in his report**    **65**

**9 Conclusion**    **74**

# List of Figures

Figure 1: Comparison of low Reock district (left) with high Reock district (right) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Figure 2: Comparison of low Polsby-Popper district (left) with high Polsby-Popper district (right) . . . . . . . . . . . . . . . . . . . . . . . 8

Figure 3: Comparison of Compactness, Illustrative Map A and Enacted Map 14

Figure 4: Fairfax Illustrative Map A District 25 BVAP . . . . . . . . . . . 16

Figure 5: Dot Density Map of Fairfax Illustrative Map A District 25 . . . . 17

Figure 6: Dot Density Map of Fairfax Illustrative Map A District 25 . . . . 18

Figure 7: Fairfax Illustrative Map A District 25 BVAP, Rocky Mount Zoom 20

Figure 8: Fairfax Illustrative Map A District 5 BVAP . . . . . . . . . . . . 22

Figure 9: Dot Density Map of Fairfax Illustrative Map A District 5 . . . . . 23

Figure 10: Dot Density Map of Fairfax Illustrative Map A District 5 . . . . . 24

Figure 11: Fairfax Illustrative Map A District 12 BVAP . . . . . . . . . . . 26

Figure 12: Dot Density Map of Fairfax Illustrative Map A District 12 . . . . 27

Figure 13: Dot Density Map of Fairfax Illustrative Map A District 12 . . . . 28

Figure 14: Fairfax Illustrative Map A District 12 BVAP, Kinston zoom . . . 29

Figure 15: Fairfax Illustrative Map A District 12 BVAP, Goldsboro zoom . . 30

Figure 16: Fairfax Illustrative Map A District 23 BVAP . . . . . . . . . . . 31

Figure 17: Dot Density Map of Fairfax Illustrative Map A District 23 . . . . 32

Figure 18: Dot Density Map of Fairfax Illustrative Map A District 23 . . . . 33

Figure 19: Fairfax Illustrative Map A District 23 BVAP, Elizabeth City zoom 34

Figure 20: Demographic characteristics of Black population of District 23 counties, using Mr. Fairfax's table. . . . . . . . . . . . . . . . . . . . 35

Figure 21: Fairfax Illustrative Map A District 24 BVAP . . . . . . . . . . . 36

Figure 22: Fairfax Illustrative Map A District 25 BVAP, Wilson zoom . . . . 37

Figure 23: Dot Density Map of Fairfax Illustrative Map A District 24 . . . . 38

Figure 24:    Dot Density Map of Fairfax Illustrative Map A District 24 . . . .    39

Figure 25:    Fairfax Illustrative Map A District 27 BVAP . . . . . . . . . . .    41

Figure 26:    Dot Density Map of Fairfax Illustrative Map A District 27 . . . .    42

Figure 27:    Dot Density Map of Fairfax Illustrative Map A District 27 . . . .    43

Figure 28:    Comparison of Compactness, Illustrative Map B and Enacted Map    44

Figure 29:    Dot Density Map of Fairfax Illustrative Map B District 8 . . . . .    45

Figure 30:    Dot Density Map of Fairfax Illustrative Map B District 8 . . . . .    46

Figure 31:    Fairfax Illustrative Map B District 8 BVAP   . . . . . . . . . . .    47

Figure 32:    Fairfax Illustrative Map B District 8 BVAP, Greenville zoom . . .    48

Figure 33:    Dot Density Map of Fairfax Illustrative Map B District 24 . . . .    49

Figure 34:    Dot Density Map of Fairfax Illustrative Map B District 24 . . . .    50

Figure 35:    Fairfax Illustrative Map B District 24 BVAP . . . . . . . . . . .    51

Figure 36:    Fairfax Illustrative Map B District 8 BVAP, Wilson zoom   . . . .    52

Figure 37:    Fairfax Illustrative Map B District 8 BVAP, Kinston zoom   . . . .    53

Figure 38:    Comparison of Compactness, Senate Illustrative Map A and En-
              acted Map . . . . . . . . . . . . . . . . . . . . . . . . . . . .    54

Figure 39:    Comparison of Compactness, Senate Illustrative Map B and En-
              acted Map . . . . . . . . . . . . . . . . . . . . . . . . . . . .    54

Figure 40:    Fairfax Senate Illustrative Map A District 5 BVAP   . . . . . . . .    55

Figure 41:    Dot Density Map of Fairfax Senate Illustrative Map A District 5 .    56

Figure 42:    Dot Density Map of Fairfax Senate Illustrative Map A District 5 .    57

Figure 43:    Fairfax Senate Illustrative Map A District 5 BVAP, Rocky Mount
              zoom . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    58

Figure 44:    Fairfax Senate Illustrative Map A District 5 BVAP, Greenville zoom    59

Figure 45:    Fairfax Senate Illustrative Map A District 2 BVAP   . . . . . . . .    60

Figure 46:    Dot Density Map of Fairfax Senate Illustrative Map A District 2 .    60

Figure 47:    Dot Density Map of Fairfax Senate Illustrative Map A District 2 .    61

