# Exhibit 2

# SUPPLEMENTAL EXPERT REPORT OF MAXWELL PALMER, PH.D.

I, Dr. Maxwell Palmer, declare as follows:

1. My name is Maxwell Palmer. I am currently an Associate Professor of Political Science at Boston University. I joined the faculty at Boston University in 2014, after completing my Ph.D. in Political Science at Harvard University. I was promoted to Associate Professor, with tenure, in 2021. I am also a Civic Tech Fellow in the Faculty of Computing & Data Sciences and a Faculty Fellow at the Initiative on Cities. I teach and conduct research on American politics and political methodology. My latest curriculum vitae is attached to this report.

2. I submitted my original report in this matter on August 1, 2024 and a reply report on October 17, 2024. I was retained by the Williams plaintiffs in this litigation to offer an expert opinion on the extent to which voting is racially polarized in North Carolina. I was also asked to evaluate the ability of Black-preferred candidates to win elections under the 2022 and 2023 congressional district maps. Additionally, I was asked to analyze how the 2023 congressional redistricting affected the ability of Black and Hispanic voters to elect their preferred candidates relative to the 2022 plan.[1]

3. In my original report, I found strong evidence of racially polarized voting. Black and White voters consistently supported different candidates, and Black and Hispanic voters shared the same candidates of choice. I also found that Black and Hispanic voters are less able to elect their preferred candidates under the 2023 plan relative to the 2022 plan, while White voters are more able to elect their preferred candidates under the 2023 plan relative to the 2022 plan. Switching from the 2022 plan to the 2023 plan disproportionately harms Black and Hispanic voters and disproportionately benefits White voters.

4. I have been asked by the Williams plaintiffs in this litigation to supplement my original report with data from the 2024 general election. To do so, I rely on the same data sources from the North Carolina Board of Elections and the same methodology detailed in my original report.[2]

---

[1] Throughout this report I analyze the North Carolina congressional districts under the plan used for the 2022 elections and the congressional district plan passed under Senate Bill 757 on October 25, 2023 and used for the 2024 elections. For clarity, I will refer to the former plan as the "2022 plan" and the latter plan as the "2023 plan."

[2] The North Carolina Board of Elections produces two different data sources for precinct level election result. I use the ENRS Precinct Election Results (https://s3.amazonaws.com/dl.ncsbe.gov/ENRS/2024_11_05/results_pct_20241105.zip). The NCSBE also produces a "Precinct Sort" version of this data that assigns voters casting absentee or provision ballots to their voting precinct in the counties that report such results only at the county level (https://dl.ncsbe.gov/?prefix=ENRS/2024_11_05/results_precinct_sort/). I use the ENRS data for consistency with my prior report. However, the choice of data set does not affect

Case 1:23-cv-01057-TDS-JLW    Document 128-2    Filed 05/27/25    Page 2 of 24

5. This report supplements my prior report, and the results from the 2024 elections are consistent with that report. I find clear evidence of racially polarized voting between Black and White voters in North Carolina, statewide and in each individual region that I examined. I also find that Black-preferred candidates are less successful under the 2023 plan than under the 2022 plan. Across 15 statewide elections in 2024, the average Black-preferred candidate was able to win 6.8 congressional districts under the 2022 plan, but only 3.9 districts under the 2023 plan.

## Racially Polarized Voting Analysis

6. There were 15 statewide offices contested by two major-party candidates in 2024. I analyzed racially polarized voting for each office using ecological inference (EI). The results of this analysis are estimates of the percentage of each group that voted for the candidate from each party in each election. The results include both a mean estimate (the most likely vote share), and a 95% confidence interval.[3]

7. Interpreting the results of the ecological inference models proceeds in two general stages. First, I examined the support for each candidate by each demographic group to determine if members of the group vote cohesively in support of a single candidate in each election. When a significant majority of the group supports a single candidate, I can then identify that candidate as the group's preferred candidate. If the group's support is roughly evenly divided between the two candidates, then the group does not cohesively support a single candidate and does not have a clear preference. Second, after identifying the preferred candidate for each group (or the lack of such a candidate), I then compared the preferences of voters of each group to the voters of the other groups. Evidence of racially polarized voting is found when voters of different groups support different candidates, and evidence of cohesion is found when voters of different groups support that same candidate.

8. Figure 1 presents the estimates of support for the Black-preferred candidate for Black, Hispanic, and White voters for all 15 statewide electoral contests in 2024. The estimated levels of support for the Black-preferred candidate in each election for each group are represented by the green, orange, and purple points, and the horizontal lines indicate the range of the 95% confidence intervals.[4]

9. Figure 1 shows that Black voters are extremely cohesive, with a clear preferred candidate in all 15 elections. On average, Black voters supported their preferred candidates

---

my results. The precinct level vote shares in each contest that I analyze below correlate at 0.99, indicating that the values are almost exactly the same.

[3]The 95% confidence interval is a measure of uncertainty in the estimates from the model. For example, the model might estimate that 94% of the members of a group voted for a particular candidate, with a 95% confidence interval of 91-96%. This means that based on the data and the model assumptions, 95% of the simulated estimates for this group fall in the range of 91-96%, with 94% being the average value. Larger confidence intervals reflect a higher degree of uncertainty in the estimates, while smaller confidence intervals reflect less uncertainty.

[4]Full results for each election are presented in Table 1.

Case 1:23-cv-01057-TDS-JLW    Document 128-2    Filed 05/27/25    Page 3 of 24



**Figure 1:** Racially Polarized Voting Estimates by Election — Statewide

with 96.8% of the vote.

10. Figure 1 also shows that Hispanic voters vote cohesively, and support the same candidates as Black voters. Hispanic voters have a clear preferred candidate in all 15 elections. On average, Hispanic voters supported their preferred candidates with 88.1% of the vote.

11. Figure 1 also shows that White voters are highly cohesive in voting in opposition to the Black and Hispanic-preferred candidates in every election. On average, White voters supported Black and Hispanic-preferred candidates with 29.6% of the vote, and in no election did this estimate exceed 42%. Figure 1 thus demonstrates that voting is racially polarized on a statewide basis.

12. There is also evidence of racially polarized voting in the four focus regions, as defined in ¶10 of my initial report. I estimated ecological inference models for each election in each region. Figure 2 plots the results, and Tables 2–5 present the full results. Black voters are extremely cohesive, with a clear preferred candidate in all 15 elections in each region. On average, Black voters supported their preferred candidates with 95.9% of the vote in the Piedmont Triad, 97.1% in the Northeast, 92.5% in CD 14, and 97.0% in Mecklenburg County.

13. Figure 2 also shows that White voters are highly cohesive in voting in opposition to the Black-preferred candidate in the Piedmont Triad (24.0%), Northeast (16.4%), and CD 14 (19.9%). White voters are much more supportive of Black-preferred candidates

3

in Mecklenburg County (48.8%).



**Figure 2:** Racially Polarized Voting Estimates by Region

14. Figure 2 shows that Hispanic voters generally vote cohesively with Black voters and share the same candidates of choice in the Piedmont Triad, Northeast, and CD 14 regions. In the Piedmont Triad, there is strong evidence that Hispanic voters support the Black-preferred candidate in every election, with an average of 84.2% of the vote. In the Northeast, Hispanic voters support Black-preferred candidates with an average of 75.5%, and there is statistical evidence of cohesion in 14 of the 15 contests. In CD 14, Hispanic voters support Black-preferred candidates with an average of 72.8% of the vote, but due to statistical uncertainty, I can only conclude that Black and Hispanic votes share the same candidates of choice in 11 of the 15 elections analyzed. In Mecklenburg the estimates vary substantially across elections, and I do not find evidence of cohesion.

Case 1:23-cv-01057-TDS-JLW     Document 128-2     Filed 05/27/25     Page 5 of 24

# Performance of Black-Preferred Candidates Under the 2022 and 2023 Plans

15. Having identified the Black-preferred candidate in each election, I now turn to their performance in each district under the 2022 and 2023 plans. To do so, I aggregated precinct-level election results for each of the 15 statewide elections in 2024 using the boundaries of the congressional districts under the 2022 and 2023 plans, calculated the vote share of each candidate, and identified which candidate won a majority of the two-party vote in each district. Figure 3 and Tables 6 and 7 present the results of this analysis.



