# Exhibit 5

NORTH CAROLINA GENERAL ASSEMBLY

JOINT MEETING OF THE HOUSE REDISTRICTING AND

SENATE REDISTRICTING AND ELECTIONS COMMITTEES

SEPTEMBER 27, 2023


PUBLIC COMMENT SESSION


Transcribed by:


Denise Myers Byrd, CSR 8340

Discovery Court Reporters and

Legal Videographers, LLC

4208 Six Forks Road

Suite 1000

Raleigh, North Carolina 27609

(919) 424-8242

denise@discoverydepo.com

1  I'm taking time away from my job and my pay to
2  attend to the rights given to me by this
3  democracy.  Meetings should be held in more
4  public venues with both language and physical
5  access or in 2023 there should be a way to
6  submit comments online as many of us attending
7  today were unable to find the online option.
8          Finally, this matter of transparency
9  with only three hearings where committee members
10 were not required to attend, this makes your
11 constituents question what transparency will
12 look like.  Your constituents deserve fair maps
13 and a fair process.  This process has been less
14 than fair.  We encourage you to meet people
15 where they are and plan an equitable process in
16 order to create fair maps.  Thank you for your
17 time and consideration.
18          SENATOR HISE:  Thank you.  Next up we
19 have Kathy Wheeler, followed by Mary Thompson.
20          PUBLIC:  My name is Kathy Wheeler, and
21 I live in Guilford county, and I'm here
22 representing myself.  Thank you, chairman and
23 committee members for this public comment
24 session.
25          I'm here because the maps you draw have

1  life-changing impact on us.  They affect every
2  aspect of my life and all North Carolinians and
3  they affect us for a very long time, ten years.
4  Therefore, maps should be all about the people
5  and not about politics.
6          A few of my concerns and asks that I'll
7  share here now.  Number one, adhere to the
8  established criteria and follow the law.  Do not
9  allow partisanship to be a factor in redrawing
10 the people's maps.  That serves elected
11 officials.  It does not serve any of the people.
12 Do not use racial gerrymandering.  It dilutes
13 the votes of our minority communities.  That's
14 voter suppression.
15         Number two, keep together communities
16 of interest because maps are about people.  A
17 community split across many districts that have
18 nothing in common with that community has zero
19 representation in this body.
20         Concerning Guilford county and
21 surrounding areas, Guilford county should be
22 kept whole.  The Triad area, Greensboro,
23 High Point, Winston-Salem should be kept
24 together.  These cities share characteristics,
25 problems, culture.  Let us have representation

1  through these maps that will be effective in
2  creating a better life for us.
3           Three, use a map-drawing process
4  transparent to all of us, including more
5  opportunities for citizens to review draft maps,
6  to comment to you and to watch the drawing.  Any
7  time maps are drawn or redrawn, that tremendous
8  impact on us is the same, so to me it doesn't
9  matter that we had 13 hearings.  We need more.
10 Thank you.
11          SENATOR HISE:  Next up we have Mary
12 Thompson, followed by Edward Corcoran.
13          PUBLIC:  Thank you for the opportunity
14 to make a public comment.  My name is Mary
15 Thompson.  I live in Raleigh, North Carolina.
16 I'm here representing the League of Women Voters
17 North Carolina.
18          The North Carolina congressional maps
19 there were court ordered and used in the 2022
20 election worked fine.  Voters in North Carolina
21 are split evenly across both parties.
22 North Carolina sent seven democrats and seven
23 Republicans to the US House in 2022.  Isn't that
24 what we all want, equal representation?
25          My vote is important to me.  I want a

```
STATE OF NORTH CAROLINA.   )
                           )   C E R T I F I C A T E
COUNTY OF WAKE             )
```

I, DENISE MYERS BYRD, Stenographic Court Reporter, CSR 8340, do hereby certify that the transcription of the recorded Joint Meeting of the House Redistricting and Senate Redistricting and Elections Committees, Public Comment Session, held on September 27, 2023, was taken down by me stenographically to the best of my ability and thereafter transcribed under my supervision; and that the foregoing pages, inclusive, constitute a true and accurate transcription of said recording.

Signed this the 13th day of December 2023.

Denise Myers Byrd, CSR 8340