# Exhibit 6

NORTH CAROLINA GENERAL ASSEMBLY

SENATE REDISTRICTING AND ELECTIONS COMMITTEES

OCTOBER 19, 2023

Transcribed by:

Denise Myers Byrd, CSR 8340

Discovery Court Reporters and

Legal Videographers, LLC

4208 Six Forks Road

Suite 1000

Raleigh, North Carolina 27609

(919) 424-8242

denise@discoverydepo.com

1           SENATOR DANIEL:  The staff says they
2   can post that to the committee website.
3           SENATOR GARRETT:  Perfect.  Thank you.
4           Senator Hise, thank you for your
5   detailed explanation.  And I am not an attorney,
6   like my two colleagues.  I'm just a simple guy
7   from Guilford county, which is very important to
8   me, as well as the Triad, which is Greensboro,
9   High Point and Winston-Salem, because that
10  functions basically as one economy.  And for
11  years they haven't necessarily worked together,
12  but in recent history -- I think my other
13  colleague from the nation of the Triad would
14  agree, we've been working together well and
15  making good progress at the federal and state
16  and local level.
17          So my question is, number one, why
18  would we split Guilford county among three
19  different congressional districts when that's
20  not necessary?
21          SENATOR HISE:  Counties, as I said when
22  Senator Blue was asking a very similar question,
23  the larger counties being split multiple times
24  means that we create maps where the total number
25  of counties divided is lower.  We got this map

1  to I think it was ten counties that were divided
2  that requires multiple splits within a
3  particular county.
4            Congratulations to Guilford for having
5  the opportunity of being represented by three
6  members of congress, something not a lot of
7  municipalities have the strength to be able to
8  accomplish.
9            SENATOR GARRETT:  I'm going to leave
10 that one alone.
11           So my next question, then, if I may,
12 Mr. Chairman.
13           SENATOR DANIEL:  You're recognized for
14 a series of questions.
15           SENATOR GARRETT:  Thank you.
16           Would -- I know we've talked a lot
17 about the number of county splits and reducing
18 that.  A lot of during your presentation you
19 talked about communities of interest through
20 different corridors and parts of the state.
21           So is a community of interest less
22 important than the number of county splits, more
23 important or equal weight?  I'm just trying to
24 determine -- because to me a city and
25 municipality or an economic region is a

```
1   STATE OF NORTH CAROLINA    )
                               )   C E R T I F I C A T E
2   COUNTY OF WAKE             )
```

I, DENISE MYERS BYRD, Stenographic Court Reporter, CSR 8340, do hereby certify that the transcription of the recorded Senate Redistricting and Elections committee, held on October 19, 2023, was taken down by me stenographically to the best of my ability and thereafter transcribed under my supervision; and that the foregoing pages, inclusive, constitute a true and accurate transcription of said recording.

Signed this the 13th day of December 2023.

Denise Myers Byrd, CSR 8340