# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

Shauna Williams, et al.
    v.　　　　　　　　　　　　　　　　Case Number:　1:23CV1057
Destin Hall, et al.

_____

North Carolina State Conference of the
NAACP, et al.
    v.　　　　　　　　　　　　　　　　Case Number　1:23CV1104
Philip Berger, et al.

# *NOTICE OF HEARING*

Take notice that a proceeding in this case has been **SET** as indicated below:

| | |
|---|---|
| **PLACE:** | Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC |
| **COURTROOM NO:** | 2 |
| **DATE & TIME:** | June 2, 2025-9:00 a.m.* |
| **PROCEEDING:** | Pretrial Conference |

***The pretrial conference shall proceed by remote means and participants may appear by video conference. The hearing will nevertheless occur in the courtroom, which will be open to the public.**

_____

Lawrence H. Cunningham, Clerk

By: /s/ Anita Engle, Deputy Clerk

Date:  May 28, 2025

TO:    All Counsel and/or Parties of Record