IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., <br><br> *Defendants*. <br> _____ <br><br> NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., <br><br> *Defendants*. | Civil Action No. 23 CV 1057 <br><br><br><br><br><br><br><br><br><br> Civil Action No. 23 CV 1104 |

## NAACP PLAINTIFFS' FIRST AMENDED TRIAL EXHIBIT LIST

NAACP Plaintiffs respectfully submit this First Amended Trial Exhibit List, identifying each exhibit that NAACP Plaintiffs may offer at trial, attached as Appendix A.

NAACP Plaintiffs reserve the right to introduce into evidence any documents identified by Defendants or Williams Plaintiffs in their Pre-Trial Disclosures. NAACP Plaintiffs' identification of any exhibit listed in Appendix A is not an admission that the exhibit would be admissible if proffered by Defendants (such as out of court statements that constitute inadmissible hearsay when offered by Defendants). NAACP Plaintiffs reserve the right to amend their list of trial exhibits in Appendix A based on future orders of the Court and to introduce additional documents as rebuttal or impeachment evidence, or as demonstrative exhibits, which will be identified and exchanged at a mutually agreeable time prior to trial.

Dated: May 29, 2025

Respectfully submitted,

*/s/ Hilary Klein*
Hilary Harris Klein

**HOGAN LOVELLS US LLP**

J. Tom Boer*
Olivia Molodanof*
Madeleine Bech*
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
Facsimile: 415-374-2499
tom.boer@hoganlovells.com
olivia.molodanof@hoganlovells.com
madeleine.bech@hoganlovells.com

**SOUTHERN COALITION FOR SOCIAL JUSTICE**

Jeffrey Loperfido (State Bar #52939)
Hilary Harris Klein (State Bar #53711)
Christopher Shenton (State Bar #60442)
Mitchell D. Brown (State Bar #56122)
Lily Talerman (State Bar #61131)
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525
hilaryhklein@scsj.org

Jessica L. Ellsworth*  
Misty Howell*  
Odunayo Durojaye*  
555 Thirteenth Street, NW  
Washington, DC 20004  
Telephone: 202-637-5600  
Facsimile: 202-637-5910  
jessica.ellsworth@hoganlovells.com  
misty.howell@hoganlovells.com  
odunayo.durojaye@hoganlovells.com  

Harmony Gbe*  
1999 Avenue of the Stars, Suite 1400  
Los Angeles, CA 90067  
Telephone: 310-785-4600  
Facsimile: 310-785-4601  
harmony.gbe@hoganlovells.com  

*Appearing in this matter by Special Appearance pursuant to L-R 83.1(d)

jeffloperfido@scsj.org  
chrisshenton@scsj.org  
mitchellbrown@scsj.org  
lily@scsj.org  

## CERTIFICATE OF SERVICE

I certify that on May 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                             */s/ Olivia Molodanof*  
                                             Olivia Molodanof

3

Case 1:23-cv-01057-TDS-JLW    Document 130    Filed 05/29/25    Page 3 of 3