# Exhibit 1

| Exhibit Number | Exhibit Description | Document Identification | LD Objections[1] |
|---|---|---|---|
| | *Expert Reports* | | |
| WX1 | Expert Report of Dr. Jonathan Rodden (Aug. 1, 2024) | | Hearsay*[2] |
| WX2 | Expert Reply Report of Dr. Jonathan Rodden (Oct. 17, 2024) | | Hearsay* |
| WX3 | Supplemental Rebuttal Report of Dr. Jonathan Rodden (March 31, 2025) | | Hearsay* |
| WX4 | Expert Report of Maxwell Palmer, Ph.D. (Aug. 1, 2024) | | Hearsay* |
| WX5 | Reply Report of Maxwell Palmer, Ph.D. (Oct. 17, 2024) | | Hearsay* |
| WX6 | Supplemental Expert Report of Maxwell Palmer, Ph.D. (March 17, 2025) | | Hearsay* |
| WX7 | Supplemental Rebuttal Report of Maxwell Palmer, Ph.D. (March 31, 2025) | | Hearsay* |
| WX8 | Expert Report of Dr. Chris Clark (Corrected) (Aug. 1, 2024) | | Hearsay* |

[1] As referenced in Legislative Defendants' Objections to Plaintiffs' Pre-Trial Disclosures, in order to streamline objections, Legislative Defendants do not include itemized objections to all exhibits regarding districts that have been dismissed or were never challenged. Instead, Legislative Defendants respectfully request a standing objection based on relevance and Rule 403 (confuses the issues) to Plaintiffs' exhibits to the extent that they reference districts not at issue in the case. The lack of itemized objections and request for a standing objection should not be construed as consent to try claims against districts that have been dismissed or were never asserted.

[2] Hearsay* = Objection will be withdrawn pursuant to the parties' stipulation that the full reports of experts who testify at trial shall be admitted as exhibits subject to any *Daubert*/Rule 702 challenges. D.E. 115 at ¶4.

| | | | |
|---|---|---|---|
| WX9 | CV of Dr. Chris Clark | | Hearsay* |
| WX10 | Expert Reply Report of Dr. Chris Clark (Oct. 17, 2024) | | Hearsay* |
| WX11 | Supplemental Expert Report of Dr. Chris Clark (March 17, 2025) | | Hearsay* |
| WX12 | Supplemental Rebuttal Expert Report of Dr. Chris Clark (March 31, 2025) | | Hearsay* |
| WX13 | Expert Report of Dr. James L. Leloudis II (Aug. 1, 2024) | | Hearsay* |
| WX14 | Expert Report of Dr. Joseph Bagley, Ph.D (Corrected) (Aug. 1, 2024) | | Hearsay* |
| WX15 | Expert Reply Report of Dr. Joseph Bagley, Ph.D (Oct. 17, 2024) | | Hearsay* |
| WX16 | Supplemental Expert Report of Dr. Joseph Bagley, Ph.D (March 17, 2025) | | Hearsay* |
| WX17 | Expert Report of Dr. LaFleur Stephens-Dougan (Aug. 1, 2024) | | Hearsay* |
| WX18 | Errata to August 1, 2024 Expert Report of Dr. LaFleur Stephens-Dougan (Oct. 29, 2024) | | Hearsay* |
| WX19 | Expert Reply Report of Dr. LaFleur Stephens-Dougan (Oct. 17, 2024) | | Hearsay* |
| WX20 | Supplemental Expert Report of Dr. LaFleur Stephens-Dougan (March 17, 2025) | | Hearsay* |
| *Expert Report Figures* | | | |
| WX21 | Expert Report of Dr. Jonathan Rodden (Aug. 1, 2024), Figure 2: Dot Density Map of Black | | Hearsay* |

