## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 23 CV 1057 |
| REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., | |
| *Defendants*. | |
| | |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 23 CV 1104 |
| PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., | |
| *Defendants.* | |

## *WILLIAMS* AND *NAACP* PLAINTIFFS' OBJECTIONS TO LEGISLATIVE DEFENDANTS' 5.16.25 EXHIBIT LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's May 23, 2024 Notice of Hearing, ECF No. 50, *Williams* Plaintiffs and *NAACP* Plaintiffs (collectively "Plaintiffs") respectfully submit the following objections to Legislative Defendants' 5.16.25 Exhibit List. ECF No. 118-1. Plaintiffs reserve the right to amend or modify any of the objections set forth on the basis of any stipulation entered into by the parties;

1

corrections and modifications to the underlying exhibits; and any orders from the Court impacting admissibility.

The following table sets forth the key for the objections found below:

| Code | Objection |
|---|---|
| PROPOSED JOINT | Joint Exhibits proposed during meet and confer. |
| 401 | Relevance |
| 802 | Hearsay |
| 901 | Authentication |
| 106 | Rule of Completeness |
| Foundation | Foundation[1] |
| * | Plaintiffs do not contest the authenticity of these exhibits but preserve hearsay objections for any statements Defendants seek to offer for the truth of the matter asserted in those exhibits. As applicable, Plaintiffs reserve the right to admit those statements as party opponent admissions. |

The following table sets forth *Williams* Plaintiffs and *NAACP* Plaintiffs' objections to Legislative Defendants' 5.16.25 Exhibit List (ECF No. 118-1). Unless otherwise noted, all objections are jointly made by *Williams* Plaintiffs and *NAACP* Plaintiffs.

| Exhibit No. | Exhibit Description | Reference | Pls. Objections |
|---|---|---|---|
| LDTX001 | House Bill 898/SL 2023-149 Bill Lookup Page | https://www.ncleg.gov/BillLookUp/2023/H898 | PROPOSED JOINT |

---

[1] Plaintiffs' Foundation objections will be withdrawn if foundation is properly laid at trial.

2

| LDTX002 | House Bill 898/SL 2023-149 | https://www.ncleg.gov/Sessions/2023/Bills/House/PDF/H898v5.pdf | PROPOSED JOINT |
|---------|----------------------------|-----------------------------------------------------------------|----------------|
| LDTX003 | House Bill 898/SL 2023-149; Enacted Map 11x17 | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2023/SL%202023-149%20House%20-%2011%20x%2017%20Map.pdf | PROPOSED JOINT |
| LDTX004 | House Bill 898/SL 2023-149; Enacted Map 19x36 | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2023/SL%202023-149%20House%20-%2019%20x%2036%20Map.pdf | PROPOSED JOINT |
| LDTX005 | House Bill 898/SL 2023-149; StatPack Report w Race | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2023/SL%202023-149%20House%20-%20StatPack2023_RVR_H.pdf | PROPOSED JOINT |
| LDTX006 | House Bill 898/SL 2023-149; Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2023/SL%202023-149%20House%20-%20Compactness%20Report.pdf | PROPOSED JOINT |
| LDTX007 | House Bill 898/SL House 2023-149.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2023/SL%202023-149%20House%20-%20Shapefile.zip | PROPOSED JOINT |
| LDTX008 | House Committee 10-23-2023 H898 Amendment HBA-1 | https://webservices.ncleg.gov/ViewDocSiteFile/81695 | PROPOSED JOINT |
| LDTX009 | House Committee 10-23-2023 H898 Amendment HST-5 Amend | https://webservices.ncleg.gov/ViewDocSiteFile/81694 | PROPOSED JOINT |
| LDTX010 | House Committee 10-23-2023 H898 Amendment HCC-3 Amend | https://webservices.ncleg.gov/ViewDocSiteFile/81692 | PROPOSED JOINT |
| LDTX011 | House Committee 10-23-2023 H898 Amendment HCC-4 Amend | https://webservices.ncleg.gov/ViewDocSiteFile/81691 | PROPOSED JOINT |
| LDTX012 | House Committee 10-23-2023 H898 Amendment HCH-8 | https://webservices.ncleg.gov/ViewDocSiteFile/81693 | PROPOSED JOINT |
| LDTX013 | House Floor 10-24-2023 H898 Amendment HCM-5 Amend Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7576/0/H898-ACL-42-V-2 | PROPOSED JOINT |
| LDTX014 | House Floor 10-24-2023 H898 Amendment HCM-5 Amend Map and StatPack | https://webservices.ncleg.gov/ViewBillDocument/2023/7576/1/H898-BD-NBC-11536 | PROPOSED JOINT |

| | | | |
|---|---|---|---|
| LDTX015 | House Floor 10-24-2023 H898 Amendment HBA-3 Amend Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7574/0/H898-ACL-41-V-2 | PROPOSED JOINT |
| LDTX016 | House Floor 10-24-2023 H898 Amendment HBA-3 Amend Map and StatPack | https://webservices.ncleg.gov/ViewBillDocument/2023/7574/1/H898-BD-NBC-11534 | PROPOSED JOINT |
| LDTX017 | House Floor 10-24-2023 H898 Amendment HCH-9 Amend Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7575/0/H898-ATU-41-V-3 | PROPOSED JOINT |
| LDTX018 | House Floor 10-24-2023 H898 Amendment HCH-9 Amend Map and StatPack | https://webservices.ncleg.gov/ViewBillDocument/2023/7575/1/H898-BD-NBC-11535 | PROPOSED JOINT |
| LDTX019 | House Floor 10-24-2023 10-24-2023 H898 Amendment HBA-5 Amend Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7573/0/H898-ABR-81-V-2 | PROPOSED JOINT |
| LDTX020 | House Floor 10-24-2023 H898 Amendment HBA-5 AmendMap and StatPack | https://webservices.ncleg.gov/ViewBillDocument/2023/7573/1/H898-BD-NBC-11533 | PROPOSED JOINT |
| LDTX021 | House Floor 10-24-2023 10-24-2023 H898 Amendment HCM-6 Amend2 Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7577/0/H898-ATU-42-V-2 | PROPOSED JOINT |
| LDTX022 | House Floor 10-24-2023 H898 Amendment HCM-6 Amend2 Map and StatPack | https://webservices.ncleg.gov/ViewBillDocument/2023/7577/1/H898-BD-NBC-11537 | PROPOSED JOINT |
| LDTX023 | Senate Bill 758/SL 2023-146 Bill Lookup Page | https://www.ncleg.gov/BillLookUp/2023/S758 | PROPOSED JOINT |
| LDTX024 | Senate Bill 758/SL 2023-146 Bill Text | https://www.ncleg.gov/Sessions/2023/Bills/Senate/PDF/S758v4.pdf | PROPOSED JOINT |
| LDTX025 | Senate Bill 758/SL 2023-146 Enacted Map 11 x 17 | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2023/SL%202023-146%20Senate%20-%2011%20x%2017%20Map.pdf | PROPOSED JOINT |

