# Appendix A
*NAACPPX 380*

