# Appendix D
*NAACPPX 381*

User:
Plan Name: CCJ-1 2023-10-17 11-30-34
Plan Type:

# Population Summary

Wednesday, September 11, 2024                                                                                                                                       12:03 PM

| District | Population | Deviation | % Devn. | [H18+_Pop] | [% H18+_Pop] | [18+_AP_Blk] | [% 18+_AP_Blk] | [NH18+_Wht] | [% NH18+_Wht] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 745,670 | -1 | 0.00% | 35,824 | 6.1% | 237,420 | 40.42% | 297,776 | 50.7% |
| 2 | 745,670 | -1 | 0.00% | 64,157 | 10.98% | 140,209 | 24.01% | 332,722 | 56.97% |
| 3 | 745,671 | 0 | 0.00% | 45,665 | 7.84% | 154,700 | 26.55% | 356,656 | 61.21% |
| 4 | 745,671 | 0 | 0.00% | 56,330 | 9.8% | 124,857 | 21.73% | 320,577 | 55.79% |
| 5 | 745,671 | 0 | 0.00% | 38,431 | 6.45% | 111,648 | 18.73% | 421,313 | 70.67% |
| 6 | 745,671 | 0 | 0.00% | 51,069 | 8.83% | 111,667 | 19.31% | 382,738 | 66.18% |
| 7 | 745,671 | 0 | 0.00% | 44,259 | 7.41% | 93,234 | 15.61% | 427,270 | 71.52% |
| 8 | 745,671 | 0 | 0.00% | 46,068 | 8.18% | 96,004 | 17.05% | 358,082 | 63.6% |
| 9 | 745,671 | 0 | 0.00% | 60,786 | 10.52% | 129,182 | 22.36% | 359,252 | 62.19% |
| 10 | 745,670 | -1 | 0.00% | 53,640 | 9.22% | 96,473 | 16.58% | 404,468 | 69.52% |
| 11 | 745,670 | -1 | 0.00% | 37,835 | 6.2% | 23,682 | 3.88% | 516,985 | 84.76% |
| 12 | 745,670 | -1 | 0.00% | 87,967 | 15.16% | 222,293 | 38.31% | 229,032 | 39.47% |
| 13 | 745,670 | -1 | 0.00% | 60,116 | 10.69% | 109,385 | 19.45% | 372,444 | 66.24% |
| 14 | 745,671 | 0 | 0.00% | 42,164 | 7.28% | 92,298 | 15.93% | 410,318 | 70.8% |

| | |
|---|---|
| Total Population: | 10,439,388 |
| Ideal District Population: | 745,671 |

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 745,670 to 745,671 |
| Ratio Range: | 0.00 |
| Absolute Range: | -1 to |
| Absolute Overall Range: | 1 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.43 |

Maptitude For Redistricting

# Population Summary

| | |
|---|---|
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.49 |

# Measures of Compactness Report

Wednesday, September 11, 2024     12:02 PM

Number of cut edges: 6,073

|  | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg | Perimeter |
|---|---|---|---|---|---|
| Mean | 0.39 | 0.25 | 0.72 | 1.92 |  |
| Min | 0.28 | 0.14 | 0.57 | 1.49 |  |
| Max | 0.59 | 0.35 | 0.85 | 2.46 |  |
| Std. Dev. | 0.09 | 0.06 | 0.08 | 0.27 |  |
| Sum |  |  |  |  | 5,882.36 |

