# Appendix F

*NAACPPX 382*

```
# NCGA Rolled Units File, Block Vintage: 2020, Precinct Vintage: TIGER 2020 VTDs, Created
10/17/2023 11:30:34 AM #
1,Bertie,,
1,Camden,,
1,Chowan,,
1,Currituck,,
1,Edgecombe,,
1,Gates,,
1,Granville,ANTI,
1,Granville,CRDL,
1,Granville,EAOX,
1,Granville,SALM,0779702001005
1,Granville,SALM,0779702001006
1,Granville,SALM,0779702001007
1,Granville,SALM,0779702001008
1,Granville,SALM,0779702001011
1,Granville,SALM,0779702001012
1,Granville,SALM,0779702001013
1,Granville,SALM,0779702001014
1,Granville,SALM,0779702001015
1,Granville,SALM,0779702001016
1,Granville,SALM,0779702001020
1,Granville,SALM,0779702001021
1,Granville,SALM,0779702001023
1,Granville,SALM,0779702001024
1,Granville,SALM,0779702001025
1,Granville,SALM,0779702001026
1,Granville,SALM,0779702001027
1,Granville,SALM,0779702001028
1,Granville,SALM,0779702001029
```