# Appendix H
*PDF version of U.S. Census data depicting VTDs for Wilmington, NC region*

