# Appendix I
*2021 C. Ketchie Trial Testimony, Jan. 4, 2022 at Vol. 2, pages 365-370*

```
STATE OF NORTH CAROLINA      IN THE GENERAL COURT OF JUSTICE
                                 SUPERIOR COURT DIVISION
COUNTY OF WAKE                       21 CVS 015426

NORTH CAROLINA LEAGUE OF        )
CONSERVATION VOTERS, et al.,    )
          Plaintiffs,           )    JANUARY 4, 2022
                                )
COMMON CAUSE,                   )    PAGES 256 - 524
          Plaintiff-Intervenor, )
     v.                         )
                                )
REPRESENTATIVE DESTIN HALL, in his )
official capacity as Chair of the  )
House Standing Committee on        )
Redistricting, et al.,             )
                                )
          Defendants.           )

STATE OF NORTH CAROLINA      IN THE GENERAL COURT OF JUSTICE
                                 SUPERIOR COURT DIVISION
COUNTY OF WAKE                       21 CVS 500085

REBECCA HARPER, et al.,         )
                                )
          Plaintiffs,           )
     v.                         )
                                )
REPRESENTATIVE DESTIN HALL, in his )
official capacity as Chair of the  )
House Standing Committee on        )
Redistricting, et al.,             )
                                )
          Defendants.           )
_____

        JANUARY 3, 2022, CIVIL SESSION

        HONORABLE A. GRAHAM SHIRLEY II,
         HONORABLE NATHANIEL J. POOVEY,
           HONORABLE DAWN M. LAYTON,
              JUDGES PRESIDING

    TRANSCRIPT OF THREE-JUDGE PANEL PROCEEDING

                VOLUME 2 OF 4
_____
Maren M. Fawcett, RPR, CRR
Official Court Reporter
Wake County, North Carolina, District 10
```

| | | |
|---|---|---|
| 12:00:00 | 1 | JUDGE SHIRLEY: Any cross-examination by the other |
| 12:00:02 | 2 | Plaintiffs? |
| 12:00:03 | 3 | MR. SCHAUF: No. |
| 12:00:04 | 4 | JUDGE SHIRLEY: Redirect? |
| 12:00:04 | 5 | MS. KLEIN: Your Honor, I have no questions on |
| 12:00:06 | 6 | redirect, but I would like to move into evidence the summary |
| 12:00:09 | 7 | document and the other Exhibit PX-1470 and then the summary |
| 12:00:15 | 8 | document, PX-1460, into evidence. |
| 12:00:18 | 9 | JUDGE SHIRLEY: Any objection? |
| 12:00:20 | 10 | MS. RIGGINS: No, Your Honor. |
| 12:00:22 | 11 | JUDGE SHIRLEY: So admitted. |
| 12:00:23 | 12 | MS. KLEIN: Thank you, Your Honor. |
| 12:00:24 | 13 | (Plaintiffs' Exhibits 1460, 1470 were admitted |
| 12:00:24 | 14 | into evidence.) |
| 12:00:28 | 15 | JUDGE SHIRLEY: You may call your next witness. |
| 12:00:30 | 16 | MS. KLEIN: Thank you. |
| 12:00:32 | 17 | Plaintiffs call Christopher Ketchie to testify in |
| 12:00:35 | 18 | this matter. |
| 12:00:36 | 19 | THEREUPON, |
| 12:00:36 | 20 | CHRISTOPHER KETCHIE, |
| 12:00:36 | 21 | having been called as a witness by and for the Plaintiffs, |
| 12:00:36 | 22 | and having been duly sworn, was examined and testified as |
| 12:00:36 | 23 | follows: |
| 12:01:13 | 24 | DIRECT EXAMINATION BY MS. TAJ: |
| 12:01:14 | 25 | Q.   Good afternoon, Noor Taj for plaintiff Common |

```
12:01:17   1    Cause.
12:01:17   2            Can you please state your full name for the
12:01:19   3    record.
12:01:20   4       A.   Christopher Dalton Ketchie.
12:01:22   5       Q.   And what is your occupation, Mr. Ketchie?
12:01:24   6       A.   I'm a senior data analyst at the Southern
12:01:26   7    Coalition for Social Justice.
12:01:28   8       Q.   How long have you been in that role?
12:01:30   9       A.   Cumulatively, seven years.
12:01:32  10       Q.   And what does that role entail?
12:01:35  11       A.   Analyzing voter and election data, as well as
12:01:39  12    drawing and analyzing redistricting maps at all levels of
12:01:43  13    government.
12:01:44  14       Q.   And do you have any other relevant work experience
12:01:46  15    prior to joining Southern Coalition?
12:01:50  16       A.   I was a redistricting consultant for a local law
12:01:52  17    firm in Raleigh previous to that.
12:01:55  18       Q.   What is your educational background?
12:01:57  19       A.   I got my undergraduate degree at the University of
12:01:59  20    North Carolina at Chapel Hill and my graduate degree at
12:02:04  21    North Carolina State University, which was a master's of
12:02:09  22    forestry with a concentration in geographic information
12:02:12  23    systems.
12:02:12  24            (Plaintiffs' Exhibit 1482 identified.)
12:02:13  25       Q.   I'm going to direct your attention to what's been
```

