IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., <br><br> *Defendants*. | 1:23CV1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., <br><br> *Defendants*. | 1:23CV1104 |

**ORDER**

These cases came before the court during a previously-scheduled pretrial conference and upon the Williams and NAACP Plaintiffs' Motion to Clarify or Modify Allotted Trial Time. (Doc. 120.) Having considered the positions of the parties,

IT IS ORDERED as follows:

1. The motion of the Williams and NAACP Plaintiffs relating to trial time (Doc. 120) is GRANTED IN PART, and the

Court modifies its prior order (Doc. 115) such that the Court allots up to 40 hours of trial time for these cases. Plaintiffs have up to 20 hours to use among themselves, and Defendants have up to 20 hours to use among themselves on the same basis as previously indicated. If the parties cannot agree on the division of trial time, they shall submit their proposed divisions to the Court no later than June 9, 2025.

2. The additional trial days will be July 8 and 9, 2025.

3. The parties shall submit to the Court by June 6, 2025, four copies of binders (of manageable size) containing the <u>reports only</u> (no exhibits) of their experts upon whom they intend to rely, organized by party and case. The parties shall also submit to the Court by June 6, 2025, four electronic copies of complete reports and exhibits. One copy of each is to be delivered to each judge at chambers (Judge Rushing: the Clerk's Office in the Asheville federal courthouse; Judge Myers: the Clerk's Office in the Wilmington federal courthouse; and Judge Schroeder and the extra copy: the Clerk's Office in the Greensboro federal courthouse).

4. The parties shall submit to the Court by June 6, 2025, any "stat packs" in electronic form only, in the same

2

number and manner, and to the same recipients, as expert reports and exhibits noted in paragraph 3 above.

5. The parties need not submit impeachment material pursuant to Local Rule 43.1 ahead of the time it is used at trial with a witness.

6. The parties shall meet and confer in an effort to reach agreement on any objections as to trial exhibits, and they shall file any remaining objections by June 9, 2025.

7. The Court DENIES Plaintiffs' request to provide real time reporting to the parties.

8. In light of the added trial hours, the Court's prior date for designations for witnesses who become unavailable to testify at trial is extended to July 17, 2025. The deadline for any objections to those deposition designations is extended to July 22, 2025. And the deadline for posttrial findings of fact and conclusion of law is extended to August 5, 2025.

    /s/ Allison J. Rushing
United States Circuit Judge

    /s/ Richard E. Myers, II
Chief United States District Judge

    /s/ Thomas D. Schroeder
United States District Judge

June 4, 2025