# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

SHAUNA WILLIAMS, et al.,

      *Plaintiffs*,

    v.

REPRESENTATIVE DESTIN HALL, in his
official capacity as Chair of the House Standing
Committee on Redistricting, et al.,

      *Defendants*.

_____

NORTH CAROLINA STATE CONFERENCE OF
THE NAACP, et al.,

      *Plaintiffs*,

    v.

PHILIP BERGER, in his official capacity as the
President Pro Tempore of the North Carolina
Senate, et al.,

      *Defendants.*

Civil Action No. 23 CV 1057

Civil Action No. 23 CV 1104

## JOINT EXHIBIT LIST[1]

---

[1] As referenced in Legislative Defendants' Objections to Plaintiffs' Pre-Trial Disclosures, in order to streamline the presentation of evidence at trial, Legislative Defendants do not include itemized objections to all exhibits regarding districts that have been dismissed or were never challenged. Instead, Legislative Defendants respectfully request a standing objection based on relevance and Rule 403 (confuses the issues) to the extent that any Joint Exhibits reference districts not at issue in the case. The inclusion of items on this Joint Exhibit List and request for a standing objection should not be construed as consent to try claims against districts that have been dismissed or were never asserted.

1

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX001 | 10/19/2023 House Redistricting Committee Transcript | LD0000001—LD0000053 |
| JX002 | 10/19/2023 Senate Redistricting and Elections Committee Transcript | LD0000683—LD0000783 |
| JX003 | 10/23/2023 Senate Redistricting and Elections Committee Transcript | LD0000784—LD0000827 |
| JX004 | 10/24/2023 Senate Chamber (Redistricting) Transcript | LD0001826—LD0001886 |
| JX005 | 10/24/2023 House Redistricting Committee Transcript | LD0000124—LD0000165 |
| JX006 | 10/24/2023 House floor transcript | LD0000185—LD0000290 |
| JX007 | 10/25/2023 House floor transcript | LD0001723—LD0001809 |
| JX008 | 10/25/2023 House Rules, Calendar, and Operations of the House Transcript | LD0003172—LD0003200 |
| JX009 | 10/25/2023 House Rules Committee meeting transcript | LD0000344—LD0000372 |
| JX010 | 10/25/2023 Senate Redistricting and Elections Committee Transcript | LD0000373—LD0000396 |
| JX011 | 10/25/2023 Senate floor transcript | LD0001900—LD0001965 |
| JX012 | 10/25/2023 House Redistricting Committee meeting transcript | LD0000291—LD0000343 |
| JX013 | 10/23/2023 House Redistricting Committee meeting transcript | LD0000054—LD0000123 |
| JX014 | SB 757 Senate Roll Call Vote Transcript #492 | https://www.ncleg.gov/Legislation/Votes/RollCallVoteTranscript/2023/S/492 |
| JX015 | SB 757 House Roll Call Vote Transcript #613 | https://www.ncleg.gov/Legislation/Votes/RollCallVoteTranscript/2023/H/613 |
| JX016 | SB 758 Senate Roll Call Vote Transcript #499 | https://www.ncleg.gov/Legislation/Votes/RollCallVoteTranscript/2023/S/499 |
| JX017 | SB 758 House Roll Call Vote Transcript #614 | https://www.ncleg.gov/Legislation/Votes/RollCallVoteTranscript/2023/H/614 |

Case 1:23-cv-01057-TDS-JLW    Document 137    Filed 06/06/25    Page 2 of 32

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX018 | HB 898 Senate Roll Call Vote Transcript #504 | https://www.ncleg.gov/Legislation/Votes/RollCallVoteTranscript/2023/S/504 |
| JX019 | HB 898 House Roll Call Vote Transcript #604 | https://www.ncleg.gov/Legislation/Votes/RollCallVoteTranscript/2023/H/604 |
| JX020 | Senate Roll Call Vote Transcript #494 (Motion to Table Sen. Blue Amendment 2) | https://www.ncleg.gov/Legislation/Votes/RollCallVoteTranscript/2023/S/494 |
| JX021 | Senate Roll Call Vote Transcript #495 (Motion to Table Sen. Blue Amendment 3) | https://www.ncleg.gov/Legislation/Votes/RollCallVoteTranscript/2023/S/495 |
| JX022 | Video of 9/25/2023 Joint Meeting of the House Redistricting and Senate Redistricting and Elections Committees | https://youtu.be/UsNRxddye4o |
| JX023 | Video of 9/26/2023 Joint Meeting of the House Redistricting and Senate Redistricting and Elections Committees | https://youtu.be/MyCnIQidVNs |
| JX024 | Video of 9/27/2023 Joint Meeting of the House Redistricting and Elections Committees | https://youtu.be/aRKA1PhQClA |
| JX025 | Video of 10/19/2023 House Redistricting Committee | https://youtu.be/wciGsfoJAe4 |
| JX026 | Video of 10/19/2023 Senate Redistricting and Elections Committee | https://youtu.be/l5ENSZEBA4w |
| JX027 | Video of 10/23/2023 House Redistricting Committee | https://youtu.be/OwjALlb6wa4 |
| JX028 | Video of 10/23/2023Senate Redistricting and Elections Committee | https://youtu.be/X0CSWX7iV5k |
| JX029 | Video of 10/24/2023 House Redistricting Committee | https://youtu.be/4q5ARI8dwpg |
| JX030 | Video of 10/24/2023 House Rules, Calendar, and Operations of the House (10 am) | https://youtu.be/6JVewnr4X_0 |
| JX031 | Video of 10/24/2023 House Rules, Calendar, and Operations of the House (5:30 pm) | https://youtu.be/t8pVErAQMgw |
| JX032 | Video of 10/24/2023 House Session | https://youtu.be/TCt3S3zh7o8 |

3

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX033 | Video of 10/25/2023 House Redistricting Committee | https://youtu.be/4V-SmftGRwc |
| JX034 | Video of 10/25/2023 House Rules, Calendar, and Operations of the House | https://youtu.be/9Jgq0VxG7dg |
| JX035 | Video of 10/25/2023 House Session | https://youtu.be/YNXZV3GePF8 |
| JX036 | Video of 10/25/2023 Senate Redistricting and Elections Committee | https://youtu.be/oRH0w051nR0 |
| JX037 | 10/24/2023 House Rules, Calendar, and Operations of the House (5:30 pm) Transcript | LD0000174-LD0000184 |
| JX038 | 2023 Congressional Plan Criteria | LD0004145; Barber Suppl. Ex. 7; Hise Ex. 21; https://webservices.ncleg.gov/ViewDocSiteFile/81643 |
| JX039 | Guidance for Drawing State House and Congressional Districts | LD0004478; Springhetti Ex. 6; https://webservices.ncleg.gov/ViewDocSiteFile/87692 |
| JX040 | Senate Bill 756 Bill History | https://www.ncleg.gov/BillLookUp/2023/S756 |
| JX041 | Senate Bill 757 Bill History | https://www.ncleg.gov/BillLookUp/2023/S757 |
| JX042 | Senate Bill 758 Bill History | https://www.ncleg.gov/BillLookUp/2023/S758 |
| JX043 | House Bill 898 Bill History | https://www.ncleg.gov/BillLookUp/2023/H898 |
| JX044 | Email from Rep. Destin Hall to Blake Springhetti sharing "Guidance for Drawing State House and Congressional Districts" and current member residences | LD0004475; Harrison Dep. Ex. 20A; Harrison 00016-00022; Springhetti Dep. Ex. 4 |

