IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting; *et al.*, <br><br> *Defendants*. | Civil Action No. 23-CV-1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate; *et al.*, <br><br> *Defendants*. | Civil Action No. 23-CV-1104 |

**LEGISLATIVE DEFENDANTS' NOTICE OF FILING OF REMAINING OBJECTIONS TO LEGISLATIVE DEFENDATNS' AMENDED EXHIBIT LIST**

Legislative Defendants hereby give notice pursuant to paragraph 6 of this Court's June 4, 2025 Order, D.E. 135, that the parties have met and conferred via video conference on Tuesday, June 3, 2025, and via email from June 3, 2025 through June 9, 2025, in an effort to reach agreement on objections to trial exhibits, and that Plaintiffs' remaining objections to Legislative Defendants' exhibits are attached hereto as Exhibit 1.

Respectfully submitted, this the 9th day of June, 2025.

| **BAKER & HOSTETLER LLP** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
|---|---|
| Katherine L. McKnight* <br> DC Bar No. 994456 <br> Richard B. Raile* <br> DC Bar No. 1015689 <br> Trevor Stanley* <br> DC Bar No. 991207 <br> 1050 Connecticut Ave. NW <br> Suite 1100 <br> Washington DC 20036 <br> Ph: (202) 861-1500 <br> kmcknight@bakerlaw.com <br> rraile@bakerlaw.com <br> tstanley@bakerlaw.com <br><br> Patrick T. Lewis* <br> Ohio State Bar No. 0078314 <br> Key Tower <br> 127 Public Square, Suite 2000 <br> Cleveland, Ohio 44114 <br> Ph: (216) 621-0200 <br> plewis@bakerlaw.com <br><br> Erika D. Prouty* <br> Ohio State Bar No. 0095821 <br> Anna Croyts* <br> Ohio State Bar No. 0104620 <br> 200 Civic Center Drive, Suite 1200 <br> Columbus, Ohio 43215 <br> Ph: (614) 462-4710 <br> eprouty@bakerlaw.com <br> acroyts@bakerlaw.com | By: /s/ Phillip J. Strach <br> Phillip J. Strach <br> North Carolina State Bar No. 29456 <br> Alyssa M. Riggins <br> North Carolina State Bar No. 52366 <br> Cassie A. Holt <br> North Carolina State Bar No. 56505 <br> Jordan M. Koonts <br> North Carolina State Bar No. 59363 <br> 301 Hillsborough Street, Suite 1400 <br> Raleigh, North Carolina 27603 <br> Ph: (919) 329-3800 <br> phil.strach@nelsonmullins.com <br> alyssa.riggins@nelsonmullins.com <br> cassie.holt@nelsonmullins.com <br> jordan.koonts@nelsonmullins.com <br><br> *Counsel for Legislative Defendants* |

*\*Appeared via Special Notice*

2

Case 1:23-cv-01057-TDS-JLW   Document 141   Filed 06/09/25   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on this day the forgoing document was filed on the Court's electronic case filing system (CM/ECF), and that notice of the filing will be served on all counsel of record by the Court's system.

This the 9th day of June, 2025.

        **NELSON MULLINS RILEY &**
        **SCARBOROUGH LLP**

        By: /s/ Phillip J. Strach
            Phillip J. Strach
            North Carolina State Bar No. 29456

3

Case 1:23-cv-01057-TDS-JLW    Document 141    Filed 06/09/25    Page 3 of 3