UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., <br><br> *Defendants*. | Civil Action No. 23 CV 1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., <br><br> *Defendants*. | Civil Action No. 23 CV 1104 |

### *WILLIAMS* PLAINTIFFS' NOTICE OF FILING OF REMAINING OBJECTIONS TO *WILLIAMS* PLAINTIFFS' AMENDED EXHIBIT LIST

Pursuant to paragraph 6 of the Court's June 4, 2025 Order, ECF No. 135, *Williams* Plaintiffs respectfully submit the following list of exhibits to identify the remaining objections to *Williams* Plaintiffs' Amended Exhibit List. *Williams* Plaintiffs met and conferred with Legislative Defendants between June 3, 2025, and June 9, 2025 in an effort to reach agreement on objections as to trial exhibits. The parties reached agreement on

certain exhibits, and objections to others are outstanding. A chart identifying Legislative Defendants' remaining objections to *Williams* Plaintiffs' exhibits, as well as the parties' responses and replies to objections lodged, is attached as **Exhibit A**.

Dated: June 9, 2025

| | |
|---|---|
| /s/ *Narendra K. Ghosh* <br> **PATTERSON HARKAVY LLP** <br><br> Narendra K. Ghosh, NC Bar No. 37649 <br> 100 Europa Drive, Suite 420 <br> Chapel Hill, NC 27517 <br> Phone: (919) 942-5200 <br> nghosh@pathlaw.com | /s/ *Lalitha D. Madduri* <br> **ELIAS LAW GROUP LLP** <br><br> Lalitha D. Madduri* <br> Christina Ford* <br> Lucas Lallinger* <br> Qizhou Ge* <br> Mark Haidar* <br> 250 Massachusetts Avenue, Suite 400 <br> Washington, D.C. 20001 <br> Phone: (202) 968-4490 <br> Facsimile: (202) 968-4498 <br> LMadduri@elias.law <br> CFord@elias.law <br> LLallinger@elias.law <br> AGe@elias.law <br> MHaidar@elias.law <br><br> Abha Khanna* <br> 1700 Seventh Avenue, Suite 2100 <br> Seattle, Washington 98101 <br> Phone: (206) 656-0177 <br> Facsimile: (206) 656-0180 <br> AKhanna@elias.law <br><br> * *Special Appearance pursuant to Local Rule 83.1(d)* <br><br> *Counsel for* Williams *Plaintiffs* |