# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., <br><br>      *Plaintiffs*, <br><br>  v. <br><br>REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., <br><br>      *Defendants*. <br>_____ | Civil Action No. 23 CV 1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., <br><br>      *Plaintiffs*, <br><br>  v. <br><br>PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., <br><br>      *Defendants.* | Civil Action No. 23 CV 1104 |

## JOINT MOTION TO DESIGNATE TRIAL TESTIMONY IN RELATED CASE

NAACP Plaintiffs and Legislative Defendants respectfully move the Court to permit the designation of the trial testimony of former Representative G.K. Butterfield in the matter of *Pierce, et al. v. North Carolina State Board of Elections, et al.*, 4:23-cv-193-D-RN (E.D.N.C.). The trial transcript of former Representative Butterfield's testimony is

attached to this Motion as **Exhibit A.** In support of this motion, NAACP Plaintiffs and Legislative Defendants state as follows:

1.      In its May 15, 2025 Order, this Court modified and set various pre- and post-trial deadlines in order "to facilitate an orderly and efficient presentation of evidence in this case[.]" Doc. 115 at 1. This Order included an opportunity to designate witnesses who would testify by deposition transcript designation. *Id.* at 1-2. This deadline was modified to July 17, 2025 by the Court's June 4, 2025 Order, with counter-designations due July 22, 2025. Doc. 135 at 3.

2.      Former Representative G.K. Butterfield served as U.S. Congressman for the 1st Congressional District of North Carolina from 2004 to 2022. During the entirety of former Representative Butterfield's Congressional tenure, the 1st Congressional District was based in northeast North Carolina.

3.      Former Representative Butterfield testified at trial in in the matter of *Pierce, et al. v. North Carolina State Board of Elections, et al.*, 4:23-cv-193-D-RN (E.D.N.C.), which also challenges 2023 Senate Districts 1 and 2. Both the State Board Defendants and the Legislative Defendants in this matter are also Party Defendants in *Pierce v. North Carolina State Board of Elections* and therefore had the opportunity to cross-examine former Representative Butterfield at trial.

4.      NAACP Plaintiffs listed former Representative Butterfield on their Final Pretrial Disclosures as a "May Call" witness. Doc. 142-1. NAACP Plaintiffs also represented that they "intend to seek leave of the Court to admit [former Representative Butterfield's *Pierce*] testimony in lieu of live testimony" and had reached an agreement

with Legislative Defendants to that effect. *Id.* at 2 n.2. There is good cause to permit the designation of former Representative Butterfield's trial testimony as it will further the efficient use of resources and streamline the presentation of evidence at trial.

5. The parties conferred on this issue by email. Williams Plaintiffs and State Board Defendants consent to this Joint Motion.

For the reasons set forth above, NAACP Plaintiffs and Legislative Defendants respectfully request that the Court grant their motion to permit designation of the *Pierce* trial transcript attached as Exhibit A in lieu of receiving live testimony from former Representative Butterfield.

Dated: June 13, 2025                                          Respectfully submitted,

*/s/ Alyssa M. Riggins*                                        */s/ Hilary Harris Klein*
Alyssa M. Riggins                                              Hilary Harris Klein

**NELSON MULLINS RILEY &**                     **SOUTHERN COALITION FOR**
**SCARBOROUGH LLP**                                **SOCIAL JUSTICE**

Phillip J. Strach                                              Jeffrey Loperfido (State Bar #52939)
North Carolina State Bar no. 29456            Hilary Harris Klein (State Bar #53711)
Alyssa M. Riggins                                              Christopher Shenton (State Bar #60442)
North Carolina State Bar no. 52366            Mitchell D. Brown (State Bar #56122)
Cassie A. Holt                                                  Lily Talerman (State Bar #61131)
North Carolina State Bar no. 56505            5517 Durham Chapel Hill Blvd.
Alexandra M. Bradley                                     Durham, NC 27707
North Carolina State Bar no. 54872            Telephone: 919-794-4213
301 Hillsborough Street, Suite 1400            Facsimile: 919-908-1525
Raleigh, North Carolina 27603                    hilaryhklein@scsj.org
Ph: (919) 329-3800                                         jeffloperfido@scsj.org
phil.strach@nelsonmullins.com                   chrisshenton@scsj.org
alyssa.riggins@nelsonmullins.com             mitchellbrown@scsj.org
cassie.holt@nelsonmullins.com                   lily@scsj.org
alex.bradley@nelsonmullins.com

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | */s/ J. Tom Boer*<br>J. Tom Boer |
| Richard B. Raile*<br>DC Bar No. 1015689<br>Katherine L. McKnight*<br>Trevor Stanley*<br>1050 Connecticut Ave. NW<br>Suite 1100<br>Washington DC 20036<br>Ph: (202) 861-1500<br>rraile@bakerlaw.com<br>kmcknight@bakerlaw.com<br>tstanley@bakerlaw.com | **HOGAN LOVELLS US LLP**<br><br>J. Tom Boer*<br>Olivia Molodanof*<br>Madeleine Bech*<br>4 Embarcadero Center, Suite 3500<br>San Francisco, CA 94111<br>Telephone: 415-374-2300<br>Facsimile: 415-374-2499<br>tom.boer@hoganlovells.com<br>olivia.molodanof@hoganlovells.com<br>madeleine.bech@hoganlovells.com |
| Patrick T. Lewis*<br>Ohio State Bar No. 0078314<br>Key Tower<br>127 Public Square, Suite 2000<br>Cleveland, Ohio 44114<br>Ph: (216) 621-0200<br>plewis@bakerlaw.com | Jessica L. Ellsworth*<br>Misty Howell*<br>Odunayo Durojaye*<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Telephone: 202-637-5600<br>Facsimile: 202-637-5910<br>jessica.ellsworth@hoganlovells.com<br>misty.howell@hoganlovells.com<br>odunayo.durojaye@hoganlovells.com |
| Erika D. Prouty*<br>Ohio State Bar No. 0095821<br>200 Civic Center Drive, Suite 1200<br><br>Columbus, Ohio 43215<br>Ph: (614) 462-4710<br>eprouty@bakerlaw.com<br><br>*Appeared via Special Notice<br><br>*Counsel for Legislative Defendants* | Harmony Gbe*<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: 310-785-4600<br>Facsimile: 310-785-4601<br>harmony.gbe@hoganlovells.com<br><br>*Appearing in this matter by Special Appearance pursuant to L-R 83.1(d)<br><br>*Counsel for NAACP Plaintiffs* |

## CERTIFICATE OF SERVICE

I certify that on June 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ J. Tom Boer*
J. Tom Boer
