# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., <br><br> *Defendants*. | Civil Action No. 23 CV 1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., <br><br> *Defendants*. | Civil Action No. 23 CV 1104 |

## *WILLIAMS* PLAINTIFFS' AMENDED WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's May 23, 2024 Notice of Hearing, ECF No. 50, *Williams* Plaintiffs respectfully submit the following list of witnesses they expect to testify at trial.

| **Will-Call Witnesses** | |
|---|---|
| 1 | Earl Jones – Plaintiff |

| 2 | Pamlyn Stubbs – Plaintiff |
|---|---|
| 3 | Allison Shari Allen – Plaintiff |
| 4 | Jonathan Rodden – Expert Witness |
| 5 | Max Palmer – Expert Witness |
| 6 | Chris Clark – Expert Witness |
| 7 | James L. Leloudis II – Expert Witness |
| 8 | Senator Ralph Hise – Adverse Witness |
| **May-Call Witnesses** | |
| 9 | Chenita Johnson – Plaintiff |
| 10 | Blake Springhetti – Adverse Witness |
| 11 | Shauna Williams – Plaintiff |
| 12 | Minerva Freeman – Plaintiff |
| 13 | Armenta Eaton – Plaintiff |
| 14 | James Adams – Plaintiff |
| 15 | Laura McClettie – Plaintiff |
| 16 | Virginia Keogh – Plaintiff |

Dated: June 13, 2025

/s/ *Narendra K. Ghosh*
**PATTERSON HARKAVY LLP**

Narendra K. Ghosh, NC Bar No. 37649
100 Europa Drive, Suite 420
Chapel Hill, NC 27517
Phone: (919) 942-5200
nghosh@pathlaw.com

*Counsel for* Williams *Plaintiffs*

/s/ *Lalitha D. Madduri*
**ELIAS LAW GROUP LLP**

Lalitha D. Madduri*
Christina Ford*
Lucas Lallinger*
Qizhou Ge*
Mark Haidar*
250 Massachusetts Avenue, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
LMadduri@elias.law
CFord@elias.law
LLallinger@elias.law
AGe@elias.law
MHaidar@elias.law

Abha Khanna*
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
AKhanna@elias.law

* *Special Appearance pursuant to Local Rule 83.1(d)*