IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., <br><br> *Defendants*. | Civil Action No. 23 CV 1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., <br><br> *Defendants*. | Civil Action No. 23 CV 1104 |

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF CERTAIN DOCUMENTS ON NAACP PLAINTIFFS' EXHIBIT LIST**

NAACP Plaintiffs and Williams Plaintiffs (collectively "Plaintiffs") respectfully request that the Court take judicial notice of certain publicly available legislative records identified on NAACP Plaintiffs' Exhibit List pursuant to Federal Rule of Evidence ("FRE") 201. These records are published on the official websites of the North Carolina General Assembly or the United States Congress and are therefore not subject to reasonable dispute. True and correct copies of the documents are attached as **Attachments 1-38** to the concurrently filed Declaration of J. Tom Boer ("Boer Declaration").

Legislative Defendants' position, as communicated to Plaintiffs by email, is as follows:

> Legislative Defendants oppose Plaintiffs' Motion for Judicial Notice because, while Legislative Defendants do not dispute that the existence and authenticity of public legislative records can be a proper subject of judicial notice, it appears that Plaintiffs want to judicially notice a small selection of bills and related materials as a means of circumventing their burden of proof on a disputed issue: legislative intent. *See* D.E. 131 at pp 5-7. "Rule 201 governs whether the court takes judicial notice of *facts*, and not the admittance of documents wholesale," and Legislative Defendants object to Plaintiffs' proposed use of "judicial notice to draw inferences from the contents of [public documents]" that are disputed. *Humane Soc'y of the United States v. Hanor Co. of Wisc., LLC*, No. 4:15-cv-109, 2016 WL 3435192, **3-4 (E.D.N.C. June 17, 2016).

Plaintiffs have clarified to Legislative Defendants that their request does not seek judicial notice of any interpretation or conclusion drawn from these documents—only the

2

existence and content of the records themselves. State Board Defendants take no position on Plaintiffs' request.

Specifically, Plaintiffs request that the Court take judicial notice of three distinct categories of documents: Bills and Laws, Bill Amendments, and Bill Histories or Cosponsors, as identified in the Boer Declaration:[1]

| ATTACHMENT TO BOER DECLARATION | DOCUMENT | AVAILABLE AT: | CORRESPONDING NAACPPX EXHIBIT |
|---|---|---|---|
| **Bills and Enacted Laws** | | | |
| Attachment 1 | Session Law 2023-134 (2023 Appropriations Act) | https://www.ncleg.gov/Sessions/2023/Bills/House/PDF/H259v7.pdf | NAACPPX 87 (excerpt) |
| Attachment 2 | House Bill 259 (2023 Appropriations Act, Proposed Committee Substitute H259-PCCS50044-MHxr-6) | https://webservices.ncleg.gov/ViewBillDocument/2023/7266/0/H259-PCCS50044-MHXR-6.pdf | NAACPPX 88 (excerpt) |
| Attachment 3 | House Resolution 22 ("SAVE Act") Bill Text and Cosponsors | https://www.congress.gov/bill/119th-congress/house-bill/22/text?s=2&r=76<br><br>https://www.congress.gov/bill/119th-congress/house-bill/22/cosponsors?s=2&r=76 | NAACPPX 299 |
| Attachment 4 | Senate Bill 558 ("Eliminating 'DEI' in Public Higher Ed") (Filed Edition) | https://www.ncleg.gov/Sessions/2025/Bills/Senate/PDF/S558v0.pdf | NAACPPX 301 |

---

[1] As noted below, these documents are currently included on NAACP Plaintiffs' Second Amended Exhibit list, Doc. 142-2. NAACP Plaintiffs will withdraw these exhibits if the Court grants this Request for Judicial Notice.

