# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

SHAUNA WILLIAMS ET AL
               Plaintiff(s)

v.

DESTIN HALL, ET AL
               Defendant(s)

**EXHIBIT AND WITNESS LIST**

Case No. 1:23CV1057

| Presiding Judge | | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|
| Thomas D. Schroeder | | *see attached | *see attached |
| Allison J. Rushing | | **Court Reporter** | **Courtroom Deputy** |
| Richard E. Myers | | Briana Chesnut | Debbie Blay |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X | | 06/16/25 | | | Deborah Dicks Maxwell sworn |
| NAACPPX164 | | | 6/16/2025 | 6/16/2025 | NAACP Member Voting Records (Confidential) Under Seal per Doc 151 |
| NAACPPX166 | | | 6/16/2025 | 6/16/2025 | SD8 NAACP Member Voting Record (Confidential) Under Seal per Doc 151 |
| JX001 | | | 6/16/2025 | 6/16/2025 | 10/19/2023 House Redistricting Committee Transcript |
| JX002 | | | 6/16/2025 | 6/16/2025 | 10/19/2023 Senate Redistricting and Elections Committee Transcript |
| JX003 | | | 6/16/2025 | 6/16/2025 | 10/23/2023 Senate Redistricting and Elections Committee Transcript |
| JX004 | | | 6/16/2025 | 6/16/2025 | 10/24/2023 Senate Chamber (Redistricting) Transcript |
| JX005 | | | 6/16/2025 | 6/16/2025 | 10/24/2023 House Redistricting Committee Transcript |
| JX006 | | | 6/16/2025 | 6/16/2025 | 10/24/2023 House floor transcript |
| JX007 | | | 6/16/2025 | 6/16/2025 | 10/25/2023 House floor transcript |
| JX008 | | | 6/16/2025 | 6/16/2025 | 10/25/2023 House Rules, etc. Transcript |
| JX009 | | | 6/16/2025 | 6/16/2025 | 10/25/2023 House Rules Committee meeting transcript |
| JX010 | | | 6/16/2025 | 6/16/2025 | 10/25/2023 Senate Redistricting and Elections Committee Transcript |
| JX011 | | | 6/16/2025 | 6/16/2025 | 10/25/2023 Senate floor transcript |
| JX012 | | | 6/16/2025 | 6/16/2025 | 10/25/2023 House Redistricting Committee meeting transcript |
| JX013 | | | 6/16/2025 | 6/16/2025 | 10/23/2023 House Redistricting Committee meeting transcript |
| JX014 | | | 6/16/2025 | 6/16/2025 | SB 757 Senate Roll Call Vote Transcript #492 |
| JX015 | | | 6/16/2025 | 6/16/2025 | SB 757 House Roll Call Vote Transcript #613 |
| JX016 | | | 6/16/2025 | 6/16/2025 | SB 758 Senate Roll Call Vote Transcript #499 |
| JX017 | | | 6/16/2025 | 6/16/2025 | SB 758 House Roll Call Vote Transcript #614 |
| JX018 | | | 6/16/2025 | 6/16/2025 | HB 898 Senate Roll Call Vote Transcript #504 |
| JX019 | | | 6/16/2025 | 6/16/2025 | HB 898 House Roll Call Vote Transcript #604 |
| JX020 | | | 6/16/2025 | 6/16/2025 | Senate Roll Call Vote Transcript #494 |
| JX021 | | | 6/16/2025 | 6/16/2025 | Senate Roll Call Vote Transcript #495 |

