IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting; *et al.*, <br><br> *Defendants*. | Civil Action No. 23-CV-1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate; *et al.*, <br><br> *Defendants*. | Civil Action No. 23-CV-1104 |

### NOTICE OF FILING OF DEPOSITION DESIGNATIONS

Legislative Defendants hereby give notice that below is a table Legislative Defendants' Deposition Designations of Representative Mary Price Taylor ("Pricey") Harrison. Attached hereto as Exhibit 1 is a PDF of the Deposition for Representative Harrison with the designations highlighted. Pursuant to D.E. 135, the parties will file objections by the July 22, 2025, deadline.

**Representative Mary Price Taylor ("Pricey") Harrison – 10.24.2024**

| Designation | | Objections to Designations | Counter-Designation | | Objections to Counter-Designations |
| --- | --- | --- | --- | --- | --- |
| Start Page : Line | End Page : Line | | Start Page : Line | End Page : Line | |
| 8:19 | 9:2 | | | | |
| 9:15 | 10:15 | | | | |
| 12:16 | 12:19 | | | | |
| 14:7 | 14:25 | | | | |
| 15:12 | 16:2 | | | | |
| 16:13 | 18:6 | | | | |
| 20:10 | 20:13 | | | | |
| 20:21 | 21:5 | | | | |
| 25:6 | 26:5 | | | | |
| 33:20 | 34:1 | | | | |
| 37:3 | 38:9 | | | | |
| 38:10 | 38:24 | | | | |
| 39:3 | 39:6 | | | | |
| 44:23 | 45:7 | | | | |
| 45:13 | 45:17 | | | | |
| 47:4 | 47:19 | | | | |
| 48:6 | 48:22 | | | | |
| 51:11 | 53:16 | | | | |
| 55:21 | 55:24 | | | | |
| 56:12 | 56:19 | | | | |
| 56:21 | 57:7 | | | | |
| 62:14 | 63:25 | | | | |
| 64:18 | 64:21 | | | | |
| 66:2 | 66:5 | | | | |
| 69:4 | 69:12 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 69:25 | 71:12 | | | | |
| 71:13 | 72:3 | | | | |
| 74:5 | 75:20 | | | | |
| 77:5 | 77:17 | | | | |
| 78:7 | 80:20 | | | | |
| 84:15 | 84:17 | | | | |
| 84:24 | 85:1 | | | | |
| 85:5 | 85:24 | | | | |
| 86:12 | 88:20 | | | | |
| 89:1 | 89:11 | | | | |
| 91:16 | 92:6 | | | | |
| 92:13 | 93:16 | | | | |
| 95:8 | 96:12 | | | | |
| 100:25 | 101:3 | | | | |
| 102:16 | 103:4 | | | | |
| 107:25 | 108:2 | | | | |
| 109:13 | 109:20 | | | | |
| 111:14 | 111:17 | | | | |
| 117:23 | 118:24 | | | | |
| 135:9 | 135:15 | | | | |
| 135:20 | 137:19 | | | | |
| 140:14 | 141:21 | | | | |
| 160:6 | 160:22 | | | | |
| 171:19 | 172:23 | | | | |
| 176:5 | 176:22 | | | | |
| 194:6 | 194:12 | | | | |

Respectfully submitted, this the 17th day of July, 2025.

| **BAKER & HOSTETLER LLP** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
|---|---|
| Katherine L. McKnight* <br> DC Bar No. 994456 <br> Richard B. Raile* <br> DC Bar No. 1015689 <br> Trevor Stanley* <br> DC Bar No. 991207 <br> 1050 Connecticut Ave. NW <br> Suite 1100 <br> Washington DC 20036 <br> Ph: (202) 861-1500 <br> kmcknight@bakerlaw.com <br> tstanley@bakerlaw.com <br> rraile@bakerlaw.com <br><br> Patrick T. Lewis* <br> Ohio State Bar No. 0078314 <br> Key Tower <br> 127 Public Square, Suite 2000 <br> Cleveland, Ohio 44114 <br> Ph: (216) 621-0200 <br> plewis@bakerlaw.com <br><br> Erika D. Prouty* <br> Ohio State Bar No. 0095821 <br> 200 Civic Center Drive, Suite 1200 <br> Columbus, Ohio 43215 <br> Ph: (614) 462-4710 <br> eprouty@bakerlaw.com | By: /s/ Phillip J. Strach <br>    Phillip J. Strach <br>    North Carolina State Bar No. 29456 <br>    Alyssa M. Riggins <br>    North Carolina State Bar No. 52366 <br>    Cassie A. Holt <br>    North Carolina State Bar No. 56505 <br>    Jordan A. Koonts <br>    North Carolina State Bar No. 59363 <br>    301 Hillsborough Street, Suite 1400 <br>    Raleigh, North Carolina 27603 <br>    Ph: (919) 329-3800 <br>    phil.strach@nelsonmullins.com <br>    alyssa.riggins@nelsonmullins.com <br>    cassie.holt@nelsonmullins.com <br>    jordan.koonts@nelsonmullins.com <br><br> *Attorneys for Legislative Defendants* |

\* *Appeared via Special Notice*

# CERTIFICATE OF SERVICE

I, Phillip J. Strach, certify that on this, the 17th day of July, 2025, I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF electronic filing system, which will send a copy of the same to all counsel of record in the above-captioned matter.

**NELSON MULLINS RILEY &**
**SCARBOROUGH LLP**
/s/ Phillip J. Strach
Phillip J. Strach
N.C. State Bar No. 29456
