IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting; *et al.*,<br><br>*Defendants*. | Civil Action No. 23-CV-1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate; *et al.*,<br><br>*Defendants*. | Civil Action No. 23-CV-1104 |

**LEGISLATIVE DEFENDANTS' NOTICE OF FILING OF OBJECTIONS TO NAACP PLAINTIFFS' DEPOSITION DESIGNATIONS**

Pursuant to the parties' agreement and the scheduling orders in this case, Legislative Defendants hereby give notice of and submit objections to NAACP Plaintiffs' Deposition Designations, D.E. 160, from the October 10, 2024 deposition of Representative Mary Price Harrison.

The objections to NAACP Plaintiffs' designated excerpts are identified as follows:

1. **From 122:13 to 122:16**: Legislative Defendants object to this deposition designation on the grounds that it is incomplete because it does not fully capture the question and response. Legislative Defendants offer a cross-designation of 121:11 to 122:16 to resolve this objection, as reflected in the pink highlighting in the attached **Exhibit 1**[1].

2. **From 151:4 to 152:4**: Legislative Defendants object to this deposition designation on the grounds that it is incomplete because it does not fully capture the line of questioning necessary to determine what "concerns" are being referenced. Legislative Defendants offer a cross-designation of 150:6 to 152:4 to resolve this objection, as reflected in the pink highlighting in Exhibit 1.

Respectfully submitted, this the 22nd day of July, 2025.

| **BAKER & HOSTETLER LLP** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
|---|---|
| | |
| Katherine L. McKnight* | By: /s/ Phillip J. Strach |
| DC Bar No. 994456 | Phillip J. Strach |
| Richard B. Raile* | North Carolina State Bar No. 29456 |
| DC Bar No. 1015689 | Alyssa M. Riggins |
| Trevor Stanley* | North Carolina State Bar No. 52366 |
| DC Bar No. 991207 | Cassie A. Holt |
| 1050 Connecticut Ave. NW | North Carolina State Bar No. 56505 |
| Suite 1100 | Jordan M. Koonts |
| Washington DC 20036 | North Carolina State Bar No. 59363 |
| Ph: (202) 861-1500 | 301 Hillsborough Street, Suite 1400 |
| kmcknight@bakerlaw.com | Raleigh, North Carolina 27603 |
| rraile@bakerlaw.com | Ph: (919) 329-3800 |
| tstanley@bakerlaw.com | phil.strach@nelsonmullins.com |
| | alyssa.riggins@nelsonmullins.com |
| Patrick T. Lewis* | cassie.holt@nelsonmullins.com |

---

[1] Attached as Exhibit 1 are NAACP Plaintiffs' highlighted designations filed on July 17, 2025 (in yellow) at D.E. 160-2, with Legislative Defendants' counter-designations highlighted (in pink).

Ohio State Bar No. 0078314
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Ph: (216) 621-0200
plewis@bakerlaw.com

Erika D. Prouty*
Ohio State Bar No. 0095821
Anna Croyts*
Ohio State Bar No. 0104620
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Ph: (614) 462-4710
eprouty@bakerlaw.com
acroyts@bakerlaw.com

jordan.koonts@nelsonmullins.com

*Counsel for Legislative Defendants*

*Appeared via Special Notice*

## CERTIFICATE OF SERVICE

I hereby certify that on this day the forgoing document was filed on the Court's electronic case filing system (CM/ECF), and that notice of the filing will be served on all counsel of record by the Court's system.

This the 22nd day of July, 2025.

**NELSON MULLINS RILEY &
SCARBOROUGH LLP**

By: /s/ Phillip J. Strach
      Phillip J. Strach
      North Carolina State Bar No. 29456