# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., <br><br> *Defendants*. <br> _____ <br><br> NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., <br><br> *Defendants.* | Civil Action No. 23 CV 1057 <br><br><br><br><br><br><br><br><br><br><br><br> Civil Action No. 23 CV 1104 |

## NAACP PLAINTIFFS' OBJECTIONS AND COUNTER-DESIGNATIONS IN RESPONSE TO LEGISLATIVE DEFENDANTS' DEPOSITION DESIGNATIONS

Pursuant to the parties' agreement and the Court's June 4, 2025 Order on Plaintiffs' Motion to Clarify or Modify Allotted Trial Time (Dkt. 135), NAACP Plaintiffs, by counsel, respectfully submit the attached objections and counter-designations in response to

Legislative Defendants' July 17, 2025 deposition designations for the deposition of Representative Mary Price Harrison (Dkt. 159). Attached hereto as **Exhibit A** is chart identifying NAACP Plaintiffs' objections and counter-designations. Attached hereto as **Exhibit B** is a true and correct copy of Legislative Defendants' Notice of Filing of Deposition Designations, Exhibit 1 (Dkt. 159-1), with Legislative Defendants' designations highlighted in yellow and NAACP Plaintiffs' counter-designations highlighted in pink.

NAACP Plaintiffs also object to the admissibility of several documents used during Representative Harrison's deposition and respectfully refer the Court to Plaintiffs' previously filed Objections to Legislative Defendants' 5.16.25 Exhibit List for further detail. (See Dkt. 132, at 18-19 (objections to exhibit nos. LDTX200, LDTX202-LDTX207)).

Dated: July 22, 2025

Respectfully submitted,

*/s/ Hilary Harris Klein*
Hilary Harris Klein

**HOGAN LOVELLS US LLP**

J. Tom Boer*
Olivia Molodanof*
Madeleine Bech*
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
Facsimile: 415-374-2499
tom.boer@hoganlovells.com
olivia.molodanof@hoganlovells.com
madeleine.bech@hoganlovells.com

**SOUTHERN COALITION FOR SOCIAL JUSTICE**

Jeffrey Loperfido (State Bar #52939)
Hilary Harris Klein (State Bar #53711)
Christopher Shenton (State Bar #60442)
Mitchell D. Brown (State Bar #56122)
Lily Talerman (State Bar #61131)
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525

Jessica L. Ellsworth*
Misty Howell*
Odunayo Durojaye*
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
jessica.ellsworth@hoganlovells.com
misty.howell@hoganlovells.com
odunayo.durojaye@hoganlovells.com

Harmony Gbe*
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: 310-785-4600
Facsimile: 310-785-4601
harmony.gbe@hoganlovells.com

*Appearing in this matter by Special Appearance pursuant to L-R 83.1(d)

hilaryhklein@scsj.org
jeffloperfido@scsj.org
chrisshenton@scsj.org
mitchellbrown@scsj.org
lily@scsj.org

4

## CERTIFICATE OF SERVICE

I certify that on July 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Hilary Harris Klein*
Hilary Harris Klein
