# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting; *et al.*, <br><br> *Defendants*. | Civil Action No. 23-CV-1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate; *et al.*, <br><br> *Defendants*. | Civil Action No. 23-CV-1104 |

## NOTICE OF FILING OF PROPOSED CONCLUSIONS OF LAW

Legislative Defendants, by and through undersigned counsel, and pursuant to this Court's Order modifying certain post-trial deadlines [D.E. 135], hereby give notice of filing of their Proposed Post-Trial Conclusions of Law, which accompany Legislative Defendants' Proposed Post-Trial Findings of Fact [D.E. 163]. Legislative Defendants'

Proposed Post-Trial Conclusions of law are attached as **Exhibit 1**. The Proposed Post-Trial

Conclusions of Law are filed separately from Legislative Defendants' Proposed Post-Trial

Findings of Fact due to file size constraints.

      Respectfully submitted, this the 5th day of August, 2025.

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| | |
| By: /s/Katherine L. McKnight | By:/s/ Phillip J. Strach |
| Katherine L. McKnight* | Phillip J. Strach |
| D.C. Bar No. 994456 | North Carolina State Bar no. 29456 |
| Richard B. Raile* | Alyssa M. Riggins |
| D.C. Bar No. 1015689 | North Carolina State Bar no. 52366 |
| Trevor Stanley* | Cassie A. Holt |
| D.C. Bar No. 991207 | North Carolina State Bar no. 56505 |
| 1050 Connecticut Ave. NW, Suite 1100 | Jordan A. Koonts |
| Washington DC 20036 | North Carolina State Bar no. 59363 |
| Ph: (202) 861-1500 | 301 Hillsborough Street, Suite 1400 |
| kmcknight@bakerlaw.com | Raleigh, North Carolina 27603 |
| rraile@bakerlaw.com | Ph: (919) 329-3800 |
| tstanley@bakerlaw.com | phil.strach@nelsonmullins.com |
| | alyssa.riggins@nelsonmullins.com |
| Patrick T. Lewis* | cassie.holt@nelsonmullins.com |
| Ohio State Bar No. 0078314 | jordan.koonts@nelsonmullins.com |
| Key Tower | |
| 127 Public Square, Suite 2000 | |
| Cleveland, Ohio 44114 | |
| Ph: (216) 621-0200 | *Counsel for Legislative Defendants* |
| plewis@bakerlaw.com | |
| | |
| Erika Dackin Prouty* | |
| Ohio State Bar No. 0095821 | |
| Anna Croyts* | |
| Ohio State Bar No. 0104620 | |
| 200 Civic Center Drive, Suite 1200 | |
| Columbus, OH 43215 | |
| (614) 462-4710 | |
| eprouty@bakerlaw.com | |
| acroyts@bakerlaw.com | |

*\* Appeared via Special Notice*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties registered in said system.

Respectfully submitted, this the 5th day of August, 2025.

/s/ Phillip J. Strach
Phillip J. Strach
