IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting; *et al.*, <br><br> *Defendants.* | Civil Action No. 23-CV-1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate; *et al.*, <br><br> *Defendants.* | Civil Action No. 23-CV-1104 |

**LEGISLATIVE DEFENDANTS' NOTICE OF SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY**

Legislative Defendants, by and through undersigned counsel, and pursuant to Local Rule 7.3(i), respectfully provide notice of the subsequently decided decision of the Eastern District of North Carolina in *Rodney Pierce v. The North Carolina*

*State Board of Elections, et al.*, 4:23-CV-193-D (E.D.N.C. Sept. 30, 2025). Pursuant to Local Rule 7.3(i), a copy of the opinion is attached hereto as **Exhibit 1**.

Respectfully submitted this, the 30th day of September, 2025.

| **BAKER & HOSTETLER LLP** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
|---|---|
| By: /s/ Katherine L. McKnight <br> Richard B. Raile* <br> DC Bar No. 1015689 <br> Katherine L. McKnight* <br> DC Bar No. 994456 <br> Trevor Stanley* <br> DC Bar No. 991207 <br> 1050 Connecticut Ave. NW <br> Suite 1100 <br> Washington, DC 20036 <br> Ph: (202) 861-1500 <br> rraile@bakerlaw.com <br> kmcknight@bakerlaw.com <br> tstanley@bakerlaw.com <br><br> Patrick T. Lewis* <br> Ohio State Bar No. 0078314 <br> Key Tower <br> 127 Public Square, Suite 2000 <br> Cleveland, Ohio 44114 <br> Ph: (216) 621-0200 <br> plewis@bakerlaw.com <br><br> Erika D. Prouty* <br> Ohio State Bar No. 0095821 <br> Anna Croyts* <br> Ohio State Bar No. 0104620 <br> 200 Civic Center Drive, Suite 1200 <br> Columbus, Ohio 43215 <br> Ph: (614) 462-4710 <br> eprouty@bakerlaw.com | By: /s/ Phillip J. Strach <br> Phillip J. Strach <br> North Carolina State Bar No. 29456 <br> Alyssa M. Riggins <br> North Carolina State Bar No. 52366 <br> Cassie A. Holt <br> North Carolina State Bar No. 56505 <br> Jordan A. Koonts <br> North Carolina State Bar No. 59363 <br> 301 Hillsborough Street, Suite 1400 <br> Raleigh, North Carolina 27603 <br> Ph: (919) 329-3800 <br> phil.strach@nelsonmullins.com <br> alyssa.riggins@nelsonmullins.com <br> cassie.holt@nelsonmullins.com <br> jordan.koonts@nelsonmullins.com <br><br> *Attorneys for Legislative Defendants* |

acroyts@bakerlaw.com

*Appeared via Special Notice

# CERTIFICATE OF SERVICE

I, Phillip J. Strach, hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification to counsel of record.

This the 30th day of September, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Phillip J. Strach
Phillip J. Strach
N.C. State Bar No. 29456
