<pre>
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
</pre>

| | |
|---|---|
| SHAUNA WILLIAMS, et al.,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>REPRESENTATIVE HUGH BLACKWELL, in his official capacity as Chair of the House Standing Committee on Elections, et al.,<br><br>    *Defendants*.<br>_____<br><br>NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al.,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al.,<br><br>    *Defendants*. | Civil Action No. 23 CV 1057<br><br><br><br><br><br><br><br>Civil Action No. 23 CV 1104 |

**[PROPOSED] ORDER**

This matter is before the Court upon *Williams* Plaintiffs' Motion for Leave to File a Supplemental Complaint. After consideration of the motion, the Court GRANTS *Williams* Plaintiffs' "Motion for Leave to File a Supplemental Complaint" (ECF No. 169).

The Clerk of Court SHALL DOCKET the "Supplemental Complaint for Declaratory and Injunctive Relief" (ECF No. 169-1) as a separate docket entry with its own unique docket number.

SO ORDERED.

This _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE