# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

SHAUNA WILLIAMS, et al.

     *Plaintiffs*,

     v.

REPRESENTATIVE DESTIN HALL, in his
official capacity as Chair of the House
Standing Committee on Redistricting, et al.

     *Defendants*.

**NOTICE OF SPECIAL APPEARANCE**

**Case No. 1:23-cv-1057**

Please take notice that the undersigned James J. Pinchak hereby enters a notice of special appearance as counsel for Shauna Williams, Flor Herrera-Picasso, Minerva Freeman, Maura Aceto, Javier Limon, Armenta Eaton, James Adams, Luciano Gonzalez-Vega, Chenita Johnson, Pamlyn Stubbs, Earl Jones, Allison Shari Allen, Laura McClettie, Nelda Leon, German De Castro, Alan Rene Oliva Chapela, Virginia Keogh, and Natalee Nanette Nieves in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Narendra K. Ghosh.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Date: October 28, 2025

*/s/ James J. Pinchak*
James J. Pinchak
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Tel: 202-987-5634
jpinchak@elias.law

*Counsel for Plaintiffs*

*/s/ Narendra K. Ghosh*
Narendra K. Ghosh
N.C. Bar No. 37649
Patterson Harkavy LLP 100
Europa Drive

Suite 420
Chapel Hill, NC 27517
Tel: (919) 942-5200
nghosh@pathlaw.com

*Local Civil Rule 83.1(d) Counsel*
*for Plaintiffs*