# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., *Plaintiffs*, v. REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., *Defendants*. | Civil Action No. 23 CV 1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., *Plaintiffs*, v. PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., *Defendants*. | Civil Action No. 23 CV 1104 |

**NAACP PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

i

Plaintiffs North Carolina State Conference of the NAACP ("North Carolina NAACP"), Common Cause, Mitzi Reynolds Turner, Dawn Daly-Mack, Corine Mack, Calvin Jones, Linda Sutton, Syene Jasmin as well as new Plaintiffs Arthur Lee Johnson, Barbara Jean Sutton, and Courtney Patterson ("NAACP Plaintiffs" or "Plaintiffs") hereby respectfully request, pursuant to Federal Rule of Civil Procedure 65(a)(1), that the Court issue a preliminary injunction enjoining Defendants from enforcing Senate Bill 249 for the 2026 elections.

As alleged in NAACP Plaintiffs' First Supplemental Complaint, Doc. 180, and as supported by the accompanying Memorandum in Support of this motion and its exhibits, the North Carolina General Assembly acted unlawfully in amending Congressional Districts 1 and 3 in October 2025. Senate Bill 249 was unprompted by any Census data release or court order. This gratuitous redistricting targets and harms Plaintiffs and Black voters in northeastern North Carolina by violating Plaintiffs' First Amendment right to be free from unlawful retaliation and to petition their government for a redress of grievances. It also continues and exacerbates the racial vote dilution alleged in Plaintiffs' prior complaint with respect to the 2023 Congressional Plan, devastating the ability of Black voters in North Carolina's historic Black Belt to elect a candidate of their choice.

The candidate filing deadline for the 2026 statewide primary election begins at noon on December 1, 2025, and ends at noon on December 19, 2025. See N.C.G.S. § 163-106.2(a); Doc. 126 (State Bd. Elections Br.) at 2. In light of these upcoming deadlines, and in order to promote clarity and minimize confusion, Plaintiffs hereby request the Court issue a preliminary injunction enjoining any election from being conducted under the

1

district lines set forth in Senate Bill 249. To the extent any preliminary relief issues after December 19, 2025, and/or to whatever extent justice may require, Plaintiffs request that the Court modify the candidate filing period as part of its order of preliminary relief.

With respect to any permanent relief as against the 2023 Congressional Plan following trial earlier this year, the State Board of Elections has stated that "[t]o accommodate changes to the current maps [including the 2023 Congressional Plan] without delaying any administrative dates or deadlines for ballot preparation and distribution for the March 2026 primary," the Board would need to receive any new map by December 1, 2025. Doc. 126 (State Bd. Elections Br.) at 3.

If the Court preliminarily enjoins Senate Bill 249, Plaintiffs maintain their request that the Court also (1) permanently enjoin use of the 2023 Congressional Plan consistent with the evidence adduced at trial and (2) order a remedial congressional map ensuring an equal opportunity of all voters. Plaintiffs ask the Court to do so in time for the 2026 elections. To the extent any permanent relief issues after December 1, 2025, and/or to whatever extent justice may require, Plaintiffs request that the Court modify any applicable state law deadlines as part of its remedial order.

For these reasons, as well as those articulated in the accompanying Memorandum of Law, and supported by exhibits thereto, Plaintiffs respectfully request that this Court grant their motion for preliminary injunction.

Dated this 31st day of October, 2025.

Respectfully submitted,

/s/ *Hilary Harris Klein*

**HOGAN LOVELLS US LLP**

J. Tom Boer*
Olivia Molodanof*
Madeleine Bech*
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
Facsimile: 415-374-2499
tom.boer@hoganlovells.com
olivia.molodanof@hoganlovells.com
madeleine.bech@hoganlovells.com

Jessica L. Ellsworth*
Misty Howell*
Odunayo Durojaye*
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
jessica.ellsworth@hoganlovells.com
misty.howell@hoganlovells.com
odunayo.durojaye@hoganlovells.com

*Appearing in this matter by Special Appearance pursuant to L-R 83.1(d)*

**ACLU OF NORTH CAROLINA LEGAL FOUNDATION**

Jaclyn Maffetore (State Bar #50849)
Kristi L. Graunke (State Bar #51216)
P. O. Box 28004
Raleigh, NC 27611
(919) 354-5070
jmaffetore@acluofnc.org
kgraunke@acluofnc.org

**SOUTHERN COALITION FOR SOCIAL JUSTICE**

Hilary Harris Klein (State Bar #53711)
Jeffrey Loperfido (State Bar #52939)
Christopher Shenton (State Bar #60442)
Lily Talerman (State Bar #61131)
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525
hilaryhklein@scsj.org
jeffloperfido@scsj.org
chrisshenton@scsj.org
lily@scsj.org

**ACLU FOUNDATION**

Ari J. Savitzky**
Ethan Herenstein**
Clayton Pierce**
Sophia Lin Lakin**
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
asavitzky@aclu.org
eherenstein@aclu.org
cpierce@aclu.org
slakin@aclu.org

***Applications to appear specially forthcoming*

## CERTIFICATE OF SERVICE

I certify that on October 31, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Hilary Harris Klein*
Hilary Harris Klein

4