## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 23 CV 1057 |
| REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., | |
| *Defendants*. | |
| _____ | |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 23 CV 1104 |
| PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., | |
| *Defendants.* | |

## **PLAINTIFFS' JOINT MOTION FOR EXPEDITED BRIEFING SCHEDULE, HEARING DATE, AND DECISION ON MOTIONS FOR PRELIMINARY INJUNCTION**

1

Pursuant to Local Rule 7.3(f), the Williams Plaintiffs and the NAACP Plaintiffs (collectively, "Plaintiffs") respectfully move the Court to expedite the briefing schedule, hearing, and decision on the NAACP Plaintiffs' Motion for Preliminary Injunction (Doc. 182) and the Williams Plaintiffs' Motion for Preliminary Injunction (forthcoming) (together, the "PI Motions").

Plaintiffs request that the Court adopt the expedited schedule as set forth below and in the accompanying memorandum, which would allow a decision on or before December 1, 2025—minimizing disruption to the primary schedule announced by the State Board of Elections and consistent with the Court's October 30, 2025 Order expressing its intent to resolve all claims expeditiously. Doc. 179.

| Event | Deadline |
|---|---|
| PI Motions | October 31, 2025 |
| Briefs in Response to PI Motions | November 14, 2025 |
| Reply Briefs | November 18, 2025 at 10:00 a.m. |
| Preliminary Injunction Hearing | November 19, 2025, or as soon as the Court can accommodate |

Alternatively, Plaintiffs submit that the Court has authority to adjust the start of the candidate filing period, currently set to begin on December 1, 2025, to allow additional time to resolve the PI Motions. *See, e.g.*, *South Carolina v. United States*, 585 F. Supp. 418 (D.D.C. 1984); *Larios v. Cox*, 305 F. Supp. 2d 1335, 1342–44 (N.D. Ga. 2004). Should the Court choose to exercise that authority, Plaintiffs propose the following adjusted schedule:

2

| Event | Deadline |
|---|---|
| PI Motions | October 31, 2025 |
| Briefs in Response to PI Motions | November 17, 2025 |
| Reply Briefs | November 24, 2025 |
| Preliminary Injunction Hearing | During the week of December 1, 2025 |

Plaintiffs conferred with Legislative Defendants and the State Board of Elections ("SBOE") on October 30 and 31, 2025. Legislative Defendants indicated they will state their position in their forthcoming filing responding to the Court's October 30, 2025 Order. The SBOE did not state a position regarding Plaintiffs' request and will assess the feasibility of adjusting the start of the candidate filing period.

**WHEREFORE**, Plaintiffs respectfully request that the Court:

1. Grant this Motion to Expedite;

2. Adopt the expedited briefing schedule proposed in Plaintiffs' accompanying memorandum; and

3. Grant such other and further relief as the Court deems just and proper.

Dated: October 31, 2025

Respectfully Submitted,

_/s/ Lalitha D. Madduri_

**ELIAS LAW GROUP LLP**

Lalitha D. Madduri*
Lucas Lallinger*
Qizhou Ge*
James J. Pinchak*
250 Massachusetts Avenue, Suite 400

_/s/ Hilary Harris Klein_

**SOUTHERN COALITION FOR SOCIAL JUSTICE**

Hilary Harris Klein (State Bar #53711)
Jeffrey Loperfido (State Bar #52939)
Christopher Shenton (State Bar #60442)
Mitchell D. Brown (State Bar #56122)

Washington, D.C. 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
LMadduri@elias.law
LLallinger@elias.law
AGe@elias.law
JPinchak@elias.law

Abha Khanna*
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
AKhanna@elias.law

*Special Appearance pursuant to*
*Local Rule 83.1(d)*

/s/ Narendra K. Ghosh

**PATTERSON HARKAVY LLP**

Narendra K. Ghosh, NC Bar No. 37649
100 Europa Drive, Suite 420
Chapel Hill, NC 27517
Phone: (919) 942-5200
nghosh@pathlaw.com

*Counsel for Williams Plaintiffs*

Lily Talerman (State Bar #61131)
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525
hilaryhklein@scsj.org
jeffloperfido@scsj.org
chrisshenton@scsj.org
mitchellbrown@scsj.org
lily@scsj.org

**HOGAN LOVELLS US LLP**

J. Tom Boer*
Olivia Molodanof*
Madeleine Bech*
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
Facsimile: 415-374-2499
tom.boer@hoganlovells.com
olivia.molodanof@hoganlovells.com
madeleine.bech@hoganlovells.com

Jessica L. Ellsworth*
Misty Howell*
Odunayo Durojaye*
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
jessica.ellsworth@hoganlovells.com
misty.howell@hoganlovells.com
odunayo.durojaye@hoganlovells.com

*Appearing in this matter by Special*
*Appearance pursuant to L-R 83.1(d)*

**ACLU FOUNDATION**

Ari J. Savitzky**
Ethan Herenstein**
Clayton Pierce**
Sophia Lin Lakin**
125 Broad Street, 18th Floor
New York, New York 10004

4

(212) 549-2500
asavitzky@aclu.org
eherenstein@aclu.org
cpierce@aclu.org
slakin@aclu.org

*\*\*Applications to appear specially
forthcoming*

**ACLU OF NORTH CAROLINA
LEGAL FOUNDATION**

Jaclyn Maffetore (State Bar #50849)
Kristi L. Graunke (State Bar #51216)
P. O. Box 28004
Raleigh, NC 27611
(919) 354-5070
jmaffetore@acluofnc.org
kgraunke@acluofnc.org

*Counsel for NAACP Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on October 31, 2025, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing

to all counsel of record.


      */s/ Olivia Molodanof*
Olivia Molodanof