IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHAUNA WILLIAMS, et al.,

     *Plaintiffs*,

   v.

REPRESENTATIVE DESTIN HALL, in his
official capacity as Chair of the House
Standing Committee on Redistricting, et
al.,

     *Defendants*.

1:23CV1057

_____

NORTH CAROLINA STATE CONFERENCE OF THE
NAACP, et al.,

     *Plaintiffs*,

    v.

PHILIP BERGER, in his official capacity
as the President Pro Tempore of the
North Carolina Senate, et al.,

     *Defendants.*

1:23CV1104

## ORDER

These cases are before the court on NAACP Plaintiffs' and

Williams Plaintiffs' joint motion (Doc. 185) to expedite a briefing

schedule, hearing date, and decision on NAACP Plaintiffs' motion

for preliminary injunction (Doc. 182) and Williams Plaintiffs'

motion for preliminary injunction (Doc. 186).  The parties have

1

also filed a Joint Notice Regarding Schedule pursuant to this court's October 30, 2025 Order. (Doc. 179.) And the Legislative Defendants have filed a motion to dismiss. (Doc. 192.) Having considered the various filings,

IT IS ORDERED that Plaintiffs' joint motion to expedite (Doc. 185) is GRANTED and the court adopts the following schedule for consideration of Plaintiffs' motions for preliminary injunction:

- Defendants' responses due: November 14, 2025

- Plaintiffs' replies due: November 18, 2025 (10:00 a.m.)

- Preliminary Injunction Hearing: November 19, 2025 (1:00 p.m. to 5:00 p.m., in Winston-Salem, Courtroom # 1). The time will be split between Plaintiffs and Defendants, unless the parties agree otherwise.

IT IS FURTHER ORDERED that the court declines to adopt Defendants' proposed trial schedule and adopts Plaintiffs' proposed pretrial schedule for the claims in Plaintiffs' supplemental complaints, as amended below to reflect the Legislative Defendants' filing of a motion to dismiss:

- Plaintiffs' response to Legislative Defendants' pending motion to dismiss: November 21, 2025

- Defendants' reply to motion to dismiss: November 28, 2025

2

- Discovery begins:  December 1, 2015

- Responsive pleadings:  December 15, 2025

- Plaintiffs' opening expert reports:  January 23, 2026

- Defendants' expert reports:  February 19, 2026

- Plaintiffs' replies to Defendants' expert reports, if
  any:  March 12, 2026

- Pretrial disclosures:

    o Witness and exhibits lists: April 17, 2026

    o Objections to witness and exhibit lists:  April
      24, 2026

    o Pretrial conference: April 29, 2026

    o Pretrial briefs: May 6, 2026

  - Trial: To be set by the court at a later date.

This, the 6th day of November, 2025

_____/s/____Allison J. Rushing_
United States Circuit Judge

_____/s/____Richard E. Myers, II_
Chief United States District Judge

_____/s/____Thomas D. Schroeder_
United States District Judge

3