# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., <br><br> *Defendants*. <br> _____ <br><br> NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., <br><br> *Defendants.* | Civil Action No. 23 CV 1057 <br><br><br><br><br><br><br><br><br><br><br><br> Civil Action No. 23 CV 1104 |

**NAACP PLAINTIFFS' NOTICE OF MANUAL FILING**

i

Plaintiffs North Carolina State Conference of the NAACP, Common Cause, Mitzi Reynolds Turner, Dawn Daly-Mack, Corine Mack, Calvin Jones, Linda Sutton, Syene Jasmin as well as new Plaintiffs Arthur Lee Johnson, Barbara Jean Sutton, and Courtney Patterson ("NAACP Plaintiffs") hereby notify the Court that they have provided native copies of the following exhibits filed in support of NAACP Plaintiffs' Motion for Preliminary Injunction (Doc. 182) to the Court via flash drive:

- Klein Exhibit 10 – October 20, 2025 North Carolina Senate Elections Committee Audio (Doc. 184-11)
- Klein Exhibit 11 – October 20, 2025 North Carolina Senate Chamber Audio (Doc. 184-12)
- Klein Exhibit 13 – October 21, 2025 North Carolina Senate Chamber Audio (Doc. 184-14)
- Klein Exhibit 15 – October 21, 2025 North Carolina House Select Committee on Redistricting Audio (Doc. 184-16)
- Klein Exhibit 16 – October 21, 2025 North Carolina House Committee on Rules, Calendar, and Operations Audio (Doc. 184-17)
- Klein Exhibit 17 – October 22, 2025 North Carolina House Chamber Audio (Doc. 184-18).

These exhibits constitute publicly-available audio files from the North Carolina General Assembly's website and were provided to the Court consistent with prior guidance on the provision of case-related materials (Doc. 135).

1

The parties were informed via email that these audio files, which are publicly accessible to the parties, would be provided via flash drive to the Court and were offered the opportunity to receive them via flash drive as well.

This 7th day of November, 2025. Respectfully submitted,

/s/ *Hilary Harris Klein*

**SOUTHERN COALITION FOR SOCIAL JUSTICE**

Hilary Harris Klein (State Bar #53711)
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525
hilaryhklein@scsj.org

# CERTIFICATE OF SERVICE

I certify that on November 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

_/s/ Hilary Harris Klein_
Hilary Harris Klein
