# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., *Plaintiffs*, v. REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., *Defendants* | Civil Action No. 23 CV 1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., *Plaintiffs*, v. PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., *Defendants.* | Civil Action No. 23 CV 1104 |

**SUPPLEMENTAL JOINT STIPULATED FACTS**

i

1. The following joint stipulated facts supplement those filed by the parties in June of 2025, *see* Doc. 148 (First Amended Joint Stipulated Facts), to address subsequent events related to the passage of Senate Bill 249 (S.L. 2025-95) ("S.B. 249").

*2025 Trial Challenging the 2023 Congressional Plan*

2. In June and July of 2025, this Court presided over a full trial on the merits of Plaintiffs' claims challenging the 2023 Congressional Plan.

3. Post-trial briefing on the 2023 Congressional Plan challenge was completed on August 5, 2025.

*2025 Redistricting Process*

4. On October 20, 2025, Senator Hise introduced S.B. 249 in the Senate Standing Committee on Elections (hereinafter the "Senate Elections Committee"). Along with S.B. 249, Senator Hise presented the 2025 Congressional Plan Criteria he stated were used to draw the congressional plan contained in S.B. 249. A true and accurate copy of the "2025 Congressional Plan Criteria" is provided at Doc. 184-10 (Klein Ex. 9).

5. On October 20, shortly after 10:00am, the Senate Elections Committee met to discuss the proposed S.B. 249. A true and accurate copy of the audio recording of this meeting is provided at Doc. 184-11 (Klein Ex. 10) and a true and accurate copy of the video recording is available on the North Carolina General Assembly's YouTube channel at https://www.youtube.com/watch?v=67p7bbT8EYw. A true and accurate copy of the transcript of this meeting is appended as Exhibit A to these Supplemental Stipulated Facts.

6. At the end of the meeting, the Senate Elections Committee voted in favor of S.B. 249.

7. On October 20, 2025, S.B. 249 proceeded to the Senate floor for consideration. A true and accurate copy of the audio recording of the Senate Session is provided at Doc. 184-12 (Klein Ex. 11). A true and accurate copy of the transcript of this meeting is appended as Exhibit B to these Supplemental Stipulated Facts.

8. The Senate took up S.B. 249 for its third reading vote the next morning, on Tuesday, October 21, 2025. A true and accurate copy of the audio recording of this Senate Session is provided at Doc. 184-14 (Klein Ex. 13). A true and accurate copy of the transcript of this meeting is appended as Exhibit C to these Supplemental Stipulated Facts.

9. The bill next moved to the House Select Committee on Redistricting, where it was considered on Tuesday, October 21, 2025. A true and accurate copy of the audio recording is provided at Doc. 184-16 (Klein Ex. 15), and a true and accurate copy of the video recording is available on the North Carolina General Assembly's YouTube channel at https://www.youtube.com/watch?v=BX4SuqW0b5s. A true and accurate copy of the transcript of this meeting is appended as Exhibit D to these Supplemental Stipulated Facts.

10. The bill was placed on the House Floor calendar for the next day, October 22, 2025. A true and accurate copy of the audio recording of this meeting is provided at Doc. 184-18 (Klein Ex. 17), and a true and accurate copy of the video recording available on the North Carolina General Assembly's YouTube channel at https://www.youtube.com/watch?v=JW2v_F1tZ0U. A true and accurate copy of the transcript of this meeting is appended as Exhibit E to these Supplemental Stipulated Facts.

*The 2025 Amendment to Congressional Districts 1 and 3*

11. S.B. 249 became law on October 22, 2025. S.B. 249 amended Section 163-201(a) of the North Carolina General Statutes to change the configurations of Congressional Districts 1 and 3. No other changes to the 2023 Congressional Plan were introduced by S.B. 249.

*Defendants*

12. Defendants Senator Warren Daniel, Senator Ralph E. Hise, Jr., Senator Brad Overcash, Speaker Destin Hall, President pro *tempore* Philip E. Berger, North Carolina State Board of Elections Executive Director Sam Hayes, North Carolina State Board of Elections Chair Francis X. De Luca, and North Carolina State Board of Elections Member Robert Rucho all maintain the same titles and roles as stipulated in Doc. 148, and are all sued in their official capacities only.

13. Defendant Hugh Blackwell is sued in his official capacity as the co-chair of the House Select Committee on Redistricting.

*Additional Joint Stipulations*

14. The parties agree that the Court may consider expert reports and witness declarations submitted in support of or in opposition to Plaintiffs' motions for preliminary injunction regardless of whether that witness or expert testifies at the November 19, 2025, preliminary injunction hearing.

15. The parties agree that any documentary evidence presented during the November 19, 2025, preliminary injunction hearing will be limited to: (1) documents and transcription of any testimony already admitted on the trial record; and (2) materials filed

with the preliminary injunction papers on the deadlines set by the Court, and (3) any documents and recordings from the legislative record of S.B. 249 from the ncleg.gov website. The parties agree that they may ask the Court to consider documents deemed appropriate for judicial notice and/or statements by a party-opponent subject to objections by other parties.

