IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al.,<br><br>    *Plaintiffs*,<br>  v.<br><br>REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al.,<br><br>    *Defendants*. | 1:23-CV-1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al.,<br><br>    *Plaintiffs*,<br>  v.<br><br>PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al.,<br><br>    *Defendants*. | 1:23-CV-1104 |

**JUDGMENT**

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment and pursuant to Federal Rule of Civil Procedure 54(b),

IT IS ORDERED and ADJUDGED that judgment is entered in favor of Defendants on all claims on which summary judgment was granted (Doc. 98) and all claims in Plaintiffs' First Amended Complaint (Doc. 105) in Case No. 1:23-cv-1104, except for those relating to Congressional District 1 on which the court reserves ruling. The

claims on which judgment is entered are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED and ADJUDGED that judgment is entered for Defendants on all claims in Plaintiffs' Second Amended Complaint (Doc. 108) in Case No. 1:23-cv-1057, except for those relating to Congressional District 1 on which the court reserves ruling.  The claims on which judgment is entered are DISMISSED WITH PREJUDICE.

Nothing in this judgment shall affect the claims of the supplemental amended complaints (Docs. 180, 181) relating to Senate Bill 249 and the new Congressional Districts 1 and 3, which remain pending.

The Court finds there is no just reason for delay, and this judgment is final for purposes of Federal Rule of Civil Procedure 54(b).

/s/     Allison J. Rushing
United States Circuit Judge

/s/     Richard E. Myers, II
Chief United States District Judge

/s/     Thomas D. Schroeder
United States District Judge

November 20, 2025