Figure 48:   Demographics of counties in Fairfaix Illustrative Map A, Senate District 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   62

Figure 49:   p-values for racial variables using county envelope regression Fairfax Map A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   63

Figure 50:   p-values for racial variables using county envelope regression Fairfax Map B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   64

Figure 51:   Location of Black registered voters, NE North Carolina, with Enacted Map boundaries . . . . . . . . . . . . . . . . . . . . . . .   66

Figure 52:   Location of Black registered voters, NE North Carolina, with Illustrative Map A boundaries . . . . . . . . . . . . . . . . . . . .   67

Figure 53:   Location of Black registered voters, NE North Carolina, with Illustrative Map B boundaries . . . . . . . . . . . . . . . . . . . .   68

Figure 54:   Choropleth Maps by BVAP, Enacted Map . . . . . . . . . . . .   69

Figure 55:   Choropleth Maps by BVAP, Illustrative Map A . . . . . . . . .   70

Figure 56:   Choropleth Maps by BVAP, Illustrative Map B . . . . . . . . .   71

Figure 57:   Dotplot of District BVAP, Enacted Map vs. Illustrative Map A .   72

Figure 58:   Dotplot of District BVAP, Enacted Map vs. Illustrative Map B .   73

Figure 44: Fairfax Senate Illustrative Map A District 5 BVAP, Greenville zoom



© OpenStreetMap contributors

## 6.2 Illustrative Map A, District 2

As mentioned, Illustrative District 2 is the same on both maps, so it only needs to be discussed once. It, too, features disparate Black populations linked together across a large district. Once again, because the BVAP is so close to 50%, the district is dependent on scattered Black population in otherwise heavily White counties, such as Chowan and

Gates.

Figure 45: Fairfax Senate Illustrative Map A District 2 BVAP



© OpenStreetMap contributors

Figure 46: Dot Density Map of Fairfax Senate Illustrative Map A District 2



(a) One black dot = 20 Black residents of voting age

Figure 47: Dot Density Map of Fairfax Senate Illustrative Map A District 2



(a) One black dot = 20 Black residents of voting age. One orange x = 20 non-Black residents of voting age

Finally, Mr. Fairfax's data suggest that the Black communities included in this district have important socioeconomic dissimilarities. For example, Black residents of Gates County have higher incomes than Black residents elsewhere in the district, are much more likely to have a high school degree, are less likely to lack health insurance, are less likely to rent their house, and live in higher values homes.

Figure 48: Demographics of counties in Faifaix Illustrative Map A, Senate District 2

| County | % High School Degree | Med. Inc. | % No Health Ins. | Med. Home Val | % Renting |
|--------|---------------------|-----------|------------------|---------------|-----------|
| Bertie | 76.96% | $32,522 | 13.29% | $74,700 | 29.84% |
| Gates | 88.66% | $45,467 | 5.69% | $121,100 | 14.01% |
| Halifax | 77.39% | $30,508 | 8.78% | $86,100 | 46.94% |
| Hertford | 81.44% | $39,834 | 9.12% | $96,500 | 40.51% |
| Northampton | 79.34% | $38,140 | 11.03% | $80,900 | 33.28% |
| Vance | 81.58% | $39,836 | 11.40% | $110,900 | 54.26% |
| Warren | 81.77% | $32,469 | 13.40% | $85,900 | 44.02% |

# 7 The county envelopes suggest that Mr. Fairfax's Illustrative Districts are racial gerrymanders

As described in my response to Dr. Rodden, I do not believe that there is any value in the county envelope approach. I do not believe it should be used in the Congressional or in the Legislative cases. However, the panel may disagree. In the event that the panel disagrees and finds that the county envelope approach has value, such value would likely be maximized in a format, such as state legislative seats in North Carolina, where county splits are to be minimized.[4]

To that end, I have applied the county envelope approach to Mr. Fairfax's maps. For every district that he redraws, I have taken the counties he includes in that district, calculated the district centroid, calculated the centroid of each VTD and its distance to the district centroid, and calculated the BVAPs. I have then performed a logistic regression analysis on whether or not the precinct is included in the district, with distance to the centroid and BVAP as the independent variables. Using this approach, half of Mr.

---

[4]That is because it would eliminate the concern, raised in the Rodden Report response, that the county envelope approach arbitrarily ignores precincts near the district center, but in a different county.

Fairfax's districts are racially motivated gerrymanders, including districts 7, 12, 24, 23, and 5.

Figure 49: p-values for racial variables using county envelope regression Fairfax Map A

| District | BVAP Coef. | p-value |
|----------|-----------|---------|
| 12 | 0.123 | 0.0002 |
| 7 | -0.118 | 0.0003 |
| 24 | 0.067 | 0.0003 |
| 4 | -0.064 | 0.0014 |
| 23 | 0.086 | 0.0066 |
| 10 | -0.057 | 0.0070 |
| 13 | -0.063 | 0.0103 |
| 5 | -0.041 | 0.0198 |
| 32 | 0.068 | 0.0945 |
| 8 | -0.031 | 0.1170 |
| 1 | -0.330 | 0.1687 |
| 25 | 0.012 | 0.4311 |
| 3 | 0.045 | 0.5049 |
| 27 | 0.012 | 0.5110 |
| 79 | -0.010 | 0.5900 |
| 9 | -0.001 | 0.9419 |

Likewise, running the county envelope approach on Map B flags districts 5, 7, 12, 13, 23 and 24 as racial gerrymanders.