**Figure 3:** Performance of Black-Preferred Candidates in Each District Under the 2022 and 2023 Plans

16. Figure 3 shows the performance of Black-preferred candidates under each plan. Each small green or orange point represents one election result in each district, and the larger points are the district-level averages. Points above the horizontal black line indicate that the Black-preferred candidate won that election in the district, and points below indicate that the Black-preferred candidate lost. The left panel of the figure presents the results for the 2022 plan, and shows that there are six districts where Black-preferred candidates won all or most of the elections, and one district where the Black-preferred candidate won some of the time. In contrast, the right panel of the figure, with results for the 2023 plan, shows three districts where the Black-preferred candidate won every election, and one where the Black-preferred candidate won most

5

of the time.

17. Under the 2022 Plan, the average Black-preferred candidate won a majority of the vote in 6.8 congressional districts. In contrast, under the 2023 plan, the average Black-preferred candidate won a majority of the vote in only 3.9 districts, a decrease of 42.6%.

# Effects of the 2023 Plan on Voters by Demographic Group

18. To analyze how the 2023 congressional redistricting affected the ability of Black and Hispanic voters to elect their preferred candidates compared to White voters, I combined precinct-level ecological inference estimates with statewide election data to estimate the percentage of voters by race who lived in a district where their preferred candidate won under each plan. By comparing these estimates, we can see that 2023 redistricting disproportionately advantaged White voters over Black and Hispanic voters. My original report (¶¶24–26) explains the methodology used for this analysis.

19. Figure 4 presents the results for the 2024 presidential election. Under the 2022 plan, 66.6% of Black voters lived in a district where their preferred candidate won a majority of the vote, and under the 2023 plan 30.1% of Black voters did so, a 36.4 percentage point decrease. For Hispanic voters, 56.5% lived in a district where their preferred candidate won a majority of the vote under the 2022 plan and 35.2% did so under the 2023 plan, a 21.3 percentage point decrease. Similarly for Other minority voters, 57.3% lived in a district where their preferred candidate won a majority of the vote under the 2022 plan and 41.2% did so under the 2023 plan, a 16.1 percentage point decrease. In contrast, under the 2022 plan, 58.9% of White voters lived district where their preferred candidate won, and 72.8% did so under the 2023 plan, a 13.8 percentage point increase. Only White voters are better able to elect their preferred candidates under this plan.

20. While the results differ across elections, on average the percentage of Black voters living in districts where their preferred candidates won decreased by 26.7 percentage points from the 2022 to 2023 plan. The percentage of Hispanic voters living in districts where their preferred candidates won decreased by 16.9 percentage points from the 2022 to 2023 plan, and the percentage of Other minority voters living in districts where their preferred candidates won decreased by 12.3 percentage points. In comparison, the percentage of White voters living in districts where their preferred candidates won increased by 9.6 percentage points from the 2022 to 2023 plan. Tables 8 and 9 present the full results for each election.

21. Critically, these results do not reflect improvements in the number of voters overall who are able to elect their preferred candidates. I also calculated the percentages of all voters, across all racial groups, who live in districts won by their preferred candidates. For example, in the 2024 presidential election, 60.0% of all voters under



**Figure 4:** Differential Effects of Redistricting on Electing Preferred Candidate by Race, 2022 to 2023 Plans, 2024 Election for U.S. President

the 2022 plan lived in a district where their preferred candidate won a majority of the vote, and 60.4% of all voters under the 2022 plan. Across all 15 elections, the average difference between the two maps is -0.2%. In other words, while these plans change the distribution of which voters are able to elect their preferred candidates, the overall number of voters who are able to do so does not substantially change.

I reserve the right to supplement my report in this case in light of additional facts, testimony, and/or materials that may come to light.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*Maxwell Palmer*

Maxwell Palmer

Executed this 17th day of March, 2025, at Arlington, Massachusetts.

**Table 1:** Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — Statewide

| | | Black | White | Hispanic | Other |
|---|---|---|---|---|---|
| 2024 | US President* | 96.3% (95.6, 96.7) | 28.6% (28.2, 29.1) | 86.1% (82.3, 89.7) | 81.0% (78.0, 83.1) |
| | Governor | 96.8% (96.0, 97.5) | 41.7% (41.3, 42.1) | 87.8% (80.3, 91.9) | 84.1% (82.9, 85.4) |
| | Lieutenant Governor | 97.4% (96.9, 97.8) | 31.2% (30.8, 32.0) | 91.2% (84.1, 94.4) | 84.0% (81.9, 85.6) |
| | Attorney General | 97.0% (96.3, 97.7) | 32.5% (32.1, 32.8) | 87.8% (83.4, 91.4) | 82.0% (80.5, 83.9) |
| | Secretary State | 97.1% (96.4, 97.6) | 31.7% (31.2, 32.1) | 86.5% (75.7, 94.4) | 83.5% (82.0, 85.0) |
| | Treasurer | 97.0% (96.4, 97.5) | 26.3% (26.1, 26.6) | 88.1% (84.7, 90.9) | 83.8% (82.7, 85.1) |
| | Auditor* | 97.0% (96.5, 97.4) | 28.2% (27.9, 28.9) | 92.5% (86.4, 94.5) | 85.6% (82.6, 87.4) |
| | Comm. Agriculture | 96.5% (95.9, 97.2) | 24.6% (24.2, 25.2) | 85.8% (75.0, 92.2) | 83.0% (81.0, 84.8) |
| | Comm. Insurance | 96.7% (96.1, 97.2) | 26.9% (26.6, 27.2) | 90.0% (80.3, 93.8) | 83.6% (82.1, 85.4) |
| | Comm. Labor* | 96.6% (96.1, 97.1) | 26.2% (25.8, 26.7) | 86.1% (72.3, 93.0) | 83.0% (80.8, 85.3) |
| | Super. Public Inst.* | 97.1% (96.6, 97.7) | 32.0% (31.7, 32.6) | 87.9% (78.8, 92.8) | 82.3% (79.2, 84.1) |
| | Sup. Ct. Seat 6 | 96.6% (95.8, 97.3) | 30.2% (29.9, 30.5) | 90.0% (85.9, 93.5) | 83.4% (82.0, 84.6) |
| | NC Ct. App. Seat 12* | 96.9% (96.2, 97.5) | 28.8% (28.3, 29.4) | 87.2% (82.6, 92.0) | 83.8% (80.1, 85.7) |
| | NC Ct. App. Seat 4 | 96.5% (95.8, 97.1) | 27.0% (26.6, 27.4) | 86.3% (82.5, 91.9) | 83.0% (81.2, 84.8) |
| | NC Ct. App. Seat 15* | 96.7% (96.3, 97.2) | 27.6% (27.2, 27.9) | 88.4% (85.7, 90.4) | 82.8% (81.0, 85.2) |

\* Indicates that the Black-preferred candidate was Black.

**Table 2:** Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — Piedmont Triad

| | | Black | White | Hispanic | Other |
|---|---|---|---|---|---|
| 2024 | US President* | 94.8% (93.6, 95.8) | 22.5% (21.8, 23.3) | 85.0% (79.3, 89.1) | 89.0% (83.1, 93.5) |
| | Governor | 96.1% (94.7, 97.0) | 37.3% (36.7, 38.3) | 82.1% (70.9, 89.7) | 90.6% (87.0, 93.8) |
| | Lieutenant Governor | 96.9% (96.0, 97.6) | 25.4% (24.9, 25.8) | 88.9% (84.3, 93.0) | 90.4% (88.0, 93.2) |
| | Attorney General | 95.9% (94.4, 96.9) | 27.3% (26.8, 28.0) | 82.9% (78.9, 88.0) | 88.8% (83.2, 91.8) |
| | Secretary State | 96.2% (95.0, 97.3) | 26.6% (25.9, 27.2) | 78.6% (64.9, 87.0) | 88.9% (85.0, 92.1) |
| | Treasurer | 95.8% (94.7, 96.8) | 20.6% (20.1, 21.3) | 85.8% (76.2, 91.8) | 92.3% (89.7, 95.3) |
| | Auditor* | 96.9% (96.0, 97.6) | 22.3% (21.9, 22.8) | 90.1% (80.8, 95.1) | 90.5% (86.2, 95.3) |
| | Comm. Agriculture | 94.9% (93.5, 95.9) | 16.7% (16.2, 17.5) | 88.9% (84.0, 92.5) | 91.4% (84.9, 94.9) |
| | Comm. Insurance | 96.0% (94.6, 97.2) | 20.4% (20.0, 20.9) | 88.8% (82.9, 93.0) | 90.7% (86.2, 93.8) |
| | Comm. Labor* | 96.0% (94.8, 96.9) | 20.5% (20.0, 21.0) | 83.9% (77.7, 90.7) | 89.9% (85.9, 93.2) |
| | Super. Public Inst.* | 96.2% (94.4, 97.3) | 29.0% (28.4, 30.3) | 82.0% (71.8, 87.8) | 88.5% (82.9, 92.7) |
| | Sup. Ct. Seat 6 | 95.5% (94.5, 96.4) | 24.5% (24.0, 25.4) | 82.9% (74.6, 90.3) | 90.6% (87.5, 93.7) |
| | NC Ct. App. Seat 12* | 96.6% (95.4, 97.5) | 23.4% (22.5, 24.3) | 77.4% (62.5, 90.2) | 89.3% (86.1, 92.4) |
| | NC Ct. App. Seat 4 | 95.5% (94.2, 96.4) | 21.3% (20.7, 21.9) | 79.0% (69.0, 88.8) | 90.3% (85.1, 93.2) |
| | NC Ct. App. Seat 15* | 96.1% (95.1, 97.0) | 21.5% (21.0, 22.2) | 86.0% (77.1, 92.6) | 89.4% (83.2, 93.0) |

\* Indicates that the Black-preferred candidate was Black.