| | | | |
|---|---|---|---|
| | Population and 2022 and 2023 Congressional Plans | | |
| WX22 | Expert Report of Dr. Jonathan Rodden (Aug. 1, 2024), Figure 4: Dot Density Map of Race in the Piedmont Triad Region | | Hearsay* |
| WX23 | Expert Report of Dr. Jonathan Rodden (Aug. 1, 2024), Figure 5: Piedmont Triad Major City Boundaries and 2023 District Boundaries | | Hearsay* |
| WX24 | Expert Report of Dr. Jonathan Rodden (Aug. 1, 2024), Figure 6: Dot Density Map of Race in the Charlotte Area | | Hearsay* |
| WX25 | Expert Report of Dr. Jonathan Rodden (Aug. 1, 2024), Figure 7: Charlotte City Boundary and 2023 Congressional District Boundaries | | Hearsay* |
| WX26 | Expert Report of Dr. Jonathan Rodden (Aug. 1, 2024), Figure 8: Dot Density Map of Race, 2023 District 1 Boundaries, and 2022 District 1 Boundaries, Northeast North Carolina | | Hearsay* |
| WX27 | Expert Report of Dr. Jonathan Rodden (Aug. 1, 2024), Figure 9: Dot Density Map of Race, 2023 District 1 Boundaries, and 2022 District 1 Boundaries, Oxford, NC Area | | Hearsay* |
| WX28 | Expert Report of Dr. Jonathan Rodden (Aug. 1, 2024), Figure 12: Racial Dislocation Maps, 2022 Congressional Plans | | Hearsay* |
| WX29 | Expert Report of Dr. Jonathan Rodden (Aug. 1, 2024), Figure 12: Racial Dislocation Maps, 2023 Congressional Plans | | Hearsay* |

| WX30 | Expert Reply Report of Dr. Jonathan Rodden (Oct. 17, 2024), Figure 1: Reproduction of Dr. Trende's Choropleth Map of the Piedmont Triad | | Hearsay* |
|---|---|---|---|
| WX31 | Expert Reply Report of Dr. Jonathan Rodden (Oct. 17, 2024), Figure 2: Reproduction of Dr. Trende's Choropleth Map of the Charlotte Area | | Hearsay* |
| WX32 | Expert Reply Report of Dr. Jonathan Rodden (Oct. 17, 2024), Figure 3: The Distribution of Black Voting-Age Population in Simulated Plans | | Hearsay* |
| WX33 | Expert Reply Report of Dr. Jonathan Rodden (Oct. 17, 2024), Figure 4: The Distribution of Black Voting-Age Population in Simulated Maps Versus 2023 Plan | | Hearsay* |
| WX34 | Expert Reply Report of Dr. Jonathan Rodden (Oct. 17, 2024), Figure 7: BVAP and BVAP Rank in Enacted and Simulated North Carolina Congressional Plans for Districts in the Piedmont Triad Area where Simulated Plans Produce Four Republican Seats | | Hearsay* |
| WX35 | Expert Reply Report of Dr. Jonathan Rodden (Oct. 17, 2024), Figure 9: BVAP Arrayed by Rank, Pro-Republican Simulated Plans and Draft Maps from September | | Hearsay* |
| WX36 | Expert Reply Report of Dr. Jonathan Rodden (Oct. 17, 2024), Figure 10: BVAP Arrayed by Rank, Pro-Republican Simulated Plans and Draft Springhetti Maps | | Hearsay* |
| WX37 | Expert Reply Report of Dr. Jonathan Rodden (Oct. 17, 2024), Figure 11: BVAP Arrayed by Rank, | | Hearsay* |

| | | | |
|---|---|---|---|
| | Pro-Republican Simulated Plans and Draft Maps from October | | |
| WX38 | Expert Reply Report of Dr. Jonathan Rodden (Oct. 17, 2024), CBP_1, Appendix 2 | | Hearsay* |
| WX39 | Expert Reply Report of Dr. Jonathan Rodden (Oct. 17, 2024), CBP_5, Appendix 2 | | Hearsay* |
| WX40 | Expert Reply Report of Dr. Jonathan Rodden (Oct. 17, 2024), CBK_2, Appendix 2 | | Hearsay* |
| WX41 | Expert Reply Report of Dr. Jonathan Rodden (Oct. 17, 2024), CBA_2, Appendix 2 | | Hearsay* |
| WX42 | Expert Reply Report of Dr. Jonathan Rodden (Oct. 17, 2024), CDS 003 and CDS 005, Appendix 2 | | Hearsay* |
| WX43 | Expert Reply Report of Dr. Jonathan Rodden (Oct. 17, 2024), CMT_1 and CMT_2, Appendix 2 | | Hearsay* |
| WX44 | Expert Reply Report of Dr. Jonathan Rodden (Oct. 17, 2024), CCH_4 and CMT_2, Appendix 2 | | Hearsay* |
| WX45 | Expert Reply Report of Dr. Jonathan Rodden (Oct. 17, 2024), CCJ_1 and CCH_4, Appendix 2 | | Hearsay* |
| WX46 | Expert Reply Report of Dr. Jonathan Rodden (Oct. 17, 2024), CCL_1 and CCJ_1, Appendix 2 | | Hearsay* |
| WX47 | Expert Reply Report of Dr. Jonathan Rodden (Oct. 17, 2024), CCL_1 and Enacted, Appendix 2 | | Hearsay* |
| WX48 | Supplemental Rebuttal Report of Dr. Jonathan Rodden (March 31, 2025), Figure 1: Histogram of Black Voting-Age Population (BVAP) in Alternative Plans and Enacted Plan (Excluding Districts 1, 11, and 12) | | Hearsay* |