| LDTX026 | Senate Bill 758/SL 2023-146 Enacted Map 19 x 36 | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2023/SL%202023-146%20Senate%20-%2019%20x%2036%20Map.pdf | PROPOSED JOINT |
|---|---|---|---|
| LDTX027 | Senate Bill 758/SL 2023-146 StatPack Report w Race | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2023/SL%202023-146%20Senate%20-%20StatPack2023_RVR_S.pdf | PROPOSED JOINT |
| LDTX028 | Senate Bill 758/SL 2023-146 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2023/SL%202023-146%20Senate%20-%20Compactness%20Report.pdf | PROPOSED JOINT |
| LDTX029 | SL Senate 2023-146.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2023/SL%202023-146%20Senate%20-%20Shapefile.zip | PROPOSED JOINT |
| LDTX030 | Senate Committee 10-23-2023 S758 Amendment SCM-2 Amend | https://webservices.ncleg.gov/ViewDocSiteFile/81671 | PROPOSED JOINT |
| LDTX031 | Senate Committee 10-23-2023 S758 Amendment SCM-1 Amend | https://webservices.ncleg.gov/ViewDocSiteFile/81668 | PROPOSED JOINT |
| LDTX032 | Senate Committee 10-19-2023 S758 Amendment Realign NC Senate Districts 2023/SCJ-1 Text | https://webservices.ncleg.gov/ViewDocSiteFile/81624 | PROPOSED JOINT |
| LDTX033 | Senate Committee 10-19-2023 S758 Amendment Realign NC Senate Districts SCJ-1 - 11 X 17 Map | https://webservices.ncleg.gov/ViewDocSiteFile/81660 | PROPOSED JOINT |
| LDTX034 | Senate Committee 10-19-2023 S758 Amendment Realign NC Senate Districts SCJ-1 StatPack2023_S | https://webservices.ncleg.gov/ViewDocSiteFile/81662 | PROPOSED JOINT |
| LDTX035 | Senate Floor 10-24-2023 S758 Amendment A3 AND-26-V-2 Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7567/0/S758-AND-26-V-2 | PROPOSED JOINT |
| LDTX036 | Senate Floor 10-24-2023 S758 Amendment A2 AND-25-V-2 Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7564/0/S758-AND-25-V-2 | PROPOSED JOINT |

| LDTX037 | Senate Floor 10-24-2023 S758 Amendment A1 AND-23-V-2 Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7559/0/S758-AND-23-V-2 | PROPOSED JOINT |
| --- | --- | --- | --- |
| LDTX038 | Senate Committee 10-19-2023 Senate Plan Criteria | https://webservices.ncleg.gov/ViewDocSiteFile/81644 | PROPOSED JOINT |
| LDTX039 | Senate Bill 757/SL 2023-145 Bill Lookup Page | https://www.ncleg.gov/BillLookUp/2023/S757 | PROPOSED JOINT |
| LDTX040 | Senate Bill 757/SL 2023-145 Bill Text | https://www.ncleg.gov/Sessions/2023/Bills/Senate/PDF/S757v4.pdf | PROPOSED JOINT |
| LDTX041 | Senate Bill 757/SL 2023-145 Enacted Map 11 x 17 | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2023/SL%202023-145%20Congress%20-%2011%20x%2017%20Map.pdf | PROPOSED JOINT |
| LDTX042 | Senate Bill 757/SL 2023-145 StatPack Report w Race | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2023/SL%202023-145%20Congress%20-%20StatPack2023_RVR_C.pdf | PROPOSED JOINT |
| LDTX043 | Senate Bill 757/SL 2023-145 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2023/SL%202023-145%20Congress%20-%20Compactness%20Report.pdf | PROPOSED JOINT |
| LDTX044 | SL 2023-145.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2023/SL%202023-145%20Congress%20-%20Shapefile.zip | PROPOSED JOINT |
| LDTX045 | House Floor 10-25-2023 S757 Amendment A1 ATU-44-V-2 (Congressional Plan 2022) Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7625/0/S757-ATU-44-V-2 | PROPOSED JOINT |
| LDTX046 | House Floor 10-25-2023 S757 Amendment A1 ATU-44-V-2 (Congressional Plan 2022) Map and StatPack | https://webservices.ncleg.gov/ViewBillDocument/2023/7625/1/S757-BD-NBC-11572 | PROPOSED JOINT |

| LDTX047 | Senate Floor 10-24-2023 S757 Amendment A1 ACL-39-V-2 Text | https://webservices.ncleg.gov/ViewBillDocument/2023/7561/0/S757-ACL-39-V-2 | PROPOSED JOINT |
|---|---|---|---|
| LDTX048 | Senate Committee 10-19-2023 S757 Amendment CCJ-1 Text | https://webservices.ncleg.gov/ViewDocSiteFile/81625 | PROPOSED JOINT |
| LDTX049 | Senate Committee 10-19-2023 S757 Amendment CCJ-1 - 11 x 17 Map | https://webservices.ncleg.gov/ViewDocSiteFile/81630 | PROPOSED JOINT |
| LDTX050 | Senate Committee 10-19-2023 S757 Amendment CCJ-1 - StatPack2023_C | https://webservices.ncleg.gov/ViewDocSiteFile/81632 | PROPOSED JOINT |
| LDTX051 | Senate Committee 10-23-2023 S757 Amendment CST-3 | https://webservices.ncleg.gov/ViewDocSiteFile/81667 | PROPOSED JOINT |
| LDTX052 | Senate Bill 756/CBP-5 Bill Lookup | https://www.ncleg.gov/BillLookUp/2023/S756 | PROPOSED JOINT |
| LDTX053 | Senate Bill 756/CBP-5 Bill Text | https://www.ncleg.gov/Sessions/2023/Bills/Senate/PDF/S756v1.pdf | PROPOSED JOINT |
| LDTX054 | Senate Committee 10-19-2023 S756 Amendment CBP-5 Text (Senate Bill 756) | https://webservices.ncleg.gov/ViewDocSiteFile/81626 | PROPOSED JOINT |
| LDTX055 | Senate Committee 10-19-2023 S756 Amendment CBP-5 - 11 x 17 Map (Senate Bill 756) | https://webservices.ncleg.gov/ViewDocSiteFile/81627 | PROPOSED JOINT |
| LDTX056 | Senate Committee 10-19-2023 S756 Amendment CBP-5 - StatPack2023_C | https://webservices.ncleg.gov/ViewDocSiteFile/81629 | PROPOSED JOINT |
| LDTX057 | Senate Committee 10-19-2023 Congressional Plan Criteria | https://webservices.ncleg.gov/ViewDocSiteFile/81643 | PROPOSED JOINT |
| LDTX058 | House Committee Guidance for Drawing State House and Congressional Districts | https://webservices.ncleg.gov/ViewDocSiteFile/87692 | PROPOSED JOINT |