|  | Higher Number is Better ||| Lower Number is Better ||
|---|---|---|---|---|---|
| District | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg | Perimeter |
| 1 | 0.42 | 0.27 | 0.73 | 1.77 | 659.81 |
| 2 | 0.49 | 0.27 | 0.77 | 1.79 | 137.97 |
| 3 | 0.29 | 0.19 | 0.64 | 2.03 | 809.18 |
| 4 | 0.45 | 0.25 | 0.77 | 1.90 | 231.94 |
| 5 | 0.30 | 0.23 | 0.69 | 1.97 | 479.85 |
| 6 | 0.41 | 0.29 | 0.73 | 1.80 | 269.65 |
| 7 | 0.45 | 0.35 | 0.78 | 1.49 | 439.32 |
| 8 | 0.37 | 0.28 | 0.71 | 1.76 | 413.79 |
| 9 | 0.38 | 0.16 | 0.68 | 2.28 | 505.92 |
| 10 | 0.28 | 0.28 | 0.69 | 1.83 | 296.08 |
| 11 | 0.30 | 0.27 | 0.85 | 1.67 | 539.00 |
| 12 | 0.59 | 0.28 | 0.82 | 1.81 | 110.77 |
| 13 | 0.38 | 0.14 | 0.57 | 2.46 | 580.90 |
| 14 | 0.32 | 0.17 | 0.58 | 2.34 | 408.18 |

# Measures of Compactness Report

## Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Schwartzberg** | The measure is usually greater than or equal to 1, with 1 being the most compact. |
| **Perimeter** | The Perimeter test computes one number for the whole plan. If you are comparing several plans, the plan with the smallest total perimeter is the most compact. |

# Political Subdivision Splits Between Districts

Wednesday, September 11, 2024                                                                                               12:03 PM

Number of subdivisions not split:
County                                              90
Voting District                                  2,648

Number of subdivisions split into more than one district:
County                                              10
Voting District                                     18

Number of splits involving no population:
County                                               0
Voting District                                      0

## Split Counts

*County*
    Cases where an area is split among 2 Districts: 7
    Cases where an area is split among 3 Districts: 3
*Voting District*
    Cases where an area is split among 2 Districts: 18

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Cabarrus NC | | 6 | 101,258 |
| Cabarrus NC | | 8 | 124,546 |
| Chatham NC | | 4 | 40,640 |
| Chatham NC | | 9 | 35,645 |
| Cumberland NC | | 3 | 191,667 |
| Cumberland NC | | 9 | 143,061 |
| Forsyth NC | | 6 | 108,247 |
| Forsyth NC | | 10 | 274,343 |
| Granville NC | | 1 | 10,818 |
| Granville NC | | 13 | 50,174 |
| Guilford NC | | 5 | 264,080 |
| Guilford NC | | 6 | 177,649 |
| Guilford NC | | 9 | 99,570 |
| Mecklenburg NC | | 8 | 117,166 |
| Mecklenburg NC | | 12 | 745,670 |
| Mecklenburg NC | | 14 | 252,646 |
| Polk NC | | 11 | 5,779 |
| Polk NC | | 14 | 13,549 |
| Robeson NC | | 7 | 38,268 |
| Robeson NC | | 8 | 78,262 |
| Wake NC | | 2 | 745,670 |
| Wake NC | | 4 | 231,502 |
| Wake NC | | 13 | 152,238 |