| | | |
|---|---|---|
| 12:02:14 | 1 | marked as Plaintiffs' Exhibit 1482.  Can you let me know |
| 12:02:18 | 2 | when you see it in front of you on the screen. |
| 12:02:21 | 3 | A.    I see it. |
| 12:02:23 | 4 | Q.    And do you recognize this document? |
| 12:02:23 | 5 | A.    Yes. |
| 12:02:24 | 6 | Q.    What is it? |
| 12:02:25 | 7 | A.    It's an affidavit that I put together in reference |
| 12:02:28 | 8 | to this case last month. |
| 12:02:30 | 9 | Q.    And if you scroll down, there are several tables |
| 12:02:33 | 10 | that are exhibits to this affidavit.  What are these tables? |
| 12:02:38 | 11 | A.    There's -- there's six tables in total and they |
| 12:02:42 | 12 | each correspond to redistricting plans.  So there are three |
| 12:02:48 | 13 | for the Congressional, Senate and House for the ones that |
| 12:02:52 | 14 | were in place for 2020.  I'm just going to refer to those as |
| 12:02:55 | 15 | the previous maps.  And then the other three are for the |
| 12:02:58 | 16 | same Congressional, House and Senate for the Enacted Maps. |
| 12:03:04 | 17 | Q.    If we can focus on Exhibit 1.  What is this table? |
| 12:03:08 | 18 | A.    It's -- This is a table for the previous |
| 12:03:11 | 19 | Congressional Plan. |
| 12:03:14 | 20 | Q.    And if you can start from left to right, can you |
| 12:03:16 | 21 | describe what is in each column? |
| 12:03:18 | 22 | A.    The first is the district number.  The second one |
| 12:03:21 | 23 | is the representative or incumbent.  The third is the race |
| 12:03:28 | 24 | of the incumbent.  The fourth is the party of the incumbent. |
| 12:03:33 | 25 | The next four are census data, and they're just demographic |

| | |
|---|---|
| 12:03:40  1 | categories of census data, all are voting age population. |
| 12:03:44  2 | The first one is non-Hispanic white.  The second one is any |
| 12:03:49  3 | part Black.  The third one is Hispanic, and then the fourth |
| 12:03:52  4 | one is any part Indian or Native American.  And the third -- |
| 12:03:59  5 | sorry, excuse me, the ninth and tenth columns are partisan |
| 12:04:05  6 | composite scores from Dave's Redistricting app. |
| 12:04:09  7 |     Q.   How did you prepare this table, starting with |
| 12:04:12  8 | columns one through four? |
| 12:04:15  9 |     A.   I went to the General Assembly's website and |
| 12:04:17 10 | collected data on who was in each district at the time, and |
| 12:04:24 11 | I confirmed their race and their party on the State Board of |
| 12:04:29 12 | Elections voter look-up tool. |
| 12:04:32 13 |     Q.   And then what about columns five through eight, |
| 12:04:35 14 | how did you prepare those? |
| 12:04:37 15 |     A.   I took the block assignment files from the General |
| 12:04:42 16 | Assembly's redistricting website and imported them into |
| 12:04:45 17 | Maptitude.  And in creating districts, you are allowed to |
| 12:04:51 18 | select summary fields for census demographics, and these are |
| 12:04:55 19 | the four that I chose, and it just gives you a percentage |
| 12:04:58 20 | for each of these four demographic categories for each |
| 12:05:01 21 | district. |
| 12:05:02 22 |     Q.   Is Maptitude widely relied upon in your |
| 12:05:05 23 | experience? |
| 12:05:05 24 |     A.   Yes.  It's the same redistricting program used by |
| 12:05:08 25 | the General Assembly. |