4

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX045 | 2023 House Member Residence Address List | LD0004476 |
| JX046 | 9/25/2023 Redraw Process Letter to NCGA | LD0002196—LD0002201 |
| JX047 | 2023 Senate Plan Criteria | Hise Ex. 19; LD0004146; https://webservices.ncleg.gov/ViewDocSiteFile/81635 |
| JX048 | Senate Redistricting Committee Meeting notice for 10/19/2023 meeting updated with maps | LD0002294 |
| JX049 | Senate Redistricting Committee Meeting notice for 10/19/2023 meeting | LD0002202 |
| JX050 | Duke House Groupings | https://webservices.ncleg.gov/ViewDocSiteFile/41063 |
| JX051 | Duke Senate Groupings | https://webservices.ncleg.gov/ViewDocSiteFile/38491 |
| JX052 | 2023 Enacted House Map with Incumbent Residences | https://webservices.ncleg.gov/ViewDocSiteFile/81740 |
| JX053 | 10/18/2023 Senate Notice of Committee Meeting and Bill Sponsor Notice Regarding 10/19/2023 Hearing | LD0003777 |
| JX054 | Legislative Calendar October 2023 | https://www.ncleg.gov/LegislativeCalendar/10/2023 |

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX055 | Legislative Calendar September 2023 | https://www.ncleg.gov/LegislativeCalendar/9/2023 |
| JX056 | 2023 Congressional Member Residence Address List | |
| JX057 | 2023 Senate Member Residence Address List | |
| JX058 | 9/27/2023 Raleigh Public Hearing Transcript | LD0000539—LD0000682 |
| JX059 | 9/26/2023 Hickory Public Hearing Transcript | LD0000436—LD0000538 |
| JX060 | 9/25/2023 Elizabeth City Public Hearing Transcript | LD0000397—LD0000435 |
| JX061 | Raleigh Public Hearing Video, 9/27/2023 | https://www.youtube.com/watch?v=9Q4N4y9MsYo |
| JX062 | 9/26/2023 Hickory Public Hearing Video | https://www.youtube.com/watch?v=MyCnIQidVNs |
| JX063 | 9/25/2023 Elizabeth City Public Hearing Video | https://www.youtube.com/watch?v=UsNRxddye4o |
| JX064 | 9/19/2023 Senate Calendar Notice of Committee Meetings for Elizabeth City, Hickory, and Raleigh Public Hearings | https://calendars.ncleg.gov/CalendarDoc/2023/8601/Senate%20Calendar |

Case 1:23-cv-01057-TDS-JLW    Document 137    Filed 06/06/25    Page 6 of 32

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX065 | Public Comment Portal | Hise Ex. 14; https://www.ncleg.gov/RequestForComments/45 |
| JX066 | House Committee on Redistricting, *Joint Committee Meeting Notice & Bill Sponsor Notification: September 25, 2023*, N.C. House of Reps. | Hise Ex. 12; https://ncleg.gov/Committees/NoticeDocument/6424/Redistricting-(Joint)-400-PM |
| JX067 | NCGA Email Alert of 9/25/2023 Public Comment Session | LD0004748—LD0004749 |
| JX068 | House Committee on Redistricting, *Joint Committee Meeting Notice & Bill Sponsor Notification: September 26, 2023*, N.C. House of Reps. | Hise Ex. 12; https://www.ncleg.gov/Committees/NoticeDocument/6425/Redistricting-(Joint)-400-PM |
| JX069 | NCGA Email Alert of 9/26/2023 Public Comment Session | LD0004745— LD0004746 |
| JX070 | House Committee on Redistricting, *Joint Committee Meeting Notice & Bill Sponsor Notification: September 27, 2023*, N.C. House of Reps | Hise Ex. 12; https://www.ncleg.gov/Committees/NoticeDocument/6426/Redistricting-(Joint)-400-PM |
| JX071 | NCGA Email Alert of 9/27/2023 Public Comment Session | LD0004756— LD0004757 |
| JX072 | Senate Bill 756: Congressional Districts 2023/CBP-5 | https://webservices.ncleg.gov/ViewBillDocument/2023/7468/0/Filed%20-%2011%20x%2017%20Map |
| JX073 | Realign Congressional Districts 2023/CCJ-1 | https://webservices.ncleg.gov/ViewDocSiteFile/81630 |
| JX074 | CCJ-1 StatPack Report | https://webservices.ncleg.gov/ViewDocSiteFile/81632 |

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX075 | Senate Bill 757: Realign Congressional Districts 2023/CST-4 | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2023/SL%202023-145%20Congress%20-%2011%20x%2017%20Map.pdf |
| JX076 | SST-11 Amend and StatPack (Sen. Blue Amendment) | Hise Ex. 52 |
| JX077 | SST-12 Amend and StatPack (Blue Amendment) | Hise Ex. 53 |
| JX078 | S.L. 2023-145, Map of 2023 Congressional Plan | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2023/SL%202023-145%20Congress%20-%2019%20x%2036%20Map.pdf |
| JX079 | S.L. 2023-146, Map of 2023 Senate Plan | Hise Ex. 2; https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2023/SL%202023-146%20Senate%20-%2019%20x%2036%20Map.pdf |
| JX080 | Map of 2023 House Plan | Springhetti Ex. 14; https://www.ncleg.gov/Files/GIS/Plans_Main/House_2023/SL%202023-149%20House%20-%2019%20x%2036%20Map.pdf |
| JX081 | 2023 Congressional Plan StatPack with Race | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2023/SL%202023-145%20Congress%20-%20StatPack2023_RVR_C.pdf |
| JX082 | 2023 House Plan StatPack with Race | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2023/SL%202023-149%20House%20-%20StatPack2023_RVR_H.pdf |
| JX083 | SB 757 (Congressional Plan) - Amendment ATU-44-V-2 (Rep. Quick) | https://webservices.ncleg.gov/ViewBillDocument/2023/7625/0/S757-ATU-44-V-2 |
| JX084 | SB 757 (Congressional Plan) - Amendment ATU-44-V-2 (Rep. Quick) Bill Document; "Congressional Plan 2022"" (omitting bill text reflected in JX083) | https://webservices.ncleg.gov/ViewBillDocument/2023/7625/1/S757-BD-NBC-11572 |