| ATTACHMENT TO BOER DECLARATION | DOCUMENT | AVAILABLE AT: | CORRESPONDING NAACPPX EXHIBIT |
|---|---|---|---|
| Attachment 5 | Senate Bill 403 / House Bill 491 ("Medicaid Work Requirements") (Filed Edition) | https://www.ncleg.gov/Sessions/2025/Bills/Senate/PDF/S403v0.pdf | NAACPPX 303 |
| Attachment 6 | Senate Bill 333 ("Prohibit Illegal Accreditation Requirements") (Filed Edition) | https://www.ncleg.gov/Sessions/2025/Bills/Senate/PDF/S333v0.pdf | NAACPPX 305 |
| Attachment 7 | Senate Bill 227 ("Eliminating 'DEI' in Public Higher Ed") (Filed Edition) | https://www.ncleg.gov/Sessions/2025/Bills/Senate/PDF/S227v0.pdf | NAACPPX 308 |
| Attachment 8 | Senate Bill 153 ("North Carolina Border Protection Act") (Filed Edition) | https://www.ncleg.gov/Sessions/2025/Bills/Senate/PDF/S153v0.pdf | NAACPPX 311 |
| Attachment 9 | House Bill 127 ("Voter Registration Drive Form") (Filed Edition) | https://www.ncleg.gov/Sessions/2025/Bills/House/PDF/H127v0.pdf | NAACPPX 313 |
| Attachment 10 | House Bill 66 ("Reduce Early Voting Period") (Filed Edition) | https://www.ncleg.gov/Sessions/2025/Bills/House/PDF/H66v0.pdf | NAACPPX 315 |
| Attachment 11 | House Resolution 32 ("No Bailout for Sanctuary Cities Act") Bill Text | https://www.congress.gov/bill/119th-congress/house-bill/32/text?s=2&r=73 | NAACPPX 317 |
| Attachment 12 | Session Law 2024-58 (Constitutional Amendment to Require Photo ID for All Voters) | https://www.ncleg.gov/Sessions/2023/Bills/Senate/PDF/S921v3.pdf | NAACPPX 319 |

| ATTACHMENT TO BOER DECLARATION | DOCUMENT | AVAILABLE AT: | CORRESPONDING NAACPPX EXHIBIT |
|---|---|---|---|
| Attachment 13 | Senate Bill 406 ("Choose Your School, Choose Your Future") (Filed Edition) | https://www.ncleg.gov/Sessions/2023/Bills/Senate/PDF/S406v0.pdf | NAACPPX 328 |
| Attachment 14 | Senate Bill 356 / House Bill 447 (Photo ID Constitutional Amendment) (Filed Edition) | https://www.ncleg.gov/Sessions/2023/Bills/Senate/PDF/S356v0.pdf | NAACPPX 330 |
| Attachment 15 | Senate Bill 88 ("Election Day Integrity Act") (Filed Edition) | https://www.ncleg.gov/Sessions/2023/Bills/Senate/PDF/S88v0.pdf | NAACPPX 336 |
| Attachment 16 | Session Law 2018-144 / Senate Bill 824 (Implementation of Voter ID Constitutional Amendment) | https://www.ncleg.gov/Sessions/2017/Bills/Senate/PDF/S824v7.pdf | NAACPPX 346 |
| Attachment 17 | Session Law 2023-140 / Senate Bill 747 (Elections Law Changes) | https://www.ncleg.gov/Sessions/2023/Bills/Senate/PDF/S747v6.pdf | NAACPPX 347 |
| Attachment 18 | Session Law 2023-139 / Senate Bill 749 (No Partisan Advantage in Elections) | https://www.ncleg.gov/Sessions/2023/Bills/Senate/PDF/S749v7.pdf | NAACPPX 348 |
| **Bill Amendments** | | | |
| Attachment 19 | Amendment to Proposed Criteria (Voting Rights Act) (August 12, 2021) | https://webservices.ncleg.gov/ViewDocSiteFile/38483 | NAACPPX 248 |

| ATTACHMENT TO BOER DECLARATION | DOCUMENT | AVAILABLE AT: | CORRESPONDING NAACPPX EXHIBIT |
|---|---|---|---|
| Attachment 20 | Amendment to Proposed Criteria (Contiguity) (August 12, 2021) | https://webservices.ncleg.gov/ViewDocSiteFile/41043 | NAACPPX 249 |
| Attachment 21 | Amendment to Proposed Criteria (Racial Data) (August 12, 2021) | https://webservices.ncleg.gov/ViewDocSiteFile/41044 | NAACPPX 250 |
| **Bill Histories or Cosponsors** | | | |
| Attachment 22 | Session Law 2023-134 / House Bill 259 Bill History | https://www.ncleg.gov/BillLookup/2023/H259 | NAACPPX 107 |
| Attachment 23 | Session Law 2021-180 ("2021 Appropriations Act") Bill History | https://www.ncleg.gov/BillLookup/2021/S105 | NAACPPX 274 |
| Attachment 24 | Session Law 2011-145 ("Appropriations Act of 2011") Bill History | https://www.ncleg.gov/BillLookup/2011/h200 | NAACPPX 281 |
| Attachment 25 | Senate Bill 1005 / House Bill 1040 ("The Appropriations Act of 2001") Bill History | https://www.ncleg.gov/BillLookup/2001/s1005 | NAACPPX 286 |
| Attachment 26 | Senate Bill 558 ("Eliminating 'DEI' in Public Higher Ed") Bill History | https://www.ncleg.gov/BillLookUp/2025/S558 | NAACPPX 300 |
| Attachment 27 | Senate Bill 403 / House Bill 491 ("Medicaid Work Requirements") Bill History | https://www.ncleg.gov/BillLookup/2025/S403 | NAACPPX 302 |