Page 1

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| JX022 | | | 6/16/2025 | 6/16/2025 | Video of 9/25/2023 Joint Meeting |
| JX023 | | | 6/16/2025 | 6/16/2025 | Video of 9/26/2023 Joint Meeting |
| JX024 | | | 6/16/2025 | 6/16/2025 | Video of 9/27/2023 Joint Meeting |
| JX025 | | | 6/16/2025 | 6/16/2025 | Video of 10/19/2023 House Redistricting Committee |
| JX026 | | | 6/16/2025 | 6/16/2025 | Video of 10/19/2023 Senate Redistricting and Elections Committee |
| JX027 | | | 6/16/2025 | 6/16/2025 | Video of 10/23/2023 House Redistricting Committee |
| JX028 | | | 6/16/2025 | 6/16/2025 | Video of 10/23/2023 Senate Redistricting and Elections Committee |
| JX029 | | | 6/16/2025 | 6/16/2025 | Video of 10/24/2023 House Redistricting Committee |
| JX030 | | | 6/16/2025 | 6/16/2025 | Video of 10/24/2023 House Rules, etc. (10am) |
| JX031 | | | 6/16/2025 | 6/16/2025 | Video of 10/24/2023 House Rules, etc. (5:30pm) |
| JX032 | | | 6/16/2025 | 6/16/2025 | Video of 10/24/2023 House Session |
| JX033 | | | 6/16/2025 | 6/16/2025 | Video of 10/25/2023 House Redistricting Committee |
| JX034 | | | 6/16/2025 | 6/16/2025 | Video of 10/25/2023 House Rules, etc. |
| JX035 | | | 6/16/2025 | 6/16/2025 | Video of 10/25/2023 House Session |
| JX036 | | | 6/16/2025 | 6/16/2025 | Video of 10/25/2023 Senate Redistricting and Elections Committee |
| JX037 | | | 6/16/2025 | 6/16/2025 | 10/24/2023 House Rules, Calendar, etc transcript (5:30pm) |
| JX038 | | | 6/16/2025 | 6/16/2025 | 2023 Congressional Plan Criteria |
| JX039 | | | 6/16/2025 | 6/16/2025 | Guidance for Drawing State House and Congressional Districts |
| JX040 | | | 6/16/2025 | 6/16/2025 | Senate Bill 756 Bill History |
| JX041 | | | 6/16/2025 | 6/16/2025 | Senate Bill 757 Bill History |
| JX042 | | | 6/16/2025 | 6/16/2025 | Senate Bill 758 Bill History |
| JX043 | | | 6/16/2025 | 6/16/2025 | Senate Bill 898 Bill History |
| JX044 | | | 6/16/2025 | 6/16/2025 | Email from Rep. Destin Hall to Blake Springhetti |
| JX045 | | | 6/16/2025 | 6/16/2025 | 2023 House Member Residence Address List |
| JX046 | | | 6/16/2025 | 6/16/2025 | 9/25/2023 Redraw Process Letter to NCGA |
| JX047 | | | 6/16/2025 | 6/16/2025 | 2023 Senate Plan Criteria |
| JX048 | | | 6/16/2025 | 6/16/2025 | Senate Redistricting Committee Meeting notice for 10/19/2023 |
| JX049 | | | 6/16/2025 | 6/16/2025 | Senate Redistricting Comm. Meeting notice for 10/19/2023 meeting |
| JX050 | | | 6/16/2025 | 6/16/2025 | Duke House Groupings |
| JX051 | | | 6/16/2025 | 6/16/2025 | Duke House Groupings |
| JX052 | | | 6/16/2025 | 6/16/2025 | 2023 Enacted House Map with Incumbent Residences |
| JX053 | | | 6/16/2025 | 6/16/2025 | 10/18/2023 Senate Notice of Committee Meeting |
| JX054 | | | 6/16/2025 | 6/16/2025 | Legislative Calendar October 2023 |
| JX055 | | | 6/16/2025 | 6/16/2025 | Legislative Calendar September 2023 |
| JX056 | | | 6/16/2025 | 6/16/2025 | 2023 Congressional Member Residence Address List |
| JX057 | | | 6/16/2025 | 6/16/2025 | 2023 Senate Member Residence Address List |
| JX058 | | | 6/16/2025 | 6/16/2025 | 9/27/2023 Raleigh Public Hearing Transcript |
| JX059 | | | 6/16/2025 | 6/16/2025 | 9/26/2023 Hickory Public Hearing Transcript |
| JX060 | | | 6/16/2025 | 6/16/2025 | 9/25/2023 Elizabeth City Public Hearing Transcript |
| JX061 | | | 6/16/2025 | 6/16/2025 | Raleigh Public Hearing Video, 9/27/2023 |
| JX062 | | | 6/16/2025 | 6/16/2025 | 9/26/2023 Hickory Public Hearing Video |
| JX063 | | | 6/16/2025 | 6/16/2025 | 9/25/2023 Elizabeth City Public Hearing Video |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| JX064 | | | 6/16/2025 | 6/16/2025 | 9/19/2023 Senate Calendar Notice of Committee Meetings |
| JX065 | | | 6/16/2025 | 6/16/2025 | Public Comment Portal |
| JX066 | | | 6/16/2025 | 6/16/2025 | House Committee on Redistricting, Meeting Notice 9/25/2023 |
| JX067 | | | 6/16/2025 | 6/16/2025 | NCGA Email Alert of 9/25/2023 Public Comment Session |
| JX068 | | | 6/16/2025 | 6/16/2025 | House Committee on Redistricting, Meeting Notice 9/26/2023 |
| JX069 | | | 6/16/2025 | 6/16/2025 | NCGA Email Alert of 9/26/2023 Public Comment Session |
| JX070 | | | 6/16/2025 | 6/16/2025 | House Committee on Redistricting, Meeting Notice 9/27/2023 |
| JX071 | | | 6/16/2025 | 6/16/2025 | NCGA Email Alert of 9/27/2023 |
| JX072 | | | 6/16/2025 | 6/16/2025 | Senate Bill 756: Congressional Districts 2023/CBP-5 |
| JX073 | | | 6/16/2025 | 6/16/2025 | Realign Congressional Districts 2023/CCJ-1 |
| JX074 | | | 6/16/2025 | 6/16/2025 | CCJ-1 StatPack Report |
| JX075 | | | 6/16/2025 | 6/16/2025 | Senate Bill 757: Realign Congressional Districts 2023/CST-4 |
| JX076 | | | 6/16/2025 | 6/16/2025 | SST-11 Amend and StatPack |
| JX077 | | | 6/16/2025 | 6/16/2025 | SST-12 Amend and StatPack |
| JX078 | | | 6/16/2025 | 6/16/2025 | S.L. 2023-145, Map of 2023 Congressional Plan |
| JX079 | | | 6/16/2025 | 6/16/2025 | S.L. 2023-146, Map of 2023 Senate Plan |
| JX080 | | | 6/16/2025 | 6/16/2025 | Map of 2023 House Plan |
| JX081 | | | 6/16/2025 | 6/16/2025 | 2023 Congressional Plan StatPack with Race |
| JX082 | | | 6/16/2025 | 6/16/2025 | 2023 House Plan StatPack with Race |
| JX083 | | | 6/16/2025 | 6/16/2025 | SB 757 (Congressional Plan) - Amendment ATU-44-V-2 |
| JX084 | | | 6/16/2025 | 6/16/2025 | SB 757 (Congressional Plan) - Amendment ATU-44-V-2 |
| JX085 | | | 6/16/2025 | 6/16/2025 | SB 757 (Congressional Plan) - Amendment ACL-39-V-2 |
| JX086 | | | 6/16/2025 | 6/16/2025 | SB 758 (Senate Plan) - AND-23-V-2 |
| JX087 | | | 6/16/2025 | 6/16/2025 | SB 758 (Senate Plan) - AND-25-V-2 |
| JX088 | | | 6/16/2025 | 6/16/2025 | SB 758 (Senate Plan) - AND-26-V-2 |
| JX089 | | | 6/16/2025 | 6/16/2025 | HB 898 (House Plan) - ACL-41-V-2 |
| JX090 | | | 6/16/2025 | 6/16/2025 | HB 898 (House Plan) - ACL-41-V-2 (Rep. Harrison) Bill Document |
| JX091 | | | 6/16/2025 | 6/16/2025 | HB 898 (House Plan) - ATU-42-V-2 |
| JX092 | | | 6/16/2025 | 6/16/2025 | HB 898 (House Plan) - ATU-42-V-2 (Rep. Reives) Bill Document |
| JX093 | | | 6/16/2025 | 6/16/2025 | HB 898 (House Plan) - Amendment 3 |
| JX094 | | | 6/16/2025 | 6/16/2025 | HB 898 (House Plan) - Amendment 3 -Bill Document |
| JX095 | | | 6/16/2025 | 6/16/2025 | HB 898 (House Plan) - ATU-41-V-3 |
| JX096 | | | 6/16/2025 | 6/16/2025 | HB 898 (House Plan) - ATU-41-V-3 - Bill Document |
| JX097 | | | 6/16/2025 | 6/16/2025 | HB 898 (House Plan) - ACL-42-V-2 |
| JX098 | | | 6/16/2025 | 6/16/2025 | HB 898 (House Plan) - ACL-42-V-2 -Bill Document |
| JX099 | | | 6/16/2025 | 6/16/2025 | SB 758 (Senate Plan) - First Edition (SCJ-1) |
| JX100 | | | 6/16/2025 | 6/16/2025 | SB 756, "Congressional Districts 2023/CBP-5" |
| JX101 | | | 6/16/2025 | 6/16/2025 | CBP-5 First Edition StatPack |
| JX102 | | | 6/16/2025 | 6/16/2025 | CBP-5 StatPack Report w Race |
| JX103 | | | 6/16/2025 | 6/16/2025 | SB 758 (Senate Plan) - PCS 45382-ST-57 |
| JX104 | | | 6/16/2025 | 6/16/2025 | SB 757 (Congressional Plan) - PCS 45380-BK-42 (CST-4) |
| JX105 | | | 6/16/2025 | 6/16/2025 | HB 898 (House Plan) - PCS 40522-MT-1 |
| JX106 | | | 6/16/2025 | 6/16/2025 | SB 757 (Congressional Plan) - First Edition (CCJ-1) |
| JX107 | | | 6/16/2025 | 6/16/2025 | Realign Congressional Districts 2023/CCJ-1 - First Edition |
| JX108 | | | 6/16/2025 | 6/16/2025 | CCJ-1 data file |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| JX109 | | | 6/16/2025 | 6/16/2025 | Realign NC Senate Districts 2023/SCJ-1 - First Edition |
| JX110 | | | 6/16/2025 | 6/16/2025 | SCJ-1 First Edition StatPack |
| JX111 | | | 6/16/2025 | 6/16/2025 | SCJ-1 data |
| JX112 | | | 6/16/2025 | 6/16/2025 | HB 898 (House Plan) - First Edition (HST-2) |
| JX113 | | | 6/16/2025 | 6/16/2025 | House Redistricting Plan 2023/HST-2 - First Edition |
| JX114 | | | 6/16/2025 | 6/16/2025 | HST-2 First Edition StatPack |
| JX115 | | | 6/16/2025 | 6/16/2025 | HST-2 data file |
| JX116 | | | 6/16/2025 | 6/16/2025 | Congressional Districts 2023/CBP-5 |
| JX117 | | | 6/16/2025 | 6/16/2025 | CBP-5 Block Assignment |
| JX118 | | | 6/16/2025 | 6/16/2025 | SCJ-1 Draft Created (Senate Map) |
| JX119 | | | 6/16/2025 | 6/16/2025 | SCJ-1 StatPack |
| JX120 | | | 6/16/2025 | 6/16/2025 | CST-3 |
| JX121 | | | 6/16/2025 | 6/16/2025 | CST-3 StatPack |
| JX122 | | | 6/16/2025 | 6/16/2025 | CCL-1 |
| JX123 | | | 6/16/2025 | 6/16/2025 | CCL-1 StatPack |
| JX124 | | | 6/16/2025 | 6/16/2025 | CCJ-1 |
| JX125 | | | 6/16/2025 | 6/16/2025 | CCJ-1 StatPack |
| JX126 | | | 6/16/2025 | 6/16/2025 | CDs 005 baf |
| JX127 | | | 6/16/2025 | 6/16/2025 | CCH-4 |
| JX128 | | | 6/16/2025 | 6/16/2025 | CCH-4 StatPack |
| JX129 | | | 6/16/2025 | 6/16/2025 | STU-1 |
| JX130 | | | 6/16/2025 | 6/16/2025 | STU-1 StatPack |
| JX131 | | | 6/16/2025 | 6/16/2025 | SST-3 |
| JX132 | | | 6/16/2025 | 6/16/2025 | SST-3 StatPack |
| JX133 | | | 6/16/2025 | 6/16/2025 | CCC-1 |
| JX134 | | | 6/16/2025 | 6/16/2025 | CCC-2 |
| JX135 | | | 6/16/2025 | 6/16/2025 | CST-2 |
| JX136 | | | 6/16/2025 | 6/16/2025 | SCH-1 |
| JX137 | | | 6/16/2025 | 6/16/2025 | SCH-2 |
| JX138 | | | 6/16/2025 | 6/16/2025 | CBR-1 (Mecklenburg) |
| JX139 | | | 6/16/2025 | 6/16/2025 | CBR-2 |
| JX140 | | | 6/16/2025 | 6/16/2025 | CBR-2 |
| JX141 | | | 6/16/2025 | 6/16/2025 | CBR-5 |
| JX142 | | | 6/16/2025 | 6/16/2025 | CMT-1 |
| JX143 | | | 6/16/2025 | 6/16/2025 | CMT-1 StatPack |
| JX144 | | | 6/16/2025 | 6/16/2025 | CMT-2 |
| JX145 | | | 6/16/2025 | 6/16/2025 | CMT-2 StatPack |
| JX146 | | | 6/16/2025 | 6/16/2025 | SCC-1 |
| JX147 | | | 6/16/2025 | 6/16/2025 | SCC-1 StatPack |
| JX148 | | | 6/16/2025 | 6/16/2025 | CCM-1 |
| JX149 | | | 6/16/2025 | 6/16/2025 | 2023 Senate Plan StatPack with Race |
| JX150 | | | 6/16/2025 | 6/16/2025 | SCM-1 |
| JX151 | | | 6/16/2025 | 6/16/2025 | CCH-1 |
| JX152 | | | 6/16/2025 | 6/16/2025 | CTE-1 |
| JX153 | | | 6/16/2025 | 6/16/2025 | CDs 003 |