Respectfully submitted this, the 18th day of November, 2025.

| | |
|---|---|
| **SOUTHERN COALITION FOR SOCIAL JUSTICE** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| By: /s/ Hilary Harris Klein<br>Hilary Harris Klein (State Bar #53711)<br>Jeffrey Loperfido (State Bar #52939)<br>Christopher Shenton (State Bar #60442)<br>Lily Talerman (State Bar #61131)<br>5517 Durham Chapel Hill Blvd.<br>Durham, NC 27707<br>Telephone: 919-794-4213<br>Facsimile: 919-908-1525<br>hilaryhklein@scsj.org<br>jeffloperfido@scsj.org<br>chrisshenton@scsj.org<br>lily@scsj.org | By: /s/ Phillip J. Strach<br>   Phillip J. Strach<br>   North Carolina State Bar No. 29456<br>   Alyssa M. Riggins<br>   North Carolina State Bar No. 52366<br>   Cassie A. Holt<br>   North Carolina State Bar No. 56505<br>   Jordan A. Koonts<br>   North Carolina State Bar No. 59363<br>   301 Hillsborough Street, Suite 1400<br>   Raleigh, North Carolina 27603<br>   Ph: (919) 329-3800<br>   phil.strach@nelsonmullins.com<br>   alyssa.riggins@nelsonmullins.com<br>   cassie.holt@nelsonmullins.com<br>   jordan.koonts@nelsonmullins.com |
| **HOGAN LOVELLS US LLP** | **BAKER & HOSTETLER LLP** |
| J. Tom Boer*<br>Olivia Molodanof*<br>Madeleine Bech*<br>4 Embarcadero Center, Suite 3500<br>San Francisco, CA 94111<br>Telephone: 415-374-2300<br>Facsimile: 415-374-2499<br>tom.boer@hoganlovells.com<br>olivia.molodanof@hoganlovells.com<br>madeleine.bech@hoganlovells.com | By: /s/ Katherine L. McKnight<br>Richard B. Raile*<br>DC Bar No. 1015689<br>Katherine L. McKnight*<br>DC Bar No. 994456<br>Trevor Stanley*<br>DC Bar No. 991207<br>1050 Connecticut Ave. NW |

Jessica L. Ellsworth*
Misty Howell*
Odunayo Durojaye*
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
jessica.ellsworth@hoganlovells.com
misty.howell@hogenlovells.com
odunayo.durojaye@hogenlovells.com

**ACLU FOUNDATION**

Ari J. Savitzky*
Ethan Herenstein*
Clayton Pierce*
Sophia Lin Lakin*
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
asavitzky@aclu.org
eherenstein@aclu.org
cpierce@aclu.org
slakin@aclu.org

*Appearing in this matter by Special Appearance pursuant to Local Rule 83.1(d)*

**ACLU OF NORTH CAROLINA LEGAL FOUNDATION**

Jaclyn Maffetore (State Bar #50849)
Kristi L. Graunke (State Bar #51216)
P.O. Box 28004
Raleigh, NC 27611
(919) 354-5070
jmaffetore@acluofnc.org
kraunke@acluofnc.org

*Counsel for NAACP Plaintiffs*

Suite 1100
Washington, DC 20036
Ph: (202) 861-1500
rraile@bakerlaw.com
kmcknight@bakerlaw.com
tstanley@bakerlaw.com

Patrick T. Lewis*
Ohio State Bar No. 0078314
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Ph: (216) 621-0200
plewis@bakerlaw.com

Erika D. Prouty*
Ohio State Bar No. 0095821
Anna Croyts*
Ohio State Bar No. 0104620
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Ph: (614) 462-4710
eprouty@bakerlaw.com
acroyts@bakerlaw.com

*Appeared via Special Notice*
*Attorneys for Legislative Defendants*

**NORTH CAROLINA DEPARTMENT OF JUSTICE**

By: /s/ Terence Steed

Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
tsteed@ncdoj.gov

Mary L. Lucasse
Special Deputy Attorney General
N.C. State Bar No. 39153
mlucasse@ncdoj.gov

5

**PATTERSON HARKAVY LLP**

By: /s/ Narendra K. Gosh
Narendra K. Gosh, NC Bar No. 37649
100 Europa Drive, Suite 420
Chapel Hill, NC 27517
Phone: (919) 942-5200
nghosh@pathlaw.com

**ELIAS LAW GROUP LLP**

By: /s/ Lalitha D. Madduri
Lalitha D. Madduri*
Lucas Lallinger*
Qizhou Ge*
James J. Pinchak*
250 Massachusetts Avenue, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
LMadduri@elias.law
LLallinger@elias.law
AGe@elias.law
JPinchak@elias.law

Abha Khanna*
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
AKhanna@elias.law

*Counsel for Williams Plaintiffs*

*Special Appearance pursuant to Local Rule 83.1(d)

N.C. Department of Justice
P.O. Box 629
Raleigh, NC 2760200629
Telephone: (919) 716-6567
Facsimile: (919) 716-6761

*Counsel for State Defendants*