Figure 50: p-values for racial variables using county envelope regression Fairfax Map B

| District | BVAP Coef. | p-value |
|----------|-----------|---------|
| 12 | 0.123 | 0.0002 |
| 7 | -0.118 | 0.0003 |
| 24 | 0.067 | 0.0003 |
| 23 | 0.086 | 0.0066 |
| 13 | -0.063 | 0.0103 |
| 5 | -0.041 | 0.0198 |
| 32 | 0.068 | 0.0945 |
| 8 | -0.031 | 0.1170 |
| 1 | -0.330 | 0.1687 |
| 25 | 0.012 | 0.4311 |
| 3 | 0.045 | 0.5049 |
| 27 | 0.012 | 0.5110 |
| 79 | -0.010 | 0.5900 |
| 9 | -0.001 | 0.9419 |

Again, to reiterate, I do not think this approach has validity regardless of who wields it. But if the Court is inclined to disagree, an application to Mr. Fairfax's maps identifies a number of districts where race predominated in the drawing.

# 8   Mr. Fairfax's House maps do show signs of the racial gerrymandering that Dr. Rodden describes in his report

Finally, in Dr. Rodden's report he employs maps and charts to illustrate the supposed racial gerrymandering there. The problem is that those maps are at the very least equally consistent with politics as an explanation. However, applying them to Mr. Fairfax's report, where he disclaims reliance upon politics, shows striking patterns that Dr. Rodden flags in his report.

For example, consider the following map, which shows the distribution of registered Black voters in the districts that Mr. Fairfax redraws in the Enacted Map. Districts that Mr. Fairfax transforms into majority BVAP districts in either Map A or Map B are shaded grey.

Figure 51: Location of Black registered voters, NE North Carolina, with Enacted Map boundaries



Compare this to House Map A. It is quickly apparent how the map carves out every cluster of Black residents to place them in one of his majority Black districts.

Mr. Fairfax's House maps do show signs of the racial gerrymandering that Dr. Rodden describes in his re[...]

Figure 52: Location of Black registered voters, NE North Carolina, with Illustrative Map A boundaries



The same is true for Map B, although it leaves out the Black population in Goldsboro (where he maintains the district format from the Enacted Map).

Mr. Fairfax's House maps do show signs of the racial gerrymandering that Dr. Rodden describes in his re

Figure 53: Location of Black registered voters, NE North Carolina, with Illustrative Map B boundaries



We can also view this using choropleth maps, described above. While we've used them in isolation, viewing how these districts are drawn in Maps A and B really is an example of the whole being greater than the sum of the parts.

We can start with the Enacted Map, where district shapes and splits are largely driven by the Stephenson groupings mandated by the North Carolina Constitution:

Figure 54: Choropleth Maps by BVAP, Enacted Map



© OpenStreetMap contributors

We compare this to Map A, and can see how almost every available Black precinct is packed into Mr. Fairfax's six Black-majority districts (outlined with a thicker boundary).

Figure 55: Choropleth Maps by BVAP, Illustrative Map A



© OpenStreetMap contributors

Map B is less severe, but we still see the same effect:

Figure 56: Choropleth Maps by BVAP, Illustrative Map B



© OpenStreetMap contributors

This "bleaching" of the surrounding districts is perhaps most readily revealed through our dotplots from the Rodden Response. Here, the BVAPs for the Enacted Map are shown in Blue, while the BVAPs for Map A are in red. Again, the BVAPs for the Enacted Map are largely dictated by the Stephenson groupings required by the North Carolina Constitution:

Figure 57: Dotplot of District BVAP, Enacted Map vs. Illustrative Map A



But you can see how districts 5, 12, 23, 24, 25, and 27 are all drawn carefully to just over 50% BVAP. The remaining districts, however, generally see their BVAPs lowered, sometimes substantially. The same is true for Map B:

Figure 58: Dotplot of District BVAP, Enacted Map vs. Illustrative Map B



The line between being "aware of race" and "racial predominance" or "subverting traditional redistricting criteria to race" is a blurry one. But taken together, this appears to be a clear example of ignoring state constitutional criteria, reducing district compactness, and splitting major cities in order to achieve a racial target.

# 9 Conclusion

Several of Mr. Fairfax's Illustrative Districts do not contain compact minority populations capable of being 50% of the population in their districts. Several of Mr. Fairfax's Illustrative Districts show evidence of traditional redistricting principles being subverted to race. And Mr. Fairfax's Illustrative Districts are generally less compact than the Enacted Map.

I declare under penalty of perjury under the laws of the State of Ohio that the foregoing is true and correct to the best of my knowledge and belief. Executed on 26 September, 2024 in Delaware, Ohio.

*Sean Trende*

Sean P. Trende