8

**Table 3:** Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — Northeast

| | | Black | White | Hispanic | Other |
|---|---|---|---|---|---|
| 2024 | US President* | 96.5% (95.7, 97.3) | 14.0% (13.4, 14.7) | 85.6% (79.8, 91.6) | 89.6% (85.2, 92.5) |
| | Governor | 97.4% (96.6, 98.0) | 25.6% (24.7, 26.9) | 80.9% (71.0, 91.7) | 91.5% (84.1, 95.0) |
| | Lieutenant Governor | 97.4% (96.6, 98.1) | 17.9% (17.3, 18.6) | 82.5% (73.3, 91.1) | 93.1% (89.9, 96.1) |
| | Attorney General | 97.4% (96.7, 98.0) | 18.3% (17.7, 19.0) | 73.8% (64.1, 84.7) | 92.3% (89.4, 95.0) |
| | Secretary State | 97.7% (97.0, 98.3) | 20.2% (19.6, 21.0) | 84.2% (72.3, 91.1) | 89.8% (83.6, 93.3) |
| | Treasurer | 97.1% (96.1, 97.9) | 14.6% (13.9, 15.4) | 67.9% (58.4, 80.6) | 92.9% (89.4, 95.4) |
| | Auditor* | 97.1% (96.3, 97.9) | 15.7% (15.1, 16.3) | 82.1% (75.9, 87.3) | 92.8% (89.1, 95.4) |
| | Comm. Agriculture | 97.0% (96.3, 97.7) | 11.4% (10.6, 12.1) | 67.7% (56.9, 77.1) | 91.4% (88.3, 94.2) |
| | Comm. Insurance | 96.9% (96.1, 97.7) | 13.8% (13.0, 14.6) | 79.8% (62.4, 90.2) | 90.9% (87.5, 94.5) |
| | Comm. Labor* | 97.0% (96.3, 97.8) | 14.0% (13.4, 14.7) | 71.7% (57.1, 89.7) | 89.4% (84.4, 93.8) |
| | Super. Public Inst.* | 97.0% (96.0, 97.8) | 19.5% (18.8, 20.3) | 71.2% (57.4, 85.9) | 92.8% (90.5, 95.3) |
| | Sup. Ct. Seat 6 | 97.0% (96.2, 97.7) | 17.1% (16.5, 17.9) | 70.7% (59.7, 80.5) | 90.3% (86.8, 94.4) |
| | NC Ct. App. Seat 12* | 97.1% (96.3, 97.7) | 15.4% (14.8, 16.2) | 77.2% (63.4, 87.7) | 91.1% (87.2, 94.6) |
| | NC Ct. App. Seat 4 | 97.0% (95.9, 97.7) | 14.6% (13.5, 15.5) | 73.0% (57.5, 86.9) | 87.9% (80.7, 92.5) |
| | NC Ct. App. Seat 15* | 96.9% (96.0, 97.6) | 14.6% (13.6, 15.8) | 64.0% (42.1, 88.3) | 92.0% (87.1, 95.1) |

* Indicates that the Black-preferred candidate was Black.

**Table 4:** Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — Mecklenburg

| | | Black | White | Hispanic | Other |
|---|---|---|---|---|---|
| 2024 | US President* | 97.3% (95.9, 98.5) | 49.9% (48.3, 51.4) | 24.7% (15.2, 40.3) | 86.9% (80.7, 91.5) |
| | Governor | 96.7% (95.4, 97.8) | 66.3% (64.9, 67.9) | 32.2% (21.8, 42.4) | 84.9% (77.8, 92.1) |
| | Lieutenant Governor | 97.2% (95.6, 98.3) | 51.2% (50.2, 52.3) | 45.9% (33.5, 58.2) | 88.3% (84.2, 92.1) |
| | Attorney General | 96.7% (94.8, 97.8) | 54.9% (52.8, 57.2) | 48.0% (19.5, 76.6) | 80.6% (61.0, 92.9) |
| | Secretary State | 97.0% (95.6, 98.1) | 49.5% (48.2, 51.1) | 41.4% (23.0, 56.7) | 88.1% (78.2, 93.2) |
| | Treasurer | 97.2% (95.5, 98.4) | 42.4% (40.9, 44.2) | 50.2% (34.9, 60.6) | 87.1% (79.2, 93.1) |
| | Auditor* | 97.1% (95.8, 98.2) | 46.0% (43.7, 48.1) | 62.6% (39.6, 77.6) | 87.7% (76.2, 94.8) |
| | Comm. Agriculture | 96.6% (95.1, 97.9) | 43.6% (42.2, 44.9) | 58.0% (40.3, 71.5) | 88.0% (80.9, 93.1) |
| | Comm. Insurance | 97.5% (95.7, 98.5) | 45.2% (43.5, 46.6) | 56.9% (46.8, 67.8) | 82.3% (75.7, 89.3) |
| | Comm. Labor* | 96.8% (95.5, 97.9) | 42.7% (41.1, 44.3) | 49.0% (25.8, 84.4) | 87.4% (66.6, 96.0) |
| | Super. Public Inst.* | 97.1% (96.0, 98.0) | 50.1% (48.8, 51.9) | 34.8% (22.3, 44.6) | 88.9% (77.7, 94.4) |
| | Sup. Ct. Seat 6 | 97.0% (95.9, 98.0) | 50.2% (48.6, 52.5) | 48.0% (31.0, 62.3) | 82.0% (70.5, 89.8) |
| | NC Ct. App. Seat 12* | 97.0% (95.8, 98.0) | 47.9% (46.4, 49.7) | 40.6% (26.8, 51.6) | 87.2% (79.2, 93.9) |
| | NC Ct. App. Seat 4 | 96.5% (94.9, 97.7) | 45.5% (44.0, 47.3) | 49.4% (30.8, 68.8) | 83.6% (73.9, 92.4) |
| | NC Ct. App. Seat 15* | 97.7% (96.4, 98.5) | 47.3% (46.3, 49.3) | 37.4% (22.4, 56.5) | 85.0% (70.0, 93.0) |

* Indicates that the Black-preferred candidate was Black.

Case 1:23-cv-01057-TDS-JLW    Document 128-2    Filed 05/27/25    Page 10 of 24

**Table 5:** Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — CD 14

| | | Black | White | Hispanic | Other |
|---|---|---|---|---|---|
| 2024 | US President* | 92.6% (84.6, 97.0) | 18.8% (16.1, 21.8) | 72.8% (57.5, 86.1) | 69.6% (48.6, 89.0) |
| | Governor | 92.4% (86.9, 95.9) | 31.2% (28.8, 34.4) | 77.0% (58.1, 92.8) | 62.1% (41.0, 78.5) |
| | Lieutenant Governor | 93.8% (90.9, 96.8) | 21.0% (19.6, 22.5) | 71.2% (53.9, 88.9) | 80.9% (67.9, 90.5) |
| | Attorney General | 89.6% (81.3, 94.5) | 23.5% (21.8, 26.0) | 78.3% (61.8, 89.4) | 74.4% (59.6, 87.9) |
| | Secretary State | 92.8% (87.0, 96.3) | 20.4% (18.6, 22.0) | 69.5% (49.7, 88.4) | 82.0% (70.5, 91.9) |
| | Treasurer | 92.4% (87.5, 96.5) | 16.9% (16.0, 18.2) | 77.7% (65.4, 86.9) | 86.1% (79.2, 91.5) |
| | Auditor* | 93.3% (87.1, 96.8) | 18.3% (16.7, 20.3) | 74.1% (52.5, 90.8) | 86.2% (73.0, 93.1) |
| | Comm. Agriculture | 93.3% (89.9, 96.4) | 16.6% (15.5, 18.1) | 61.2% (36.0, 80.7) | 86.1% (74.5, 93.5) |
| | Comm. Insurance | 91.8% (87.8, 95.3) | 18.5% (16.5, 20.8) | 73.2% (59.2, 85.2) | 74.3% (54.8, 90.2) |
| | Comm. Labor* | 93.8% (88.6, 97.4) | 17.0% (15.8, 18.8) | 66.9% (46.9, 86.0) | 81.6% (73.5, 89.8) |
| | Super. Public Inst.* | 91.7% (86.3, 95.8) | 20.6% (19.4, 21.7) | 77.5% (54.1, 90.8) | 82.5% (73.4, 90.3) |
| | Sup. Ct. Seat 6 | 93.2% (89.0, 96.7) | 20.8% (19.1, 23.3) | 69.4% (56.7, 85.6) | 78.9% (52.0, 91.3) |
| | NC Ct. App. Seat 12* | 91.8% (87.4, 96.1) | 18.5% (17.4, 19.9) | 80.5% (72.1, 87.6) | 84.6% (75.3, 91.3) |
| | NC Ct. App. Seat 4 | 91.9% (86.0, 95.8) | 17.8% (16.0, 20.3) | 75.3% (55.4, 92.1) | 77.7% (62.9, 88.9) |
| | NC Ct. App. Seat 15* | 93.2% (87.3, 96.5) | 18.4% (17.1, 20.3) | 67.7% (48.3, 82.0) | 78.7% (63.3, 88.8) |