| | | | |
|---|---|---|---|
| WX49 | Supplemental Rebuttal Report of Dr. Jonathan Rodden (March 31, 2025), Figure 2: The Enacted Plan in the Piedmont Triad | | Hearsay* |
| WX50 | Supplemental Rebuttal Report of Dr. Jonathan Rodden (March 31, 2025), Figure 3: Alternative Plan "CMT-1" in the Piedmont Triad | | Hearsay* |
| WX51 | Supplemental Rebuttal Report of Dr. Jonathan Rodden (March 31, 2025), Figure 4: Alternative Plan "Springhetti 3" in the Piedmont Triad | | Hearsay* |
| WX52 | Supplemental Rebuttal Report of Dr. Jonathan Rodden (March 31, 2025), Figure 5: Alternative Plan "Springhetti 3, v2" in the Piedmont Triad | | Hearsay* |
| WX53 | Expert Report of Dr. Maxwell Palmer (Aug. 1, 2024), Figure 3: Racially Polarized Voting Estimates by Region | | Hearsay* |
| WX54 | Supplemental Expert Report of Maxwell Palmer, Ph.D. (March 17, 2025), Figure 2: Racially Polarized Voting Estimates by Region | | Hearsay* |
| *Plaintiff Standing Declarations* | | | |
| WX55 | 1/3/25 Declaration of Alan Rene Oliva Chapela | | §[3] |
| WX56 | 1/3/25 Declaration of Allison Shari Allen | | Hearsay#[4] |
| WX57 | 1/3/25 Declaration of Flor Herrera-Picasso | | § |

---

[3] § = Legislative Defendants have no objection to this declaration provided that the declarant does not testify live at trial. Legislative Defendants reserve the right to object to the admission of this declaration on hearsay and other grounds should Williams Plaintiffs amend their witness list or if the declarant testifies live at trial.

[4] Hearsay# = Objection will be withdrawn pursuant to agreement with counsel so long as declarant does not testify live at trial. Declarant is currently listed on Williams Plaintiffs' "Will Call" list.

| | | | |
|---|---|---|---|
| WX58 | 1/3/25 Declaration of German De Castro | | § |
| WX59 | 1/3/25 Declaration of James Adams | | Hearsay^^[5] |
| WX60 | 1/3/25 Declaration of Laura McClettie | | Hearsay^^ |
| WX61 | 1/3/25 Declaration of Luciano Gonzalez-Vega | | § |
| WX62 | 1/3/25 Declaration of Natalee Nanette Nieves | | § |
| WX63 | 1/3/25 Declaration of Nelda Leon | | § |
| WX64 | 1/3/25 Declaration of Shauna Williams | | Hearsay^^ |
| WX65 | 1/3/25 Declaration of Virginia Keogh | | Hearsay^^ |
| WX66 | 5/13/25 Declaration of Minerva Freeman | | Hearsay^^ |
| WX67 | 5/13/25 Declaration of Maura Aceto | | § |
| WX68 | 5/13/25 Declaration of Javier Limon | | § |
| WX69 | 5/13/25 Declaration of Armenta Eaton | | Hearsay^^ |
| WX70 | 5/13/25 Declaration of Chenita Johnson | | Hearsay# |
| WX71 | 5/13/25 Declaration of Pamlyn Stubbs | | Hearsay# |
| WX72 | 5/13/25 Declaration of Earl Jones | | Hearsay# |
| | ***Legislative Redistricting – Hearing Transcripts*** | | |
| WX73 | 10/19/23 House Redistricting Committee Transcript | LD0000001—LD00000053 | |
| WX74 | 10/19/23 Senate Redistricting and Elections Committee Transcript | LD0000683—LD0000783 | |
| WX75 | 10/23/23 Senate Redistricting and Elections Committee Transcript | LD0000784—LD0000827 | |