| | | | |
|---|---|---|---|
| LDTX059 | Video of 2023-09-25 Joint Meeting of the House Redistricting and Senate Redistricting and Elections Committees | https://youtu.be/UsNRxddye4o | PROPOSED JOINT* |
| LDTX060 | Video of 2023-09-26 Joint Meeting of the House Redistricting and Senate Redistricting and Elections Committees | https://youtu.be/MyCnIQidVNs | PROPOSED JOINT* |
| LDTX061 | Video of 2023-09-27 Joint Meeting of the House Redistricting and Elections Committees | https://youtu.be/aRKA1PhQClA | PROPOSED JOINT* |
| LDTX062 | Video of 2023-10-19 House Redistricting Committee | https://youtu.be/wciGsfoJAe4 | PROPOSED JOINT* |
| LDTX063 | Video of 2023-10-19 Senate Redistricting and Elections Committee | https://youtu.be/l5ENSZEBA4w | PROPOSED JOINT* |
| LDTX064 | Video of 2023-10-23 House Redistricting Committee | https://youtu.be/OwjALlb6wa4 | PROPOSED JOINT* |
| LDTX065 | Video of 2023-10-23 Senate Redistricting and Elections Committee | https://youtu.be/X0CSWX7iV5k | PROPOSED JOINT* |
| LDTX066 | Video of 2023-10-24 House Redistricting Committee | https://youtu.be/4q5ARI8dwpg | PROPOSED JOINT* |
| LDTX067 | Video of 2023-10-24 House Rules, Calendar, and Operations of the House (10 am) | https://youtu.be/6JVewnr4X_0 | PROPOSED JOINT* |
| LDTX068 | Video of 2023-10-24 House Rules, Calendar, and Operations of the House (5:30 pm) | https://youtu.be/t8pVErAQMgw | PROPOSED JOINT* |
| LDTX069 | Video of 2023-10-24 House Session | https://youtu.be/TCt3S3zh7o8 | PROPOSED JOINT* |

| | | | |
|---|---|---|---|
| LDTX070 | Video of 2023-10-25 House Redistricting Committee | https://youtu.be/4V-SmftGRwc | PROPOSED JOINT* |
| LDTX071 | Video of 2023-10-25 House Rules, Calendar, and Operations of the House | https://youtu.be/9Jgq0VxG7dg | PROPOSED JOINT* |
| LDTX072 | Video of 2023-10-25 House Session | https://youtu.be/YNXZV3GePF8 | PROPOSED JOINT* |
| LDTX073 | Video of 2023-10-25 Senate Redistricting and Elections Committee | https://youtu.be/oRH0w051nR0 | PROPOSED JOINT* |
| LDTX074 | 2023-09-25 Joint Meeting of the House Redistricting and Senate Redistricting and Elections Committees Transcript | LD0000397-LD0000435; Hise 17 | PROPOSED JOINT* |
| LDTX075 | 2023-09-26 Joint Meeting of the House Redistricting and Senate Redistricting and Elections Committees Transcript | LD0000436-LD0000538 | PROPOSED JOINT* |
| LDTX076 | 2023-09-27 Joint Meeting of the House Redistricting and Elections Committees Transcript | LD0000539-LD0000682 | PROPOSED JOINT* |
| LDTX077 | 2023-10-19 House Redistricting Committee Transcript | LD0000001-LD0000053; Harrison 20B | PROPOSED JOINT* |
| LDTX078 | 2023-10-19 Senate Redistricting and Elections Committee Transcript | LD0000683-LD0000783; Hise 27 | PROPOSED JOINT* |
| LDTX079 | 2023-10-23 House Redistricting Committee Transcript | LD0000054-LD0000123 | PROPOSED JOINT* |
| LDTX080 | 2023-10-23 Senate Redistricting and Elections Committee Transcript | LD0000784-LD0000827 | PROPOSED JOINT* |

| | | | |
|---|---|---|---|
| LDTX081 | 2023-10-24 Senate Chamber (Redistricting) Transcript | LD0001826-LD0001899; Hise 51 | PROPOSED JOINT* |
| LDTX082 | 2023-10-24 House Redistricting Committee Transcript | LD0000124-LD0000165 | PROPOSED JOINT* |
| LDTX083 | 2023-10-24 House Rules, Calendar, and Operations of the House (10 am) Transcript | LD0000166-LD0000173 | PROPOSED JOINT* |
| LDTX084 | 2023-10-24 House Rules, Calendar, and Operations of the House (5:30 pm) Transcript | LD0000174-LD0000184 | PROPOSED JOINT* |
| LDTX085 | 2023-10-24 House Session Transcript | LD0000185-LD0000290; Harrison 12 | PROPOSED JOINT* |
| LDTX086 | 2023-10-25 House Redistricting Committee Transcript | LD0000291-LD0000343 | PROPOSED JOINT* |
| LDTX087 | 2023-10-25 House Rules, Calendar, and Operations of the House Transcript | LD0000344-LD0000372 | PROPOSED JOINT* |
| LDTX088 | 2023-10-25 House Session (Redistricting) Transcript | LD0001723-LD0001825 | PROPOSED JOINT* |
| LDTX089 | 2023-10-25 Senate Redistricting and Elections Committee Transcript | LD0000373-LD0000396 | PROPOSED JOINT* |
| LDTX090 | 2023-10-25 Senate Chamber (Redistricting) Transcript | LD0001900-LD0001979 | PROPOSED JOINT* |
| LDTX091 | Legislative Calendar October 2023 | https://www.ncleg.gov/LegislativeCalendar/10/2023 | PROPOSED JOINT |
| LDTX092 | Legislative Calendar September 2023 | https://www.ncleg.gov/LegislativeCalendar/9/2023 | PROPOSED JOINT |
| LDTX093 | 2023 Congressional Member Residence Address List | | PROPOSED JOINT |

| | | | |
|---|---|---|---|
| LDTX094 | 2023 Senate Member Residence Address List | | PROPOSED JOINT |
| LDTX095 | 2023 House Member Residence Address List | | PROPOSED JOINT |
| LDTX096 | House Bill 980/SL 2022-4 Bill Lookup | https://www.ncleg.gov/BillLookUp/2021/H980 | PROPOSED JOINT |
| LDTX097 | House Bill 980/SL 2022-4 Text | https://www.ncleg.gov/Sessions/2021/Bills/House/PDF/H980v5.pdf | PROPOSED JOINT |
| LDTX098 | House Bill 980/SL 2022-4 11 x 17 Map | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2022/SL%202022-4%20House%20-%2011%20x%2017%20Map.pdf | PROPOSED JOINT |
| LDTX099 | House Bill 980/SL 2022-4 StatPack | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2022/SL%202022-4%20House%20-%20StatPack2022_H.pdf | PROPOSED JOINT |
| LDTX100 | House Bill 980/SL 2022-4 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2022/SL%202022-4%20House%20-%20Compactness%20Report.pdf | PROPOSED JOINT |
| LDTX101 | House Bill 980/SL 2022-4  SL 2022-4.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2022/SL%202022-4%20House%20-%20Shapefile.zip | PROPOSED JOINT |
| LDTX102 | Senate Bill 744/SL 2022-2 Bill Lookup | https://www.ncleg.gov/BillLookUp/2021/S744 | PROPOSED JOINT |
| LDTX103 | Senate Bill 744/SL 2022-2 Bill Text | https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S744v4.pdf | PROPOSED JOINT |
| LDTX104 | Senate Bill 744/SL 2022-2 11 x 17 Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2022/SL%202022-2%20Senate%20-%2011%20x%2017%20Map.pdf | PROPOSED JOINT |
| LDTX105 | Senate Bill 744/SL 2022-2 StatPack | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2022/SL%202022-2%20Senate%20-%20StatPack2022_S.pdf | PROPOSED JOINT |
| LDTX106 | Senate Bill 744/SL 2022-2 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2022/SL%202022-2%20Senate%20-%20Compactness%20Report.pdf | PROPOSED JOINT |
| LDTX107 | SL 2022-2.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2022/SL%202022-2%20Senate%20-%20Shapefile.zip | PROPOSED JOINT |
| LDTX108 | Court-Ordered 2022 Interim Congressional 11 x 17 Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022_Court/2022%20Interim%20Congressional%20-%2011%20x%2017%20Map.pdf | PROPOSED JOINT |
| LDTX109 | Court-Ordered 2022 Interim Congressional StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022_Court/2022%20Interim%20Congressional%20-%20StatPack2022_C.pdf | PROPOSED JOINT |