| County | Voting District | District | Population |
|---|---|---|---|
| *Split VTDs:* | | | |
| Cabarrus NC | 12-13 | 6 | 7,807 |
| Cabarrus NC | 12-13 | 8 | 199 |
| Chatham NC | EAST WILLIAMS | 4 | 1,496 |
| Chatham NC | EAST WILLIAMS | 9 | 3,670 |
| Cumberland NC | CROSS CREEK 14 | 3 | 81 |
| Cumberland NC | CROSS CREEK 14 | 9 | 4,129 |
| Forsyth NC | WALKERTOWN LIBRARY | 6 | 466 |
| Forsyth NC | WALKERTOWN LIBRARY | 10 | 4,161 |
| Granville NC | 00SALM | 1 | 1,252 |
| Granville NC | 00SALM | 13 | 1,118 |
| Guilford NC | JEF2 | 5 | 1,034 |
| Guilford NC | JEF2 | 9 | 3,768 |
| Guilford NC | NDRI | 5 | 1,658 |
| Guilford NC | NDRI | 6 | 2,323 |
| Mecklenburg NC | 103 | 8 | 3,454 |
| Mecklenburg NC | 103 | 12 | 854 |
| Mecklenburg NC | 121 | 8 | 1,071 |
| Mecklenburg NC | 121 | 14 | 4,030 |
| Mecklenburg NC | 217 | 8 | 869 |
| Mecklenburg NC | 217 | 12 | 3,619 |
| Mecklenburg NC | 232 | 8 | 567 |
| Mecklenburg NC | 232 | 14 | 6,741 |
| Polk NC | WHITE OAK | 11 | 1,850 |
| Polk NC | WHITE OAK | 14 | 452 |
| Wake NC | 04-10 | 2 | 1,273 |
| Wake NC | 04-10 | 4 | 2,691 |
| Wake NC | 09-02 | 2 | 5,777 |
| Wake NC | 09-02 | 13 | 647 |
| Wake NC | 10-03 | 2 | 4,537 |
| Wake NC | 10-03 | 13 | 154 |
| Wake NC | 10-04 | 2 | 11,667 |
| Wake NC | 10-04 | 13 | 1,171 |
| Wake NC | 16-01 | 2 | 4,020 |
| Wake NC | 16-01 | 13 | 1,364 |
| Wake NC | 16-09 | 2 | 5,059 |
| Wake NC | 16-09 | 13 | 1,648 |

# Communities of Interest (Landscape, 11x8.5)

Wednesday, September 11, 2024 12:00 PM

| City/Town | District | Population | % |
|---|---|---|---|
| Archdale NC | 6 | 130 | 1.1 |
| Archdale NC | 9 | 11,777 | 98.9 |
| Barker Ten Mile NC | 7 | 93 | 9.9 |
| Barker Ten Mile NC | 8 | 844 | 90.1 |
| Beech Mountain NC | 11 | 62 | 9.2 |
| Beech Mountain NC | 5 | 613 | 90.8 |
| Candor NC | 8 | 813 | 100.0 |
| Candor NC | 9 | 0 | 0.0 |
| Cary NC | 13 | 3,777 | 2.2 |
| Cary NC | 2 | 84,668 | 48.5 |
| Cary NC | 4 | 83,005 | 47.5 |
| Cary NC | 9 | 3,271 | 1.9 |
| Charlotte NC | 12 | 709,319 | 81.1 |
| Charlotte NC | 14 | 102,162 | 11.7 |
| Charlotte NC | 8 | 63,098 | 7.2 |
| Clemmons NC | 10 | 7,233 | 34.2 |
| Clemmons NC | 6 | 13,930 | 65.8 |
| Columbus NC | 11 | 0 | 0.0 |
| Columbus NC | 14 | 1,060 | 100.0 |
| Concord NC | 6 | 47,474 | 45.1 |
| Concord NC | 8 | 57,766 | 54.9 |

| City/Town | District | Population | % |
|---|---|---|---|
| Davidson NC | 10 | 378 | 2.5 |
| Davidson NC | 14 | 14,728 | 97.5 |
| Durham NC | 2 | 269 | 0.1 |
| Durham NC | 4 | 283,237 | 99.9 |
| Fairmont NC | 7 | 2,191 | 100.0 |
| Fairmont NC | 8 | 0 | 0.0 |
| Fayetteville NC | 3 | 79,356 | 38.1 |
| Fayetteville NC | 9 | 129,145 | 61.9 |
| Fuquay-Varina NC | 13 | 21,759 | 63.7 |
| Fuquay-Varina NC | 4 | 12,393 | 36.3 |
| Garner NC | 13 | 3,901 | 12.5 |
| Garner NC | 2 | 27,258 | 87.5 |
| Germanton NC | 10 | 493 | 62.4 |
| Germanton NC | 5 | 297 | 37.6 |
| Greensboro NC | 5 | 224,189 | 75.0 |
| Greensboro NC | 6 | 63,407 | 21.2 |
| Greensboro NC | 9 | 11,439 | 3.8 |
| Grifton NC | 1 | 147 | 6.0 |
| Grifton NC | 3 | 2,301 | 94.0 |
| Hickory NC | 10 | 43,379 | 99.7 |
| Hickory NC | 14 | 79 | 0.2 |
| Hickory NC | 5 | 32 | 0.1 |
| High Point NC | 6 | 113,933 | 99.9 |
| High Point NC | 9 | 126 | 0.1 |
| Holly Springs NC | 13 | 6,049 | 14.7 |