| | | |
|---|---|---|
| 12:05:09 | 1 | Q. And where does that data that's used in Maptitude |
| 12:05:12 | 2 | come from? |
| 12:05:13 | 3 | A. The U.S. Census Bureau. |
| 12:05:15 | 4 | Q. So just to summarize, you took the public block |
| 12:05:19 | 5 | assignment files, loaded them into Maptitude and then just |
| 12:05:22 | 6 | generated the metrics from the census data? |
| 12:05:25 | 7 | A. Yes. |
| 12:05:25 | 8 | Q. Did you manipulate the data or do any kind of |
| 12:05:29 | 9 | analysis with that data? |
| 12:05:30 | 10 | A. No. |
| 12:05:31 | 11 | Q. Okay. And then turning back to Exhibit 1, how did |
| 12:05:33 | 12 | you prepare the last two columns of data? |
| 12:05:36 | 13 | A. So on Dave's Redistricting app home page they have |
| 12:05:40 | 14 | a map of the United States and if you click on the state of |
| 12:05:43 | 15 | North Carolina, on one of the first links on that page, it |
| 12:05:47 | 16 | takes you to a page where they have all six of the maps that |
| 12:05:51 | 17 | are referenced in this affidavit with these six exhibits. I |
| 12:05:55 | 18 | took -- so I took -- for this one, I would have clicked on |
| 12:05:59 | 19 | the previous Congressional Plan and then gone to the |
| 12:06:03 | 20 | statistics summary tab, and it has these two columns for the |
| 12:06:08 | 21 | partisan composite scores. I exported those out and then |
| 12:06:12 | 22 | plugged them into this table. |
| 12:06:14 | 23 | Q. Again, did you do any kind of analysis on that |
| 12:06:16 | 24 | data or just export it? |
| 12:06:19 | 25 | A. Just straight exporting. |

Maren M. Fawcett, RPR, CRR
Official Court Reporter

| | | |
|---|---|---|
| 12:06:21 | 1 | Q. And then for Exhibits 2 through 6 of your |
| 12:06:24 | 2 | affidavit, what process did you use for creating those? |
| 12:06:29 | 3 | A. The same process, except for a slight variation |
| 12:06:32 | 4 | for the enacted districts. I made note if a district that |
| 12:06:37 | 5 | was created either had no current representative or if it |
| 12:06:41 | 6 | double bunked two representatives. |
| 12:06:44 | 7 | (Plaintiffs' Exhibits 1562-1567 identified.) |
| 12:06:44 | 8 | MS. TAJ: Thank you. |
| 12:06:45 | 9 | I don't have any further questions, but Your |
| 12:06:46 | 10 | Honors at this time I'd like to move into evidence Plaintiff |
| 12:06:50 | 11 | Exhibits 1562 through 1567, which are Exhibits 1 through 6 |
| 12:06:56 | 12 | from the Christopher Ketchie affidavit. |
| 12:06:59 | 13 | JUDGE SHIRLEY: Any objection? |
| 12:07:02 | 14 | MR. PENCOOK: No objection, Your Honor. |
| 12:07:03 | 15 | JUDGE SHIRLEY: All right. 1562 through 1567 are |
| 12:07:07 | 16 | admitted. |
| 12:07:07 | 17 | (Plaintiffs' Exhibits 1562-1567 were admitted into |
| 12:07:07 | 18 | evidence.) |
| 12:07:08 | 19 | JUDGE SHIRLEY: Do you have any direct -- |
| 12:07:08 | 20 | cross-examination? |
| 12:07:10 | 21 | MR. PENCOOK: No, Your Honor. |
| 12:07:11 | 22 | JUDGE SHIRLEY: All right. Sir, you may be |
| 12:07:12 | 23 | excused. |
| 12:07:13 | 24 | You may call your next witness. |
| 12:07:21 | 25 | MS. RIGGS: Your Honors, Plaintiffs call |