8

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX085 | SB 757 (Congressional Plan) - Amendment ACL-39-V-2 (Sen. Chaudhuri) | https://webservices.ncleg.gov/ViewBillDocument/2023/7561/0/S757-ACL-39-V-2 |
| JX086 | SB 758 (Senate Plan) - AND-23-V-2 (Sen. Mohammed) | https://webservices.ncleg.gov/ViewBillDocument/2023/7559/0/S758-AND-23-V-2 |
| JX087 | SB 758 (Senate Plan) - AND-25-V-2 (Sen. Blue) (Amendment 2) | https://webservices.ncleg.gov/ViewBillDocument/2023/7564/0/S758-AND-25-V-2 |
| JX088 | SB 758 (Senate Plan) - AND-26-V-2 (Sen. Blue) (Amendment 3) | https://webservices.ncleg.gov/ViewBillDocument/2023/7567/0/S758-AND-26-V-2 |
| JX089 | HB 898 (House Plan) - ACL-41-V-2 (Rep. Harrison) | https://webservices.ncleg.gov/ViewBillDocument/2023/7574/0/H898-ACL-41-V-2 |
| JX090 | HB 898 (House Plan) - ACL-41-V-2 (Rep. Harrison) Bill Document; "HBA-3 Amend" (omitting bill text reflected in JX089) | https://webservices.ncleg.gov/ViewBillDocument/2023/7574/1/H898-BD-NBC-11534 |
| JX091 | HB 898 (House Plan) - ATU-42-V-2 (Rep. Reives) | https://webservices.ncleg.gov/ViewBillDocument/2023/7577/0/H898-ATU-42-V-2 |
| JX092 | HB 898 (House Plan) - ATU-42-V-2 (Rep. Reives) Bill Document; "HCM-6 Amend2" (omitting bill text reflected in JX091) | https://webservices.ncleg.gov/ViewBillDocument/2023/7577/1/H898-BD-NBC-11537 |
| JX093 | HB 898 (House Plan) - Amendment 3 (Rep. Stevens) | https://webservices.ncleg.gov/ViewBillDocument/2023/7573/0/H898-ABR-81-V-2 |
| JX094 | HB 898 (House Plan) - Amendment 3 (Rep. Stevens) Bill Document; "HBA-5 Amend" | https://webservices.ncleg.gov/ViewBillDocument/2023/7573/1/H898-BD-NBC-11533, Page 1 |
| JX095 | HB 898 (House Plan) - ATU-41-V-3 (Rep. Harrison) | https://webservices.ncleg.gov/ViewBillDocument/2023/7575/0/H898-ATU-41-V-3 |
| JX096 | HB 898 (House Plan) - ATU-41-V-3 (Rep. Harrison) Bill Document; "HCH-9 Amend" | https://webservices.ncleg.gov/ViewBillDocument/2023/7575/1/H898-BD-NBC-11535, Page 1 |
| JX097 | HB 898 (House Plan) - ACL-42-V-2 (Rep. Harrison) | https://webservices.ncleg.gov/ViewBillDocument/2023/7576/0/H898-ACL-42-V-2 |

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX098 | HB 898 (House Plan) - ACL-42-V-2 (Rep. Harrison) Bill Document; "HCM-5 Amend" (removing bill text reflected in JX097 and removing stat pack) | https://webservices.ncleg.gov/ViewBillDocument/2023/7576/1/H898-BD-NBC-11536, Page 1 |
| JX099 | SB 758 (Senate Plan) - First Edition (SCJ-1) | https://webservices.ncleg.gov/ViewDocSiteFile/81624 |
| JX100 | SB 756, "Congressional Districts 2023/CBP-5" | https://webservices.ncleg.gov/ViewDocSiteFile/81626 |
| JX101 | CBP-5 First Edition StatPack | https://webservices.ncleg.gov/ViewDocSiteFile/81629 |
| JX102 | CBP-5 StatPack Report w Race, https://webservices.ncleg.gov/ViewBillDocument/2023/7492/0/Filed%20-%20StatPack%20Report%20w%20Race | |
| JX103 | SB 758 (Senate Plan) - PCS 45382-ST-57 | https://webservices.ncleg.gov/ViewBillDocument/2023/7518/0/S758-PCS45382-ST-57 |
| JX104 | SB 757 (Congressional Plan) - PCS 45380-BK-42 (CST-4) | https://webservices.ncleg.gov/ViewBillDocument/2023/7509/0/S757-PCS45380-BK-42 |
| JX105 | HB 898 (House Plan) - PCS 40522-MT-1 | https://webservices.ncleg.gov/ViewBillDocument/2023/7535/0/H898-PCS40522-MT-1 |
| JX106 | SB 757 (Congressional Plan) - First Edition (CCJ-1) | https://webservices.ncleg.gov/ViewBillDocument/2023/7448/0/DRS45378-ST-63 |
| JX107 | Realign Congressional Districts 2023/CCJ-1 - First Edition | https://webservices.ncleg.gov/ViewDocSiteFile/81631 |
| JX108 | CCJ-1 data file | LD_MAP_001800-02 |
| JX109 | Realign NC Senate Districts 2023/SCJ-1 - First Edition | https://webservices.ncleg.gov/ViewDocSiteFile/81622 |
| JX110 | SCJ-1 First Edition StatPack | https://webservices.ncleg.gov/ViewDocSiteFile/81623 |
| JX111 | SCJ-1 data | LD_MAP_000203-04 |

10

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX112 | HB 898 (House Plan) - First Edition (HST-2) | Springhetti Ex. 12; https://webservices.ncleg.gov/ViewDocSiteFile/81604 |
| JX113 | House Redistricting Plan 2023/HST-2 - First Edition | https://webservices.ncleg.gov/ViewDocSiteFile/81609 |
| JX114 | HST-2 First Edition StatPack | https://webservices.ncleg.gov/ViewDocSiteFile/81607 |
| JX115 | HST-2 data file | https://webservices.ncleg.gov/ViewDocSiteFile/81610 |
| JX116 | Congressional Districts 2023/CBP-5 | https://webservices.ncleg.gov/ViewDocSiteFile/81628 |
| JX117 | CBP-5 Block Assignment | https://webservices.ncleg.gov/ViewBillDocument/2023/7471/0/Filed%20-%20Block%20Assignment%20File |
| JX118 | SCJ-1 Draft Created (Senate Map) | Hise Ex. 47; LD_MAP_000202 |
| JX119 | SCJ-1 StatPack | Hise Ex. 47 (excerpts); LD_MAP_000205-442 |
| JX120 | CST-3 | LD_MAP_002500 |
| JX121 | CST-3 StatPack | LD_MAP_002503-2608 |
| JX122 | CCL-1 | LD_MAP_001985 |
| JX123 | CCL-1 StatPack | LD_MAP_001988-2169 |
| JX124 | CCJ-1 | Hise Ex. 42; LD_MAP_001799 |
| JX125 | CCJ-1 StatPack | Hise Ex. 42; LD_MAP_001803-1984 |
| JX126 | CDs 005 baf | LD_MAP_002610 |
| JX127 | CCH-4 | Hise Ex. 40; LD_MAP_001614 |
| JX128 | CCH-4 StatPack | LD_MAP_001617-1798 |
| JX129 | STU-1 | Hise Ex. 45; LD_MAP_000682 |
| JX130 | STU-1 StatPack | Hise Ex. 45; LD_MAP_000685-920 |