| ATTACHMENT TO BOER DECLARATION | DOCUMENT | AVAILABLE AT: | CORRESPONDING NAACPPX EXHIBIT |
|---|---|---|---|
| Attachment 28 | Senate Bill 333 ("Prohibit Illegal Accreditation Requirements") Bill History | https://www.ncleg.gov/BillLookUp/2025/S333 | NAACPPX 304 |
| Attachment 29 | Senate Bill 227 ("Eliminating 'DEI' in Public Higher Ed") Bill History | https://www.ncleg.gov/BillLookUp/2025/S227 | NAACPPX 307 |
| Attachment 30 | Senate Bill 153 ("North Carolina Border Protection Act") Bill History | https://www.ncleg.gov/BillLookUp/2025/S153 | NAACPPX 310 |
| Attachment 31 | House Bill 127 ("Voter Registration Drive Form") Bill History | https://www.ncleg.gov/BillLookUp/2025/h127 | NAACPPX 312 |
| Attachment 32 | House Bill 66 ("Reduce Early Voting Period") Bill History | https://www.ncleg.gov/BillLookUp/2025/h66 | NAACPPX 314 |
| Attachment 33 | House Resolution 925 ("Dismantle DEI Act of 2025") Cosponsors | https://www.congress.gov/bill/119th-congress/house-bill/925/cosponsors?s=3&r=32 | NAACPPX 316 |
| Attachment 34 | Session Law 2024-58 / Senate Bill 921 (Constitutional Amendment to Require Photo ID for All Voters) Bill History | https://www.ncleg.gov/BillLookup/2023/S921 | NAACPPX 318 |
| Attachment 35 | Session Law 2023-37 / Senate Bill 248 (Nash/Edgecombe | https://www.ncleg.gov/BillLookUp/2023/s248 | NAACPPX 325 |

| ATTACHMENT TO BOER DECLARATION | DOCUMENT | AVAILABLE AT: | CORRESPONDING NAACPPX EXHIBIT |
|---|---|---|---|
| | School Boards) Bill History | | |
| Attachment 36 | Senate Bill 356 / House Bill 447 (Photo ID Constitutional Amendment) Bill History | https://www.ncleg.gov/BillLookUp/2023/S356 | NAACPPX 329 |
| Attachment 37 | Senate Bill 88 / House Bill 304 ("Election Day Integrity Act") Bill History | https://www.ncleg.gov/BillLookup/2023/S88 | NAACPPX 335 |
| Attachment 38 | Senate Bill 406 / House Bill 823 ("Choose Your School, Choose Your Future") Bill History | https://www.ncleg.gov/BillLookup/2023/S406 | NAACPPX 349 |

The Court may properly take judicial notice of the legislative materials identified above—and the information they contain—pursuant to FRE 201. Rule 201 permits judicial notice of facts "not subject to reasonable dispute because [they] can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FRE 201(b)(2). That standard is plainly met here: the complete contents of these materials are readily available through official government sources—the websites of the North Carolina General Assembly and the United States Congress. *See Just. 360 v. Stirling*, 42 F.4th 450, 455 (4th Cir. 2022) ("[W]e may properly take judicial notice of matters of public record.") (quotation omitted), 791 F.3d 500, 508 (4th Cir. 2015); *Hilton v. Gossard*, 702 F.Supp.3d

425, 430 (D.S.C. 2023) (taking judicial notice of information on a state government website).