EXHIBIT AND WITNESS LIST – CONTINUATION
Case Name: WILLIAMS ET AL    v.    HALL ET AL    Case No.: 1:23CV1057

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| JX154 | | | 6/16/2025 | 6/16/2025 | CDs 003 v2 |
| JX155 | | | 6/16/2025 | 6/16/2025 | CBA-2 |
| JX156 | | | 6/16/2025 | 6/16/2025 | CBA-2 StatPack |
| JX157 | | | 6/16/2025 | 6/16/2025 | CBK-2 |
| JX158 | | | 6/16/2025 | 6/16/2025 | CBK-2 StatPack |
| JX159 | | | 6/16/2025 | 6/16/2025 | CBW-1 |
| JX160 | | | 6/16/2025 | 6/16/2025 | CBP-4 |
| JX161 | | | 6/16/2025 | 6/16/2025 | CBP-5 |
| JX162 | | | 6/16/2025 | 6/16/2025 | CBP-5 StatPack |
| JX163 | | | 6/16/2025 | 6/16/2025 | CBP-5 Data file |
| JX164 | | | 6/16/2025 | 6/16/2025 | CBP-6 |
| JX165 | | | 6/16/2025 | 6/16/2025 | CBP-1 |
| JX166 | | | 6/16/2025 | 6/16/2025 | CBP-1 StatPack |
| JX167 | | | 6/16/2025 | 6/16/2025 | CBP-1 data file |
| JX168 | | | 6/16/2025 | 6/16/2025 | CBP-2 |
| JX169 | | | 6/16/2025 | 6/16/2025 | SL 2023-146 Data file |
| JX170 | | | 6/16/2025 | 6/16/2025 | SL 2023-149 Data file |
| JX171 | | | 6/16/2025 | 6/16/2025 | SL 2023-145 Data file |
| JX172 | | | 6/16/2025 | 6/16/2025 | CBK-2 Data file |
| JX173 | | | 6/16/2025 | 6/16/2025 | STU-1 Data file |
| JX174 | | | 6/16/2025 | 6/16/2025 | guilford v2 Data file |
| JX175 | | | 6/16/2025 | 6/16/2025 | HDs 005 baf Data file |
| JX176 | | | 6/16/2025 | 6/16/2025 | $R85PEKP Data file |
| JX177 | | | 6/16/2025 | 6/16/2025 | Meck v2 Data file |
| JX178 | | | 6/16/2025 | 6/16/2025 | CCL-1 Data file |
| JX179 | | | 6/16/2025 | 6/16/2025 | CST-3 Data file |
| JX180 | | | 6/16/2025 | 6/16/2025 | SST-3 Data file |
| JX181 | | | 6/16/2025 | 6/16/2025 | CCH-4 Data file |
| JX182 | | | 6/16/2025 | 6/16/2025 | SCC-1 Data file |
| JX183 | | | 6/16/2025 | 6/16/2025 | CMT-2 Data file |
| JX184 | | | 6/16/2025 | 6/16/2025 | CMT-1 Data file |
| JX185 | | | 6/16/2025 | 6/16/2025 | SL 2022-2 Data file |
| JX186 | | | 6/16/2025 | 6/16/2025 | SL 2022-3 Data file |
| JX187 | | | 6/16/2025 | 6/16/2025 | SL 2022-4 Data file |
| JX188 | | | 6/16/2025 | 6/16/2025 | SL 2021-175 Data file |
| JX189 | | | 6/16/2025 | 6/16/2025 | 2022 Interim Data file |
| JX190 | | | 6/16/2025 | 6/16/2025 | 2021-173 Data file |
| JX191 | | | 6/16/2025 | 6/16/2025 | 2021-174 Data file |
| JX192 | | | 6/16/2025 | 6/16/2025 | House Bill 898/SL 2023-149 |
| JX193 | | | 6/16/2025 | 6/16/2025 | House Bill 898/SL 2023-149; Enacted Map 11x17 |
| JX194 | | | 6/16/2025 | 6/16/2025 | House Bill 898/SL 2023-149; Compactness Report |
| JX195 | | | 6/16/2025 | 6/16/2025 | House Bill 898/SL House 2023-149.shp |
| JX196 | | | 6/16/2025 | 6/16/2025 | House Committee 10-23-2023 H898 Amendment HBA-1 |
| JX197 | | | 6/16/2025 | 6/16/2025 | House Committee 10-23-2023 H898 Amendment HST-5 Amend |

Page 5 of 16

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| JX198 | | | 6/16/2025 | 6/16/2025 | House Committee 10-23-2023 H898 Amendment HCC-3 Amend |
| JX199 | | | 6/16/2025 | 6/16/2025 | House Committee 10-23-2023 H898 Amendment HCC-4 Amend |
| JX200 | | | 6/16/2025 | 6/16/2025 | House Committee 10-23-2023 H898 Amendment HCH-8 |
| JX201 | | | 6/16/2025 | 6/16/2025 | Senate Bill 758/SL 2023-146 Bill Text |
| JX202 | | | 6/16/2025 | 6/16/2025 | Senate Bill 758/SL 2023-146 Enacted Map 11 x 17 |
| JX203 | | | 6/16/2025 | 6/16/2025 | Senate Bill 758/SL 2023-146 Compactness Report |
| JX204 | | | 6/16/2025 | 6/16/2025 | SL Senate 2023-146.shp |
| JX205 | | | 6/16/2025 | 6/16/2025 | Senate Committee 10-23-2023 S758 Amendment SCM-2 Amend |
| JX206 | | | 6/16/2025 | 6/16/2025 | Senate Committee 10-23-2023 S758 Amendment Senate |
| JX207 | | | 6/16/2025 | 6/16/2025 | Senate Committee 10-19-2023 S758 Amendment Map |
| JX208 | | | 6/16/2025 | 6/16/2025 | Senate Committee 10-19-2023 S758 Amendment StatPack |
| JX209 | | | 6/16/2025 | 6/16/2025 | Senate Committee 10-19-2023 Senate Plan Criteria |
| JX210 | | | 6/16/2025 | 6/16/2025 | Senate Bill 757/SL 2023-145 Bill Text |
| JX211 | | | 6/16/2025 | 6/16/2025 | Senate Bill 757/SL 2023-145 Compactness Report |
| JX212 | | | 6/16/2025 | 6/16/2025 | SL 2023-145.shp |
| JX213 | | | 6/16/2025 | 6/16/2025 | Senate Committee 10-19-2023 S757 Amendment CCJ-1 Bill |
| JX214 | | | 6/16/2025 | 6/16/2025 | Senate Committee 10-19-2023 S757 Amendment Map |
| JX215 | | | 6/16/2025 | 6/16/2025 | Senate Committee 10-23-2023 S757 Amendment CST-3 |
| JX216 | | | 6/16/2025 | 6/16/2025 | Senate Bill 756/CBP-5 Bill Text |
| JX217 | | | 6/16/2025 | 6/16/2025 | SL 2022-3 Congress (2022 Remedial Congressional Plan) |
| JX218 | | | 6/16/2025 | 6/16/2025 | 2022 Interim Congressional Map |
| JX219 | | | 6/16/2025 | 6/16/2025 | 2022 Interim Congressional Map StatPack Report |
| JX220 | | | 6/16/2025 | 6/16/2025 | S.L. 2022-4 StatPack |
| JX221 | | | 6/16/2025 | 6/16/2025 | S.L. 2022-2 Senate |
| JX222 | | | 6/16/2025 | 6/16/2025 | S.L. 2021-175 StatPack |
| JX223 | | | 6/16/2025 | 6/16/2025 | S.L. 2021-173 Senate |
| JX224 | | | 6/16/2025 | 6/16/2025 | Criteria Adopted by the House Committee |
| JX225 | | | 6/16/2025 | 6/16/2025 | HB 1029 3rd Edition |
| JX226 | | | 6/16/2025 | 6/16/2025 | Rucho-Lewis Congress 3 |
| JX227 | | | 6/16/2025 | 6/16/2025 | Congress Zero Deviation |
| JX228 | | | 6/16/2025 | 6/16/2025 | S.L. 2021-175 Bill History |
| JX229 | | | 6/16/2025 | 6/16/2025 | S.L. 2021-173 Bill History |
| JX230 | | | 6/16/2025 | 6/16/2025 | S.L. 2021-174 Bill History |
| JX231 | | | 6/16/2025 | 6/16/2025 | S.L. 2022-4 House Map |
| JX232 | | | 6/16/2025 | 6/16/2025 | S.L. 2021-174 Congressional Map |
| JX233 | | | 6/16/2025 | 6/16/2025 | S.L. 2021-175 House Map |
| JX234 | | | 6/16/2025 | 6/16/2025 | 11/1/21 Audio of Senate Committee Hearing |
| JX235 | | | 6/16/2025 | 6/16/2025 | Senate Committee on Redistricting and Elections Agenda |
| JX236 | | | 6/16/2025 | 6/16/2025 | Senate Committee on Redistricting and Elections Agenda |
| JX237 | | | 6/16/2025 | 6/16/2025 | Senate Committee on Redistricting and Elections Agenda |
| JX238 | | | 6/16/2025 | 6/16/2025 | Senate Committee on Redistricting and Elections Agenda |
| JX239 | | | 6/16/2025 | 6/16/2025 | Senate Announcement re: Public Mapdrawing |
| JX240 | | | 6/16/2025 | 6/16/2025 | 9/14/21 Elizabeth City Public Hearing |