* Indicates that the Black-preferred candidate was Black.

**Table 6:** Performance of Black-Preferred Candidates — 2022 Plan

| | | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 | CD 8 | CD 9 | CD 10 | CD 11 | CD 12 | CD 13 | CD 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | US President | 51.5% | 64.2% | 35.1% | 67.3% | 38.6% | 55.3% | 42.0% | 32.1% | 44.3% | 29.6% | 45.6% | 65.1% | 50.4% | 57.6% |
| | Governor | 58.6% | 75.3% | 43.6% | 74.8% | 48.8% | 64.8% | 53.2% | 41.4% | 53.3% | 39.1% | 54.3% | 73.0% | 60.9% | 68.1% |
| | Lieutenant Governor | 54.4% | 66.1% | 38.0% | 69.5% | 40.8% | 58.0% | 45.4% | 34.7% | 46.8% | 32.3% | 47.7% | 67.6% | 53.2% | 59.7% |
| | Attorney General | 54.2% | 66.6% | 38.4% | 69.3% | 42.1% | 58.2% | 45.3% | 35.4% | 46.9% | 33.3% | 48.1% | 67.8% | 53.4% | 61.4% |
| | Secretary State | 55.6% | 66.9% | 38.8% | 69.7% | 41.3% | 58.0% | 45.0% | 34.4% | 47.3% | 31.8% | 47.3% | 66.4% | 54.2% | 58.5% |
| | Treasurer | 52.1% | 60.9% | 35.0% | 66.1% | 37.9% | 54.7% | 41.5% | 31.6% | 44.0% | 29.4% | 45.1% | 64.0% | 49.5% | 54.5% |
| | Auditor | 53.0% | 63.4% | 36.4% | 67.8% | 39.0% | 56.1% | 42.9% | 32.8% | 45.1% | 30.5% | 46.5% | 66.3% | 51.2% | 57.1% |
| | Comm. Agriculture | 49.9% | 58.0% | 33.7% | 64.2% | 35.6% | 51.3% | 41.2% | 30.2% | 42.5% | 28.6% | 44.0% | 64.6% | 46.6% | 55.5% |
| | Comm. Insurance | 51.6% | 61.9% | 35.5% | 66.4% | 37.8% | 54.4% | 42.4% | 31.6% | 43.9% | 29.5% | 45.3% | 65.1% | 49.7% | 55.8% |
| | Comm. Labor | 51.6% | 61.0% | 34.5% | 66.2% | 37.4% | 54.4% | 41.1% | 31.1% | 43.6% | 28.8% | 44.7% | 63.9% | 49.1% | 54.5% |
| | Super. Public Inst. | 54.9% | 66.9% | 38.4% | 69.6% | 42.4% | 59.7% | 44.6% | 34.9% | 47.4% | 32.4% | 46.9% | 66.4% | 53.9% | 58.8% |
| | Sup. Ct. Seat 6 | 53.3% | 65.0% | 37.1% | 68.4% | 40.2% | 56.7% | 44.0% | 34.1% | 46.0% | 31.9% | 47.0% | 66.3% | 52.0% | 58.7% |
| | NC Ct. App. Seat 12 | 52.6% | 64.0% | 35.9% | 67.9% | 39.2% | 56.1% | 43.2% | 32.9% | 45.2% | 30.5% | 46.3% | 65.7% | 51.2% | 57.3% |
| | NC Ct. App. Seat 4 | 51.8% | 62.3% | 34.8% | 66.4% | 37.8% | 54.7% | 41.5% | 31.6% | 43.9% | 29.2% | 45.0% | 64.3% | 49.8% | 55.8% |
| | NC Ct. App. Seat 15 | 51.9% | 63.4% | 35.0% | 67.2% | 38.1% | 55.1% | 42.0% | 31.9% | 44.3% | 29.6% | 45.6% | 65.0% | 50.4% | 56.7% |

**Table 7:** Performance of Black-Preferred Candidates — 2023 Plan

| | | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 | CD 8 | CD 9 | CD 10 | CD 11 | CD 12 | CD 13 | CD 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | US President | 48.4% | 67.3% | 39.0% | 72.4% | 41.2% | 42.0% | 43.0% | 39.8% | 41.2% | 41.0% | 45.2% | 73.7% | 41.3% | 42.2% |
| | Governor | 54.6% | 77.7% | 48.2% | 80.5% | 50.7% | 52.2% | 54.2% | 48.8% | 50.9% | 51.1% | 53.9% | 81.4% | 51.9% | 51.9% |
| | Lieutenant Governor | 51.2% | 69.4% | 42.1% | 74.0% | 43.9% | 44.8% | 46.1% | 42.5% | 43.8% | 43.3% | 47.3% | 75.6% | 44.2% | 44.9% |
| | Attorney General | 50.9% | 69.6% | 42.5% | 74.0% | 44.6% | 45.6% | 46.2% | 42.9% | 44.2% | 44.4% | 47.7% | 76.5% | 44.7% | 45.9% |
| | Secretary State | 52.4% | 70.0% | 42.7% | 73.4% | 44.1% | 44.5% | 45.8% | 42.0% | 44.3% | 43.0% | 47.0% | 74.5% | 45.9% | 44.0% |
| | Treasurer | 49.1% | 64.6% | 38.8% | 69.9% | 41.1% | 41.3% | 42.2% | 39.1% | 40.9% | 40.0% | 44.8% | 71.3% | 41.0% | 41.4% |
| | Auditor | 49.8% | 67.0% | 40.4% | 72.3% | 42.1% | 42.7% | 43.5% | 40.6% | 41.9% | 41.4% | 46.1% | 74.0% | 42.2% | 43.0% |
| | Comm. Agriculture | 47.0% | 61.3% | 37.6% | 68.5% | 38.2% | 39.1% | 41.9% | 38.4% | 38.5% | 39.0% | 43.5% | 72.4% | 38.0% | 41.5% |
| | Comm. Insurance | 48.5% | 65.4% | 39.4% | 70.9% | 40.7% | 41.3% | 43.2% | 39.3% | 40.6% | 40.3% | 45.0% | 72.6% | 40.7% | 42.0% |
| | Comm. Labor | 48.5% | 64.7% | 38.4% | 70.1% | 40.6% | 40.9% | 41.9% | 38.4% | 40.5% | 39.5% | 44.3% | 71.5% | 40.6% | 41.1% |
| | Super. Public Inst. | 51.6% | 70.1% | 42.5% | 74.2% | 45.5% | 45.7% | 45.4% | 41.8% | 45.3% | 43.9% | 46.6% | 74.7% | 44.8% | 44.1% |
| | Sup. Ct. Seat 6 | 50.1% | 68.2% | 41.0% | 73.0% | 43.1% | 43.8% | 44.8% | 41.6% | 43.0% | 42.6% | 46.6% | 74.4% | 43.2% | 44.2% |
| | NC Ct. App. Seat 12 | 49.6% | 67.4% | 39.8% | 72.3% | 42.2% | 42.8% | 43.9% | 40.5% | 42.1% | 41.5% | 45.9% | 73.6% | 42.3% | 43.0% |
| | NC Ct. App. Seat 4 | 48.8% | 65.7% | 38.6% | 70.7% | 40.9% | 41.3% | 42.2% | 39.2% | 40.8% | 39.8% | 44.6% | 72.3% | 41.0% | 41.6% |
| | NC Ct. App. Seat 15 | 48.8% | 66.9% | 39.0% | 71.7% | 41.2% | 41.7% | 42.8% | 39.6% | 41.2% | 40.5% | 45.3% | 73.1% | 41.3% | 42.3% |