---

[5] Hearsay^^ = Objection will be withdrawn pursuant to agreement with counsel so long as declarant does not testify live at trial. Declarant is currently listed on *Williams* Plaintiffs' "May-Call" list.

| WX76 | 10/24/23 Senate Chamber (Redistricting) Transcript | LD0001826— LD0001899 | |
|---|---|---|---|
| WX77 | 10/24/23 House Redistricting Committee Transcript | LD0000124— LD0000165 | |
| WX78 | 10/25/23 House Rules, Calendar, and Operations of the House Transcript | LD0003172— LD0003200 | |
| WX79 | 10/25/23 Senate Redistricting and Elections Committee Transcript | LD0000373— LD0000396 | |
| WX80 | 10/25/23 House Session (Redistricting) Transcript | LD0001723— LD0001825 | |
| ***Legislative Redistricting – Public Comment Hearings and Portal Comments*** | | | |
| WX81 | H. Comm. on Redistricting, *Joint Committee Meeting Notice & Bill Sponsor Notification: September 25, 2023*, N.C. House of Reps., https://ncleg.gov/Committees/NoticeDocument/6424/Redistricting-(Joint)-400-PM. | Hise Ex. 12 | |
| WX82 | NCGA Email Alert of 9/25/23 Public Comment Session | LD0004748— LD0004749 | |
| WX83 | H. Comm. on Redistricting, *Joint Committee Meeting Notice & Bill Sponsor Notification: September 26, 2023*, N.C. House of Reps., https://www.ncleg.gov/Committees/NoticeDocument/6425/Redistricting-(Joint)-400-PM. | Hise Ex. 12 | |
| WX84 | NCGA Email Alert of 9/26/23 Public Comment Session | LD0004745— LD0004746 | |

| WX85 | H. Comm. on Redistricting, *Joint Committee Meeting Notice & Bill Sponsor Notification: September 27, 2023*, N.C. House of Reps, https://www.ncleg.gov/Committees/NoticeDocument/6426/Redistricting-(Joint)-400-PM. | Hise Ex. 12 | |
|---|---|---|---|
| WX86 | NCGA Email Alert of 9/27/23 Public Comment Session | LD0004756—LD0004757[6] | |
| WX87 | 9/25/23 Public Comment Session Transcript | LD0000397—LD0000435 | |
| WX88 | 9/26/23 Public Comment Session Transcript | LD0000436—LD0000538 | |
| WX89 | 9/27/23 Public Comment Session Transcript | LD0000539—LD0000682 | |
| WX90 | 9/28/23 Public Comment Report | LD0000939—LD0000946 | Hearsay |
| WX91 | 10/5/23 Public Comment Report | LD0000828—LD0000848 | Hearsay |
| WX92 | 10/12/23 Public Comment Report | LD0000849—LD0000874 | Hearsay |
| WX93 | 10/19/23 Public Comment Report | LD0000875—LD0000882 | Hearsay |
| WX94 | 10/23/23 Public Comment Report | LD0000883—LD0000895 | Hearsay |
| WX95 | 10/24/23 Public Comment Report | LD0000896— | Hearsay |

---

[6] Corrected bates range confirmed by counsel for Williams Plaintiffs via email on 5/27/25.