| | | | |
|---|---|---|---|
| LDTX110 | Court-Ordered 2022 Interim Congressional Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022_Court/2022%20Interim%20Congressional%20-%20Compactness%20Report.pdf | PROPOSED JOINT |
| LDTX111 | Court-Ordered 2022 Interim Congressional.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022_Court/2022%20Interim%20Congressional%20-%20Shapefile.zip | PROPOSED JOINT |
| LDTX112 | Senate Bill 745/SL 2022-3 Bill Lookup | https://www.ncleg.gov/BillLookUp/2021/S745 | PROPOSED JOINT |
| LDTX113 | Senate Bill 745/SL 2022-3 Bill Text | https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S745v4.pdf | PROPOSED JOINT |
| LDTX114 | Senate Bill 745/SL 2022-3 11x 17 Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022/SL%202022-3%20Congress%20-%2011%20x%2017%20Map.pdf | PROPOSED JOINT |
| LDTX115 | Senate Bill 745/SL 2022-3 StatPack | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022/SL%202022-3%20Congress%20-%20StatPack2022_C.pdf | PROPOSED JOINT |
| LDTX116 | Senate Bill 745/SL 2022-3 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022/SL%202022-3%20Congress%20-%20Compactness%20Report.pdf | PROPOSED JOINT |
| LDTX117 | SL 2022-3.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022/SL%202022-3%20Congress%20-%20Shapefile.zip | PROPOSED JOINT |
| LDTX118 | 2022 Special Master StatPack | http://www2.nccourts.org/misc/22-02-23-Special-Masters-Materials-Supplement.zip | PROPOSED JOINT |
| LDTX119 | House Bill 976/SL 2021-175 Bill Lookup | https://www.ncleg.gov/BillLookUp/2021/H976 | PROPOSED JOINT |
| LDTX120 | House Bill 976/SL 2021-175 Bill Text | https://www.ncleg.gov/Sessions/2021/Bills/House/PDF/H976v5.pdf | PROPOSED JOINT |
| LDTX121 | House Bill 976/SL 2021-175 11 x 17 Map | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2021/SL%202021-175%20House%20-%2011%20x%2017%20Map.pdf | PROPOSED JOINT |
| LDTX122 | House Bill 976/SL 2021-175 StatPack | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2021/SL%202021-175%20House%20-%20StatPack%20Report.pdf | PROPOSED JOINT |
| LDTX123 | House Bill 976/SL 2021-175 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2021/SL%202021-175%20House%20-%20Compactness%20Report.pdf | PROPOSED JOINT |
| LDTX124 | SL 2021-175 House.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2021/SL%202021-175%20House%20-%20Shapefile.zip | PROPOSED JOINT |
| LDTX125 | Senate Bill 739/SL 2021-173 Bill Lookup | https://www.ncleg.gov/BillLookUp/2021/S739 | PROPOSED JOINT |

12

| | | | |
|---|---|---|---|
| LDTX126 | Senate Bill 739/SL 2021-173 Bill Text | https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S739v4.pdf | PROPOSED JOINT |
| LDTX127 | Senate Bill 739/SL 2021-173 11 x 17 Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2021/SL%202021-173%20Senate%20-%2011%20x%2017%20Map.pdf | PROPOSED JOINT |
| LDTX128 | Senate Bill 739/SL 2021-173 StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2021/SL%202021-173%20Senate%20-%20StatPack%20Report.pdf | PROPOSED JOINT |
| LDTX129 | Senate Bill 739/SL 2021-173 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2021/SL%202021-173%20Senate%20-%20Compactness%20Report.pdf | PROPOSED JOINT |
| LDTX130 | 2021-173 Senate.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2021/SL%202021-173%20Senate%20-%20Shapefile.zip | PROPOSED JOINT |
| LDTX131 | Senate Bill 740/2021-174 Bill Lookup | https://www.ncleg.gov/BillLookUp/2021/S740 | PROPOSED JOINT |
| LDTX132 | Senate Bill 740/2021-174 Bill Text | https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S740v3.pdf | PROPOSED JOINT |
| LDTX133 | Senate Bill 740/2021-174 11 x 17 Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2021/SL%202021-174%20Congress%20-%2011%20x%2017%20Map.pdf | PROPOSED JOINT |
| LDTX134 | Senate Bill 740/2021-174 StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2021/SL%202021-174%20Congress%20-%20StatPack%20Report.pdf | PROPOSED JOINT |
| LDTX135 | Senate Bill 740/2021-174 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2021/SL%202021-174%20Congress%20-%20Compactness%20Report.pdf | PROPOSED JOINT |
| LDTX136 | SL 2021-174 Congress.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2021/SL%202021-174%20Congress%20-%20Shapefile.zip | PROPOSED JOINT |
| LDTX137 | 2021 Joint Redistricting Criteria | https://webservices.ncleg.gov/ViewDocSiteFile/38467 | PROPOSED JOINT |
| LDTX138 | 2020 House Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2019/HB%201020%20H%20Red%20Comm%20CSBK-25_11x17.pdf | PROPOSED JOINT |
| LDTX139 | 2020 House Election Districts Map StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2019/HB%201020%20H%20Red%20Comm%20CSBK-25_StatPack.pdf | PROPOSED JOINT |
| LDTX140 | 2020 House Election Districts Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2019/HB%201020%20H%20Red%20Comm%20CSBK-25_Compactness_Report.pdf | PROPOSED JOINT |