| City/Town | District | Population | % |
| --- | --- | --- | --- |
| Holly Springs NC | 4 | 35,190 | 85.3 |
| Jamestown NC | 6 | 7 | 0.2 |
| Jamestown NC | 9 | 3,661 | 99.8 |
| Kannapolis NC | 6 | 52,324 | 98.5 |
| Kannapolis NC | 8 | 790 | 1.5 |
| Kenly NC | 1 | 198 | 13.3 |
| Kenly NC | 13 | 1,293 | 86.7 |
| Kernersville NC | 10 | 0 | 0.0 |
| Kernersville NC | 5 | 82 | 0.3 |
| Kernersville NC | 6 | 26,367 | 99.7 |
| King NC | 10 | 591 | 8.2 |
| King NC | 5 | 6,606 | 91.8 |
| Long View NC | 10 | 4,353 | 85.6 |
| Long View NC | 14 | 735 | 14.5 |
| Lumberton NC | 7 | 14,048 | 73.8 |
| Lumberton NC | 8 | 4,977 | 26.2 |
| Matthews NC | 12 | 3,619 | 12.3 |
| Matthews NC | 8 | 25,816 | 87.7 |
| Mebane NC | 4 | 3,171 | 17.8 |
| Mebane NC | 9 | 14,626 | 82.2 |
| Mint Hill NC | 12 | 3,903 | 14.8 |
| Mint Hill NC | 8 | 22,547 | 85.2 |
| Morrisville NC | 2 | 10,457 | 35.3 |
| Morrisville NC | 4 | 19,173 | 64.7 |
| Mount Olive NC | 1 | 4,193 | 99.9 |

| City/Town | District | Population | % |
|---|---|---|---|
| Mount Olive NC | 3 | 5 | 0.1 |
| Oxford NC | 1 | 8,485 | 98.3 |
| Oxford NC | 13 | 143 | 1.7 |
| Pineville NC | 12 | 2,700 | 25.5 |
| Pineville NC | 14 | 7,902 | 74.5 |
| Raleigh NC | 13 | 1,532 | 0.3 |
| Raleigh NC | 2 | 464,574 | 99.3 |
| Raleigh NC | 4 | 1,559 | 0.3 |
| Red Springs NC | 8 | 3,087 | 100.0 |
| Red Springs NC | 9 | 0 | 0.0 |
| Rhodhiss NC | 14 | 639 | 64.1 |
| Rhodhiss NC | 5 | 358 | 35.9 |
| Rolesville NC | 13 | 3,974 | 41.9 |
| Rolesville NC | 2 | 5,501 | 58.1 |
| Rougemont NC | 13 | 169 | 16.9 |
| Rougemont NC | 4 | 832 | 83.1 |
| Rutherford College NC | 14 | 1,226 | 100.0 |
| Rutherford College NC | 5 | 0 | 0.0 |
| Seven Devils NC | 11 | 38 | 12.1 |
| Seven Devils NC | 5 | 275 | 87.9 |
| Stony Point NC | 10 | 160 | 14.0 |
| Stony Point NC | 5 | 986 | 86.0 |
| Summerfield NC | 5 | 8,442 | 77.1 |
| Summerfield NC | 9 | 2,509 | 22.9 |
| Thomasville NC | 6 | 26,662 | 98.1 |