# Appendix I
*Harper v. Hall, No. 21CVS500085 (N.C. Super. Ct, Wake Cnty.),*
*Trial Exhibit PX-1562*

Exhibit 1

| District | Representative | Race | Party | % NH18+_Wht | % 18+_AP_Blk | % H18+_Pop | % 18+_AP_Ind | % Dem | % Rep |
|---|---|---|---|---|---|---|---|---|---|
| 1 | G.K. Butterfield | Black | Democratic | 51.03% | 42.38% | 4.89% | 1.25% | 54.65% | 43.76% |
| 2 | Deborah Ross | White | Democratic | 64.24% | 20.97% | 8.40% | 1.02% | 62.36% | 34.97% |
| 3 | Gregory Murphy | White | Republican | 70.98% | 20.77% | 6.11% | 1.05% | 37.75% | 60.01% |
| 4 | David Price | White | Democratic | 60.85% | 26.11% | 8.50% | 1.02% | 65.70% | 32.13% |
| 5 | Virginia Foxx | White | Republican | 84.80% | 9.61% | 3.83% | 0.76% | 32.22% | 65.47% |
| 6 | Kathy Manning | White | Democratic | 57.42% | 31.76% | 7.29% | 1.04% | 60.49% | 37.22% |
| 7 | David Rouzer | White | Republican | 73.63% | 17.75% | 6.68% | 1.51% | 40.68% | 57.00% |
| 8 | Richard Hudson | White | Republican | 63.48% | 25.29% | 8.06% | 1.77% | 45.92% | 51.59% |
| 9 | Dan Bishop | White | Republican | 63.85% | 18.68% | 6.45% | 8.88% | 44.57% | 53.18% |
| 10 | Patrick McHenry | White | Republican | 82.20% | 10.09% | 5.78% | 0.74% | 31.58% | 66.08% |
| 11 | Madison Cawthorn | White | Republican | 89.18% | 3.90% | 4.24% | 2.00% | 43.01% | 54.61% |
| 12 | Alma Adams | Black | Democratic | 47.73% | 35.77% | 11.77% | 1.11% | 68.00% | 29.33% |
| 13 | Tedd Budd | White | Republican | 78.09% | 13.64% | 6.61% | 0.96% | 32.60% | 65.25% |