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX131 | SST-3 | LD_MAP_000443 |
| JX132 | SST-3 StatPack | LD_MAP_000446-681 |
| JX133 | CCC-1 | Hise Ex. 39; LD_MAP_001611 |
| JX134 | CCC-2 | LD_MAP_001612 |
| JX135 | CST-2 | Hise Ex. 41; LD_MAP_002499 |
| JX136 | SCH-1 | LD_MAP_000200 |
| JX137 | SCH-2 | LD_MAP_000201 |
| JX138 | CBR-1 (Mecklenburg) | LD_MAP_001606 |
| JX139 | CBR-2 | LD_MAP_001607 |
| JX140 | CBR-3 | LD_MAP_001608 |
| JX141 | CBR-5 | LD_MAP_001609 |
| JX142 | CMT-1 | Hise Ex. 37; LD_MAP_002171 |
| JX143 | CMT-1 StatPack | Hise Ex. 37; LD_MAP_002174-002333 |
| JX144 | CMT-2 | Hise Ex. 38; LD_MAP_002334 |
| JX145 | CMT-2 StatPack | Hise Ex. 38; LD_MAP_002337-2498 |
| JX146 | SCC-1 | Hise Ex. 44; LD_MAP_000001 |
| JX147 | SCC-1 StatPack | Hise Ex. 44; LD_MAP_000004-199 |
| JX148 | CCM-1 | Hise Ex. 36; LD_MAP_002170 |
| JX149 | 2023 Senate Plan StatPack with Race | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2023/SL%202023-146%20Senate%20-%20StatPack2023_RVR_S.pdf |

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX150 | SCM-1 | Hise Ex. 43; LD_MAP_000921 |
| JX151 | CCH-1 | Hise Ex. 33; LD_MAP_001613 |
| JX152 | CTE-1 | Hise Ex. 35; LD_MAP_002609 |
| JX153 | CDs 003 | LD_MAP_002610 |
| JX154 | CDs 003 v2 | LD_MAP_002610 |
| JX155 | CBA-2 | LD_MAP_000922-924 |
| JX156 | CBA-2 StatPack | LD_MAP_000925-1090 |
| JX157 | CBK-2 | LD_MAP_001091 |
| JX158 | CBK-2 StatPack | LD_MAP_001094-1255 |
| JX159 | CBW-1 | LD_MAP_001610 |
| JX160 | CBP-4 | LD_MAP_001420 |
| JX161 | CBP-5 | Hise Ex. 30; LD_MAP_001421 |
| JX162 | CBP-5 StatPack | Hise Ex. 30 (excerpts); LD_MAP_001425-1604 |
| JX163 | CBP-5 Data file | LD_MAP_001422-24 |
| JX164 | CBP-6 | Hise Ex. 31; LD_MAP_001605 |
| JX165 | CBP-1 | Hise Ex. 28; LD_MAP_1256 |
| JX166 | CBP-1 StatPack | Hise Ex. 28 (excerpts); LD_MAP_001259-1418 |
| JX167 | CBP-1 data file | LD_MAP_001257-58 |
| JX168 | CBP-2 | LD_MAP_001419 |

Case 1:23-cv-01057-TDS-JLW    Document 137    Filed 06/06/25    Page 13 of 32

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX169 | SL 2023-146 Data file | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2023/SL%202023-146%20Senate%20-%20Block%20Assignment%20File.zip |
| JX170 | SL 2023-149 Data file | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2023/SL%202023-149%20House%20-%20Block%20Assignment%20File.zip |
| JX171 | SL 2023-145 Data file | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2023/SL%202023-145%20Congress%20-%20Block%20Assignment%20File.zip |
| JX172 | CBK-2 Data file | LD_MAP_001092-93 |
| JX173 | STU-1 Data file | LD_MAP_000683-84 |
| JX174 | guilford v2 Data file | LD_MAP_002610 (Blake Springhetti Backup) |
| JX175 | HDs 005 baf Data file | LD_MAP_002610 (Blake Springhetti Backup) |
| JX176 | $R85PEKP Data file | LD_MAP_002610 (Blake Springhetti Backup) |
| JX177 | Meck v2 Data file | LD_MAP_002610 (Blake Springhetti Backup) |
| JX178 | CCL-1 Data file | LD_MAP_001986-87 |
| JX179 | CST-3 Data file | LD_MAP_002501-02 |
| JX180 | SST-3 Data file | LD_MAP_000444-45 |
| JX181 | CCH-4 Data file | LD_MAP_001615-16 |
| JX182 | SCC-1 Data file | LD_MAP_000002-03 |
| JX183 | CMT-2 Data file | LD_MAP_002335-36 |
| JX184 | CMT-1 Data file | LD_MAP_002172-73 |

Case 1:23-cv-01057-TDS-JLW    Document 137    Filed 06/06/25    Page 14 of 32

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX185 | SL 2022-2 Data file | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2022/SL%202022-2%20Senate%20-%20Block%20Assignment%20File.zip |
| JX186 | SL 2022-3 Data file | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022/SL%202022-3%20Congress%20-%20Block%20Assignment%20File.zip |
| JX187 | SL 2022-4 Data file | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2022/SL%202022-4%20House%20-%20Block%20Assignment%20File.zip |
| JX188 | SL 2021-175 Data file | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2021/SL%202021-175%20House%20-%20Block%20Assignment%20File.zip |
| JX189 | 2022 Interim Data file | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022_Court/2022%20Interim%20Congressional%20-%20Block%20Assignment%20File.zip |
| JX190 | 2021-173 Data file | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2021/SL%202021-173%20Senate%20-%20Block%20Assignment%20File.zip |
| JX191 | 2021-174 Data file | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2021/SL%202021-174%20Congress%20-%20Block%20Assignment%20File.zip |
| JX192 | House Bill 898/SL 2023-149 | https://www.ncleg.gov/Sessions/2023/Bills/House/PDF/H898v5.pdf |
| JX193 | House Bill 898/SL 2023-149; Enacted Map 11x17 | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2023/SL%202023-149%20House%20-%2011%20x%2017%20Map.pdf |
| JX194 | House Bill 898/SL 2023-149; Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2023/SL%202023-149%20House%20-%20Compactness%20Report.pdf |

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX195 | House Bill 898/SL House 2023-149.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2023/SL%202023-149%20House%20-%20Shapefile.zip |
| JX196 | House Committee 10-23-2023 H898 Amendment HBA-1 | https://webservices.ncleg.gov/ViewDocSiteFile/81695 |
| JX197 | House Committee 10-23-2023 H898 Amendment HST-5 Amend | https://webservices.ncleg.gov/ViewDocSiteFile/81694 |
| JX198 | House Committee 10-23-2023 H898 Amendment HCC-3 Amend | https://webservices.ncleg.gov/ViewDocSiteFile/81692 |
| JX199 | House Committee 10-23-2023 H898 Amendment HCC-4 Amend | https://webservices.ncleg.gov/ViewDocSiteFile/81691 |
| JX200 | House Committee 10-23-2023 H898 Amendment HCH-8 | https://webservices.ncleg.gov/ViewDocSiteFile/81693 |
| JX201 | Senate Bill 758/SL 2023-146 Bill Text | https://www.ncleg.gov/Sessions/2023/Bills/Senate/PDF/S758v4.pdf |
| JX202 | Senate Bill 758/SL 2023-146 Enacted Map 11 x 17 | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2023/SL%202023-146%20Senate%20-%2011%20x%2017%20Map.pdf |
| JX203 | Senate Bill 758/SL 2023-146 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2023/SL%202023-146%20Senate%20-%20Compactness%20Report.pdf |
| JX204 | SL Senate 2023-146.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2023/SL%202023-146%20Senate%20-%20Shapefile.zip |
| JX205 | Senate Committee 10-23-2023 S758 Amendment SCM-2 Amend | https://webservices.ncleg.gov/ViewDocSiteFile/81671 |
| JX206 | Senate Committee 10-23-2023 S758 Amendment SCM-1 Amend | https://webservices.ncleg.gov/ViewDocSiteFile/81668 |
| JX207 | Senate Committee 10-19-2023 S758 Amendment Realign NC Senate Districts SCJ-1 - 11 X 17 Map | https://webservices.ncleg.gov/ViewDocSiteFile/81660 |
| JX208 | Senate Committee 10-19-2023 S758 Amendment Realign NC Senate Districts SCJ-1 StatPack2023_S | https://webservices.ncleg.gov/ViewDocSiteFile/81662 |
| JX209 | Senate Committee 10-19-2023 Senate Plan Criteria | https://webservices.ncleg.gov/ViewDocSiteFile/81644 |