Courts routinely take judicial notice of publicly available government records and the data and information within them. For example, in *Voto Latino v. Hirsch*, the court took judicial notice of a range of official materials published by the North Carolina General Assembly and the State Board of Elections ("NCSBE"), including the text of Senate Bill 747, related provisions of the North Carolina General Statutes, data presented in NCSBE memoranda, and other substantive information conveyed through North Carolina's legislative and administrative websites. 712 F.Supp.3d 637, 646–53, 652 n. 14 (M.D.N.C. 2024). Other courts have likewise recognized the propriety of judicial notice in similar contexts. *See, e.g.*, *Papasan v. Allain*, 478 U.S. 265, 268 n.1 (1986) ("[W]e are not precluded . . . from taking notice of items in the public record."); *Armstrong v. United States*, 80 U.S. 154, 156 (1871) (holding that courts are "bound to take notice" of public acts such as official proclamations); *Hall v. Louisiana*, No. 12-00657-BAJ-RLB, 2015 WL 1383532, at *3 (M.D. La. Mar. 23, 2015) ("The Court is entitled to take judicial notice of the legislative history of a bill.") (citing *Territory of Alaska v. Am. Can Co.*, 358 U.S. 224, 226–27 (1959)); *Just Puppies, Inc. v. Frosh*, 565 F.Supp.3d 665, 704-705 (D. Md. 2021) (taking judicial notice of a state law and associated legislative history available on the Maryland General Assembly's website); *Schultz v. Tecumseh Products*, 310 F.2d 426, 433 (6th Cir. 1962) (noting that federal courts must take judicial notice of state law, whether statutory or judicial in nature).

Plaintiffs note that these documents are also admissible pursuant to the FRE. However, the fact that the documents are otherwise admissible does not undermine the availability of judicial notice and, critically, seeking judicial notice here furthers the parties' shared interest in efficiency given the limited trial time available for this case. *Cf. Grand Opera Co. v. Twentieth Century-Fox Film Corp.*, 235 F.2d 303, 307 (7th Cir. 1956) ("Judicial notice is merely a substitute for the conventional method of taking evidence to establish facts.").

Further, in requesting the Court to take judicial notice of these documents, Plaintiffs do *not* ask the Court to take judicial notice of any interpretation or conclusions about these documents. *Contra Ohio Valley Envtl. Coal. v. Aracoma Coal Co.*, 556 F.3d 177, 216 (4th Cir. 2009) (plaintiff "actually s[ought] notice of its own interpretation of the contents of those [permit decision] documents"). It is therefore appropriate for the Court to take judicial notice of the records identified above pursuant to FRE 201.

For the foregoing reasons, Plaintiffs respectfully request that the Court approve their request for judicial notice.

| | |
|---|---|
| Dated: June 13, 2025 | Respectfully submitted, |
| | */s/ Hilary Harris Klein*<br>Hilary Harris Klein |
| **ELIAS LAW GROUP LLP** | **SOUTHERN COALITION FOR SOCIAL JUSTICE** |
| Lalitha D. Madduri\*<br>Christina Ford\*<br>Lucas Lallinger\*<br>Qizhou Ge\*<br>Mark Haidar\*<br>250 Massachusetts Avenue, Suite 400 | Jeffrey Loperfido (State Bar #52939)<br>Hilary Harris Klein (State Bar #53711)<br>Christopher Shenton (State Bar #60442)<br>Mitchell D. Brown (State Bar #56122)<br>Lily Talerman (State Bar #61131) |

Washington, D.C. 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
LMadduri@elias.law
CFord@elias.law
LLallinger@elias.law
AGe@elias.law
MHaidar@elias.law

Abha Khanna*
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
AKhanna@elias.law

/s/ *Narendra K. Ghosh*

**PATTERSON HARKAVY LLP**

Narendra K. Ghosh, NC Bar No. 37649
100 Europa Drive, Suite 420
Chapel Hill, NC 27517
Phone: (919) 942-5200
nghosh@pathlaw.com

* *Special Appearance pursuant to Local Rule 83.1(d)*

*Counsel for Williams Plaintiffs*

5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525
hilaryhklein@scsj.org
jeffloperfido@scsj.org
chrisshenton@scsj.org
mitchellbrown@scsj.org
lily@scsj.org

/s/ *J. Tom Boer*
J. Tom Boer

**HOGAN LOVELLS US LLP**

J. Tom Boer*
Olivia Molodanof*
Madeleine Bech*
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
Facsimile: 415-374-2499
tom.boer@hoganlovells.com
olivia.molodanof@hoganlovells.com
madeleine.bech@hoganlovells.com

Jessica L. Ellsworth*
Misty Howell*
Odunayo Durojaye*
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
jessica.ellsworth@hoganlovells.com
misty.howell@hoganlovells.com
odunayo.durojaye@hoganlovells.com

Harmony Gbe*
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: 310-785-4600
Facsimile: 310-785-4601
harmony.gbe@hoganlovells.com

11

*Appearing in this matter by Special
Appearance pursuant to L-R 83.1(d)

*Counsel for NAACP Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on June 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ J. Tom Boer*
J. Tom Boer

13

Case 1:23-cv-01057-TDS-JLW   Document 150   Filed 06/13/25   Page 13 of 13