# EXHIBIT AND WITNESS LIST – CONTINUATION
## Case Name: WILLIAMS ET AL    v.    HALL ET AL    Case No.: 1:23CV1057

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| JX241 | | | 6/16/2025 | 6/16/2025 | 2021 Joint Public Hearing Schedule |
| JX242 | | | 6/16/2025 | 6/16/2025 | 8/12/2021 Committee (Joint) |
| JX243 | | | 6/16/2025 | 6/16/2025 | 8/17/2021 Senate Calendar for Legislative Day 116 |
| JX244 | | | 6/16/2025 | 6/16/2025 | 8/5/2021 House Committee on Redistricting Agenda |
| JX245 | | | 6/16/2025 | 6/16/2025 | 8/5/2021 Senate Calendar for Legislative Day 110 |
| JX246 | | | 6/16/2025 | 6/16/2025 | 9/16/2019 Senate Calendar for Legislative Day 127 |
| JX247 | | | 6/16/2025 | 6/16/2025 | 8/22/2017 Redistricting Public Hearing Sites |
| JX248 | | | 6/16/2025 | 6/16/2025 | 2/19/2016 House Calendar for 2nd Legislative Day, Extra Session |
| JX249 | | | 6/16/2025 | 6/16/2025 | 2016 Contingent Congressional Plan – Corrected |
| JX250 | | | 6/16/2025 | 6/16/2025 | 2011 Lewis-Dollar-Dockham 4 |
| JX251 | | | 6/16/2025 | 6/16/2025 | 2011 Rucho Senate 2 |
| JX252 | | | 6/16/2025 | 6/16/2025 | 2011 Congress Zero Deviation |
| JX253 | | | 6/16/2025 | 6/16/2025 | 3/30/2011 Senate Calendar for Legislative Day 37 |
| JX254 | | | 6/16/2025 | 6/16/2025 | 11/8/2001 Corrected House Calendar for 164th Legislative Day |
| JX255 | | | 6/16/2025 | 6/16/2025 | 8/27/2001 Senate Calendar for Legislative Day 123 |
| JX256 | | | 6/16/2025 | 6/16/2025 | 4/30/2011 House Calendar for 55th Legislative Day |
| JX257 | | | 6/16/2025 | 6/16/2025 | February 2016 Legislative Calendar |
| JX258 | | | 6/16/2025 | 6/16/2025 | 2011 Redistricting Public Hearing Sites List |
| JX259 | | | 6/16/2025 | 6/16/2025 | September 2021 Legislative Calendar |
| JX260 | | | 6/16/2025 | 6/16/2025 | 2011 Redistricting Public Hearing Sites Map |
| JX261 | | | 6/16/2025 | 6/16/2025 | S.L. 2011-404 ("Lewis-Dollar-Dockham 3") Bill History |
| JX262 | | | 6/16/2025 | 6/16/2025 | S.L. 2011-402 ("Rucho Senate 2") Bill History |
| JX263 | | | 6/16/2025 | 6/16/2025 | S.L. 2011-403 ("Rucho-Lewis Congress 3") Bill History |
| JX264 | | | 6/16/2025 | 6/16/2025 | 2001 Redistricting Public Hearing Sites |
| JX265 | | | 6/16/2025 | 6/16/2025 | S.L. 2001-479 ("Congress Zero Deviation") Bill History |
| JX266 | | | 6/16/2025 | 6/16/2025 | S.L. 2001-459 ("House Redistricting - Sutton Plan 2") Bill History |
| JX267 | | | 6/16/2025 | 6/16/2025 | S.L. 2001-458 ("Senate Redistricting - 1C") Bill History |
| JX268 | | | 6/16/2025 | 6/16/2025 | 98 Congressional Plan A |
| JX269 | | | 6/16/2025 | 6/16/2025 | 97 House/Senate Plan A |
| JX270 | | | 6/16/2025 | 6/16/2025 | 1992 Congressional Base Plan #10 |
| JX271 | | | 6/16/2025 | 6/16/2025 | House Bill 980/SL 2022-4 Bill Lookup |
| JX272 | | | 6/16/2025 | 6/16/2025 | House Bill 980/SL 2022-4 Text |
| JX273 | | | 6/16/2025 | 6/16/2025 | House Bill 980/SL 2022-4 11 x 17 Map |
| JX274 | | | 6/16/2025 | 6/16/2025 | House Bill 980/SL 2022-4 Compactness Report |
| JX275 | | | 6/16/2025 | 6/16/2025 | House Bill 980/SL 2022-4 SL 2022-4.shp |
| JX276 | | | 6/16/2025 | 6/16/2025 | Senate Bill 744/SL 2022-2 Bill Lookup |
| JX277 | | | 6/16/2025 | 6/16/2025 | Senate Bill 744/SL 2022-2 Bill Text |
| JX278 | | | 6/16/2025 | 6/16/2025 | Senate Bill 744/SL 2022-2 StatPack |
| JX279 | | | 6/16/2025 | 6/16/2025 | Senate Bill 744/SL 2022-2 Compactness Report |
| JX280 | | | 6/16/2025 | 6/16/2025 | SL 2022-2.shp |
| JX281 | | | 6/16/2025 | 6/16/2025 | Court-Ordered 2022 Interim Cong. Compactness Report |
| JX282 | | | 6/16/2025 | 6/16/2025 | Court-Ordered 2022 Interim Congressional.shp |
| JX283 | | | 6/16/2025 | 6/16/2025 | Senate Bill 745/SL 2022-3 Bill Lookup |
| JX284 | | | 6/16/2025 | 6/16/2025 | Senate Bill 745/SL 2022-3 Bill Text |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| JX285 | | | 6/16/2025 | 6/16/2025 | Senate Bill 745/SL 2022-3 StatPack |
| JX286 | | | 6/16/2025 | 6/16/2025 | Senate Bill 745/SL 2022-3 Compactness Report |
| JX287 | | | 6/16/2025 | 6/16/2025 | SL 2022-3.shp |
| JX288 | | | **6/16/2025** | 6/16/2025 | 2022 Special Master StatPack |
| JX289 | | | 6/16/2025 | 6/16/2025 | House Bill 976/SL 2021-175 Bill Text |
| JX290 | | | 6/16/2025 | 6/16/2025 | House Bill 976/SL 2021-175 11 x 17 Map |
| JX291 | | | 6/16/2025 | 6/16/2025 | House Bill 976/SL 2021-175 Compactness Report |
| JX292 | | | 6/16/2025 | 6/16/2025 | SL 2021-175 House.shp |
| JX293 | | | 6/16/2025 | 6/16/2025 | Senate Bill 739/SL 2021-173 Bill Text |
| JX294 | | | 6/16/2025 | 6/16/2025 | Senate Bill 739/SL 2021-173 StatPack Report |
| JX295 | | | 6/16/2025 | 6/16/2025 | Senate Bill 739/SL 2021-173 Compactness Report |
| JX296 | | | 6/16/2025 | 6/16/2025 | 2021-173 Senate.shp |
| JX297 | | | 6/16/2025 | 6/16/2025 | Senate Bill 740/2021-174 Bill Text |
| JX298 | | | 6/16/2025 | 6/16/2025 | Senate Bill 740/2021-174 11 x 17 Map |
| JX299 | | | 6/16/2025 | 6/16/2025 | Senate Bill 740/2021-174 StatPack Report |
| JX300 | | | 6/16/2025 | 6/16/2025 | Senate Bill 740/2021-174 Compactness Report |
| JX301 | | | 6/16/2025 | 6/16/2025 | SL 2021-174 Congress.shp |
| JX302 | | | 6/16/2025 | 6/16/2025 | 2020 House Election Districts Map |
| JX303 | | | 6/16/2025 | 6/16/2025 | 2020 House Election Districts Map StatPack Report |
| JX304 | | | 6/16/2025 | 6/16/2025 | 2020 House Election Districts Compactness Report |
| JX305 | | | 6/16/2025 | 6/16/2025 | 2020 Senate Election Districts Map |
| JX306 | | | 6/16/2025 | 6/16/2025 | 2020 Senate Election Districts Map Combined Reports |
| JX307 | | | 6/16/2025 | 6/16/2025 | 2020 Congressional Election Districts StatPack Report |
| JX308 | | | 6/16/2025 | 6/16/2025 | 2020 Congressional Election Districts Compactness Report |
| JX309 | | | 6/16/2025 | 6/16/2025 | 2018 House Election Districts Map (Court-Ordered) |
| JX310 | | | 6/16/2025 | 6/16/2025 | 2018 Senate Election Districts Map |
| JX311 | | | 6/16/2025 | 6/16/2025 | 2018 Senate Election Districts StatPack Reports |
| JX312 | | | 6/16/2025 | 6/16/2025 | 2018 House Election Districts StatPack Reports |
| JX313 | | | 6/16/2025 | 6/16/2025 | 2017 House Redistricting Plan A2 (HB 927 3rd Ed. Combined (4)) |
| JX314 | | | 6/16/2025 | 6/16/2025 | 2017 Senate Floor Redistricting Plan - 4th Ed (S691 4th Ed. Combined (1)) |
| JX315 | | | 6/16/2025 | 6/16/2025 | 2017 House and Senate Plans Criteria |
| JX316 | | | 6/16/2025 | 6/16/2025 | 2016-2018 Congressional Election Districts Map |
| JX317 | | | 6/16/2025 | 6/16/2025 | 2016-2018 Congressional Election Districts StatPack Reort |
| JX318 | | | 6/16/2025 | 6/16/2025 | 2016-2018 Congressional Election Districts Split VTD Repor |
| JX319 | | | 6/16/2025 | 6/16/2025 | 2016-2018 Congressional Election Districts County Report |
| JX320 | | | 6/16/2025 | 6/16/2025 | 2016-2018 Congressional Election Districts Municipal Report |
| JX321 | | | 6/16/2025 | 6/16/2025 | 2016 Adopted Joint Redistricting Criteria |
| JX322 | | | 6/16/2025 | 6/16/2025 | 2012-2016 House Election Districts Map |
| JX323 | | | 6/16/2025 | 6/16/2025 | 2012-2016 House Election Districts StatPack Report |
| JX324 | | | 6/16/2025 | 6/16/2025 | 2012-2016 House Election Districts Split VTD Report |
| JX325 | | | 6/16/2025 | 6/16/2025 | 2012-2016 House Election Districts County Report |
| JX326 | | | 6/16/2025 | 6/16/2025 | 2012-2016 House Election Districts Municipal Report |
| JX327 | | | 6/16/2025 | 6/16/2025 | 2012-2016 Senate Election Districts Map |
| JX328 | | | 6/16/2025 | 6/16/2025 | 2012-2016 Senate Election Districts StatPack Report |