Case 1:23-cv-01057-TDS-JLW   Document 128-2   Filed 05/27/25   Page 11 of 24

**Table 8:** Percent of Group in District Electing Preferred Candidate, 2022 Plan

| | | Black | White | Hispanic | Other | All |
|---|---|---|---|---|---|---|
| 2024 | US President | 66.6% (66.3, 66.9) | 58.9% (58.8, 59.1) | 56.5% (55.4, 57.4) | 57.3% (56.4, 58.1) | 60.0% (60.0, 60.1) |
| | Governor | 80.1% (79.6, 80.6) | 55.0% (54.8, 55.3) | 69.9% (65.8, 72.1) | 68.1% (67.1, 69.3) | 61.4% (61.4, 61.5) |
| | Lieutenant Governor | 66.9% (66.6, 67.1) | 58.7% (58.5, 58.9) | 57.3% (56.3, 58.0) | 56.7% (55.9, 57.6) | 59.9% (59.8, 59.9) |
| | Attorney General | 66.7% (66.5, 67.0) | 58.6% (58.4, 58.8) | 56.8% (56.0, 57.5) | 56.9% (56.0, 57.8) | 59.8% (59.8, 59.8) |
| | Secretary State | 66.8% (66.5, 67.0) | 58.8% (58.6, 59.0) | 56.7% (54.9, 57.9) | 56.9% (56.1, 57.8) | 59.9% (59.9, 60.0) |
| | Treasurer | 59.7% (59.5, 59.9) | 61.4% (61.2, 61.6) | 49.5% (48.8, 50.2) | 50.8% (49.9, 51.7) | 59.5% (59.5, 59.6) |
| | Auditor | 66.8% (66.5, 67.0) | 58.5% (58.3, 58.7) | 57.5% (56.6, 58.0) | 57.0% (56.2, 58.0) | 59.8% (59.7, 59.8) |
| | Comm. Agriculture | 46.6% (46.4, 46.9) | 65.7% (65.5, 65.9) | 46.9% (45.7, 48.9) | 47.9% (47.0, 48.7) | 59.7% (59.6, 59.7) |
| | Comm. Insurance | 59.6% (59.4, 59.9) | 61.5% (61.4, 61.7) | 49.4% (48.9, 50.1) | 51.0% (50.1, 51.9) | 59.6% (59.6, 59.7) |
| | Comm. Labor | 59.6% (59.4, 59.9) | 61.7% (61.5, 61.9) | 49.8% (49.0, 50.7) | 51.2% (50.2, 52.3) | 59.8% (59.7, 59.8) |
| | Super. Public Inst. | 66.8% (66.6, 67.1) | 58.8% (58.5, 59.0) | 56.8% (55.4, 57.7) | 57.0% (56.0, 58.0) | 59.9% (59.9, 60.0) |
| | Sup. Ct. Seat 6 | 66.7% (66.4, 66.9) | 58.4% (58.3, 58.6) | 57.1% (56.3, 57.9) | 57.0% (56.2, 57.8) | 59.7% (59.7, 59.7) |
| | NC Ct. App. Seat 12 | 66.8% (66.5, 67.0) | 58.6% (58.4, 58.7) | 56.7% (55.7, 57.7) | 56.9% (56.0, 57.7) | 59.8% (59.7, 59.8) |
| | NC Ct. App. Seat 4 | 59.6% (59.4, 59.9) | 61.8% (61.6, 61.9) | 49.7% (48.9, 50.5) | 51.1% (50.2, 52.3) | 59.8% (59.8, 59.8) |
| | NC Ct. App. Seat 15 | 66.7% (66.5, 66.9) | 58.7% (58.5, 58.9) | 56.9% (56.1, 57.6) | 57.0% (56.1, 57.9) | 59.9% (59.8, 59.9) |


**Table 9:** Percent of Group in District Electing Preferred Candidate, 2023 Plan

| | | Black | White | Hispanic | Other | All |
|---|---|---|---|---|---|---|
| 2024 | US President | 30.1% (29.8, 30.8) | 72.8% (72.4, 73.1) | 35.2% (33.4, 37.3) | 41.2% (39.7, 43.1) | 60.4% (60.4, 60.5) |
| | Governor | 85.3% (84.7, 85.8) | 46.9% (46.6, 47.3) | 78.3% (72.4, 81.3) | 76.3% (75.3, 77.5) | 58.1% (58.0, 58.1) |
| | Lieutenant Governor | 42.2% (42.0, 42.5) | 67.2% (66.8, 67.4) | 35.9% (34.6, 39.1) | 42.1% (41.0, 43.3) | 58.9% (58.9, 59.0) |
| | Attorney General | 42.4% (42.1, 42.7) | 66.4% (66.2, 66.6) | 37.2% (35.7, 39.3) | 43.3% (42.3, 44.2) | 58.6% (58.5, 58.6) |
| | Secretary State | 42.3% (42.1, 42.6) | 67.1% (66.8, 67.3) | 37.9% (34.6, 42.7) | 42.4% (41.6, 43.4) | 59.0% (58.9, 59.0) |
| | Treasurer | 29.7% (29.4, 30.1) | 73.0% (72.8, 73.2) | 34.3% (32.8, 35.9) | 39.5% (38.5, 40.4) | 60.3% (60.2, 60.3) |
| | Auditor | 29.7% (29.4, 30.0) | 72.4% (72.0, 72.6) | 32.4% (31.4, 35.1) | 38.6% (37.4, 40.4) | 59.7% (59.7, 59.8) |
| | Comm. Agriculture | 30.1% (29.7, 30.5) | 74.0% (73.8, 74.4) | 35.5% (32.6, 41.1) | 39.8% (38.6, 41.2) | 61.1% (61.1, 61.2) |
| | Comm. Insurance | 29.9% (29.5, 30.4) | 73.1% (72.9, 73.2) | 33.4% (31.7, 37.8) | 39.7% (38.6, 40.9) | 60.3% (60.3, 60.4) |
| | Comm. Labor | 29.9% (29.5, 30.3) | 73.4% (73.1, 73.6) | 35.4% (33.1, 37.6) | 39.8% (38.4, 41.3) | 60.6% (60.6, 60.7) |
| | Super. Public Inst. | 42.3% (42.1, 42.7) | 66.7% (66.4, 66.9) | 37.2% (35.3, 40.7) | 43.0% (42.0, 44.2) | 58.8% (58.7, 58.8) |
| | Sup. Ct. Seat 6 | 42.5% (42.2, 42.8) | 67.5% (67.3, 67.7) | 36.4% (34.8, 38.1) | 42.6% (41.4, 43.6) | 59.2% (59.2, 59.3) |
| | NC Ct. App. Seat 12 | 29.8% (29.4, 30.3) | 72.2% (71.8, 72.5) | 34.8% (32.4, 37.0) | 39.5% (38.1, 41.9) | 59.8% (59.7, 59.8) |
| | NC Ct. App. Seat 4 | 30.0% (29.6, 30.4) | 73.2% (72.9, 73.4) | 35.2% (32.7, 37.1) | 39.8% (38.5, 41.3) | 60.5% (60.5, 60.6) |
| | NC Ct. App. Seat 15 | 29.9% (29.5, 30.3) | 73.0% (72.8, 73.3) | 34.2% (33.3, 35.6) | 40.0% (38.7, 41.3) | 60.4% (60.3, 60.4) |

Case 1:23-cv-01057-TDS-JLW   Document 128-2   Filed 05/27/25   Page 12 of 24

# Exhibit A

# Maxwell Palmer

Department of Political Science
Boston University
232 Bay State Road
Boston, MA 02215

*E-mail:* mbpalmer@bu.edu
*Website:* www.maxwellpalmer.com
*Phone:* (617) 755-4610

## APPOINTMENTS

Boston University, Boston, Massachusetts

Associate Professor, Department of Political Science, 2021–Present

Associate Chair, Dept. of Political Science, July 2023–Present

Civic Tech Fellow, Faculty of Computing & Data Sciences, 2021–Present

Faculty Fellow, Initiative on Cities, 2019–Present

Director of Advanced Programs, Dept. of Political Science, July 2020–June 2023

Assistant Professor, Department of Political Science, 2014–2021

Junior Faculty Fellow, Hariri Institute for Computing, 2017–2020

## EDUCATION

Harvard University, Cambridge, Massachusetts

Ph.D., Political Science, May 2014

A.M., Political Science, May 2012

Bowdoin College, Brunswick, Maine

A.B., Mathematics & Government and Legal Studies, May 2008

## BOOK

Einstein, Katherine Levine, David M. Glick, and Maxwell Palmer. 2019. *Neighborhood Defenders: Participatory Politics and America's Housing Crisis*. New York, NY: Cambridge University Press.