| | | LD0000907 | |
|---|---|---|---|
| WX96 | 10/25/23 Public Comment Report | LD0000908— LD0000938 | Hearsay |
| *Legislative Redistricting – Additional Materials* | | | |
| WX97 | 4/28/23 Speaker Moore Press Release | LD0001717— LD0001719 | Hearsay |
| WX98 | 9/25/23 Redraw Process Letter to NCGA | LD0002197— LD0002201 | Hearsay |
| WX99 | 9/28/23 Common Cause Emails Regarding 2023 Redistricting Process | LD0009230— LD0009231 | Hearsay |
| WX100 | 9/29/23 Progress NC Action Email | LD0002538— LD0002540 | Hearsay |
| WX101 | 10/3/23 Redistricting Criteria Letter (Cover Email) | LD0001489— LD0001491 | Hearsay |
| WX102 | 10/3/23 Redistricting Criteria Letter | LD0001492— LD0001495 | Hearsay |
| WX103 | 10/5/23 SCSJ Press Release | LD0002298— LD0002299 | Hearsay |
| WX104 | 10/12/23 Notice to Preserve Records of Redistricting in Anticipation of Litigation | LD0004127— LD0004128 | Hearsay |
| WX105 | 10/18/23 Senate Notice of Committee Meeting and Bill Sponsor Notice Regarding 10/19/23 Hearing | LD0003777 | |
| WX106 | 10/22/23 SCSJ Correspondence Regarding Racially Polarized Voting | LD0002305— LD0002306 | Hearsay; FRE 403 |

| | | | |
|---|---|---|---|
| WX107 | 10/22/23 Racially Polarized Voting in North Carolina and its Effect on the 2023 Redistricting Plans | LD0002339— LD0002343 | Hearsay; FRE 403 |
| WX108 | 10/22/23 Expert Memo of Dr. Kassra A.R. Oskooii | LD0002319— LD0002338 | Hearsay; FRE 403 |
| WX109 | 2023 Congressional Plan Criteria, https://webservices.ncleg.gov/ViewDocSiteFile/81643 | LD0004145; Barber Suppl. Ex. 7 | |
| WX110 | Guidance for Drawing State House and Congressional Districts, https://webservices.ncleg.gov/ViewDocSiteFile/87692 | LD0004478; Springhetti Ex. 6 | |
| WX111 | North Carolina Redistricting – 2011 Public Hearing Information, N.C. Gen. Assemb., https://www.ncleg.gov/Legislation/Supplemental Docs/2011/publichearings/redistricting. | | |
| WX112 | Legislative Calendar: September 2021, N.C. Gen Assemb., https://www.ncleg.gov/LegislativeCalendar/9/2021. | | |
| WX113 | 2011 Redistricting Public Hearing Sites, https://www.ncleg.gov/Files/GIS/ReferenceDocs/2011/2011%20Public%20Hearing%20Site%20Map.pdf. | Hise Ex. 15 | |
| WX114 | Joint Meeting of Committees, Criteria Adopted by the Committees (Aug. 12, 2021) | Hise Ex. 20 | |
| | ***Deposition Exhibits*** | | |

- 11 -

| | | | |
|---|---|---|---|
| WX115 | Joint Statement by Senator Bob Rucho, Chair of the Senate Redistricting Committee, and Representative David Lewis, Chair of the House Redistricting Committee, released on June 17, 2011 | Hise Ex. 1 | Hearsay; FRE 404 improper character evidence; FRE 403 |
| WX116 | Email from Donna J. Somers to 2023 NC Senate Redistricting Committee Co-Chairs Daniel, Hise, Newton, and Committee Members | Hise Ex. 13, LD0001502-04 | Hearsay |
| WX117 | Expert Report of Dr. Jeffrey B. Lewis in *North Carolina League of Conservation Voters v. Hall*, No. 21-CVS-015426 | Hise Ex. 23 | Hearsay; FRE 701-703, and 705; Fed. R. Civ. P. 26(a)(2) improper/undisclosed expert testimony; FRE 403 |
| WX118 | Supplemental Expert Report of Dr. Jeffrey B. Lewis in *North Carolina League of Conservation Voters v. Hall*, No. 21-CVS-015426 | Hise Ex. 24 | Hearsay; FRE 701-703, and 705; Fed. R. Civ. P. 26(a)(2) improper/undisclosed expert testimony; FRE 403 |
| WX119 | Email from Steve Shapiro with subject "Prospective 2024 Congressional Districts – Particular Impact to Guilford County" on 9/19/2023 | Hise Ex. 26, LD0001607 | Hearsay; FRE 701-703, and 705; Fed. R. Civ. P. 26(a)(2) improper/undisclosed expert testimony; FRE 403 |
| WX120 | Email from Anne Brown to Sen. Ralph Hise with subject "Redistributing" on 10/25/2023 | Hise Ex. 48, LD0002612 | Hearsay |
| WX121 | Email from Steve Shapiro with subject "Suggested Revisions to Congressional Map CCJ-1" on 10/21/2023 | Hise Ex. 49, LD0002279 | Hearsay; FRE 701-703, and 705; Fed. R. Civ. P. 26(a)(2) improper/undisclosed expert testimony; FRE 403 |