13

| LDTX141 | 2020 Senate Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2019/Senate%20Consensus%20Nonpartisan%20Map%20v3_11x17.pdf | PROPOSED JOINT |
|---|---|---|---|
| LDTX142 | 2020 Senate Election Districts Map Combined Reports | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2019/Senate%20Consensus%20Nonpartisan%20Map%20v3%20Combined%20Reports.pdf | PROPOSED JOINT |
| LDTX143 | 2020 Congressional Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2019/HB1029%203rd%20Edition%20-%2011x17_Map.pdf | PROPOSED JOINT |
| LDTX144 | 2020 Congressional Election Districts StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2019/HB1029%203rd%20Edition%20-%20StatPack_Report.pdf | PROPOSED JOINT |
| LDTX145 | 2020 Congressional Election Districts Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2019/HB1029%203rd%20Edition%20-%20Compactness_Report.pdf | PROPOSED JOINT |
| LDTX146 | 2018 House Election Districts Map (Court-Ordered) | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2018_Court/2018%20House%20Election%20Districts_11x17.pdf | PROPOSED JOINT |
| LDTX147 | 2018 Senate Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2018_Court/2018%20Senate%20Election%20Districts%2011x17.pdf | PROPOSED JOINT |
| LDTX148 | 2018 Senate Election Districts StatPack Reports | https://www.ncleg.gov/Files/GIS/Special_Master/Special%20Master%20Stat%20Pack.pdf | PROPOSED JOINT |
| LDTX149 | 2018 House Election Districts StatPack Reports | https://www.ncleg.gov/Files/GIS/Special_Master/Special%20Master%20Stat%20Pack.pdf | PROPOSED JOINT |
| LDTX150 | 2017 House Redistricting Plan A2 (HB 927 3rd Ed.Combined (4)) | https://www.ncleg.gov/BillLookUp/2017/H927 | PROPOSED JOINT |
| LDTX151 | 2017 Senate Floor Redistricting Plan - 4th Ed (S691 4th Ed. Combined (1)) | https://www.ncleg.gov/BillLookUp/2017/S691 | PROPOSED JOINT |
| LDTX152 | 2017 House and Senate Plans Criteria | | PROPOSED JOINT |
| LDTX153 | 2016-2018 Congressional Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2016/mapSimple.pdf | PROPOSED JOINT |
| LDTX154 | 2016-2018 Congressional Election Districts StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2016/rptStatPack2016.pdf | PROPOSED JOINT |
| LDTX155 | 2016-2018 Congressional Election Districts Split VTD Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2016/rptSplitVTD.pdf | PROPOSED JOINT |

| | | | |
|---|---|---|---|
| LDTX156 | 2016-2018 Congressional Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2016/rptDandC.pdf | PROPOSED JOINT |
| LDTX157 | 2016-2018 Congressional Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2016/rptDandM.pdf | PROPOSED JOINT |
| LDTX158 | 2016 Adopted Joint Redistricting Criteria | https://www.ncleg.gov/Files/GIS/ReferenceDocs/2016/CCP16_Adopted_Criteria.pdf | PROPOSED JOINT |
| LDTX159 | 2012-2016 House Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2011/mapGrouping.pdf | PROPOSED JOINT |
| LDTX160 | 2012-2016 House Election Districts StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2011/rptStatPack.pdf | PROPOSED JOINT |
| LDTX161 | 2012-2016 House Election Districts Split VTD Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2011/rptSplitVTD.pdf | PROPOSED JOINT |
| LDTX162 | 2012-2016 House Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2011/rptDandC.pdf | PROPOSED JOINT |
| LDTX163 | 2012-2016 House Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2011/rptDandM.pdf | PROPOSED JOINT |
| LDTX164 | 2012-2016 Senate Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2011/mapGrouping.pdf | PROPOSED JOINT |
| LDTX165 | 2012-2016 Senate Election Districts StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2011/rptStatPack.pdf | PROPOSED JOINT |
| LDTX166 | 2012-2016 Senate Election Districts Split VTD Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2011/rptSplitVTD.pdf | PROPOSED JOINT |
| LDTX167 | 2012-2016 Senate Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2011/rptDandC.pdf | PROPOSED JOINT |
| LDTX168 | 2012-2016 Senate Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2011/rptDandM.pdf | PROPOSED JOINT |
| LDTX169 | 2012-2014 Congressional Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2011/mapSimple.pdf | PROPOSED JOINT |
| LDTX170 | 2012-2014 Congressional Election Districts StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2011/rptStatPack.pdf | PROPOSED JOINT |

15

| | | | |
|---|---|---|---|
| LDTX171 | 2012-2014 Congressional Election Districts Split VTD Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2011/rptSplitVTD.pdf | PROPOSED JOINT |
| LDTX172 | 2012-2014 Congressional Election Districts Split County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2011/rptDandC.pdf | PROPOSED JOINT |
| LDTX173 | 2012-2014 Congressional Election Districts Split Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2011/rptDandM.pdf | PROPOSED JOINT |
| LDTX174 | 2009 House Election Districts | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2009/mapSimple.pdf | PROPOSED JOINT |
| LDTX175 | 2009 House Election Districts Stat Pack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2009/rptStatPack.pdf | PROPOSED JOINT |
| LDTX176 | 2009 House Election Districts Split Precinct Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2009/rptSplitVTD.pdf | PROPOSED JOINT |
| LDTX177 | 2009 House Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2009/rptDandC.pdf | PROPOSED JOINT |
| LDTX178 | 2009 House Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2009/rptDandM.pdf | PROPOSED JOINT |
| LDTX179 | 2004-2008 House Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2003/mapSimple.pdf | PROPOSED JOINT |
| LDTX180 | 2004-2008 House Election Districts Stat Pack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2003/rptStatPack.pdf | PROPOSED JOINT |
| LDTX181 | 2004-2008 House Election Districts Split Precinct Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2003/rptSplitVTD.pdf | PROPOSED JOINT |
| LDTX182 | 2004-2008 House Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2003/rptDandC.pdf | PROPOSED JOINT |
| LDTX183 | 2004-2008 House Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2003/rptDandM.pdf | PROPOSED JOINT |
| LDTX184 | 2004-2008 Senate Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2003/mapSimple.pdf | PROPOSED JOINT |
| LDTX185 | 2004-2008 Senate Election Districts Stat Pack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2003/rptStatPack.pdf | PROPOSED JOINT |

| | | | |
|---|---|---|---|
| LDTX186 | 2004-2008 Senate Election Districts Split Precinct Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2003/rptSplitVTD.pdf | PROPOSED JOINT |
| LDTX187 | 2004-2008 Senate Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2003/rptDandC.pdf | PROPOSED JOINT |
| LDTX188 | 2004-2008 Senate Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2003/rptDandM.pdf | PROPOSED JOINT |
| LDTX189 | 2002-2010 Congressional Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2001/mapSimple.pdf | PROPOSED JOINT |
| LDTX190 | 2002-2010 Congressional Election Districts Stat Pack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2001/rptStatPack.pdf | PROPOSED JOINT |
| LDTX191 | 2002-2010 Congressional Election Districts Split Precinct Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2001/rptSplitVTD.pdf | PROPOSED JOINT |
| LDTX192 | 2002-2010 Congressional Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2001/rptDandC.pdf | PROPOSED JOINT |
| LDTX193 | 2002-2010 Congressional Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2001/rptDandM.pdf | PROPOSED JOINT |
| LDTX194 | North Carolina Department of Public Instruction, Highlights of the North Carolina Public School Budget, April 2024 | Clark 2 | 401, 802, 901, Foundation (*Williams* Plaintiffs)<br><br>No objection (*NAACP* Plaintiffs) |
| LDTX195 | EdBuild School Funding Report, Feb. 2019 | Clark 3 | 401, 802, 901, Foundation (*Williams* Plaintiffs)<br><br>No objection (*NAACP* Plaintiffs) |