| City/Town | District | Population | % |
|---|---|---|---|
| Thomasville NC | 9 | 521 | 1.9 |
| Tobaccoville NC | 10 | 2,578 | 100.0 |
| Tobaccoville NC | 5 | 0 | 0.0 |
| Wake Forest NC | 13 | 14,978 | 31.5 |
| Wake Forest NC | 2 | 32,623 | 68.5 |
| Walkertown NC | 10 | 4,611 | 81.0 |
| Walkertown NC | 6 | 1,081 | 19.0 |
| Wallace NC | 3 | 3,413 | 100.0 |
| Wallace NC | 7 | 0 | 0.0 |
| Wendell NC | 13 | 28 | 0.3 |
| Wendell NC | 2 | 9,765 | 99.7 |
| Winston-Salem NC | 10 | 215,596 | 86.4 |
| Winston-Salem NC | 6 | 33,949 | 13.6 |
| Zebulon NC | 13 | 2,235 | 32.4 |
| Zebulon NC | 2 | 4,668 | 67.6 |

| City/Town | -- Listed by District | |
|---|---|---|
| | Population | % |
| Grifton NC (part) | 147 | 6.0 |
| Kenly NC (part) | 198 | 13.3 |
| Oxford NC (part) | 8,485 | 98.3 |
| **District 1 Totals** | **339,057** | |
| Cary NC (part) | 84,668 | 48.5 |
| Durham NC (part) | 269 | 0.1 |
| Garner NC (part) | 27,258 | 87.5 |
| Morrisville NC (part) | 10,457 | 35.3 |
| Raleigh NC (part) | 464,574 | 99.3 |
| Rolesville NC (part) | 5,501 | 58.1 |
| Wake Forest NC (part) | 32,623 | 68.5 |
| Zebulon NC (part) | 4,668 | 67.6 |
| **District 2 Totals** | **659,218** | |
| Fayetteville NC (part) | 79,356 | 38.1 |
| Grifton NC (part) | 2,301 | 94.0 |
| Mount Olive NC (part) | 5 | 0.1 |
| **District 3 Totals** | **409,330** | |

|  | Population | % |
|---|---:|---:|
| Cary NC (part) | 83,005 | 47.5 |
| Fuquay-Varina NC (part) | 12,393 | 36.3 |
| Holly Springs NC (part) | 35,190 | 85.3 |
| Mebane NC (part) | 3,171 | 17.8 |
| Morrisville NC (part) | 19,173 | 64.7 |
| Raleigh NC (part) | 1,559 | 0.3 |
| Rougemont NC (part) | 832 | 83.1 |
| **District 4 Totals** | **608,621** | |
| Beech Mountain NC (part) | 613 | 90.8 |
| Germanton NC (part) | 297 | 37.6 |
| Greensboro NC (part) | 224,189 | 75.0 |
| Hickory NC (part) | 32 | 0.1 |
| Kernersville NC (part) | 82 | 0.3 |
| King NC (part) | 6,606 | 91.8 |
| Rhodhiss NC (part) | 358 | 35.9 |
| Rutherford College NC (part) | 0 | 0.0 |
| Seven Devils NC (part) | 275 | 87.9 |
| Stony Point NC (part) | 986 | 86.0 |
| Summerfield NC (part) | 8,442 | 77.1 |
| Tobaccoville NC (part) | 0 | 0.0 |
| **District 5 Totals** | **415,262** | |

# Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---:|---:|
| Archdale NC (part) | 130 | 1.1 |
| Clemmons NC (part) | 13,930 | 65.8 |
| Concord NC (part) | 47,474 | 45.1 |
| Greensboro NC (part) | 63,407 | 21.2 |
| Jamestown NC (part) | 7 | 0.2 |
| Kannapolis NC (part) | 52,324 | 98.5 |
| Thomasville NC (part) | 26,662 | 98.1 |
| Walkertown NC (part) | 1,081 | 19.0 |
| Winston-Salem NC (part) | 33,949 | 13.6 |
| **District 6 Totals** | **488,512** |  |
| Barker Ten Mile NC (part) | 93 | 9.9 |
| Lumberton NC (part) | 14,048 | 73.8 |
| Wallace NC (part) | 0 | 0.0 |
| **District 7 Totals** | **444,411** |  |
| Barker Ten Mile NC (part) | 844 | 90.1 |
| Charlotte NC (part) | 63,098 | 7.2 |
| Concord NC (part) | 57,766 | 54.9 |
| Fairmont NC (part) | 0 | 0.0 |
| Kannapolis NC (part) | 790 | 1.5 |
| Lumberton NC (part) | 4,977 | 26.2 |
| Matthews NC (part) | 25,816 | 87.7 |
| Mint Hill NC (part) | 22,547 | 85.2 |
| **District 8 Totals** | **469,887** |  |

# Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---:|---:|
| Archdale NC (part) | 11,777 | 98.9 |
| Candor NC (part) | 0 | 0.0 |
| Cary NC (part) | 3,271 | 1.9 |
| Fayetteville NC (part) | 129,145 | 61.9 |
| Greensboro NC (part) | 11,439 | 3.8 |
| High Point NC (part) | 126 | 0.1 |
| Mebane NC (part) | 14,626 | 82.2 |
| Red Springs NC (part) | 0 | 0.0 |
| Summerfield NC (part) | 2,509 | 22.9 |
| Thomasville NC (part) | 521 | 1.9 |
| **District 9 Totals** | **434,873** | |
| Clemmons NC (part) | 7,233 | 34.2 |
| Davidson NC (part) | 378 | 2.5 |
| Germanton NC (part) | 493 | 62.4 |
| Kernersville NC (part) | 0 | 0.0 |
| King NC (part) | 591 | 8.2 |
| Long View NC (part) | 4,353 | 85.6 |
| Stony Point NC (part) | 160 | 14.0 |
| Walkertown NC (part) | 4,611 | 81.0 |
| Winston-Salem NC (part) | 215,596 | 86.4 |
| **District 10 Totals** | **471,358** | |
| Beech Mountain NC (part) | 62 | 9.2 |
| Columbus NC (part) | 0 | 0.0 |
| Seven Devils NC (part) | 38 | 12.1 |
| **District 11 Totals** | **285,599** | |

|  | Population | % |
|---|---:|---:|
| Charlotte NC (part) | 709,319 | 81.1 |
| Matthews NC (part) | 3,619 | 12.3 |
| Mint Hill NC (part) | 3,903 | 14.8 |
| Pineville NC (part) | 2,700 | 25.5 |
| **District 12 Totals** | **719,541** |  |
| Cary NC (part) | 3,777 | 2.2 |
| Fuquay-Varina NC (part) | 21,759 | 63.7 |
| Garner NC (part) | 3,901 | 12.5 |
| Holly Springs NC (part) | 6,049 | 14.7 |
| Kenly NC (part) | 1,293 | 86.7 |
| Oxford NC (part) | 143 | 1.7 |
| Raleigh NC (part) | 1,532 | 0.3 |
| Rolesville NC (part) | 3,974 | 41.9 |
| Rougemont NC (part) | 169 | 16.9 |
| Wake Forest NC (part) | 14,978 | 31.5 |
| Wendell NC (part) | 28 | 0.3 |
| Zebulon NC (part) | 2,235 | 32.4 |
| **District 13 Totals** | **243,136** |  |
| Charlotte NC (part) | 102,162 | 11.7 |
| Davidson NC (part) | 14,728 | 97.5 |
| Hickory NC (part) | 79 | 0.2 |
| Long View NC (part) | 735 | 14.5 |
| Pineville NC (part) | 7,902 | 74.5 |
| Rhodhiss NC (part) | 639 | 64.1 |
| Spencer Mountain NC | 0 | 0.0 |
| **District 14 Totals** | **471,753** |  |

## Summary Statistics

| | |
|---|---|
| Number of City/Town not split | 720 |
| Number of City/Town split | 54 |
| Number of City/Town split in 2 | 48 |
| Number of City/Town split in 3 | 5 |
| Number of City/Town split in 4 | 1 |
| Total number of splits | 115 |