PLAINTIFFS' EXHIBIT
1562

# Appendix I
*Harper v. Hall, No. 21CVS500085 (N.C. Super. Ct, Wake Cnty.),*
*Trial Exhibit PX-1567*

Exhibit 6

| District | Representative | Race | Party | % NH18+_Wht | % 18+_AP_Blk | % H18+_Pop | % 18+_AP_Ind | % Dem | % Rep |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Edward C. Goodwin | White | Republican | 75.07% | 18.16% | 3.28% | 2.03% | 37.28% | 60.76% |
| | Bobby Hanig | White | Republican | | | | | | |
| 2 | Larry Yarborough | White | Republican | 64.34% | 24.39% | 7.03% | 2.09% | 51.86% | 46.07% |
| 3 | Steve Tyson | White | Republican | 69.04% | 20.18% | 5.47% | 1.97% | 39.48% | 58.25% |
| 4 | Jimmy Dixon | White | Republican | 54.09% | 25.59% | 18.46% | 2.15% | 40.06% | 58.63% |
| 5 | Howard J. Hunter III | Native American | Democratic | 53.43% | 38.59% | 4.81% | 2.31% | 50.22% | 48.09% |
| 6 | None | | | 61.63% | 20.71% | 12.83% | 3.43% | 38.77% | 58.54% |
| 7 | Matthew Winslow | White | Republican | 66.08% | 22.94% | 7.86% | 2.38% | 42.48% | 55.16% |
| 8 | Kandie D. Smith | Black | Democratic | 44.26% | 45.45% | 7.21% | 1.62% | 62.87% | 34.97% |
| 9 | Brian Farkas | White | Democratic | 64.56% | 25.63% | 5.69% | 1.86% | 45.55% | 52.34% |
| 10 | John R. Bell IV | White | Republican | 55.16% | 34.27% | 6.78% | 1.90% | 45.31% | 52.74% |
| | Raymond E. Smith Jr. | Black | Democratic | | | | | | |
| 11 | Allison A. Dahle | White | Democratic | 60.32% | 15.24% | 11.19% | 1.95% | 67.68% | 28.98% |
| 12 | Chris Humphrey | White | Republican | 52.41% | 38.48% | 7.19% | 1.72% | 46.58% | 51.94% |
| 13 | Pat McElraft | White | Republican | 82.02% | 8.84% | 4.50% | 2.48% | 30.00% | 67.76% |
| 14 | George G. Cleveland | White | Republican | 62.04% | 19.93% | 11.16% | 3.38% | 38.07% | 58.35% |
| 15 | Phil Shepard | White | Republican | 66.85% | 11.77% | 14.95% | 2.74% | 31.02% | 65.55% |
| 16 | Carson Smith | White | Republican | 74.94% | 13.84% | 7.08% | 2.90% | 32.17% | 65.25% |
| 17 | Frank Iler | White | Republican | 80.52% | 10.72% | 5.15% | 2.27% | 38.32% | 59.60% |
| 18 | Deb Butler | White | Democratic | 65.36% | 22.53% | 7.80% | 2.41% | 58.01% | 38.64% |
| 19 | Charles W. Miller | White | Republican | 86.42% | 5.45% | 4.09% | 2.31% | 38.02% | 59.61% |
| 20 | Ted Davis Jr. | White | Republican | 85.16% | 5.67% | 4.80% | 1.42% | 44.29% | 52.91% |
| 21 | None | | | 71.64% | 11.58% | 8.52% | 1.72% | 52.74% | 44.63% |
| 22 | William D. Brisson | White | Republican | 54.65% | 28.47% | 13.31% | 3.90% | 41.51% | 56.96% |
| 23 | Shelly Willingham | Black | Democratic | 41.67% | 53.41% | 3.57% | 1.39% | 59.82% | 38.77% |
| 24 | Linda Cooper-Suggs | Black | Democratic | 50.09% | 37.52% | 9.84% | 2.14% | 50.72% | 47.84% |
| 25 | James D. Gailliard | Black | Democratic | 50.87% | 41.00% | 5.39% | 2.04% | 51.56% | 46.97% |
| 26 | Donna McDowell White | White | Republican | 67.10% | 17.78% | 11.36% | 2.39% | 40.99% | 56.36% |
| 27 | Michael H. Wray | White | Democratic | 41.39% | 51.88% | 2.36% | 4.45% | 62.25% | 36.39% |
| 28 | Larry C. Strickland | White | Republican | 64.29% | 16.99% | 16.18% | 2.39% | 33.19% | 64.97% |
| 29 | Vernetta Alston | Black | Democratic | 41.70% | 39.58% | 12.24% | 1.91% | 84.62% | 13.38% |
| 30 | Marcia Morey | White | Democratic | 43.50% | 34.44% | 13.38% | 1.99% | 85.71% | 12.34% |
| 31 | Zack Hawkins | Black | Democratic | 37.01% | 39.72% | 14.91% | 2.33% | 79.96% | 17.73% |
| 32 | Terry E. Garrison | Black | Democratic | 47.09% | 43.24% | 7.91% | 1.70% | 56.19% | 42.19% |
| 33 | Rosa U. Gill | Black | Democratic | 53.35% | 30.91% | 9.78% | 1.61% | 81.27% | 16.35% |
| 34 | Grier Martin | White | Democratic | 64.95% | 19.18% | 10.87% | 1.53% | 64.63% | 32.70% |
| 35 | Terence Everitt | White | Democratic | 71.79% | 15.68% | 6.52% | 1.65% | 47.12% | 50.35% |
| 36 | Julie von Haefen | White | Democratic | 68.95% | 8.78% | 7.58% | 1.76% | 54.76% | 42.51% |
| 37 | Erin Paré | White | Republican | 73.42% | 12.62% | 9.28% | 2.16% | 45.06% | 52.05% |
| 38 | Abe Jones | Black | Democratic | 33.91% | 45.44% | 16.56% | 2.18% | 73.92% | 23.73% |