16

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX210 | Senate Bill 757/SL 2023-145 Bill Text | https://www.ncleg.gov/Sessions/2023/Bills/Senate/PDF/S757v4.pdf |
| JX211 | Senate Bill 757/SL 2023-145 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2023/SL%202023-145%20Congress%20-%20Compactness%20Report.pdf |
| JX212 | SL 2023-145.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2023/SL%202023-145%20Congress%20-%20Shapefile.zip |
| JX213 | Senate Committee 10-19-2023 S757 Amendment CCJ-1 Bill Text | https://webservices.ncleg.gov/ViewDocSiteFile/81625 |
| JX214 | Senate Committee 10-19-2023 S757 Amendment CCJ-1 - 11 x 17 Map | https://webservices.ncleg.gov/ViewDocSiteFile/81630 |
| JX215 | Senate Committee 10-23-2023 S757 Amendment CST-3 | https://webservices.ncleg.gov/ViewDocSiteFile/81667 |
| JX216 | Senate Bill 756/CBP-5 Bill Text | https://www.ncleg.gov/Sessions/2023/Bills/Senate/PDF/S756v1.pdf |
| JX217 | SL 2022-3 Congress (2022 Remedial Congressional Plan) | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022/SL%202022-3%20Congress%20-%2011%20x%2017%20Map.pdf |
| JX218 | 2022 Interim Congressional Map | Springhetti Ex. 16; Hise Ex. 56; https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022_Court/2022%20Interim%20Congressional%20-%2011%20x%2017%20Map.pdf |
| JX219 | 2022 Interim Congressional Map StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022_Court/2022%20Interim%20Congressional%20-%20StatPack2022_C.pdf |
| JX220 | S.L. 2022-4 StatPack | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2022/SL%202022-4%20House%20-%20StatPack2022_H.pdf |
| JX221 | S.L. 2022-2 Senate | Hise Ex. 3; https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2022/SL%202022-2%20Senate%20-%2011%20x%2017%20Map.pdf |

Case 1:23-cv-01057-TDS-JLW    Document 137    Filed 06/06/25    Page 17 of 32

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX222 | S.L. 2021-175 StatPack | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2021/SL%202021-175%20House%20-%20StatPack%20Report.pdf |
| JX223 | S.L. 2021-173 Senate | Hise Ex. 4; https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2021/SL%202021-173%20Senate%20-%2011%20x%2017%20Map.pdf |
| JX224 | Criteria Adopted by the House Committee on Redistricting and Senate Committee on Redistricting and Elections (Aug. 12, 2021) | Hise Ex. 20; https://webservices.ncleg.gov/ViewDocSiteFile/38467 |
| JX225 | HB 1029 3rd Edition | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2019/HB1029%203rd%20Edition%20-%2011x17_Map.pdf |
| JX226 | Rucho-Lewis Congress 3 | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2011/mapSimple.pdf |
| JX227 | Congress Zero Deviation | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2001/mapSimple.pdf |
| JX228 | S.L. 2021-175 ("House Redistricting Plan 2021/HSA-9") Bill History | https://www.ncleg.gov/BillLookUp/2021/H976 |
| JX229 | S.L. 2021-173 ("Senate Redistricting Plan 2021/SBK-7") Bill History | https://www.ncleg.gov/BillLookUp/2021/S739 |
| JX230 | S.L. 2021-174 ("Congressional Redistricting Plan 2021/CST-13") Bill History | https://www.ncleg.gov/BillLookUp/2021/S740 |
| JX231 | S.L. 2022-4 House Map | https://webservices.ncleg.gov/ViewBillDocument/2021/53787/0/SL%202022-4%20-%2011%20x%2017%20Map |
| JX232 | S.L. 2021-174 Congressional Map | https://webservices.ncleg.gov/ViewBillDocument/2021/53440/0/SL%202021-174%20-%2011%20x%2017%20Map |
| JX233 | S.L. 2021-175 House Map | https://webservices.ncleg.gov/ViewBillDocument/2021/53424/0/SL%202021-175%20-%2011%20x%2017%20Map |
| JX234 | 11/1/21 Audio of Senate Committee Hearing | https://webservices.ncleg.gov/ViewDocSiteFile/35152 |

18

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX235 | Senate Committee on Redistricting and Elections Agenda (Webex) | https://webservices.ncleg.gov/ViewDocSiteFile/38495 |
| JX236 | Senate Committee on Redistricting and Elections Agenda (In-Person Comments) | https://webservices.ncleg.gov/ViewDocSiteFile/38494 |
| JX237 | Senate Committee on Redistricting and Elections Agenda (Webex) | https://webservices.ncleg.gov/ViewDocSiteFile/38493 |
| JX238 | Senate Committee on Redistricting and Elections Agenda (In-Person Comments) | https://webservices.ncleg.gov/ViewDocSiteFile/38492 |
| JX239 | Senate Announcement re: Public Mapdrawing | https://calendars.ncleg.gov/CalendarDoc/2021/7394/Senate%20Calendar |
| JX240 | 9/14/21 Elizabeth City Public Hearing | https://webservices.ncleg.gov/ViewDocSiteFile/35090 |
| JX241 | 2021 Joint Public Hearing Schedule | https://webservices.ncleg.gov/ViewDocSiteFile/38541 |
| JX242 | 8/12/2021 Committee (Joint) | https://youtu.be/gSm2OhE7Slk?si=oD8a4ZwUV0ou4o3 |
| JX243 | 8/17/2021 Senate Calendar for Legislative Day 116 | https://calendars.ncleg.gov/CalendarDoc/2021/7232/Senate%20Calendar |
| JX244 | 8/5/2021 House Committee on Redistricting Agenda | https://webservices.ncleg.gov/ViewDocSiteFile/41036 |
| JX245 | 8/5/2021 Senate Calendar for Legislative Day 110 | https://calendars.ncleg.gov/CalendarDoc/2021/7203/Senate%20Calendar |
| JX246 | 9/16/2019 Senate Calendar for Legislative Day 127 | https://calendars.ncleg.gov/CalendarDoc/2019/5214/Senate%20Calendar |
| JX247 | 8/22/2017 Redistricting Public Hearing Sites | https://webservices.ncleg.gov/ViewDocSiteFile/45803 |
| JX248 | 2/19/2016 House Calendar for 2nd Legislative Day, Extra Session | https://webservices.ncleg.gov/ViewDocSiteFile/54147 |
| JX249 | 2016 Contingent Congressional Plan – Corrected | https://www.ncleg.gov/Files/GIS/ReferenceDocs/2016/2016_Contingent_Congressional_Plan_-_Corrected.pdf |