Case Name: WILLIAMS ET AL    v.    HALL ET AL    Case No.: 1:23CV1057

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| JX329 | | | 6/16/2025 | 6/16/2025 | 2012-2016 Senate Election Districts Split VTD Report |
| JX330 | | | 6/16/2025 | 6/16/2025 | 2012-2016 Senate Election Districts County Report |
| JX331 | | | 6/16/2025 | 6/16/2025 | 2012-2016 Senate Election Districts Municipal Report |
| JX332 | | | 6/16/2025 | 6/16/2025 | 2012-2014 Congressional Election Districts StatPack Report |
| JX333 | | | 6/16/2025 | 6/16/2025 | 2012-2014 Congressional Election Districts Split VTD Report |
| JX334 | | | 6/16/2025 | 6/16/2025 | 2012-2014 Congressional Election Districts Split County Report |
| JX335 | | | 6/16/2025 | 6/16/2025 | 2012-2014 Congressional Election Districts Split Municipal Report |
| JX336 | | | 6/16/2025 | 6/16/2025 | 2009 House Election Districts |
| JX337 | | | 6/16/2025 | 6/16/2025 | 2009 House Election Districts Stat Pack Report |
| JX338 | | | 6/16/2025 | 6/16/2025 | 2009 House Election Districts Split Precinct Report |
| JX339 | | | 6/16/2025 | 6/16/2025 | 2009 House Election Districts County Report |
| JX340 | | | 6/16/2025 | 6/16/2025 | 2009 House Election Districts Municipal Report |
| JX341 | | | 6/16/2025 | 6/16/2025 | 2004-2008 House Election Districts Map |
| JX342 | | | 6/16/2025 | 6/16/2025 | 2004-2008 House Election Districts Stat Pack Report |
| JX343 | | | 6/16/2025 | 6/16/2025 | 2004-2008 House Election Districts Split Precinct Report |
| JX344 | | | 6/16/2025 | 6/16/2025 | 2004-2008 House Election Districts County Report |
| JX345 | | | 6/16/2025 | 6/16/2025 | 2004-2008 House Election Districts Municipal Report |
| JX346 | | | 6/16/2025 | 6/16/2025 | 2004-2008 Senate Election Districts Map |
| JX347 | | | 6/16/2025 | 6/16/2025 | 2004-2008 Senate Election Districts Stat Pack Report |
| JX348 | | | 6/16/2025 | 6/16/2025 | 2004-2008 Senate Election Districts Split Precinct Report |
| JX349 | | | 6/16/2025 | 6/16/2025 | 2004-2008 Senate Election Districts County Report |
| JX350 | | | 6/16/2025 | 6/16/2025 | 2004-2008 Senate Election Districts Municipal Report |
| JX351 | | | 6/16/2025 | 6/16/2025 | 2002-2010 Congressional Election Districts Stat Pack Report |
| JX352 | | | 6/16/2025 | 6/16/2025 | 2002-2010 Congressional Election Districts Split Precinct Report |
| JX353 | | | 6/16/2025 | 6/16/2025 | 2002-2010 Congressional Election Districts County Report |
| JX354 | | | 6/16/2025 | 6/16/2025 | 2002-2010 Congressional Election Districts Municipal Report |
| JX355 | | | 6/16/2025 | 6/16/2025 | Bernard Grofman, Lisa Handley, and David Lublin Law Review |
| JX356 | | | 6/16/2025 | 6/16/2025 | 2023 Senate Demographics |
| JX357 | | | 6/16/2025 | 6/16/2025 | 2021-22 State House Representatives List |
| JX358 | | | 6/16/2025 | 6/16/2025 | 2021-22 State Senate Representatives List |
| JX359 | | | 6/16/2025 | 6/16/2025 | North Carolina General Assembly, 2023 House Demographics |
| JX360 | | | 6/16/2025 | 6/16/2025 | North Carolina Black Alliance, list of officials |
| JX361 | | | 6/16/2025 | 6/16/2025 | 2023 Senate Committees by Member |
| JX362 | | | 6/16/2025 | 6/16/2025 | Filed Version of H.B. 259 (N.C. Mar. 2, 2023) |
| JX363 | | | 6/16/2025 | 6/16/2025 | 2024 General Election Turnout |
| JX364 | | | 6/16/2025 | 6/16/2025 | 2022 State House Electoral Results |
| JX365 | | | 6/16/2025 | 6/16/2025 | 2022 State Senate Electoral Results |
| JX366 | | | 6/16/2025 | 6/16/2025 | 2022 Congressional Electoral Results |
| JX367 | | | 6/16/2025 | 6/16/2025 | 2024 State House Electoral Results |
| JX368 | | | 6/16/2025 | 6/16/2025 | 2024 State Senate Electoral Results |
| JX369 | | | 6/16/2025 | 6/16/2025 | 2024 Congressional Electoral Results |
| JX370 | | | 6/16/2025 | 6/16/2025 | North Carolina General Assembly |
| JX371 | | | 6/16/2025 | 6/16/2025 | 2025 Senate Demographics |
| JX372 | | | 6/16/2025 | 6/16/2025 | 2025 House Demographics |
| JX373 | | | 6/16/2025 | 6/16/2025 | 2019 House Demographics |

EXHIBIT AND WITNESS LIST – CONTINUATION
Case Name: WILLIAMS ET AL    v.    HALL ET AL    Case No.: 1:23CV1057

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| JX374 | | | 6/16/2025 | 6/16/2025 | 2019 Senate Demographics |
| JX375 | | | 6/16/2025 | 6/16/2025 | 2017 House Demographics |
| JX376 | | | 6/16/2025 | 6/16/2025 | 2017 Senate Demographics |
| JX377 | | | 6/16/2025 | 6/16/2025 | 2015 House Demographics |
| JX378 | | | 6/16/2025 | 6/16/2025 | 2015 Senate Demographics |
| JX379 | | | 6/16/2025 | 6/16/2025 | 2013 House Demographics |
| JX380 | | | 6/16/2025 | 6/16/2025 | 2013 Senate Demographics |
| JX381 | | | 6/16/2025 | 6/16/2025 | 2011 House Demographics |
| JX382 | | | 6/16/2025 | 6/16/2025 | 2011 Senate Demographics |
| JX383 | | | 6/16/2025 | 6/16/2025 | 2009 House Demographics |
| JX384 | | | 6/16/2025 | 6/16/2025 | 2009 Senate Demographics |
| JX385 | | | 6/16/2025 | 6/16/2025 | Printout of NAACP website page |
| JX386 | | | 6/16/2025 | 6/16/2025 | NAACP website page |
| JX387 | | | 6/16/2025 | 6/16/2025 | CCJ-1 First Edition StatPack Report with Race |
| JX388 | | | 6/16/2025 | 6/16/2025 | SCJ-1 First Edition StatPack Report with Race |
| JX389 | | | 6/16/2025 | 6/16/2025 | HST-2 First Edition StatPack Report with Race |
| | LDTX213 | | 6/16/2025 | 6/16/2025 | NAACP Discovery Responses |
| X | | 6/16/2025 | | | Dr. Jonathan Rodden sworn |
| WX1 | | | 6/16/2025 | 6/16/2025 | Dr. Rodden Expert Report (8/1/2024) |
| WX3 | | | 6/16/2025 | 6/16/2025 | Supplemental Rebuttal Rept of Dr. Rodden (3/31/2025) |
| WX2 | | | 6/16/2025 | 6/16/2025 | Expert Reply Report of Dr. Rodden (10/17/2024) |
| | LDTX266 | | 6/16/2025 | | Expert Report of Sean Trende, Ph.D |
| | LDTX237 | | 6/16/2025 | | Stata screenshot |
| X | | 6/16/2025 | | | Earl Jones sworn |
| X | | 6/16/2025 | | | Dr. Maxwell Palmer sworn |
| WX4 | | | 6/16/2025 | 6/16/2025 | Expert Report of Maxwell Palmer, Ph.D (8/1/2024) |
| WX5 | | | 6/16/2025 | 6/16/2025 | Reply Report of Maxwell Palmer, Ph.D (10/17/2024) |
| WX6 | | | 6/16/2025 | 6/16/2025 | Supplemental Expert Rept of Maxwell Palmer, Ph.D |
| WX7 | | | 6/16/2025 | 6/16/2025 | Supplemental Rebuttal Rept. of Maxwell Palmer, Ph.D |
| | LDTX244 | | 6/16/2025 | | Supplemental Expert Report of John Alford, Ph.D |
| X | | 6/16/2025 | | | Pamlyn Stubbs sworn |
| WX97 | | | 6/17/2025 | 6/17/2025 | Duplicate of NAACPPX101 |
| WX134 | | | 6/17/2025 | 6/17/2025 | Legislative Defendants' Objections and Responses |
| WX135 | | | 6/17/2025 | 6/17/2025 | Legislative Defendants' Objections and Responses |
| WX136 | | | 6/17/2025 | 6/17/2025 | Responses to Plaintiffs' First Set of Interrogatories |
| WX170 | | | 6/17/2025 | 6/17/2025 | Conference Committee Substitute of H.B. 259 |
| WX171 | | | 6/17/2025 | 6/17/2025 | Duplicate of NAACPPX107 |
| WX172 | | | 6/17/2025 | 6/17/2025 | Enacted H.B. 259 (N.C. Oct. 3, 2023), |
| NAACPPX39 | | | 6/17/2025 | 6/17/2025 | House Rules Committee meeting transcript, 10/24/2023 |
| NAACPPX53 | | | 6/17/2025 | 6/17/2025 | Senate Redistricting Committee meeting documents (screenshot) |
| NAACPPX87 | | | 6/17/2025 | 6/17/2025 | SL 2023-134 |
| NAACPPX88 | | | 6/17/2025 | 6/17/2025 | HB 259 Proposed Committee Substitute |
| NAACPPX92 | | | 6/17/2025 | 6/17/2025 | Elizabeth City Public Hearing Speaker Request Form |
| NAACPPX93 | | | 6/17/2025 | 6/17/2025 | Hickory Public Hearing Speaker Request Form |