– Selected chapters republished in *Political Science Quarterly*.

– Reviewed in *Perspectives on Politics*, *Political Science Quarterly*, *Economics 21*, *Public Books*, *City Journal*, and *Urban Studies*.

– Covered in Vox's "The Weeds" podcast, CityLab, Slate's "Gabfest," Curbed, Brookings Institution Up Front.

## REFEREED ARTICLES

Feigenbaum, James, Maxwell Palmer, and Benjamin Schneer. Forthcoming. "Descended from Immigrants and Revolutionists: How Family Immigration History Shapes Legislative Behavior in Congress." *Quarterly Journal of Economics*.

Case 1:23-cv-01057-TDS-JLW    Document 128-2    Filed 05/27/25    Page 14 of 24

Einstein, Katherine Levine and Maxwell Palmer. 2024. "How Affordable Housing Can Exclude: The Political Economy of Subsidized Housing." *Journal of Political Institutions and Political Economy* 5(1): 71–90.

Palmer, Maxwell, Benjamin Schneer, and Kevin DeLuca. 2024. "A Partisan Solution to Partisan Gerrymandering: The Define-Combine Procedure." *Political Analysis* 32(3): 295–310.

Justin de Benedictis-Kessner and Maxwell Palmer. 2023. "Driving Turnout: The Effect of Car Ownership on Electoral Participation." *Political Science Research and Methods* 11(3): 654–662.

Einstein, Katherine Levine, Joseph Ornstein, and Maxwell Palmer. 2022. "Who Represents the Renters?" *Housing Policy Debate* 33(6): 1554–1568.

Einstein, Katherine Levine, David Glick, and Maxwell Palmer. 2022. "Developing a pro-housing movement? Public distrust of developers, fractured coalitions, and the challenges of measuring political power." *Interest Groups & Advocacy* 11: 189–208.

Einstein, Katherine Levine, David Glick, Luisa Godinez Puig, and Maxwell Palmer. 2022. "Still Muted: The Limited Participatory Democracy of Zoom Public Meetings." *Urban Affairs Review* 59(4): 1279–1291.

Glick, David M. and Maxwell Palmer. 2022. "County Over Party: How Governors Prioritized Geography Not Particularism in the Distribution of Opportunity Zones." *British Journal of Political Science* 52(4): 1902–1910.

Einstein, Katherine Levine and Maxwell Palmer. 2021. "Land of the Freeholder: How Property Rights Make Voting Rights." *Journal of Historical Political Economy* 1(4): 499–530.

Luisa Godinez Puig, Katharine Lusk, David Glick, Katherine L. Einstein, Maxwell Palmer, Stacy Fox, and Monica L. Wang. 2021. "Perceptions of Public Health Priorities and Accountability Among US Mayors." *Public Health Reports* 136(2): 161–171.

Einstein, Katherine Levine, David M. Glick, and Maxwell Palmer. 2020. "Can Mayors Lead on Climate Change? Evidence from Six Years of Surveys." *The Forum* 18(1): 71–86.

Ban, Pamela, Maxwell Palmer, and Benjamin Schneer. 2019. "From the Halls of Congress to K Street: Government Experience and its Value for Lobbying." *Legislative Studies Quarterly* 44(4): 713–752.

Palmer, Maxwell and Benjamin Schneer. 2019. "Postpolitical Careers: How Politicians Capitalize on Public Office." *Journal of Politics* 81(2): 670–675.

Einstein, Katherine Levine, Maxwell Palmer, and David M. Glick. 2019. "Who Participates in Local Government? Evidence from Meeting Minutes." *Perspectives on Politics* 17(1): 28–46.

  – Winner of the Heinz Eulau Award, American Political Science Association, 2020.

Einstein, Katherine Levine, David M. Glick, and Maxwell Palmer. 2019. "City Learning: Evidence of Policy Information Diffusion From a Survey of U.S. Mayors." *Political Research Quarterly* 72(1): 243–258.

Einstein, Katherine Levine, David M. Glick, Maxwell Palmer, and Robert Pressel. 2018. "Do Mayors Run for Higher Office? New Evidence on Progressive Ambition." *American Politics Research* 48(1): 197–221.

Ansolabehere, Stephen, Maxwell Palmer, and Benjamin Schneer. 2018. "Divided Government and Significant Legislation, A History of Congress from 1789-2010." *Social Science History* 42(1): 81–108.

Edwards, Barry, Michael Crespin, Ryan D. Williamson, and Maxwell Palmer. 2017. "Institutional Control of Redistricting and the Geography of Representation." *Journal of Politics* 79(2): 722–726.

Palmer, Maxwell. 2016. "Does the Chief Justice Make Partisan Appointments to Special Courts and Panels?" *Journal of Empirical Legal Studies* 13(1): 153–177.

Palmer, Maxwell and Benjamin Schneer. 2016. "Capitol Gains: The Returns to Elected Office from Corporate Board Directorships." *Journal of Politics* 78(1): 181–196.

Gerring, John, Maxwell Palmer, Jan Teorell, and Dominic Zarecki. 2015. "Demography and Democracy: A Global, District-level Analysis of Electoral Contestation." *American Political Science Review* 109(3): 574–591.

## Other Publications

Childree, Aaron, Katherine Krimmel, Maxwell Palmer, and Douglas L. Kriner. 2025. "Gender and the Political Costs of War: Partisan Cues, Gender Heuristics, and the Politics of Public Opposition to War" in *Checking the Costs of War*, eds. Sarah E. Kreps and Douglas L. Kriner. Chicago, IL: University of Chicago Press.

Shafer, Paul, Maxwell Palmer, Ahyoung Cho, Mara Lynch, Pierce Louis, and Alexandra Skinner. 2024. "A dataset of geocoded Medicaid office locations in the United States." *Data in Brief* 53: 110068.

Einstein, Katherine Levine, David M. Glick, and Maxwell Palmer. 2023. "Public participation" in *A Research Agenda for US Land Use and Planning Law*, eds. John J. Infranca and Sarah Schindler. Northampton, MA: Edward Elgar Publishing.

Einstein, Katherine Levine, David M. Glick, and Maxwell Palmer. 2020. "Neighborhood Defenders: Participatory Politics and America's Housing Crisis." *Political Science Quarterly* 135(2): 281–312.

Ansolabehere, Stephen and Maxwell Palmer. 2016. "A Two Hundred-Year Statistical History of the Gerrymander." *Ohio State Law Journal* 77(4): 741–762.

Ansolabehere, Stephen, Maxwell Palmer, and Benjamin Schneer. 2016. "What Has Congress Done?" in *Governing in a Polarized Age: Elections, Parties, and Political Representation in America*, eds. Alan Gerber and Eric Schickler. New York, NY: Cambridge University Press.

# Policy Reports

Einstein, Katherine Levine and Maxwell Palmer. 2024. "Greater Boston Housing Report Card 2024, Special Topic: Public Land: Opportunity or Obstacle?" Research Report. The Boston Foundation.

Einstein, Katherine Levine, David M. Glick, and Maxwell Palmer. 2024. "Mayoral Accountability and Control." Research Report. Boston University Initiative on Cities.

Einstein, Katherine Levine, David M. Glick, Maxwell Palmer, Stacy Fox, and Erin LeBlanc. 2024. "Building for a Green Future: Cities and the IRA." Research Report. Boston University Initiative on Cities.

Schneer, Benjamin, Kevin DeLuca, and Maxwell Palmer. 2024. "How politicians can draw fairer election districts — the same way parents make kids fairly split a piece of cake." *The Conversation.*

Glick, David M., Katherine Levine Einstein, and Maxwell Palmer. 2023. "2022 Menino Survey of Mayors: Economic Opportunity, Poverty, and Well-Being." Research Report. Boston University Initiative on Cities.

Glick, David M., Katherine Levine Einstein, and Maxwell Palmer. 2023. "2022 Menino Survey of Mayors: Mayors and the Climate Crisis." Research Report. Boston University Initiative on Cities.

Einstein, Katherine Levine and Maxwell Palmer. 2022. "Greater Boston Housing Report Card 2022, Special Topic: Who Can Win the Lottery? Moving Toward Equity in Subsidized Housing." Research Report. The Boston Foundation.