| WX122 | Facebook posts from Senator Ralph Hise | Hise Ex. 54 | Hearsay; relevance; foundation[7] |
|---|---|---|---|
| WX123 | Dot density map comparing 2022 and 2024 Congressional boundaries in Mecklenburg | Hise Ex. 58 | Hearsay; authentication |
| WX124 | Dot density map comparing 2022 and 2024 Congressional boundaries in Piedmont Triad | Hise Ex. 57 | Hearsay; authentication |
| WX125 | Fred Backus, Anthony Salvanto, Big Majorities Reject Book Bans – CBS News Poll, CBS News (Feb. 22, 2022) | Taylor Ex. 4 | Hearsay; relevance; foundation |
| WX126 | Michael J. Pomante II, *Cost of Voting in the American States: 2024*, ELECTION LAW JOURNAL: RULES, POLITICS, AND POLICY | Taylor Ex. 6 | Hearsay |
| WX127 | Expert Report of Sean P. Trende in *Agee v. Benson*, No. 1:22-cv-00272 (W.D. Mich.) (Jan. 18, 2023) | Trende Ex. 3 | Hearsay; relevance |
| WX128 | *Cheri Beasley's Senate Campaign Latest to Take on Race, Gender Barriers*, Charlotte Post | Hood Ex. 3 | Hearsay; relevance; authentication; foundation |
| WX129 | Danielle Battaglia, *NC TV Stations Pull Ad Attacking Senate Candidate Beasley Over Its "False Statements,"* News & Observer (Oct. 25, 2022) | Hood Ex. 4 | Hearsay |
| WX130 | Will Wright, *Group Targets Beasley with TV Ad About Sex Offender Case*, Charlotte Observer (Oct. 4, 2022) | Hood Ex. 5 | Hearsay |

---

[7] Legislative Defendants' lack of foundation objections will be withdrawn if foundation is properly laid at trial.

| WX131 | Michael Barber and Kosuke Imai, Estimating Neighborhood Effects on Turnout from Geocoded Voter Registration Records | Barber Ex. 4 | Hearsay; relevance; foundation |
|---|---|---|---|
| WX132 | Bernard Grofman, Lisa Handley, and David Lublin, Drawing Effective Miority [sic] Districts: A Conceptual Framework and Some Empirical Evidence, N.C. Law Review (June 1, 2001) | Alford Suppl. Ex. 4 | |
| WX133 | Email from Rep. Destin Hall to Mr. Springhetti re "2023 North Carolina House and Congressional Redistricting" (Aug. 23, 2023) | LD0004475, Springhetti Ex. 4 | |
| *Discovery Responses* | | | |
| WX134 | Legislative Defendants' Objections and Responses to *Williams* Plaintiffs' First Set of Interrogatories (May 24, 2024) | | Hearsay |
| WX135 | Legislative Defendants' Objections and Responses to *NAACP* Plaintiffs' First Set of Interrogatories (May 24, 2024) | | Hearsay |
| WX136 | Responses to Plaintiffs' First Set of Interrogatories to State Board Defendants (June 19, 2024) | | Hearsay |
| WX137 | Legislative Defendants' First Amended Privilege Log | Springhetti Ex. 3 | Hearsay; foundation |
| WX138 | Legislative Defendants' Third-Party Search Privilege Log | | Hearsay; foundation |
| *Maps* | | | |
| WX139 | 2022 Interim Congressional Map, https://www.ncleg.gov/Files/GIS/Plans_Main/Co | Springhetti Ex. 16 | |