| | | | |
|---|---|---|---|
| LDTX196 | US Census Bureau, Understanding and Using American Community Survey Data: What All Data Users Need to Know (2020 ACS User Manual) | Clark 5 | 401, 802, Foundation (*Williams* Plaintiffs)<br><br>No objection (*NAACP* Plaintiffs) |
| LDTX197 | American Community Survey Data, Item Allocation Rates 2019 through 2023 for North Carolina | Clark 6 | 401, 802, Foundation (*Williams* Plaintiffs)<br><br>No objection (*NAACP* Plaintiffs) |
| LDTX198 | NC Voter Registration and Voting History for Dawn Daly-Mack | NAACPPS_0001517 - 0001519; Daly-Mack 4 | *NAACP* Plaintiffs request that the unredacted version of this document be kept under seal consistent with the Court's Order, Doc. 97, and any public version contain the redactions reflected in Doc. 82-2.<br><br>No objection (*Williams* Plaintiffs) |
| LDTX199 | Google Calendar Reminder, ; Subject: HOLD: Community Meeting on Maps | NAACPPS_0004522 - 0004524; Daly-Mack 5 | No objection |
| LDTX200 | Emailed Memo from Rep. Destin Hall to Rep. Robert Reives and Ericka Churchill (Legislative Analysis) ; Subject: 2023 Redistricting | Harrison 00015; Harrison 1 | 802, Foundation |

| LDTX201 | Texts between Rep. Harrison and Ann Webb, Common Cause | Harrison 00300-0033; Harrison 2 | 802, Foundation (*Williams* Plaintiffs)<br><br>No objection (*NAACP* Plaintiffs) |
|---|---|---|---|
| LDTX202 | Texts between Rep. Harrison and Hilary Klein, SCSJ | Harrison 00308-00310; Harrison 4 | 401, 802, Foundation |
| LDTX203 | Annotated printout of emailed advocacy letter sent to Sen . Berger, et al. 09.25.2023 | Harrison 00093-00098; Harrison 6 | 802, Foundation |
| LDTX204 | Annotated Suggested Questions for Redistricting Committee | Harrison 00106-00107; Harrison 7 | 802, Foundation |
| LDTX205 | Annotated Questions (likely accompanied Harrison 6), labeled "From Todd" at the top | Harrison 00137-00143; Harrison 8 | 802, Foundation |
| LDTX206 | Rep. Harrison's handwritten notes on redistricting from a meeting with Eddie Speas, Caroline Mackie, Stephen Mallinson, and Todd Barlow | Harrison 00116-00120; Harrison 9 | 802, Foundation |
| LDTX207 | Annotated printout of e-mail from Hilary Klein to Rep. Harrison ; Subject: Filings relevant to Dr. Lewis report | Harrison 00103; Harrison 13 | 802, Foundation |
| LDTX208 | Texts between Rep. Harrison and Paul Cox | Harrison 00311-00312; Harrison 20 | 802, Foundation (*Williams* Plaintiffs)<br><br>No objection (*NAACP* Plaintiffs) |

| | | | |
|---|---|---|---|
| LDTX209 | Email from Rep. Destin Hall to decademaps@gmail.com ; Subject: 2023 North Carolina House and Congressional Redistricting & attachments "Guidance for Drawing State House and Congressional Districts;" "Congressional Residences;" "House Member Residences" | Harrison 00016-00022; Harrison 20A | PROPOSED JOINT |
| LDTX210 | Map SST-11 Amendment plus Stat Pack | Hise 52 | PROPOSED JOINT |
| LDTX211 | Map SST-12 Amendment plus Stat Pack | Hise 53 | PROPOSED JOINT |
| LDTX212 | Maps: State House-General Assembly; HD Hise Original SL 2021-175 House; HD Original Hise House Map; HD VRA Amendment 1; HD VRA Amendment 2 | MALLINSON_07-11; Mallinson 1 | No objection |
| LDTX213 | NAACP Discovery Responses | D.E. 63-2 | 802 (*Williams* Plaintiffs) <br><br> No objection (*NAACP* Plaintiffs) |
| LDTX214 | Printout of NAACP website page "Become a Member" | Maxwell 5 | PROPOSED JOINT |
| LDTX215 | North Carolina NAACP's website page "Leadership" | Maxwell 8 | No objection |
| LDTX216 | NAACP Raleigh-Apex Branch website page "Meet the Team" | Maxwell 9 | No objection |
| LDTX217 | NAACP website page "Become a Member" | Maxwell 11 | PROPOSED JOINT |

| LDTX218 | Screenshot of NC 2024 Congressional Map - Choose Primary Election Dataset | Oskooii 7 | No objection |
|---|---|---|---|
| LDTX219 | Bernard Grofman, Lisa Handley & David Lublin, *Drawing Effective Miority Districts: A Conceptual Framework and Some Empirical Evidence*, 79 N.C. L.Rev. 1383 (2001). Available at: http://scholarship.law.unc.edu/nclr/vol79/iss5/12 | Oskooii 9; Alford Supplemental 3 | PROPOSED JOINT |
| LDTX220 | September 17, 2018 Report by Dr. Lisa Handley | Oskooii Supplemental 14 | 802, Foundation |
| LDTX221 | Common Cause website page "Become a Common Cause Member" | Phillips 4 | No objection |
| LDTX222 | Common Cause website page "Contact" | Phillips 5 | No objection |
| LDTX223 | Order on Remedial Plans (NCLCV v. Hall & Harper v. Hall) | Rodden 5 | No objection (*Williams* Plaintiffs)<br><br>*NAACP* Plaintiffs propose meeting and conferring about court orders being judicially noticed, not on the exhibit list. |
| LDTX224 | Daryl R. DeFord et al., "Partisan Dislocation: A Precinct Level Measure of Representation and Gerrymandering" | Rodden 7 | 401, 802, Foundation |

| LDTX225 | Adam J. Berinsky et al., "How Social Context Affects Immigration Attitudes" | Rodden 8 | 401, 802, Foundation |
|---|---|---|---|
| LDTX226 | LaFleur Stephens-Dougan, Monkey Cage, "Joe Biden's 'civility' comment told biased whites that he won't upset the racial order" | Stephens-Dougan 5 | 401, 802, Foundation |
| LDTX227 | Riley Carney and Ryan Enos, "Conservatism and Fairness in Contemporary Politics: Unpacking the Psychological Underpinnings of Modern Racism" | Stephens-Dougan 6 | 401, 802, Foundation |
| LDTX228 | LaFleur Stephens-Dougan, "Priming Racial Resentment without Stereotypic Cues" | Stephens-Dougan 7 | 401, 802, Foundation |
| LDTX229 | Audio Recording of Williams Interview with WTVD, December 2023 | WILLIAMS_000042; Williams 6 | 401, Foundation (*Williams* Plaintiffs)<br><br>802 (*NAACP* Plaintiffs) |
| LDTX230 | Steve Harrison, "After years of legal fights, North Carolina's voter ID law gets its first major test", NPR, Dec. 4, 2024, available at https://www.npr.org/2024/12/03/nx-s1-5205348/north-carolina-voter-id-law | Bagley Supplement 10 | 401, 802, Foundation |
| LDTX231 | NCSBE, *Voter ID*, https://www.ncsbe.gov/voting/voter-id, print screen April 11, 2025 at 1:35pm | Bagley Supplement 11 | No objection |