PLAINTIFFS' EXHIBIT 1567

Exhibit 6

| District | Representative | Race | Party | % NH18+_Wht | % 18+_AP_Blk | % H18+_Pop | % 18+_AP_Ind | % Dem | % Rep |
|---|---|---|---|---|---|---|---|---|---|
| 39 | James Roberson | Black | Democratic | 47.76% | 33.04% | 15.03% | 2.63% | 58.86% | 38.73% |
| 40 | Joe John | White | Democratic | 75.44% | 11.53% | 5.61% | 1.52% | 56.32% | 41.04% |
| 41 | Gale Adcock | White | Democratic | 47.61% | 8.60% | 5.15% | 1.12% | 64.28% | 33.24% |
| 42 | Marvin W. Lucas | Black | Democratic | 39.90% | 40.97% | 13.54% | 2.90% | 65.74% | 31.29% |
| 43 | Diane Wheatley | White | Republican | 50.84% | 36.68% | 6.42% | 4.31% | 49.28% | 48.41% |
| 44 | William O. Richardson | White | Democratic | 29.79% | 51.68% | 12.44% | 3.49% | 70.35% | 26.92% |
| 45 | John Szoka | White | Republican | 50.27% | 32.44% | 9.50% | 5.25% | 48.37% | 49.22% |
| 46 | Brenden H. Jones | White | Republican | 51.15% | 29.31% | 3.72% | 16.09% | 40.08% | 58.49% |
| 47 | Charles Graham | Native American | Democratic | 25.08% | 22.60% | 10.16% | 42.65% | 45.18% | 53.23% |
| 48 | Garland E. Pierce | Black | Democratic | 42.04% | 37.09% | 8.59% | 11.61% | 53.35% | 44.34% |
| 49 | Cynthia Ball | White | Democratic | 61.81% | 13.91% | 6.43% | 1.36% | 64.93% | 32.54% |
| 50 | Graig R. Meyer | White | Democratic | 69.09% | 18.48% | 8.24% | 2.39% | 56.45% | 41.64% |
| 51 | John Sauls | White | Republican | 65.34% | 16.73% | 14.43% | 2.67% | 39.81% | 58.01% |
| 52 | James L. Boles Jr. | White | Republican | 66.24% | 23.07% | 5.44% | 3.83% | 42.53% | 55.21% |
| 52 | Ben T. Moss Jr. | White | Republican | | | | | | |
| 53 | Howard Penny Jr. | White | Republican | 66.69% | 19.65% | 10.01% | 2.74% | 36.71% | 61.09% |
| 54 | Robert T. Reives II | Black | Democratic | 73.26% | 11.60% | 10.60% | 2.14% | 52.79% | 45.36% |
| 55 | Mark Brody | White | Republican | 62.10% | 24.68% | 10.02% | 2.03% | 39.86% | 58.03% |
| 56 | Verla Insko | White | Democratic | 64.80% | 10.94% | 8.11% | 1.51% | 84.08% | 13.81% |
| 57 | Ashton Wheeler Clemmons | White | Democratic | 44.28% | 41.34% | 7.35% | 2.10% | 67.53% | 30.29% |
| 58 | Amos L. Quick III | Black | Democratic | 34.62% | 44.65% | 13.03% | 2.53% | 72.95% | 24.60% |
| 59 | Jon Hardister | White | Republican | 63.07% | 27.68% | 5.44% | 2.38% | 45.99% | 52.03% |
| 60 | Cecil Brockman | Black | Democratic | 44.53% | 36.15% | 9.99% | 2.12% | 63.59% | 34.16% |
| 61 | Pricey Harrison | White | Democratic | 47.33% | 42.32% | 6.53% | 1.66% | 73.00% | 24.78% |
| 62 | John Faircloth | White | Republican | 70.84% | 14.00% | 5.86% | 1.73% | 43.22% | 54.40% |
| 63 | Ricky Hurtado | Undesignated | Democratic | 56.53% | 25.45% | 14.40% | 2.99% | 49.38% | 48.58% |
| 64 | Dennis Riddell | White | Republican | 70.80% | 16.21% | 8.96% | 2.09% | 40.81% | 57.28% |
| 65 | Armor Pyrtle | White | Republican | 72.79% | 19.45% | 5.16% | 2.02% | 34.98% | 62.85% |
| 66 | None | | | 49.35% | 28.89% | 14.47% | 2.19% | 64.52% | 33.05% |
| 67 | Wayne Sasser | White | Republican | 76.62% | 13.37% | 6.16% | 2.13% | 28.21% | 69.54% |
| 68 | David Willis | White | Republican | 75.17% | 8.70% | 6.57% | 1.67% | 36.86% | 60.78% |
| 69 | Dean Arp | White | Republican | 69.02% | 12.24% | 13.60% | 2.24% | 34.82% | 62.83% |
| 70 | Pat B. Hurley | White | Republican | 76.35% | 7.38% | 11.65% | 2.68% | 24.02% | 73.79% |
| 71 | Evelyn Terry | Black | Democratic | 38.42% | 41.19% | 17.77% | 2.52% | 69.65% | 27.99% |
| 72 | Amber M. Baker | Black | Democratic | 51.06% | 34.96% | 10.12% | 1.88% | 68.98% | 28.63% |
| 73 | None | | | 66.47% | 18.13% | 8.99% | 2.22% | 40.09% | 57.22% |
| 74 | Jeff Zenger | White | Republican | 74.60% | 12.01% | 6.66% | 1.95% | 44.91% | 52.65% |
| 75 | Donny Lambeth | White | Republican | 69.54% | 16.11% | 10.67% | 2.62% | 38.59% | 59.04% |
| 76 | Harry Warren | White | Republican | 66.95% | 20.99% | 8.38% | 2.43% | 38.23% | 59.28% |