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX250 | 2011 Lewis-Dollar-Dockham 4 (Lewis-Dollar-Dockham 3, as amended) | https://www.ncleg.gov/Files/GIS/Plans_Process2011/House/Lewis-Dollar-Dockham_4.pdf |
| JX251 | 2011 Rucho Senate 2 | https://www.ncleg.gov/Files/GIS/Plans_Process2011/Senate/Rucho_Senate_2.pdf |
| JX252 | 2011 Congress Zero Deviation | https://www.ncleg.gov/Files/GIS/Plans_Process2011/Congress/Congress_ZeroDeviation.pdf |
| JX253 | 3/30/2011 Senate Calendar for Legislative Day 37 | https://webservices.ncleg.gov/ViewDocSiteFile/55304 |
| JX254 | 11/8/2001 Corrected House Calendar for 164th Legislative Day | https://webservices.ncleg.gov/ViewDocSiteFile/52878 |
| JX255 | 8/27/2001 Senate Calendar for Legislative Day 123 | https://webservices.ncleg.gov/ViewDocSiteFile/54428 |
| JX256 | 4/30/2011 House Calendar for 55th Legislative Day | https://webservices.ncleg.gov/ViewDocSiteFile/52768 |
| JX257 | February 2016 Legislative Calendar | Hise Ex. 15; https://www.ncleg.gov/LegislativeCalendar/2/2016 |
| JX258 | 2011 Redistricting Public Hearing Sites List | https://www.ncleg.gov/Legislation/SupplementalDocs/2011/publichearings/redistricting |
| JX259 | September 2021 Legislative Calendar | https://www.ncleg.gov/LegislativeCalendar/9/2021 |
| JX260 | 2011 Redistricting Public Hearing Sites Map | Hise Ex. 15; https://www.ncleg.gov/Files/GIS/ReferenceDocs/2011/2011%20Public%20Hearing%20Site%20Map.pdf |
| JX261 | S.L. 2011-404 ("Lewis-Dollar-Dockham 3") Bill History | https://www.ncleg.gov/BillLookUp/2011/H937 |
| JX262 | S.L. 2011-402 ("Rucho Senate 2") Bill History | https://www.ncleg.gov/BillLookUp/2011/S455 |
| JX263 | S.L. 2011-403 ("Rucho-Lewis Congress 3") Bill History | https://www.ncleg.gov/BillLookUp/2011/S453 |

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX264 | 2001 Redistricting Public Hearing Sites | Hise Ex. 15; https://www.ncleg.gov/Files/GIS/ReferenceDocs/2011/2001%20Public%20Hearing%20Site%20Map.pdf |
| JX265 | S.L. 2001-479 ("Congress Zero Deviation") Bill History | https://www.ncleg.gov/BillLookUp/2001/H32 |
| JX266 | S.L. 2001-459 ("House Redistricting - Sutton Plan 2") Bill History | https://www.ncleg.gov/BillLookUp/2001/H1025 |
| JX267 | S.L. 2001-458 ("Senate Redistricting - 1C") Bill History | https://www.ncleg.gov/BillLookUp/2001/S798 |
| JX268 | 98 Congressional Plan A | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_1998/mapSimple.pdf |
| JX269 | 97 House/Senate Plan A | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_1997/mapSimple.pdf |
| JX270 | 1992 Congressional Base Plan #10 | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_1992/mapSimple.pdf |
| JX271 | House Bill 980/SL 2022-4 Bill Lookup | https://www.ncleg.gov/BillLookUp/2021/H980 |
| JX272 | House Bill 980/SL 2022-4 Text | https://www.ncleg.gov/Sessions/2021/Bills/House/PDF/H980v5.pdf |
| JX273 | House Bill 980/SL 2022-4 11 x 17 Map | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2022/SL%202022-4%20House%20-%2011%20x%2017%20Map.pdf |
| JX274 | House Bill 980/SL 2022-4 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2022/SL%202022-4%20House%20-%20Compactness%20Report.pdf |
| JX275 | House Bill 980/SL 2022-4 SL 2022-4.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2022/SL%202022-4%20House%20-%20Shapefile.zip |
| JX276 | Senate Bill 744/SL 2022-2 Bill Lookup | https://www.ncleg.gov/BillLookUp/2021/S744 |
| JX277 | Senate Bill 744/SL 2022-2 Bill Text | https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S744v4.pdf |
| JX278 | Senate Bill 744/SL 2022-2 StatPack | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2022/SL%202022-2%20Senate%20-%20StatPack2022_S.pdf |

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX279 | Senate Bill 744/SL 2022-2 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2022/SL%202022-2%20Senate%20-%20Compactness%20Report.pdf |
| JX280 | SL 2022-2.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2022/SL%202022-2%20Senate%20-%20Shapefile.zip |
| JX281 | Court-Ordered 2022 Interim Congressional Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022_Court/2022%20Interim%20Congressional%20-%20Compactness%20Report.pdf |
| JX282 | Court-Ordered 2022 Interim Congressional.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022_Court/2022%20Interim%20Congressional%20-%20Shapefile.zip |
| JX283 | Senate Bill 745/SL 2022-3 Bill Lookup | https://www.ncleg.gov/BillLookUp/2021/S745 |
| JX284 | Senate Bill 745/SL 2022-3 Bill Text | https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S745v4.pdf |
| JX285 | Senate Bill 745/SL 2022-3 StatPack | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022/SL%202022-3%20Congress%20-%20StatPack2022_C.pdf |
| JX286 | Senate Bill 745/SL 2022-3 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022/SL%202022-3%20Congress%20-%20Compactness%20Report.pdf |
| JX287 | SL 2022-3.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2022/SL%202022-3%20Congress%20-%20Shapefile.zip |
| JX288 | 2022 Special Master StatPack | http://www2.nccourts.org/misc/22-02-23-Special-Masters-Materials-Supplement.zip |
| JX289 | House Bill 976/SL 2021-175 Bill Text | https://www.ncleg.gov/Sessions/2021/Bills/House/PDF/H976v5.pdf |
| JX290 | House Bill 976/SL 2021-175 11 x 17 Map | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2021/SL%202021-175%20House%20-%2011%20x%2017%20Map.pdf |