Page 10 of 16

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| NAACPPX94 | | | 6/17/2025 | 6/17/2025 | Raleigh Public Hearing Speaker Request Form |
| NAACPPX95 | | | 6/17/2025 | 6/17/2025 | Email notification to Sen. Hise |
| NAACPPX96 | | | 6/17/2025 | 6/17/2025 | Email from Rep. Hall to Rep. Reives |
| NAACPPX101 | | | 6/17/2025 | 6/17/2025 | Speaker Moore press release |
| NAACPPX107 | | | 6/17/2025 | 6/17/2025 | House Bill 259 Bill History |
| NAACPPX167 | | | 6/17/2025 | 6/17/2025 | Join the NAACP Webpage |
| NAACPPX246 | | | 6/17/2025 | 6/17/2025 | 8/12/2021 Joint Elections Committee Hearing |
| NAACPPX248 | | | 6/17/2025 | 6/17/2025 | Amendment to Proposed Criteria (Voting Rights Act) |
| NAACPPX249 | | | 6/17/2025 | 6/17/2025 | Amendment to Proposed Criteria (Contiguity) |
| NAACPPX250 | | | 6/17/2025 | 6/17/2025 | Amendment to Proposed Criteria (Racial Data) |
| NAACPPX251 | | | 6/17/2025 | 6/17/2025 | 2021 Joint Redistricting Committee Proposed Criteria |
| NAACPPX282 | | | 6/17/2025 | 6/17/2025 | 2011 Redistricting Process Archive |
| NAACPPX297 | | | 6/17/2025 | 6/17/2025 | NC General Assembly Redistricting screenshot |
| NAACPPX341 | | | 6/17/2025 | 6/17/2025 | North Carolina Legislative Black Caucus Priorities |
| NAACPPX342 | | | 6/17/2025 | 6/17/2025 | NC Legislative Black Caucus Members and Committees |
| NAACPPX343 | | | 6/17/2025 | 6/17/2025 | Public Laws, Session of 1901, chapt. 89. |
| NAACPPX492 | | | 6/17/2025 | 6/17/2025 | Results of Elon University Poll (8/27/2024) |
| NAACPPX493 | | | 6/17/2025 | 6/17/2025 | Results of Elon University Poll (9/24/2024) |
| NAACPPX494 | | | 6/17/2025 | 6/17/2025 | Results of Elon University Poll (10/29/2024) |
| NAACPPX497 | | | 6/17/2025 | 6/17/2025 | Report of the Committee on the Judiciary on S. 1992 (pp. 28-9) |
| NAACPPX557 | | | 6/17/2025 | 6/17/2025 | U.S. Census Bureau, U.S. Dept of Comm, American Comm Survey (B15002, "Sex by Educational Attainment for the Population 25 |
| NAACPPX558 | | | 6/17/2025 | 6/17/2025 | U.S. Census Bureau, U.S. Dept of Comm, American Comm Survey(B28002, "Presence and Types of Internet Subscriptions in Household") |
| NAACPPX560 | | | 6/17/2025 | 6/17/2025 | U.S. Census Bureau, U.S. Dept of Comm, American Comm Survey(B27002, "Private Health Insurance Status by Sex and Age") |
| NAACPPX561 | | | 6/17/2025 | 6/17/2025 | U.S. Census Bureau, U.S. Dept of Comm, American Comm Survey (B27003, "Public Health Insurance Status by Sex and Age") |
| NAACPPX562 | | | 6/17/2025 | 6/17/2025 | U.S. Census Bureau, U.S. Dept of Comm, American Comm Survey(B27001, "Health Insurance Coverage Status by Sex and Age") |
| NAACPPX563 | | | 6/17/2025 | 6/17/2025 | U.S. Census Bureau, U.S. Dept of Comm, American Comm Survey (B25044, "Tenure by Vehicles Available") |
| NAACPPX619 | | | 6/17/2025 | 6/17/2025 | U.S. Census Bureau, Quick Facts, North Carolina |
| NAACPPX634 | | | 6/17/2025 | 6/17/2025 | U.S. Census Bureau, U.S. Dept of Comm, American Comm Survey (B17001, "Poverty Status in the Past 12 Months by Sex and Age") |
| NAACPPX682 | | | 6/17/2025 | 6/17/2025 | NC State Board of Elections, Official General Election Results Statewide, Council of State, Nov. 5, 2024 |
| NAACPPX688 | | | 6/17/2025 | 6/17/2025 | NC State Board of Elections, Official General Election Results Statewide, Federal, Nov. 5, 2024 |
| | LDTX83 | | 6/17/2025 | 6/17/2025 | 2023-10-24 House Rules, Calendar, and Operations |
| | LDTX199 | | 6/17/2025 | 6/17/2025 | Google Calendar Reminder, ; Subject: HOLD |
| | LDTX212 | | 6/17/2025 | 6/17/2025 | Maps: State House-General Assembly; etc. |
| | LDTX215 | | 6/17/2025 | 6/17/2025 | North Carolina NAACP's website page "Leadership" |
| | LDTX216 | | 6/17/2025 | 6/17/2025 | NAACP Raleigh-Apex Branch website page "Meet the Team" |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | LDTX218 | | 6/17/2025 | 6/17/2025 | Screenshot of NC 2024 Congressional Map |
| | LDTX221 | | 6/17/2025 | 6/17/2025 | Common Cause website page |
| | LDTX222 | | 6/17/2025 | 6/17/2025 | Common Cause website page "Contact" |
| | LDTX223 | | 6/17/2025 | 6/17/2025 | Order on Remedial Plans |
| | LDTX231 | | 6/17/2025 | 6/17/2025 | NCSBE, Voter ID, print screen |
| | LDTX233 | | 6/17/2025 | 6/17/2025 | Jason Husser, Elon Poll |
| | LDTX237 | | 6/17/2025 | 6/17/2025 | Stata screenshot |
| | LDTX238 | | 6/17/2025 | 6/17/2025 | Jason Husser, Elon Poll |
| | LDTX261 | | 6/17/2025 | 6/17/2025 | Congress.Gov; African American Members of the U.S. Congress: |
| X | | 6/17/2025 | | | Dr. Chris Clark sworn |
| WX8 | | | 6/17/2025 | 6/17/2025 | Expert Report of Dr. Chris Clark (Corrected) (Aug. 1, 2024) |
| WX10 | | | 6/17/2025 | 6/17/2025 | Expert Reply Report of Dr. Chris Clark (Oct. 17, 2024) |
| WX11 | | | 6/17/2025 | 6/17/2025 | Supplemental Expert Report of Dr. Chris Clark (March 17, 20 |
| WX12 | | | 6/17/2025 | 6/17/2025 | Suppl. Rebuttal Expert Rept of Dr. Chris Clark (March 31, 20 |
| WX177 | | | 6/17/2025 | 6/17/2025 | Video: Jesse Helms "Hands" Ad |
| WX178 | | | 6/17/2025 | 6/17/2025 | Annette Fuller, Flier Opens an Old Wound |
| WX9 | | | 6/17/2025 | 6/17/2025 | CV of Dr. Chris Clark |
| X | | 6/17/2025 | | | Allison Allen sworn |
| X | | 6/17/2025 | | | Calvin Jones sworn |
| X | | 6/17/2025 | | | Dawn Daly-Mack sworn |
| X | | 6/17/2025 | | | Dr. Kassra Oskooii sworn |
| NAACPPX189 | | | 6/17/2025 | 6/17/2025 | Oskooii Expert Report |
| NAACPPX190 | | | 6/17/2025 | 6/17/2025 | Oskooii Appendix A |
| NAACPPX191 | | | 6/17/2025 | 6/17/2025 | Oskooii Appendix B |
| NAACPPX192 | | | 6/17/2025 | 6/17/2025 | Oskooii Appendix C |
| NAACPPX193 | | | 6/17/2025 | 6/17/2025 | Oskooii Appendix D |
| NAACPPX194 | | | 6/17/2025 | 6/17/2025 | Oskooii Appendix E |
| NAACPPX202 | | | 6/17/2025 | 6/17/2025 | Oskooii Reply Report |
| NAACPPX203 | | | 6/17/2025 | 6/17/2025 | Oskooii Supplement re: Alford Errata |
| NAACPPX208 | | | 6/17/2025 | 6/17/2025 | Oskooii Supplemental Report |
| NAACPPX209 | | | 6/17/2025 | 6/17/2025 | Oskooii Supplement Appendix A |
| NAACPPX210 | | | 6/17/2025 | 6/17/2025 | Oskooii Supplement Appendix B |
| NAACPPX211 | | | 6/17/2025 | 6/17/2025 | Oskooii Supplement Appendix C |
| NAACPPX215 | | | 6/17/2025 | 6/17/2025 | Oskooii Supplemental Rebuttal |
| X | | 6/17/2025 | | | Anthony Fairfax sworn |
| NAACPPX182 | | | 6/17/2025 | 6/17/2025 | Fairfax Corrected Expert Report |
| NAACPPX183 | | | 6/17/2025 | 6/17/2025 | Fairfax Errata |