Glick, David M., Katherine Levine Einstein, and Maxwell Palmer. 2022. "Looking back on ARPA and America's Cities: A Menino Survey Reflection." Research Report. Boston University Initiative on Cities.

Einstein, Katherine Levine and Maxwell Palmer. 2022. "Representation in the Housing Process: Best Practices for Improving Racial Equity." Research Report. The Boston Foundation.

Glick, David M., Katherine Levine Einstein, and Maxwell Palmer. 2022. "2021 Menino Survey of Mayors: Closing the Racial Wealth Gap." Research Report. Boston University Initiative on Cities.

Glick, David M., Katherine Levine Einstein, and Maxwell Palmer. 2021. "2021 Menino Survey of Mayors: Building Back Better." Research Report. Boston University Initiative on Cities.

Glick, David M., Katherine Levine Einstein, Maxwell Palmer, Stacy Fox, Katharine Lusk, Nicholas Henninger, and Songhyun Park. 2021. "2020 Menino Survey of Mayors: Policing and Protests." Research Report. Boston University Initiative on Cities.

Glick, David M., Katherine Levine Einstein, Maxwell Palmer, and Stacy Fox. 2020. "2020 Menino Survey of Mayors: COVID-19 Recovery and the Future of Cities." Research Report. Boston University Initiative on Cities.

Justin de Benedictis-Kessner and Maxwell Palmer. 2020. "Got Wheels? How Having Access to a Car Impacts Voting." *Democracy Docket*.

Palmer, Maxwell, Katherine Levine Einstein, and David Glick. 2020. "Counting the City: Mayoral Views on the 2020 Census." Research Report. Boston University Initiative on Cities.

Einstein, Katherine Levine, Maxwell Palmer, Stacy Fox, Marina Berardino, Noah Fischer, Jackson Moore-Otto, Aislinn O'Brien, Marilyn Rutecki, and Benjamin Wuesthoff. 2020. "COVID-19 Housing Policy." Research Report. Boston University Initiative on Cities.

Einstein, Katherine Levine and Maxwell Palmer. 2020. "Newton and other communities must reform housing approval process." *The Boston Globe*.

Einstein, Katherine Levine, David Glick, Maxwell Palmer, and Stacy Fox. 2020. "2019 Menino Survey of Mayors." Research Report. Boston University Initiative on Cities.

Palmer, Maxwell, Katherine Levine Einstein, David Glick, and Stacy Fox. 2019. "Mayoral Views on Housing Production: Do Planning Goals Match Reality?" Research Report. Boston University Initiative on Cities.

Wilson, Graham, David Glick, Katherine Levine Einstein, Maxwell Palmer, and Stacy Fox. 2019. "Mayoral Views on Economic Incentives: Valuable Tools or a Bad Use of Resources?" Research Report. Boston University Initiative on Cities.

Einstein, Katherine Levine, David Glick, Maxwell Palmer, and Stacy Fox. 2019. "2018 Menino Survey of Mayors." Research Report. Boston University Initiative on Cities.

Einstein, Katherine Levine, Katharine Lusk, David Glick, Maxwell Palmer, Christiana McFarl, Leon Andrews, Aliza Wasserman, and Chelsea Jones. 2018. "Mayoral Views on Racism and Discrimination." Research Report. National League of Cities and Boston University Initiative on Cities.

Einstein, Katherine Levine, David Glick, and Maxwell Palmer. 2018. "As the Trump administration retreats on climate change, US cities are moving forward." *The Conversation*.

Einstein, Katherine Levine, David M. Glick, Maxwell Palmer, and Robert Pressel. 2018. "Few big-city mayors see running for higher office as appealing." LSE United States Politics and Policy Blog.

Einstein, Katherine Levine, David Glick, and Maxwell Palmer. 2018. "2017 Menino Survey of Mayors." Research Report. Boston University Initiative on Cities.

Williamson, Ryan D., Michael Crespin, Maxwell Palmer, and Barry C. Edwards. 2017. "This is how to get rid of gerrymandered districts." *The Washington Post*, Monkey Cage Blog.

Palmer, Maxwell and Benjamin Schneer. 2015. "How and why retired politicians get lucrative appointments on corporate boards." *The Washington Post*, Monkey Cage Blog.

## Current Projects

"Durable Partisan Gerrymanders Can Enable Permanent Majorities and Threaten Democracy" (with Benjamin Schneer). R&R at *American Journal of Political Science*.

"Built Infrastructure Federalism: Local Barriers to Climate Policy" (with Katherine Levine Einstein and David M. Glick). Working Paper.

"When are Mayors Polarized?" (with Katherine Levine Einstein and David M. Glick). Working Paper.

"Age and Homeownership Help Explain the Local Racial Turnout Gap" (with Katherine Levine Einstein, Ellis Hamilton, and Ethan Singer). Working Paper.

## Grants and Awards

The Boston Foundation. "2024 Greater Boston Housing Report Card" (Co-principal investigator). 2024. $99,500.

The Rockefeller Foundation. "Menino Survey of Mayors" (Co-principal investigator). 2021–2023. $355,000.

The Boston Foundation. "2022 Greater Boston Housing Report Card" (Co-principal investigator). 2022. $70,000.

American Political Science Association. Heinz Eulau Award for the best article published in Perspectives on Politics during the previous calendar year, for "Who Participates in Local Government? Evidence from Meeting Minutes." (with Katherine Levine Einstein and David M. Glick). 2020.

Boston University Initiative on Cities, COVID-19 Research to Action Seed Grant. "How Are Cities Responding to the COVID-19 Housing Crisis?" 2020. $8,000.

The Rockefeller Foundation. "Menino Survey of Mayors" (Co-principal investigator). 2018–2020. $325,000.

Hariri Institute for Computing, Boston University. Junior Faculty Fellow. 2017–2020. $10,000.

The Rockefeller Foundation. "Menino Survey of Mayors" (Co-principal investigator). 2017. $100,000.

The Center for Finance, Law, and Policy, Boston University. Research Grant for "From the Capitol to the Boardroom: The Returns to Office from Corporate Board Directorships." 2015.

Harvard University, Department of Government. Senator Charles Sumner Prize, awarded to the best dissertation "from the legal, political, historical, economic, so-cial or ethnic approach, dealing with means or measures tending toward the pre- vention of war and the establishment of universal peace." 2014.

The Center for American Political Studies, Harvard University. Dissertation Research Fellowship on the Study of the American Republic. 2013–2014.

The Tobin Project. Democracy and Markets Graduate Student Fellowship. 2013–2014.

The Dirksen Congressional Center. Congressional Research Award 2013.

Bowdoin College. High Honors in Government and Legal Studies; Philo Sherman Bennett Prize for Best Honors Thesis in the Department of Government. 2008.

## Selected Presentations

"Barriers to Voting and Future Electoral Participation." American Politics Speaker Series, Harvard Kennedy School, 2024.

"Built Infrastructure Federalism: Local Barriers to Climate Policy." Local Political Economy Conference, Temple University, 2024.

"How Affordable Housing Can Exclude: The Political Economy of Subsidized Housing." Political Economy of Housing Conference, University of Southern California, Sol Price School of Public Policy, 2024.

"A Partisan Solution to Partisan Gerrymandering: The Define-Combine Procedure." MIT Election Data and Science Lab, 2020.

"Who Represents the Renters?" Local Political Economy Conference, George Washington University, 2019.

"Housing and Climate Politics," Sustainable Urban Systems Conference, Boston University 2019.

"Redistricting and Gerrymandering," American Studies Summer Institute, John F. Kennedy Presidential Library and Museum, 2019.

"The Participatory Politics of Housing," Government Accountability Office Seminar, 2018.

"Descended from Immigrants and Revolutionists: How Immigrant Experience Shapes Immigration Votes in Congress," Congress and History Conference, Princeton University, 2018.

"Identifying Gerrymanders at the Micro- and Macro-Level." Hariri Institute for Computing, Boston University, 2018.

"How Institutions Enable NIMBYism and Obstruct Development," Boston Area Research Initiative Spring Conference, Northeastern University, 2017.

"Congressional Gridlock," American Studies Summer Institute, John F. Kennedy Presidential Library and Museum, 2016.

"Capitol Gains: The Returns to Elected Office from Corporate Board Directorships," Microeconomics Seminar, Department of Economics, Boston University, 2015.

"A Two Hundred-Year Statistical History of the Gerrymander," Congress and History Conference, Vanderbilt University, 2015.

"A New (Old) Standard for Geographic Gerrymandering," Harvard Ash Center Workshop: How Data is Helping Us Understand Voting Rights After Shelby County, 2015.

"Capitol Gains: The Returns to Elected Office from Corporate Board Directorships," Boston University Center for Finance, Law, and Policy, 2015.