| | | | |
|---|---|---|---|
| | ngress_2022_Court/2022%20Interim%20Congre ssional%20-%2011%20x%2017%20Map.pdf | | |
| WX140 | 2022 Interim Congressional Map StatPack Report, https://www.ncleg.gov/Files/GIS/Plans_Main/Co ngress_2022_Court/2022%20Interim%20Congre ssional%20-%20StatPack2022_C.pdf | | |
| WX141 | Senate Bill 756: Congressional Districts 2023/CBP-5, https://webservices.ncleg.gov/ViewBillDocumen t/2023/7468/0/Filed%20-%2011%20x%2017%20Map | | |
| WX142 | CBP-5 StatPack Report w Race, https://webservices.ncleg.gov/ViewBillDocumen t/2023/7492/0/Filed%20-%20StatPack%20Report%20w%20Race | | |
| WX143 | Realign Congressional Districts 2023/CCJ-1, https://webservices.ncleg.gov/ViewDocSiteFile/8 1630 | | |
| WX144 | CCJ-1 StatPack Report, https://webservices.ncleg.gov/ViewDocSiteFile/8 1632 | | |
| WX145 | Senate Bill 757: Realign Congressional Districts 2023/CST-4, https://www.ncleg.gov/Files/GIS/Plans_Main/Co ngress_2023/SL%202023-145%20Congress%20-%2011%20x%2017%20Map.pdf | | |
| WX146 | CST-4 StatPack Report w Race, https://www.ncleg.gov/Files/GIS/Plans_Main/Co | | |

| | | | |
|---|---|---|---|
| | ngress_2023/SL%202023-145%20Congress%20-%20StatPack2023_RVR_C.pdf | | |
| WX147 | Draft maps, LD_MAP_000001-002610.pdf | LD_MAP_000001-002610 | |
| WX148 | CCH-1 | LD_MAP_001613, Hise Ex. 33 | |
| WX149 | CTE-1 | LD_MAP_002609, Hise Ex. 35 | |
| WX150 | CMT-2 | LD_MAP_002334, Hise Ex. 38 | |
| WX151 | CCJ-1 | LD_MAP_001799, Hise Ex. 42 | |
| WX152 | SST-11 Amend | Hise Ex. 52 | |
| WX153 | SST-12 Amend | Hise Ex. 53 | |
| WX154 | Draft map, CMT-1 | | Authentication; foundation |
| WX155 | Draft map, CMT-2 | | Authentication; foundation |
| WX156 | Draft map, CBA-2 | | Authentication; foundation |
| WX157 | Draft map, CBK-2 | | Authentication; foundation |
| WX158 | Draft map, CBP-1 | | Authentication; foundation |
| WX159 | Draft map, CBP-5 | | Authentication; foundation |
| WX160 | Draft map, CCH-4 | | Authentication; foundation |
| WX161 | Draft map, CCJ-1 | | Authentication; foundation |

| WX162 | Draft map, CCL-1 | Springhetti Ex. 19 | Authentication; foundation |
|---|---|---|---|
| WX163 | Draft map, CMT-1 | | Authentication; foundation |
| WX164 | Draft map, CMT-2 | | Authentication; foundation |
| WX165 | Draft map, CST-3 | | Authentication; foundation |
| WX166 | Springhetti draft map, CDs 003 | Springhetti Ex. 15 | Foundation |
| WX167 | Springhetti draft map, CDs 003 v2 | Springhetti Ex. 17 | Foundation |
| WX168 | Springhetti draft map, CDs 005 | Springhetti Ex. 18 | Foundation |
| *Other Bills* | | | |
| WX169 | Filed Version of H.B. 259 (N.C. Mar. 2, 2023), https://webservices.ncleg.gov/ViewBillDocument/2023/1186/0/DRH10127-MHa-59. | | Relevance |
| WX170 | Conference Committee Substitute of H.B. 259, https://webservices.ncleg.gov/ViewBillDocument/2023/7268/0/H259-PCCS50044-MHXR-6. | | Relevance |
| WX171 | Bill History of House Bill 259 / SL 2023-134, https://www.ncleg.gov/BillLookup/2023/H259 | | Relevance |
| WX172 | Enacted H.B. 259 (N.C. Oct. 3, 2023), https://www.ncleg.gov/Sessions/2023/Bills/House/PDF/H259v7.pdf | | Relevance |
| *Additional Exhibits* | | | |
| WX173 | North Carolina's Population: Short-term Challenges, Long-term Growth Factors, *North Carolina Office of State Budget and Management* | | Hearsay |