| LDTX232 | Elon Poll, *A Post Debate Bump in the Old North State? Likely Voters in North Carolina September 27-30, 2016* | Bagley Supplement 13 | 802, Foundation<br><br>*NAACP* Plaintiffs request that any ruling on this exhibit be consistent with the disposition of the objections made by Legislative Defendants against NAACPPX 485 and 486. |
|---|---|---|---|
| LDTX233 | Jason Husser, Elon Poll, *Survey of North Carolina Registered Voters October 10-17, 2024* | Bagley Supplement 14; Stephens-Dougan Supplement 13 | PROPOSED JOINT |
| LDTX234 | Wonsuk Yoo et al., *A Study of Effects in MultiCollinearity in the Multivariable Analysis*, Int J Appl Sci Technol 2014 October | Rodden Supplement 11 | 802, Foundation |
| LDTX235 | Kristina P. Vatcheva et al., *Multicollinearity in Regression Analyses Conducted in Epidemiologic Studies*, Epidemiology (Sunnyvale) 2016 April | Rodden Supplement 12 | 802, Foundation |
| LDTX236 | Epidemiology: Open Access, https://www.omicsonline.org/epidemiology-open-access.php (last visited 04.14.2025) | Rodden Supplement 13 | 802, Foundation |
| LDTX237 | Stata screenshot | Rodden Supplement 14 | No objection |
| LDTX238 | Jason Husser, Elon Poll, *Survey of North Carolina Registered Voters August 2-9, 2024* | Stephens-Dougan Supplement 9 | PROPOSED JOINT |

| LDTX239 | YouGov, "The Times/SAY Poll: Arizona" poll results of 900 AZ Registered voters 07.4-12.2024 | Stephens-Dougan Supplement 10 | 401, 802, Foundation |
|---|---|---|---|
| LDTX240 | Tim Malloy & Doug Schwartz, Quinnipiac University Poll, "North Carolina 2024: Trump on Upside of Too-Close-To-Call Race, Quinnipiac University North Carolina Poll Finds; Governor's Race: Stein Leads Robinson 52% - 44%," April 10, 2024 | Stephens-Dougan Supplement 11 | 802, Foundation |
| LDTX241 | Jasson Husser, Elon Poll, *Survey of North Carolina Registered Voters September 4-13, 2024* | Stephens-Dougan Supplement 12 | 802, Foundation

*NAACP* Plaintiffs request that any ruling on this exhibit be consistent with the disposition of any objections made by Legislative Defendants against NAACPPX 485 and 486. |
| LDTX242 | Expert Report of John R. Alford, Ph.D. 09.26.2024 | Alford 1; Alford Supplement 5 | No objection if expert testifies |
| LDTX243 | Expert Errata of John R. Alford, Ph.D. 10.22.2024 | Alford 5 | No objection if expert testifies |
| LDTX244 | Supplemental Expert Report of John R. Alford, Ph.D. 03.17.2025 | Alford Supplement 1 | No objection if expert testifies |

| LDTX245 | Peter Francia and Jonathan Morris, ECU Center for Survey Research, "Mark Robinson Ahead in NC Republican Primary for Governor, but Many Undecided; Trump with Wide Lead Over Republican Rivals; Robinson-Stein Matchup Competitive" | Supplemental Expert Report of John R. Alford, n.5 found at https://surveyresearch-ecu.reportablenews.com/pr/mark-robinson-ahead-in-nc-republican-primary-for-governor-but-many-undecided-trump-with-wide-lead-over-republican-rivals-robinson-stein-matchup-competitive?_gl=1*1454b8h*_gcl_au*MTMzMTc2MTAyNC4xNzAxODIwMDMz | 802, Foundation |
|---|---|---|---|
| LDTX246 | Peter Francia and Jonathan Morris, ECU Center for Survey Research, "Mark Robinson and Josh Stein Clear Favorites to win Nominations in Primary Elections for Governor; Likely General Election Matchup Tide" | Supplemental Expert Report of John R. Alford, n.6 found at https://surveyresearch-ecu.reportablenews.com/pr/mark-robinson-and-josh-stein-clear-favorites-to-win-nominations-in-primary-elections-for-governor-likely-general-election-matchup-tied?_gl=1*smfsak*_gcl_au*MTMzMTc2MTAyNC4xNzAxODIwMDMz | 802, Foundation |
| LDTX247 | Peter Francia and Jonathan Morris, ECU Center for Survey Research, "Trump leads Biden by 5 points in North Carolina; Gubernatorial election remains close with Stein up 1 on Robinson; Trump guilty verdict has little impact on NC voter intentions for November" | Supplemental Expert Report of John R. Alford, n. 7 found at: https://surveyresearch-ecu.reportablenews.com/pr/trump-leads-biden-by-5-points-in-north-carolina-gubernatorial-election-remains-close-with-stein-up-1-on-robinson-trump-guilty-verdict-has-little-impact-on-nc-voter-intentions-for-november | 802, Foundation |

| LDTX248 | Peter Francia and Jonathan Morris, ECU Center for Survey Research, "North Carolina Election Heats Up: Trump leads Harris by 1 point in North Carolina; Stein widens advantage over Robinson in race for Governor" | Supplemental Expert Report of john R. Alford, n. 8 found at: https://surveyresearch-ecu.reportablenews.com/pr/north-carolina-election-heats-up-trump-leads-harris-by-1-point-in-north-carolina-stein-widens-advantage-over-robinson-in-race-for-governor | 802, Foundation |
|---|---|---|---|
| LDTX249 | Peter Francia and Jonathan Morris, ECU Center for Survey Research, "Trump Leads Harris by Two in North Carolina; Josh Stein Opens Large Lead over Mark Robinson in Race for NC Governor" | Supplemental Expert Report of John R. Alford, n. 9-10 found at: https://surveyresearch-ecu.reportablenews.com/pr/trump-lead-harris-by-two-in-north-carolina-josh-stein-opens-large-lead-over-mark-robinson-in-race-for-nc-governor | 802, Foundation |
| LDTX250 | Peter Francia and Jonathan Morris, ECU Center for Survey Research, "Trump Up 2 Points over Harris in North Carolina as Election Day Nears; Josh Stein Maintains Comfortable Lead Over Mark Robinson in Race for NC Governor" | Supplemental Expert Report of John R. Alford, n. 11 found at: https://surveyresearch-ecu.reportablenews.com/pr/trump-up-2-points-over-harris-in-north-carolina-as-election-day-nears-josh-stein-maintains-comfortable-lead-over-mark-robinson-in-race-for-nc-governor | 802, Foundation |
| LDTX251 | Supplemental Rebuttal Expert Report of John R. Alford, Ph.D. 03.31.2025 | Alford Supplement 6 | No objection if expert testifies |
| LDTX252 | Curriculum Vitae of John R. Alford (May, 2025) | | No objection if expert testifies |
| LDTX253 | Expert Report of Michael Barber, PhD 09.26.2024 | Barber 1; Rodden Supplement 4 | No objection if expert testifies |