Exhibit 6

Exhibit 6

| District | Representative | Race | Party | % NH18+_Wht | % 18+_AP_Blk | % H18+_Pop | % 18+_AP_Ind | % Dem | % Rep |
|---|---|---|---|---|---|---|---|---|---|
| 77 | Julia C. Howard | White | Republican | 83.70% | 5.80% | 7.49% | 2.31% | 24.14% | 73.63% |
| | Lee Zachary | White | Republican | | | | | | |
| 78 | Allen McNeill | White | Republican | 83.21% | 5.77% | 7.56% | 2.21% | 25.78% | 72.41% |
| 79 | Keith Kidwell | White | Republican | 74.67% | 17.35% | 5.51% | 1.76% | 37.95% | 60.11% |
| 80 | Sam Watford | White | Republican | 79.55% | 9.84% | 6.87% | 2.39% | 25.05% | 72.75% |
| 81 | Larry W. Potts | White | Republican | 79.40% | 10.00% | 6.15% | 2.49% | 28.27% | 69.58% |
| 82 | Kristin Baker | White | Republican | 61.54% | 22.14% | 12.85% | 2.58% | 44.20% | 53.10% |
| | Larry G. Pittman | White | Republican | | | | | | |
| 83 | None | | | 70.28% | 12.55% | 7.96% | 2.17% | 34.20% | 63.45% |
| 84 | Jeffrey C. McNeely | White | Republican | 71.29% | 16.59% | 8.53% | 2.07% | 33.00% | 64.56% |
| 85 | Dudley Greene | White | Republican | 88.52% | 3.46% | 4.70% | 2.35% | 26.86% | 71.13% |
| 86 | Hugh Blackwell | White | Republican | 81.24% | 6.41% | 6.38% | 3.25% | 30.75% | 66.86% |
| 87 | Destin Hall | White | Republican | 86.79% | 5.23% | 4.71% | 2.34% | 26.75% | 70.92% |
| 88 | Mary Belk | White | Democratic | 63.64% | 24.25% | 5.96% | 1.36% | 64.26% | 33.13% |
| 89 | Mitchell S. Setzer | White | Republican | 81.61% | 7.02% | 5.99% | 2.20% | 25.41% | 72.30% |
| 90 | Sarah Stevens | White | Republican | 85.10% | 3.84% | 8.51% | 2.07% | 24.45% | 73.56% |
| 91 | Kyle Hall | White | Republican | 74.02% | 14.74% | 7.63% | 2.28% | 36.80% | 60.77% |
| 92 | Terry M. Brown Jr. | Black | Democratic | 34.49% | 40.82% | 15.95% | 2.07% | 68.85% | 28.46% |
| 93 | Ray Pickett | White | Republican | 86.10% | 3.53% | 6.30% | 1.81% | 41.66% | 55.40% |
| 94 | Jeffrey Elmore | White | Republican | 86.43% | 5.52% | 5.15% | 1.98% | 23.43% | 74.30% |
| 95 | Grey Mills | White | Republican | 79.26% | 8.11% | 6.16% | 1.90% | 33.66% | 63.66% |
| 96 | Jay Adams | White | Republican | 72.17% | 10.47% | 10.56% | 2.59% | 36.24% | 61.36% |
| 97 | Jason Saine | White | Republican | 84.41% | 5.81% | 6.23% | 2.17% | 26.85% | 70.83% |
| 98 | John R. Bradford III | White | Republican | 79.61% | 8.06% | 6.74% | 1.44% | 46.78% | 50.68% |