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX291 | House Bill 976/SL 2021-175 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2021/SL%202021-175%20House%20-%20Compactness%20Report.pdf |
| JX292 | SL 2021-175 House.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2021/SL%202021-175%20House%20-%20Shapefile.zip |
| JX293 | Senate Bill 739/SL 2021-173 Bill Text | https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S739v4.pdf |
| JX294 | Senate Bill 739/SL 2021-173 StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2021/SL%202021-173%20Senate%20-%20StatPack%20Report.pdf |
| JX295 | Senate Bill 739/SL 2021-173 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2021/SL%202021-173%20Senate%20-%20Compactness%20Report.pdf |
| JX296 | 2021-173 Senate.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2021/SL%202021-173%20Senate%20-%20Shapefile.zip |
| JX297 | Senate Bill 740/2021-174 Bill Text | https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S740v3.pdf |
| JX298 | Senate Bill 740/2021-174 11 x 17 Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2021/SL%202021-174%20Congress%20-%2011%20x%2017%20Map.pdf |
| JX299 | Senate Bill 740/2021-174 StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2021/SL%202021-174%20Congress%20-%20StatPack%20Report.pdf |
| JX300 | Senate Bill 740/2021-174 Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2021/SL%202021-174%20Congress%20-%20Compactness%20Report.pdf |
| JX301 | SL 2021-174 Congress.shp | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2021/SL%202021-174%20Congress%20-%20Shapefile.zip |

23

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX302 | 2020 House Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2019/HB%201020%20H%20Red%20Comm%20CSBK-25_11x17.pdf |
| JX303 | 2020 House Election Districts Map StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2019/HB%201020%20H%20Red%20Comm%20CSBK-25_StatPack.pdf |
| JX304 | 2020 House Election Districts Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2019/HB%201020%20H%20Red%20Comm%20CSBK-25_Compactness_Report.pdf |
| JX305 | 2020 Senate Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2019/Senate%20Consensus%20Nonpartisan%20Map%20v3_11x17.pdf |
| JX306 | 2020 Senate Election Districts Map Combined Reports | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2019/Senate%20Consensus%20Nonpartisan%20Map%20v3%20Combined%20Reports.pdf |
| JX307 | 2020 Congressional Election Districts StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2019/HB1029%203rd%20Edition%20-%20StatPack_Report.pdf |
| JX308 | 2020 Congressional Election Districts Compactness Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2019/HB1029%203rd%20Edition%20-%20Compactness_Report.pdf |
| JX309 | 2018 House Election Districts Map (Court-Ordered) | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2018_Court/2018%20House%20Election%20Districts_11x17.pdf |
| JX310 | 2018 Senate Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2018_Court/2018%20Senate%20Election%20Districts%2011x17.pdf |
| JX311 | 2018 Senate Election Districts StatPack Reports | https://www.ncleg.gov/Files/GIS/Special_Master/Special%20Master%20Stat%20Pack.pdf |
| JX312 | 2018 House Election Districts StatPack Reports | https://www.ncleg.gov/Files/GIS/Special_Master/Special%20Master%20Stat%20Pack.pdf |
| JX313 | 2017 House Redistricting Plan A2 (HB 927 3rd Ed. Combined (4)) | https://www.ncleg.gov/BillLookUp/2017/H927 |
| JX314 | 2017 Senate Floor Redistricting Plan - 4th Ed (S691 4th Ed. Combined (1)) | https://www.ncleg.gov/BillLookUp/2017/S691 |

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX315 | 2017 House and Senate Plans Criteria | |
| JX316 | 2016-2018 Congressional Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2016/mapSimple.pdf |
| JX317 | 2016-2018 Congressional Election Districts StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2016/rptStatPack2016.pdf |
| JX318 | 2016-2018 Congressional Election Districts Split VTD Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2016/rptSplitVTD.pdf |
| JX319 | 2016-2018 Congressional Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2016/rptDandC.pdf |
| JX320 | 2016-2018 Congressional Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2016/rptDandM.pdf |
| JX321 | 2016 Adopted Joint Redistricting Criteria | https://www.ncleg.gov/Files/GIS/ReferenceDocs/2016/CCP16_Adopted_Criteria.pdf |
| JX322 | 2012-2016 House Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2011/mapGrouping.pdf |
| JX323 | 2012-2016 House Election Districts StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2011/rptStatPack.pdf |
| JX324 | 2012-2016 House Election Districts Split VTD Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2011/rptSplitVTD.pdf |
| JX325 | 2012-2016 House Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2011/rptDandC.pdf |
| JX326 | 2012-2016 House Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2011/rptDandM.pdf |
| JX327 | 2012-2016 Senate Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2011/mapGrouping.pdf |
| JX328 | 2012-2016 Senate Election Districts StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2011/rptStatPack.pdf |
| JX329 | 2012-2016 Senate Election Districts Split VTD Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2011/rptSplitVTD.pdf |

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX330 | 2012-2016 Senate Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2011/rptDandC.pdf |
| JX331 | 2012-2016 Senate Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2011/rptDandM.pdf |
| JX332 | 2012-2014 Congressional Election Districts StatPack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2011/rptStatPack.pdf |
| JX333 | 2012-2014 Congressional Election Districts Split VTD Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2011/rptSplitVTD.pdf |
| JX334 | 2012-2014 Congressional Election Districts Split County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2011/rptDandC.pdf |
| JX335 | 2012-2014 Congressional Election Districts Split Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2011/rptDandM.pdf |
| JX336 | 2009 House Election Districts | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2009/mapSimple.pdf |
| JX337 | 2009 House Election Districts Stat Pack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2009/rptStatPack.pdf |
| JX338 | 2009 House Election Districts Split Precinct Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2009/rptSplitVTD.pdf |
| JX339 | 2009 House Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2009/rptDandC.pdf |
| JX340 | 2009 House Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2009/rptDandM.pdf |
| JX341 | 2004-2008 House Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2003/mapSimple.pdf |
| JX342 | 2004-2008 House Election Districts Stat Pack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2003/rptStatPack.pdf |
| JX343 | 2004-2008 House Election Districts Split Precinct Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2003/rptSplitVTD.pdf |
| JX344 | 2004-2008 House Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2003/rptDandC.pdf |

26

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX345 | 2004-2008 House Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/House_2003/rptDandM.pdf |
| JX346 | 2004-2008 Senate Election Districts Map | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2003/mapSimple.pdf |
| JX347 | 2004-2008 Senate Election Districts Stat Pack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2003/rptStatPack.pdf |
| JX348 | 2004-2008 Senate Election Districts Split Precinct Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2003/rptSplitVTD.pdf |
| JX349 | 2004-2008 Senate Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2003/rptDandC.pdf |
| JX350 | 2004-2008 Senate Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Senate_2003/rptDandM.pdf |
| JX351 | 2002-2010 Congressional Election Districts Stat Pack Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2001/rptStatPack.pdf |
| JX352 | 2002-2010 Congressional Election Districts Split Precinct Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2001/rptSplitVTD.pdf |
| JX353 | 2002-2010 Congressional Election Districts County Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2001/rptDandC.pdf |
| JX354 | 2002-2010 Congressional Election Districts Municipal Report | https://www.ncleg.gov/Files/GIS/Plans_Main/Congress_2001/rptDandM.pdf |
| JX355 | Bernard Grofman, Lisa Handley, and David Lublin, *Drawing Effective Minority Districts: A Conceptual Framework and Some Empirical Evidence*, N.C. Law Review (June 1, 2001) | Alford Suppl. Ex. 4 |
| JX356 | 2023 Senate Demographics | Bagley Corrected Expert Report dated November 4, 2024; https://webservices.ncleg.gov/ViewDocSiteFile/72728. |
| JX357 | 2021-22 State House Representatives List | https://webservices.ncleg.gov/ViewDocSiteFile/8107 |
| JX358 | 2021-22 State Senate Representatives List | https://webservices.ncleg.gov/ViewDocSiteFile/6210 |