| NAACPPX184 | | | 6/17/2025 | 6/17/2025 | Fairfax Exhibit A |
| NAACPPX185 | | | 6/17/2025 | 6/17/2025 | Fairfax Exhibit B |
| NAACPPX186 | | | 6/17/2025 | 6/17/2025 | Fairfax Exhibit C |
| NAACPPX187 | | | 6/17/2025 | 6/17/2025 | Fairfax Exhibit D |
| NAACPPX188 | | | 6/17/2025 | 6/17/2025 | Fairfax Corrected Exhibit E |
| NAACPPX200 | | | 6/17/2025 | 6/17/2025 | Fairfax Reply Report |
| X | | 6/18/2025 | | | Syene Jasmin sworn |
| X -Joint witness | | 6/18/2025 | | | Dr. James Leloudis sworn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| NAACPPX179 | | | 6/18/2025 | 6/18/2025 | Leloudis Expert Report |
| X | | 6/18/2025 | | | Mitzi Reynolds Turner sworn |
| X | | 6/18/2025 | | | Courtney Patterson sworn |
| X | | 6/18/2025 | | | Bob Phillips sworn |
| NAACPPX165 | | | 6/18/2025 | 6/18/2025 | Common Cause Member Voting Records (Confidential) Under Seal per Doc. 151 |
| X | | 6/18/2025 | | | Dr. Joseph Bagley sworn |
| NAACPPX180 | | | 6/18/2025 | 6/18/2025 | Bagley Expert Report dated August 1, 2024 |
| NAACPPX181 | | | 6/18/2025 | 6/18/2025 | Bagley Corrected Expert Report dated November 4, 2024 |
| NAACPPX199 | | | 6/18/2025 | 6/18/2025 | Bagley Reply Report dated October 17, 2024 |
| NAACPPX205 | | | 6/18/2025 | 6/18/2025 | Bagley Supplemental Expert Report dated March 17, 2025 |
| NAACPPX206 | | | 6/18/2025 | 6/18/2025 | Bagley Supplemental Errata dated April 16, 2025 |
| NAACPPX207 | | | 6/18/2025 | 6/18/2025 | Bagley Supplemental Pivot Table |
| NAACPPX699 | | | 6/18/2025 | 6/18/2025 | Donald Trump Endorcemet or Robinson Video (Dr. Bagley demonstrative 5) |
| NXXCPPX700 | | | 6/18/2025 | 6/18/2025 | Progress North Carolina Action Martin Luther King III video (Dr. Bagley demonstrative 6) |
| NAACPPX701 | | | 6/18/2025 | 6/18/2025 | Michele Morrow X post (Dr. Bagley demonstrative 7) |
| X | | 6/18/2025 | | | Dr. LaFleur Sephens-Dougan sworn |
| NAACPPX195 | | | 6/18/2025 | 6/18/2025 | Stephens-Dougan Expert Report |
| NAACPPX196 | | | 6/18/2025 | 6/18/2025 | Stephens-Dougan Errata |
| NAACPPX197 | | | 6/18/2025 | 6/18/2025 | Stephens-Dougan Exhibit A |
| NAACPPX198 | | | 6/18/2025 | 6/18/2025 | Stephens-Dougan Exhibit B |
| NAACPPX204 | | | 6/18/2025 | 6/18/2025 | Stephens-Dougan Reply Report |
| NAACPPX212 | | | 6/18/2025 | 6/18/2025 | Stephens-Dougan Supplemental Report |
| NAACPPX213 | | | 6/18/2025 | 6/18/2025 | Stephens-Dougan Supplement Exhibit A |
| NAACPPX214 | | | 6/18/2025 | 6/18/2025 | Stephens-Dougan Supplement Exhibit B |
| X | | 6/20/2025 | | | Dr. LaFleur Sephens-Dougan continuation |
| [150] Att. 3 | | | 6/18/2025 | 6/18/2025 | House Resolution 22 ("SAVE Act") Bill Text and Cosponsors (NAACPPX 299) |
| [150] Att. 5 | | | 6/18/2025 | 6/18/2025 | Senate Bill 403 / House Bill 491 ("Medicaid Work Requirements") (Filed Edition) (NAACPPX 303) |
| [150] Att. 13 | | | 6/18/2025 | 6/18/2025 | Senate Bill 406 ("Choose Your School, Choose Your Future") (Filed Edition) (NAACPPX 328) |
| [150] Att. 23 | | | 6/18/2025 | 6/18/2025 | Session Law 2021-180 ("2021 Appropriations Act") Bill History (NAACPPX 274) |
| [150] Att. 24 | | | 6/18/2025 | 6/18/2025 | Session Law 2011-145 ("Appropriations Act of 2011") Bill History (NAACPPX 281) |
| [150] Att. 25 | | | 6/18/2025 | 6/18/2025 | Senate Bill 1005 / House Bill 1040 ("The Appropriations Act of 2001") Bill History (NAACPPX 286) |
| [150] Att. 27 | | | 6/18/2025 | 6/18/2025 | Senate Bill 403 / House Bill 491 ("Medicaid Work Requirements") Bill History (NAACPPX 302) |
| [150] Att. 35 | | | 6/18/2025 | 6/18/2025 | Session Law 2023-37 / Senate Bill 248 (Nash/Edgecombe School Boards) Bill History (NAACPPX 325) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| [150] Att. 38 | | | 6/18/2025 | 6/18/2025 | Senate Bill 406 / House Bill 823 ("Choose Your School, Choose Your Future") Bill History |
| NAACPPX490 | | | 6/20/2025 | 6/20/2025 | video - Beasley Ad (Club for Growth. "We Won't Know" Sept. 29, 2022) |
| | LDTX227 | | 6/20/2025 | | "Conservatism and Fairness in Contemporary Politics: ....." |
| | LDTX228 | | 6/20/2025 | | LaFleur Stephens-Dougan - article |
| | LDTX240 | | 6/20/2025 | | Tim Malloy & Doug Schwartz, Quinnipiac University Poll |
| X | | 6/20/2025 | | | Senator Kandie Smith sworn |
| X | X | 6/20/2025 | | | Senator Ralph Hise sworn |
| NAACPPX263 | | | 6/20/2025 | 6/20/2025 | Joint Statement by Senator Bob Rucho and Rep. David Lewis Regarding Proposed State Legislative Redistricting Plans (Admitted for factual information about timing of redistricting process only) |
| NAACPPX264 | | | 6/20/2025 | 6/20/2025 | Statement by Senator Bob Rucho and Rep. David Lewis Regarding the Proposed 2011 Congressional Plan (Admitted for factual information about timing of redistricting process only) |
| NAACPPX265 | | | 6/20/2025 | 6/20/2025 | Statement by Sen. Bob Rucho and Rep. David Lewis Regarding Proposed VRA Districts (Admitted for factual information about timing of redistricting process only) |
| NAACPPX266 | | | 6/20/2025 | 6/20/2025 | Joint Statement, released on 6/17/2011 (Admitted for factual information about timing of redistricting process only) |
| NAACPPX78 | | | 6/20/2025 | 6/20/2025 | Coalition letter (admitted for notice only) |
| NAACPPX47 | | | 6/20/2025 | 6/20/2025 | Email from Chris Shentton (admitted for notice only) |
| NAACPPX413 | | | 6/20/2025 | | Summary Exhibit of LD Map Production CBP-5 with BVAP |
| NAACPPX378 | | | 6/20/2025 | | Summary Exhibit of SL 2023-145 (Enacted Congress) with BVAP |
| NAACPPX374 | | | 6/20/2025 | | Summary Exhibit of SL 2023-146 (Enacted Senate) with BVA |
| NAACPPX340 | | | 6/20/2025 | 6/20/2025 | Senator Ralph Hise Facebook posts |
| X | | 6/20/2025 | | | Rev. William Arthur Kearney sworn |
| NAACPPX702 | | | 7/8/2025 | 7/8/2025 | NC Congressional Districts SL2023-145 Enacted Plan - BVAP map |
| NAACPPX363 | | | 7/8/2025 | 7/8/2025 | Corine Mack Standing Declaration |
| NAACPPX365 | | | 7/8/2025 | 7/8/2025 | Linda Sutton Standing Declaration |
| WX55 | | | 7/8/2025 | 7/8/2025 | 1/3/25 Declaration of Alan Rene Oliva Chapela |
| WX57 | | | 7/8/2025 | 7/8/2025 | 1/3/25 Declaration of Flor Herrera-Picasso |
| WX58 | | | 7/8/2025 | 7/8/2025 | 1/3/25 Declaration of German De Castro |
| WX59 | | | 7/8/2025 | 7/8/2025 | 1/3/25 Declaration of James Adams |
| WX60 | | | 7/8/2025 | 7/8/2025 | 1/3/25 Declaration of Laura McClettie |
| WX61 | | | 7/8/2025 | 7/8/2025 | 1/3/25 Declaration of Luciano Gonzalez-Vega |