"Capitol Gains: The Returns to Elected Office from Corporate Board Directorships," Bowdoin College, 2014.

American Political Science Association: 2013, 2014, 2015, 2016, 2018, 2019, 2020, 2022; Midwestern Political Science Association: 2012, 2013, 2014, 2017, 2019, 2023; Southern Political Science Association: 2015, 2018; European Political Science Association: 2015.

## Expert Testimony & Consulting

*Bethune-Hill v. Virginia* (3:14-cv-00852-REP-AWA-BMK), U.S. District Court for the Eastern District of Virginia. Prepared expert reports and testified on racial predominance and racially polarized voting in selected districts of the 2011 Virginia House of Delegates map. (2017)

*Thomas v. Bryant* (3:18-CV-441-CWR-FKB), U.S. District Court for the Southern District of Mississippi. Prepared expert reports and testified on racially polarized voting in a district of the 2012 Mississippi State Senate map. (2018–2019)

*Chestnut v. Merrill* (2:18-cv-00907-KOB), U.S. District Court for the Northern District of Alabama. Prepared expert reports and testified on racially polarized voting in selected districts of the 2011 Alabama congressional district map. (2019)

*Dwight v. Raffensperger* (No. 1:18-cv-2869-RWS), U.S. District Court for the Northern District of Georgia. Prepared expert reports and testified on racially polarized voting in selected districts of the 2011 Georgia congressional district map. (2019)

*Bruni, et al. v. Hughs* (No. 5:20-cv-35), U.S. District Court for the Southern District of Texas. Prepared expert reports and testified on the use of straight-ticket voting by race and racially polarized voting in Texas. (2020)

*Caster v. Merrill / Caster v. Allen* (No. 2:21-cv-1536-AMM), U.S. District Court for the Northern District of Alabama. Prepared expert reports and testified on racially polarized voting in Alabama. Testified in preliminary injunction hearing in 2022; submitted reports for remedial map process in 2023; testified in trial in 2025.

*Pendergrass v. Raffensperger* (1:21-CV-05339-SCJ), U.S. District Court for the Northern District of Georgia. Prepared expert reports and testified on racially polarized voting in selected districts of the 2021 Georgia congressional district map. (2022)

*Grant v. Raffensperger* (1:22-CV-00122-SCJ), U.S. District Court for the Northern District of Georgia. Prepared expert reports and testified on racially polarized voting in selected districts of the 2021 Georgia state legislative district maps. (2022)

*Galmon, et al. v. Ardoin* (3:22-cv-00214-SDD-SDJ), U.S. District Court for the Middle District of Louisiana. Prepared expert reports and testified on racially polarized voting for the 2021 Louisiana congressional district map. (2022)

*United States v. Robert Bowers* (2:18-cr-00292-DWA), U.S. District Court for the Western District of Pennsylvania. Prepared expert reports on the demographics of the voter registration list and composition of the master jury wheel. (2020–2023)

*Agee, et al. v. Benson, et al.* (1:22-CV-00272-PLM-RMK-JTN), U.S. District Court for the Western District of Michigan. Prepared expert report and testified on racially polarized voting and racial predominance in the Michigan House and Senate maps adopted by the Michigan Independent Citizens Redistricting Commission. (2023)

*In Re: Georgia Senate Bill 202* (1:12-MI-55555-JPB), U.S. District Court for the Northern District of Georgia. Prepared expert report and testified on demographics and racially polarized voting in Georgia. (2023)

*Vet Voice Foundation, et al., v. Hobbs, et al.* (No. 22-2-19384-1 SEA), King County Superior Court, Washington. Prepared expert reports and testified on ballots rejected for non-matching signatures in Washington. (2023)

*Vet Voice Foundation, et al., v. Griswold* (No. 2022CV033456), District Court, City and County of Denver, State of Colorado. Prepared expert reports and testified on ballots rejected for non-matching signatures in Colorado. (2023)

*Williams, et. al., v. Hall* (1:23-CV-01057-TDS-JLW), U.S. District Court for the Middle District of North Carolina. Prepared expert reports and testified on racially polarized voting and effects of 2023 Congressional redistricting in North Carolina. (2024)

*California Alliance for Retired Americans et al. v. Weber* (No. 24STCP02062), Superior Court of the State of California in and for the County of Los Angeles. Prepared declaration in support of plaintiffs' motion for preliminary injunction. (2024)

"Brief Of Political Science Professors As Amici Curiae In Support Of Appellees," in the case of *Alexander vs. South Carolina State Conference of the NAACP*, in the Supreme Court of the United States (No. 22-807). (with Stephen Ansolabehere, Bruce E. Cain, James M. Snyder, Jr., and Charles Stewart III)

Jury Plan Consultant, U.S. District Court for the Southern District of New York, 2024–2025.

Racially Polarized Voting Consultant, Virginia Redistricting Commission, August 2021.

The General Court of the Commonwealth of Massachusetts, Joint Committee on Housing, Hearing on Housing Production Legislation. May 14, 2019. Testified on the role of public meetings in housing production.

## Teaching

Boston University

– *Introduction to American Politics* (Fall 2014, Fall 2015, Fall 2016, Fall 2017, Spring 2019, Fall 2019, Fall 2020)

– *Congress and Its Critics* (Fall 2014, Spring 2015, Spring 2017, Spring 2019)

– *Voting Rights* (Spring 2024)

– *Data Science for Politics* (Spring 2020, Spring 2021, Fall 2021, Fall 2022, Fall 2023, Fall 2024)

– *Formal Political Theory* (Spring 2015, Spring 2017, Fall 2019, Fall 2020)

– *American Political Institutions in Transition* (Spring 2021, Fall 2021)

– *Prohibition* (Fall 2015, Fall 2022, Fall 2024)

– *Political Analysis (Graduate Seminar)* (Fall 2016, Fall 2017)

– *Graduate Research Workshop* (Fall 2019, Spring 2020)

– *Spark! Civic Tech Research Design Workshop* (Spring 2023)

– *Spark! Civic Tech Toolkit Workshop* (Spring 2023)

# SERVICE

Boston University

- Research Computing Governance Committee, 2021–.

- Initiative on Cities Faculty Advisory Board, 2020–2022.

- Undergraduate Assessment Working Group, 2020–2021.

- College of Arts and Sciences

    - External Member, Urban Sociology Search Committee, Department of Sociology, 2024.

    - Ad Hoc Committee on the CAS BA-Level Curriculum, 2023.

    - CAS Conduct Liaison, 2023–.

    - Search Committee for the Faculty Director of the Initiative on Cities, 2020–2021.

    - General Education Curriculum Committee, 2017–2018.

- Department of Political Science

    - Associate Chair, 2023–.

    - Director of Advanced Programs (Honors & B.A./M.A.). 2020–2023.

    - Political Methodology Search Committee, 2021.

    - Delegate, Chair Selection Advisory Process, 2021.

    - Comprehensive Exam Committee, American Politics, 2019, 2023, 2024.

    - Comprehensive Exam Committee, Political Methodology, 2016, 2017, 2021, 2022.

    - American Politics Search Committee, 2017.

    - American Politics Search Committee, 2016.

    - Graduate Program Committee, 2014–2015, 2018–2019, 2020–2021.

Reviewer: *American Journal of Political Science*; *American Political Science Review*; *Journal of Politics*; *Quarterly Journal of Political Science*; *Science; Political Analysis*; *Review of Economics and Statistics*; *Legislative Studies Quarterly*; *Public Choice*; *Political Science Research and Methods*; *Journal of Law, Economics and Organization*; *Election Law Journal*; *Journal of Empirical Legal Studies*; *Urban Affairs Review*, *Journal of Political Institutions and Political Economy*; *Scientific Data*; *Applied Geography*; *PS: Political Science & Politics*; Cambridge University Press; Oxford University Press

Co-organizer, Boston University Local Political Economy Conference, August 29, 2018.

Editorial Board Member, Legislative Studies Quarterly, 2020–2023

Malcolm Jewell Best Graduate Student Paper Award Committee, Southern Political Science Association, 2019.

Elected Town Meeting Member, Town of Arlington, Mass., Precinct 2. April 2021–Present.

Arlington Election Reform Committee Member, August 2019–April 2022.

## OTHER EXPERIENCE

Charles River Associates, Boston, Massachusetts

Associate, Energy & Environment Practice, 2008–2010

Economic consulting in the energy sector for electric and gas utilities, private equity, and electric generation owners. Specialized in Financial Modeling, Resource Planning, Regulatory Support, Price Forecasting, and Policy Analysis.

*Updated February 26, 2025*