| | | |
|---|---|---|
| | (May 2021), https://www.osbm.nc.gov/2021-population-dynamics-report/open. | |
| WX174 | Melissa Boughton, *Hofeller Files: Lawmakers Lied to Federal Court in 2017, Preventing NC from Getting Special Election*, NC Newsline (June 6, 2019), https://ncnewsline.com/2019/06/06/hofeller-files-lawmakers-lied-to-federal-court-in-2017-preventing-nc-from-getting-special-election/. | Hearsay; relevance; FRE 404 improper character evidence; FRE 403 |
| WX175 | Plaintiffs' Motion for the Court to Issue Direction to Legislative Defendants, *Common Cause v. Lewis*, No. 18 CVS 014001 (N.C. Super. June 6, 2019), https://s3.documentcloud.org/documents/6140151/Common-Cause-v-Lewis-Motion-6-6.pdf. | Hearsay; relevance; FRE 404 improper character evidence; FRE 403 |
| WX176 | Amanda E. Ng, et al., *Lack of Reliable Transportation for Daily Living Among Adults: United States, 2022*, NCHS Data Brief No. 490, U.S. Dep't of Health & Hum. Servs. (Jan. 2024), https://www.cdc.gov/nchs/products/databriefs/db490.htm. | Hearsay |
| WX177 | Video: Jesse Helms "Hands" Ad, https://www.youtube.com/watch?v=KIyewCdXMzk; also available at https://www.pbs.org/30secondcandidate/timeline/years/1990_j.html. | Hearsay, relevance, foundation |
| WX178 | Annette Fuller, *Flier Opens an Old Wound*, Winston-Salem Journal (Oct. 21, 2010), https://journalnow.com/news/local/flier-opens- | Hearsay |

| | | | |
|---|---|---|---|
| | an-old-wound/article_77fcaa90-d964-5230-8146-0eb6588ae397.html. | | |
| WX179 | Chris Heagarty Sombrero Mailer, https://media.newyorker.com/photos/590959a96552fa0be682d4ef/master/w_1600,c_limit/111010_mayer-sombrero_p465.jpg. | | Hearsay; authentication |
| WX180 | Video: "Good Person" CFG Action Ad (NC-SEN), https://www.youtube.com/watch?v=gipaxcSHoaA&ab_channel=ClubforGrowth. | | Hearsay; authentication |
| WX181 | Video: Ted Budd For Senate, "Crush the Broken Biden Beasley Agenda," https://www.youtube.com/watch?v=K4IbK9wTgjk. | | Hearsay |
| WX182 | Video: Ted Budd for Senate, "The Checkered Flag is in Sight," https://www.youtube.com/watch?v=IMbu7nTMYjQ. | | Hearsay |
| WX183 | Jonathan Capehart, *Trump's Flirtation with the N-word Cannot Be Ignored*, WASH. POST (Oct. 8, 2022), https://www.washingtonpost.com/opinions/2022/10/08/trump-n-word-rally-dangerous/. | | Hearsay; authentication |
| WX184 | 2023 Senate Demographics, https://webservices.ncleg.gov/ViewDocSiteFile/72728. | | |
| WX185 | 2023 Senate Committees by Member, https://webservices.ncleg.gov/ViewDocSiteFile/72744. | | |

| WX186 | M.V. Hood III, Seth Mckee, *True Colors: White Conservative Support for Minority Republican Candidates*, PUBLIC OPINION QUARTERLY (Feb. 2015) | | Hearsay; relevance; foundation; FRE 403 |
|---|---|---|---|
| WX187 | M.V. Hood III et al., *The Rational Southerner: Black Mobilization, Republican Growth, and the Partisan Transformation of the American South*, Chapter 8 (2012) | | Hearsay; relevance; foundation; FRE 403 |
| WX188 | Christopher A. Cooper et al, *Switching Sides but Still Fighting the Civil War in Southern Politics*, POLITICS, GROUPS, AND IDENTITIES, 10:1, 100-116 (2022) | | Hearsay; relevance; foundation; FRE 403 |
| WX189 | M.V. Hood III and Seth C. McKee, *Rural Republican Realignment in the Modern South* | | Hearsay; relevance; foundation; FRE 403 |