| | | | |
|---|---|---|---|
| LDTX254 | Supplemental Expert Report of Michael Barber, PhD 03.17.2025 | Barber Supplement 1; Rodden Supplement 10 | No objection if expert testifies |
| LDTX255 | Expert Report of M.V. Hood, III 09.26.2024 | Hood 1 | No objection if expert testifies |
| LDTX256 | North Carolina Manual, 1981-1982 | Portions of: https://digital.ncdcr.gov/Documents/Detail/north-carolina-manual-1981-1982/4384496?item=4420777 (link to an official scanned version) | 401, Foundation (*Williams* Plaintiffs) 106 (*NAACP* Plaintiffs) |
| LDTX257 | Curriculum Vitae of M.V. (Trey) Hood III 10.2024 | Hood 2 | No objection if expert testifies |
| LDTX258 | Curriculum Vitae of M.V. (Trey) Hood III (May 2025) | | No objection if expert testifies |
| LDTX259 | Expert Report of Andrew Taylor, Ph. D. 09.26.2024 | Taylor 1 | No objection if expert testifies |
| LDTX260 | Table A; Frey, "A 'New Great Migration' is Bringing Black Americans Back to the South" | Taylor Report, n. 44 found at: https://view.officeapps.live.com/op/view.aspx?src=https%3A%2F%2Fwww.brookings.edu%2Fwp-content%2Fuploads%2F2022%2F09%2FDownloadable-Table-A.xlsx&wdOrigin=BROWSELINK | 802, Foundation |
| LDTX261 | Congress.Gov; African American Members of the U.S. Congress: 1870-2020 | Taylor Report, n. 45 found at: https://www.congress.gov/crs-product/RL30378 | No objection |
| LDTX262 | NC Black Alliance; NC Black Elected Officials By County | Taylor Report, n. 49 found at: https://ncblackalliance.org/about-us/ | PROPOSED JOINT |
| LDTX263 | Expert Errata of Andrew Taylor, Ph.D. 10.17.2024 | | No objection if expert testifies |
| LDTX264 | Supplemental Expert Report of Andrew Taylor, Ph.D. 03.17.2025 | | No objection if expert testifies |
| LDTX265 | Supplemental Expert Report Appendix A - CV of Andrew Taylor, Ph.D. 03.17.2025 | | No objection if expert testifies |

Case 1:23-cv-01057-TDS-JLW    Document 132    Filed 05/30/25    Page 27 of 31

| | | | |
|---|---|---|---|
| LDTX266 | Expert Report of Sean P. Trende, Ph.D. (Part I: In Response to Dr. Jonathan Rodden and C.V.) 09.26.2024 | Trende 2 | No objection if expert testifies |
| LDTX267 | Exhibit 2 to Expert Report of Sean Trende Part I | | No objection if expert testifies |
| LDTX268 | Exhibit 3 to Expert Report of Sean Trende Part I | | No objection if expert testifies |
| LDTX269 | Exhibit 4 to Expert Report of Sean Trende Part I | | No objection if expert testifies |
| LDTX270 | Exhibit 5 to Expert Report of Sean Trende Part I | | No objection if expert testifies |
| LDTX271 | Exhibit 6 to Expert Report of Sean Trende Part I | | No objection if expert testifies |
| LDTX272 | Exhibit 7 to Expert Report of Sean Trende Part I | | No objection if expert testifies |
| LDTX273 | Exhibit 8 to Expert Report of Sean Trende Part I | | No objection if expert testifies |
| LDTX274 | Exhibit 9 to Expert Report of Sean Trende Part I | | No objection if expert testifies |
| LDTX275 | Exhibit 10 to Expert Report of Sean Trende Part I | | No objection if expert testifies |
| LDTX276 | Expert Report of Sean P. Trende, Ph.D. (Part II: In Response to Mr. Anthony E. Fairfax) 09.26.2024 | Trende 4 | No objection if expert testifies |
| LDTX277 | *Unintentional Gerrymandering: Political Geography and Electoral Bias in Legislatures*, 8 Q.J. Pol. Sci. 239 (2013) | Cited on p. 27 of Trende Expert Report Part I; https://web.stanford.edu/~jrodden/wp/florida.pdf | 401, 802, Foundation |
| LDTX278 | Updated CV of Dr. Sean Trende (May, 2025) | | No objection if expert testifies |
| LDTX279 | 2025 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/91583 | PROPOSED JOINT |

| LDTX280 | 2025 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/91593 | PROPOSED JOINT |
|---------|------------------------|---------|----------------|
| LDTX281 | 2023 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/72731 | PROPOSED JOINT |
| LDTX282 | 2023 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/72728 | PROPOSED JOINT |
| LDTX283 | 2021 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/8107 | PROPOSED JOINT |
| LDTX284 | 2021 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6210 | PROPOSED JOINT |
| LDTX285 | 2019 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/7886 | PROPOSED JOINT |
| LDTX286 | 2019 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6186 | PROPOSED JOINT |
| LDTX287 | 2017 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/7673 | PROPOSED JOINT |
| LDTX288 | 2017 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6166 | PROPOSED JOINT |
| LDTX289 | 2015 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/7453 | PROPOSED JOINT |
| LDTX290 | 2015 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6142 | PROPOSED JOINT |
| LDTX291 | 2013 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6802 | PROPOSED JOINT |
| LDTX292 | 2013 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6109 | PROPOSED JOINT |
| LDTX293 | 2011 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6630 | PROPOSED JOINT |
| LDTX294 | 2011 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6084 | PROPOSED JOINT |
| LDTX295 | 2009 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6455 | PROPOSED JOINT |
| LDTX296 | 2009 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6065 | PROPOSED JOINT |

Dated: May 30, 2025

/s/ *Narendra K. Ghosh*
**PATTERSON HARKAVY LLP**

Narendra K. Ghosh, NC Bar No. 37649
100 Europa Drive, Suite 420
Chapel Hill, NC 27517
Phone: (919) 942-5200
nghosh@pathlaw.com

*Counsel for* Williams *Plaintiffs*

/s/ *Lalitha D. Madduri*
**ELIAS LAW GROUP LLP**

Lalitha D. Madduri*
Christina Ford*
Lucas Lallinger*
Qizhou Ge*
Mark Haidar*
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
LMadduri@elias.law
CFord@elias.law
LLallinger@elias.law
AGe@elias.law
MHaidar@elias.law

Abha Khanna*
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
AKhanna@elias.law

* *Special Appearance pursuant to*
*Local Rule 83.1(d)*

/s/ Hilary Harris Klein
Hilary Harris Klein

**HOGAN LOVELLS US LLP**

J. Tom Boer*
Olivia Molodanof*
Madeleine Bech*
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
Facsimile: 415-374-2499
tom.boer@hoganlovells.com
olivia.molodanof@hoganlovells.com
madeleine.bech@hoganlovells.com

Jessica L. Ellsworth*
Misty Howell*
Odunayo Durojaye*
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
jessica.ellsworth@hoganlovells.com
misty.howell@hoganlovells.com
odunayo.durojaye@hoganlovells.com

Harmony Gbe*
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: 310-785-4600
Facsimile: 310-785-4601
harmony.gbe@hoganlovells.com

*Appearing in this matter by Special
Appearance pursuant to L-R 83.1(d)

**SOUTHERN COALITION FOR
SOCIAL JUSTICE**

Jeffrey Loperfido (State Bar #52939)
Hilary Harris Klein (State Bar #53711)
Christopher Shenton (State Bar #60442)
Mitchell D. Brown (State Bar #56122)
Lily Talerman (State Bar #61131)
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525
hilaryhklein@scsj.org
jeffloperfido@scsj.org
chrisshenton@scsj.org
mitchellbrown@scsj.org
lily@scsj.org

31