| 99 | Nasif Majeed | Black | Democratic | 24.43% | 48.91% | 20.76% | 2.31% | 76.84% | 20.63% |
| 100 | John Autry | White | Democratic | 38.50% | 32.80% | 20.67% | 2.23% | 71.72% | 25.28% |
| 101 | Carolyn G. Logan | Black | Democratic | 32.65% | 48.79% | 13.15% | 2.20% | 70.99% | 26.42% |
| 102 | Becky Carney | White | Democratic | 39.67% | 39.09% | 16.31% | 1.92% | 80.17% | 17.07% |
| 103 | Rachel Hunt | White | Democratic | 70.19% | 12.65% | 8.80% | 1.79% | 46.92% | 50.50% |
| 104 | Brandon Lofton | White | Democratic | 77.64% | 9.10% | 6.16% | 1.33% | 51.97% | 45.47% |
| 105 | Wesley Harris | White | Democratic | 58.69% | 13.17% | 10.81% | 1.66% | 53.84% | 43.54% |
| 106 | Carla D. Cunningham | Black | Democratic | 29.84% | 45.47% | 11.10% | 1.93% | 78.96% | 18.30% |
| 107 | Kelly M. Alexander Jr. | Black | Democratic | 34.27% | 49.16% | 11.36% | 1.60% | 73.22% | 24.27% |
| 108 | John A. Torbett | White | Republican | 68.24% | 20.01% | 7.52% | 2.58% | 37.31% | 60.26% |
| 109 | Dana Bumgardner | White | Republican | 70.08% | 17.41% | 7.85% | 2.26% | 38.07% | 59.60% |
| 110 | Kelly E. Hastings | White | Republican | 75.79% | 16.19% | 4.87% | 2.35% | 29.42% | 68.62% |
| 111 | Tim Moore | White | Republican | 76.40% | 16.90% | 3.53% | 2.07% | 30.73% | 67.44% |
| 112 | None | | | 37.95% | 29.58% | 25.20% | 2.59% | 70.11% | 26.91% |
| 113 | Jake Johnson | White | Republican | 83.23% | 7.19% | 6.13% | 2.36% | 33.83% | 64.24% |
| | David Rogers | White | Republican | | | | | | |

Exhibit 6

| District | Representative | Race | Party | % NH18+_Wht | % 18+_AP_Blk | % H18+_Pop | % 18+_AP_Ind | % Dem | % Rep |
|---|---|---|---|---|---|---|---|---|---|
| 114 | Susan C. Fisher | White | Democratic | 80.61% | 8.00% | 6.55% | 2.38% | 70.43% | 26.80% |
| 115 | John Ager | White | Democratic | 83.57% | 6.62% | 5.26% | 2.36% | 59.06% | 38.31% |
| 116 | Brian Turner | White | Democratic | 82.96% | 3.95% | 8.15% | 2.55% | 44.94% | 52.47% |
| 117 | Timothy D. Moffitt | White | Republican | 81.75% | 3.77% | 10.50% | 2.05% | 39.69% | 57.95% |
| 118 | Mark Pless | White | Republican | 91.24% | 1.54% | 3.50% | 2.58% | 37.62% | 60.00% |
| 119 | Mike Clampitt | White | Republican | 80.68% | 2.95% | 5.10% | 10.25% | 42.79% | 54.59% |
| 120 | Karl E. Gillespie | White | Republican | 89.02% | 1.31% | 4.63% | 3.95% | 26.43% | 71.63% |