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX359 | North Carolina General Assembly, 2023 House Demographics, | Bagley Corrected Expert Report dated November 4, 2024; https://webservices.ncleg.gov/ViewDocSiteFile/72731 |
| JX360 | North Carolina Black Alliance, "North Carolina Black Elected Officials by County; Boards of Election lists of county officials | Bagley Corrected Expert Report dated November 4, 2024; https://ncblackalliance.org/about-us/ (last accessed Nov. 1, 2024) |
| JX361 | 2023 Senate Committees by Member | https://webservices.ncleg.gov/ViewDocSiteFile/72744 |
| JX362 | Filed Version of H.B. 259 (N.C. Mar. 2, 2023) | https://webservices.ncleg.gov/ViewBillDocument/2023/1186/0/DRH10127-MHa-59 |
| JX363 | 2024 General Election Turnout | https://www.ncsbe.gov/results-data/voter-turnout/2024-general-election-turnout |
| JX364 | 2022 State House Electoral Results | https://er.ncsbe.gov/?election_dt=11/08/2022&county_id=0&office=NCH&contest=0 |
| JX365 | 2022 State Senate Electoral Results | https://er.ncsbe.gov/?election_dt=11/08/2022&county_id=0&office=NCS&contest=0 |
| JX366 | 2022 Congressional Electoral Results | https://er.ncsbe.gov/?election_dt=11/08/2022 |
| JX367 | 2024 State House Electoral Results | https://er.ncsbe.gov/?election_dt=11/05/2024&county_id=0&office=NCH&contest=0 |
| JX368 | 2024 State Senate Electoral Results | https://er.ncsbe.gov/?election_dt=11/05/2024&county_id=0&office=NCS&contest=0 |
| JX369 | 2024 Congressional Electoral Results | https://er.ncsbe.gov/?election_dt=11/05/2024&county_id=0&office=FED&contest=0 |
| JX370 | "North Carolina African-American Legislators, 1969–2025," North Carolina General Assembly | https://sites.ncleg.gov/library/wp-content/uploads/sites/5/2023/03/African-Americans.pdf |
| JX371 | 2025 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/91583 |
| JX372 | 2025 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/91593 |
| JX373 | 2019 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/7886 |
| JX374 | 2019 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6186 |

| Joint Exhibit Number | Exhibit Description | Document Identifier/References |
|---|---|---|
| JX375 | 2017 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/7673 |
| JX376 | 2017 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6166 |
| JX377 | 2015 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/7453 |
| JX378 | 2015 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6142 |
| JX379 | 2013 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6802 |
| JX380 | 2013 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6109 |
| JX381 | 2011 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6630 |
| JX382 | 2011 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6084 |
| JX383 | 2009 House Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6455 |
| JX384 | 2009 Senate Demographics | https://webservices.ncleg.gov/ViewDocSiteFile/6065 |
| JX385 | Printout of NAACP website page "Become a Member" | Maxwell 5 |
| JX386 | NAACP website page "Become a Member" | Maxwell 11 |
| JX387 | CCJ-1 First Edition StatPack Report with Race | https://webservices.ncleg.gov/ViewBillDocument/2023/7491/0/Filed%20-%20StatPack%20Report%20w%20Race |
| JX388 | SCJ-1 First Edition StatPack Report with Race | https://webservices.ncleg.gov/ViewBillDocument/2023/7490/0/Filed%20-%20StatPack%20Report%20w%20Race |
| JX389 | HST-2 First Edition StatPack Report with Race | https://webservices.ncleg.gov/ViewBillDocument/2023/7493/0/Filed%20-%20StatPack%20Report%20w%20Race |

Dated: June 6, 2025

/s/ Hilary Harris Klein
_____

**SOUTHERN COALITION FOR SOCIAL JUSTICE**

Hilary Harris Klein (State Bar #53711)
Jeffrey Loperfido (State Bar #52939)
Christopher Shenton (State Bar #60442)
Lily Talerman (State Bar #61131)
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525
hilaryhklein@scsj.org
jeffloperfido@scsj.org
chrisshenton@scsj.org
lily@scsj.org

**HOGAN LOVELLS US LLP**

J. Tom Boer*
Olivia Molodanof*
Madeleine Bech*
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
Facsimile: 415-374-2499
tom.boer@hoganlovells.com
olivia.molodanof@hoganlovells.com
madeleine.bech@hoganlovells.com

Jessica L. Ellsworth*
Misty Howell*
Odunayo Durojaye*
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
jessica.ellsworth@hoganlovells.com
misty.howell@hoganlovells.com

Respectfully Submitted,

/s/ Phillip J. Strach
_____

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

Phillip J. Strach
North Carolina State Bar no. 29456
Alyssa M. Riggins
North Carolina State Bar no. 52366
Cassie A. Holt
North Carolina State Bar no. 56505
Alexandra M. Bradley
North Carolina State Bar no. 54872
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
alex.bradley@nelsonmullins.com

**BAKER & HOSTETLER LLP**

Richard B. Raile*
DC Bar No. 1015689
Katherine L. McKnight*
Trevor Stanley*
1050 Connecticut Ave. NW
Suite 1100
Washington DC 20036
Ph: (202) 861-1500
rraile@bakerlaw.com
kmcknight@bakerlaw.com
tstanley@bakerlaw.com

Patrick T. Lewis*
Ohio State Bar No. 0078314
Key Tower
127 Public Square, Suite 2000

odunayo.durojaye@hoganlovells.com

Harmony Gbe*
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: 310-785-4600
Facsimile: 310-785-4601
harmony.gbe@hoganlovells.com

*Appearing in this matter by Special
Appearance pursuant to L-R 83.1(d)

*Counsel for NAACP Plaintiffs*

/s/ Narendra K. Ghosh

**PATTERSON HARKAVY LLP**

Narendra K. Ghosh, NC Bar No. 37649
100 Europa Drive, Suite 420
Chapel Hill, NC 27517
Phone: (919) 942-5200
nghosh@pathlaw.com

/s/ Lalitha D. Madduri

**ELIAS LAW GROUP LLP**

Lalitha D. Madduri*
Christina Ford*
Lucas Lallinger*
Qizhou Ge*
Mark Haidar*
250 Massachusetts Avenue, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
LMadduri@elias.law
CFord@elias.law
LLallinger@elias.law
AGe@elias.law
MHaidar@elias.law

Cleveland, Ohio 44114
Ph: (216) 621-0200
plewis@bakerlaw.com

Erika D. Prouty*
Ohio State Bar No. 0095821
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Ph: (614) 462-4710
eprouty@bakerlaw.com

*Counsel for Legislative Defendants*

*\*Appeared via Special Notice*

**NORTH CAROLINA
DEPARTMENT OF JUSTICE**

/s/ Terence Steed

Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
tsteed@ncdoj.gov

N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6567
Facsimile: (919) 716-6761

*Counsel for State Defendants*

31

Abha Khanna*
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
AKhanna@elias.law

*Counsel for Williams Plaintiffs*

*\* Special Appearance pursuant to
Local Rule 83.1(d)*