| WX62 | | | 7/8/2025 | 7/8/2025 | 1/3/25 Declaration of Natalee Nanette Nieves |
| WX63 | | | 7/8/2025 | 7/8/2025 | 1/3/25 Declaration of Nelda Leon |
| WX64 | | | 7/8/2025 | 7/8/2025 | 1/3/25 Declaration of Shauna Williams |
| WX65 | | | 7/8/2025 | 7/8/2025 | 1/3/25 Declaration of Virginia Keogh |
| WX66 | | | 7/8/2025 | 7/8/2025 | 5/13/25 Declaration of Minerva Freeman |
| WX67 | | | 7/8/2025 | 7/8/2025 | 5/13/25 Declaration of Maura Aceto |
| WX68 | | | 7/8/2025 | 7/8/2025 | 5/29/25 Declaration of Javier Limon |
| WX69 | | | 7/8/2025 | 7/8/2025 | 5/13/25 Declaration of Armenta Eaton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| WX70 | | | 7/8/2025 | 7/8/2025 | 5/13/25 Declaration of Chenita Johnson |
| NAACPPX79 | | | 7/8/2025 | 7/8/2025 | Written Public Comments (Admitted for notice only) |
| NAACPPX77 | | | 7/8/2025 | 7/8/2025 | Written Public Comments (Admitted for notice only) |
| NAACPPX76 | | | 7/8/2025 | 7/8/2025 | Written Public Comments (Admitted for notice only) |
| WX93 | | | 7/8/2025 | 7/8/2025 | 10/19/23 Public Comment Report (Admitted for notice only) |
| WX94 | | | 7/8/2025 | 7/8/2025 | 10/23/23 Public Comment Report (Admitted for notice only) |
| WX95 | | | 7/8/2025 | 7/8/2025 | 10/24/23 Public Comment Report (Admitted for notice only) |
| WX96 | | | 7/8/2025 | 7/8/2025 | 10/25/23 Public Comment Report (Admitted for notice only) |
| WX99 | | | 7/8/2025 | 7/8/2025 | 9/28/23 Common Cause Emails Regarding 2023 Redistricting Process (Admitted for notice only) |
| WX100 | | | 7/8/2025 | 7/8/2025 | 9/29/23 Progress NC Action Email (Admitted for notice only) |
| WX101 | | | 7/8/2025 | 7/8/2025 | 10/3/23 Redistricting Criteria Letter (Cover Email) (Admitted for notice only) |
| WX102 | | | 7/8/2025 | 7/8/2025 | 10/3/23 Redistricting Criteria Letter (Admitted for notice only) |
| WX103 | | | 7/8/2025 | 7/8/2025 | 10/5/23 SCSJ Press Release (Admitted for notice only) |
| WX104 | | | 7/8/2025 | 7/8/2025 | 10/12/23 Notice to Preserve Records of Redistricting in Anticipation of Litigation (Admitted for notice only) |
| WX116 | | | 7/8/2025 | 7/8/2025 | Email from Donna J. Somers to 2023 NC Senate Redistricting Committee Co-Chairs Daniel, Hise, Newton, and Committee Members (Admitted for notice only) |
| NAACPPX21 | | | 7/8/2025 | 7/8/2025 | Email to Sen. Hise from Anne Brown re: "Redistributing" (Admitted for notice only) |
| | X | 7/8/2025 | | | Dr. Michael Barber sworn |
| | LDTX253 | | 7/8/2025 | 7/8/2025 | Expert Report of Michael Barber, PhD 09.26.2024 |
| | LDTX254 | | 6/16/2025 | 7/8/2025 | Supplemental Expert Report of Michael Barber, PhD 03.17.2025 |
| | X | 7/8/2025 | | | Dr. John Alford sworn |
| | LDTX242 | | 7/8/2025 | 7/8/2025 | Expert Report of John R. Alford, Ph.D. 09.26.2024 |
| | LDTX243 | | 7/8/2025 | 7/8/2025 | Expert Errata of John R. Alford, Ph.D. 10.22.2024 |
| | LDTX244 | | 7/8/2025 | 7/8/2025 | Supplemental Expert Report of John R. Alford, Ph.D. 03.17.2025 |
| | LDTX251 | | 7/8/2025 | 7/8/2025 | Supplemental Rebuttal Expert Report of John R. Alford, Ph.D. 03.31.2025 |
| | LDTX252 | | 7/8/2025 | 7/8/2025 | Curriculum Vitae of John R. Alford (May, 2025) |
| | LDTX220 | | 7/8/2025 | 7/8/2025 | September 17, 2019 Report by Dr. Lisa Handley (offered for notice of methodology) |
| | X | 7/9/2025 | | | Blake Springhetti sworn |
| | X | 7/9/2025 | | | Dr. Andrew Taylor sworn |
| | LDTX259 | | 7/9/2025 | 7/9/2025 | Expert Report of Andrew Taylor, Ph. D. 09.26.2024 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | LDTX263 | | 7/9/2025 | 7/9/2025 | Expert Errata of Andrew Taylor, Ph.D. 10.17.2024 |
| | LDTX264 | | 7/9/2025 | 7/9/2025 | Supplemental Expert Report of Andrew Taylor, Ph.D. 03.17.2025 |
| | LDTX265 | | 7/9/2025 | 7/9/2025 | Supplemental Expert Report Appendix A - CV of Andrew Taylor, Ph.D. 03.17.2025 |
| | LDTX194 | | 7/9/2025 | 7/9/2025 | NC Dept. of Public Instruction, Highlights of the North Carolina Public School Budget, April 2024 |
| | LDTX260 | | 7/9/2025 | 7/9/2025 | Table A; Frey, "A 'New Great Migration' is Bringing Black Americans Back to the South" |
| | X | 7/9/2025 | | | Dr. Sean Trende sworn |
| | LDTX266 | | 7/9/2025 | 7/9/2025 | Expert Report of Sean P. Trende, Ph.D. (Part I: In Response to Dr. Jonathan Rodden and C.V.) |
| | LDTX276 | | 7/9/2025 | 7/9/2025 | Expert Report of Sean P. Trende, Ph.D. (Part II: In Response to Mr. Anthony E. Fairfax) 09.26.2024 |
| | LDTX267 | | 7/9/2025 | 7/9/2025 | Exhibit 2 to Expert Report of Sean Trende Part I |
| | LDTX268 | | 7/9/2025 | 7/9/2025 | Exhibit 3 to Expert Report of Sean Trende Part I |
| | LDTX269 | | 7/9/2025 | 7/9/2025 | Exhibit 4 to Expert Report of Sean Trende Part I |
| | LDTX270 | | 7/9/2025 | 7/9/2025 | Exhibit 5 to Expert Report of Sean Trende Part I |
| | LDTX271 | | 7/9/2025 | 7/9/2025 | Exhibit 6 to Expert Report of Sean Trende Part I |
| | LDTX272 | | 7/9/2025 | 7/9/2025 | Exhibit 7 to Expert Report of Sean Trende Part I |
| | LDTX273 | | 7/9/2025 | 7/9/2025 | Exhibit 8 to Expert Report of Sean Trende Part I |
| | LDTX274 | | 7/9/2025 | 7/9/2025 | Exhibit 9 to Expert Report of Sean Trende Part I |
| | LDTX275 | | 7/9/2025 | 7/9/2025 | Exhibit 10 to Expert Report of Sean Trende Part I |
| | LDTX278 | | 7/9/2025 | 7/9/2025 | Updated CV of Dr. Sean Trende (May, 2025) |
| | LDTX228 | | 7/9/2025 | 7/9/2025 | LaFleur Stephens-Dougan, "Priming Racial Resentment without Stereotypic Cues" |
| | LDTX240 | | 7/9/2025 | 7/9/2025 | Poll, "North Carolina 2024: Trump on Upside of Too-Close-To-Call Race, Quinnipiac University North Carolina Poll Finds; Governor's Race: Stein Leads Robinson 52% - 44%," April 10, 2024 (entered conditionally) |
| | LDTX241 | | 7/9/2025 | 7/9/2025 | Jasson Husser, Elon Poll, Survey of North Carolina Registered Voters September 4-13, 2024 |
| X | | 7/9/2025 | | | Dr. Jonathan Rodden sworn |

**Williams' Plaintiffs Attorneys:**
Christina Ford
Lalitha D. Madduri
Lucas Lallinger
Mark Reinier Haidar
Qizhou GE
Narendra K. Ghosh

**NAACP/Consolidated Plaintiffs Attorneys:**
Christopher Shenton
Harmony GBE
Hilary H. Klein
Jeffrey Loperfido
Joel Tom Boer
Madeleine Bech
Odunayo Durojaye
Lily Talerman
Olivia Molodanof

**Legislative Defendants Attorneys:**
Phillip J. Strach
Alyssa M. Riggins
Cassie A. Holt
Erika Prouty
Jordan Alexander Koonts
Katherine McKnight
Patrick T. Lewis
Anna Croyts

**NC State Board of Elections Defendants Attorneys:**
Mary Lucasee
Terence Steed
Ryan Grover